UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMERICAN FEDERATION OF TEACHERS** <br> 555 New Jersey Ave. NW <br> Washington, D.C. 20001 <br><br> **Plaintiff,** <br><br> v. <br><br> **THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI** <br> 633 Spirit Dr. <br> Chesterfield, MO 63005 <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:24-cv-02460 |

## APPEARANCE OF COUNSEL

To: The Clerk and all parties of record:

I am admitted to practice in this Court, and I appear as counsel for Defendant The Higher Education Loan Authority of the State of Missouri ("MOHELA") in this matter.

August 27, 2024    Respectfully Submitted,

*/s/ Benjamin M. Mundel*
Benjamin M. Mundel (D.C. Bar. No. 1018144)
Sidley Austin LLP
1501 K Street NW
Washington DC, 20005
(202) 736-8157
bmundel@sidley.com

*Counsel for MOHELA*

1