# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN FEDERATION OF TEACHERS**<br>555 New Jersey Ave. NW<br>Washington, D.C. 20001<br><br>          **Plaintiff,**<br><br>   v.<br><br>**THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI**<br>633 Spirit Dr.<br>Chesterfield, MO 63005<br><br>          **Defendant.** | Case No. 1:24-cv-02460 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JEREMY ROZANSKY

Pursuant to Local Civil Rule 83.2(c), I, Brooke Boyd, counsel for Defendant the Higher Education Loan Authority of the State of Missouri ("MOHELA"), hereby move, as a member in good standing of the bar of the District of Columbia and the bar of the District Court for the District of Columbia, for admission of Jeremy Rozansky to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for MOHELA. Attached hereto is the supporting declaration and certificate of good standing, along with a proposed order and the $100 fee.

Dated: August 27, 2024

                                                          Respectfully submitted,

                                                          */s/ Brooke E. Boyd*
                                                          Brooke E. Boyd (D.C. Bar No. 1721284)
                                                          1501 K Street, N.W.
                                                          Washington, DC 20005
                                                          (202) 736-8529
                                                          brooke.boyd@sidley.com
                                                          *Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the court's CM/ECF system on August 27, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

/s/ *Brooke E. Boyd*
Brooke E. Boyd (D.C. Bar No. 1721284)
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8529
brooke.boyd@sidley.com

*Counsel for Defendant*