IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>*Defendant*. | Case No. 1:24-cv-2460-TSC |

**[PROPOSED] ORDER GRANTING DEFENDANT'S PARTIALLY ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter having come before the Court on Defendant's Partially Assented to Motion for Extension of Time to Respond to Complaint, the Court having fully considered the Motion:

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is GRANTED.

2. Defendant The Higher Education Loan Authority of the State of Missouri shall answer or otherwise respond to the Complaint no later than September 25, 2024.

3. The parties shall submit a proposed schedule for parallel briefing of the motion to dismiss and motion to remand within seven days of this order.

Entered this ___ day of _____, 2024

                                                                                          _____
                                                                                          Hon. Tanya S. Chutkan
                                                                                          United States District Judge

Pursuant to Local Civil Rule 7(k), Defendant The Higher Education Loan Authority of the State of Missouri appends the following list of attorneys who are to be notified of its entry:

Shennan Kavanagh
Jennifer Wagner
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110

Alpha Taylor
NATIONAL CONSUMER LAW CENTER
1001 Connecticut Ave. NW
Washington, DC 20036

Faith Gay
Lena Konanova
David A. Coon
Corey Stoughton
Adam Gould
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104

Persis Yu
STUDENT BORROWER PROTECTION CENTER
1025 Connecticut Ave NW, #717
Washington, DC 20036

R. T. Winston Berkman-Breen
Khandice Lofton
STUDENT BORROWER PROTECTION CENTER
40 Rector Street, 9th Floor
New York, NY 10006

*Counsel for Plaintiff*

Daniel J. Feith
Benjamin M. Mundel
Brooke B. Boyd
Jeremy D. Rozansky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005

*Counsel for Defendant*