UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMERICAN FEDERATION OF TEACHERS**<br>555 New Jersey Ave. NW<br>Washington, D.C. 20001<br><br>        **Plaintiff,**<br><br>  v.<br><br>**THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI**<br>633 Spirit Dr.<br>Chesterfield, MO 63005<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-2460-TSC |

## APPEARANCE OF COUNSEL

To: The Clerk and all parties of record:

I have been admitted *pro hac vice* to practice in this Court, and I appear as counsel for Defendant The Higher Education Loan Authority of the State of Missouri ("MOHELA") in this matter.

August 30, 2024

Respectfully Submitted,

*/s/ Daniel J. Feith*
Daniel J. Feith (D.C. Bar No. 1028433)
Sidley Austin LLP
1501 K Street NW
Washington DC, 20005
(202) 736-8048
dfeith@sidley.com

*Counsel for MOHELA*