**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**AMERICAN FEDERATION OF TEACHERS**,
555 New Jersey Ave. NW
Washington, D.C. 20001

      Plaintiff,     Case No. 1:24-cv-2460-TSC

   v.

**THE HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF MISSOURI**,
633 Spirit Dr.
Chesterfield, MO 63005

      Defendant.

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record:

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Plaintiff American Federation of Teachers ("AFT").

 Dated: September 2, 2024    Respectfully submitted,

            /s Persis Yu
            Persis Yu (DC Bar # 90014714)
            Student Borrower Protection Center (a fiscally
            sponsored project of the Shared Ascent Fund)
            1025 Connecticut Ave NW, #717
            Washington, D.C. 20036
            (202) 618-1328
            persis@protectborrowers.org