UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN FEDERATION OF TEACHERS**,<br>555 New Jersey Ave. NW<br>Washington, D.C. 20001<br><br>            Plaintiff,<br><br>    v.<br><br>**THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI**,<br>633 Spirit Dr.<br>Chesterfield, MO 63005<br><br>            Defendant. | Case No. 1:24-cv-2460-TSC |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time to Respond to Complaint, ECF No. 10 (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED IN PART**. Defendant's deadline to answer or otherwise respond to Plaintiff's complaint is hereby adjourned *sine die*.

**IT IS FURTHER ORDERED** that Plaintiff shall file any motion to remand this action to the Superior Court for the District of Columbia pursuant to 28 U.S.C. § 1447(c) no later than September 25, 2024.

**IT IS FURTHER ORDERED** the submission of any motion to dismiss Plaintiff's complaint, and any briefing thereon, shall be stayed until after any motion to remand is resolved. Within 7 days after the resolution of any motion to remand (or, if no such motion is filed, by October 2, 2024), the parties are directed to confer regarding a briefing schedule for any motion

to dismiss by Defendant and submit a joint proposed schedule, or competing proposed schedules if the parties are unable to reach agreement, to this Court.

**SO ORDERED.**

Dated: Washington, D.C.
_____, 2024

_____
HONORABLE TANYA S. CHUTKAN
United States District Judge

Pursuant to Local Civil Rule 7(k), Plaintiff the American Federation of Teachers appends the following list of attorneys who are to be notified of the Proposed Order's entry:

Daniel J. Feith
Benjamin M. Mundel
Brooke E. Boyd
Jeremy D. Rozansky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
dfeith@sidley.com
bmundel@sidley.com
brooke.boyd@sidley.com
jrozansky@sidley.com
Counsel for MOHELA