IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>     *Plaintiff*,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br>     *Defendant*. | Case No. 1:24-cv-02460-TSC |

**DECLARATION OF KAREN LENK
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, Karen Lenk, declare as follows:

1. I am the Controller of the Higher Education Loan Authority of the State of Missouri (MOHELA). I make this declaration based on my personal knowledge, investigation, and belief. The matters set forth herein are true and correct to the best of my knowledge and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Defendant's Motion to Dismiss.

3. Attached as Exhibits A–M are relevant excerpts of Appropriations Bills enacted by the Missouri General Assembly from the years 2011-12 and 2014-2024. These copies were downloaded from the Missouri House of Representatives website at https://house.mo.gov/LegislationSP.aspx. The excerpts consist of the front page of each Appropriations Bill and any pages that include line items in Missouri's budget for which MOHELA authorized monies. To aid the Court's review, the relevant line items are listed in a chart, below, by year.

4. By way of illustration, Exhibit A contains the 2011 Appropriations Bill showing that the General Assembly appropriated $30 million for the Access Missouri Financial Assistance Program and specified that those funds were to be drawn from the treasury's "Clark and Lewis Discovery Fund." MOHELA authorized the transfer of $30 million to the treasury to provide the monies for that line item. Attached as Exhibit N is a true and correct copy of MOHELA Resolution 061011.03, which authorized that transfer.

5. Also by way of illustration, Exhibit L contains the 2023 Appropriations Bill showing that the General Assembly appropriated $2 million for the Academic Scholarship Fund, $2 million for the Access Missouri Financial Assistance Fund, and $2 million for the A+ Schools Fund. The Bill specified that each of those line items were to be drawn from the treasury's "State Institutions Gift Trust Fund." MOHELA transferred $6 million to the State Institutions Gift Trust Fund to provide the monies for those appropriations line items.

6. The table below summarizes each of the budget line items in each of the Appropriations Bills for which MOHELA authorized monies. MOHELA paid its monies directly into the State treasury. *See* Mo. Rev. Stat. § 33.563  (creating the "State Institutions Gift Fund" in the treasury).

7. For the last ten years, MOHELA has authorized transfers to the Missouri treasury to fund the amounts designated by State Appropriations Bills. For some of those years, MOHELA ultimately transferred less than the authorized amount pursuant to a "last dollar" funding arrangement with the Missouri Department of Higher Education. Under that arrangement, MOHELA provided any monies not available from other funding sources, such as general tax revenues. For fiscal years 2022, 2023 and 2024, however, MOHELA provided the full

appropriation amounts, which totaled $6 million for each year, and it anticipates doing the same for fiscal year 2025.

| **State of Missouri Appropriations Funded by MOHELA Monies** | | | | |
|---|---|---|---|---|
| **Exhibit** | **Year of Appropriations Bill** | **Section No.** | **Appropriation Destination** | **Line Item** |
| A | 2011 | 3.050. To the Department of Higher Education | For the **Access Missouri Financial Assistance Program** pursuant to Chapter 173, RSMo | (Line 5) From Clark and Lewis Discovery Fund … 30,000,000 |
| B | 2012 | 3.045. To the Department of Higher Education | Funds are to be transferred out of the State Treasury, chargeable to the funds listed below, to the **Access Missouri Financial Assistance Fund** | (Line 9) From Institution Gift Trust Fund … 5,000,000 |
| C | 2014 | 3.045. To the Department of Higher Education | Funds are to be transferred out of the State Treasury, chargeable to the funds listed below, to the **Academic Scholarship Fund** | (Line 5) From Institution Gift Trust Fund … 2,000,000 |
| D | 2015 | 3.040. To the Department of Higher Education | Funds are to be transferred out of the State Treasury, chargeable to the funds listed below, to the **Academic Scholarship Fund** | (Line 5) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| E | 2016 | 3.045. To the Department of Higher Education | Funds are to be transferred out of the State Treasury, chargeable to the funds listed below, to the **Academic Scholarship Fund** | (Line 5) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| F | 2017 | 3.045. To the Department of Higher Education | Funds are to be transferred out of the State Treasury, chargeable to the funds listed below, to the **Academic Scholarship Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.121 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.055. To the Department of Higher Education | Funds are to be transferred out of the State Treasury, chargeable to the funds listed below, to the **Access Missouri Financial Assistance Fund**, | (Line 9) From Institution Gift Trust Fund (0925) ... 2,000,000 |

| | | | **State of Missouri Appropriations Funded by MOHELA Monies** | |
|---|---|---|---|---|
| **Exhibit** | **Year of Appropriations Bill** | **Section No.** | **Appropriation Destination** | **Line Item** |
| | | | provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.121 | |
| G | 2018 | 3.045. To the Department of Higher Education | Funds are to be transferred out of the State Treasury to the **Academic Scholarship Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.121 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.055. To the Department of Higher Education | Funds are to be transferred out of the State Treasury to the **Access Missouri Financial Assistance Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.121 | (Line 9) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.065. To the Department of Higher Education | Funds are to be transferred out of the State Treasury to the **A+ Schools Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.121 | (Line 7) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| H | 2019 | 3.040. To the Department of Higher Education | Funds are to be transferred out of the State Treasury to the **Academic Scholarship Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.130 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.050. To the Department of Higher Education | Funds are to be transferred out of the State Treasury to the **Access Missouri Financial Assistance Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.130 | (Line 9) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |

| | | State of Missouri Appropriations Funded by MOHELA Monies | | |
|---|---|---|---|---|
| Exhibit | Year of Appropriations Bill | Section No. | Appropriation Destination | Line Item |
| | | 3.060. To the Department of Higher Education | Funds are to be transferred out of the State Treasury to the **A+ Schools Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.130 | (Line 7) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| I | 2020 | 3.040. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Academic Scholarship Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.130 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.050. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Access Missouri Financial Assistance Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.130 | (Line 9) From State Institutions Gift Trust Fund (0925) ... 6,000,000 |
| | | 3.060. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **A+ Schools Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.130 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| J | 2021 | 3.045. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Academic Scholarship Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.135 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.055. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Access Missouri Financial Assistance Fund**, provided that not more than three percent (3%) flexibility is | (Line 9) From State Institutions Gift Trust Fund (0925) ... 6,000,000 |

| Exhibit | Year of Appropriations Bill | Section No. | Appropriation Destination | Line Item |
|---|---|---|---|---|
| | | | State of Missouri Appropriations Funded by MOHELA Monies | |
| | | | allowed from this section to Section 3.135 | |
| | | 3.065. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **A+ Schools Fund**, provided that not more than three percent (3%) flexibility is allowed from this section to Section 3.135 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| K | 2022 | 3.045. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Academic Scholarship Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.145 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.055. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Access Missouri Financial Assistance Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.145 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.065. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **A+ Schools Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.145 | (Line 8) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| L | 2023 | 3.040. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Academic Scholarship Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.120 | (Line 7) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |

| | | **State of Missouri Appropriations Funded by MOHELA Monies** | | |
|---|---|---|---|---|
| **Exhibit** | **Year of Appropriations Bill** | **Section No.** | **Appropriation Destination** | **Line Item** |
| | | 3.050. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Access Missouri Financial Assistance Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.120 | (Line 7) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.060. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **A+ Schools Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.120 | (Line 7) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| M | 2024 | 3.040. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Academic Scholarship Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.125 | (Line 7) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.050. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **Access Missouri Financial Assistance Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.125 | (Line 7) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |
| | | 3.060. To the Department of Higher Education and Workforce Development | Funds are to be transferred out of the State Treasury to the **A+ Schools Fund**, provided three percent (3%) flexibility is allowed from this section to Section 3.125 | (Line 7) From State Institutions Gift Trust Fund (0925) ... 2,000,000 |

8. MOHELA also has an outstanding financial obligation to the State of Missouri. MOHELA is statutorily required to give $350 million to the Lewis and Clark Discovery Fund, Mo. Rev. Stat. § 173.385.2, which resides in the State treasury, *see id.* § 173.392. In 2007, MOHELA paid $230 million in partial fulfillment of that statutory duty. By 2008,

MOHELA had funded a total of approximately $245 million of its obligation. The remainder of MOHELA's statutory obligation to the State treasury's Lewis and Clark Discovery Fund remains outstanding.

9. Through contributions to the Missouri Scholarship and Loan Foundation, which MOHELA established, MOHELA has also earmarked over $200 million for grants, scholarships, and zero-interest loans for Missouri students to use for higher education.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of September, 2024, at Chesterfield, Missouri.

*/s/ Karen Lenk*

Karen Lenk