# Exhibit N

Resolution No. 061011.03

**RESOLUTION OF THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI AUTHORIZING THE DISTRIBUTION OF $30 MILLION TO THE STATE OF MISSOURI, PROVIDED CERTAIN CONDITIONS ARE SATISFIED, AND CERTAIN ACTIONS AND DOCUMENTS RELATIVE THERETO**

The following action is hereby taken by the vote of the Members of the Higher Education Loan Authority of the State of Missouri (the "Authority"):

**WHEREAS**, the Missouri Higher Education Loan Authority Act, Chapter 173.350 et seq., Missouri Revised Statutes, as amended (the "Act"), created the Authority and authorizes the Authority to create, acquire, contribute to, or invest in any type of financial aid program that provides grants and scholarships to students; and

**WHEREAS**, the Authority has been active for many years in providing financial aid for higher education and in cooperating with other Missouri entities in providing financial aid, including scholarships, for higher education for Missourians; and

**WHEREAS**, the Authority desires to continue and to further assist students who are residents of the State of Missouri and students who attend post-secondary institutions located or based in the State of Missouri gain access to and finance their post-secondary education; and

**WHEREAS**, legislation adopted in 2007 established the Lewis and Clark Discovery Initiative (the "LCDI Law") and

provided for the Authority to distribute $230 million to the Lewis and Clark Discovery Fund (the "LCDI Fund") by September 15, 2007 and to make quarterly distributions to the LCDI Fund of $5 million thereafter until September 2013 for a total of $350 million; and

**WHEREAS**, the LCDI Law expressly authorized the Authority to delay quarterly distributions based on determinations relative to the affect of such distributions on the services and benefits provided Missouri students or residents in the ordinary course of the Authority's business, the Authority's borrower benefit programs, or the Authority's economic viability; and

**WHEREAS**, the LCDI Law provided that, notwithstanding the Authority's ability to delay any distribution, the distribution of the entire $350 million by the Authority to the LCDI Fund shall be completed by September 30, 2013, "unless otherwise approved by the authority and the commissioner of the office of administration"; and

**WHEREAS**, the Authority made the initial distribution of $230 million to the LCDI Fund in September 2007 and made subsequent distributions totaling approximately $15 million, but beginning in 2008 the Authority's financial fortunes took a significant downturn and, consequently, the Authority has made no distributions since that time; and

**WHEREAS**, the Authority's finances were negatively impacted by the credit market crisis which erupted in early 2008 and also by a succession of federal law changes that ultimately resulted in the termination of the Federal Family Education Loan Program in 2010, which program had been the cornerstone of the Authority's student loan financing activities; and

**WHEREAS**, despite its financial difficulties and as the result of certain favorable student loan bond refinancing opportunities, the Authority was able to assist the State of Missouri in the 2010-11 academic year by providing $30 million for scholarship funding, which amount was used by the Department of Higher Education to make up for State funding cuts in the Access Missouri Financial Assistance Program ("the Access Missouri Program") for the State's 2011 fiscal year; and

**WHEREAS**, in consideration of the Authority providing $30 million to the Access Missouri Program for the 2010-11 academic year, the Commissioner of the State of Missouri's Office of Administration (the "Commissioner"), acting in accordance with the LCDI Law (Section 173.385.2, RSMo), by letter dated July 21, 2010 granted the Authority an extension of the final payment date under the LCDI Law from September 30, 2013 to September 30, 2015; and

**WHEREAS**, in the recently completed legislative session, the Missouri General Assembly approved House Bill 3, which provides for an appropriation out of the State Treasury for the period beginning July 1, 2011 and ending June 30, 2012, as follows: "Section 3.050. To the Department of Higher Education for the Access Missouri Financial Assistance Program ... From Clark and Lewis Discovery Fund $30,000,000"; and

**WHEREAS**, as the result of certain one-time gains realized by the Authority over the past year, the Authority's Budget for fiscal year 2012, as approved by the Authority's Members on June 10, 2011, includes a $30 million line item for the Missouri Scholarship Fund; and

WHEREAS, the Authority desires to authorize distribution of the $30 million budgeted for the Missouri Scholarship Fund to the Missouri Department of Higher Education in accordance with Section 3.050 of House Bill 3 or in such other manner as desired by the Commissioner, but such funds shall not be distributed unless, in consideration, an agreement is reached between the Authority and the Commissioner authorizing a delay in the Authority's distributions to the to the LCDI Fund from September 30, 2015 to September 30, 2018 pursuant to Section 173.385.2, RSMo; and

**NOW, THEREFORE, BE IT RESOLVED BY THE MEMBERS OF THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, AS FOLLOWS:**

**Section 1. Findings and Determinations.** The Authority hereby finds and determines that the distribution of $30 million to the Missouri Department of Higher Education in accordance with Section 3.050 of House Bill 3, or in such other manner as desired by the Commissioner, in consideration of and conditioned on an agreement being reached between the Authority and the Commissioner authorizing a delay in the final date of the Authority's distributions to the to the LCDI Fund from September 30, 2015 to September 30, 2018, pursuant to Section 173.385.2, RSMo, will be for a valid public purpose under and in accordance with the provisions of the Act.

**Section 2. Authorization and Approval of Documents.** The Authority shall, and the officers, agents and employees of the Authority are hereby authorized, empowered and directed to, take such further action, and to approve and execute such other documents, certificates and instruments as may be necessary or desirable to carry out or comply with the intent of this Resolution, and to carry out, comply with and perform the duties of the Authority.

**Section 3. Repeal of Conflicting Resolutions.** All prior resolutions of the Authority or any parts thereof in conflict with any or all of this Resolution are hereby deemed not applicable to the matters authorized in this Resolution to the extent of such conflict.

**Section 4. Effective Date.** This Resolution shall take effect and be in full force immediately upon its adoption by the Authority.

## CERTIFICATE

The undersigned Assistant Secretary of the Higher Education Loan Authority of the State of Missouri, DOES HEREBY CERTIFY that the foregoing Resolution was duly adopted by the Members of said Authority on June 10, 2011 and that said Resolution has been compared by me with the copy thereof recorded in the minute book of said Authority and that it is a correct transcript therefrom and of the whole of said copy and that said Resolution is in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of said Authority this 11th day of June, 2011.

(SEAL)

_____
Raymond H. Bayer, Jr.
Assistant Secretary
HIGHER EDUCATION LOAN AUTHORITY
OF THE STATE OF MISSOURI