UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>                Plaintiff,<br><br>         v.<br><br>THE HIGHER EDUCATION LOAN<br>AUTHORITY OF THE STATE OF MISSOURI,<br><br>                Defendant. | Case No. 1:24-cv-2460-TSC<br>Judge Tanya S. Chutkan |

### DECLARATION OF ALPHA SAHR TAYLOR IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

ALPHA SAHR TAYLOR, an attorney duly admitted to practice law before the courts of the District of Columbia, declares as follows:

1. I am a staff attorney at the National Consumer Law Center and I am counsel to Plaintiff American Federation of Teachers in the above-captioned matter.

2. **Exhibit 1** to Plaintiff's Motion to Remand and Incorporated Memorandum of Law is a true and correct copy of the Unified Servicing and Data Solution contract ("USDS Contract") between the U.S. Department of Education and the Higher Education Loan Authority of the State of Missouri, effective April 25, 2023.

3. I downloaded the USDS Contract from the U.S. Government's System for Award Management on September 22, 2024, available at: https://sam.gov/opp/47886c81fdc84d1990f63ab513e8af98/view.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: September 25, 2024

By: *Alpha Taylor*

Alpha Taylor (DC Bar #252602)
National Consumer Law Center
1001 Connecticut Ave., NW
Washington, D.C. 20036
202.452.6252
ataylor@nclc.org