UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN FEDERATION OF TEACHERS**,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI**,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-2460-TSC<br>Judge Tanya S. Chutkan |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Upon consideration of Plaintiff American Federation of Teachers' Motion to Remand and Incorporated Memorandum of Law ("Motion"), and any opposition by Defendant The Higher Education Loan Authority of the State of Missouri thereto, it is this ____ day of _____, 2024, hereby:

ORDERED, that the Motion be, and it is hereby GRANTED. This case is REMANDED to the District of Columbia Superior Court, Civil Division, for reinstatement of the original complaint, Case No. 2024-CAB-004575.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:

Daniel J. Feith
Benjamin M. Mundel
Brooke E. Boyd
Jeremy D. Rozansky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 2005
Tel: (202) 736-8000
Fax: (202) 736-8711
dfeith@sidley.com
bmundel@sidley.com
brooke.boyd@sidley.com
jrozansky@sidley.com

*Counsel for Defendant*

Persis Yu (DC Bar # 90014714)
Student Borrower Protection Center (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, D.C. 20036
(202) 618-1328
persis@protectborrowers.org

*Counsel for Plaintiff*

Shennan Kavanagh (BBO #655174)
Jennifer Wagner (WVSB #10639)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110
617.542.8010
skavanagh@nclc.org
jwagner@nclc.org

*Counsel for Plaintiff*

Alpha Taylor (DC Bar #252602)
National Consumer Law Center
1001 Connecticut Ave., NW
Washington, D.C. 20036
202.452.6252
ataylor@nclc.org

*Counsel for Plaintiff*

Faith Gay (NY Bar # 2117117)
Lena Konanova (NY Bar # 4758942)
David A. Coon (NY Bar # 5538020)
Corey Stoughton (DC Bar # 472867)
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000
fgay@selendygay.com
lkonanova@selendygay.com
cstoughton@selendygay.com
dcoon@selendygay.com

*Counsel for Plaintiff*

R. T. Winston Berkman-Breen
(NY Bar # 5559372)
Khandice Lofton (OH Bar # 101015)
Student Borrower Protection Center (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org
khandice@protectborrowers.org

*Counsel for Plaintiff*
