AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Federation of Teachers, | ) |
| :--- | :--- |
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-02460 |
| The Higher Education Loan Authority of the State of MO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae State of Missouri.

Date: 09/26/2024

/s/ Joshua M. Divine
*Attorney's signature*

Joshua M. Divine
*Printed name and bar number*
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102

*Address*

Josh.Divine@ago.mo.gov
*E-mail address*

(573) 751-1800
*Telephone number*

Josh.Divine@ago.mo.gov
*FAX number*