IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>      *Plaintiff*,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>      *Defendant*. | Case No. 1:24-cv-02460-TSC |

**DECLARATION OF JENNIFER FARMER
IN SUPPORT OF DEFENDANT'S POINTS AND AUTHORITIES
IN OPPOSITION TO MOTION TO REMAND**

I, Jennifer Farmer, declare as follows:

1. I am the Chief Operating Officer and Director of Federal Contracts at the Higher Education Loan Authority of the State of Missouri ("MOHELA"). I have served as Chief Operating Officer since July 2023 and as Director of Federal Contracts since 2010. In these capacities I have been involved with the negotiation and implementation of MOHELA's contracts with the U.S. Department of Education's ("Department") Office of Federal Student Aid ("FSA"), including the two contracts discussed below.

2. I make this declaration based on my personal knowledge, investigation, and belief. The matters set forth herein are true and correct to the best of my knowledge and, if called as a witness, I could testify competently thereto.

3. I submit this declaration in support of Defendant's Points and Authorities in Opposition to Motion to Remand.

1

4. MOHELA has had two principal contracts with FSA for servicing student borrower accounts. Contract No. ED-FSA-11-D-0012, known as the "Direct Loan Contract" or the "DL Contract," was awarded September 27, 2011 and has been modified periodically since then. *See* Dkt. 1-3 (DL Contract); Dkt. 1-4 (Modification to task order under DL Contract effective September 15, 2021). Contract No. 91003123D0004, known as the "Unified Servicing and Data Solution contract" or "USDS Contract," was awarded on April 25, 2023. *See* Dkt. 27-2 (USDS Contract).

5. The DL Contract has governed MOHELA's servicing of Direct Loans for over a decade and, pursuant to a modification, *see* Dkt. 1-4, also governed MOHELA's administration—on an interim basis—of the Public Service Loan Forgiveness ("PSLF") Program. Operations are still conducted under the DL Contract and, pursuant to a recent modification, it will continue to be operational until at least December 31, 2024.

6. The USDS Contract "is a Multiple Award, Indefinite Delivery, Indefinite Quantity (IDIQ) Contract with the ability to issue Task Orders with multiple or singular contract types." Dkt. 27-2 at 36. IDIQ contracts such as the USDS Contract are shells; they provide the federal agency (*i.e.* FSA) the option to order work, but they do not authorize any work. Pursuant to the terms of the USDS Contract, performance of any particular work is not authorized until the Department issues a Task Order or other order. *See id*. at 59-60 (incorporating Federal Acquisition Regulations 52.216-18, 52.216-22); *see also id.* at 36 (providing that FSA would issue such "Task Orders … based on the terms and conditions of the Contract").

7. Although MOHELA and the Department entered into the USDS Contract in April 2023, MOHELA did not begin servicing any loans under the USDS Contract until April 1, 2024, and, even then, not all of the loans serviced by MOHELA were serviced under the USDS contract.

8.      The USDS Contract anticipated that no loans would be serviced under its requirements until about a year after it was awarded. The USDS Contract provided for a lengthy "Phase-in Period" during which the servicer (*i.e.,* MOHELA) was required to "prepare to assume full responsibility for all areas of operation in accordance with the terms and conditions of the Contract." Dkt. 27-2 at 21. The Phase-in Period would conclude on a date termed the "Go-Live date," and servicing could begin only after the "Go-Live date." *Id.* The USDS Contract identifies other milestones to complete by the Go-Live date, including launch of a new "servicing system." *Id.* at 32, 34. The servicing system is an IT platform that allows for the management of borrowers' accounts. The USDS Contract provides that the Go-Live date would be "no later than 324 calendar days after Initial Task Order award." *Id.* at 35.

9.      The Initial Task Order was issued on April 24, 2023, the same day the Department awarded the USDS Contract to MOHELA. A true and correct copy of the Department's Initial Task Order to MOHELA is attached as Exhibit A. The Initial Task Order required MOHELA "to become performance ready, attain its authorization to operate (ATO), and achieve go-live (Go-Live) of its servicing system." Ex. A at 3. The authorized work under the Initial Task Order was limited to work under Contract Line Item Number ("CLIN") 7 of the underlying USDS Contract, which is for "Development, Modernization & Enhancements." *Id.*; *see also* Dkt. 27-2 at 3. This work was lengthy and complex. In addition to implementing and testing a new servicing system provided by Fiserv Solutions, LLC ("Fiserv"), MOHELA had to develop and deliver a litany of plans for servicing student loans and other documentation in accordance with the USDS Contract's requirements. These and other deliverables needed to be approved by FSA. The Initial Task Order stated that MOHELA's work to become performance ready could continue through March 14,

2024, *i.e.*, the "Go-Live date." Ex. A at 3. A modification to the USDS Contract, dated February 2, 2024, later extended the Go-Live date to March 24, 2024.

10. Before the Go-Live date, the Department needed to sign off on MOHELA's readiness for servicing operations, including the status of the servicing system. This step was known as the "Production Readiness Review." Dkt. 27-2 at 35.

11. Following completion of the Production Readiness Review, the Department issued a second Task Order on March 27, 2024, directing MOHELA to begin servicing student loans under the USDS Contract. A true and correct copy of the March 27, 2024 Task Order is attached as Exhibit B. That Task Order directs MOHELA to engage in "student loan servicing in accordance with the requirements of the USDS contract." Ex. B at 3. It authorized work to begin under CLIN 1, "Servicing System Operations," of the USDS Contract as well as other line items that encompass MOHELA's loan servicing work. *Id*.; *see also* Dkt. 27-2 at 2. The March 27, 2024 Task Order specified that the period of performance for such servicing tasks would begin on April 1, 2024. Ex. B at 3. MOHELA did not service any student loans pursuant to the USDS Contract until April 1, 2024.

12. Beginning April 1, 2024, MOHELA serviced borrowers' loans under two separate contracts: the DL Contract and the USDS Contract. Servicing student loan borrowers' accounts under the DL Contract was gradually phased out during the remainder of 2024. To explain, MOHELA's loan servicing work under the USDS Contract uses an IT platform provided by Fiserv. MOHELA's loan servicing work under the DL Contract had used a different platform, but that platform is not authorized for use under the USDS Contract and has been slated for decommissioning. Thus, for MOHELA to service accounts under the USDS Contract that were

previously serviced under the DL Contract, such accounts had to be transferred to the Fiserv platform.

13. Transferring such accounts to the Fiserv system took several months because, pursuant to FSA requirements, the transfer had to occur in batches, with each batch subject to FSA oversight and sign-off. Accounts remaining on MOHELA's older servicing system could be serviced only under the DL Contract, as that system is not authorized for use under the USDS Contract. MOHELA completed the process of transferring borrower accounts to the Fiserv system in October 2024.

14. In sum, until April 1, 2024, MOHELA's servicing of Direct Loans had been conducted entirely under the DL Contract. From April 1, 2024, to October 2024, MOHELA serviced borrowers' loans under both contracts, gradually transferring loans from the DL Contract framework (managed through the older IT platform) to the USDS Contract framework (managed through the Fiserv system).

15. A portion of MOHELA's performance obligations under the USDS Contract are described in a series of attachments to that contract. As an example, Attachment 1 describes MOHELA's "Business Operations Servicing Requirements." A true and correct copy of Version 2.8.0 of Attachment 1 to the USDS Contract, reflecting FSA's October 4, 2024 update to the document, is attached as Exhibit C. Across Attachment 1's 322 pages are hundreds of directives with which MOHELA must comply in the servicing of Direct Loans.

16. Similarly, in addition to the attachments to the DL Contract itself, FSA has issued dozens of documents setting forth detailed requirements governing MOHELA's performance under the DL Contract.

17. A true and correct copy of Modification P00091 (dated September 3, 2021) of the DL Contract is attached as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of November, 2024, at Chesterfield, Missouri.

*/s/ Jennifer Farmer*

Jennifer Farmer