# Exhibit C



# Business Operations Servicing Requirements

**Attachment 01**

## Revision History

| VERSION | DATE | AUTHOR | DESCRIPTION |
|---|---|---|---|
| Version 0.0.1 | 3/29/2022 | Acquisition Team | Initial USDS Procurement Package |
| Version 0.0.2 | 6/22/2022 | Acquisition Team | USDS Amendment 0003 |
| Version 0.0.3 | 7/06/2022 | Acquisition Team | USDS Amendment 0004 |
| Version 0.0.4 | 7/12/2022 | Acquisition Team | USDS Amendment 0005 |
| Version 0.0.5 | 2/23/2023 | Acquisition Team | USDS Discussions |
| Version 0.0.6 | 3/07/2023 | Acquisition Team | USDS Award |
| Version 0.1.1 | 8/18/2023 | USDS Requirements Team | CR 6735 USDS Mobile App Removal |
| Version 1.0.0 | 10/31/2023 | USDS Requirements Team | CR 6715 USDS CR1 and CR 6675 CRI Servicer & SPS Setup |
| Version 1.1.0 | 11/2/2023 | USDS Requirements Team | CR 6681 USDS IDR Proxy Payment for Servicers |
| Version 1.2.0 | 1/8/2024 | USDS Requirements Team | CR 6677 USDS Servicer Integration with SPS |
| Version 1.2.1 | 1/11/2024 | USDS Requirements Team | BHAR Implementation Update Standing Payment Instruction name correction |
| Version 1.2.2 | 1/22/2024 | USDS Requirements Team | CR 6677 - Requirements Correction |
| Version 1.3.0 | 1/26/2024 | USDS Requirements Team | CR 6924 USDS Bus Ops Change 2 |
| Version 1.4.0 | 1/31/2024 | USDS Requirements Team | CR 6845 School Portal Not Allowed |
| Version 1.5.0 | 2/14/2024 | USDS Requirements Team | CR 6894 Support USDS Servicers Changing Borrower Facing Website URLs and CR 6912 FSA Google Analytics |
| Version 1.6.0 | 03/07/2024 | USDS Requirements Team | CR 6951 USDS Servicer Federal Holiday Schedule |
| Version 1.6.1 | 03/22/2024 | USDS Requirements Team | Call Center, Due Diligence, and SLA Negotiations |
| Version 1.7.0 | 03/26/2024 | USDS Requirements Team | CR 6969 USDS Mailing and Billing Changes |
| Version 1.8.0 | 03/28/2024 | USDS Requirements Team | CR 6904 USDS Servicer IDR Regulation Changes |

| Version 1.8.1 | 04/19/2024 | USDS Requirements Team | At Risk Allocation and Incentives |
|---|---|---|---|
| Version 1.9.0 | 04/29/2024 | USDS Requirements Team | *Sweet* Refunds Address Validation<br>CR 7009 Proxy Payment Update |
| Version 2.0.0 | 05/20/2024 | USDS Requirements Team | CR 6927 FY24 – Financial Audit Handouts<br>CR 6979 USDS Servicer Reporting Revisions |
| Version 2.1.0 | 05/24/2024 | USDS Requirements Team | CR 7010 Additional SAVE Recalculation File |
| Version 2.1.1 | 05/28/2024 | USDS Requirements Team | Descope of CR 6681 IDR Proxy and CR 6904 Servicing IDR Regulation Changes |
| Version 2.2.0 | 06/14/2024 | USDS Requirements Team | CR 7037 USDS Student Debt Relief Discharge Processing |
| Version 2.2.1 | 06/24/2024 | USDS Requirements Team | CR 7037 – Requirements Update |
| Version 2.3.0 | 07/12/2024 | USDS Requirements Team | CR 6676 Consolidation Originator Updates<br>CR 7026 Reamortization Schedule |
| Version 2.4.0 | 07/18/2024 | USDS Requirements Team | CR 6972 USDS Bus Ops Change 3 |
| Version 2.5.0 | 08/16/2024 | USDS Requirements Team | CR 7067 Joint Consolidation Loan Separation – Phase I |
| Version 2.6.0 | 09/11/2024 | USDS Requirements Team | CR 7054 NSLDS IDR Proxy Ineligible Months |
| Version 2.7.0 | 09/17/2024 | USDS Requirements Team | CR 6822 Fine Grain Forbearance Reporting |
| Version 2.8.0 | 10/04/2024 | USDS Requirements Team | Change Order #2 July 18 Administrative Stay<br>Change Order #3 CR 7140 IDR Sort Functionality<br>Change Order #5 CR 7153 Pending IDR Application Forbearance<br>Change Order #6 CR 7170 Moving IDR Anniversary Dates |

***TABLE OF CONTENTS***

| Section | Category | Deferred Future CLIN 7 Requirements |
|---|---|---|
| 2000 | Accessibility | |
| 3000 | Website and applications | 3002.030, 3002.031, 3002.050, 3002.070 |
| 4000 | Common Origination and Disbursement Interface | |
| 5000 | Repayment Plans | |
| 9000 | Treasury | |
| 12000 | NSLDS | |
| 14000 | Interaction with DMCS | |
| 15000 | Consolidation Origination | |
| 16000 | Common Application Interface | |
| 17000 | Compliance & Monitoring | |
| 18000 | Servicing Transfers | |
| 19000 | System Access | |
| 20000 | Processing – General | 20014.000 |
| 21000 | Deferments | |
| 22000 | Forbearances | |
| 23000 | Discharges, Forgiveness, Bankruptcy, and Litigation | 23003.000 |
| 24000 | Correspondence, Communication & Due Diligence | 24019.020, 24019.051 |
| 25000 | Borrower Benefits & Subsidies | |
| 26000 | Interest Rates, Interest Calculation, Charges and Fees | |
| 27000 | Interest Capitalization | |
| 28000 | Payment & Refund Processing | 28008.031, 28008.040 |
| 29000 | Adjustment Processing | |
| 30000 | Credit Reporting & Processing | 30027.000, 30027.010, 30027.020 |
| 31000 | Cohort Default Rate Activity | |
| 32000 | Control Mail, Ombudsman & Escalated Issues | |
| 33000 | Outreach Campaigns | |
| 34000 | Specialty Programs | |
| 35000 | Specialty Tasks | |
| 36000 | Training | |
| 40000 | Change Management | |
| 42000 | IDR Forgiveness | |
| 43000 | Student Debt Relief Forgiveness | |
| 46000 | Records Retention | |
| 47000 | Data Management & Integration | 47000.000, 47001.000, 47002.002, 47003.000, 47006.000, 47008.000, 47009.000, 47010.000, 47011.000 |

| 48000 | Reporting | |
|---|---|---|
| 49000 | Contact Center | |
| 50000 | Other | |
| Appendix A | Attachment Crosswalk | |

| | Instructions for these requirements |
|---|---|
| 1 | These requirements are referenced as Attachment #1 in the Statement of Work (SOW). If you are submitting a proposal for this solicitation, it is assumed the proposed solution will meet all of these requirements. For any requirements not currently met, the offeror should clearly identify those requirements and provide a plan for meeting them within the implementation schedule in accordance with the solicitation instructions to offerors. |
| 2 | There are attachments referenced as part of the requirements. As with the statement above, submitting a proposal assumes the system meets all of the requirement at go-live. |
| 3 | The requirements mention the work required by the contractor. The word contractor is synonymous with "USDS Servicer".  All vendors should ensure their solution can support the requirements. |
| 4 | The term "system" in this document refers to the offeror's total solution, if not specifically spelled out. |

*Section 2000: Accessibility*

- **2000.000: The Contractor shall provide a solution that gives the borrowers the option of requesting and receiving communications via alternative formats.**

  - o 2000.010: The contractor shall create a process to in-take, track, and change alternative format requests for borrowers. The requests shall be received via phone, text, physical mail, email or via the contractor website. The borrower requests shall each be included/stored within the borrowers servicing history record and available on the servicing system for customer service representatives to access.
  - o 2000.020: The contractor shall create a process to provide communications via alternative formats, including Braille, HTML, Large Print, Electronic (digital navigable formats supported by computers and digital talking-book players) and/or Audio when requested by the borrower.
  - o 2000.030: The contractor shall in-take requests for publications in alternative formats on an individual basis (can be different from the default format and a different format for each publication).
  - o 2000.040: The contractor shall halt other delivery types once a borrower has chosen to receive communications via alternative formats.
  - o 2000.050: If a third-party vendor is utilized to provide this capability, the contractor shall ensure all cybersecurity requirements are met by the vendor and submit the appropriate System Impact Assessment to obtain FSA approval when implemented.

- **2001.000: The contractor shall inform borrowers of the availability of the alternative formats and the process for borrowers to request alternative formats.**

  - o 2001.010: The contractor shall post the alternative format availability language on the servicing website.
  - o 2001.020: The contractor shall include the alternative format availability language on the loan statements.
  - o 2001.040: The contractor shall post on website and include on loan statements the following text about availability of alternative formats:
    Borrowers are entitled to receive any student loan related communication or document in an accessible, alternative format. Borrowers interested in receiving student aid forms, student loan statements, notices, written communications, and publications in alternative formats should contact us directly at <loan contractor phone number> or by email at <loan contractor email address>. <Name of contractor> offers various alternative formats such as Braille, large print, audio CD, and digital navigable formats supported by computers and digital talking-book players or delivered through data CD.

- **2004.000: The contractor shall create and provide the alternative formats to the borrowers.**

  - o 2004.010: The contractor shall tag the borrower account with one default alternative format for all communications, specifically forms, loan statements, notices, publications, and other written communications.
  - o 2004.020: The contractor shall update the default alternate format for all communications when requested by the borrower.
  - o 2004.030: The contractor shall provide a means for FSA to monitor the quality of the alternative formats created and ensure the readability of the communications.
  - o 2004.040: The contractor shall store copies of the information provided to borrowers in standard formats as part of the borrower's servicing record.

- **2005.000: The contractor shall track any borrower feedback (i.e., complaints, inquiries on status of the alternative status) regarding the borrower's alternative format in the borrower account history.**

    - 2005.010: The contractor shall track any alternative format issues in the borrower account history (e.g., braille unreadable or audio CD does not work).
    - 2005.020: The contractors shall provide an online method for borrowers to report accessibility issues.

- **2006.000:  The contractor shall carry out the escalated issues process with Federal Student Aid operations points of contact.**

    - 2006.010: The contractor shall log any requests that do not follow the general request process and set-up of the requirements. The logging of this information must be submitted to the contractor or can be logged electronically in the system for reporting. Examples:
        - The borrower wants a specific setup for an alternative format that does not follow the available options (authorized agents and the borrower want both mail and braille to be sent).
        - The borrower wants a specific alternative format not available.
        - The co-borrower wants an alternative format, but not the borrower.

    - 2006.020:  The contractor shall submit to FSA escalated issues for any logged requests.
    - 2006.030:  The contractor shall work with FSA to resolve the issue.
    - 2006.040:  The contractor shall capture the resolution in the borrower's account history.

- **2007.000: The contractor shall accept requests from borrowers to receive additional copies of communications via non-alternative formats.**

    - 2007.010: The contractor shall accept requests: via a representative or request through mail; for regular mail or email communications from borrowers with a current option to get all communications via an alternative format (for previously sent communication in an alternative format back one year).
    - 2007.020: The contractor shall note in the borrower servicing history the date of each request and details of the request.

- **2008.000: The contractor shall create and provide operational reports detailing a summary of alternative format requests, fulfillment, request fulfillment turnaround times, and borrower feedback.**

    **See attachment "2008 Alternative Format Operational Report."**

    - 2008.010: The contractor shall include the report(s) as part of the operational reports to be identified in the Operations Reports requirements and provided to FSA by the 10th business day of each month.
    - 2008.020: The contractor shall track and include within report(s) a list of alternative format requests by type (with a description of the type) and a count of total borrowers receiving that format.
    - 2008.030: The contractor shall track and include within report(s) a count and description of all complaints and/or feedback in relation to alternative requests, the results of the request or the overall process.
    - 2008.040: The contractor shall track and report on turnaround times for when requests have been fulfilled as well as volume of outstanding requests and date of oldest unfulfilled request.

- **2009.000: The contractor shall include alternative format request information in all account transfers.**

  - 2009.010: The contractor shall be prepared to provide the alternative format request indicator to the receiving contractor for any transferred loans.
  - 2009.020: The contractor shall transfer all alternative format information contained in the borrower history to the receiving contractor for the contractor's record.
  - 2009.030: The contractor shall request any alternative format information on borrowers received from the sending contractor.

- **2010.000: The contractor shall process inbound large print communications from the borrower.**

- **2011.000: The contractor shall provide specially trained customer service representatives (CSR) to assist with accessibility issues raised by the blind and/or other borrowers with disabilities or requesting alternative formats.**

  - 2011.010: The contractor shall train all CSRs on the basic availability of and process to request alternative formats. All contact center staff should also be trained on how and when to refer accessibility issues to the specially trained accessibility CSR(s).
  - 2011.020: The contractor shall accept requests from blind and visually impaired borrowers via email, chat, website, text, postal mail, or telephone as well as accept/respond to TDD (Telecommunications Device for the Deaf) calls.
  - 2011.030: The contractor shall provide blind and visually impaired borrowers the ability to contact a designated CSR or representative(s) via email, internet, or telephone.
  - 2011.040: The contractor shall have the ability to read/interpret incoming Braille correspondence if received from borrowers.

- **2012.000: The contractor shall comply with Section 508 of the Rehabilitation Act of 1973, which requires that federal agencies' electronic publications (forms, letters, etc.) and information technology (websites) is accessible to people with disabilities.**

  - 2012.010: The contractor shall ensure the website meets all Section 508 standards and Web Content Accessibility Guidelines (WCAG 2.0).
  - 2012.020: The contractor shall complete internal testing of the website prior to implementation of the initial website and prior to any future implementation of website modifications.
  - 2012.030: The contractor shall ensure all testing efforts (internal, independent, and FSA) include review of all electronic forms including, but not limited to student loan statements, notice, communications, and publications.

- **2013.000: The contractor shall provide independent testing of the website to ensure it meets Section 508 standards and WCAG 2.0.**

  - 2013.010: The contractor shall secure an independent testing service (approved by FSA) to execute testing of the website and provide certification that the independent agency confirms the site meets the proper standards.
  - 2013.020: The contractor shall have the website tested by the independent service at least one time per calendar year and prior to any significant website changes.
    - 2013.021: A significant change is defined as any changes that add new features and functions or new design patterns. Text changes, configuration changes or functional enhancements that fit within existing design patterns that had previously been tested would not need new independent testing.

- o 2013.030: The contractor shall resolve high and medium priority problems/issues found by the independent testing service and have the website re-tested for compliance to ensure the website meets standards prior to any implementations.
- o 2013.040: The contractor shall share all testing results from the independent service with FSA, including all details, issues, and recommendations.
- o 2013.050: The contractor shall conduct its own pre-release accessibility testing for any new websites.
- o 2013.060: The contractor shall conduct its own pre-release accessibility testing (see attachment "2013 Section 508 Compliance Test Process for Applications") for any substantial changes to its website(s). Substantial changes are defined as website changes that affect user interface interactive elements and or documents.
- o 2013.070: The contractor shall produce a pre-release testing report for each pre-release accessibility test.
- o 2013.080: The contractor shall produce pre-release testing reports according to the attached standard template (see attachment "2013 Accessibility Testing Report").
- o 2013.090: The contractor shall deliver each pre-release accessibility testing report to Federal Student Aid (FSA).
- o 2013.100: The contractor shall fix any issues identified in the pre-release accessibility test.
- o 2013.110: The contractor shall provide a pre-release accessibility test report to FSA without any 'fail' results prior to any new website implementation or substantial change implementation.
- o 2013.120: The contractor shall provide a certification with each pre-release accessibility test report without any 'fail' results that certifies that the new website or substantial changes to existing website(s) is in compliance with Section 508 and WCAG 2.0 standards.

- o **2014.000: The contractor shall request and support FSA testing of the website to ensure it meets Section 508 standards and WCAG 2.0.**

    - o 2014.010: The contractor shall request to have the website tested on the Section 508/WCAG 2.0 accessibility standards every six months by the Department of Education, Assistive Technology Team (ED-AT) and every three months after each implementation of any substantial changes to its website(s). Substantial changes are defined as website changes that affect user interface interactive elements and or documents.
    - o 2014.020: If the ED Assistive Technology Office gets a complaint about a particular portion of a website that had previously passed 508 reviews and the AT team determines that the fix needs remediation. The contractor shall remediate the issue in the earliest possible release.

- o **2015.000: The contractor shall monitor for any Section 508 or WCAG modifications.**

    - o 2015.010: The contractor shall inform FSA of any changes to Section 508 or WCAG standards that may impact the website, forms, or practices.
    - o 2015.020: The contractor shall support FSA in identifying, analyzing, and creating any change requests needed to support changes to Section 508 or WCAG standards.

### *Section 3000: Website*

- **3000.000: The Contractor shall develop and host a Federal Servicing website that allows borrowers/students to access to loan and grant servicing accounts.**

  - 3000.010: The website shall adhere to Federal best practices for availability and accessibility.
  - 3000.020: The website shall, at minimum, be compatible (allowing all functionality) and tested with the leading browsers and operating systems, as defined in https://studentaid.gov/notices/site-requirements. This list will be reevaluated and updated by FSA annually.
  - 3000.030: The website shall be available 24 hours a day, 365 days a year (366 in leap years) except during FSA-approved routine maintenance or during FSA-approved outages.
    - 3000.031: Requests for routine maintenance or approved outages shall be made to FSA no less than 30 calendar days prior to the outage date, except under emergency situations.
  - 3000.040: The website shall be compliant with Sections 504 and 508 of the Rehabilitation Act of 1973 (29 U.S.C. sections 794 and 794d, as amended), including WCAG 2.0 Level AA Success Criteria, and WCAG 3.0 criteria (upon finalization of the standard).
    - 3000.041: The contractor shall monitor the 508 standards for updates and compliance and have a remediation plan approved by FSA for any discovered accessibility issues.
  - 3000.050: The website shall be optimized for mobile device experiences (mobile web) through responsive design. All website functionality and content shall be fully available in both desktop and mobile device viewports.
    - 3000.051: Mobile applications are not allowed.
  - 3000.060: The contractor shall make all website content and functionality accessible to FSA, including authenticated borrower account information and functionality, through the use of dummy or test account logins or test environment access.
  - 3000.070: The contractor shall make all digital communications accessible to FSA electronically, including all website accessible content, such as page copy, response form templates, secure inbox communication templates, chatbot intents (if applicable), annual report templates, and notifications. This access is informational, and prior approval for content by FSA is not required.
    - 3000.071: The contractor shall provide FSA with electronic updates to all new or changed website-accessible digital communications on a quarterly basis. Notice of changes and updates is informational, and prior approval for content additions or changes by FSA is not required.
  - 3000.080: The servicer shall ensure that the URL on their customer facing website ends with .gov.
    - 3000.081: If the servicer has an old URL ending in something other than .gov (e.g., .com, .net, etc.), the servicer shall forward borrowers from their old URL to their new .gov URL.
    - 3000.082: This forwarding process shall remain in place for a period of 12 months, after which time the old URL (e.g., .com, .net, etc.) will be permanently removed. Approximately 30 days before the old URL is permanently removed, the servicer shall notify borrowers that the old URL will be going away.

- **3001.000: The website shall provide plain language information and communications to borrowers.**

  - 3001.010: All future content shall adhere to the standards of the Plain Writing Act of 2010 (the Act) (Public Law 111-274), as expressed in the Federal Plain Language Guidelines

(see https://www.plainlanguage.gov/guidelines/), as well as the FSA Writing Style Guide.

- o 3001.020: The website shall display summary account level information to the user.
  - ▪ 3001.021: Title IV loan data that is NOT owned by Government must be separated from loans that are owned by the Government but can be displayed together for presentation purposes for the borrower as long as they meet all cyber security requirements. However, full separation of loans not owned by the Government on the website is the preferred solution.
- o 3001.030: The website shall display detailed loan level information to the user.
- o 3001.040: The website shall provide a link to allow users to submit a complaint directly to the FSA Ombudsman through https://studentaid.gov/feedback-center, accessible in the unauthenticated and authenticated header.
- o 3001.050: The website shall provide borrowers with the ability to access accessible portable document format (PDF) versions of forms prior to authentication in both English and Spanish (as available). The PDF forms will be hosted in a forms center within StudentAid.gov rather than the contractor website.
  - ▪ 3001.051: Links to specific forms hosted on StudentAid.gov shall also be available on each electronic applications or flows landing page prior to beginning the electronic application/flow.
- o 3001.060: The website shall provide links for all servicing functions, including those hosted on StudentAid.gov rather than on servicer sites, and including links to support documentation. Servicing functions hosted on StudentAid.gov currently include Income Driven Repayment applications, Loan Consolidation requests, and Loan Simulator.
  - ▪ 3001.061: The website shall provide links to support documentation for all servicing functions, including plain language help articles, guidance on contacting appropriate CSRs, and links to the StudentAid.gov flows within website navigation and dashboards.
- o 3001.070: The website shall provide income-driven repayment (IDR) payment counters.

- **3002.000: The Co-Branded website will have the following key features and functions.**

  - o 3002.010: The website shall provide the ability to display announcements and/or banners using a standard component style as provided by FSA, to include a headline, body copy, and optional link.
  - o 3002.020: The contractor will update the website announcements and/or banners at FSA's direction (e.g., announcing new program or requirement) without additional cost to FSA, within 8 business hours from being provided the announcement.
  - o DEFERRED FUTURE CLIN 7 REQUIREMENT - 3002.030: The website shall offer the user the option to complete key borrower tasks not currently available on StudentAid.gov.
    - ▪ DEFERRED FUTURE CLIN 7 REQUIREMENT - 3002.031: These key borrower tasks shall include:
      - Reviewing and changing personal information and communications preferences;
      - Real-time review of loan balance, loan information, and repayment progress, including capitalization events and disbursement notices;
      - Making a payment including: updating information, custom payments, providing standing instructions for payments, accepting debit card payments, processing extra payments, enrolling / disenrolling in auto-debit, pending/posted payments immediately visible, recurring payment;
      - TEACH Grant conversion document submission;
      - Accessing tax information and statements;
      - Applying for teacher loan forgiveness;
      - Applying for military benefits;
      - Applying for Service Member Civil Relief Act (SCRA) Interest Rate Limitation;
      - Applying for other forms of forgiveness and discharge;

- Setup/changes;
- Change due dates;
- Estimated early payoff;
- Secure document inbox;
- Secure document upload;
- Past statements history;
- Printable account statements;
- Requesting and cancelling forbearance;
- Requesting and cancelling deferment;
- Changing repayment plans and viewing repayment options.

- 3002.032: As key tasks are transitioned over time to StudentAid.gov, the website shall direct users to the StudentAid.gov website and supporting documentation and retire functionality on the contractor website.

  o 3002.040: [DELETED] Servicers will no longer display forms on their website.
  o DEFERRED FUTURE CLIN 7 REQUIREMENT - 3002.050: The contractor shall support through a common library of Application Programming Interfaces (APIs) provided by FSA the ability on studentaid.gov for borrowers to submit initial and recurrent income documentation for IDR plans.
  o 3002.060: The contractor shall support the use of standardized header and footer styles, including servicer and FSA co-branding logo, on the website, including authenticated and unauthenticated global menu sections, and information on what it means to be an official servicer of FSA and how borrowers can avoid fraud. Specifications are to be provided by FSA. See attachment "3002 Code Snippets and Brand Templates Attachments.zip."

    - 3002.061: The contractor shall support the use of standardized headers and footers in all borrower communications, including email, paper, CSR greetings, and chatbot intents (if applicable). FSA will provide these templated headers and footers and include servicer and FSA co-branding logos.
    - 3002.062: The contractor shall support the use of FSA brand standards for illustrations, graphics, photography, and icons on the website, either through the use of FSA-provided materials, or through the use of brand compliant illustrations, graphics, and icons and defined by the FSA Brand Style Guide.

  o DEFERRED FUTURE CLIN 7 REQUIREMENT - 3002.070: The contractor shall enable post-transactional surveys for a representative sample of users for all key customer tasks.
  o 3002.080: The contractor shall implement the functionality for borrowers to electronically upload all the approved OMB forms used by servicers and all supporting documentation for servicing (e.g., alternative documentation of income).

- **3003.000:  The information system, including all customer-facing interfaces (i.e., web), shall provide and/or a seamless Single Sign-on (SSO) access experience across servicing functions hosted by either the contractor or FSA on StudentAid.gov.**

  o 3003.010: The website shall use FSA's Person Authentication Service (PAS) with FSA ID exclusively for sign on, account creation, and account recovery flows.
  o 3003.020: The contractor shall support the orderly transition from servicer account authentication to FSA ID sign on.

    - 3003.021: During a transition period, the contractor shall provide borrowers with the ability to log on using the servicer's log in credentials/process and single sign on/FSA ID. Single sign on does not extend to servicer ID logins during this transition period.
    - 3003.022: Borrowers logging in through their servicer credentials/process will see messaging and communications encouraging them to transition to using FSA ID.
    - 3003.023: The contractor shall support the sequencing of the contractor website authentication transition from offering both servicer credentials and PAS/FSA ID to exclusively PAS/FSA ID to balance the load on FSA support systems and

contact centers. The sequencing and timing shall be determined by FSA.

- 3003.024: For borrower issues with PAS/FSA ID authentication, the contractor shall direct users to the Federal Student Aid Information Center (FSAIC) support channels.  FSAIC will be responsible for supporting borrower access inquiries and password resets.
- 3003.025: The contractor shall support a borrower communication campaign prior to the implementation of FSA ID on the authentication transition.
  - 3003.025.1: These communications shall include custom communication to borrowers without active FSA IDs. Particular at-risk pools of borrowers will be provided by FSA, with emphasis placed on borrowers who have not used their FSA ID in more than a year.
- 3003.026: The contractor shall support the pre-population of account information and preferences for new FSA IDs in FSA's systems for of borrowers who do not have active FSA ID accounts.
- 3003.027: The contractor shall support conducting a limited pilot SSO prior to full rollout at the discretion of FSA.

- o 3003.030: The contractor shall support the two-way updating of account information between contractor systems and FSA systems in near real-time.
  - 3003.031: The contractor shall record the borrower's updates, including the date/time and option chosen. The history of all options and when chosen/changed shall be stored and be part of the two-way updating solution for account information.
  - 3003.032: The website shall direct users to email and SMS verification through the PAS solution or at studentaid.gov.
  - 3003.033: The contractor shall track borrower communication preferences, including contact via cell phone, text messaging, and any promotional/marketing emails.
  - 3003.034: The contractor shall track all borrower consent to receive communications through email (eCorrespndence/eCorr) with a validity (True/False) indicator and a validity date.
  - 3003.035: Account information shall include FSA ID enabled status, First Name, Middle Initial, Last Name, Date of Birth, email address, mobile phone number, alternate phone number, work phone number, permanent address, and communication preferences and authorizations (including the option to receive communication through email or through postal mail).
- o 3003.040: The solution shall participate in the FSA Single Sign-On (SSO) solution ensuring that users can navigate between site participating in the SSO without being signed off if the user switches between websites.
- o 3003.050: It is FSA's vision and current direction for the contractor to use OpenID Connect (OIDC) for SSO.
- o 3003.060: [DELETED]
- o 3003.070: [DELETED]
  - 3003.071: [DELETED]

- **3004.000: The servicing solution shall support the incremental migration of current and future functionality to the Digital and Customer Care (DCC) mobile responsive web experience, with the future goal of all servicing front-end functions being provided exclusively through studentaid.gov.**

  - o 3004.010: To support this transition, the contractor shall implement generic API specifications (provided by FSA in collaboration with the DCC team) that will be implemented by all contractors ensuring that DCC has a consistent API interface layer access with all contractors.
  - o 3004.020: The contractor shall collaborate with FSA to design and specify generic APIs that can be used by all contractors enabling FSA to implement a constant user experience in DCC.

- 3004.030: All APIs supporting DCC web applications shall be compliant with FSAs future Enterprise API Management standard.

- **3005.000: The contractor shall support through APIs the ability for borrowers to make online payments. The contractor shall enable the following capabilities:**
  - 3005.010: The website shall provide the ability to sign up for and end autopay.
  - 3005.020: The website shall display the effective interest rate of each loan.
  - 3005.030: The website shall allow a borrower to choose how to allocate their payments.
  - 3005.040: The website shall allow a borrower to set standing instructions on how to allocate future payments.
  - 3005.050: The website shall allow a borrower to schedule a payment date and shall also provide the borrower the option to advance or not advance the due date for each online payment.
  - 3005.060: The website shall provide a payoff amount.
  - 3005.070: [DELETED]

- **3006.000: The contractor shall accept eSigned and Digital signatures per Electronic Signatures in Global and National Commerce Act (E-Sign Act) as they apply to electronic transactions conducted by lenders, guaranty agencies, schools, and borrowers (program participants) under the student loan programs authorized by Title IV of the Higher Education Act of 1965 (HEA), as amended.**

  **Note: Please refer to:**
  https://fsapartners.ed.gov/sites/default/files/attachments/dpcletters/gen0106Arevised.pdf
  - 3006.010: The contractor should accept digitally signed documents, as long as the digital signature complies with prior E-SIGN guidance (where applicable).
  - 3006.020: Certificate-Based Signatures: The only acceptable forms of certificate-based signatures are those signed using a certificate issued by the US Government, and the certificate must be marked as valid. In such a case, the contractor would need to either retain a copy of the original document containing the valid certificate or retain a copy of the "certificate properties" showing the validity of the signature and the signer's information. The signer's information should clearly show that the United States Government issued the certificate.
  - 3006.030: Digital Facsimile Signatures: This is a digitally drawn signature using a Pen Pad, touch-enabled device, or similar technology. This is fundamentally no different from a photocopy or fax of a "wet-signature."  As an example, a document or form signed using some product suites associated with DocuSign or Adobe Sign (formerly EchoSign), would be an example of a digital facsimile signature that is equivalent to an actual, physical signature. In these cases, contractors do not need to verify the signature any more than they would a wet signature. If the signature appears to be drawn by hand, no further verification is required, and it should be accepted.
  - 3006.040: Digitization of Wet Signatures: A digitization of a pen and ink manually drawn signature begins with a signature with ink on paper, which is then digitized using a scanner or camera. Like digitally drawn signatures, these signatures are not fundamentally different from a photocopy or fax of a "wet signature". In these cases, contractor do not need to verify the signature any more than they would a wet signature.
  - 3006.050: A Typeset Signature (e.g. typing one's name, initials, or other representation in place of a signature) is not an example of an acceptable digital signature.

- **3007.000: [DELETED]**
  - 3007.010: [DELETED]
    - 3007.011: [DELETED]
    - 3007.012: [DELETED]
    - 3007.013: [DELETED]
    - 3007.014: [DELETED]

- ▪ 3007.015: [DELETED]
- ▪ 3007.016: [DELETED]
- ▪ 3007.017: [DELETED]
- ▪ 3007.018: [DELETED]
- ▪ 3007.019: [DELETED]
    - o 3007.020: [DELETED]
    - o 3007.030: [DELETED]
    - o 3007.040: [DELETED]
    - o 3007.050: [DELETED]

- **3008.000: The contractor shall direct borrowers to the unfilled PDF forms available on StudentAid.gov.**

- **3009.000: [DELETED]**
    - o 3009.010: [DELETED]
    - o 3009.020: [DELETED]

- **3010.000: [DELETED]**
    - o 3010.010: [DELETED]
    - o 3010.020: [DELETED]

- **3011.000: The contractor shall properly denote trademarks like FAFSA®.**
    - o 3011.010: The contractor shall use FAFSA® on all customer facing instances (websites user documentation, etc.).
    - o 3011.020: The contractor shall use GI Bill® on all customer facing instances (websites user documentation, etc.).

- **3012.000: The contractor shall remove references to old FSA websites.**

    - o 3012.010: The contractor shall remove all references to the Direct Loan Website. The references could be found in printed materials, technical documents, help text, websites, etc.
    - o 3012.020: The contractor shall remove all direct URLs if referenced. This could include the following aliases:
      http://www.direct.ed.gov/ http://www2.ed.gov/offices/OSFAP/DirectLoan/index.html
      http://www.ed.gov/fsa/DirectLoan/index.html3011.020: The contractor shall use GI Bill® on all customer facing instances (websites user documentation, etc.).

- **3013.000: The contractor shall inventory and report links to FSA websites.**

    - o 3013.010: The contractor shall inventory any links to FSA (ed.gov) URLs that are currently being used throughout its products (including app(s), website(s), electronic/paper correspondences, and electronic/paper forms).
    - o 3013.020: The contractor shall report the inventory to FSA on a periodic basis.
    - o 3013.030: The contractor shall ensure that new URLs and vanity URLs are reflected and implemented throughout its products (including app(s), website(s), electronic/paper correspondences, and electronic/paper forms).
    - o 3013.040: The contractor shall identify existing FSA (ed.gov) URLs that were not included in the initial redirect plan and list of DCC/vanity URLs, so that FSA can provide guidance.
    - o 3013.050: The contractor shall work with FSA to develop and provide a sequencing plan for updating its impacted URLs/links.

- **3014.000: The contractor shall create an HTML, or other universally accessible, non-proprietary format version of all student loan electronic statements.**

- o 3014.010: The contractor shall render the HTML, or other universally accessible, non-proprietary format version of all student loan electronic statements shall be read only.
- o 3014.020: The contractor shall make the HTML, or other universally accessible, non-proprietary format version of all student loan electronic statements be for user (borrower) reference only.
- o 3014.030: The contractor shall escalate to Federal Student Aid's established borrower resolution process any borrower notifications of a difference between the official versions of the loan statement (e.g., the portable document format (PDF) version).
- o 3014.040: The contractor shall work with Federal Student Aid to research the issue, resolve the issue, or adjust the borrower's account status when there are differences between the HTML, or other universally accessible, non-proprietary format version of all student loan statements and the official version.

- **3015.000: USDS Servicers shall not provide a school portal under the USDS contract.**

  - o 3015.010: Servicers shall recommend that schools use NSLDS for any data needs.

- **3016.000:  The servicer shall implement the FSA Google Analytics standard.**

  - o 3016.010: The servicer shall include updated code for Tealium Specific Data and Tealium Snippet deployed to every page on the website to enable analytics.
  - o 3016.020: The servicer shall adhere to the implementation guide for inclusion of Tealium code. The implementation guide is attached as Attachment 3016 Servicers Tealium Implementation Guide.
  - o 3016.030: The servicer shall work collaboratively with the analytics vendor for deployment efforts.

### *Section 4000: Common Origination and Disbursement Interface*

- **4000.000: The contractor shall implement the Common Servicing Interface with the Common Origination and Disbursement (COD) system to send and receive Direct Loans, including Teach Loans (if applicable).**

- **4001.000: The contractor shall send and receive the Common Servicing Interface files using the Student Aid Internet Gateway (SAIG).**

  - o 4001.010: Common Servicing interface files shall be submitted via the Electronic Data exchange over SAIG.
  - o Links to SAIG Mailbox resources are located at: https://fsapartners.ed.gov/knowledge-center/topics/software-and-other-tools
  - o 4001.020: The contractor shall send and receive files daily; excluding Federal Holidays and outages.
  - o ***Changes due to scheduled COD System releases or other outages will be communicated during the COD/Servicer Weekly meetings.
  - o 4001.030: The contractor shall have a unique Test TG mailbox number to send and receive files from COD using SAIG.
  - o 4001.040: The contractor shall have a unique Production TG mailbox number to send and receive files from COD using SAIG.

- **4002.000: The contractor shall receive and process the Common Servicing Interface file. See attachments: "4002_CommonServicingSchemaFileLayout" "4002_CommonServicingXSD"**

  - o 4002.010: The Request file shall be provided from COD via an XML interface.
  - o 4002.020: Common Servicing files shall be sent via SAIG using specific message classes for the file type.
  - o 4002.030: The contractor shall expect to receive an unlimited amount of borrowers and loans within each daily file.
  - o 4002.040: The contractor shall process the files in the order they are received.
  - o 4002.050: If there is no activity for the contractor on a given processing day, COD will send a minimal file. The file will include only the SAIG header, Document Block, and SAIG trailer.
  - o 4002.060: COD shall send the Common Servicing file daily between 12:00 am and 8:00 am; the contractor shall send receipts and responses within 24 hours.

- **4003.000: The contractor shall adhere to the Common Servicing Schema Processing rules as outlined in the Additional Servicer Interface Support Guide. See attachment "4003 Additional Servicer Interface Support Guide."**
  - o 4003.010: If a document does not validate against the XML Common Servicing Schema, the contractor shall not process the document and shall contact the LDE Service desk at LDEServicedesk@accenturefederal.com and FSA.
  - o 4003.020: The contractor shall code according to the XSD; however, additional details regarding the field descriptions, format, valid values, and business/processing rules can be found in the Common Servicing Schema Layout document and the Interface Support Guide.

- **4004.000: The contractor shall receive the Initial booked Direct Loan and disbursement information in the Loan Activity File (LAF).**
  - o 4004.010: The LAF file shall be sent via SAIG with message class
    --LAASTQOP--Test File
    --LAASPQOP--Production File

- o 4004.020: A loan and grant is "booked", when a loan or grant that has an award and disbursement amount greater than or equal to $0, and the award is linked to a Master Promissory Note/Agreement to Serve, and the initial disbursement date is less than or equal to the current processing date.
  ***Schools may disburse and zero out an award in the same day, therefore, the contractor shall accept a zero dollar award.
- o 4004.030: Initial loan activity shall be sent to the contractor in the LAF with all required tags, per the schema, in the borrower block, award block(s), disbursement block(s) as well as the most recent information for optional tags.
- o 4004.040: The disbursement amount and disbursement adjustment amount shall be the same for initial loan activity.
- o 4004.050: The Master Promissory Note and Agreement to Serve reference information will be included in the initial LAF for a new loan.
- o 4004.060: The endorser (if any, for PLUS loans) will be included in the initial LAF.
- o 4004.070: The contractor shall accept the SSN, Name, and Date of Birth fields from COD even if that data does not match their system. If the data does not match the contractor's records, the contractor shall not update any borrower data before validating that the data on COD is more current than the data on the contractor's system. If the contractor's data is more current, no changes should be made to their records. The records can be placed in Work in Process (WIP) while validation occurs. COD has an upfront edit that matches the SSN/NAME/DOB sent from the school to the borrower's FAFSA data. The FAFSA data is matched to the IRS.

- **4005.000: The contractor shall receive modifications to borrower, award, and disbursement information for Direct Loans (including TEACH Loans) via the LAF from COD.**

  - o 4005.010: COD will send updates to borrower and award-level information with replacement values in the relevant tag, except in the case of an SSN or date of birth change. In the case of SSN or date of birth, COD will send the previous identifier and the current identifier in the borrower block.
    ***SSN and Name changes will be sent with one award block and trigger borrower only blocks to be submitted on other awards. Example: if a school submitted a change to the name on the Direct Subsidized loan, then the borrower block for the Direct Plus loan will also be triggered.
  - o 4005.020: Modifications to the student or endorser information in a Direct PLUS loan will not be sent to the contractor after the initial loan activity is sent unless there is a corresponding award modification made.
  - o 4005.030: The replacement value of zero in the <FinancialAwardAmount> tag is valid and indicates the award was inactivated by the school.
    ***Servicer shall accept the reduction to zero even if all disbursements have not been reduced to zero. Due to Heightened Cash Monitoring schools, the disbursement adjustment requires FSA approval prior to being sent to the contractor and will delay the disbursement modifications from being sent the same day.
  - o 4005.040: COD will not send borrower and/or award-level modifications to the contractor for the borrower with only a Direct Consolidation Loan or federally held Federal Family Education Loan (FFEL).
  - o 4005.050: COD will not send borrower and/or award level modifications to the contractor for an award with the Paid in Full (PIF) indicator set to true.
    **Only valid for Loans PIF by consolidation.
  - o 4005.060: Borrower and award-level modifications shall be sent for the current award year and previous two years.

- o 4005.070: If there is an award modification, the entire award block with the most recent information will be sent along with the entire borrower block.
- o 4005.080: COD will send updates to disbursement level information with replacement and delta/adjustment values. In cases where there are multiple changes within the same day, COD will send the Servicer both the final value from the latest change (as the replacement value) and the total delta (from all changes).
- o 4005.090: The contractor shall receive a unique disbursement number for each disbursement and a unique sequence number for each adjustment to a specific disbursement number.
- o 4005.100: The actual numerical value of the disbursement number/sequence number does not indicate what the most recent information is. The unique combination of a disbursement number and sequence number for a specific loan indicates that an adjustment needs to be processed.
- o 4005.110: Sequence numbers are assigned based on source of the adjustment. Sequence 1-65--School Assigned
- o Sequence 66-90--COD Assigned (web processing) Sequence 99-91--Servicer assigned (Payment to Servicing)
- o 4005.120: Multiple modifications made to a disbursement in the same day will be sent with the most updated information associated with the latest sequence number for that disbursement and the combined adjustment amount for the day.
- o 4005.130: The contractor shall follow the business rules as outlined in the Additional Servicer Interface Support Guide for borrower, award, and disbursement modifications.
- o 4005.140: The contractor shall process Loan Activity Files in the order in which they are received according to the date the file was created (<CreatedDateTime> tag in the schema) and prior to processing the next file.

- **4006.000: The contractor shall receive corrections for previously rejected items for Direct Loans (including TEACH Loans) via the LAF from COD.**

  - o 4006.010: The contractor shall be able to accept all rejects for a single award/disbursement in a single file.
    Example: If a disbursement was initially rejected and two subsequent adjustments to that disbursement were also rejected, COD will send all three transactions in one file to the contractor.

- **4007.000: The contractor shall send a receipt file to COD, via SAIG, for each LAF received.**

  - o 4007.010: The contractor shall send a Receipt to acknowledge the receipt of the file as a whole and indicate that the Loan Activity File was received by the Servicer.
  - o 4007.020: The Receipt file shall be provided to COD via an XML interface.
  - o 4007.030: Loan Activity Receipt files shall be sent via SAIG using specific message classes for the file type:
    LAASTCIN--Test Receipt File LAASPCIN--Production Receipt File

- **4008.000: The contractor shall process the LAF and send a Response file to COD.**
  - o 4008.010: The contractor shall send one Response file document for each LAF processed, returned in order.
  - o 4008.020: The Response file shall be provided to COD via an XML interface.
  - o 4008.030: Loan Activity Response files shall be sent via SAIG using specific message classes for the file type:
    - LAASTSIN--Test Receipt File
    - LAASPSIN--Production Receipt File

- 4008.040: The contractor shall send the LAF response file within 24 hours of receiving the LAF.
  ***The contractor shall send response files on Saturdays for Friday files.
- 4008.050: The contractor shall send a response block at the document, borrower, award, and disbursement level.
- 4008.060: The contractor shall process transactions received from COD in the Loan Activity File and return edits and/or accepted responses for each transaction ID in a Loan Activity Response file to COD.
- 4008.070: The contractor shall create/send a Response complex element for each Transaction ID associated with Document, Borrower, Award, and/or disbursement complex elements sent in the LAF.
- 4008.080: A response complex element with a Response code of 'accepted' does not exclude another complex element(s) in the hierarchy from being accepted or rejected. Example: If a borrower complex element is accepted, this does not exclude the possibility of the award or disbursement complex elements may be accepted or rejected.
- 4008.090: When a response complex element is rejected, the contractor shall include at least one Error Code and return no more than one hundred Error Codes per transaction ID.
- 4008.100: A response complex element with a response code of "rejected" can result in other complex elements being rejected.
- 4008.110: If there is a reject at the document level, the contractor shall return a response only to the Document Transaction ID and it will be assumed all other transactions are rejected.
- 4008.120: If a borrower complex element is rejected, then the award complex element and all associated elements will also be rejected. The contractor shall return a response with the error code and reason at the borrower level, and the award will just have a response of "rejected" without the code and reason.
- 4008.130: The contractor shall return edit 001 at the document level if the batch was sent to the wrong mailbox.
- 4008.140: The contractor shall return edit 002 at the document level if COD sends a duplicate batch ID.
- 4008.150: The contractor shall return edit 002 at the borrower, award, and/or disbursement level if COD submits duplicate transaction IDs within the same file.
- 4008.160: The contractor shall return edit 003 at the document level if the create date is greater than the current date.
- 4008.170: The contractor shall return edit 004 when the New borrower, New Award, and/or New disbursement indicator are inconsistent with servicer data. New Borrower is a SSN that the contractor has "Never" had on their system with a Federally held FFEL Loan, Direct Loan, or TEACH Loan.
- Note: This includes all Federal loan types for the above programs (TEACH, Direct Loan, Direct Loan Consolidation, FFEL, and FFEL consolidation).
- 4008.180: The contractor shall return edit 005 at the batch level if there are schema validation errors.
- 4008.190: The contractor shall return edit 006 if the borrower has been transferred to another servicer.
  This does not include transfer to Debt Management and Collection Services (DMCS). If a borrower has been transferred to DMCS, the contractor shall accept the transaction.
- 4008.200: The contractor shall return edit 007 at the borrower and/or award level when the data is inconsistent with what the contractor has on file. This only applies to non-financial borrower identifiers and non-financial discrepancies. It should only be returned in cases where edits 4, 6, or 18 are not returned. (Such as non-financial disbursement fields such as disbursement date.)
- 4008.210: The contractor shall return edit 13 at the batch, borrower, award, or disbursement level when the file is missing functionally required tags.

- 4008.220: The contractor shall return edit 018 when the disbursement adjustment amount does not match the calculated difference between the new disbursement amount in the LAF file and the previous disbursement amount that the servicer has on file.

- **4009.000: The contractor shall use the <Correspondence Type> (paper or electronic) and <CorrespondenceEffectivedate> fields in the LAF to determine if they need to establish or update the borrower's electronic correspondence option within their systems.**
  - 4009.010: The contractor shall only process a correspondence option change from COD if the effective date received is more current than the most recent option effective date stored on the contractor's system.
  - 4009.020: The contractor shall use the effective date to determine if the borrower has changed their correspondence type option.
    Example:
    1. New Loan sent in the LAF on 1/15/2013
    a. Correspondence Type is electronic
    b. Effective date is 12/15/2012
    c. Servicers shall set the borrower's correspondence type to electronic.
    2. Adjustment sent on 2/10/2013
    a. Correspondence type is paper
    b. Effective date is 02/08/2013
    c. Servicer shall update their system to send paper correspondence.
  - 4009.030: The schema contains two email address fields.
    <PermittedAddress> This is the email address that the borrower consented to use with eCorrespondence.
    < NonpermittedAddress> is supplemental information that was provided to COD by a source (school/FAFSA) other than the borrower. This is informational and should not be used for eCorrespondence
    Note: Per schema this is a required field but, based on business rules it is required when borrowers opt in, so it is only required for specific scenarios. It is possible the same email will be in both fields.
  - 4009.040: The contractor shall use the attached eCorrespondence Consent Language on all communications/websites/applications that allow a user to consent to eCorrespondence.
    See attachment "4009_4010 Current SMS_ eCorr Consent language."

- **4010.000: The contractor shall use the text messaging <SMSAllowedFlag> and <SMSEffectivedate> fields in the LAF file to determine if they need to establish or update the borrower's text messaging option within their systems.**

  - 4010.010: The contractor shall only process a SMS text messaging option change from COD if the effective date received is more current than the most recent option effective date stored on the contractor's system.
    See attachment "4009_4010 Current SMS_ eCorr Consent language."

- **4011.000: The contractor shall use the <InSchoolDefermentFlag> and the <SixMonthDefermentOption> fields in the LAF to apply the In School deferment to a Direct Parent Plus loan.**

  - 4011.010: Parents have an option to defer their payments while the student is in school, in addition, they can also defer payments during the student's grace period. The contractor shall use these fields to determine whether a deferment needs to be applied or if the Parent borrower will go into repayment.
  - 4011.020: If the parent borrower elects to defer their payments, the contractor shall apply the Parent Plus borrower deferment. See Requirements 21000.

- **4012.000: The contractor shall maintain COD SSN, COD Name, and COD DOB information for a borrower. These data elements are to be used when sending the Servicer Activity File (SAF) to COD.**
  - 4012.010: SSN, Name, and DOB updates made on the contractor's system are not reported to COD, therefore, the contractor needs to maintain COD data in order to process future transactions from COD as well as send data to COD in the SAF.
  - 4012.011: All SAF files shall use the COD Name, COD DOB, and COD SSN for the borrower information. Example: Identity theft discharge: a servicer may move the accounts to be under a pseudo SSN, but when responding to COD, you need to use the data for the borrower the loan was originated under.

- **4013.000: The contractor shall send a Servicer Activity File (SAF) to COD on each processing day.**
  - 4013.010: The SAF file shall be sent via SAIG with message class
    --SAASTQIN--Test File
    --SAASPQIN--Production File
  - 4013.020: The contractor shall send Payment to Servicer, Transfer, and Discharge activity to COD by end of day each processing day. COD will process and send receipts and responses around 6:00am the next business day.
  - 4013.030: The contractor shall only send Payment to servicer and discharge activity for awards that are currently on the COD system. If COD has archived an award year, the contractor shall no longer send the transactions.
    - 4013.031: COD will annually notify the contractor's when an award year will be archived.
    - 4013.032: The contractor shall update their systems to no longer send the payment to servicer or discharge transactions for the "archived" year on the date provided by COD in the notification.
  - 4013.040: The contractor shall include payment to servicer (School Payments or Borrower payments received within 120 calendar days of disbursement date (Cash Cancels)) transactions for Direct Loan Subsidized, and Direct Loan Unsubsidized loans in the SAF.
    Note: Perkins is not a program that is currently processed by COD; however, it is a valid value in the schema.
  - 4013.050: The contractor shall assign a new disbursement sequence number for each payment to servicer transaction on a disbursement, using 99 - 91 as sequence numbers (descending order).
  - 4013.060: Payment to servicer activity will be sent as a negative amount for a standard payment and as a positive amount for an adjustment that decreases the payment amount, or to represent a non-sufficient funds (NSF).
  - 4013.070: If a payment modification is made, the contractor shall provide the current payment amount values as well as the payment adjustment amount values. If the payment is not a modification, the payment adjustment values will be populated with the payment amount.
  - 4013.080: The contractor shall only send one payment per Servicer Activity File per borrower, award, and disbursement combination.
  - 4013.090: The contractor shall include transfer activity in the Servicer Activity File.
  - 4013.100: Transfer activity includes loans/grants that have been transferred, New consolidation loans, and Paid In Full indicator on underlying loans that were PIF by consolidation.
  - 4013.110: The contractor shall send the transfer notification to COD the day the transfer is received. The contractor shall include the previous servicer ID and effective date of the transfer.

- o 4013.120: The contractor shall send the transfer notification to COD the day the New Consolidation Loan is booked.
- o 4013.130: The contractor shall send the transfer notification to COD when underlying loans are PIF by a consolidation loan. Once received, COD will no longer send borrower level updates for the underlying award.
- o 4013.140: All records sent in the transfer block are required to have the effective date, previous servicer ID, and Paid in Full indicator populated with valid values
- o 4013.150: The contractor shall include discharge activity in the Servicer Activity File for Direct Loans (see support guide for list of discharge types).
- o Note: Perkins is not an eligible program at this time.
- o 4013.160: The contractor shall include full and partial discharges and discharge reversals in the Servicer Activity File.
- o 4013.170: The contractor shall include the following discharges:
    - --Closed School
    - --False Certification--ability to benefit
    - --False Certification--disqualifying status
    - --False Certification, Unauthorized Signature/Payment
    - --False Certification, Identity Theft
    - --False Certification, Group Discharge
    - --Unpaid Refund
    - --Unauthorized signature/unauthorized payment
    - --Bankruptcy
    - --Death
    - --Disability
    - --Veterans Disability
    - --Teach Forgiveness
    - --[DELETED]
    - --Identity Theft
    - --Borrower Defense
    - --Natural Disaster
- o 4013.180: The contractor shall send the <DischargePerson> tag populated with either 'borrower' or 'student' for every discharge transaction.
- o Note: Student will only be used for Direct Parent Plus loans
- o 4013.190: In the case of a discharge due to "Death", the contractor shall send in all Award ID's (all of the Award IDs that the contractor has on file for that Borrower or Student), with the relevant discharge reason, discharge amount, discharge date, discharge action code discharge person and index (SSN and DOB of the person who is deceased) information.
- o 4013.200: In the case of the death of both a borrower and student (DL Parent PLUS award), the contractor shall send 2 discharge blocks.
- o 4013.210: The contractor shall send the actual disbursement amount in the discharge amount field. (They should not report the principal/interest amounts that were written off) The amount of the discharge cannot be greater than the gross disbursement amount.
- o 4013.220: In the case of a partial discharge and a subsequent partial discharge for the same awards, the contractor shall send a replacement discharge amount (total discharge).
- o 4013.230: Discharge and Discharge reversals should not be sent in the same Servicer Activity File. If a discharge and reversal are processed in the same day, the contractor shall not send the discharge information.
- o 4013.240: If there is no activity on that processing day, a minimal Servicer Activity File without borrower activity will be sent.

- **4014.000: The contractor shall receive a receipt from COD for every Servicer Activity File.**

- o 4014.010: The contractor shall receive a Receipt to acknowledge the receipt of the file as a whole and indicate that the Servicer Activity File was received by COD.
- o 4014.020: The Receipt file shall be provided to the contractor.
- o 4014.030: Servicer Activity Receipt files shall be sent via SAIG using specific message classes for the file type:
- o SAASTCOP--Test Receipt File SAASPCOP--Production Receipt File

- **4015.000: The contractor shall receive a response from COD for every Servicer Activity File.**

  - o 4015.010: The SAF response file shall be sent via SAIG with message class
    --SAASTSOP--Test File
    --SAASPSOP--Production File
  - o 4015.020: The contractor shall receive a Response complex element for each Transaction ID associated with Document, Borrower, Award, and/or disbursement complex elements sent in the Loan Activity File.
  - o 4015.030: A response complex element with a Response code of 'accepted' does not exclude another complex element(s) in the hierarchy from being accepted or rejected. Example: If a borrower complex element is accepted, this does not exclude the possibility of the award or disbursement complex elements may be accepted or rejected.
  - o 4015.040: When a response complex element is rejected, the contractor shall include at least one Error Code and return no more than one hundred Error Codes per transaction ID.
  - o 4015.050: A response complex element with a response code of "rejected" can result in other complex elements being rejected.
  - o 4015.060: If there is a reject at the document level, COD shall return a response only to the Document Transaction ID and it will be assumed all other transactions are rejected.
  - o 4015.070: If a borrower complex element is rejected, then the award complex element and all associated elements will also be rejected. The contractor shall return a response with the error code and reason at the borrower level, and the award will just have a response of "rejected" without the code and reason.
  - o 4015.080: COD shall return edit code 002 for duplicate transaction IDs at the borrower, award, and disbursement level.
  - o 4015.090: COD shall return edit code 007 when the borrower/award/discharge/payments/transfer information is inconsistent with what COD has on file
  - o 4015.100: COD shall return edit code 008 on payment/discharge/transfer notifications if the award ID is not found on the COD system.
  - o 4015.110: COD shall return edit code 009 for payment to servicer gross amount is greater than COD disbursement amount.
  - o 4015.120: COD shall return edit code 010 for discharge transactions and the borrower/student SSN is not found
  - o 4015.130: COD shall return edit code 011 if the discharge or payment effective date is out of range. Effective date must be less than or equal to current processing date.
  - o 4015.140: COD shall return edit 012 for discharge reversals when no discharge is on file.
  - o 4015.150: COD shall return edit 014 for invalid discharge amounts. Discharge amount must be less than or equal to the COD disbursement amount.
  - o 4015.160: COD shall return edit code 015 for missing disability date for discharge types of Veterans and Disability.
  - o 4015.170: COD shall return edit code 016 for missing borrower SSN or DOB.
  - o 4015.180: COD shall return edit code 018 for Payment Adjustment amount does not match the calculated difference between the new payment amount in the SAF file and the previous payment amount that COD has on file.

- o 4015.190: COD shall return edit code 021 if a payment is submitted on Consolidation or Federally held FFEL loans.
- o 4015.200: COD shall return edit code 022 if a discharge is submitted on consolidation or federally held FFEL loans.

- **4016.000: The contractor shall receive Daily Interface Activity Reports from COD.**

  - o 4016.010: The contractor shall receive a Daily Outbound Activity Summary and detail report that contains a summary of the COD outgoing file and the contractor's incoming response to that file along with batch detail.
  - o 4016.020: The contractor shall receive a Daily Inbound Activity Summary and detail report that contains the summary of the COD inbound file from the contractor and COD's response to that file along with batch detail.

- **4017.000: The contractor shall provide support for resolving rejected transactions returned to COD for the Loan Activity File.**

  - o 4017.010: Contact name(s) and information shall be provided to FSA/COD. Support should include the ability to review rejected transactions, work with COD personnel to analyze why the reject occurred and assist with resolution on a daily basis.

- **4018.000: The contractor shall resolve rejected transactions received from COD in the SAF response file.**

  - o 4018.010: Resolution shall include the ability to review rejected transactions, work with COD personnel to analyze why the reject occurred and assist with resolution on a daily basis.
  - o 4018.020: These rejects shall be considered Work in Process (WIP) for the contractor, the contractor shall review the rejects daily and resubmit them.
  - o 4018.030: The contractor shall track and report all WIP to FSA weekly. File layout of report will be determined during detailed requirement/design reviews, but will include at the minimum the below fields:
    - ▪ --Document Batch ID
    - ▪ --SSN
    - ▪ --Loan ID
    - ▪ --Reject type (Discharge, transfer, Payment to servicer)
    - ▪ --Edit code
    - ▪ --Edit field (field that triggered the edit)
    - ▪ --Field value(s)
    - ▪ --Age of reject (days since record reject)
    - ▪ --Resend indicator
    - ▪ --Resend date

- **4019.000: The contractor shall complete inter system testing (IST) with COD prior to being able to accept the Common Application files.**

  - o 4019.010: The contractor shall coordinate testing scope with FSA and COD, create and stage test data as needed, and provide a test region to support IST. FSA shall have access to the test region to validate testing.
  - o 4019.020: The contractor shall complete a connection test prior to the start of IST.
  - o 4019.030: The contractor shall participate in daily IST test meetings
  - o 4019.040: The contractor shall provide copies of all data and files, as well as account level screen prints to FSA for review.

    Note: Detailed Artifact information will be provided with the IST test scripts.

- o 4019.050: The contractor shall provide a final IST evaluation artifact that includes daily notes and test status once IST has been completed.

- **4020.000: The contractor shall accept all transactions for loans that were transferred to DMCS.**
  - o 4020.010: The contractor shall put the transactions into suspense (WIP) and on a monthly basis, create a manual adjustment spreadsheet to forward the transfer update to DMCS. See requirements "29000 Adjustment Processing" for more detail.

- **4021.000: The contractor shall process "late bookings" from schools.**
  - o 4021.010: Late bookings are new loans or new disbursements for existing loans that are not sent timely to COD, therefore, the student may already have left school.
  - o 4021.020:  The contractor shall accept the transactions and apply an admin forbearance to bring the account current.
  - o 4021.030: If the borrower has other loans, the loan shall be put on the same repayment plan. The account shall be re-disclosed and a new repayment schedule generated.

- **4022.000: The contractor shall update a borrower's separation date or apply In-School deferments to borrower's accounts when new loans are booked to the servicing system.**

  - o 4022.010: If the contractor has the borrower's loan(s) in any other status than an in-school, in-grace, or in a school deferment, the contractor shall use new loan bookings as an indicator that the borrower is in school at least half time.
  - o 4022.020: The contractor shall extend the borrower's separation date if the borrower was continuously enrolled.
  - o 4022.030: The contractor shall apply In-School deferments to borrower's loans when new loans are booked to the servicing system. The begin date of the deferment shall be the award period begin date and the end date shall be the borrower's separation date sent by COD.
  - o 4022.040: The contractor shall extend the borrower's separation date or apply the in-school deferment using the enrollment status of "half time".
  - o 4022.050: The contractor shall use the NSLDS enrollment reporting process from the school to validate accurate separation dates/deferment end dates. If the contractor does not receive confirmation within 120 business day from the receipt of the COD information, the contractor shall reach out to the school to validate the borrower actually enrolled in school.

- **4023.000: The contractor shall determine if updates are needed to the borrower's demographic information.**

  - o 4023.010: The contractor has an option to process SSN, Name, DOB, Address, email, and phone numbers changes from COD. If the contractors believe their information is accurate, they do not need to process the change from COD.
    Note: As per requirement 4012, the contractor needs to update and maintain the COD identifiers.

- **4024.000: The contractor shall report all transactions related to COD originations to the Financial Management System (FMS). See "Financial Activity and Transactions" for more information on FMS reporting.**

- **4025.000: The contractor shall reconcile all financial activity on their servicing system and with FMS. See Financial Reconciliations and Reporting.**

- **4026.000: The contractor shall participate in COD/Servicer/FSA status meetings.  The meetings will review file processing and any open LDE Service desk tickets.**

- o 4026.010: The contractor shall send any issue/research request to the LDE Service Desk; Personally Identifiable Information (PII) data shall not be sent in email as the contractor shall post documents to the SharePoint site.

- **4027.000: The contractor shall maintain a ticket tracking solution to track any system issues that they have regarding the interface. Examples include but are not limited to: The servicing system is rejecting items back to COD incorrectly, the servicing system is not updating accounts accurately based on data with the files.**

  - o 4027.010: The contractor shall provide reports to FSA and review the errors during the COD/Servicer/FSA status meetings in requirement 4026.000.

- **4028.000: The contractor shall provide Contact names, emails, and phone numbers for the operational contacts for this interface.**

  - o 4028.010: The contractor shall also need to provide production schedules as needed (if applicable).

### Section 5000: Repayment Plans

- **5000.000: The contractor shall provide and support repayment plan options for all loan types, including plans in existence prior to, and after, the Higher Education Reconciliation Act of 2005 (HERA).**
  **See attachment "5000_DL Repayment Guide."**
  - 5000.010: The contractor shall provide and support Traditional Repayment Plans: Standard - Pre-HERA ('grandfathered') and Post-HERA repayment terms Graduated - Pre-HERA ('grandfathered') and Post-HERA repayment terms Extended - Pre-HERA ('grandfathered') and Post-HERA repayment terms
  - 5000.020: The contractor shall provide and support Income-Driven Repayment (IDR) plans:
    - Income-Contingent Repayment (ICR)
    - Income-Based Repayment (IBR)
    - Pay As You Earn Repayment (PAYE)
    - Saving on a Valuable Education (SAVE). The servicers will reference SAVE as, formerly referred to as Revised Pay as You Earn (REPAYE), for a period of 12 months or until notified 45 days in advance by FSA.
  - 5000.030: The contractor shall provide and support Alternative Repayment Plans:
    - Alternative Fixed Payment
    - Alternative Fixed Term
    - Alternative Graduated
    - Alternative Negative Amortization
  - 5000.040: The servicers were instructed not to run the re-amortization repayment term monitoring process during the payment pause. The servicer shall resume the process as of March 1, 2024.

- **5001.000: The contractor shall allow a borrower to change repayment plans as applicable based upon regulations for the various loan programs.**
  - 5001.010: There is no limit to how often a borrower may change repayment plans.
  - 5001.020: If the billing statement has been sent to the borrower, the new repayment plan monthly payment amount shall take effect with the following payment due date. A borrower in this situation may be eligible for a forbearance to cover the upcoming due date. See Section 22000: Forbearances.
    For Example: Billy Borrower's due date is the 14th and today is June 7th. Billy changes repayment plans. Since the billing statement for June 14th has already been sent (21 days prior to the due date), Billy's new payment amount would be effective as of July 14th. If Billy Borrower expressed concerns about making the June 14th payment, the servicer could apply a forbearance to cover the June 14th due date.
  - 5001.030: The contractor shall change the borrower's repayment plan without changing the due date unless the borrower also requests a change in the due date.
  - 5001.040: If the borrower's due date is advanced more than 30 calendar days, the contractor shall remove any prepaid status and make the borrower due for the new monthly payment amount within the next 30 calendar days.
  - 5001.050: If the borrower's due date is less than 21 calendar days in the future, the new payment amount will be in effect for the following billing cycle.
    For Example: If Billy Borrower's due date is the 14th and on June 7th he requests to change his repayment plan, the new higher payment amount will not take effect until the July 14th billing. The June 14th bill should remain at the current payment amount.
    5001.060: [DELETED]
  - 5001.070: The contractor shall understand the consent process flow process outlined in attachment "5001.070_Legacy CR6100 Requirements", "5001.070_6100 Common App Schema Documents", and "5001.070_ Family Size FTIM logic_final)."
    - 5001.071: The contractor shall understand the consent process flow on the implementation of the *FUTURE Act.* The borrower and spouse (if applicable)

must provide consent for the Internal Revenue Service (IRS) to release their federal tax information (FTI) to the FTI Module for use in the monthly payment calculation for all IDR plans. If the borrower declines or revokes consent (previously provided), they must provide Alternative Documentation of Income (ADOI) to StudentAid.gov or directly to their servicer (for paper applications).

- o 5001.080:  The contractor shall create a consent flag and store consent received via paper application within the servicing system for referencing and reporting as necessary.
  - ▪ 5001.081: Borrowers submitting a paper application may provide consent via the IDR application request form.
- o 5001.090: The Federal Loan Servicer (FLS) shall send the consent flag information to COD to store with the System of Record (PMDM).
  - ▪ 5001.091: FSA will provide a timeline of when the COD system will be able to receive this information; however, the expectation is that this will be transmitted to COD after the June 30, 2023.
  - ▪ 5001.092: The contractor should provide a flat file with the following fields to SAIG for to report on borrowers providing consent through IDR Request Form (SAIG Message class information will be provided at a later date). (See attachment "5001.092_SABER IDR Phase II Guidance File Layout.")

- **5002.000: The contractor shall allow a borrower to change their due date. The day the payment is due shall be limited to the 1st to 28th of the month.**

  - o 5002.010: The contractor shall secure the borrower's permission before changing a due date and may not change the payment due dates arbitrarily.

- **5003.000: The contractor shall apply the following limitations for repayment plan changes.**

  - o 5003.010: A borrower may change to another plan as long as the new plan has a repayment term longer than the amount of time already spent in repayment. The new repayment term is determined by subtracting the amount of time spent in repayment from the term allowed under the new plan.
  - o 5003.020: The contractor shall exclude any periods of deferment and forbearance when determining the repayment term unless the borrower is changing into an IDR plan which allows the borrower to have periods of economic hardship deferment count toward the repayment term (forgiveness), in which case periods of economic hardship deferment count towards the remaining repayment term.
  - o 5003.030: If the borrower is required to repay the consolidation loan under an IDR plan ("forced IDR"), the borrower must make three consecutive on-time monthly payments of a payment amount based on income (not interest only payments that may be due under ICR) before changing to another plan. If the borrower's scheduled payment is $0.00, the borrower is required to make 3 consecutive monthly payments of at least $5.00 prior to changing to another plan.

    Note: Forced IDR is only for newly originated consolidation loans that are loaded to the contractor's system. Contractors will never place a borrower onto the forced IDR plan unless correcting an error.

- o 5003.040: Borrowers who are removed from a Pre-HERA plan, per their request, do NOT have the option of going back on a Pre-HERA plan UNLESS:
  The borrower is being removed from ICR due to lack of required documentation.
  The borrower is on the Consolidated Standard Plan with a term > 10 years and is requesting a Standard 10 year term for purposes of Public Service Loan Forgiveness.
- o 5003.050: The contractor shall track a borrower's repayment history while the borrower is serviced by the contractor, including the dates when a borrower began and ended a particular repayment plan, forbearance, or deferment.
- o 5003.060: As of July 1, 2024, new enrollments into the ICR Plan will be limited to only borrowers who have consolidated loans that include a Direct parent PLUS Loan or FFEL parent PLUS loan. Borrowers already repaying under the ICR plan as of July 1, 2024 may continue to repay their loans under the ICR plan.
  - ▪ 5003.061: Borrowers repaying under the ICR plan on or after July 1, 2024, who change to a different repayment plan may not re-enroll in the ICR plan unless they have a Direct Consolidation Loan disbursed on or after July 1, 2006, which repaid a Direct parent PLUS or Federal parent PLUS loan.
- o 5003.070: As of July 1, 2024, new enrollments into the PAYE plan will not be permitted. Borrowers already repaying under PAYE as of July 1, 2024, may continue to repay under the PAYE plan.
  - ▪ 5003.071: Borrowers repaying under the PAYE plan on or after July 1, 2024, who change to a different repayment plan may not re-enroll in the PAYE plan.
- o 5003.080: Borrowers who have made 60 or more qualifying payments on or after July 1, 2024, on the SAVE plan will not be eligible to repay their loans under the IBR plan.
- o 5003.090: A borrower who has a Direct Consolidation Loan disbursed on or after July 1, 2025, which repaid a Direct parent PLUS loan, a FFEL parent PLUS loan, or a Direct Consolidation Loan that repaid a Direct parent PLUS or FFEL parent PLUS loan at any point may not choose any IDR plan except the ICR plan.
- o 5003.100: The contractor shall track a borrower's repayment history while the borrower is serviced by the contractor, including the dates when a borrower began and ended a particular repayment plan, forbearance or deferment.
- o 5003.110: Borrowers wanting to switch from another repayment plan to SAVE with a reduced loan term for early forgiveness are permitted to switch to SAVE even if they have exhausted the early forgiveness loan term.

- **5004.000: Borrowers currently repaying under Pre HERA plans shall remain on those plans until the borrower requests to be removed. New loans for borrowers repaying on Pre-HERA plans may also be repaid using Pre-HERA plans.**

- **5005.000: The contractor shall require a borrower to use the same repayment plan for all loans unless the borrower qualifies for an exception.**

  - o 5005.010: The contractor shall assign new loans received for a borrower to the same repayment plan the borrower is currently using.
  - o 5005.020: If the borrower makes a different selection, the contractor shall change all loans to the new repayment plan, if applicable.
  - o 5005.030: The contractor shall allow for the following exception when a borrower chooses a plan for which not all of their loans are eligible. The loans that are not eligible for the plan the borrower has chosen may be repaid under any other repayment plan for which the loans are eligible.

    • Borrower has both Parent PLUS and Parent PLUS consolidation loans that do not qualify for all of the IDR plans as well as Direct Unsubsidized or Subsidized loans.

    • Borrower has federally held FFEL and Direct loans. The FFEL are only eligible for the IBR plan of the possible IDR plans.

Example: Borrower has a mix of Direct Unsubsidized Loans and Direct PLUS loans made to parents. The Direct Unsubsidized Loans are eligible for IDR plans and the Direct PLUS Loan made to parents is not eligible for IDR plans.

- **5006.000: The contractor shall apply an administrative forbearance to cover all prior delinquency when applying any payment plan change. [Note: per legacy CR6581 interest accrued during any forbearance period shall not be capitalized at the end of the forbearance period.]**
  - 5006.010: [DELETED]
  - 5006.020: The administrative forbearance should ONLY cover delinquent payments and not the current due payment.

- **5007.000: [DELETED]**

  - 5007.010: Please reference 5001.050 and 5001.060 for borrower's next payment due date.

- **5008.000: If the borrower is on a traditional repayment plan (non-IDR), the contractor shall amortize borrower's accounts on a quarterly basis to ensure the borrower's scheduled payment amount will pay the loan off within the available term.**

  Note: The servicer shall ensure borrowers are not harmed by miscalculated monthly payment amounts due to incorrectly shortened terms during the Return to Repayment (R2R) period. While remediating any impacted accounts, the servicer shall place affected borrowers in an administrative forbearance, grant borrowers credit toward PSLF and IDR forgiveness for any affected billing periods, apply an interest credit for interest accrual during affected billing periods, reimburse any non-sufficient or overdraft fees charged to affected borrowers, and allow borrowers to request refunds for up to 90 calendar days effective from the date they were notified regarding remediation. The servicer shall ensure affected borrowers are notified of the action taken on the account.
  - 5008.010: The contractor shall review the amortization schedule of every borrower on a traditional repayment plan on a quarterly basis to validate that the account will pay off within the previously disclosed term.
  - 5008.020: The contractor shall recalculate and re-disclose the borrower's repayment amount due for any account identified during the review that will not completely payoff within the disclosed terms and update the payment schedule.
  - 5008.030: The contractor shall re-disclose to the borrower any change to the borrower's monthly payment amount and include the new monthly payment amount on the next billing statement that is at least 21 calendar days prior to the due date.

- **5009.000: The contractor shall notify the borrower of repayment options while in grace.**

  - 5009.010: The contractor shall communicate the various repayment plan options 60 calendar days prior to grace end. This communication should reference the Loan Simulator that is available on https//studentaid.gov.

- **5010.000: The contractor shall assign borrowers not choosing a repayment plan to the Standard repayment plan.**

  - 5010.010: The contractor shall assign borrowers to the Standard repayment plan until another plan is chosen by the borrower.

- **5011.000: The contractor shall notify the borrower when a repayment plan selection is received from the borrower. (This includes when the repayment plan is selected via web, mobile application, mail, fax, text, chat, or phone).**

- o 5011.010: The contractor must notify the borrower that the repayment plan selection was received. Notification by phone is acceptable provided the contractor keeps a record of the contact, time and date contacted along with subject matter provided.
- o 5011.020: The contractor shall describe the review and approval process. including the roles and responsibilities of all the entities involved in the process of selecting a repayment plan.
- o 5011.030: The contractor shall describe the option and process for changing plans in the future.

- **5012.000: The contractor shall notify the borrower of the result of an IDR plan application.**
  - o 5012.010: The contractor shall process IDR applications within 15 business days.
  - o 5012.020: The contractor shall notify the borrower when the repayment plan is applied to the borrower's account.
  - o 5012.030: The contractor shall immediately notify the borrower if the IDR repayment application is incomplete upon processing.
  - o 5012.040: The contractor shall send notification to the borrower that the application is initially found to be incomplete. The contractor shall notify the borrower based on the borrower's selected communication option informing the borrower what additional information is needed to complete the application and how the information can be provided to the contractor.
  - o 5012.050: The contractor shall notify the borrower if the application to enroll in an IDR plan is denied. The notification will inform the borrower of the criteria necessary to qualify for the plan and which criteria the borrower did not meet in order to qualify for the plan as well as provide information for other plans the borrower is eligible for.
  - o 5012.060: The contractor shall only deny IDR applications if the borrowers loan type(s) is ineligible for the plan applied for; the borrower's information does not indicate partial financial hardship prohibiting enrollment in the plan, or the borrower has failed to respond within 60 calendar days to resolve incomplete/missing application information.
  - o 5012.070: The notification for requirement 5011.10 (receipt of application) and requirement 5012.20 (result of application) can be combined into a single notification ONLY if the determination of the application is completed within seven calendar days.

- **5013.000: The contractor shall only provide "Pre HERA" standard, extended, graduated, and Pre 7/1/96 Income Contingent (ICR 1 and ICR 2) repayment plan options to borrowers eligible for these plans. Only borrowers with loans currently on these plans are eligible for these repayment options.**

  **(See "5000_Repayment Guide".)**

  - o 5013.010: Standard Repayment plan has payments that are a fixed amount. These payments can be amortized up to 10 years (up to 30 years for Consolidation Loans).
  - o 5013.020: Extended Repayment plan has payments that may be fixed or graduated and can be amortized for up to 25 years.
  - o 5013.030: Graduated Repayment plan has payments that are lower at first, and then increase every two years. These payments can be amortized for up to 10 years (up to 30 years for Consolidation Loans).
  - o 5013.040: Graduated Repayment plan terms should be disclosed to the borrower each time they graduate.
    5013.050: The ICR1 and ICR2 plans were available for "Pre-Hera" borrowers. The difference between the two plans is the way the borrower's payments are calculated.

    ICR1
    A calculation in which the borrower's monthly payment amount is the lesser of either:
    An income principal balance-based calculation, or
    20 percent of the borrower's discretionary income

If the calculated monthly payment amount is less than $15, the borrower is not required to make a payment.

ICR2
A calculation in which the borrower's monthly payment amount is the amount the borrower would repay under a 12-year standard amortization calculation, or $15, whichever is greater.

- **5014.000: The contractor shall provide alternative repayment plan options for borrowers.**
  - o 5014.010: The contractor shall provide the 4 existing alternative repayment plans (fixed payment, fixed term, alternate graduated, and negative amortizing).
  - o 5014.020: The contractor shall annually review the alternative plans to ensure the borrower will pay off in within the disclosed payment schedule.
  - o 5014.030: Restrictions on Alternative Plans - Maximum Term 30 years, minimum payment $5.00, payments cannot vary by more than 3x from the smallest to largest payment. Negative Amortization can only be applied for one year. (See "5000_Repayment Guide.")

- **5015.000: The contractor shall be held to understand the following definitions for the purpose of all Income-Driven Repayment requirements.**
  - o 5015.010: Anniversary Date: The Month and day on which the borrower entered IDR; for example, if the borrower entered the IDR plan on July 1, 2015, their anniversary date would be July 1st of every year thereafter until they left the plan or an early recertification resets the anniversary date.
  - o 5015.020: Annual Payment Period: the period of one year for which a borrower's calculated payment is effective, based on the anniversary date. For example, July 1, 2015 - June 30, 2016.
  - o 5015.030: Soft Deadline: the date by which the borrower should submit updated income documentation as part of the annual recertification process. For example, 35 calendar days prior to the borrower's anniversary date, e.g., for an anniversary date of July 1, the soft deadline would be May 27.
  - o 5015.040: Hard Deadline: 10 days after the soft deadline. For example, for an anniversary date of July 1, the hard deadline would be June 6.
  - o 5015.050: Eligible Loans include All DL Program loans, except for loans that are in default (loans over 359 calendar days delinquent). Parent PLUS Loans, or Consolidation Loans that repaid a Parent PLUS Loan aren't eligible for any IDR Plans except ICR3.
    Consolidation loans that are disbursed prior to July 1, 2025, and consolidate already consolidated Parent PLUS loans are eligible for ANY IDR plan.
    FFEL loans and Direct Loans in default at DMCS are ONLY eligible for IBR.
    Direct Consolidation Loans disbursed on or after July 1, 2025, which repaid a Direct parent PLUS Loan, a FFEL parent PLUS loan, or a Direct Consolidation Loan that repaid a Direct parent PLUS or FFEL parent PLUS at any point are ONLY eligible for ICR3.
    Note: Technically borrowers >270 calendar days delinquent are ineligible, however, a administrative forbearance may be applied to cover delinquency prior to a repayment plan change to allow a borrower who is in technical default to change repayment plans. (See "5000_Repayment Guide.")
  - o 5015.060: Forced SAVE: A borrower required to repay the consolidation loan under the SAVE ("forced SAVE") to resolve default, the borrower must make three consecutive on-time monthly payments of a payment amount under SAVE before changing to another plan.
  - o 5015.070: Standard-Standard: The 10-year standard payment amount calculated using the loan balance on eligible loans that was outstanding when the borrower initially entered repayment on the loan.
  - o 5015.080: Permanent-Standard: The 10-year standard payment amount calculated using the loan balance that was outstanding on the borrower's eligible loans when the borrower

began repayment on the loan under IBR. For consolidation loans, the Permanent-Standard payment amount is a 10-year standard payment amount regardless of whether the borrower's consolidation loan qualified for a repayment term beyond 10 years under the Consolidation Standard Repayment Plan.

- o 5015.090: Expedited-Standard: If the borrower chooses to leave IBR completely, the payment amount is calculated using the loan balance outstanding when the borrower exits IBR and the remaining repayment period (up to 10 years) for Stafford, Federal Supplemental Loans for Students (SLS) and eligible PLUS loans; or the applicable remaining repayment period (10-30 years) for consolidation loans.
- o 5015.100: Partial Financial Hardship: A circumstance in which the Standard-Standard payment amount or the Permanent-Standard payment amount, whichever is greater, exceeds the payment amount under IBR or PAYE.
- o 5015.110: Family Size: always includes the borrower and the children of the borrower (including unborn children who will be born during the year which the borrower certifies family size), if the children receive more than half their support from the borrower.
- o 5015.120: Family Size - For all IDR plans, includes the borrower's spouse unless the spouse's income is excluded from the calculation of payment amount because the borrower files a separate federal income tax return from their spouse, they are separated from their spouse, or they are unable to access their spouse's income information. See attachment "5015.120 Spousal Treatment Guidance v2."
- o 5015.130: Family Size also includes other people if they live with the borrower, receive more than half their support from the borrower and will continue to receive this support for the year the borrower certifies family size. For the purposes of repayment plans, family size may be different from the number of exemptions filed on federal income tax returns.
- o 5015.140: If the family size for the borrower has increased by more than 10 from the prior year's IDR application, the contractor shall suspend the IDR application process and reach out to the borrower within 3 business days requesting a list of new family members.
- o 5015.150: Discretionary Income:

    SAVE: The amount by which your income exceeds 225% of the poverty guideline amount.

    PAYE: The amount by which your income exceeds 150% of the poverty guideline amount.

    IBR: The amount by which your adjusted gross income exceeds 150% of the poverty guideline amount.

    ICR: The amount by which your adjusted gross income exceeds the poverty guideline amount for your state of residence and family size.

    - ▪ 5015.151: Discretionary Income For ICR, if the borrower is married, files a separate tax return with their spouse, and requests to repay eligible Direct Loans jointly, income includes the spouse's income.
    - ▪ 5015.152: Discretionary Income: For SAVE, spousal treatment will match other IDR plans.
    - ▪ 5015.153: Discretionary Income for Married Borrowers: For IBR, PAYE, and ICR, if the borrower is married, the income includes the spouse's income if the borrower files their federal income tax return jointly with their spouse or files jointly, but the borrower indicates that they cannot access the spouse's income information, only the borrower's income will be used.

- **5016.000: The contractor shall uniquely identify all income-driven repayment plans in NSLDS reporting. See 12000_NSLDS DPI for specific codes and reporting guidelines.**
    - o 5016.010:  The contractor shall ensure NSLDS reporting is in compliance with IDR FUTURE Act program changes. The contractor shall modify the existing servicer Batch and FLS spreadsheet submittal to support the decommissioning of the DRT and the introduction of the FTI Module.
        - ▪ 5016.011: The following fields will be retired from the Record Type BD:
            - • IRS Retrieval Timestamp

- Tax Year IRS Data
- Filing Status
- Adjusted Gross Income (AGI)
- AGI Reflects Current Income
- Income Information
- IRS Data

- 5016.012: The following fields, at a minimum, will be added to Record Type BD:
    - Date CCE Calculated
    - Date FTI Retrieved
    - Date Consent Last Checked
    - Consent status (Active or Revoked)
    - First Time IDR Borrower
    - 10% IBR Eligible (IBR New Borrower Status)
    - Auto-recertification Completed Date/Timestamp
- 5016.013: The following fields, at a minimum, will be added to Record Type BE:
    - Monthly Payment Amount (MPA)
    - Rounded MPA
- 5016.014: The following fields, at a minimum, will be added to Record Type that stores the Loan Level*:
    - Loan Level MPA
    - Calculated Partial Financial Hardship (PFH) Indicator
    - Additional Loan Level details
    - *the specific Record Type will be determined during the requirements
- 5016.020: The contractor shall receive and utilize update DPI (data Provider Instructions) Change Pages.
- 5016.030: The contractor shall have the ability to utilize the LIS file.
- 5016.040: The contractor shall report to NSLDS for borrowers who are paying on a Joint ICR for the purposes of auto-recertification.
- 5016.050: The contractor shall participate in IST with NSLDS as needed.

- **5017.000: The contractor shall refer to attachment 5017_IDR_protocol v2 for specific details in reviewing and processing the IDR application requests.**
    - 5017.010: FLS shall implement an escalation process when the borrower disputes the MPA calculations.
        - 5017.011: If a borrower disputes the MPA calculation the servicer shall instruct the borrower to submit an application and ADOI.
    - 5017.020: FLS shall process application and ADOI for borrowers who dispute MPA calculations or state the income reported by the IRS is not reflective of their current situation.
        - 5017.021: In order to standardize the type of documentation required, FLS shall require specific documentation to support the following:
            i. Unemployment – Notification of employment termination, documentation of unemployment benefits, and statement explaining the circumstance.
            ii. Change of employment – paystub or letter from employer, updated W2, and statement explaining the circumstance.
            ii. Separation from Spouse – resubmit online application without a spouse.
    - 5017.030: The contractor shall require borrowers interested in the IDR program to complete the process online via StudentAid.gov.
        - 5017.031: Borrowers with access to the internet shall be instructed to complete the IDR form via StudentAid.gov. Only borrowers without access to the internet should receive a paper IDR plan request form.
    - 5017.040: FLS shall deemphasize the PDF version of the IDR application from the website.
        - 5017.041: Borrowers should be encouraged to apply for IDR plans electronically

via StudentAid.gov.
- 5017.042: Servicers may provide paper applications to borrowers under the following circumstances:
  - Lack internet access,
  - Insist on completing the paper application,
  - Disputes the MPA calculation (escalation process).
- 5017.050: The contractor shall no longer require borrowers to provide a separate written statement when the IDR application and/or common application schema indicates they have no taxable income.
- 5017.060: The contractor shall have the ability to sort pending IDR applications by the following IDR plan types: REPAYE/SAVE, IBR, PAYE, ICR, Plan with Lowest MPA, and any other application type implemented in the future.
  - 5017.061: The contractor shall sort IDR applications without a specific IDR plan selected (including those where the borrower requested to be placed on the IDR plan with the lowest payment) into the "Plan with Lowest MPA" category.
  - 5017.062: The contractor shall have the ability to sort each IDR plan type as determined in Requirement 5017.060 by the following IDR application types: New, Change Plan, Recalculation, and Recertification.
  - 5017.063: The contractor shall have the ability to sort each IDR application method of receipt by those received via FTI and those received that are non-FTI.
  - 5017.064: The contractor shall have the functionality to sort pending IDR applications by the date the application was submitted.
- 5017.070: The contractor shall create and maintain a list of all IDR anniversary dates sorted by anniversary date and the following IDR plan types: SAVE, IBR, PAYE, ICR, and any other application type implemented in the future.
  - 5017.071: The contractor shall have the ability to initiate IDR recertifications based on FSA prioritization and direction, including based on the following plan types: REPAYE/SAVE, IBR, PAYE, ICR, and any other application type implemented in the future.
- 5017.080: The contractor shall have the functionality to sort and process based on the criteria under Requirement 5017.060-.070 at the portfolio level and borrower level.
- 5017.090: As new IDR applications and recertification requests are received the contractor shall continue to sort applications and recertifications in accordance with Requirements 5017.060-.080.

- **5018.000: The contractor shall provide the link to the electronic IDR request form on StudentAid.gov.**
  - 5018.010: The contractor shall process all IDR Request eApps received from COD.

- **5019.000: If forecasted processing times are running longer than seven days, the contractor shall notify applicant of IDR Request eApp status within three business days of receipt from COD via email, website notification, phone, text, or US postal mail.**

- **5020.000: The contractor shall use as the figure for current income the borrower's Adjusted Gross Income (AGI), or combined AGI, if applicable, if:**
  **a) the borrower filed a federal tax return in either of the two most recently completed tax years and**
  **b) neither the income of the borrower, or the borrower's spouse, as applicable, is significantly different than the income reported on the most recent federal income tax return.**
  - 5020.010: The contractor shall obtain the borrower's AGI from:
    - the IRS Data Retrieval Tool;
    - -FTI Module
    - a signed or unsigned copy of the borrower's latest federal income tax return; or
    - an IRS tax return transcript for the last year for which the borrower filed a federal

income tax return.

- **5021.000: The contractor shall obtain current income from Alternative Documentation of Income (ADOI) if:**
  **a) the borrower did not file a federal tax return in either of the two most recently completed tax years; or**
  **b) the borrower's current income, or the borrower's spouse's income is significantly different than the income reported on the most recent federal income tax return.**

  - 5021.010: The contractor shall require the borrower to provide documentation to verify the spouse's taxable income if the borrower indicates that their spouse has taxable. income. For married borrowers filing jointly, the AGI of both the borrower and spouse are used to calculate the monthly payment amount unless the borrower indicates that they and spouse are separated or unless the borrower is unable to access the spouse's income.
  - 5021.020: The contractor may require the borrower to submit ADOI if they have a specific reason for suspecting fraud, even if it is indicated on the IDR Request that neither the borrower nor their spouse has taxable income.
  - 5021.030  FUTURE Act Program ADOI Upload
    - 5021.031 COD system will send an indicator to the FLS to denote ADOI was uploaded for the following scenarios:
      - The borrower has at least one commercially held loan (unconsolidated).
      - The borrower disputes or indicates the income use not reflective of their current circumstance.
      - FTI was unavailable for retrieval from the IRS.
      - Borrower did not consent to IDR.
    - 5021.032: FLS shall accept, and process borrower uploaded ADOI files via a servicer batch integration. The DP ADOI upload capability will allow users to upload files if the combined size of all files does not exceed 5MB. A total of 80,000 uploads is estimated per month.
      - COD system will provide a new batch integration with FLS via the SAIG mailbox to send the ADOI documentation uploaded by the borrower through StudentAid.gov and the linked IDR application for further processing.
      - The COD System will queue any errored files and resend the files to servicers via S3.
      - The COD System will provide an operational process to resend errored files. The operational process will be outlined in the Servicer Interface Guide.
    - 5021.033: FLS shall send a receipt file to COD to acknowledge receipt of ADOI through SAIG. Note: COD will provide a new message class and layout of the ADOI receipt file in a COD to Servicer ADOI Batch interface ICD.
    - 5021.034: FLS shall participate in IST with COD.
    - 5021.035: FLS shall attend meetings to discuss the process for obtaining ADOI from COD for applications that cannot be processed using FTI obtained through the IRS (FA-DDX) process.
    - 5021.036: The FLS shall report on ADOI calculated incometo COD to send to the FTI Module to standardize IDR MPA calculations.
      - Calculated IDR payment amounts will be transferred to the FLS through the Common Application Schema.
      - Servicer integration will either be through S3 or SAIG.
  - 5021.040: The contractor may use the Attachment 5001.092_SABER IDR Phase II Guidance File Layout to request that the Federal Tax Information Module (FTIM) Centralized Calculation Engine (CCE) calculate a monthly payment amount for one or more Income-Driven Repayment plans by providing user-provided data fields based on

servicer calculated ADOI for FFEL and DL borrowers. Servicers may also use the attached file layout to request that the FTIM use IRS data to calculate a monthly payment amount for one or more Income-Driven Repayment plans for Direct Loan borrowers who submit a paper application and provide consent without ADOI provided.

- **5022.000: When using ADOI, the contractor shall require the borrower to provide documentation to verify all sources of taxable income, including, but not limited to, income from employment, unemployment income, dividend income, interest income, tips, taxable retirement income and alimony. If this is done through a phone call it will be the responsibility of the contractor.  Refer to attachment 5017_IDR_Protocol v2.**

  - 5022.010: The contractor shall accept as documentation of taxable income pay stubs, letters from employers listing pay, bank statements, or dividend statements.
  - 5022.020: The contractor shall accept oral corrections to paycheck frequency and correct typographical or other errors and document the source of the update.
  - 5022.030: The contractor shall not accept supporting documentation that is older than 90 calendar days from the date the borrower/spouse signs this form.
  - 5022.040: The contractor shall require that the frequency of the income be clearly indicated in the documentation or in supplemental materials, including either a written communication from the borrower or an oral conversation between the borrower and the loan contractor.
  - 5022.050: The contractor shall not require the borrower to provide more than one piece documentation per source of taxable income.
  - 5022.060: The contractor shall allow the borrower to provide more than one piece of documentation per source of income.
  - 5022.070: The contractor shall accept copies of original documentation.
  - 5022.080: The contractor shall accept, in place of documentation, a signed statement explaining the income source(s) and giving the name and the address of the income source(s), if such a statement is supplied by the borrower.
  - 5022.090: The contractor shall not require the borrower to document untaxed income such as Supplemental Security Income, child support, or federal or state public assistance.

- **5023.000: When using ADOI to calculate annual income, the contractor shall project the income amount from each source to cover a 12-month period by multiplying the stated income by the frequency with which the income is received.**

  - 5023.010: For each source of income, the contractor will subtract from the gross income on the income documentation provided:
    a) any pre-tax deductions to the income that were deducted from income on a pre-tax basis; or
    b) any pre-tax deductions identified by the borrower as a pre-tax deduction in an oral or written communication to the contractor
  - 5023.020: The contractor may use a pay stub's "federal taxable wage" as the gross income (and may assume that pre-tax deductions have already been subtracted from the "federal taxable wage").
  - 5023.030: The contractor may not use a pay stub's "net pay" as the gross income less pre-tax deductions.
  - 5023.040: If the borrower submits documentation that covers a calendar year, such as a W-2, the contractor shall assume that the income stated on the documentation covers a 12-month period unless identified by the borrower in an oral or written communication to the contractor.
  - 5023.050: If the borrower identifies that the income included in such documentation was received over a less-than-12-month period, the contractor shall estimate income over a 12-month period by extrapolating the average monthly earnings.

> For example, if the borrower informs the contractor that he received the $40,000 in income reported on his W-2 only over the course of 8 months, the borrower's annual income for IDR purposes is $60,000 ($40,000 divided by 8, multiplied by 12).

- o 5023.060: When calculating income using ADOI that has Overtime or Bonus pay included, the contractor shall only include the Overtime / Bonus earning as a one-time event unless the borrower indicates otherwise in an oral or written communication to the contractor.

- **5024.000: The contractor shall require that the borrower certify family size and submit updated income documentation to the contractor by the hard deadline. If this is done through a phone call it will be the responsibility of the contractor.**

  - o 5024.010: For borrowers who do not indicate whether they have children or other dependents, the contractor shall use a family size of one if the borrower is unmarried and shall use a family size of two if the borrower is married. For SAVE, a family size of two shall be used only if the spouse can be included in family size according to requirement 5015.120.
  - o 5024.020: The contractor shall consider any application received prior to the deadline communicated to the borrower on time for the purpose of recertifying income and family size under an income-driven repayment plan.
  - o 5024.030  The contractor shall understand the family logic used by the FTIM to calculate the MPA.
  - o 5024.40  The contractor must not require a specific form to capture family size.

- **5025.000: If the contractor cannot process documentation prior to the expiration of any anniversary period, the contractor shall maintain the borrower's payment amount at the IDR payment amount for the previous anniversary period until the contractor can determine the new scheduled payment amount, provided that the contractor receives updated income documentation by the hard deadline.**

  - o 5025.010: If the contractor cannot process the documentation that was submitted by the hard deadline prior to the anniversary date, the contractor maintains the borrower's anniversary date notwithstanding the delay.
  - o 5025.020: Regardless of whether the eventual evaluation date results in the borrower payment amount going up or down, the contractor shall hold the borrower harmless for all purposes for payments made at the prior payment amount, e.g., PSLF, IDR forgiveness, delinquency, etc.

    > For example, a borrower's anniversary period runs from July 1, 2012 - June 30, 2013 (2012-2013 payment). The borrower's 2012-2013 payment amount is $100. The borrower submits income documentation by the hard deadline, June 6, 2013, but the contractor cannot process that documentation prior to the borrower's anniversary date. The contractor maintains the $100 payment amount from 2012-2013 until the contractor calculates a new payment amount. The contractor calculates the new payment amount of $120. The payments of $100 made during the 2013-2014 payment period, and while the contractor was calculating the new payment amount, will qualify for IDR/PSLF forgiveness and the contractor must not consider these payments delinquent or otherwise treat the payments as contributing to delinquency.

  - o 5025.030: If the new payment amount is less than the old payment amount, the contractor shall adjust the borrower's account, apply (1) the newfound excess payment and (2) the amount of the interest subsidy that the borrower would have otherwise received, if any, as a lump sum payment and, unless the borrower requests otherwise, prevent the due date from being advanced regardless of the excess amount.
  - o 5025.040: If the new payment amount is equal to or greater than the old payment amount, the contractor does not make any adjustments to the borrower's account.

- **5026.000: If the contractor receives an IDR application and income documentation after the hard deadline but the recertification can be processed prior to the anniversary date, the contractor shall process the recertification, and keep the anniversary date.**
  **If the contractor receives an IDR application and income documentation after the hard deadline and the recertification cannot be processed prior to the anniversary date, the contractor shall:**
    - If the borrower is in PAYE, place the borrower in permanent-standard.
    - If the borrower is in ICR, place the borrower in permanent-standard.
    - If the borrower is in SAVE, the contractor shall place the borrower on the Alternative Repayment Plan described in the Guide.
    - If the borrower is in IBR, place the borrower in permanent-standard.

- **5027.000: After placing the borrower on an IDR plan and for each subsequent year that the borrower remains on an IDR plan, the contractor shall send an annual notification of terms and conditions to the borrower indicating that the borrower is on their IDR plan and explaining the terms and conditions of the plan, including:**

    - 5027.010: The borrower's monthly payment amount and the time period for which it will be effective (annual payment period).
    - 5027.020: Information about the requirement that the borrower provide updated AGI or other income documentation annually and explanation that the contractor will notify the borrower of this requirement in advance of the due date.
    - 5027.030: Explanation of the consequences if the borrower does not submit updated information by the hard deadline, including explanation that the monthly payment amount may increase, what the new monthly payment amount will be, that any unpaid interest will be capitalized at the end of the current annual payment period if they do not recertify, and For SAVE, the borrower will be placed in a repayment plan that will amortize their remaining balance across the least of the following: 120 months or among the number of months remaining in their 20/25 year repayment term.
    - 5027.040: Information about the borrower's option to request, at any time during the borrower's current annual payment period, that the contractor recalculate the borrower's monthly payment amount if the borrower's financial circumstances have changed and the income amount that was used to calculate the borrower's current monthly payment no longer reflects the borrower's current income.
    - 5027.050: The contractor shall ensure all communications 9 electronic and paper required because of the FUTURE ACT IDR program changes are updated. Communications include:
        - Annual Recertification notices
        - Disclosure statement
        - ADOI Request notice

- **5028.000: If the contractor recalculates the borrower's monthly payment amount early based on the borrower's request, the contractor must send the borrower a new annual notification of terms and conditions, and the contractor shall reset the borrower's anniversary date to the date the contractor made the new determination.**

- **5029.000: The contractor shall develop and send communications in coordination with FSA and COD to borrowers regarding the new auto recertification process** <u>**notifying the borrower**</u> **of the upcoming recertification and approval of the annual recertification for all Income Driven Plans.**
    - 5029.010: The contractor shall provide a notice to the borrower informing them of the need for recertification of income and instructions on how to do so.
        - 5029.011: The contractor shall send a notice 95 calendar days (or 1st business day following) prior to IDR recertification deadline (must be separate from other

notices).

- 5029.012: The contractor shall send a notice 45 calendar days (or 1st business day following) prior to IDR recertification deadline (must be separate from other notices) if the borrower has not recertified by then.

o 5029.020: The contractor shall provide a notice to the borrower if the borrower has not provided the needed recertification information.

- 5029.021: The contractor shall send a notice the 1st business day following the recertification deadline if not renewed.
- 5029.022: The contractor shall send a notice on the 1st business day following 14th calendar day after the recertification deadline if not renewed.

o 5029.030: During the payment pause (starting 3/13/2020 through the end of the payment pause), the contractor shall extend all IDR plan recertification/end dates (if they end or require recertification prior to the end of the payment pause) for 12 months from the current recertification/end date, [No recertification or end date should occur during the forbearance period] (CARES)

o 5029.040:  For IDR applications processed through the auto recertification (batch process), the contractor shall send the disclosure statement after receiving the file from COD to inform the borrower of the new MPA and due date.

o 5029.050:  For IDR applications processed by the contractor, the disclosure statement shall be sent after the application has been reviewed and processed.

o 5029.060: [RESERVED]

o 5029.070: The servicer shall ensure borrowers currently on an IDR plan do not have an anniversary date any earlier than December 1, 2024.

- 5029.071: The servicer shall process the recertification through its existing process using the same information provided during the borrower's most recent IDR application or recertification for the current IDR plan.
- 5029.072: The servicer shall move the anniversary dates via a batch process rather than waiting for the recertification to come due.
- 5029.073: The servicer shall extend the borrower's anniversary date prior to the borrower moving to their permanent-standard monthly payment amount.
- 5029.074: If the anniversary date cannot be extended prior to the borrower's billing date for the permanent-standard payment amount, the servicer shall place the borrower on a processing forbearance for no more than 60 days to allow time to move the anniversary date.

o 5029.080: The servicer shall move the anniversary date for borrowers with an anniversary date in the period from November 1, 2024, to November 30, 2024, out one year (same month/day) by extending their current PFH period for 12 months.

- 5029.081: The servicer shall use the current PFH amount for the new 12-month period.
- 5029.082: The servicer shall send a communication to the borrowers explaining the change in their anniversary date. FSA will provide a template to the servicer. See Attachment 5029 IDR Recert Extension Notification.

o 5029.090: The servicer shall report status updates to FSA in a template provided by FSA. See 5029 IDR Recert Extension Report.

- **5030.000: The contractor shall be able to receive and process the 4506T form. The 4506T form is an IRS authorization form to allow the borrower (and spouse with Joint returns) to provide their Direct loan contractor with their income information for that specified year. Any manual processing of this form will be the responsibility of the contractor.**

  o 5030.010: The contractor shall make the 4506T form available on their website via a link to the IRS.

- **5031.000: The contractor shall accept the borrower's response that they are separated or**

**cannot reasonably access their spouse's information.**

- o 5031.010: The contractor does not need any type of documentation from the borrower to validate either status.
- o 5031.020: For all IDR plans, if a borrower's most recent tax return was filed jointly, but the borrower indicates they are separated from their spouse or cannot reasonably access the spouse's income information, the contractor shall request/require documentation of just the borrower's income.
- o 5031.030: [DELETED]
- o 5031.040: If a borrower contacts the contractor during the year while on IDR and indicates they have separated from their spouse, the contractor will counsel the borrower on the next steps to have their IDR plan re-calculated to exclude the spouse's income and exclude the spouse from family size.

- **5032.000: The contractor shall allow the borrower to prepay the loan without penalty.**
  - o 5032.010: The contractor shall apply the excess payment as a lump sum payment and shall apply normal payment application rules if the borrower's monthly payment amount equals or exceeds a monthly payment amount of $10.00 or more. (See "28000 series - Payments and Refunds" for additional information.)
  - o 5032.020: The contractor shall apply the excess payment as a lump sum payment and shall not advance the due date if the borrower's monthly payment amount is $0. (See "28000 series - Payments and Refunds" for additional information.)
  - o 5032.030: The contractor shall allow a borrower to direct the excess payment to a specific loan or group of loans.

    For example, if Sally Student has four subsidized and four unsubsidized loans and a monthly payment of $150.00 a month for all of her loans, if the borrower were to send a payment for $250 the contractor shall allow the borrower to apply the additional $100 to the unsubsidized loans, or even to just one of the loans to pay that off faster. See the "28000 Payment Processing" requirements for more details on how to apply the additional payment amount.

- **5033.000: The contractor shall not, for loans in IDR plans, pre-pay the loan beyond the certification anniversary date.**

- **5034.000: Contractors are required to update Poverty Guidelines and income percentage factors annually to current guideline factors. (FSA will provide formal notice through the contract office when new Poverty Guidelines are available but will not issue a CR to cover contractor costs associated with this routine maintenance)**
  - o 5034.010: The contractor shall apply the poverty guidelines (for the relevant family size) for the 48 contiguous States if the borrower is not a resident of a State identified in the poverty guidelines.
  - o 5034.020: For exact incomes not shown in the income percentage factor table, the contractor shall calculate an income percentage factor based on the intervals between the incomes and income percentage factors in the table (by linear interpolation).

- **5035.000: The contractor shall calculate and apply a separate repayment term, which begins when that loan enters repayment, if a borrower repays more than one loan under an IDR plan.**

- **5036.000: The contractor shall report eligible payments made to date towards the borrower's progress on each IDR plan regardless of the borrower being on an IDR plan. (This requirement has a delayed implementation to align with CR 6681)**
  - o 5036.010: For all borrowers that are currently in IDR and subsequently move out of IDR.
  - o 5036.020: For all borrowers that first enter repayment as of the implementation of this

contract.

- **5037.000: The contractor shall make appropriate adjustments so that borrowers do not incur negative consequences if income documentation has been provided on time.**
  - o 5037.010: If the contractor is delayed in processing the borrower's income documentation, the contractor maintains the borrower PFH payment at the old payment amount, and the subsequent evaluation of the borrower's documentation yields a new payment amount that is lower than the old payment amount, the contractor shall make appropriate adjustments so that the borrower receives the full benefit of interest subsidy for excess payments.
  - o 5037.020: EXAMPLE of this Scenario: A borrower with a PFH payment of $50 submits documentation timely for IBR or PAYE where the borrower has subsidized loans with interest that accrues monthly in the amount of $50. The contractor cannot process it timely. The contractor maintains the borrower's payment amount at $50 for two months. On the third month, the contractor processes the borrower's paperwork and determines that the borrower's payment goes down to $40 per month.
    The borrower has paid a total of $20 more than he would have been obligated to pay if it were not for the contractor/ contractor's delay. Therefore, an adjustment must occur. The $20 is treated as a lump sum payment, which will not advance the due date unless the borrower so requests.
    The borrower also received less in subsidy than he should have. Therefore, the borrower's balance is reduced by the total amount of the difference between the amount of the subsidy that the borrower should have received and the amount of the subsidy that the borrower received in fact. For the two months that the borrower paid under the old PFH amount, the borrower received a total of $100 in subsidy ($100 in interest - $50 in payment * 2 months = $100). However, had the borrower's payment amount been recalculated timely, the borrower would have received $120 in subsidy ($100 in interest - $40 in payment * 2 months). The difference between the two being $20, the borrower receives another reduction in balance of $20.

- **5038.000: The contractor shall apply an administrative forbearance for a period up to 60 calendar days necessary to collect and process documentation related to a change in the repayment plan. The contractor shall begin the period of administrative forbearance when the borrower indicates an intention to change repayment plans via means such as a phone call or receipt of a Repayment Application.**

  - o 5038.010: Note 1: If the borrower is overdue at the time of the 60-day administrative forbearance, the contractor shall apply an administrative forbearance for the period for which payments were overdue at the beginning of the 60-day administrative forbearance.
  - o 5038.020: Note 2: For the ICR plan, the borrower has the option of Interest-only payments or the forbearance.  The contractor shall counsel the borrower on the impacts, such as Interest-only payments count towards PSLF.

- **5039.000: For PAYE, ICR, and IBR: If a borrower submits income documentation after the hard deadline and after the contractor sets the Permanent-Standard payment amount, and the borrower's new IDR payment amount is lower than the previous IDR payment amount; the contractor shall apply an administrative forbearance to cover all payments that were overdue, or would be due, at the time the new IDR payment amount was determined. The contractor shall not capitalize interest that accrued during the portion of the administrative forbearance occurring after the contractor sets the Permanent-Standard payment amount.**

  **For SAVE: If a borrower submits income documentation after the hard deadline, the contractor shall not capitalize unpaid, accrued interest and increase the payment to ensure the loan(s) is paid in full over the lesser of 10 or the remainder of 20 or 25 years.**

- **5040.000: The 36-month Interest Subsidy is applicable across IBR and PAYE.  Borrowers in**

**SAVE are eligible for a 100% subsidy with no time limitation. A borrower does not get a new 36-month subsidy benefit as they enter each of the applicable plans. For example, if a borrower enters PAYE on 01/01/16 and then switches to IBR on 01/01/17 they would only have 24 months left of Interest Subsidy. If the borrower had been in IBR since 01/01/2021 and has used all of their 36 months if interest subsidy prior to entering SAVE on 01/01/2024, the borrower would receive the 100% interest subsidy on all of their loans, when applicable.**

NOTE: Interest Subsidy is when the government pays all or a portion of the daily interest that accrues on the borrower's loan(s).

- o 5040.010: Other deferments – If the borrower receives other deferments while on IBR, PAYE, or SAVE the contractor shall process subsidy during the deferment period, but the deferment period is not excluded from the three consecutive years of interest subsidy for negative amortization under IBR, PAYE or SAVE (e.g., A borrower enters PAYE and makes payments under PAYE for a year. The borrower then enters unemployment deferment for a year. The borrower resumes payment under PAYE. The borrower has one year of interest subsidy remaining.). Per requirement 5040.000 the SAVE plan interest subsidy does not have a time limitation.

- o 5040.020: Forbearance - The contractor shall not process subsidy for negative amortization under IBR, PAYE or SAVE during the forbearance period. Also, the contractor shall reduce the three consecutive years of interest subsidy for negative amortization for the time in forbearance. (e.g., A borrower enters PAYE and makes payments under PAYE for a year. The borrower then enters a general forbearance for a year. The borrower resumes payment under PAYE. The borrower has one year of interest subsidy remaining.) Per requirement 5040.000 the SAVE plan interest subsidy does not have a time limitation.

- o 5040.030: The contractor shall process interest subsidy if a subsidized loan negatively amortizes under SAVE to cover the amount of the negative amortization, for up to three consecutive years from the repayment start date under SAVE, PAYE, or IBR, excluding periods of economic hardship deferment, and, for a Consolidation Loan, including any periods of interest subsidy on an underlying loan. (e.g., A borrower enters IBR and makes payments under IBR for a year. The borrower then enters economic hardship deferment for a year.  The borrower resumes payment under IBR and has a PFH. When the borrower resumes payment under IBR, the borrower has two years of interest subsidy remaining.) Per requirement 5040.000 the SAVE plan interest subsidy does not have a time limitation.

- o 5040.040: After the borrower has exhausted their 36 months of Interest Subsidy on their Subsidized loans the borrower qualifies for 100% interest subsidy for the remainder of the time the borrower remains in SAVE and negatively amortizes based on the monthly payment amount.

- o 5040.050: The contractor shall ensure that interest subsidies that are to be paid by the government are accrued, recorded, written off and reported to FMS. The accounting is necessary to adequately capture the lost interest to the taxpayer for the IBR and PAYE (and any subsequent) programs.

## PAYE--Pay as you Earn

- **5041.000: The contractor shall allow only eligible borrowers to enter the Pay As You Earn (PAYE) plan (See "5000_Repayment Guide").**

  - o 5041.010: This plan is limited to new borrowers on or after October 1,2007, who received a Direct Loan disbursement on or after October 1, 2011.

  - o 5041.020: As of July 1, 2024, new enrollments into the PAYE plan will not be permitted. Borrowers already repaying under PAYE as of July 1, 2024, may continue to repay under the PAYE plan.

  - o 50410.030: Borrowers repaying under the PAYE plan on or after July 1, 2024, who

changes to a different repayment plan may not re-enroll in the PAYE plan.

- **5042.000: The contractor shall only allow borrowers who have a partial financial hardship to enter PAYE.**

- **5043.000: The contractor shall determine eligibility for PAYE upon receipt of the borrowers AGI or Alternative Documentation of Income.**

  - 5043.010: The contractor shall calculate and store the Standard-Standard payment amount.
  - 5043.020: The contractor shall calculate and store the Permanent-Standard payment amount.

- **5044.000: The contractor shall calculate the monthly payment amount for borrowers being placed on PAYE and shall annually recalculate the monthly payment amount based on the borrower's updated AGI, family size and updated Health and Human Services (HHS) poverty guidelines.**

  - 5044.010: The contractor shall calculate a borrower's monthly payment amount as 10 percent of the amount by which the borrower's AGI exceeds 150 percent of the most recent poverty guideline for their family size and state, divided by 12.
  - 5044.020: Under PAYE, for purposes of determining eligibility and payment amounts for married borrowers, the contractor shall use both incomes and both eligible loan debts (if any held by the spouse) to calculate payment where the borrower has filed a joint federal income tax return.
    - 5044.021: If the borrower is currently separated from their spouse or is currently unable to reasonably access the spouse's income, then only the borrower income shall be used to calculate the payment amount regardless of filing status. The borrower's spouse shall not be included in the family size.
    - 5044.022: If the spouse's income is not included because the borrower is currently separated from their spouse or unable to reasonably access the spouse's income, then the spouse's eligible loan debt is not used to calculate the payment amount.
  - 5044.030: For married borrowers that both have eligible loans and filed a joint Federal tax return, the contractor shall determine --
    (A) Each borrower's percentage of the couple's total eligible loan debt;
    (B) The adjusted monthly payment for the borrower that applied for PAYE or by multiplying the calculated payment by the appropriate percentage.
  - 5044.040: The contractor shall determine if a borrower has eligible loans held by another loan holder or are serviced by another contractor and adjust the monthly payment by multiplying the calculated payment by the percentage of the total outstanding principal amount of eligible loans that are held by the loan holder. NSLDS may be used to verify loans held by another loan holder for this purpose.
  - 5044.050: If the borrower has FFEL loans eligible for IBR and Direct Loans eligible for PAYE, and the borrower requests IBR, the contractor shall prorate the IBR payment amount for the FFEL loans and the PAYE payment amount for the Direct Loans as if the loans were held by different loan holders.
    For example, using data effective 7/1/23, a borrower has $30,000 in Direct Loans eligible for PAYE, and $20,000 in FFEL loans eligible for IBR. The borrower has an AGI of $30,000, a family size of 1, and lives in Maryland. The IBR payment amount is calculated to be $165.56 and the PAYE payment amount is calculated to be $110.38 Upon proration, the total IBR payment amount would be $66.22 (at 40% proration) and the total PAYE payment amount would be $66.23 (at 60% proration) for a combined, total monthly payment amount of $132.45.
  - 5044.060: The contractor shall adjust the borrower's PAYE fixed payment amount to

$0.00 if the calculated payment is less than $5.00.
- 5044.070: The contractor shall adjust the borrowers PAYE fixed payment amount to $10.00 if the calculated payment is greater than or equal to $5.00, but less than $10.00.

- **5045.000: For PAYE, If the contractor recalculates the borrower's monthly payment amount to be the Permanent-Standard payment amount because the borrower no longer has a partial financial hardship, the contractor shall send the borrower a notice that includes:**
  - 5045.010: The borrower's new monthly payment amount.
  - 5045.020: [DELETED]
  - 5045.030: An explanation of the borrower's right to, at any time, request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.
  - 5045.040: An explanation of the fact that the borrower will receive an annual notice reminding them of their right to request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.

- **5046.000: The contractor shall not capitalize unpaid, accrued interest for borrowers on the PAYE Plan when the borrower leaves the plan or is placed on the permanent-standard plan.**
  - 5046.010: This requirement overrides any other capitalization requirement.
  - 5046.020: [DELETED]
  - 5046.030: [DELETED]
  - 5046.040: For a borrower who is repaying under PAYE and receives a deferment or forbearance and still has a PFH when the deferment period ends, the unpaid interest is not capitalized at the end of the deferment or forbearance.
  - 5046.050: If a borrower who is repaying under PAYE receives a deferment and loses PFH status while the deferment is running, the unpaid interest is not capitalized until the end of the deferment.

- **5047.000: The subsidy benefit is capped at 36 months, regardless of whether a borrower switches from PAYE to another IDR plan, or from another IDR plan to PAYE. Refer to 5040.000 for additional details.**

- **5048.000: Under PAYE, the contractor shall begin the loan forgiveness period of 20 years of payments on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan.**

- **5049.000: The contractor shall not require the borrower to request forgiveness for PAYE; the contractor shall process forgiveness of eligible loans automatically. (See "42000" for additional information)**
  - 5049.010: Any outstanding balance is forgiven after 20 years of qualifying repayment.

- **5050.000: The contractor shall begin the loan forgiveness period for PAYE on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan. (See "42000" for additional information)**

## ICR—Income-Contingent Repayment (Includes ICR1, ICR2 and ICR3)

- **5051.000: The contractor shall provide a "Pre 7/1/96" Income-Contingent Repayment plan options (ICR1 & ICR2) for borrowers eligible for this plan. Only borrowers with loans currently on this plan are eligible for this repayment option.**

- **5052.000: The contractor shall provide a "Post 7/1/96" Income-Contingent Repayment plan options (ICR3) for borrowers eligible for this plan.**

- **5053.000: The contractor shall calculate the borrower's monthly ICR payment based on the following calculations.**
    - o 5053.010: The contractor shall calculate monthly payment as lesser of:
        a) Amount repaid annually over 12 years under standard amortization multiplied by income percentage factor corresponding to AGI, divided by 12; or
        b) 20% of the difference between AGI and 100% of the poverty line amount, divided by 12
        - ▪ 5053.011: The contractor shall update the income percentage factor used in this calculation annually. The income percentage factor is published in the Federal Register. (FSA will provide formal notice through the contract office when income percentage factor changes but will not issue a CR to cover contractor costs associated with this routine maintenance).
    - o 5053.020: When calculating the amount repaid annually over 12 years, the contractor shall use the Direct Loan balance that existed on the borrower's Direct Loans when the borrower's first Direct Loan entered repayment.
    - o 5053.030: The contractor shall calculate the monthly payment based on a Direct Loan balance, other than the balance when the Direct Loans entered repayment, under certain conditions, as follows:
        a) If the borrower subsequently obtains another Direct Loan, the contractor shall use the balance outstanding at the time the most recent loan entered repayment.
        b) If the borrower subsequently chooses to repay loans jointly with his or her spouse, the contractor shall use the Direct Loan balance outstanding at the time the borrowers choose joint repayment.
        c) If the borrower's payments are less than interest accrued on the loan, the contractor shall use the sum of unpaid accrued interest and the highest outstanding principal loan amount (including amount capitalized) for that borrower while paying under the ICR plan.
    - o 5053.040: For married borrowers that choose to repay jointly under the ICR plan, the contractor shall determine --
        (A) Each borrower's percentage of the couple's total eligible loan debt;
        (B) The adjusted monthly payment for each borrower by multiplying the calculated payment by the appropriate percentage.
        (Married borrowers choosing to repay their loans jointly must provide documentation of both incomes, regardless of their filing status.)
        (See "5000_Repayment Guide")
    - o 5053.050: The contractor shall adjust the borrower's ICR fixed payment amount to $5.00 if the calculated payment is greater than $0.00, but less than or equal to $5.00

- **5054.000: The contractor shall place a borrower requesting ICR on interest only payments until income information is received and a payment based on income has been calculated.**

    - o 5054.010: The contractor shall apply a 60-day administrative forbearance until income information has been received and an initial payment is calculated, if the borrower requests an administrative forbearance instead of interest-only payments.

- **5055.000: For purposes of the annual recalculation, after periods in which a borrower makes payments that are less than interest accrued on the loan, the contractor shall recalculate the payment based on unpaid accrued interest and the highest outstanding principal loan amount (including amount capitalized) for that borrower while paying under the ICR plan.**

- **5056.000: The contractor shall not capitalize interest that accrues due to a negatively amortizing ICR Plan or a negatively amortizing Alternative Repayment Plan.**

    - o 5056.010: [DELETED]
    - o 5056.020: [DELETED]

- o 5056.030: [DELETED]
- o 5056.040: Interest is deemed "negative amortization interest" or "negatively amortized interest" if it accrues because the borrower's repayment plan naturally causes more interest to accrue than the borrower pays. Interest accrued during a deferment or forbearance is NOT considered negative amortization interest.

- **5057.000: The contractor shall not require the borrower to request forgiveness for the ICR plans; the contractor shall process forgiveness of eligible loans automatically. (See "42000" for additional information.)**
  - o 5057.010: Any outstanding balance is forgiven after 25 years of qualifying repayment.

- **5058.000: The contractor shall begin the loan forgiveness period for ICR on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan (See "42000" for additional questions).**

  - o 5058.010: If the borrower made payments under ICR, the contractor shall begin the forgiveness period on the date the borrower made a payment on the loan under ICR any time after July 1, 1994.
  - o 5058.020: If the borrower did not make payments under ICR, the contractor shall not begin the forgiveness period earlier than July 1, 2009.

## SAVE – Saving on a Valuable Education

- **5059.000: The contractor shall determine eligibility for SAVE upon receipt of the borrowers AGI or Alternative Documentation of Income.**

  Note: The servicer shall ensure borrowers are not harmed by REPAYE to SAVE conversion issues during the Return to Repayment (R2R) period. While remediating any impacted accounts, the servicer shall place affected borrowers in an administrative forbearance, grant borrowers credit toward PSLF and IDR forgiveness for any affected billing periods, apply an interest credit for interest accrual during affected billing periods, reimburse any non-sufficient or overdraft fees charged to affected borrowers, and allow borrowers to request refunds for up to 90 calendar days effective from the date they were notified regarding remediation. The servicer shall ensure affected borrowers are notified of the action taken on the account.

  - o 5059.010: [DELETED]
  - o 5059.020: [DELETED]

- **5060.000: The contractor shall calculate the monthly payment amount for borrowers being placed on SAVE and shall annually recalculate the monthly payment amount based on the borrower's updated AGI, family size and updated HHS poverty guidelines.**

  - o 5060.010: The contractor shall calculate a borrower's monthly payment amount under SAVE as 5 percent for undergraduate loans and 10 percent for graduate loans of the amount by which the borrower's AGI exceeds 225 percent of the most recent poverty guideline for their family size and state, divided by 12.
  - o 5060.020: For borrowers who have a both undergraduate and graduate loans NSLDS will determine –
    (A) The weighted average of the initial balance of the undergraduate and graduate loans. Servicers will receive the discretionary income percentage from NSLDS via a new Repayment Information for Servicing interface sharing process.  See 12017 for more information.
  - o 5060.030: Under SAVE, for purposes of determining eligibility and payment amounts for married borrowers, the contractor shall use both incomes and both eligible loan debts (if any held by the spouse) to calculate payment where the borrower has filed a joint federal

income tax return. If the borrower is currently separated from their spouse or is currently unable to reasonably access the spouse's income, then only the borrower's income shall be used to calculate the payment amount regardless of filing status. The borrower's spouse shall not be included in the family size.

- 5060.040: For married borrowers the contractor shall determine --
  - (A) Each borrower's percentage of the couple's total eligible loan debt;
  - (B) The adjusted monthly payment for the borrower that applied for SAVE by multiplying the calculated payment by the appropriate percentage.
- 5060.050: For borrowers who do not indicate whether they have children or other dependents, the contractor shall use a family size of one if the borrower is not married and shall use a family size of two if the borrower is married. For SAVE, a family size of two shall be used only if the spouse can be included in family size according to requirement 5015.120.
- 5060.060: The contractor shall determine if a borrower has eligible loans held by another loan holder or are serviced by another contractor and adjust the monthly payment by multiplying the calculated payment by the percentage of total outstanding principal amount of eligible loans that are held by the loan holder.
- NSLDS shall be used to verify loans held by another loan holder for this purpose.
- 5060.070: If the borrower has FFEL loans eligible for IBR and Direct Loans eligible for SAVE, and the borrower requests IBR, the contractor shall prorate the IBR payment amount for the FFEL loans and the SAVE payment amount for the Direct Loans as if the loans were held by different loan holders.
  - 5060.071: For example, using data effective 7/1/2023, a borrower has $30,000 in Direct Loans eligible for SAVE, and $20,000 in FFEL loans eligible for IBR. The borrower has an AGI of $30,000, a family size of 1, and lives in Maryland. The IBR payment amount is calculated to be $165.56, and the SAVE payment amount is calculated to be $110.38. Upon proration, the total IBR payment amount would be $66.22 (at 40% proration) and the total SAVE payment amount would be $66.23 (at 60% proration) for a combined, total monthly payment amount of $132.45.
- 5060.080: The contractor shall adjust the borrower's SAVE fixed payment amount to $0.00 if the calculated payment is less than $5.00.
- 5060.090: The contractor shall adjust the borrowers SAVE fixed payment amount to $10.00 if the calculated payment is greater than or equal to $5.00, but less than $10.00.
- 5060.100: The contractor shall perform a one-time recalculation of all borrowers on the SAVE plan to account for the July 1, 2024 regulatory changes in the discretionary income percentage. The recalculated monthly payment amount shall be effective for July 2024, and the updated disclosure shall be sent to the borrower prior to the borrower's July 2024 due date.
- 5060.110: For borrowers whose payment amount was calculated by the FTI Module, the contractor will receive the recalculated payment amount from COD.
  - 5060.111: If the borrower's payment amount was calculated by the FTI Module but the borrower later provided updated alternative documentation of income to the contractor, the contractor shall use the most recent income documentation.
- 5060.120: For borrowers whose payment amount was not calculated by the FTI Module, the contractor shall perform the recalculation.
  - 5060.121: When performing the recalculation, the contractor shall use the current Poverty Guidelines.
  - 5060.122: Borrowers with a $0 MPA do not need to be recalculated.
  - 5060.123: Borrowers with only graduate level loans do not need to be recalculated, as the discretionary income percentage under SAVE will remain at 10% for their loans.
- 5060.130: For borrowers who applied for IDR after the first SAVE recalculation run (currently scheduled for 05/20/2024) but prior to July 1, 2024, whose payment amount was calculated by the FTI Module, the contractor will receive the recalculated payment amount from COD in a second recalculation file. The second recalculation file will be

delivered to contractors soon after July 1, 2024.
- 5060.140: For any borrower whose payment was calculated by the contractor rather than the FTI Module prior to July 1, 2024, and was not recalculated as part of requirement 5060.120, the servicer is required to perform a recalculation using the criteria outlined in 5060.121 thru 5060.123.
  - 5060.141: Borrowers will require the following adjustments if the new recalculated monthly payment amount (MPA) is lower than the current MPA:
    - The contractor shall apply a processing forbearance for up to 60 days beginning with the month of July 2024 and any subsequent months that cannot be billed with the new monthly payment amount.
    - The contactor shall send the borrower a notification that a forbearance was applied and of the option to opt-out of the forbearance. The contractor shall send the notice content to FSA for approval prior to implementation.
    - The borrower shall receive the interest subsidy benefit for any month the forbearance is applied.
    - The forbearance shall count toward IDR forgiveness and PSLF.
  - 5060.142: If the borrower's recalculated monthly payment amount will not take effect until after their July bill, the following adjustments shall occur:
    - The contractor shall apply a 60-day processing forbearance for the month of July 2024 and any subsequent months that cannot be billed at the recalculated MPA.
    - The borrower shall receive the interest subsidy benefit for any month the forbearance is applied.
    - The forbearance shall count toward IDR forgiveness and PSLF.
    - The contractor shall send the borrower a notification that a forbearance was applied and of the option to opt-out of the forbearance. The contractor shall send the notice content to FSA for approval prior to implementation.
- 5060.150: For any borrower who cannot be recalculated due to insufficient information or being rejected by the FTIM, the contactor shall email the borrower (if a valid email address is on file) to obtain the necessary information to perform the recalculation. If the borrower does not have an email address on file, the servicer shall attempt to contact the borrower by phone. The contractor shall place the borrowers on a 60-day processing forbearance to allow time to provide the documentation. If the borrower is unresponsive, after the end of the 60-days processing forbearance, the contractor shall return the borrower to repayment at their current monthly payment amount.

- **5061.000: The contractor shall send the borrower a written request for AGI or other documentation of income and certification of family size 60 calendar days before the soft deadline. The written request must include:**
  - 5061.010: An explanation of the Soft Deadline (See "5015.030").
  - 5061.020: Explanation of the consequences if the borrower does not submit updated information by the hard deadline, including explanation that the monthly payment amount may increase, what the new monthly payment amount will be, that any unpaid interest will be capitalized at the end of the current annual payment period if they do not recertify, and the borrower will be placed in a repayment plan that will amortize their remaining balance across the least of the following: 120 months or among the number of months remaining in their 20/25 year repayment term.

- **5062.000: The contractor shall remove the borrower from the SAVE plan and place them in an alternative repayment plan if the borrower does not provide the income information needed to recalculate the monthly repayment amount.**
  - 5062.010: The contractor shall place the borrower on the alterative repayment plan. The plan shall have fixed payment, and repayment period shall be the lesser of 10 years or

whatever is left on the borrower's repayment period under 20 or 25 years under SAVE. The $50 minimum monthly payment installment applies. Remember that the minimum should be at the billing group level, not the loan level.

- **5063.000: The contractor shall allow the borrower to return to the SAVE plan at any time without requiring the borrower to provide the income (Tax Return or ADOI) and family size information for the period that the borrower was on the alternative plan or any other repayment plan.**

    o 5063.010: [DELETED]
    o 5063.020: [DELETED]
    o 5063.030: Payments made under the SAVE alternative repayment plan do not count toward Public Service Loan Forgiveness, but up to 12 months of payments under the alternative repayment plan would count for forgiveness under the SAVE plan or another income-driven repayment plan.

- **5064.000: [DELETED]**

- **5065.000: [DELETED]**
    o 5065.010: [DELETED]

- **5066.000: The contractor shall allow borrowers to immediately exit SAVE if there is term remaining on the plan that they wish to repay their loans under.**

    **For example, if a borrower with Unsubsidized and subsidized loans, has been in Repayment for 15 years, the borrower would NOT be able to select Standard as their repayment plan. Standard repayment has a term of 10 years for (non-consolidated loans) and since the borrower had already been in repayment for 15 years there would be no term left for them to enter that plan.**

    o 5066.010: A borrower who has made 60 or more qualifying payments on or after July 1, 2024, under the SAVE plan may not enroll in an IBR plan.
    o 5066.020: For a borrower who no longer wishes to repay under SAVE, the contractor shall allow the borrower to change to a different repayment plan that has enough remaining term.

- **5067.000: The contractor shall not capitalize unpaid, accrued interest for borrowers on the SAVE Plan when the borrower leaves SAVE and follow other standard capping rules for Deferment.**
    o 5067.010: [DELETED]
    o 5067.020: If the borrower exits SAVE while in a deferment the outstanding interest will capitalize at the end of the deferment status.
    o 5067.030: For a borrower who is repaying under SAVE and receives a deferment or forbearance; when the deferment period ends, unpaid interest is capitalized.
    o 5067.040: If the borrower submits income documentation after the hard deadline, the contractor shall increase the payment to ensure the loan(s) is paid in full over the lesser of 10 or the remainder of 20 or 25 years. The contractor shall not capitalize unpaid accrued interest.

- **5068.000: Beginning with the implementation of legacy CR6373 the SAVE subsidy is no longer capped at 36 months regardless of if the borrower switches from another IDR plan to SAVE or to another plan from SAVE. Refer to 5040.000 for additional detail.**
    o 5068.010: [DELETED]

- **5069.000: The contractor shall not require the borrower to request forgiveness for SAVE;**

the contractor shall process forgiveness of eligible loans automatically. (See "42000" for additional information.)

- o 5069.010: Any outstanding balance is forgiven after 120 qualifying payments if the borrower's total original principal balance on all loans being repaid under SAVE was less than or equal to $12,000.
  - ▪ 5069.011: An additional 12 monthly payments or the equivalent over a period of at least 1 year for every $1,000 if the total original principal balance is above $12,000.
- o 5069.020: The maximum number of required monthly payments is 240 monthly payments or the equivalent for borrowers with only undergraduate loans and 300 monthly payments or the equivalent for borrowers with any graduate loans.

- **5070.000: The contractor shall begin the loan forgiveness period for SAVE on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan (See "42000" for additional information).**

## IBR - Income-Based Repayment Overview

- **5071.000: The contractor shall allow only eligible borrowers to enter IBR (See "5000_Repayment Guide.")**

  - o 5071.010: There are two variations of the IBR plan based on when a borrower's loans were originated:

    Original IBR: For borrowers who are not new borrowers as of July 1, 2014. Any outstanding balance is forgiven after 25 years of qualifying repayment.

    "New" IBR: For "new" borrowers on or after July 1, 2014. Borrowers are considered "new" if they have no outstanding balance on a Direct Loan of a FFEL Loan on or after July 1, 2014, and they receive a Direct Loan on or after July 1, 2014. Any outstanding balance is forgiven after 20 years of qualifying repayment.

    Please also note the variations mentioned above are not identified as such in the public domain, and as such should not be differentiated in communication with borrowers.

- **5072.000: The contractor shall only allow borrowers who have a PFH to enter IBR.**

- **5073.000: The contractor shall automatically place qualifying new borrowers on 'IBR for new borrowers' (aka IBR 2014) if the new borrower selects IBR as a repayment plan.**

### Original IBR

- **5074.000: The contractor shall only allow borrowers who have a PFH to enter Original IBR.**
  - o 5074.010: A borrower who has made 60 or more qualifying payments under the SAVE plan on or after July 1, 2024, may not enroll in IBR.

- **5075.000: The contractor shall determine eligibility for Original IBR upon receipt of the borrower's AGI or Alternative Documentation of Income.**

  - o 5075.010: The contractor shall calculate and store the Standard-Standard payment amount.
  - o 5075.020: The contractor shall calculate and store the Permanent-Standard payment amount.

- **5076.000: The contractor shall calculate the monthly payment amount for borrowers being placed on Original IBR and shall annually recalculate the monthly payment amount based on the borrower's updated AGI, family size and updated HHS poverty guidelines.**

  o 5076.010: The contractor shall calculate a borrower's monthly payment amount under Original IBR as 15 percent of the amount by which the borrower's AGI exceeds 150 percent of the most recent poverty guideline for their family size and state, divided by 12.
  o 5076.020: Under IBR, for purposes of determining eligibility and payment amounts for married borrowers, the contractor shall use both incomes and both eligible loan debts (if any held by the spouse) to calculate payment where the borrower has filed a joint federal income tax return.
    ▪ 5076.021: If the borrower is currently separated from their spouse or is currently unable to reasonably access the spouse's income, then only the borrower income shall be used to calculate the payment amount regardless of filing status.
    ▪ 5076.022: If the spouse's income is not included because the borrower is currently separated from their spouse or unable to reasonably access the spouse's income, then the spouse's eligible loan debt is not used to calculate the payment amount.
  o 5076.030: For married borrowers that both have eligible loans and filed a joint Federal tax return, the contractor shall determine --
    (A) Each borrower's percentage of the couple's total eligible loan debt;
    (B) The adjusted monthly payment for the borrower that applied for IBR by multiplying the calculated payment by the appropriate percentage.
  o 5076.040: The contractor shall determine if a borrower has eligible loans held by another loan holder or are serviced by another contractor and adjust the monthly payment by multiplying the calculated payment by the percentage of total outstanding principal amount of eligible loans that are held by the loan holder. NSLDS may be used to verify loans held by another loan holder for this purpose.
  o 5076.050: If the borrower has FFEL loans eligible for IBR and Direct Loans eligible for PAYE, and the borrower requests IBR, the contractor shall prorate the IBR payment amount for the FFEL loans and the PAYE payment amount for the Direct Loans as if the loans were held by different loan holders.
    For example, using data effective 7/1/23, a borrower has $30,000 in Direct Loans eligible for PAYE and $20,000 in FFEL loans eligible for IBR. The borrower has an AGI of $30,000, a family size of 1, and lives in Maryland. The IBR payment amount is calculated to be $165.56. and the PAYE payment amount is calculated to be $110.38. Upon proration, the total IBR payment amount would be $66.22 (at 40% proration), and the total PAYE payment amount would be $66.23 (at 60% proration) for a combined, total monthly payment amount of $132.45.
  o 5076.060: The contractor shall adjust the borrower's Original IBR fixed payment amount to $0.00 if the calculated payment is less than $5.00.
  o 5076.070: The contractor shall adjust the borrower's Original IBR fixed payment amount to $10.00 if the calculated payment is greater than or equal to $5.00, but less than $10.00.

- **5077.000: For Original IBR, If the contractor recalculates the borrower's monthly payment amount to be the Permanent-Standard payment amount because the borrower no longer has a partial financial hardship, the federal loan contractor shall send the borrower a notice that includes:**

  o 5077.010: The borrower's new monthly payment amount.
  o 5077.020: An explanation that unpaid interest will be or has been capitalized.
  o 5077.030: An explanation of the borrower's right to, at any time, request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.
  o 5077.040: An explanation of the fact that the borrower will receive an annual notice reminding them of their right to request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.

- **5078.000: For a borrower who no longer wishes to repay under Original IBR and who is required to repay the Expedited-Standard amount, the contractor shall allow the borrower to change to a different repayment plan after making one full monthly payment of the Expedited-Standard amount or a reduced forbearance payment.**

  Note: The servicer shall be authorized and expected to consider the administrative processing forbearance used when a borrower submits an IDR application as satisfying the requirement to make a payment after a borrower leaves an IBR plan in order to switch to another repayment plan.

- **5079.000: The contractor shall, for borrowers who choose to exit Original IBR, set their monthly payment to the Expedited-Standard payment amount, based on:**

  - 5079.010: for Stafford, SLS and eligible PLUS loans, the number of months remaining in the 10-year repayment period (e.g., a borrower has been in IBR for 5 years and since entering repayment, if the borrower exits IBR, 5 years of repayment remain); or
  - 5079.020: for a consolidation loan, the number of months remaining in the original loan repayment period, (which could have been a 10 - 30 -year repayment period depending on the original loan balance). (e.g., a borrower with an original balance of $70,000 has been in IBR for 5 years and since entering repayment, if the borrower exits IBR, 25 years of repayment remain) (See Guide)

- **5080.000: The contractor shall only capitalize unpaid, accrued interest for borrowers on the Original IBR Plan when the borrower is placed on the permanent-standard repayment plan or exiting IBR.**
  - 5080.010: This requirement overrides any other capitalization requirement.
  - 5080.020: The contractor shall capitalize interest on the day after the borrower leaves the IBR plan or no longer has a PFH.
  - 5080.030: For a borrower who is repaying under IBR and receives a deferment or forbearance and still has a PFH when the deferment period ends, the unpaid interest is not capitalized at the end of the deferment or forbearance.
  - 5080.040: If a borrower who is repaying under IBR receives a deferment or forbearance and loses PFH status while the deferment or forbearance is running, the unpaid interest is not capitalized until the end of the deferment or forbearance.
  - 5080.050: For IBR, all unpaid, accrued interest is capitalized if the borrower no longer qualify to make payments that are based on income (no longer have a PFH).
  - 5080.060: The contractor shall capitalize interest on the day after the borrower leaves the IBR plan or no longer has a PFH.

- **5081.000: The subsidy benefit is capped at 36 months, regardless of whether a borrower switches from Original IBR to another IDR plan, or from another IDR plan to Original IBR. Refer to 5040.000 for additional detail.**

- **5082.000: The contractor shall begin the loan forgiveness period for Original IBR on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan. (See "42000" for additional information.)**

- **5083.000: The contractor shall not require the borrower to request forgiveness for Original IBR; the contractor shall process forgiveness of eligible loans automatically. (See "42000" for additional information.)**

  - 5083.010: Any outstanding balance is forgiven after 25 years of qualifying repayment.

**New IBR**

- **5084.000: For "new" borrowers. Borrowers are considered "new" if they have no outstanding balance on a Direct Loan or a FFEL Loan on or after July 1, 2014, and they receive a Direct Loan on or after July 1, 2014.**

- **5085.000: The contractor shall only allow borrowers who have a partial financial hardship to enter New IBR.**
  - 5085.010: A borrower who has made 60 or more qualifying payments under the SAVE plan on or after July 1, 2024, may not enroll in IBR.

- **5086.000: The contractor shall determine eligibility for New IBR upon receipt of the borrower's AGI or Alternative Documentation of Income (ADOI).**

  - 5086.010: The contractor shall calculate and store the Standard-Standard payment amount.
  - 5086.020: The contractor shall calculate and store the Permanent-Standard payment amount.

- **5087.000: The contractor shall calculate the monthly payment amount for borrowers being placed on New IBR and shall annually recalculate the monthly payment amount based on the borrower's updated AGI, family size and updated HHS poverty guidelines.**

  - 5087.010: The contractor shall calculate a borrower's monthly payment amount under IBR as 10 percent of the amount by which the borrower's AGI exceeds 150 percent of the most recent poverty guideline for their family size and state, divided by 12.
  - 5087.020: Under IBR, for purposes of determining eligibility and payment amounts for married borrowers, the contractor shall use both incomes and both eligible loan debts (if any held by the spouse) to calculate payment where the borrower has filed a joint federal income tax return.
    - 5087.021: If the borrower is currently separated from their spouse or is currently unable to reasonably access the spouse's income, then only the borrower income shall be used to calculator the payment amount regardless of filing status.
    - 5087.022: If the spouse's income is not included because the borrower is currently separated from their spouse or unable to reasonably access the spouse's income, then the spouse's eligible loan debt is not used to calculate the payment amount.
  - 5087.030: For married borrowers that both have eligible loans and filed a joint Federal tax return, the contractor shall determine --
    (A) Each borrower's percentage of the couple's total eligible loan debt;
    (B) The adjusted monthly payment for the borrower that applied for IBR by multiplying the calculated payment by the appropriate percentage.
  - 5087.040: The contractor shall determine if a borrower has eligible loans held by another loan holder or are serviced by another contractor and adjust the monthly payment by multiplying the calculated payment by the percentage of total outstanding principal amount of eligible loans that are held by the loan holder.
    NSLDS may be used to verify loans held by another loan holder for this purpose.
  - 5087.050: If the borrower has FFEL loans eligible for IBR and Direct Loans eligible for PAYE, and the borrower requests IBR, the contractor shall prorate the IBR payment amount for the FFEL loans and the PAYE payment amount for the Direct Loans as if the loans were held by different loan holders.
    For example, using data effective 7/1/23, a borrower has $30,000 in Direct Loans eligible for PAYE, and $20,000 in FFEL loans eligible for IBR. The borrower has an AGI of $30,000, a family size of 1, and lives in Maryland. The IBR payment amount is calculated to be $165.56 and the PAYE payment amount is calculated to be $110.38 Upon

proration, the total IBR payment amount would be $66.22 (at 40% proration) and the total PAYE payment amount would be $66.23 (at 60% proration) for a combined, total monthly payment amount of $132.45.

- o 5087.060: The contractor shall adjust the borrower's IBR or PAYE fixed payment amount to $0.00 if the calculated payment is less than $5.00.
- o 5087.070: The contractor shall adjust the borrower's IBR or PAYE fixed payment amount to $10.00 if the calculated payment is greater than or equal to $5.00, but less than $10.00.

- **5088.000: For New IBR: If the contractor recalculates the borrower's monthly payment amount to be the Permanent-Standard payment amount because the borrower no longer has a partial financial hardship, the federal loan contractor shall send the borrower a notice that includes:**
    - o 5088.010: The borrower's new monthly payment amount.
    - o 5088.020: An explanation that unpaid interest will be or has been capitalized.
    - o 5088.030: An explanation of the borrower's right to, at any time, request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.
    - o 5088.040: An explanation of the fact that the borrower will receive an annual notice reminding them of their right to request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.

- **5089.000: The contractor shall only capitalize unpaid, accrued interest for borrowers on the New IBR Plan when the borrower is placed on the permanent-standard repayment plan or exiting IBR.**

    - o 5089.010: This requirement overrides any other capitalization requirement.
    - o 5089.020: The contractor shall capitalize interest on the day after the borrower leaves the IBR plan or no longer has a PFH.
    - o 5089.030: For a borrower who is repaying under IBR and receives a deferment or forbearance and still has a PFH when the deferment period ends, unpaid interest is not capitalized at the end of the deferment or forbearance.
    - o 5089.040: If a borrower who is repaying under IBR receives a deferment or forbearance and loses PFH status while the deferment or forbearance is running, unpaid interest is not capitalized until the end of the deferment or forbearance.
    - o 5089.050: For IBR, all unpaid, accrued interest is capitalized if the borrower no longer qualify to make payments that are based on income (no longer have a PFH).
    - o 5089.060: The contractor shall capitalize interest on the day after the borrower leaves the IBR plan or no longer has a PFH.

- **5090.000: The subsidy benefit is capped at 36 months, regardless of whether a borrower switches from New IBR to another IDR plan, or from another IDR plan to New IBR. Refer to 5040.000 for additional details.**

- **5091.000: The contractor shall begin the loan forgiveness period for New IBR on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan (See "42000" for additional information).**

- **5092.000: The contractor shall not require the borrower to request forgiveness for New IBR; the contractor shall process forgiveness of eligible loans automatically (See "42000" for additional information).**

    - o 5092.010: Any outstanding balance is forgiven after 20 years of qualifying repayment.

- **5093.000: The contractor shall temporarily allow any borrower currently on, or applying for, any IDR plan to provide self-certification of their current income amount, family size, and authorization for the period beginning 3/13/2020 and ending 6 months after the end of**

the payment pause (CARES Act).

- o 5093.010: The contractor shall use this self-certified information to determine the borrower's monthly payment amounts in the same way they currently use information from the DRT or provided by the borrower.
- o 5093.020: The contractor shall accept self-certification of income, family size, and the borrower's request.
- o 5093.030: The contractor shall accept self-certified information provided during a phone conversation with the borrower.
- o 5093.040: The contractor shall allow self-certified information via the website, email or postal mail (any mode currently offered by the contractor to certify their IDR). Borrower communications clearly indicating they are attempting to provide information to satisfy IDR application requirements shall be accepted. The contractor must send a direct email (no e-correspondence) or postal mail (if e-mail is undeliverable or is the borrower's preference) informing the borrower that the request was received and processed.
- o 5093.050: The contractor shall annotate on the account the date, method, and amount of self-certified income.
- o 5093.060: For borrowers with a recertification date that occurred during the period outlined in 5093.000, the contractor shall process a recertification through its existing process using the same information provided during the borrower's most recent previous IDR application or recertification for the current IDR plan, which will then make the next recertification date be one year from the current recertification date.
- o 5093.070: The contractor shall create a system identifier to uniquely mark and track all borrowers that self-certify their income and family size for IDR.
- o 5093.080: The contractor shall create a system identifier to uniquely mark and track all borrowers whose recertification is processed using the most recently provided information where new documentation is not required.

- **5094.000: The contractor shall support the FUTURE Act IDR Program changes for IDR application processing and batch-recertification.**
  - o 5094.010: FLS shall modify the Common Application Schema to support the decommissioning of DRT and the introduction of the Federal Tax Information (FTI) Module.* Full details on values that will be passed along with calculations that will be performed within COD can be found in the servicer interface support guide. Note: Additional fields may be added.
    - ▪ 5094.011: The following fields will be retired for IDR and Loan Consolidation applications:
      - IRSRetrievalTimestamp
      - TaxYearIRS Data
      - FilingStatus
      - AdjustedGrossIncome
      - AGIReflectsCurrentIncome
      - IncomeInformation
      - IRSData
    - ▪ 5094.012: The following fields will be modified for IDR and Loan Consolidation application:
      - RepaymentProgram
      - FileJointly (If provided by borrower)
      - ManuallySubmittedIncome
      - TaxesFiledFlag
      - Taxable Income
    - ▪ 5094.013: Ten to 15 fields will be added to the common application schema,

such as:

- Monthly Payment Amount (IDR MPA calculated by the FTI Module, for the selected repayment plan)
- Rounded Monthly Payment Amount (Rounded MPA, calculated by the FTI Module based on the Minimum MPA Rules for specific IDR plans)
- Monthly Payment Amount (Servicers will be responsible for allocating the monthly payment across all loans)
- Date CCE Calculated
- Date/Time Stamp FTI Retrieved
- Date Consent Last Checked
- Consent on File
- Date Consent Checked (date time consent was last checked for the borrower on StudentAid.gov)
- Calculated PFH Indicator (True or False)
- Auto-recertification retrieved Date/Timestamp
- 10% IBR Eligible (IBR New Borrower Status)
- Ten Year Standard Repayment Amount (loan balance that existed at the time that the borrower entered the PAYE and IBR plan)
  - For returning borrowers this information will be passed from NSLDS
  - For new borrowers this amount will be calculated by COD
- Ten Year Standard Repay Amount PFH (higher balance of the borrower's eligible loans when they initially entered repayment or the balance of the loans when the borrower requested PAYE or IBR)
  - For returning borrowers this information will be passed from NSLDS
  - For new borrowers this amount will be calculated by COD

*The Full list of fields and updated logic will be provided in the layout and interface support guide.

- 5094.020: The contractor shall receive and process the updated schema for IDR and Loan Consolidation applications received from COD.
  - 5094.021: Real-time processing flow will include new applications, plan changes, recalculation requests, and manually recertified loans (for borrowers who were unable to go through the auto-recertification process)
- 5094.030: The contractor shall send disclosure statements and other applicable communication to borrowers based on IDR plan selection and MPA received in the schema.
- 5094.040: The contractor shall receive and process applications to calculate a MPA when paper applications and ADOI is received.
- 5094.050: The FLS shall conduct outreach to request ADOI for borrowers that were previously on SAVE and are trying to reenter the plan. [Existing requirement]
  - 5094.051 If an MPA is received through the Common Application Schema the servicer shall use it in their catch-up payment evaluation.
- 5094.060: The contractor shall remove functionality to simulate MPA from website and borrower portal.
  - 5094.061: The borrower must be directed to SA.gov for loan simulation.

- **5095.000:  The contractor shall support the Auto Recertification Batch Process.**
  - 5095.010: The FLS shall understand the auto-recertification batch process outlined in CR 6100.
    - 5095.011: There will be a cutover period (TBD) to allow returning borrower to provide consent through StudentAid.gov.
  - 5095.020: The FLS shall receive and process common application schema for auto-recertification batch files received from COD.
    - 5095.021: Files must be processed within two business days.

- 5095.022: The servicing system shall store the auto recertification received from COD.
- 5095.023: The servicing system shall store the file date stamp.
- 5095.024: The servicing system shall store the monthly payment amount (MPA) and family size markers (when provided) received.
- 5095.025: The servicing system shall store the new repayment plan.
  - 5095.030: The loan servicing system shall reflect the plan selection at loan level to accurately document account history for borrower counseling and reporting purposes, etc.
  - 5095.040: The FLS shall send disclosure statements and other applicable communication to borrowers based on IDR plan selection.
  - 5095.050: FLS shall receive, process, and calculate an MPA for recertification applications when ADOI is required for borrowers who are unable to go through the auto-recertification process (ex. Manual recertification through StudentAid.gov).

- **5100.000: The servicer shall adhere to the following requirements which were included in the "Change Order SAVE July 18 Administrative Stay Requirements."**
  - 5100.010: For borrowers currently on SAVE whose monthly payments were to be recalculated under Requirements 5060.110, 5060.120, 5060.130, or 5060.140 based on changes in their Discretionary Income Percentage (DIP) for FTI, and for non-FTI borrowers, the servicer shall do the following:
    - For SAVE borrowers who did not receive the recalculation and were put into a SAVE recalculation processing forbearance prior to 7/19/24, the borrower shall remain in that forbearance type for the month of July 2024. The servicer shall place the borrower on a general administrative forbearance from August 2024 through October 2024.
    - For SAVE borrowers who are in a deferment or another type of forbearance (e.g., Borrower Defense forbearance), the borrower shall remain in that deferment or forbearance. If the deferment or forbearance ends prior to October 31, 2024, the servicer shall place the borrower in a general administrative forbearance from the end of the other deferment or forbearance through October 31, 2024.
  - 5100.020: For SAVE recalculations already performed under Requirements 5060.110, 5060.120, or 5060.140, the servicer shall do the following:
    - For SAVE borrowers who made their July 2024 payment, the servicer shall place the borrower on a general administrative forbearance from August 2024 through October 2024.
    - For SAVE borrowers who have not made their July 2024 payments, the servicer shall place the borrower on a general administrative forbearance from July 2024 through October 2024.
    - For SAVE borrowers who are in a deferment or another type of forbearance (e.g., Borrower Defense forbearance), the borrower shall remain in that deferment or forbearance. If the deferment or forbearance ends prior to October 31, 2024, the servicer shall place the borrower in a general administrative forbearance through October 31, 2024.
  - 5100.030: For SAVE borrowers who did not need a recalculation performed under Requirements 5060.110, 5060.120, or 5060.140 due to have a $0 MPA or all graduate loans, the servicer shall do the following:
    - For SAVE borrowers who made their July 2024 payment, the servicer shall place the borrower on a general administrative forbearance from August 2024 through October 2024.
    - For SAVE borrowers who have not made their July 2024 payments, the servicer shall place the borrower on a general administrative forbearance from July 2024 through October 2024.
    - For SAVE borrowers who are in a deferment or another type of forbearance

(e.g., Borrower Defense forbearance), the borrower shall remain in that deferment or forbearance. If the deferment or forbearance ends prior to October 31, 2024, the servicer shall place the borrower in a general administrative forbearance through October 31, 2024.

- o 5100.040: For SAVE borrowers with new applications already processed under Requirements 5060.010 (5%) and 5060.020, the servicer shall do the following:
  - For SAVE borrowers who made their July 2024 payment, the servicer shall place the borrower on a general administrative forbearance from August 2024 through October 2024.
  - For SAVE borrowers who have not made their July 2024 payments, the servicer shall place the borrower on a general administrative forbearance from July 2024 through October 2024.
  - For SAVE borrowers who are in a deferment or another type of forbearance (e.g., Borrower Defense forbearance), the borrower shall remain in that deferment or forbearance. If the deferment or forbearance ends prior to October 31, 2024, the servicer shall place the borrower in a general administrative forbearance through October 31, 2024.
- o 5100.050: For the general administrative forbearance detailed in Requirements 5100.010-5100.040, the following applies:
  - The servicer shall apply the interest subsidy benefit (0%) for the general administrative forbearance period.
  - The servicer shall align the dates of the general administrative forbearance period and the 0% interest.
  - The servicer shall not count the general administrative forbearance under this requirement toward IDR forgiveness and PSLF/TEPSLF.
  - The servicer shall send the borrower a forbearance approval letter to be provided by FSA. The servicer shall not wait for the approval letter to be received from FSA before applying the general administrative forbearance.
  - Unless the servicer receives notification from FSA to not extend the general administrative forbearance, the servicer shall extend the forbearance for an additional three months and continue to do so in three-month intervals.
  - The servicer shall extend the general administrative forbearance 45 days prior to the general administrative forbearance end date.
  - The servicer shall ensure they can adjust the general administrative forbearance to end earlier, if instructed to do so by FSA.
- o 5100.060: The servicer shall provide reporting on the progress of applying general administrative forbearances using the template and instructions provided by FSA.


- **5101.000: The servicer shall adhere to the following requirements which were included in the "Change Order CR 7153 – Pending IDR Application Forbearance Requirements."**
  - o 5101.010: The servicer shall apply a processing forbearance for 60 calendar days as outlined in §685.205(b)(9) for IDR applications received on or after July 1st, 2024.
    - 5101.011: The servicer shall apply the forbearance with a begin date of the date the IDR application was received for any pending applications if processing is not complete within 10 days of receipt of the IDR application to cover any unsatisfied bills, or if the next upcoming unsatisfied bill is due within 10 days, in accordance with previous Guidance G1.23.02. The servicer shall send a notification to the borrower advising of the processing forbearance application. FSA will provide the notification template to servicers.
    - 5101.012: If the borrower is on a general SAVE forbearance on the date the IDR application is received, the servicer shall remove the borrower from the general SAVE forbearance and apply the 60-day processing forbearance to begin the date the IDR application was received.
    - 5101.013: The servicer shall apply the 60-day processing forbearance for any

new IDR applications received after the implementation of the "Change Order CR 7153 – Pending IDR Application Forbearance Requirements" if the next due date is within 10 calendar days and the IDR application remains unprocessed. The servicer shall send a notification to the borrower advising of the processing forbearance application. FSA will provide the notification template to servicers.

- 5101.014: At the end of the 60-day processing forbearance applied in Requirement 5101.010, the servicer shall apply the requirements of the Change Order SAVE July 18 Administrative Stay Requirements (application of the SAVE administrative forbearance with the 0% interest rate through October 31, 2024) to borrowers in the IDR processing forbearance, regardless of the borrower's repayment plan.

- o 5101.020: The servicer shall not process pending IDR applications until FSA provides further instruction to the servicer.
- o 5101.030: The servicer shall report their progress in the application of the forbearance in Requirement 5101.010 until such time that no borrowers remain in this forbearance. The servicer shall begin reporting no later than 3 business days after FSA provides servicers with the reporting template and provides necessary clarification for the report.

### *Section 9000: Treasury*

- **9000.000: The contractor shall require entities making payments on federally held loans (borrowers, lenders, etc.) to direct payments to a Treasury designated service.**

    - 9000.010: Treasury designated services include but are not limited to: a) Over the Counter Network (e.g., OTCNet & TGA); b) Mail (e.g. Lockbox & ECP); c) Phone & Internet (e.g. Pay.gov); d) Credit Gateway (e.g. Fedwire Deposit System-FDS and ACH Credit); e) Debit Gateway (e.g. ACH Debit); f) Card Acquiring Service (CAS) and d) IPAC.

        Note: Receipts must be processed in accordance with guidance provided in Treasury Financial Manual (TFM), available at: http://tfm.fiscal.treasury.gov/home.html
        - 9000.011: The contractor shall integrate all FSA approved Treasury applications into the servicing system environment.
        - 9000.012: The contractor shall establish a Statement of Work on behalf of the contractor and FSA between Treasury and Treasury's designated contractor for all FSA approved Treasury applications.
        - 9000.013: The contractor shall ensure all FSA approved Treasury applications are available to the borrower to submit payments.
        - 9000.014: The contractor shall ensure all data associated with borrower payments submitted thru FSA approved Treasury applications is accurately and timely posted to the servicing system and subsequently to the borrower's account.
        - 9000.015: References to Treasury's Collection Information Repository (CIR) in these requirements is used as a placeholder for any Treasury designated reporting system or process. The contractor shall ensure connectivity and the accurate, timely and complete exchange of data between the servicing system and any Treasury designated reporting system or process.
    - 9000.020: Note: Payments on non-federally held loans cannot be directed to a Treasury service.

- **9001.000: The contractor shall work with FSA, Treasury and the Lockbox to establish a Lockbox Statement of Work on behalf of the contractor and FSA between Treasury and the Lockbox contractor.**
    - 9001.010: Samples documents available:
        1) Sample Statement of Required Services (see attachment 09001_Sample SRS.doc)
        2) Blank Agency Cashflow Profile (see Attachment 09001_ECP_ACP Template_2-4-2019.pdf
        3) A high-level Department of Education contractor lockbox process flow (see Attachment 09001_Lockbox Work Flow_07112022.pdf); and,
        4) A high-level Department of Education contractor ACH Credits process flow (see Attachment 09001_ACH_Credit_PaymentFlow_v4_112819.pdf).
    - 9001.020: Foreign checks (except for Canadian checks payable in US dollars) forwarded from Lockbox to the contractor, per the Statement of Work, shall be returned to the Payer by the contractor. The contractor shall return the foreign check along with a request for the Payer to make payments through an acceptable source.

- **9002.000: The contractor shall work with FSA and Treasury to establish a Memorandum of Understanding (MOU) and an Interconnection Security Agreement (ISA) between the contractor and the Department of Treasury Financial Management Services (FMS) for the**

---

**exchange of data between the contractor and Treasury's Collection Information Repository (CIR).**

- o   9002.010: MOU and ISA templates will be provided after contract is awarded and confidentiality agreement is signed.

- **9003.000: The contractor shall establish an interface with the Treasury's Collection Information Repository (CIR) for the receipt of Treasury Lockbox ECP (electronic check processing) payments file.**

- **9004.000: The contractor shall establish an interface with the Treasury's CIR for the receipt of Treasury Lockbox ECP returns file.**

  - o   9004.010: The contractor shall establish an interface with CIR to receive and process the lockbox return files through the XML file format specified by CIR.

    See Requirement "9012" for CIR specifications.
  - o   9004.020: Roster payments (list payments) are processed through ECP and the returns are reported in this return file.
  - o   9004.030: The ECP Return File Layout is attached.

    See Attachment "9004_ECP Generic Return file Layout.xls."

- **9005.000: The contractor shall access the Electronic Check Processing (ECP) system to access ECP check images.**

  - o   9005.010: The contractor shall send new user request forms to an FSA designee - (FSA_EDcontractor@ed.gov).  Staff contacts may be updated as needed.

    See Attachment "9005_ECP_User_Access_Request_Form.doc."
  - o   9005.020: New users will receive an email from Treasury's FMS Security with login and password instructions.  The website to access ECP check images is: https://www.treaslockbox.gov/TREASLBX.

- **9006.000: The contractor shall establish an interface with Pay.gov for ACH debit processing.**
  - o   9006.010: The contractor shall establish an interface with Pay.gov to transmit payment requests.
  - o   9006.020: If the contractor chooses, the contractor may establish an interface with Pay.gov to send and receive pre-notifications (also known as the pre-note process).
  - o   9006.030: The contractor shall use Pay.gov's Trusted Collection Services (TCS) to interface with Pay.gov.

    See Attachment "9006a_TCS Technical Reference Manual.pdf" (not included in RFP package for security reason).
  - o   9006.040: The contractor shall use the Adapter interface.  The Pay.gov ACH Collections Adapter Technical Reference Manual is attached.

    See Attachment "9006b_Adapter Technical Reference Manual071910.pdf."
  - o   9006.050: Other Pay.gov documentation can be obtained from the following link: https://qa.pay.gov/agencydocs/index.html
       Helpful documentation (from the Agency Guides to Pay.gov page) include the Pay.gov Overview Guide, Pay.gov Users Guide, Agency Guide to Collections Service and Agency Guide to the Reporting Service.

- o  9006.060: Pay.gov Agency Configuration Templates will need to be completed by the contractor.  A blank Agency Configuration Template is attached.

  See Attachment "9006c_Blank_ACT.doc."
- o  9006.070: The contractor shall send a new user request form to an FSA Security contact.

  See Attachment "9006d_access_control_wksht_oci_ccp.xls."
- o  9006.080: The contractor shall send a request form to obtain the TCS security certificate to an FSA designee.

  See Attachment "9006e_Access Control Worksheet for TCS.xls."

- **9007.000: The contractor shall establish an interface with Treasury's CIR for Pay.gov ACH debit processing.**

  - o  9007.010: The contractor shall establish an interface with CIR to receive and process Pay.gov ACH payments activity files through the XML file format specified by CIR.

    See Requirement "9012" for CIR specifications.

- **9008.000: The contractor shall establish an interface with CIR for Pay.gov debit card payment processing.**

  - o  9008.010: This requirement requires the contractor to accept debit card payments from borrowers using Pay.gov.
  - o  9008.020: The contractor shall train a subset of representatives with access to the Pay.gov interface to be able to accept debit card payments from borrowers via telephone.

- **9009.000: The contractor shall establish an interface with the Treasury's Lockbox for processing ACH credits (for example - billpayer).**
  - o  9009.010: The ACH file layout will be established as part of the Statement of Work. See Requirement "9001.000" (removed due to sensitive data not needed for proposals).

  - o  9009.020: The contractor shall interface with CIR to obtain this data via XML file format.
  - o  9009.030: Credit Gateway information can be obtained from: https://www.fiscal.treasury.gov/fsservices/gov/rvnColl/crGtwy/rvnColl_crgtwy.htm

    See Attachment "09009_Credit Gateway User Guide for Online Bill Payments.docx."

- **9010.000: The contractor shall establish access to the Inter-Governmental Payment and Collection (IPAC) system to facilitate sending, receiving, and processing interagency fund transfers.**

  - o  9010.010: IPAC provides FSA and contractors with the capability to download activity files (Note:  The borrower details of the transfer will be received from the IPAC sending party.  Borrower details are not available from the IPAC system.).
  - o  9010.020: The link below prescribes procedures agencies use to process intra-governmental expenditure transactions through the IPAC System, an electronic Internet-based collection and payment system. It also presents a general overview of IPAC System requirements and certain technical specifications established by the Department of the Treasury's (Treasury's) Financial Management Service (FMS). http://tfm.fiscal.treasury.gov/v1/p6/c400.html

Contractor procedures to send and receive interagency fund transfers the contractor shall follow are provided in the Financial Activity and Transactions section.

- o 9010.030: The contractor's IPAC users will self-register following the guidelines in the IPAC User Guide & IPAC Enrollment Guide for Treasury User Provisioning Service available at https://www.fiscal.treasury.gov/fsservices/gov/acctg/ipac/ipac_home.htm.
- o 9010.060: Instructions for logging into IPAC and accessing IPAC schedules are contained in the attachment.

    See Attachment "9010a_How to access an IPAC schedule_v2.doc."
- o 9010.070: Instructions for logging into IPAC and accessing z-schedules are contained in the attachment.

    See Attachment "9010b_How to access a Z-schedule_v2.doc."

- **9011.000: The contractor shall use CIR to obtain Fedwire and Credit Gateway deposit information.  Credit Gateway is used for the Loan Purchase program.**

  - o 9011.010: The contractor shall instruct lenders to make payments (overpayment reimbursements) electronically via Fedwire or Credit Gateway.  The contractor shall have access to CIR to obtain and process Fedwire and Credit Gateway deposit data. See Requirement "9013.00" for CIR access.
  - o 9011.020: The attached guidance contains the instructions contractors shall provide third parties wishing to make a payment outside of the Lockbox or Pay.gov. See Attachment "9011_Remittance Instructions.doc."
  - o 9011.030: If the contractor chooses to use Credit Gateway, a MOU shall be signed with Treasury.  Treasury will then assign the contractor a Credit Gateway account number.

- **9012.000: The contractor shall use the CIR Specification for CIR XML Extract Files as a reference and to develop its solution for CIR.**

  - o 9012.010: The contractor shall download from the "CIR XML Extract Files Specification" link the document titled "Specification for CIR XML Extract Files" from the following website - https://fiscal.treasury.gov/cir/file-transmissions.html to develop its CIR solution.
  - o 9012.020: The contractors will interface with CIR using defined XML formats.
  - o 9012.030: The contractor shall use the CIR Specification for CIR XML Extract Files - Section 7 for Extract File Specifications in developing its extract file solution for CIR.
  - o 9012.040: The contractor shall use the CIR Specification for CIR XML Extract Files - Section 5 for Extract File Generation in developing its solution for CIR.
  - o 9012.050: The contractor shall use the CIR Specification for CIR XML Extract Files - Section 4 for Security/User Access in developing its solution for CIR.
  - o 9012.060: The contractor shall use the CIR Specification for CIR XML Extract Files - Section 8.1 for Special Characters in developing its solution for CIR.
  - o 9012.070: The contractor shall download and use the latest Fiscal Service Transmission Message schema version available from the following website - https://fiscal.treasury.gov/cir/file-transmissions.html to develop its CIR solution.

- **9013.000: The contractor shall obtain daily deposit information from Treasury's CIR system to support accounting processes and controls, such as daily and monthly reconciliations.**

  - o 9013.010: Once the Department of Education has set up an Agency Location Code (ALC) with Treasury for a new federal contractor, users can be established with access to CIR.
  - o 9013.020: Each contractor shall assign 2 to 3 persons as CIR Security Users.  These designated Security Users shall be communicated to the FSA designee via email.  FSA

will then provide a partially pre-filled CIR application to these individuals showing their Security User designation.

- 9013.021: Completed Security User applications shall be returned to the FSA designee. (Note: Once approved, FSA will transmit these forms to the CIR Call Center. The CIR Call Center will assign User ID's and passwords, directly to the users.)
- 9013.022: Once the Security Users are established in CIR, each Security User will be given a CIR New User Request Form customized for their ALC and User Group to distribute to other users, along with guidance on training. Training for CIR is provided through a Web-based Training (WBT) program after you have been enrolled in CIR. For additional information visit: https://fiscal.treasury.gov/cir/training.html.
- 9013.023: New users will complete a form and have it signed by a contractor Security User. The form is then submitted to the FSA designee. (Note: Once approved, FSA will transmit these forms to the CIR Call Center. The CIR Call Center will assign User IDs and passwords directly to the users.)
- o 9013.030: The FSA CIR designee will be provided post award (FSA_EDcontractor@ed.gov). Staff contacts may be updated as needed.
  - 9013.031: CIR report query guide and screenshots are available in the attachment.
    See Attachment "9013_CIR_Query_v1.pdf."

- **9014.000: The contractor shall obtain Treasury payment status (borrower refund check) information from Treasury Check Information System (TCIS).**

  - o 9014.010: The contractor shall access TCIS to trace checks. In order to stop a payment (refund), the contractor will need to contact FSA.
    See Requirement 8046 for stop payment requirements.

  - o 9014.030: See Attachment "9014.03A_TCIS External User Enrollment Guide" for instructions for obtaining access to TCIS. (removed due to sensitive data not needed for proposals.)
    See Attachment "9014.03B_TCIS Customer Training Guide" for training on how to use TCIS. (removed due to sensitive data not needed for proposals.)

- **9015.000: The contractor shall access TCIS to obtain "Schedule of Cancellations" to identify refund requests canceled by Treasury.**

- **9017.000: The contractor shall complete inter-system testing (IST) with Lockbox and Pay.gov.**

- **9020.000: The contractor shall work with FSA and Treasury to establish a Memorandum of Understanding (MOU) and a Treasury Web Application Infrastructure (TWAI) Interconnection Security Agreement (ISA) between the contractor and the Department of Treasury Financial Management Services (FMS) for the exchange of data between the contractor and Treasury, if applicable.**
  - o 9020.010: MOU and ISA templates are attached.
    See Attachment "9020a_TWAI_FMS_contractor_MOU_template.doc" (removed due to sensitive data not needed for proposals.)
  - o See Attachment "9020b_TWAI_FMS_contractor ISA template.doc" (removed due to sensitive data not needed for proposals.)
  - o 9020.020: Currently the TWAI MOU and TWAI ISA are only applicable for new host systems establishing their first connection to receive ECP return files.

### Section 12000: NSLDS

- **12000.000: The contractor shall submit borrower and loan data via the NSLDS loan submittal file. See attachments:**
  *12000_ED contractor DPI Appendix A*
  *[Note: USDS servicers are not required to support the following record types that are referenced in Appendix A:*
  *AW – TEACH Grant Data Elements*
  *BK – Public Service Loan Forgiveness Employment Data Elements]*
  *12000_ED contractor DPI Appendix B*
  *12000_ED contractor DPI Appendix C*
  *12000_ED contractor DPI Appendix D*
  *12000_ED contractor DPI Appendix E*
  *12000_ED contractor DPI Appendix Main Pages*
  *12000_NSLDS Enrollment Reporting Guide - Main Text (for reference only)*
  *12000_NSLDS Enrollment Reporting Guide – Appendices (for reference only)*
  - 12000.010: The contractor shall create an NSLDS loan submittal file that will contain borrower and loan information for all loans on the contractor's system.
    - 12000.011:  The contractor shall provide the NSLDS loan submittal file in accordance with the most recent version of the Data Provider Instructions (DPI), which will be periodically updated via CR.
  - 12000.020: The contractor shall submit the loan submittal file no less frequently than once per week on a scheduled day of the week.
    - 12000.021: The contractor shall report new loans or updates to existing loans no less frequently than weekly.
    - 12000.022: The contractor shall submit their file between Sunday and Thursday no later than 2 pm EST.
    - 12000.023: The contractor shall not extract the data from the contractor's system more than 24 hours before the scheduled load date.
  - 12000.030: The contractor shall create the NSLDS loan submittal file and follow the NSLDS Data Provider Instructions (DPI) which includes file layouts & definitions.
    - 12000.031: The contractor shall report the record type associated to any change to any data element, identified in the NSLDS DPI, weekly.
    - 12000.032: The contractor shall submit an Outstanding Balance (AQ) or Loan Current State (AR) record type at least once per month if no data elements have changed within the month.
    - 12000.033: The contractor shall report changes on all the loans in the portfolio, from the time a loan is disbursed until:
      - The loan is closed and successfully reported to NSLDS with a closed loan status (unless additional adjustments are made after the closure of the loan).
      - The loan is transferred to another entity (federal loan contractor or guaranty agency) and the transfer is successfully reported to NSLDS.
      - The loan is transferred to the Debt Management and Collection contractor (DMCS) and the transfer is successfully reported to NSLDS.
    - 12000.034: The contractor shall submit all required and applicable record types and data fields listed in the NSLDS DPI upon first reporting of any new or transferred loan to NSLDS.
  - 12000.040: The contractor shall report or re-report any record type for any open or closed loan when requested by Federal Student Aid.

- o 12000.050: The contractor shall submit the file via SAIG using Message Class GASLDSIN
- o 12000.060: The contractors shall submit their NSLDS loan submittal file to SAIG Mailbox TG53160.

- **12001.000: The contractor shall receive and process an NSLDS Response File (error file) for each NSLDS loan submittal file sent to NSLDS.**

  - o 12001.010: The contractor shall accept the NSLDS Response File and use the NSLDS DPI to determine which loans failed to pass NSLDS edits.
  - o 12001.020: The contractor shall receive their NSLDS Response File via SAIG using Message Class GASLDSOP.
  - o 12001.030: The contractor shall receive their NSLDS Response File from SAIG Mailbox TG53160.

- **12002.000: The contractor shall correct loans with errors, identified in the NSLDS Response File, and resubmit with the next NSLDS loan submittal file.**

  - o 12002.010: The contractor shall attempt to correct all records and include the corrected records with the next loan submittal file.
    - ▪ 12002.011: Except when the error message returned is AU 210 (Award ID - Award being serviced by another provider). The contractor shall suppress re-reporting for this error.
  - o 12002.020: The contractor shall report all uncorrected records with the next submittal file so that an error is created and tracked with each weekly loan submittal.

- **12003.000: The contractor shall work to ensure the integrity of the data reported to NSLDS remains intact and of the highest quality.**

  - o 12003.010: The contactors shall review, and correct reporting issues identified in the Benchmark Reports.
    - ▪ 12003.011: The contractor shall maintain a low error rate as defined in the Benchmark Report.
    - ▪ 12003.012: The contractor shall maintain a "% of Loan Records in Error" of less than 2% month-over-month.
    - ▪ 12003.013: The contactor shall maintain a "% of Award IDs in Error" of less than 1% month-over-month.
    - ▪ 12003.014: The contactor shall maintain a "# of Borrowers With Identifier Conflict Errors" of less than 1,000 month-over-month.
  - o 12003.020: The contractor shall review and correct data monitoring items.
    - ▪ 12003.021: NSLDS will distribute a monthly Data Monitoring workbook which details potential reporting discrepancies.
    - ▪ 12003.022: NSLDS will distribute the back-up detail to support the monthly Data Monitoring workbook.
    - ▪ 12003.023: The contractor shall receive the Data Monitoring back-up detail under Message Class EDMON3OP.
  - o 12003.030: The contractor shall maintain a Monthly Issues Log which includes but is not limited to the item from their Data Monitoring file.
    - ▪ 12003.031: The contractor shall update and return the log each month with a comment on each of the open issues. (Note: "no update" is an acceptable response)
    - ▪ 12003.032: The contractor shall review and correct when appropriate items identified on the issues log.

- **12004.000: The contractor shall submit a spreadsheet with weekly reaffirmation details to NSLDS.**

    - 12004.010: The contractor shall submit a weekly spreadsheet to NSLDS, reporting updates stemming from reaffirmation activity.
        - 12004.011: The format for the spreadsheet is found in Appendix E of the NSLDS DPI.
        - 12004.012: The spreadsheet will be uploaded on the NSLSDSFAP website if there was weekly activity, see 12004.010.

- **12005.000: The contractor shall correct and update loan and borrower data as directed by the NSLDS Call Center.**

    - 12005.010: The contractor shall receive data correction notifications from the NSLDS Call Center via email.
    - 12005.020: The contractor shall respond to data correction requests/instructions within 5 business days.

- **12006.000:  The contractor shall receive and process Enrollment Notification Files from NSLDS.  See attachment:** *"12000_NSLDS Enrollment Reporting Guide – Appendices."*

    - 12006.010: The contractor shall receive an Enrollment Notification File each week which contains school-certified enrollment data
        - 12006.011: The contractor shall receive the Enrollment Notification File via SAIG under Message Class EFNOTFOP.
    - 12006.020: The contractor shall process and apply the data within the Enrollment Notification File to update the enrollment information on the contractor's system for that borrower.
        - 12006.021: The contractor shall determine the most relevant enrollment detail to apply, from the Enrollment Notification File and other enrollment sources.
        - 12006.022: The contractors shall evaluate all enrollment data from NSLDS and use the OPEID, effective date, certification date, enrollment status and anticipated completion date of each enrollment detail to determine the highest relevant enrollment status level that is in effect for each student.
        - 12006.023: The contractor shall make use of the "Alt Attending" enrollment data fields on the Enrollment Notification file to be informed that another active enrollment status of half-time or greater exists when they receive a detail record with status of  L, G, W, X, or Z.
    - 12006.030: The contractor shall apply the enrollment data consistently to all loans for each borrower.
        - 12006.031: Following notification of initial disbursement on a loan, the contactor will not contact a school directly to request an In-School Deferment form until two NSLDS Enrollment Notification Files are received without certified enrollment of Half-Time or greater for that borrower.
    - 12006.040: The contractor shall report all enrollment data received and applied to the contractor's system, regardless of source (including the Enrollment Notification File), to NSLDS in the AT Record Type of the contactor's loan submittal file
    - 12006.050: The contractor shall receive full enrollment detail files until approved by FSA to receive changes only. The contractor may elect to always receive full enrollment detail files.

- **12007.000: The contractor shall support the NSLDS Cohort Default Rate process**
    - 12007.010: The contractor shall receive and access the Loan Record Detail Report.

- 12007.011: The contractor shall receive the Loan Record Detail Report via SAIG under Message Class AHSLDEOP.
  - o 12007.020: The contractor shall support the Cohort Default Rate process by updating NSLDS on behalf of the Default Management Collection contractor (DMCS) as a result of Cohort Default Rate challenges and appeals.
    - 12007.021: Updates can be made by the contractors via either the regular batch loan reporting process or via NSLDS Online Loan Update.

- **12008.000: The contractor shall support the NSLDS Gainful Employment process.**

  - o 12008.010: The contractor shall support the NSLDS Gainful Employment process by updating NSLDS on behalf of the Default Management Collection contractor (DMCS) as a result of Gainful Employment corrections, challenges or appeals.
    - 12008.011: Updates can be made by the contractor via either the regular batch loan reporting process or via NSLDS Online Loan Update.

- **12009.000: [DELETED]**

- **12010.000: The contractor shall have the ability to request and receive loan details via the Loan Information for Servicing (LIS) process.**

  - o 12010.01: The contractor shall have the ability to send NSLDS a list of Federal Loan borrowers for which NSLDS will return loan details in the Loan Information for Servicing Request File.
    - 12010.011: The contractor shall send the request file to TG53163 via SAIG under message class EDSFAHIN.
    - 12010.012: Record Layout is available in Appendix E of the NSLDS DPI.
  - o 12010.02: The contractor shall have the ability to receive loan details from NSLDS in response to the contractor's request in the Loan Information for Servicing Response File.
    - 12010.021: The contractor shall receive the Loan Information for Servicing Response File via SAIG under Message Class EDSFAHOP.
    - 12010.022: Record Layout is available in Appendix E of the NSLDS DPI.
  - o 12010.03: The contractor shall have the ability to request specific record types in their LIS requests. This enhancement will be available sometime in September 2024. Although the ability to send and receive files using the LIS process is a requirement, FSA does not have a specific requirement for use of the data. FSA encourages the contactor to use the LIS process to ease processing with IDR Application, Consolidation, Transfers, Skip tracing, etc.  FSA will provide requirements in the future for use of the data received through the LIS process.

- **12011.000: [DELETED]**

  - o 12011.01: [DELETED]

- **12012.000: The contractor shall provide customer service support by responding to inquiries from Federal Student Aid staff and the NSLDS Customer Call Center.**

  - o 12012.01: The contractor shall respond to inquiries from FSA staff and the NSLDS Call Center within 24 hours.
  - o 12012.02: The contractor shall provide a single primary and secondary contact person to Federal Student Aid staff responsible for NSLDS loan reporting.
  - o 12012.03: The contractor shall be prepared to attend NSLDS quarterly face-to-face meetings.
  - o 12012.04: The contractor shall participate in biweekly status meetings with Federal Student Aid and the NSLDS Contractor staff.

- o 12012.05: The contractor shall attend and support NSLDS information sessions conducted by Federal Student Aid at various conferences.

- **12013.000: The contractor shall maintain access to NSLDSFAP Online Loan Update for at least 3 users.**

  - o 12013.01: The contractor shall have no less than 3 users with privileges to update individual loans and borrowers using NSLDS Online Loan Update.
  - o 12013.02: The contractor shall be responsible for oversight and training of users with privileges to update individual loans and borrowers using NSLDS Online Loan Update.

- **12014.000: The Contractor shall receive and process NSLDS Exit Counseling Completion Reports**
  - o 12014.01: The contractor shall receive and store the results of Exit Counseling from NSLDS.
  - o 12014.02: The contractor shall receive the Exit Counseling Completion Report via SAIG under Message Class EXNSFFOP.
  - o 12014.03: Record Layouts are available in Appendix D of the NSLDS DPI.
  - o 12014.04: The contractor shall store the Exit Counseling results on the servicer's system at a borrower-level.
  - o 12014.05: The contractor shall use the borrower contact, references and next-of-kin data in the NSLDS Exit Counseling Completion Report to determine if updates should be made to the servicer's system.

- **12015.000: The Contractor shall support the Imminent Danger Pay (IDP) and Hostile Fire Pay (HFP) Notification and Confirmation Process**
  - o 12015.01: The contractor shall receive the IDP/HFP Notification File weekly from NSLDS.
  - o 12015.02: The contractor shall receive the weekly IDP/HFP Notification File via SAIG under Message Class DODMTCOP.
  - o 12015.03: Record Layout is available in Appendix E of the NSLDS DPI.
  - o 12015.04: The contractor shall respond to the NSLDS with the results of the weekly IDP/HFP Notification File.
  - o 12015.05: The contractor shall respond to the NSLDS with the results of the weekly IDP/HFP Notification File via the IDP/HFP Confirmation File or by utilizing online loan update on the IDP/HFP Confirmation page on the NSLDS website.
  - o 12015.06: The contractor shall send the IDP/HFP Confirmation File via SAIG under Message Class DODMTCIN.
  - o 12015.07: Record Layout is available in Appendix E of the NSLDS DPI.
  - o 12015.08: The Contractor shall respond no less frequently than weekly.

- **12016.000: The Contractor shall obtain monthly the Death Status Conflict Report from the NSLDSFAP website.**

- **12017.000: The contractor shall have the ability to request and receive payment details via the Repayment Information for Servicing (RIS) process. Additional information will be provided at a later date by NSLDS.**
  - o 12017.010: The contractor shall have the ability to accept the IDR information through this process and apply any changes to their system. Examples of fields that will be sent as part of the process include the Discretionary Income Percentage, the Underlying Parent PLUS anywhere in the lineage of a consolidation indicator, and the 60-month indicator.
    - ▪ 12017.011: The contractors RIS Request will be sent via SAIG under Message Class "DRAFT – Not yet approved" = RISREQIN.
    - ▪ 12017.012: The contractors RIS Response will be sent via SAIG under Message Class "DRAFT – Not yet approved" = RISRESOP.

- **12018.000: The contractor shall modify their NSLDS reporting processes to align with changes made by NSLDS to adhere to the IDR regulations taking effect July 1, 2024.**
  - 12018.010: The contractor shall update their reporting process with the updated IDR Payment Progress File.
  - 12018.020: The contractor shall update their reporting process for a new record type to capture AutoPay data.
  - 12018.030: The contractor shall update their reporting process for a new record type to capture interest subsidy application.
  - 12018.040: The contractor shall update their reporting processes to be able to send dollars and cents on the modified BJ, AQ, AG, and AR record layouts.
  - 12018.050: The contractor who originates the consolidation loan is responsible for reporting the links, payoffs, and adjustments to the consolidation loan to NSLDS on the BG record type.
    - 12018.051: The consolidation single originator must establish the new consolidation loan on NSLDS. For the first NSLDS reporting the single originator must report at least the following records to NSLDS using the consolidation originator's current Federal Loan Servicer code.
      - AB – Person Record – needed to establish the new loan
      - AF – Loan Record – needed to establish the new loan
      - AU – Transfer Record – needed to transfer the new loan to the Federal Loan Servicer
      - BG – Consolidation Linking Record – needed to link each underlying loan that is in this consolidation loan.
    - 12018.052: After the loan has been established on NSLDS the consolidation single originator will report only the BG Record for any changes to the BG data fields (e.g., payoff amount, etc.).
    - 12018.053: Any NSLDS Submission Errors received back in the NSLDS Error File will be sent under the consolidation originator's Federal Loan Servicer code and are required to be corrected per the Data Provider Instructions.
    - 12018.054: The NSLDS Data Provider Instructions (DPI) will be updated to include 7 new fields in the BG record.
      - Field 007 – Percentage of the Underlying Loan Payoff to the Consolidation Loan's Initial Balance
      - Field 008 – Underlying Loans Total Progress Toward IDR Forgiveness
      - Field 009 – Underlying Loans Progress Toward IBR Forgiveness
      - Field 010 – Underlying Loans Progress Toward ICR Forgiveness
      - Field 011 – Underlying Loans Progress Toward PAYE Forgiveness
      - Field 012 – Underlying Loans Progress Toward SAVE Forgiveness
      - Field 013 – BG Record reported by Consolidation Originator Indicator
    - 12018.055: Updates to the BD Repayment Application and BE Repayment Application Status records will be required to support changes happening to the Consolidation/IDR Application schema.
    - 12018.056: Updates to the AM Repayment Record field descriptions to allow DMCS to report the AM record will be included in the NSLDS DPI.
    - 12018.057: The NSLDS DPI will be updated to include one new field in the AF Loan Record.
      - Field 034 – Consolidation Loan with ANY Parent PLUS Indicator
      - The current Field 034 – Filler will shift to Field 035
    - 12018.058: The NSLDS DPI will be updated to reflect these changes.

- **12019.000: The servicer shall have the ability to receive and accept a new file (file name TBD) from NSLDS containing a baseline of IDR data elements.**
  - 12019.010: This will be an outbound file from NSLDS to the servicer, and it will be sent via SAIG (message class "DRAFT – Not yet approved = IDRRISOP).
  - 12019.020: If there are changes to any of the baseline IDR elements, NSLDS will send

the servicer a file identifying the changes. Examples of events which would trigger a change file include new loans being disbursed, second disbursements, transfers, etc.
- 12019.030: The same file layout will be used for both the baseline file and the file identifying changes.
  - 12019.031: The file layout will be available in Appendix E of the NSLDS DPI.

## Section 14000: Interaction with DMCS

- **14000.000: The contractor shall assign all federally held loans, which are 360 calendar days or more delinquent or have been accelerated to default, to the Debt Management and Collections System (DMCS). This includes all FFEL, FISL, and Direct Loan types.**

  - 14000.010: The contractor shall submit defaulted FFEL, FISL and Direct Loans on the COMBINED DMCS FILE EXCHANGE FORMAT
    See Attachment:
    14000 DL_FFEL DMCS File Exchange 02112019.doc.
    14000 DL_FFEL Debt Level Validation Edits transfer in
    14000 DL FFEL Interfacing with DMCS Layout
  - 14000.020: The contractor shall provide access to all required collateral information for the defaulted loans. (See Access to Servicer Systems section of the requirements.)
  - 14000.030: The contractor shall submit federally held defaulted loans to DMCS, at a minimum, on a weekly basis.
  - 14000.040: The contractor shall send a letter of notification to the borrower when his/her loan has been assigned to, DMCS.
  - 14000.050:  The contractor shall report the following value in the Rehabilitation Indicator field (position 1429) of the DMCS assignment files:
    -N if the loan has never been rehabilitated
    -Y if the loan was last rehabilitated on/after 8/14/2008
    -E if the loan was last rehabilitated prior to 8/14/2008
  - 14000.060: The contractor shall create a borrower history and activity report (including a detailed payment history) for every loan/borrower assigned to DMCS. The contractor shall store the BHAR within the servicing solution's image system and make the BHAR available with the other borrower images/collateral.

- **14001.000: The contractor shall transmit files to/from DMCS via SAIG.**

- **14002.000: The contractor shall create separate assignment files containing the correct submission type as defined in the file layout.**
  **"DEF" (initial default) for loans that were NOT previously on Debt Collections (DMCS)**

- **14003.000: The contractor shall create separate assignment files containing the correct submission type as defined in the file layout.**
  **"RDF" (re-default) for loans that were previously on Debt Collections (DMCS).**

  - 14003.010: When sending RDF files, the contractor shall send the list of loans they are requesting to re-default to the DMCS Helpdesk.
    - 14003.011: The contractor shall send the list of loans once a month on the third week of the month.
  - 14003.020: The contractor will receive a response from the DMCS helpdesk notifying if they can send the loan for RDF or need to wait (account is in the closed-database) or need to research (account does not exist, based on the identifiers provided, as a redefault).
  - 14003.030: If the contractor needs to wait, the contractor shall notate on the account that the loan cannot be re-defaulted at this point per DMCS as the date of the response.
  - 14003.040: The contractor will be sent lists monthly of their loans that can be submitted to DMCS on an RDF file.

- **14004.000: The contractor shall submit "DEF" and "RDF" files as separate files. The contractor shall be allowed to send these files on the same day.**

  - 14004.010: For each file submitted to DMCS, the contractor shall email an assignment transmittal to: DMCSInterfaceGroup@maximus.com
    (See 14004_contractor_Assignment_Transmittal_Form.doc).
  - 14004.020: Assignment file submissions shall be limited to a maximum of 10,000 loans per file. The contractor shall send multiple files if this limit is exceeded.
  - 14004.030: The contractor shall receive rejected assignment files from DMCS via SAIG
    - 14004.031: DMCS will reject assignment files in its entirety for:
      - File format errors (including header and trailer records errors).
      - Exceeding the maximum error threshold due to high volume of errors.
  - 14004.040: The contractor shall receive any assignment file rejected in its entirety along with a report that provides the reject reason from DMCS via SAIG.

- **14005.000: The contractor shall receive a Confirmation File from DMCS for every file submitted (unless rejected in its entirety for file format errors). The confirmation file identifies which submitted records were accepted and which were rejected.**
  - 14005.010: The Confirmation File consists of all the records that were submitted. Each rejected record contains the original record, appended by one or more error codes. The confirmation file allows for 100 error codes to be appended on the incoming record, beginning in Position 1801. The record length of the confirmation file is 2200. If there are no error codes appended to the record, beginning in Position 1801, then the loan was accepted for assignment.
  - 14005.020: The contractor shall receive Error Code(s) reflecting the reason(s) a loan was rejected for assignment.
    See 14000_DL FFEL Debt level edits.
  - 14005.030: The contractor shall receive the following assignment reports from DMCS via SAIG
    - Summary Error Report
    - Detail Error Report
    - Edit Error Report
    - Load Database Report (only received when the assignment file is not rejected in its entirety)
  - 14005.040: If there is a file level reject, the confirmation file returned to contractor shall not show any loan level error codes (it will appear identical to submission file) but will be identifiable by its filename. (e.g. "contractorname_REJECT_datetimestamp_etc."). A normal confirmation file will have a filename like "contractorname_acknowledgement_datetimestamp_confirmation".

- **14006.000: The contractor shall review each rejected record, make the necessary corrections/updates, and resubmit the corrected records.**

  - 14006.010: The contractor shall use edit code information provided in the confirmation files to make necessary corrections/updates and resubmit corrected records on the next submission.
  - 14006.020: Rejected loans shall be considered to be part of the sending contractor's system until accepted by DMCS - e.g., if DMCS rejects a loan, the contractor shall maintain the loan balance and continue to service the loan until it is accepted, and confirmation is received from DMCS. (Note: If the contractor writes-off the loan at the time of assignment, and not acceptance, then upon receiving the reject the contractor must reverse the write-off processed.)
  - 14006.030 The contractor shall resubmit the corrected records to DMCS within 90 calendar days.

- **14007.000: The contractor shall forward any payments received after loans were assigned to DMCS, once the confirmation of loan acceptance has been received from DMCS.**

  - 14007.010: The contractor shall send payments received on loans transferred using the IPAC process, once acceptance is received from DMCS. (See "Treasury" and "Financial Activity and Transactions" requirement sections for IPAC requirements.)
    - 14007.011 If payment is identified in WIP after loan has been transferred to DMCS and the payment would have prevented the loan from having defaulted, the loan shall be recalled from DMCS and payment processed by the contractor.
    - 14007.012 If payment is received day 361 or later, loan should not be recalled from DMCS, payment shall be sent to DMCS as misdirected via IPAC.

- **14008.000: The contractor shall have the ability to recall previously defaulted loans if a loan is assigned in error (e.g., incorrect processing, audit determined need for recall, etc.).**

  - 14008.010: The contractor shall recall a loan that was assigned to DMCS for the following reasons:
    1. Misapplied payment (effective prior to the date the loan became 271 calendar days delinquent) that would have avoided the borrower becoming 270 calendar days delinquent
    2. Payment (effective prior to the date the loan became 271 calendar days delinquent) in suspense file that would have avoided the borrower becoming 270 calendar days delinquent
    3. Disbursement adjustment that would have reduced the balance to zero
    4. Deferment or forbearance that the borrower qualified for but was not applied timely (before being assigned to DMCS)
    5. Separation date adjustments that would have reduced the delinquency to prevent the transfer to DMCS;
    6. Receipt of a consolidation payoff but was not applied before the loan transferred to DMCS;
      For example, if the contractor identifies unapplied payments in suspense that if processed timely the borrower would not have reached 270 calendar days delinquent, the loan should be recalled. However, if the contractor receives a payment or a forbearance form after day 270 that could bring the borrower less than 270 calendar days delinquent, the contractor shall not recall the loan.
    7. Contractor determines the borrower's payment would have qualified for a $0 payment on IDR when they went into default.
    8. DMCS determines the borrower's payment would have qualified for a $0 payment on IDR at the time of default.
  - 14008.020: The contractor shall perform a recall if FSA instructs it to recall the loan.
    - 14008.021: The contractor shall have the ability to create a loan on their system in order to facilitate a recall if they are not the contractor that assigned the loan to DMCS.
  - 14008.030 The contractor shall inform debt collection staff, via email, once per month if a previously defaulted loan needs to be recalled (if no recalls are needed that month - The contractor shall send an email indicating there are NO recalls this month).
    - 14008.031: The contractor shall send recall notification emails to LoanExchangeTeam@ed.gov. All PII data must be properly secured.
    - 14008.032: The recall notification shall include an Excel spreadsheet with the following information:
      • SSN
      • Borrower Name
      • Borrower Address
      • Loan Disbursement Amount
      • Disbursement Date
      • Loan Type

- Award ID#
- Last date address verified
- SSN
- Borrower Name
- Borrower Address
- Loan Disbursement Amount
- Disbursement Date
- Loan Type
- Award ID#
- Last date address verified

- o 14008.040: The contractor shall receive recalled loans from DMCS via a EA27 file sent from DMCS. (See "Transfer" Requirements section for file layout)
- o 14008.050: The contractor shall load the loan to the servicing system once received and begin servicing activities.
  Note: If a recalled loan subsequently defaults, it shall be sent to DMCS in an RDF file.
- o 14008.060: The contractor may choose to "reopen" the prior loan balances for recalled loans on their system, or they may choose to load them as "new loans" if necessary. [New loans is defined as loading the loan balances on the servicing system exactly as the balances were transferred off the DMCS system at the time of recall. Reopening loans is defined as reinstating the loan balances on the servicing system for the same amounts that were on the servicing system at the time the loans were sent to DMCS.]
- o 14008.070: If the contractor chooses to "re-open" a recalled loan, the contractor will be responsible for also replicating on their servicing system the financial transactions that occurred on DMCS between the time the loan was assigned to DMCS as an assignment to the time the loan was received from DMCS as a recall. The reprocessing of these financial transactions on the servicing system must result in loan balances on the servicing system equal to the loan balances that were transferred back from DMCS. (For financial reporting, see "FMS Interface" requirement section.)
- o 14008.080: If the contractor chooses to "re-open" a recalled loan the service shall ensure the prior loan servicing history information is fully available no matter if the loan is reopened or a new loan is created as a result of the recall.

- **14009.000: The contractor shall ensure the borrower's credit report is updated to reflect the loan was recalled and should not have defaulted.**

- **14010.000: The contractor shall ensure if the borrower had previously been on an IDR plan that all counters are updated on the "new" loan.**

- **14011.000: The contractor shall ensure if the borrower had previously used any deferment or forbearance time the counters are updated on the "new" loan.**

- **14012.000: The contractor shall complete inter-system testing (IST) with DMCS.**
  - o 14012.010: Successfully send an assignment file with defaulted loans
  - o 14012.020: Successfully send an assignment file with re-defaulted loans
  - o 14012.030: Successfully receive a confirmation file
  - o 14012.040: Successfully send an assignment file with rejected loans (corrections)
  - o 14012.050: Successfully receive recall files

- **14013.000: The contractor shall complete all reconciliations required for defaulted and recalled loans.**
  - o 14013.010: See the "Financial Reports and Reconciliation" requirements section for details.

- **14014.000: The contractor shall send financial information to FMS as required for loan transfers/assignments to/from Debt Collections.**

- o 14014.010: See the "Financial Activity and Transactions" and "FMS Interface" requirement sections for details.

- **14015.000: The contractor shall send borrower/loan information to NSLDS as required for loan transfers/assignments to/from Debt Collections.**
  - o 14015.010: See the "NSLDS Interface" requirement section for details.

- **14016.000: At the request of FSA, the contractor shall hold loans from being sent to DMCS until FSA provides the approval for the contractor to send the loans.**

  - o 14016.010: The contractor shall continue to accept and respond to borrower inquires on loans > 270 calendar days delinquent.
  - o 14016.020: The contractor shall not process any deferments or forbearances received after the loan was 360 calendar days or more delinquent unless that deferment or forbearance application did not get applied previously due to servicer error.
  - o 14016.030: Payments received after the loan was 360 calendar days or more delinquent shall be applied to the borrower's loans but shall not result in a reduction of the delinquency.
  - o 14016.040: If the loan(s) is in the process of transferring to DMCS, and the payment cannot be applied at the receiving servicer, the payment must be forwarded to DMCS within 10 business days.  A full payoff of the loan shall reduce the loan balance but shall not move the loan out of default.

- **14017.000: The contractor shall accept and store a value of "Y" or "E" in the "Rehabilitation Indicator" field on the EA27 file (position 145 on Record Type '05').**

  - o 14017.010: If the loan was transferred to the contractor from DMCS as a rehabilitation and the loan later redefaults, the contractor shall populate the "Rehabilitation Indicator" field on the DMCS assignment file (position 1429) with a value of "Y" or "E". 14017.020: If the loan was not transferred to the contractor from DMCS as a rehabilitation, the contractor shall populate the "Rehabilitation Indicator" field on any subsequent transfers (either to DMCS or to another contractor) with the value that had been received on the incoming EA27 file for the loan.
  - o 14017.030: If the loan was transferred to the contractor from DMCS as a rehabilitation, the contractor's solution will ensure if the borrower had previously been on an IDR plan that all counters are updated on the "new" loan.

- **14018.000: If the loan cannot be assigned to DMCS after the borrower has reached 361 calendar days delinquent, the contractor shall notify FSA in a monthly report.**

  - o 14018.010: The monthly report will indicate the Borrower's Name, SSN, Award ID, Date of default (the date the loan became 361 calendar days delinquent) and the reason the loan was not accepted at DMCS.

- **14019.000: If the contractor receives a consolidation request for a loan that was unable to be assigned to DMCS due to issues at DMCS that are preventing the transfer (for example, DMCS rejecting records incorrectly), the contractor shall consolidate the borrower's loan only into a Forced IDR plan.  See Requirement "15014" for more information.**

  - o 14019.010: The contractor shall notify the borrower that all their loans being consolidated MUST be placed on Forced IDR to be considered for consolidation.

- **14020.000: The contractor shall accept rehabilitated loans from DMCS.**

- 14020.010: The contractor shall receive DL, FFEL, and FISL Rehabilitated loans form DMCS via SAIG using the EA27 file layout.

- **14021.000: Upon receipt of a rehabilitated loan, the contractor shall send a welcome letter to the borrower and request that the borrower choose a repayment plan.**

- **14022.000: Upon receipt of a rehabilitated loan, the contractor shall initially place the borrower on the alternative repayment plan for the first 90 calendar days after transfer (if possible, for the loan type) and shall set the borrower's payment amount as the amount received on the transfer file from DMCS.**

  - 14022.010: If the rehabilitated loan is not eligible for the alternative repayment plan, the contractor shall place the borrower on the payment plan that results in a monthly payment amount that is closest to what the borrower was paying DMCS as reflected on the EA27 transfer file.

- **14023.000: The contractor shall review NSLDS for deferment and forbearance history upon receipt of a rehabilitated loan from DMCS.**

  - 14023.010: The contractor shall update the history on their system with the deferment and forbearance history identified on NSLDS.

- **14024.000: The contractor shall place the borrower in the payment plan the borrower chooses and qualifies for following the 5000 series requirements.**

  - 14024.010: The contractor shall place the borrower on a standard payment plan if the borrower does not choose, or fails to complete their application for, a payment plan within 90 calendar days of the rehab transfer.

- **14025.000: [DELETED]**

- **14026.000: [DELETED]**

- **14027.000: The contractor shall process Rehab Reversals from the debt collection staff, via email (see attachment "14027 Rehab Reversal Template.xls").**

  - 14027.010: Upon receipt of the rehab reversal/cancellation email request from FSA with post-transfer adjustment spreadsheet; the contractor shall take the following actions within two business days:
    - 14027.011: The contractor shall ensure the borrower account is notated with the reason for the adjustment processed.
    - The contractor shall reverse all activity posted to the rehab loans requested for reversal/cancellation (e.g., interest accruals, interest capitalizations, borrower account adjustments, borrower payment applications, etc.).
    - 14027.012: For any voluntary payments the borrower has made on the rehabbed loans:
      - The contractor shall refund payments to the borrower for loans that were compromised while at DMCS.
      - The contractor shall transfer payments via Intra-Governmental Payment and Collection (IPAC) system to the current loan holder for loans that were rehabilitated or consolidated.
  - 14027.020: The contractor shall reverse the transfer-in transaction on their servicing system.
  - 14027.030: The contractor shall update the borrower's credit bureau report to accurately reflect the reversal/cancellation of the rehabilitated loan (i.e., remove any trade line for

credit reporting associated with this error rehab, adjust the information to be exclusive of the error rehab loan).

- o 14027.040: The contractor shall update NSLDS reporting.
- o 14027.050: The contractor shall send FSA an email confirmation of rehab reversal/cancellation (i.e., reply to initial email request received from FSA).
- o 14027.060: Note: All transactions processed to the servicing system must be reported to FMS. Servicer should send any questions regarding the appropriate FMS general ledger (gl) transactions required to be processed to comply with this CR; to the Servicer Financial Guidance mailbox (servicerfinancialguidance@ed.gov). The attached spreadsheet, 14027 A2 - DMCS Rehab Loan on Error – Accounting Example provides an example scenario with accounting guidance.

- **14028.000: The contractor shall send a monthly request to move accounts in a close status at DMCS to an Active status.**

  - o 14028.010: The requests shall be sent to the DMCS HELP DESK during the 3rd week of the month, DMCS will then activate the accounts the following month.

- **14029.000: The contractor shall support the Fresh Start Plus Program for the period instructed by FSA.**
  - o 14029.010 The offeror shall receive Fresh Start Plus borrower transfers in the same manner as a rehabilitation transfer.
    - ▪ 14029.011: All offerors shall receive an EA27 file from DMCS.
  - o 14029.020: All offerors shall receive from DMCS a new supplemental file that contains the following fields for the detail records, as well as a header and trailer record. (See 14029.020_Fresh Start Supplemental File for the file layout and acceptable field values). This same file shall be used for all future offeror to offeror transfers as well – see requirement 14070.000.
    - ▪ 14029.0201: Suppress Credit Reporting (this value must be maintained for the remaining life of the loan)
    - ▪ 14029.0202: Date of First Delinquency (this date must be maintained for the remaining life of the loan)
    - ▪ 14029.0203: Borrower Defense Hold
    - ▪ 14029.0204: Bankruptcy Chapter
    - ▪ 14029.0205: Interested in IDR
    - ▪ 14029.0206: IDR Family Size (same as IDR form question 5)
    - ▪ 14029.0207 IDR Borrower Adjusted Gross Income
    - ▪ 14029.02071: If income is above $999,999 DMCS will use $999,999
    - ▪ 14029.0208: IDR Filing Status
    - ▪ 14029.0209: IDR Spouse Adjusted Gross Income
      - ▪ 14029.02901; If income is above $999,999 DMCS will use $999,999
    - ▪ 14029.0210: IDR Number of Dependents (same as IDR form question 6
    - ▪ 14029.0220: Special Program Flag
      - ▪ 14029.0221: Fresh Start Plus (from DMCS) = FSPD
      - ▪ 14029.0222: This is the only type that will be received as part of this CR, initially.
    - ▪ 14029.0230: Fresh Start Plus (from GA) = FSPG
      - ▪ 14029.0231: These loans will be sent to Nelnet under a separate CR, initially.
    - ▪ 14029.0240: Fresh Start (from GA) = FSGA
      - ▪ 14029.0241: These loans could be sent directly from a GA to TPD, initially.
    - ▪ 14029.0250: Fresh Start – DMCS = FSDM
      - ▪ 14029.0251: These loans are held by DMCS at the time of Fresh Start implementation, initially.

- 14029.0260: SMA from GA = SMAG
  - 14029.0261: These are special mandatory assignment loans from GAs that currently are only sent to Nelnet, initially. No special handing required if later transferred to other servicers.
- 14029.0270:.6 Any other loan = NNNN
- 14029.0280: Social Security Number = Borrower SSN
- 14029.0290: TCPA consent = Y or N
  - 14029.030: FSA shall provide the new SAIG message class for the supplemental file once available for use in receiving files from DMCS.  Servicers may use existing file transfer protocols for sending the supplemental file to other parties.
  - 14029.040: Servicers accept the Special Program Flag values as received from DMCS and shall identify these loans on the system of record in a manner that allows for segmented reporting using the Special Program Flag. Some reporting is defined in this CR. There may be future CRs for additional reporting needs, including NSLDS.
  - 14029.050: DMCS to assign Special Program Flag value of FSDM for loans with re-opened balances, reinstated by TPD or returned by DOJ during the Fresh Start period.
  - 14029.060: DMCS to assign Special Program Flag value of NNNN for ineligible loans (see CR 6288 for ineligible loan definitions).
  - 14029.070: DMCS shall attempt to gather TCPA consent at the time a borrower elects to be transferred to a non-default servicer and pass whether or not consent is given in the supplemental file.


- **14030.000: Fresh Start Plus Credit reporting reference section 300029.000 for Fresh Start Credit Reporting.**

- **14040.000: The Offeror shall support the Fresh Start Program Bankruptcy.**
  - 14040.010:  the Bankruptcy Chapter field from the supplemental file = 07, 11, 12, or 13, the servicer shall follow regular bankruptcy rules for that loan, including updating the Proof of Claim so that trustee payments are sent to the servicer (when applicable).

- **14050.000: Borrower Defense**
  - 14050.010: If the Borrower Defense Hold field from the supplemental file = Y, DMCS was notified to place a collection hold/suspension on the loan due to Borrower Defense. The servicer shall place a borrower defense forbearance on the account and follow all other Borrower Defense requirements.

- **14060.000: Interest in Income-Driven Repayment (IDR)**
  - 14060.010: If the Interested in IDR Indicator field from the supplemental file = Y, the borrower expressed interest in enrolling in an IDR repayment plan as part of the request to be transferred to a non-default servicer. DMCS will provide as much IDR data as the borrower provides to assist the non-default servicer in setting up the IDR plan.
    - 14060.011: If all required self-certified IDR data is available in the supplemental file, the servicer shall add the loan to the IDR plan with the lowest payment amount once released to the system. The servicer shall evaluate the available data to determine which elements are required for each loan.
  - 14060.020: If any required self-certified IDR data is missing in the supplemental file, the servicer shall set up the loan(s) on the standard plan and then the servicer shall perform outreach to the borrower to gather the missing data. The outreach shall include a notice with information about IDR and how to apply online or how to provide the missing elements. This notice shall be sent based on the borrower's current communications preference 7 days after release to the system.
  - 14060.030: If borrower doesn't respond with a new IDR application or by providing the missing data within 15 days of the notice being sent, the servicer shall have 15 days to make two phone attempts to contact the borrower to obtain the missing data (as allowed

by state law). If the borrower is reached on the first attempt, a second attempt is not necessary. The notice and any required phone attempts shall be documented in the borrower's activity history in the system of record.  Note: Servicers are expected to use the TCPA consent provided in the supplemental file to use autodialer functionality where appropriate.

- o 14060.040: If there is conflicting information in the supplemental file (e.g., family size and number of dependents do not align) after applying the IDR plan, the servicer shall send a notice to the borrower requesting updated information if the borrower believes the monthly payment amount is not accurate.

- **14070.000: Loan Transfer Requirements**
  - o 14070.010: Servicers shall provide the new supplemental transfer file for all transfers going forward (including PSLF and TPD) that includes the following data.  Servicers will send files to TPD, but TPD will not send files to servicers.
    - ▪ 14070.011: Suppress Credit Reporting (This field does not change for the remaining life of the loan)
    - ▪ 14070.012: For Fresh Start and Fresh Start Plus loans = same value received from DMCS or previous servicer
    - ▪ 14070.013: For any other loan = N
  - o 14070.020: Date of First Delinquency (This date does not change for the remaining life of the loan)
    - ▪ 14070.021: For Fresh Start and Fresh Start Plus loans = same date received from DMCS or previous servicer
    - ▪ 14070.022: For any other loan = blank
  - o 14070.030: Borrower Defense Hold
  - o 14070.040: Bankruptcy Chapter
  - o 14070.050: Interested in IDR (only used in initial file, blank for future transfers)
  - o 14070.060: IDR Family Size (same as IDR form question 5) (only used in initial file, blank for future transfers)
  - o 14070.070:  IDR Borrower Adjusted Gross Income (only used in initial file, blank for future transfers)
  - o 14070.080:  IDR Filing Status (only used in initial file, blank for future transfers)
  - o 14070.090: IDR Spouse Adjusted Gross Income (only used in initial file, blank for future transfers)
  - o 14070.100: IDR Number of Dependents (same as IDR form question 6)
  - o 14070.110: Special Program Flag
    - ▪ 14070.111: Fresh Start Plus (from DMCS) = FSPD
    - ▪ 14070.112: Fresh Start Plus (from GA) = FSPG
    - ▪ 14070.113: Fresh Start from GA = FSGA
    - ▪ 14070.114: Fresh Start DMCS = FSDM
    - ▪ 14070.115: SMA from GA = SMAG
    - ▪ 14070.116: Any other loan = NNNN
  - o 14070.120: Borrower SSN
  - o 14070.130: TCPA consent (only to be used on initial file from DMCS; blank for all subsequent transfers since there are other mechanisms to provide this data)
  - o 14070.200: If the loan is FSPD or FSPG or FSGA the receiving servicer shall record the Suppress Credit Reporting and Date of First Delinquency values and adhere to the requirements in 2.0 for that data.
  - o 14070.300: The receiving servicer shall accept the Special Program Flag values as received in the supplemental files and shall populate and pass in supplemental files going forward and use it for reporting as required.
    - ▪ 14070.310: This includes for loans previously held by current servicer when no Special Program Flags were applicable and when prior Special Loan Program Flag values have changed (only applicable for FSDM updated to FSPD and NNNN updated to FSDM).

- 14070.400: If any loan is sent to DMCS via an assignment file, the new supplemental file shall not be sent to DMCS. TPD reinstatements to DMCS sent via EA27 will NOT require the supplemental file to be sent.

- **14080.000: Welcome Notices**
  - 14080.010: For Fresh Start Plus borrowers received from DMCS a modified welcome notice shall be sent that outlines the Fresh Start Plus benefits and includes information about IDR eligibility and plans. FSA will provide the required language.
  - 14080.020: A separate welcome notice will be provided for borrowers in a bankruptcy status to ensure compliance with bankruptcy rules.

- **14090.000: Fresh Start Reporting**
  **NOTE:** See Attach_14090.000_Fresh Start Plus Reporting
  - 14090.010: General reporting requirements
    - 14090.011: Reports shall be emailed to TivasReports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov mailboxes.
  - 14090.020: Definitions, data types and formatting shall be adhered to without modification as defined in the templates.
  - 14090.030: All fields with repetitive data, such as the vendor NSLDS GA code shall be filled in for each line.
  - 14090.040: The servicer shall email POCs separately from the report submission with important notes or comments regarding the report. FSA will be automating receipt of the reports and will not be manually reading the emails or notes within the report.
  - 14090.050: Reporting requirements do not apply to DMCS.
  - 14090.200: Fresh Start Plus Weekly Report
    - 14090.210: Servicers shall use the attached reporting template, "Weekly Summary" tab.
    - 14090.220: Report shall be delivered to FSA by COB Monday for the previous week. If Monday is a federal holiday, the report shall be delivered the following business day.
    - 14090.230: The report submission email shall be titled "Fresh Start Plus Weekly Report [NSLDS GA CODE] - [CCYYMMDD]", where NSLDS GA code is the 3-digit NSLDS assigned GA code used to identify the servicer and CCYYMMDD is the 4-digit year, 2-digit month, and 2-digit day.
    - 14090.240: The file shall be named "CR6312 [NSLDS GA CODE] FSP Weekly [CCYYMMDD]", where NSLDS GA code is the 3-digit NSLDS assigned GA code used to identify the servicer and CCYYMMDD is the 4-digit year, 2-digit month, and 2-digit day.
    - 14090.250: Reports shall not be password protected.
  - 14090.300: Fresh Start Plus Monthly Loan Detail Report and Monthly Borrower Detail Report
    - 14090.310: Servicers shall use the attached reporting templates, "Monthly Loan Detail" and "Monthly Borrower Detail" tabs.
    - 14090.320: Report shall be delivered to FSA by the 10th calendar day of each month for the previous month. If the 10th is a federal holiday, the report shall be delivered the following business day.
    - 14090.330: The report submission emails shall be titled "[NSLDS GA CODE] Fresh Start Plus Loan Detail Report [CCYYMMDD]" and "[NSLDS GA CODE] Fresh Start Plus Borrower Detail Report [CCYYMMDD]" where NSLDS GA code is the 3-digit NSLDS assigned GA code used to identify the servicer and CCYYMMDD is the 4-digit year, 2-digit month, and 2- digit day.
    - 14090.340: The files shall be named "CR6312 [NSLDS GA CODE] FSP Loan Detail [CCYYMMDD]" and "CR6312 [NSLDS GA CODE] FSP Borrower Detail [CCYYMMDD]", where NSLDS GA code is the 3-digit NSLDS assigned GA code used to identify the servicer and CCYYMMDD is the 4-digit year, 2-digit month, and 2-digit day.

- ▪ 14090.350: Report shall be encrypted with the current monthly SEAD password.
- o 14090.400: The servicer shall include loan transfers within the weekly Account Setup report and submit per the requirements for that report.
  - ▪ 14090.410: Servicers that do not currently submit this report shall start submitting this report with Fresh Start Plus data. (This does not apply to Perkins/ECSI.)
  - ▪ 14090.420: The "Transfer Reason" within the "Account Setup report" shall be "Fresh Start Plus" and the "Transfer ID" shall be the load date in the format [CCYYMMDD].

- o **14100.000: Restitution Loans**
  - ▪ 14100.010: The servicer is not permitted to engage in collection efforts on restitution loans. Restitution loans arise from fraud, where the responsible party (perpetrator) will make restitution via a court-ordered settlement.
  - ▪ 14100.020: The servicer shall assign the restitution loan directly to DMCS using the perpetrator's identifiers (SSN, name, and address).
  - ▪ 14100.030: In the FMS Reporting, the servicer shall report the transaction as "TRSVOS" = transfer.
  - ▪ 14100.040: The servicer shall assign the restitution loan to DMCS using the DMCS assignment file. See attachment "14000 DL_FFEL DMCS File Exchange v4."
  - ▪ 14100.050: The servicer shall identify restitution loans on the DMCS assignment file by populating the Ineligible Borrower Indicator field (position 1428) with a value of "F."

### *Section 15000: Consolidation Origination*

**Note: The 15000 Consolidation Origination requirements series of the Business Operations Servicing requirements contained within this document have been updated in conjunction with the Consolidation Origination (CLIN 11) task order competition under the USDS contract.**

Within these requirements the following definitions apply:

- **Consolidation Originator** = The USDS contractor selected for performing the Consolidation Origination task order including application receipt and processing; initiating the LVC process; initiating loan payoffs; disbursing the Direct Consolidation Loan; transferring the completed loan to the selected USDS Servicer; and performing adjustment processing. The Consolidation Originator requirements described in this section shall be performed by a single vendor.

- **USDS Servicer** = The contractor receiving the transfer of the newly originated and disbursed Direct Consolidation Loan and who will service the loan.  This servicer will be selected based on the borrower's choice when they complete the consolidation application on SA.gov or via paper application.  The USDS Servicer may or may not be the same as the Consolidation Originator.

- **Underlying Loan Servicer (or Loan Holder)** = The loan servicer currently servicing the underlying loan(s) included in the consolidation application that will be receiving and responding to the LVC and payoff request from the Consolidation Originator.


- **15000.000: The Consolidation Originator and USDS Servicer shall provide the borrower the option to complete a consolidation application.**
    - 15000.010: The Consolidation Originator and USDS Servicer shall use the below URL/Hyperlink to refer the borrower to StudentAid.gov to complete the electronic Consolidation Application to submit via website or print and mail. https://studentaid.gov/app/launchConsolidation.action
    - 15000.020: [DELETED]
        - 15000.021: [DELETED]
    - 15000.030: [DELETED]
        - 15000.031: [DELETED]
        - 15000.032: The Consolidation Originator shall accept verbal updates from a borrower to add a loan to the consolidation as long as it was listed on the Loan Summary sheet, the borrower does NOT need to complete the Add on form.
    - 15000.040: The Consolidation Originator shall accept incoming loan consolidation applications and promissory note information from StudentAid.gov via SAIG. See requirement "16000 Common Application Interface."
    - 15000.050: The Consolidation Originator shall accept paper loan consolidation applications at the Consolidation Originator's correspondence address.
    - 15000.060: The Consolidation Originator shall receive, process, and image incoming Loan Consolidation (LC) paper documents including LC applications, LC promissory notes, LC Additional Loan Listings, Repayment Plan Selection form and Alternate Documentation of Income Form (ADOI).
    - 15000.070: The Consolidation Originator shall provide a mechanism for differentiating which servicer the borrower has selected. One possible mechanism is to support separate PO Boxes for each USDS Servicer. If this mechanism is used, the Consolidation Originator shall provide the PO Boxes to be displayed on the StudentAid.gov website.

- **15001.000: The Consolidation Originator shall validate electronic loan consolidation applications received from the borrower are complete.**

- o  15001.010: The Consolidation Originator shall confirm loans included on the consolidation application are eligible for consolidation.
- o  15001.020: The Consolidation Originator shall contact the borrower(s) or loan holders listed on the consolidation application as needed to resolve eligibility issues and loan holder identities.
- o  15001.030: The Consolidation Originator shall resolve any questions about information on the consolidation loan application that would inhibit funding and booking.
- o  15001.040: The Consolidation Originator shall add/remove underlying loans (as appropriate) as a result of borrower(s) errors during the application process.

- **15002.000: The Consolidation Originator shall validate paper consolidation applications received from the borrower are complete.**
  - o  15002.010: The Consolidation Originator shall validate that the borrower has submitted a valid OMB approved form. If the form is not valid, the Consolidation Originator shall reject the application unless otherwise approved by FSA to use the expired OMB form.
  - o  15002.020: The Consolidation Originator shall validate that the borrower section is complete and accurate by validating the borrower's SSN with data within their system or NSLDS. If the SSN is not found or does not match the borrower's name and/or date of birth, the Consolidation Originator shall reject the application.
  - o  15002.030: The Consolidation Originator shall validate the remaining fields in the borrower section are complete. If any demographic data are missing, the Consolidation Originator shall contact the borrower to obtain the missing information. Contact can be made by phone, mail, email, or borrower web portal.
    - ▪  15002.031: The Consolidation Originator shall re-image the application after obtaining the missing demographic data.
    --For information received verbally on an application, the Consolidation Originator shall include an annotation on the system and create a comment showing the date/time received and the information provided and scan/add the document to the borrower's imaging record.
    - ▪  15002.032: The Consolidation Originator shall make three attempts to obtain the missing information.
    --First attempt can be made by phone, email, or postal mail within 24 hours of application review.
    --Second attempt can be made by phone, email, or postal mail within 10 business days if no response received from the first attempt
    --Third attempt shall be sent via postal mail within 10 business days if no response received from the second attempt.
    - ▪  15002.033: The Consolidation Originator shall cancel the consolidation application 10 business days after the 3rd attempt to obtain the missing information if no contact is made.
  - o  15002.040: The Consolidation Originator shall validate the reference section is complete.
    --The references must have two different U.S. Addresses that do not have the same address as the borrower. If not, the contractor must attempt to contact the borrower to correct the data using the same process as 15002.032.  If unsuccessful, the application shall be rejected.
  - o  15002.050: The Consolidation Originator shall validate that the borrower completes the 'Loans you want to consolidate' and 'Loans you don't want to consolidate' sections.
  - o  15002.060: The Consolidation Originator shall validate that all pages of the application are submitted.
  - o  15002.070: The Consolidation Originator shall send reject notifications to the borrower detailing the reason of the reject.
  - o  15002.080: The Consolidation Originator shall validate that the application is signed and dated. The signed date must be <= 180 calendar days from receipt date.
  - o  15002.090: The Consolidation Originator shall complete the validation of all paper applications received within 10 business days.

- **15003.000: The Consolidation Originator shall determine if the borrower and loan(s) are eligible for consolidation.**

  - 15003.010: To receive a Direct Consolidation loan, the borrower must have at least one of the eligible loans below.
  - 15003.020: The following is a list of eligible loans:
    --Unsubsidized, Nonsubsidized, and Subsidized Federal Stafford Loans
    --Direct Unsubsidized or Subsidized Loans
    --Guaranteed Student Loans (GSL)
    --Federal Insured Student Loans (FISL)
    --Direct Unsubsidized and Subsidized Consolidation Loans
    --Unsubsidized, Nonsubsidized, and Subsidized Federal Consolidation Loans
    --Federal Perkins Loans
    --Federal Supplemental Loans for Students (SLS)
    --Direct PLUS Loans for Graduate/Professional Students
    --National Direct Student Loans (NDSL)
    --National Defense Student Loans
    --Auxiliary Loans to Assist Students (ALAS)
    --Health Professions Student Loans (HPSL)
    --Health Education Assistance Loans (HEAL)
    --Federal PLUS Loans for Graduate Professional Students
    --Federal PLUS Loans for Parents
    --Direct PLUS Loans for Parents
    --Direct PLUS Consolidation Loans
    --Nursing Student Loans (NSL)
    --Loans for Disadvantaged Students (LDS)
    --Direct Subsidized Loans (Subsidy lost eligible)
    --Direct Subsidized Consolidation Loans (Subsidy lost eligible)
    --Special Direct Loan Consolidation (SDLC)

    ***Privately originated alternative education loans are NOT eligible.
    *** Direct and FFEL Joint Consolidation Loans are NOT eligible.
  - 15003.030: The Consolidation Originator shall allow the borrower to consolidate defaulted loans by agreeing to repay the consolidation loan under a "Forced" Income-Driven (ICR, IBR, PAYE, SAVE) repayment plan.
  - 15003.040: Forced repayment is subject to the same requirements as non-forced income-driven repayment plans unless otherwise noted in the repayment requirements (5000).
  - 15003.050: Partially disbursed loans that are in repayment status are eligible for consolidation. Borrowers cannot consolidate while in school.
  - 15003.060: If a loan is more than 360 calendar days delinquent, and DMCS is unable to accept the transfer, the loan may be consolidated but MUST be placed on Forced IDR.
    - 15003.061: The Consolidation Originator shall create and send a spreadsheet to FSA on a weekly basis that identifies these loans and the Underlying Loan Servicer. FSA will provide approval to the Underlying Loan Servicer to apply an administrative forbearance to reduce delinquency to 210 calendar days delinquent to allow the consolidation to occur. This work around process is only if there are system issues that are preventing the DMCS servicer from accepting the loan.
  - 15003.070: If Perkins loans are consolidated, they lose their Post Deferment grace period and Deferment Subsidy.
  - 15003.080: If the borrower indicates that they would like the loans in bankruptcy status included, the Consolidation Originator will include the loans and reach out to the borrower to ensure the borrower understands the consequences of consolidating the loans. Consolidating the loans will create post-petition debt which would be outside the bankruptcy. The Consolidation Originator may provide this information on the loan summary statement.

- o  15003.090: When consolidating a Special Direct Consolidation loan all loans from the Special Direct Consolidation loan MUST be included.
  - ▪  15003.091: The special consolidation program assigned multiple loan ID's to each consolidation. Example: the borrower had 8 underlying loans (4 subsidized and 4 unsubsidized), the special consolidation loan also contains 8 loan ID's. The special consolidation loan ID's will contain a "C" in the 10th character of the loan ID.

- **15004.000: The Consolidation Originator shall accept electronic and paper consolidation loan applications where one or more of the underlying loans is indicated as being in its grace period.**
  - o  15004.010: If the borrower has selected to have the consolidation application loan held for a period (up to nine months) to ensure that they do not lose the benefit of their grace periods, then the Consolidation Originator shall hold that application for that period prior to processing.
  - o  15004.020: Prior to processing a grace-held loan consolidation application, the Consolidation Originator shall confirm with the borrower that the consolidation information is still accurate and that the loan is still desired
  - o  15004.030: The Consolidation Originator shall begin processing a grace-held consolidation application at, or no later than, 30 calendar days before the grace end.

- **15005.000: The Consolidation Originator shall establish a web interface for loan holders.**

  **See Attachments:**
  **"15005 Att 5 LHS EVC User Manual"**
  **"15005 Att 6 LHS User Manual"**

  - o  15005.010: Functionality to be included in the website shall include such items as the ability to provide LVC requests to loan holders, to receive completed LVCs from loan holders, to provide payoff manifests to loan holders, to receive adjusted manifests back from loan holders, to receive information about over and underpayments from loans holders, etc.
  - o  15005.020: The Consolidation Originator shall provide responsive customer service to loan holders.
  - o  15005.030: The Consolidation Originator shall establish a dedicated email address for loan holders to send inquiries to.
  - o  15005.040: The Consolidation Originator shall ensure all documents on the Consolidation Originator's web portal are Section 508 compliant.
  - o  15005.050: For loan holders unable to use the web interface, the Consolidation Originator shall establish delivery method preferences for LVC's, and payoff manifests, as well as the process for under/over payments.

- **15006.000: The Consolidation Originator shall identify underlying loans that are ready to be paid off and consolidated.**
  - o  15006.010: Underlying loans will be selected to be paid off if the underlying loan has not been previously funded.
  - o  15006.020: Underlying loans excluded from consolidation will not be selected to be paid off.
  - o  15006.030: [DELETED]
  - o  15006.040: The Consolidation Originator shall validate that if the borrower is re-consolidating a consolidation loan that the entire loan (Subsidized and Unsubsidized portions) is included.

- **15007.000: The Consolidation Originator shall calculate the payoff amounts for underlying loans.**
  - o  15007.010: The Consolidation Originator shall use the pay-off amounts certified by loan

holders to determine final loan pay-off amounts.
- o 15007.020: The Consolidation Originator shall contact loan holders for loan pay-off amounts when questions exist about pay-off amounts on LVCs or eLVCs or if LVCs/eLVCs are not returned within 10 business days of request.
  - ▪ 15007.021: The Consolidation Originator may contact the loan holders via email, phone, or mail.
  - ▪ 15007.022: If the loan holder does not respond within 10 business days of the request, the Consolidation Originator may use outstanding principal and interest amounts found in NSLDS for pay-off calculations when LVCs or eLVCs are not returned within 10 business days of request and loan holders cannot be contacted.
- o 15007.030: The total interest amount included in the loan payoff is the sum of the certified interest through the certification date and the additional interest accrued between the certification date and the payoff date.
- o 15007.040: Collection costs included in the underlying loan payoff are allowed only on defaulted loans certified by eligible loan holders.
- o 15007.050: The collection cost percentage used to calculate collection costs included in the underlying loan payoff equals certified collection costs divided by the sum of the certified principal and interest.
  - ▪ 15007.051: Private lenders are eligible for collection costs only for defaulted Perkins and health professions loans.
  - ▪ 15007.052: The collection cost percentage for Perkins and health professions loans cannot exceed 100 percent.
  - ▪ 15007.053: No collection costs will be allowed if collection cost is certified by a private loan holder for a FFEL loan.
  - ▪ 15007.054: The collection cost percentage for FFEL or Direct Loans certified by GAs or DMCS cannot exceed 18.5 percent.
  - ▪ 15007.055: Collection costs included in the underlying loan are calculated by multiplying the collection cost percentage by the sum of the certified principal, validated interest, and additional interest accrued through payoff.
  - ▪ 15007.056:  The Consolidation Originator shall have edits to prevent negative collection costs.
- o 15007.060:  Loan holders other than GAs are eligible to be paid certified late fees when the underlying loans are paid off.
- o 15007.070: The payoff amount for each underlying loan is a sum of the principal amount certified, the interest accrued through the payoff date, eligible collection costs, and eligible late fee charges.
- o 15007.080: Underlying loan payoffs included in a Treasury returned payment will be recalculated based on the new payoff date. (e.g., loan payoff sent to Treasury and returned as undeliverable would have to be resent with a new pay-off date and newly calculated pay-off amount).
- o 15007.090: The amount of interest that accrues daily is calculated by multiplying the certified principal by the daily interest rate factor (interest per diem). The daily interest rate factor is the validated annual interest rate for each underlying loan divided by 365.25 days. The Consolidation Originator shall calculate daily interest out to 5 decimal places and truncate. See Requirement: "26004.020."
- o 15007.100: The additional interest to be added to the certified interest is calculated by multiplying the number of days from the underlying loan's certification date through the payoff date by the interest per diem.

- **15008.000: The Consolidation Originator shall calculate the weighted average interest rate for underlying loans as the interest rate for the consolidation loan.**

  - o 15008.010: The consolidation loan interest rate is comprised of the weighted average interest rate of all underlying loans included in the consolidation.
  - o 15008.020: The Consolidation Originator shall maintain all history/adjustments for the

underlying loans (i.e., overpayments, underpayments, add-ons, or changes) to use in the calculation of the weighted average interest rate.

- o 15008.030: The Consolidation Originator shall use the pay-off amount and interest rate provided by the loan holder(s) to calculate the weighted average interest rate.
- o 15008.040: The Consolidation Originator shall contact the loan holders to determine the pay-off amount and interest rate to use in calculating the weighted average interest rate when LVCs/eLVCs are not returned within 10 business days. If the loan holder cannot be contacted and the current interest rate is not available in NSLDS, the Consolidation Originator shall use the statutory interest rate in effect on the date of the first disbursement to calculate the weighted average interest rate.
- o 15008.050: The weighted average interest rate is the sum of each included loan's payoff amount multiplied by its certified interest rate, divided by the sum of the participating loan's payoff amounts (that is, loan payoff amount times certified interest rate divided by total sum of all loan payoff amounts).
- o 15008.060: The weighted average interest rate is rounded up to a multiple of 0.125 percent if the weighted average interest rate is not already a multiple of 0.125 percent when it is initially calculated.
- o 15008.070: The weighted average interest rate for Direct Consolidation loans made on or prior to 6/30/2013 is capped at 8.25%.
- o 15008.080: The Consolidation Originator shall recalculate and adjust the weighted average interest rate for the consolidation loan for any adjustments to underlying loans that affect the original interest calculation including the addition of any loans to the consolidation within the 180-day period to add, removal of any underlying loans after original calculation, or any changes to pay-off amounts as a result of overpayments or underpayments.

- **15009.000: The Consolidation Originator shall provide customer service for any borrowers who have applied for consolidation.**

  - o 15009.010: The Consolidation Originator shall respond to borrower inquiries.
  - o 15009.020: The Consolidation Originator shall assist borrowers in making changes to their application.
  - o 15009.030: The Consolidation Originator shall provide the Federal Direct Consolidation Loan Request to Add loans form with instructions on its completion upon borrower request.
  - o 15009.040: The Consolidation Originator shall cancel applications upon borrower's request if the application has not passed the Loan Summary Statement review deadline.

- **15010.000: Upon completion of the Loan Verification process and prior to funding the consolidation loan, consolidator shall send a Loan Summary Statement with cover letter and instructions to the borrower detailing the loans to be consolidated and giving the borrower 10 business days to respond with any changes or concerns prior to the consolidation loan being booked.**

  - o 15010.010: The Loan Summary Statement shall contain the data elements shown on the attached sample of the current loan summary statement (see attachment: "15010 Att 14 LSS_sample"). See Loan Summary Statement Sample forms contained in the financial requirements.
    - ▪ 15010.011: The Loan Summary Statement shall display the date by which the borrower must respond.
  - o 15010.020: The Loan Summary Statement (with cover letter and instructions) may be sent to the borrower through any media acceptable to the borrower (e.g., regular mail, e-mail, etc.) so long as the sending of the statement is trackable.
  - o 15010.030: The borrower may respond to the Loan Summary Statement by phone, mail, email, or web portal as deemed appropriate by the borrower so long as the borrower's response it trackable.

- o 15010.040: If the borrower fails to respond to Loan Summary Statement in the time specified, the consolidator shall notate the non-response by the borrower and proceed with funding of the consolidation loan.
- o 15010.050: The Loan Summary Statement is required for the initial booking of the consolidation loan and is also required, per policy guidance, for any loans added through the 180-day additional loan process.
- o 15010.060: If the Loan Summary lists data for a loan that the borrower indicated he or she didn't want to consolidate and the borrower gets back to the consolidator indicating he or she does want to include it after all, it can be included automatically without having the borrower complete an add on form providing that the change in the borrower's request is documented.
- o 15010.070: If the borrower indicates they no longer want a loan included that was previously listed for inclusion in the consolidation, the consolidating servicer shall remove that loan from the consolidation process providing that the change in the borrower's request is documented.
- o 15010.080: For each consolidation loan summary statement created and mailed to a consolidation loan applicant the Consolidation Originator shall create/store an exact image copy of the loan summary statement sent with the borrower's stored images. If the consolidation originator is not also the servicer of the loan, the image shall be provided to the current servicer when the consolidation loan is booked.
- o 15010.090: For each consolidation borrower disclosure statement created and mailed to a consolidation loan borrower as part of the initial consolidation disclosure, or any adjustments/additions to the consolidation loan, and mailed to a consolidation loan borrower the Consolidation Originator shall create/store an exact image copy of the disclosure statement sent with that borrower's stored images. If the consolidation originator is not also the servicer of the loan, the image shall be provided to the current servicer when the consolidation loan is booked.
- o 15010.100: The Consolidation Originator shall include the consolidation loan summary statement and disclosure images with the borrower's image records any time the borrower images are transferred or moved.
- o 15010.110: For every consolidation loan created since inception of consolidation loan origination, the consolidation originator shall create an exact image copy of the loan summary statement and disclosure statements sent to the borrower and store the image with the borrower's stored images. If the consolidation loan isn't currently serviced by the originator of the consolidation loan these images shall be provided to the current servicer. NOTE: This requirement is intended as a cleanup for any loans created where these images haven't already been created/stored.

- **15011.000: The Consolidation Originator shall book the Direct Consolidation Loan in their servicing system within 30 business days of receipt of the completed borrower-initiated application and all LVCs. If the borrower requests the consolidation application to be held (e.g., held until the end of grace period), the 30-business day clock shall begin once the holding period ends.**
  **See Attachments:**
  **"15011 Att 1 Ongoing Process Flows"**
  **"15011 Att 2 Application Online and Paper Flows"**
  **"15011 Att 12 Loan Consolidation File Layout Description"**
  - o 15011.010: If the borrower chose a USDS Servicer to service their consolidation loan that is not the Consolidation Originator, the Consolidation Originator shall suspend servicing activities (such as welcome letter, payment disclosure and other actions) upon booking the consolidation loan and schedule the loan for transfer to the USDS Servicer chosen by the borrower during the application process. (The servicer choice is included in the common application schema and the paper process will need to include a process for the borrower to choose a servicer, see requirement 15000.070).
    - ▪ 15011.011: The Consolidation Originator shall notify the borrower that the consolidation loan has been completed and is being transferred to the selected

servicer. This notice shall resemble the pre-transfer notification letter in 18008.000.

- o 15011.020: The EA27 and EA80 process shall be used to transfer the consolidation loans. Transfers shall occur weekly and the day for each USDS Servicer will be determined after completion of IST with each servicer. The consolidation loan shall transfer within 7 calendar days of booking or in the next available transfer. This shall be configurable and updated upon notice from FSA.
  - 15011.021: The EA80 shall include all correspondence that the Consolidation Originator received regarding the origination of the loan including but not limited to, email correspondence, paper LC or IDR applications, ADOI documentation, loan summary statements, ADD a loan documents, written correspondence to/from the borrower, etc.
    15011.022: The Consolidation Originator shall create a Consolidation Loan Initial and Supplemental Loan Detail funding report and include it in the EA80 when the loan is transferred. See attachment 15011.022 - Consolidation Initial and Supplemental Loan Detail V1
  - 15011.023: The Consolidation Originator shall forward all consolidation or IDR related correspondence received via the EA80 for 30 days after transfer.
- o 15011.030: The Consolidation Originator shall process all under/over payments and add on loan templates received from the Underlying Loan Servicers and book the resultant disbursements and adjustments to its servicing system. The Consolidation Originator shall then use the LC Post Transfer Template to forward new disbursements and adjustments to FSA.
  See attachment 15011.030 - LC Post Transfer Template
  - 15011.031: The Consolidation Originator shall include in the LC Post Transfer spreadsheet, as a separate tab for each borrower, an updated Consolidation Loan Initial and Supplemental Detailed Funding report containing all under/over payments received and processed on the borrower's consolidation loan.
  - 15011.032: The Consolidation Originator shall send the LC Post transfer template to FSA every two weeks on Friday.
- o 15011.040: The Consolidation Originator shall submit a monthly Consolidation Origination report for each USDS Servicer, including themselves, that contains the following:
  - Federal Servicer Name
  - Federal Servicer ID
  - Number of consolidation applications received
  - Number of consolidation applications incomplete
  - Number of consolidation applications rejected
  - Number of consolidation applications cancelled
  - Number of consolidation applications in process
  - Number of consolidation applications processed and booked
  - Total dollars of consolidation loans booked
  - Total dollars of adjustments booked
  - Total Number of Under/Over Payments in process (WIP)
  - Total Dollar amount of WIP
  - WIP Aging buckets (Number and Dollar amount by date of outstanding WIP)
  See attachment 15011.040 – Consolidation Origination Report (sample)
- o 15011.050: The Consolidation Originator shall submit a Monthly Status Report that contains the status of consolidation origination adjustment, including but not limited to:
  - The dollar amount of adjustments completed within 10 calendar days of receipt
  - The dollar amount of adjustments completed between 11 and 30 calendar days of receipt
  - The dollar amount of adjustments completed in excess of 30 calendar days of receipt
  - The dollar amount of outstanding adjustments exceeding 10 calendar days
  See attachment 15011.050 - Monthly Status Report (sample)

- **15012.000: The USDS Servicer shall apply the borrower's repayment plan choice that was submitted along with the consolidation application.**

  **See Repayment plan requirements 5000.**

  - o 15012.010: [DELETED]

- **15013.000: If the borrower's repayment plan choice is an income-driven (IDR) plan, the USDS servicer shall apply the IDR plan after they receive the consolidation loan transfer from the Consolidation Originator. The USDS servicer shall ensure the chosen plan is in place for the first billing cycle.**

  - o 15013.010: [DELETED]
  - o 15013.020: [DELETED]
  - o 15013.030: [DELETED]
  - o 15013.040: If the borrower requests ICR but does not provide an application for ICR with the application for the consolidation loan, the USDS servicer shall place the consolidation loan on the ICR plan but with Interest-only payments for a period not to exceed 60 calendar days while the USDS servicer awaits and processes the ICR application.
  - o 15013.050: For forced ICR, the loan cannot be originated until the borrower has submitted a valid and complete (i.e., with supporting income documentation) application for ICR and is determined to be eligible.
  - o 15013.060: For optional IBR, PAYE, and SAVE, the USDS servicer shall process the application for IBR, PAYE, and SAVE after they receive the consolidation loan from the Consolidation Originator to ensure the plan is in place for the first billing cycle.
  - o 15013.070: [DELETED]
  - o 15013.080: If the borrower selects a forced IDR plan they do not qualify for, the USDS servicer shall place them on the IDR repayment plan they do qualify for with the lowest monthly payment amount.
  - o 15013.090: [DELETED]
  - o 15013.100: If the borrower requests IBR, PAYE, or SAVE, but does not provide an application for the consolidation loan application, the USDS servicer shall place the loan on the standard repayment plan with a not-to-exceed 60 calendar day administrative forbearance so that the USDS servicer can await and process the IDR application.
  - o 15013.110: For forced IBR, PAYE, and SAVE, the loan cannot be originated until the borrower has submitted a valid and complete (i.e., with supporting income documentation) application for IDR and is determined to be eligible for IDR.
    - ▪ 15013.111: For forced IDR/ICR loans, if any necessary documentation is missing or incomplete, the Consolidation Originator shall send the borrower a notification and give them 15 business days to submit the required documentation.
    - ▪ 15013.112: If after 15 business days the required documentation is not submitted, any defaulted loans will be marked ineligible and any non-defaulted loans can move forward in the consolidation process. If the result is that all loans are ineligible the application is cancelled.
    - ▪ 15013.113: If the documentation is provided prior to the application being funded or reaching the Loan Summary Statement then it is processed, and the loans move forward.
    - ▪ 15013.114: If the documentation is provided after the application has reached the Loan Summary Statement or funding has occurred, then the Consolidation Originator shall notify the borrower and inform them of the Add On process.
    - ▪ 15013.115: If the documentation is provided after the application is cancelled, the Consolidation Originator shall reinstate the application and process the documentation and the consolidation.
  - o 15013.120 For forced IBR, PAYE, and SAVE, if the borrower is determined to be

ineligible, then the borrower cannot get the consolidation loan unless the borrower instead chooses forced ICR.

- **15014.000: The Consolidation Originator shall establish a new Direct Consolidation Loan when an applicant's underlying loans included in the consolidation are paid off.**

  - 15014.010: A new Direct Consolidation Loan shall be established when underlying loans associated with a primary application are paid off.
  - 15014.020: When calculating the borrower's total indebtedness, for the purpose of determining the length of the Standard or Graduated Repayment Plan term, the Direct Consolidation Loan amount is the total amount of the certified loans that are included in the Direct Consolidation Loan.
    See FMS Interface and Attachment 7006G Master Servicer Layout Spreadsheet for more information on CRC reporting.
  - 15014.030: When calculating the borrower's total indebtedness, for the purpose of determining the length of the Standard or Graduated Repayment Plan term, the sum of the total outstanding balance of loans that are not included in the Direct Consolidation Loan is used, unless they are in default without satisfactory repayment.
  - 15014.040: When calculating the borrower's total indebtedness, if the sum of the total outstanding balance of loans that are not included in the Direct Consolidation is greater than the Direct Consolidation Loan amount, cap this amount to be equal to the Direct Consolidation Loan amount.
  - 15014.050: Total indebtedness is the sum of the Direct Consolidation Loan amount and the capped amount.
    - 15014.051: Example: Loans with status of "In-School" (IS) or "Default-Satisfactory Repayment Arrangement Not Made" (DN) shall not be included in Total Indebtedness calculation for loans being consolidated, unless the DN loans are being included in the consolidation for Forced IDR.

    Total Indebtedness includes:
    --Eligible loans that are included in the consolidation
    --DN loans included and placed on forced IDR
    --Eligible loans that are NOT included in the consolidation
    --Other Educational loans debt (Ineligible loans) up to the consolidation loan amount.
  - 15014.060: The disbursement gross amount for the Parent PLUS portion of the Direct Consolidation Loan is the sum of the underlying Parent PLUS loans paid off.
  - 15014.070: The disbursement gross amount for the Graduate PLUS portion of the Direct Consolidation Loan is the sum of the underlying Graduate PLUS loans paid off.
  - 15014.080: The disbursement gross amount for the subsidized portion of the Direct Consolidation Loan is the sum of the subsidized underlying loans paid off.
  - 15014.090: The disbursement gross amount for the unsubsidized portion of the Direct Consolidation Loan is the sum of the unsubsidized underlying loans paid off.
  - 15014.100: If the borrower has not yet made the first 12 required on-time monthly payments at the time the loans are consolidated, the borrower loses the rebate. The rebate amount shall be added back into the loan at the time of consolidation.
    - 15014.101: For loans paid off with a Direct Loan consolidation prior to 10/01/2018 and prior to having earned the rebate, the borrower will lose the rebate if a late payment has been made. Otherwise, the eligibility to earn the rebate is transferred to the new Direct Consolidation Loan and the borrower must meet the 12-month eligibility requirement.
    - 15014.102: If the loan is paid off with a Direct Loan consolidation on or after 10/01/2018 and prior to having earned the rebate, the borrower will lose the rebate (even if the rebate would have been earned during the full 12-month period).
  - 15014.110: If any of the loans being consolidated (even if Add On) are defaulted with non-satisfactory repayment (DN), the repayment plans must be forced IDR (Income

Driven Repayment). If the borrower fails to provide the information to place them on the forced IDR plan, the consolidation (or Add On) cannot be processed.

- o 15014.120: For each portion of the Direct Consolidation Loan, Credit Reform Code will be calculated based on the federal fiscal year the Direct Consolidation Loan was created, the subsidy type of the portion of the direct Consolidation Loan, and its risk value. (cohort year (positions 1-4), followed by Loan Type (position 5), followed by Risk Category (position 6). See Financial requirements for more information on creating CRC codes.
- o 15014.130: New Direct Loan Consolidations and subsequent adjustments shall be reported to NSLDS.
- o 15014.140: The repayment plan for a new Direct Consolidation loan shall be based on the applicant's choice and eligibility unless it is a forced IDR plan
- o 15014.150: If an applicant does not select a repayment plan, then the repayment plan for a new Direct Consolidation loan will be the Standard repayment plan.

- **15015.000: The Consolidation Originator shall process Direct Loan Payoffs with other federal servicers and themselves via the Loan Consolidation Inquiry and Payoff Interface files (LCAF/SCAF).**
  **See Attachment: "15015 Att 3 LoanConsolidationFundingFlow."**

  - o 15015.010: Loan Consolidation Inquiry and Payoff interface files shall be submitted via the Electronic Data exchange over SAIG.
  - o 15015.020: The Consolidation Originator shall send and receive files daily (Monday-Friday), excluding Federal Holidays.

    ***Changes due to scheduled System releases or other outages will be communicated by COD to the Consolidation Originator.
  - o 15015.030: The Consolidation Originator shall have a unique Test TG mailbox number to send and receive files using SAIG.
  - o 15015.040: The Consolidation Originator shall have a unique Production TG mailbox number to send and receive files using SAIG.

- **15016.000: The Consolidation Originator and Underlying Loan Servicer shall send/receive and process the Loan Consolidation Inquiry and Payoff Interface file.**
  **See attachments:**
  **"15016 Att 7 LCInquiryandPayoffInterfaceSchemaLayoutv1.3"**
  **"15016 Att 8 LCInquiryandPayoff.v1.3xsd"**
  **"15016 Att 9 LoanConsolidationInterfaceSupport Guide"**

  - o 15016.010: The file shall be provided by the Consolidation Originator via an XML interface.
  - o 15016.020: Loan Consolidation Inquiry and Payoff files shall be sent via SAIG using specific message classes for the file type.
  - o 15016.030: The Underlying Loan Servicer shall expect to receive an unlimited amount of borrowers and loans within each daily file.
  - o 15016.040: The Underlying Loan Servicer shall process the files in the order they are received.
  - o 15016.050: If there is no activity for the Underlying Loan Servicer on a given processing day, the Consolidation Originator will send a minimal file. The file will include only the SAIG header, Document Block, and SAIG trailer.
  - o 15016.060: The Consolidation Originator shall send the Loan Consolidation Inquiry and Payoff file daily and the Underlying Loan Servicer shall send receipts and responses within 24 hours.

- **15017.000: The Consolidation Originator and Underlying Loan Servicer shall adhere to the Loan Consolidation Inquiry and Payoff Schema Processing rules as outlined in the Loan Consolidation Interface Support Guide.**

o   15017.010: The Consolidation Originator and Underlying Loan Servicer shall code according to the XSD; however, additional details regarding the field descriptions, format, valid values, and business/processing rules can be found in the Inquiry and Payoff Schema Layout document and the Loan Consolidation Interface Support Guide.

- **15018.000: The Consolidation Originator shall create and send inquiry and payoff transactions via the Loan Consolidation Activity File (LCAF).**
  - o   15018.010: The LCAF file shall be sent via SAIG with message class
    --LCASTQOP--Test File
    --LCASPQOP--Production File
  - o   15018.020: The Consolidation Originator will send a Borrower Inquiry transaction to the Underlying Loan Servicer to begin the consolidation process. The inquiry transaction is a request for information on all unpaid loans. Unpaid loans are referred to as "underlying loans."
  - o   15018.030: The Consolidation Originator will send a Payoff transaction type "Consolidation" to the Underlying Loan Servicer to initiate the payoff of the underlying award that was identified in the Inquiry response.
  - o   15018.040: Multiple "consolidation" payoff transactions will be sent for a borrower with multiple loans.  Each loan will receive only one consolidation payoff transaction.
  - o   15018.050: The Consolidation Originator shall send a "Closeout" transaction to the Underlying Loan Servicer for ALL solicited and unsolicited payoff transactions received where the payoff amount is <>0.
  - o   15018.060: The Underlying Loan Servicer shall immediately closeout all payoff transactions that are received for the exact amount.

- **15019.000: The Consolidation Originator shall receive and process a Loan Consolidation Activity Receipt File**
  - o   15019.010: The LCAF receipt file shall be sent via SAIG with message class
    --LCASTCIN--Test File
    --LCASPCIN--Production File
  - o   15019.020: THE LCAF receipt file will acknowledge their receipt of the file as a whole and indicate the file was received by the Consolidation Originator.

- **15020.000: The Consolidation Originator shall receive and process a Loan Consolidation Activity Response File**

  - o   15020.010: The LCAF response file shall be sent via SAIG with message class
    --LCASTSIN--Test File
    --LCASPSIN--Production File
  - o   15020.020: The Consolidation Originator shall resolve rejected transactions received from the Underlying Loan Servicer.
  - o   15020.030: Resolution shall include the ability to review rejected transactions, work with COD personnel to analyze why the reject occurred and assist with resolution on a daily basis.
  - o   15020.040: These rejects are Work in Process (WIP) for the Consolidation Originator and shall be reviewed and resubmitted daily.

- **15021.000: The Underlying Loan Servicer shall receive and process the Loan Consolidation Activity file (LCAF).**
  - o   15021.010: The Underlying Loan Servicer shall send a receipt file document for each LCAF file received.
  - o   15021.020: The Underlying Loan Servicer shall send one response file document for each LCAF file processed. The response files shall be returned in order received.
  - o   15021.030: The Underlying Loan Servicer shall edit transactions received from the Consolidation Originator and return accepted or rejected responses for each transaction

ID in the LCAF response file.

- o  15021.040: The transaction IDs will be unique within the document and across documents. The Transaction ID is assigned for the purpose of tracking, via the response, information that has been accepted or rejected by the Underlying Loan Servicer.
- o  15021.050: The Underlying Loan Servicer shall create/send a response complex element (accepted or rejected) for each Transaction ID associated with the document, borrower inquiry, and borrower and/or award complex elements sent in the LCAF.
- o  15021.060: When a response complex element is rejected, the Underlying Loan Servicer shall include at least one Error Code and return no more than one hundred Error Codes per transactions ID.
- o  15021.070: A response complex element with a Response code of accepted does not exclude another complex element(s) in the hierarchy from being accepted or rejected.
- o  15021.080: A response complex element with a Response code of rejected can result in other complex elements being rejected.
  --If there is a reject at the document level, the Underlying Loan Servicer will return a response only to the document transaction ID and it can be assumed all of the subsequent transactions were also rejected.
  -- On submission of a borrower, if a borrower complex element is rejected, the award complex element and its associated elements are also rejected.
- o  15021.090: The Underlying Loan Servicer shall return edit 001 if the LCAF file was sent to the wrong mailbox.
- o  15021.100: The Underlying Loan Servicer shall return edit 002 if duplicate document ID is received.
- o  15021.110: The Underlying Loan Servicer shall return edit 003 if the document create date is greater than current system date.
- o  15021.120: The Underlying Loan Servicer shall return edit 005 if the XML does not pass schema validation.
- o  15021.130: The Underlying Loan Servicer shall return edit 006 if the borrower has been transferred from their system. The Underlying Loan Servicer shall return the new servicer ID in the response.
- o  15021.140: The Underlying Loan Servicer shall return edit 013 if the file is missing functionally required tags (missing information required by the business rules that define what is in the LCAF).
- o  15021.150: The Underlying Loan Servicer shall return edit 019 if the payoff information is inconsistent with what the Consolidation Originator/Additional Servicer has on file.
  Note: this edit shall not be returned if the payoff amount does not match what is on file.
- o  15021.160: The Underlying Loan Servicer shall return edit 020 if the effective date is not less than or equal to the current processing date. This is only applicable for the effective date in the "payoff" block in the LCAF or SCAF file.
- o  15021.170: The response block shall contain the number of eligible awards with the <AwardCount> tag.  If the Underlying Loan Servicer does not have any awards, the <AwardCount> tag shall contain the number 0 (zero).
  - ▪  15021.171: The Underlying Loan Servicer shall use a manual process to consolidate loans that are >270 calendar days delinquent and they are unable to transfer the loans to DMCS.
    ---Loans shall be sent via email to an FSA specified contact for approval
    ---Once approval is received, the Underlying Loan Servicer shall apply an administrative forbearance to the account to bring the borrower's account to be 240 calendar days delinquent.
    --The Underlying Loan Servicer shall request the Inquiry transaction to be resent from the Consolidation Originator.
- o  15021.180: For each award the Underlying Loan Servicer will send an underlying award block.
- o  15021.190: The <IBRBeginDate> is a required field in the inquiry response. If the borrower is not on an Income Based repayment plan, the date shall be populated with 9999-12-31.

- o 15021.200: The <IBRBeginDate> must be populated with a valid date if the <IBRMonths> is returned with a value greater than 0.
- o 15021.210: The <ApplicationReceiptDate> is a required field in the inquiry response. If the Consolidation Originator does not have the application receipt date, the date shall be populated with 9999-12-31.
- o 15021.220: The <FeesBalanceAmount> element in the borrower inquiry response shall NOT include origination fees for any loan type.
- o 15021.230: The <InterestRateCategory> element in the borrower inquiry response shall always be the TOTAL (not Add-On) and the Underlying Loan Servicer shall provide the interest rate of the loan in the interest rate element.
  - ▪ 15021.231: The Underlying Loan Servicer shall certify the statutory interest rate for borrowers receiving reduced interest rate incentives.
- o 15021.240: The Underlying Loan Servicer shall only use Lost, Earned, or No Incentive as valid values for the <IncentiveStatus> element. If the rebate is earned, use "Earned." If the loan was eligible but the rebate can no longer be earned, use "Lost." If the loan was not eligible, use "No Incentive." If the incentive is not earned, the borrower shall lose the rebate upon consolidation.
- o 15021.250: The Underlying Loan Servicer shall include the total amount needed to pay off the loan in the <payoffamount> element of the borrower inquiry response. If a borrower has not earned or lost the DL rebate, but not yet reached the evaluation point (month 13) of repayment, the Consolidation Originator shall include the amount of the rebate to be lost within the <payoffamount> of the borrower inquiry response.

  See Requirement "25008" for processing consolidation payoff amounts as of 10/1/2016.
- o 15021.260: The Underlying Loan Servicer shall process accepted "consolidation" payoff transactions by paying off the complete outstanding principal and interest of the loan identified in the payoff transaction. Any values greater than or less than the amount in the payoff transaction shall be included in the "solicited" transaction sent in the SCAF (see requirement 15015). This information is then forwarded to the USDS Servicer to adjust the consolidation loan balance.
- o 15021.270: The Underlying Loan Servicer shall process accepted "closeout" payoff transactions. Closeout transactions will be sent by the Consolidation Originator for all solicited and unsolicited transactions sent by the Consolidation Originator where the payoff amount <>0. The Underlying Loan Servicer shall immediately closeout payoff transactions that are received for the exact payoff amount.

- **15022.000: The Underlying Loan Servicer shall create/send a Servicer Consolidation Activity File (SCAF). The SCAF file contains "solicited" and "unsolicited" payoff transactions.**
  - o 15022.010: The SCAF request file shall be sent via SAIG with message class
    --SCASTSIN--Test File
    --SCASPSIN--Production File
  - o 15022.020: The Underlying Loan Servicer shall send the SCAF file each processing day. If there is no activity on that processing day, a minimal SCAF file shall be sent.
  - o 15022.030: The Underlying Loan Servicer shall receive a SCAF receipt file from the Consolidation Originator.
  - o 15022.040: The Underlying Loan Servicer shall receive a SCAF response file from the Consolidation Originator.
  - o 15022.050: The Underlying Loan Servicer shall create/send a "solicited" payoff transaction for every "consolidation" payoff transaction accepted by the Underlying Loan Servicer if an exact payoff amount was not received.
  - o 15022.060: The amount of the solicited transaction shall represent the difference (positive or negative) between the amount sent in the "consolidation" payoff transaction from the Consolidation Originator and the total amount required to pay off the loan.
  - o 15022.070: The Underlying Loan Servicer shall not send a negative solicited payoff transaction that is greater than the Consolidation payoff received from the Consolidation

Originator.

- o   15022.080: An overpayment occurs when the amount the Consolidation Originator submits in the payoff is more that the amount applied to fully pay off the loan on the servicing system. The resulting solicited transaction shall be a negative amount.
- o   15022.090: An Underpayment occurs when the amount the Consolidation Originator submits in the payoff is less than the amount applied to fully pay off the loan on the servicing system. The resulting solicited transaction shall be a positive amount.
- o   15022.100: The Underlying Loan Servicer shall create/send "unsolicited" payoff transactions with the SCAF.
- o   15022.110: An unsolicited transaction shall be created/sent for any new disbursements or disbursement adjustment activity that occurs on a borrower's underlying loan after the loan has been paid in full by consolidation.
- o   15022.120: An unsolicited transaction shall be created/sent when the Underlying Loan Servicer processes a non-sufficient funds on a check that was previously paid on a loan that has been paid in full by consolidation.
- o   15022.130: An unsolicited transaction shall be created/sent when the Underlying Loan Servicer processes any manual adjustments/system cleanups on loan that was paid in full by consolidation.
- o   15022.140: The Underlying Loan Servicer shall calculate the payoff amount in an unsolicited transaction for disbursement adjustments, NSF, and manual adjustments/system clean ups as of the date the original payoff occurred and use that date as the effective date of the transaction. All interest shall be calculated through that effective date.
- o   15022.150: The Underlying Loan Servicer shall calculate the payoff amount in an unsolicited transaction for NEW disbursements as of the date the unsolicited transaction is created and use that date as the effective date for that transaction. All interest shall be calculated through that effective date. (Note: The Underlying Loan Servicer will send this to the Consolidation Originator)
- o   15022.160: There is no time limit on creating and sending unsolicited transactions to the USDS Servicer for loans paid in full by consolidation.
- o   15022.170: An unsolicited transaction shall NOT be created if the Underlying Loan Servicer receives any additional loans for a borrower who has been paid off via the consolidation interface. All new loans received after the consolidation payoff has been processed shall continue to be serviced on the borrower's account.
- o   15022.180: The Underlying Loan Servicer shall not send solicited or unsolicited transactions until all previously sent transactions have been closed out. The Underlying Loan Servicer may create the next solicited/unsolicited transaction and hold that transaction until the closeout has been received provided the information is properly reported for reconciliation purposes. Note: Held items are accounted for as Work in Process (WIP). See Financial Activity section for more information.
- o   15022.190: The Underlying Loan Servicer shall only use valid values for the <IncentiveStatus> element. Earned = Rebate has been earned; Lost = Rebate has been lost; No Incentive = Borrower was not eligible.
- o   15022.200: The Underlying Loan Servicer shall monitor transactions to validate a "closeout" transaction is received within 30 calendar days. The Underlying Loan Servicer shall receive a "closeout" transaction from the Consolidation Originator for every solicited and unsolicited transaction sent by the Underlying Loan Servicer. Closeout transactions do not have to match the solicited request amount.
- o   15022.210: The USDS Servicer shall send transfer activity to the Consolidation Originator for borrowers whose consolidation loans are transferred to another servicer. This will enable the Consolidation Originator to send subsequent activity for that borrower to the correct servicer.
- o   15022.220: The USDS Servicer that receives the transfer will send the transfer activity the day they receive the transfer.
- o   15022.230: The USDS Servicer will reject the transfer if the consolidation award does not exist in the servicer's system.

- **15023.000: The Consolidation Originator shall create and send a Servicer Consolidation Activity Receipt File**
  - 15023.010: The SCAF receipt file shall be sent via SAIG with message class
    --SCASTCOP--Test File
    --SCASPCOP--Production File
  - 15023.020: The SCAF receipt file will acknowledge the receipt of the file as a whole and indicate the file was received by the Consolidation Originator.

- **15024.000: The USDS Servicer shall create and send a Servicer Consolidation Activity Response File**
  - 15024.010: The SCAF response file shall be sent via SAIG with message class
    --SCASTSOP--Test File
    --SCASPSOP--Production  File
  - 15024.020: The USDS Servicer shall resolve rejected transactions received from the Consolidation Originator.
  - 15024.030: Resolution shall include the ability to review rejected transactions, work with origination personnel to analyze why the reject occurred and assist with resolution on a daily basis.
  - 15024.040: These rejects are Work in Process (WIP) for the USDS Servicer who shall review the rejects daily and resubmit them.

- **15025.000: The Consolidation Originator shall receive and process the Servicer Consolidation Activity file (SCAF).**
  - 15025.010: The Consolidation Originator shall create/send a response complex element (accepted or rejected) for each Transaction ID associated with the document, borrower inquiry, and borrower and/or award complex elements sent in the SCAF.
  - 15025.020: When a response complex element is rejected, the Consolidation Originator shall include at least one Error Code and return no more than one hundred Error Codes per transactions ID.
  - 15025.030: A response complex element with a Response code of accepted does not exclude another complex element(s) in the hierarchy from being accepted or rejected.
  - 15025.040: A response complex element with a Response code of rejected can result in other complex elements being rejected.

    --If there is a reject at the document level, the Consolidation Originator will return a response only to the document transaction ID and it can be assumed all of the subsequent transactions were also rejected.
    -- On submission of a borrower, if a borrower complex element is rejected, the award complex element and its associated elements are also rejected.
  - 15025.050: The Consolidation Originator shall return edit 002 if a duplicate document ID is received.
  - 15025.060: The Consolidation Originator shall return edit 003 if the document create date is greater than the current system date.
  - 15025.070: The Consolidation Originator shall return edit 007 if the borrower/award/transfer/payoff information is inconsistent with what the Consolidation Originator has on file.
  - 15025.080: The Consolidation Originator shall return edit 008 if the award ID is not found. Valid for Payoff and transfer transactions)
  - 15025.090: The Consolidation Originator shall return edit 016 if the borrower SNN is missing in the borrower block.
  - 15025.100: The Consolidation Originator shall return edit 017 if the award ID is missing in the award block.
  - 15025.110: The Consolidation Originator shall return edit 019 if the payoff information is inconsistent with what the Consolidation Originator has on file.
  - 15025.120: The Consolidation Originator shall return edit 020 if the effective date in the

payoff block is greater than or equal to the current processing date.

- **15026.000: The Consolidation Originator shall process cash pay-offs to entities such as private loan holders, GAs, DMCS, and HHS**
  **See Attachments:**
  **"15026 Att 4 EVC Batch Setup User Guide"**
  **"15026 Att 10 Manifest_File_Lyout"**
  **"15026 Att 11 Adjustment Manifest File Layout"**

  - 15026.010: The Consolidation Originator shall generate LVCs/eLVCs for private loan holders and distribute them by online access, encrypted e-mail, SFTP, and/or mail.
  - 15026.020: The Consolidation Originator shall generate LVCs/eLVCs for GAs and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - 15026.030: The Consolidation Originator shall generate LVCs/eLVCs for DMCS and distribute by on- line access, encrypted e-mail, SFTP, and/or mail.
  - 15026.040: The Consolidation Originator shall generate LVCs/eLVCs for HHS and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - 15026.050: The Consolidation Originator shall process certified LVCs/eLVCs received from private loan holders of Title IV loans.
  - 15026.060: The Consolidation Originator shall process certified LVCs/eLVCs received from GAs.
  - 15026.070: The Consolidation Originator shall process certified LVCs/eLVCs received from DMCS.
  - 15026.080: The Consolidation Originator shall process certified LVCs/eLVCs received from HHS.
  - 15026.090: The Consolidation Originator shall generate pay-off manifests for private loan holders and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - 15026.100: The Consolidation Originator shall generate pay-off manifests for GAs and distribute by on- line access, encrypted e-mail, SFTP, and/or mail.
  - 15026.110: The Consolidation Originator shall generate pay-off manifests for DMCS and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - 15026.120: The Consolidation Originator shall generate pay-off manifests for HHS and distribute by on- line access, encrypted e-mail, SFTP, and/or mail.
  - 15026.130: The Consolidation Originator shall process adjusted pay-off manifests received from private loan holders.
  - 15026.140: The Consolidation Originator shall process adjusted pay-off manifests received from GAs.
  - 15026.150: The Consolidation Originator shall process adjusted pay-off manifests received from DMCS.
  - 15026.160: The Consolidation Originator shall process adjusted pay-off manifests received from HHS.
  - 15026.170: The Consolidation Originator shall generate pay-offs for private loan holders via Purchase Invoice File and submit to FMS.
    See Requirement "7032 FMS Loan Purchase File."
  - 15026.180: The Consolidation Originator shall generate pay-offs for GAs via Purchase Invoice File and submit to FMS.
    See Requirement "7032 FMS Loan Purchase File."
  - 15026.190: The Consolidation Originator shall generate pay-offs for DMCS via Purchase Invoice File and submit to FMS.
    See Requirement "7032 FMS Loan Purchase File."
  - 15026.200: The Consolidation Originator shall generate pay-offs for HHS via Purchase Invoice File and submit to FMS.
    See Requirement "7032 FMS Loan Purchase File."
  - 15026.210: Collection costs on loans held by guaranty agencies will be paid by EFT.
  - 15026.220: [DELETED]
  - 15026.230: Payment data for paying off loans by cash-based manifest will identify the

loan holder to be paid, the payment method, and the payment amount.
- o 15026.240: When an underlying loan is paid off by cash-based manifest, the payoff date, the payoff amount, and the manifest number are captured and associated with the underlying loan.
- o 15026.250: When an overpayment is received for an underlying loan that was paid off by cash-based manifest, the overpayment amount and the overpayment date are captured and associated with the underlying loan.
- o 15026.260: The Consolidation Originator shall produce a Manifest Summary Report containing summary payout amounts by loan holder from each manifest associated with a single FMS Purchase Funding Request file. The Manifest Summary Report shall contain a FMS Purchase Funding Request file identifier. The loan consolidator shall submit the Manifest Summary Report at the same time that the FMS Purchase Funding Request file is submitted. The Consolidation Originator shall send a copy of the Manifest Summary Report to FSA Reconciliations.

- **15027.000: The Consolidation Originator shall send loan consolidation EFT payoffs to FMS in the FMS purchase file for payoffs of loans held by private loan holders, DMCS, and HHS and for payoffs of guaranty agency collection costs.**

  - o 15027.010: [DELETED]
  - o 15027.020: [DELETED]

- **15028.000: Upon creation of the new Direct Consolidation Loan, the USDS Servicer shall send the borrower a Welcome Letter that contains the following information: amount of the Direct Consolidation Loan, date of disbursement, and summary loan amount information for each type of underlying loan that makes up the consolidation.**

  - o 15028.010: The USDS Servicer shall send the borrower a Welcome Letter when supplemental loans are added to an existing Direct Consolidation Loan.

- **15029.000: The Consolidation Originator shall process returned payments.**
  - o 15029.010: [DELETED]
  - o 15029.020: [DELETED]
  - o 15029.030: [DELETED]
  - o 15029.050: Underlying EFT loan payoffs that are returned shall be researched for valid bank account information and repaid by EFT.
  - o 15029.060: [DELETED]
  - o 15029.070: [DELETED]
  - o 15029.080: [DELETED]
  - o 15029.090: [DELETED]
    See Attachment "15029 Att 15 Refund_Reverse_Cancel_StopPay_Claim" for more information on stop payments.

- **15030.000: The Consolidation Originator shall process incoming electronic payments received from loan holders and other entities.**

  - o 15030.010: [DELETED]
  - o 15030.020: Consolidation overpayments already entered into the loan consolidation system may be reversed or adjusted.
  - o 15030.030: Overpayment ACH data will contain the following required data: loan holder, check number, and check amount.
  - o 15030.040: Adjustments to SF215 deposits are recorded by the Consolidation Originator. The Federal Reserve Bank shall issue an additional SF215 for an upward adjustment and an SF5515 will be issued for a downward adjustment. A SF215 is a deposit ticket for deposits into the Federal Reserve Bank.

- **15031.000: The Consolidation Originator shall process returned EFT payment transactions from Treasury.**

  - 15031.010: When a payment is returned, the Consolidation Originator shall capture the return date and associate the return date with the corresponding underlying loans.
  - 15031.020: Underlying loan payoffs included in the Treasury returned payment shall be recalculated based on the new payoff date.
  - 15031.030: When an EFT loan holder has a returned payment from Treasury, each Direct Consolidation Loan that contained an underlying loan that was included in that returned payment shall be adjusted downward by the amount of the failed payment.
  - 15031.040: When an EFT loan holder has a returned payment from Treasury, the new EFT payoff adjustments for the underlying loans that have been paid will adjust the Direct Consolidation Loan up to the proper new loan amount.
  - 15031.050: Subsequent payments to a loan holder with a returned payment will be generated via EFT.

- **15032.000: The Consolidation Originator shall receive notification of financial transactions related to consolidation payoffs from FMS through the Treasury Confirmation file and shall receive notification of returned EFT payments from querying Treasury systems.**

- **15033.000: The Consolidation Originator shall notify the guaranty agencies of the detail cash-based manifest loan payoffs.**

- **15034.000: The Consolidation Originator shall notify the sender of payments returned due to nonsufficient funds.**

- **15035.000: The Consolidation Originator shall capture payment activity associated with an underlying loan when funds are sent to or returned from loan holders.**

  - 15035.010: When a disbursement check is voided, the Consolidation Originator shall capture the date the check was voided, and the voided amount associated with each underlying loan.
  - 15035.020: For underlying loan payoffs included in the Treasury returned payment that are voided, the Consolidation Originator shall capture the voided date and associate the voided date with the corresponding underlying loan.
  - 15035.030: The Consolidation Originator shall capture for each underlying loan paid off by check (including checks issued for underpayments) the check number, the check amount, the loan holder the check is issued to, the date the check was issued, and the date the check was cashed.
  - 15035.040: For each underlying loan paid off by EFT, the payment date, payment amount, payment method, loan holder, and Treasury confirmation code are captured and associated with the underlying loan.
  - 15035.050: When cash overpayments are returned by loan holders, the SF215 number, the date of the SF215, and the amount applied to the loans are captured and associated with the corresponding underlying loans.
  - 15035.060: When an underlying loan is paid off by cash-based manifest, the payoff date, the payoff amount, and the manifest number are captured and associated with the underlying loan.
  - 15035.070: When an overpayment is received for an underlying loan that was paid off by cash-based manifest, the overpayment amount and the overpayment date are captured and associated with the underlying loan.
  - 15035.080: When a non-defaulted underlying FSA serviced loan is paid off, the payoff date, the payoff amount, and the payoff reason are captured and associated with the underlying FSA serviced loan.

- **15036.000: The Consolidation Originator shall apply overpayments and other refunds returned by loan holders to the underlying loan and adjust the corresponding Direct Consolidation Loan.**

  o 15036.010: Refunds received from loan holders are applied to underlying loans as overpayment adjustments.
  o 15036.020: Cash-based manifest overpayment amount shall be applied to the corresponding underlying loan.
  o 15036.030: Overpayment amounts shall be applied, and the corresponding consolidation loan adjusted downward.
  o 15036.040: Overpayment reversal amounts shall be applied to the corresponding consolidation loan and the loan amount shall be adjusted upwards.
  o 15036.050: For underlying loan payoffs included in the Treasury returned payment that are voided, the Consolidation Originator shall capture the voided date and associate the voided date with the corresponding underlying loan.
  o 15036.060: When cash overpayments are returned by loan holders, the SF215 number, the date of the SF215, and the amount applied to the loans are captured and associated with the corresponding underlying loans.
  o 15036.070: When an overpayment is received for an underlying loan that was paid off by cash-based manifest, the overpayment amount and the overpayment date are captured and associated with the underlying loan.
  o 15036.080: If a loan holder returns funds to the Consolidation Originator without indicating to which loan the funds shall be applied, the Consolidation Originator shall apply the funds to the underlying loans starting from the oldest first disbursement date.

- **15037.000: The Consolidation Originator shall apply underpayments returned by the loan holders to the appropriate underlying loan and adjust the corresponding Direct Consolidation Loan.**

  o 15037.010: Underpayments reported by loan holders will result in an upward adjustment to the amount of the underlying loan and will be paid to the loan holder.
  o 15037.020: Underpayments reported by loan holders will result in upward adjustments to the amount of the corresponding Direct Consolidation Loan after underpayment amounts are sent to loan holders.
  o 15037.030: In the case where a new disbursement on an underlying loan books with an effective date after the consolidation payoff, the underlying loan holder will request the underpayment/payoff, and a new disbursement will be created by the Consolidation Originator.
  o 15037.040: When an underpayment adjustment file is received without a certification date, the Consolidation Originator shall use the header date when using an automated process.
  o 15037.050: When an underpayment adjustment file is received without a certification date, the Consolidation Originator shall use the date the request was received when using a manual process.

- **15038.000: The Consolidation Originator shall receive and process Add-On applications.**

  o 15038.010: The borrower can add new eligible loans to a completed Consolidation loan within 180 calendar days of the first disbursement date of the consolidation loan.
  "15030.Att_1_Ongoing Process Flows"
  "15030.Att_2_Application_Online_and_Paper_Flows"
  "15030.Att_12_Loan Consolidation File Layout"
  o 15038.020: The Consolidation Originator shall reject the Add-On application if it is received >180 calendar days after the first disbursement date of the consolidation loan.

The Consolidation Originator shall notify the borrower that they need to do a New Consolidation Application.
- o 15038.030: The Consolidation Originator shall perform the same application review and eligibility checks as the original application.
- o 15038.040: When the Consolidation Originator receives a consolidation application for a loan that was consolidated (funded) less than 180 calendar days prior, the Consolidation Originator shall reach out to the borrower to confirm if the borrower's intent was to:
  a) Request a second consolidation loan for the additional loan(s)
  b) Add the additional loan(s) to their recently consolidated loan
  - ▪ 15038.041: The Consolidation Originator shall make one written (based on borrower's correspondence option) attempt to get the borrower's intent. If the borrower does not respond within 30 calendar days, The Consolidation Originator shall process the application as a new consolidation loan.
  - ▪ 15038.042: The communication to the borrower shall indicate if the borrower does not respond within 30 calendar days, the Consolidation Originator shall assume the intent of the application was for a new loan consolidation.

- **15039.000: The Consolidation Originator shall process consolidation reversals on underlying loans for loans previously paid off in error.**
  - o 15039.010: [DELETED]
    - ▪ 15039.011: [DELETED]
  - o 15039.020: [DELETED]
    - ▪ 15039.021: Additional reasons for consolidation reversals include:
      --Duplicate payoffs
      --Consolidation included a loan that shall have been excluded
      --Incorrect subsidy types
      --Borrower wishes to cancel entire consolidation and FSA agrees
      --FSA instructs the Consolidation Originator to cancel the consolidation
    - ▪ 15039.022: There are only limited circumstances when consideration is given to partially or fully reversing loans from a consolidation loan based on the request of the borrower or based on an error by a servicer. The circumstances are as follows:
      - The consolidation loan was made as a Joint consolidation loan (meaning the loans of a married couple were intentionally being combined by the couple into a single loan) but only one of the spouses has loans that were included in the consolidation loan. (NOTE: As joint consolidations are no longer allowed to be made under the new LC process, this guidance only pertains to those consolidations previously made under Legacy LC. Servicers will only request these reversals if a borrower disputes their spousal consolidation and contacts the servicer to request a reversal.)
      - Loans were included in a consolidation loan where the borrower specifically requested those loans be excluded from the consolidation loan and/or did not list the loan on the consolidation application.
      - Loans were inadvertently included in a consolidation loan that did not belong to the borrower making the consolidation loan.
    - ▪ 15039.023: Methodologies for full or partial consolidation reversal:
      - If a consolidation loan was made jointly and only one of the borrowers included his or her loans in the joint consolidation loan, the loan is not truly a joint consolidation loan. The spouse that doesn't have any loans included in the consolidation loan can be removed with permission from FSA.
      - If a borrower completed a loan consolidation application and specifically listed the loans to be included and loans to be excluded on the consolidation application and some of the loans to be excluded

were inadvertently included, the loans that were not to have been included can be removed and reestablished as separate loans.  This can be done by contacting the previous lender (holder) and requesting the return of funds that paid for the underlying loan(s).  The interest rate on the consolidation loan can be recalculated and the new balance of the consolidation loan can be re-determined.  The consolidation servicer can then begin to properly service the consolidation loan.

- If loans were included in a consolidation loan that did not belong to the borrower making the consolidation loan, the originator must remove the improperly included loans from the consolidation loan.  The previous loan holder shall be contacted to return the funds that were missent and the loan holder shall reestablish the underlying loans that were mistakenly paid off. The consolidator must recalculate the interest rate on the consolidation loan and determine the current balance and again begin servicing the loans.

  - 15039.024: The Consolidation Originator shall no longer request FSA approval to reverse consolidation loans.

  o 15039.030: If the amount listed in the spreadsheet provided by the consolidation originator does not match the total net of the consolidation payments (Net of payments and payment adjustments) on the Underlying Loan Servicer's system, the Underlying Loan Servicer shall NOT process the reversal.
  o 15039.040: The Underlying Loan Servicer shall re-instate the underlying loan(s) and bring the loan(s) current and cover any delinquency with an administrative forbearance.
  o 15039.050: The Underlying Loan Servicer shall notify the borrower that the loan(s) have been re- opened.
  o 15039.060: The Underlying Loan Servicer shall ensure consolidation reversals do not result in any solicited or unsolicited transactions being generated and sent to the Consolidation Originator.
  o 15039.070: For any loans identified on the spreadsheet for which payoff reversals have been requested, if the contractor has NOT yet received the closeout transaction for any solicited or unsolicited transactions that the Underlying Loan Servicer has sent, DO NOT PROCESS THE REVERSAL.
  o 15039.080: The Underlying Loan Servicer shall return a completed reversal spreadsheet to the Consolidation Originator.
  o 15039.090: The Underlying Loan Servicer shall indicate on the spreadsheet the date the reversal was completed, and if not why.  If it was not completed due to net amounts not matching, the Underlying Loan Servicer shall include their total net amount. If it was not completed due to missing closeouts, the Underlying Loan Servicer shall include the date/amount of the missing closeout.
  o 15039.100: When an underlying loan is assigned to an incorrect subsidy type for the Direct Consolidation Loan (e.g., the loan was classified as the wrong type on the LVC returned to the Consolidation Originator, etc.), the Consolidation Originator shall reassign the payoff amount for the underlying loan to a correct subsidy type.

- **15040.000: After the Consolidation Originator has established the consolidation loan on NSLDS, the USDS Servicer shall perform the NSLDS reporting outlined in Section 12000.**

- **15041.000: [DELETED]**

- **15042.000: [DELETED]**

- **15043.000: [DELETED]**
  o 15043.010: [DELETED]

- **15044.000: The Consolidation Originator shall report all financial transactions to FMS and shall reconcile all financial transactions on their system and with FMS.**

    **See Financial Activity and Transactions, FMS Interface, and Financial Reporting and Reconciliation Requirements for more information.**

- **15045.000: The USDS Servicer shall conduct IST with NSLDS as needed.**

- **15046.000: The Consolidation Originator shall conduct consolidation IST with other Federal servicers as needed.**

- **15047.000: The Consolidation Originator shall conduct consolidation IST with DMCS. Future Change Requests will include IST requirements if needed.**

- **15048.000: The Consolidation Originator shall conduct consolidation IST with FMS. Future Change Requests will include IST requirements if needed.**

- **15049.000: The Consolidation Originator shall conduct consolidation IST with Federal Perkins Servicer. Future Change Requests will include IST requirements if needed.**

- **15050.000: The Consolidation Originator shall maintain the Consolidation Interface schema layout, Loan Consolidation Support Guide, and ConsolidationXSD documentations. FSA shall review and approve any changes.**

- **15051.000: The Consolidation Originator shall properly handle underpayments and overpayments of loan consolidations that may occur when the Department of Education pays off the underlying loans.**

    - 15051.010: [DELETED]
    - 15051.020: [DELETED]
    - 15051.030: [DELETED]
        - 15051.031: [DELETED]
        - 15051.032: [DELETED]
        - 15051.033: [DELETED]
        - 15051.034: [DELETED]
        - 15051.035: [DELETED]
        - 15051.036: [DELETED]
    - 15051.040: [DELETED]
        - 15051.041: [DELETED]
        - 15051.042: [DELETED]

- **15052.000: The USDS Servicer shall ensure the PSLF indicator is applied to the consolidation loan upon transfer from the Consolidation Originator.**
    - 15052.010: The USDS Servicer shall receive and track the PSLF indicator from the CPN field received from COD. The USDS Servicer shall ensure that a consolidation loan that is indicated to be PSLF eligible is treated as such and the borrower is counseled correctly regarding repayment options, etc.

- **15053.000: The servicer shall support the Joint Consolidation Loan Separation (JCLS) process – Phase I.**
    - 15053.010: If the borrower contacts the servicer and asks for the JCLS application, the servicer shall refer the borrower to a dedicated JCLS page on StudentAid.gov to download the paper form.
    - 15053.020: The JCLS application is available on StudentAid.gov to complete. The form can be submitted by mail, email, or fax.

- 15053.030: As part of the JCLS application process, the borrower has the option to select the USDS servicer they want to service their new consolidation loan. StudentAid.gov will list the address for each servicer (a separate PO Box address managed by the consolidation originator), and the borrower will send the JCLS application to the address listed for the USDS servicer of their choice.
    - 15053.031: If a borrower sends the JCLS application directly to a USDS servicer who is not the Consolidation Originator, the USDS servicer shall forward the application by mail to the servicer's PO Box address which is overseen by the Consolidation Originator.
    - 15053.032: If a borrower sends the JCLS application directly to a USDS servicer that is not currently taking new applications, the application shall be forwarded to the Consolidation Originator.  The Consolidation Originator shall reach out to the borrower to choose a servicer.
- 15053.040: The Consolidation Originator shall receive incoming JCLS applications, including any supporting documentation provided by the borrower.
    - 15053.041: The Consolidation Originator shall send an acknowledgement of receipt notification to the borrower within 10 business days of receipt of the application. FSA will provide the template for the notification to the Consolidation Originator.
    - 15053.042: The notification shall advise the borrower that the Consolidation Originator received the application but will not begin processing the JCLS application until a later date.
- 15053.050: The Consolidation Originator shall validate the paper JCLS application received from the borrower is complete by following the requirements in 15002.000 – 15002.090.
    - 15053.051: The Consolidation Originator shall hold all complete apps until FSA provides instructions for processing as part of Phase II.
    - 15053.052: The Consolidation Originator shall report bi-weekly on Fridays the volume of complete apps on hold and incomplete apps waiting for borrower response.  Template to be provided by FSA.

### *Section 16000: Common Application Interface*

- **16000.000: The contractor shall provide borrowers the option to complete a consolidation application or request income driven repayment plans (ICR, IBR, PAYE, and SAVE) via the electronic Common Application on StudentAid.gov.**

  - ○ 16000.010: The contractor shall use the below URL/Hyperlink to refer the borrower to FSA single web portal to complete the electronic Repayment or Consolidation Application.https/StudentAid.gov
  - ○ 16000.020: The contractor shall display the link in on all website pages that provide the borrower with income driven repayment plan link and consolidation application information link to allow the borrower to link to the appropriate page(s).
  - ○ 16000.030: The contractor shall include the link information in all documents (borrower communications, procedures, contact center scripts, etc.) that contain income driven repayment plan and consolidation application information.

- **16001.000: The contractor shall send and receive Common Application Files using the Student Aid Internet Gateway (SAIG)**
  - ○ 16001.010: Common Application files shall be submitted via the Electronic Data Exchange over SAIG.

    Links to SAIG Mailbox resources are located at: [https://fsapartners.ed.gov/knowledge-center/topics/software-and-other-tools](https://fsapartners.ed.gov/knowledge-center/topics/software-and-other-tools)

  - ○ 16001.020: The contractor shall send and receive files daily, excluding Sundays and including Federal holidays.

    \*\*\*Changes due to scheduled COD system releases or other outages will be communicated during COD/Servicer weekly meetings.
  - ○ 16001.030: The contractor shall use the same Test and Production TG Mailboxes that are used for sending and receiving the Common Servicing Schema. See 4000_Origination Requirements
  - ○ 16001.040: COD shall send the Common Application file daily and the contractors shall send receipts and responses within 24 hours.

    Repayment Request files are sent around 5:30am daily.
    Consolidation Request files are sent around 6:00am daily (no response for consolidation files).

- **16002.000: The contractor shall adhere to the Common Application Schema Processing rules as outlined in the Common Application Interface Support Guide.**
  - ○ 16002.010: If a document does not validate against the XML Common Application Schema, the contractor shall not process the document and shall contact the LDE Service desk at LDEServicedesk@accenturefederal.com.

    See most recent version of attachment "16002 Common Application Interface Support Guide_IDR."

  - ○ 16002.020: The contractor shall code according to the XSD; however, additional details regarding the field descriptions, format, valid values, and business/processing rules can be found in the Common Application Schema Layout document and the Interface Support Guide.

- **16003.000: The contractor shall receive the Common Application Repayment Application Request file from COD.**

- o 16003.010: The Repayment Request file shall be provided from COD via an XML interface.

    See most recent version of attachments:
    "16003 ApplicationSchema.xsd"
    "16003 Common Application File Layout"
    "16003 Common Application CoreMain.xsd"

- o 16003.020: Repayment Application files shall be sent via SAIG using specific message classes for the file type:

    RAASTQOP--Test Repayment Request File
    RAASPQOP--Production Repayment Request File

    See most recent version of attachment "16002 Common Application Interface Support Guide_IDR."
- o 16003.030: The contractor shall expect to receive an unlimited amount of borrower's applications within each daily file.
- o 16003.040: The contractor shall process the files in the order they are received.
- o 16003.050: If there is no activity for the contractor on a given processing day, COD will send a minimal file. The file will include only the SAIG header, Document Block, and SAIG trailer.
- o 16003.060: The contractor shall only receive completed applications from COD. If multiple applications are completed on the same day by the Initiator, COD will send the latest completed application in the daily file.

- **16004.000: The contractor shall send a receipt for each Repayment Application Request file received.**
    - o 16004.010: The contractor shall send a Receipt to acknowledge the receipt of the file as a whole and indicate that the Repayment Application File was received by the Servicer.
    - o 16004.020: The Repayment Receipt file shall be provided to COD via an XML interface. See most recent version of attachments:
        - ▪ "16003 COD Application Coremain.xsd"
        - ▪ "16003 Application Schema.xsd"
    - o 16004.030: Repayment Application Receipt files shall be sent via SAIG using specific message classes for the file type:

        RAASTCIN--Test Receipt File
        RAASPCIN--Production Receipt File

        See most recent version of attachment "16002 Common Application Interface Support Guide_IDR."

- **16005.000: The contractor shall process the Repayment Application Request file and send a response file to COD.**
    - o 16005.010: The Repayment Response file shall be provided to COD via an XML interface.
    - o 16005.020: Repayment Application Response files shall be sent via SAIG using specific message classes for the file type:

        RAASTSIN--Test Repayment Response File
        RAASPSIN--Production Repayment Response File

      See most recent version of attachment "16002 Common Application Interface Support Guide_IDR."
    - o 16005.030: The contractor shall send a response block at the document and borrower level.

- o 16005.040: The contractor shall process transactions received in the Common application file and return edits and/or accepted responses for each transaction ID.
- o 16005.050: The Federal servicer shall perform document and borrower-level edits.
- o 16005.060: The Federal servicer can send multiple EditProcessResult complex elements within the response block.
- o 16005.070: The contractor shall reject the full file with edit 001 if the file was sent to the wrong SAIG Mailbox.
- o 16005.080: The contractor shall reject the full file with edit 002 if a duplicate document ID is received.
- o 16005.090: The contractor shall reject the document as a whole with edit 003 if the file has a create date greater than the current system date.
- o 16005.100: The contractor shall reject the borrower block with edit 002 if duplicate transactions IDs are received within the same file.
- o 16005.110: The contractor shall reject the borrow block with edit 006, edit text of "SSN Not Found" when the borrower has never existed on the contractor's system.
- o 16005.120: The contractor shall reject the borrower block with edit 006, when a borrower was transferred from their system. Edit text shall contain the new servicer ID.
- o 16005.130: The contractor shall reject the entire document or the borrower with edit 013 if any functionally required tags are missing.
- o 16005.140: The contractor shall follow the business rules as outlined in the Common Application Interface Support Guide and schema layout documents.

- **16006.000: The contractor shall receive the Consolidation Application Request file from COD.**

  - o 16006.010: The Consolidation Request file shall be provided from COD via an XML interface.
    See attachment: "ApplicationSchema.xsd"
    See attachment: "Common Application File Layout"
    See attachment: "Common Application CoreMain"
  - o 16006.020: Consolidation Application files shall be sent via SAIG using specific message classes for the file type:

    APASTQOP--Test Consolidation Request File
    APASPQOP--Production Consolidation Request File

    See most recent version of attachment "16002 Common Application Interface Support Guide_IDR."
  - o 16006.030: The contractor shall expect to receive an unlimited amount of borrowers/applications within each daily file.
  - o 16006.040: The contractor shall process the files in the order they are received.
  - o 16006.050: If there is no activity for the contractor on a given processing day, COD will send a minimal file. The file will include only the SAIG header, Document Block, and SAIG trailer.
  - o 16006.060: The contractor shall only receive completed applications from COD. If multiple applications are completed on the same day by the Initiator, COD will send the latest completed application in the daily file.
  - o 16006.070: If the borrower selects an IDR plan on the Consolidation Application, the consolidation application file will include the IDR application data in the CPN block.

- **16007.000: The contractor shall send a receipt for each Consolidation Application Request file received.**

  - o 16007.010: The contractor shall send a Receipt to acknowledge the receipt of the file as a whole and indicate that the Loan Activity File was received by the Servicer.

- 16007.020: The Consolidation Receipt file shall be provided to COD via an XML interface.
- 16007.030: Consolidation Application Receipt files shall be sent via SAIG using specific message classes for the file type:

  APASTCIN--Test Consolidation Receipt File
  APASPCIN--Production Consolidation Receipt File

- **16008.000: The contractor shall process the Consolidation Application Request file and send a manual response as needed.**

  - 16008.010: This message class is built as a one-way data interface where Consolidation application data is sent to the contractor. Each file with valid XML shall be accepted (no editing/rejecting).
  - 16008.020: The contractor shall submit a service request to LDEservicedesk@accenturefederal.com on any occasion that there are issues (invalid xml, duplicate document ID, future dated file, transferred borrower) with the processing of the file or if the borrower was recently transferred
  - 16008.030: The borrower SSN and the new servicer's 6-digit servicer code should be provided in the service request for transferred borrowers.

- **16009.000: The contractor shall process each accepted consolidation application.**

  - 16009.010: Consolidation requests will contain the underlying loan detail and loan holder information from NSLDS in addition to any loans that the borrower manually enters. The file will include an indicator for the loans the initiator has selected to include in the consolidation.
  - 16009.020: Processing of these applications should be similar to processing the paper version of the consolidation application or an application that was submitted via the contractor's website.
    See Requirements: 15000 Consolidation
  - 16009.030: Consolidation requests will contain a Public Service Loan Forgiveness (PSLF) indicator that shall be used by the contractor to assign the loan to PSLF processing procedures.
  - 16009.040: Consolidation requests will include the borrower's repayment plan selection. If the borrower selects an Income Driven (ICR, IBR, PAYE, or SAVE) repayment plan, the consolidation application file will also include all the repayment application data.
  - 16009.050: The contractor shall accept an NSLDS indicator within each consolidation application that will notify the contractor if COD was able to receive real-time NSLDS loan information.

- **16010.000: The contractor shall process each accepted repayment application.**

  - 16010.010: Borrower repayment plan requests will contain initial application requests, annual recertification requests, as well as updated income information for the income driven repayment plans.
  - 16010.020: The Repayment block will contain the borrower's income information, spouses' income (if applicable), and loan information needed to process the repayment request.
  - 16010.030: Processing of these applications should be similar to processing of any repayment plan selection form requesting ICR, IBR, PAYE, SAVE or income re-certification received from a borrower.
    See Requirements: "5000 Repayment Plans".

- **16011.000: The contractor shall notify the borrower of receipt of the repayment and/or consolidation application within 7 calendar days of receipt from COD.**

- o 16011.010: Notifications to the borrower should be sent regardless of whether the electronic application contains income information or income information is being submitted separately.
     If the results of processing the application can be completed within 7 calendar days, the notification of receipt and processing may be the same notification, but if processing isn't complete within 7 calendar days of receipt from COD, the notification of receipt must still be provided to the borrower.
- o 16011.020: NOTE: Examples of meeting this requirement could be standard (current) correspondence to notify borrower of the receipt of the Application, displaying a 'we received your e-application' notification on the borrower's portal (account) page, SMS (text) message notification, or a status bar of the Application on the borrower's personal portal (account) page.

- **16012.000: The contractor shall complete inter system testing (IST) with COD prior to being able to accept the Common Application files.**
     - o 16012.010: The contractor shall complete a connection test prior to the start of IST.
     - o 16012.020: The contractor shall participate in daily IST test meetings.
     - o 16012.030: The contractor shall provide copies of all data and files to FSA for review.
     - o 16012.040: The contractor shall provide a final IST evaluation artifact that includes daily notes and test status once IST has been completed.

- **16013.000: The contractor will provide Contact names, emails, and phone numbers for the operational contacts for this interface.**

     - o 16013.010: The contractor will also need to provide production schedules as needed (if applicable).
     - o 16013.020: The contractor shall attend weekly COD/Servicer interface meetings.

- **16014.000: The contractor shall participate in COD/Servicer/FSA status meetings.  The meetings will review file processing and any open LDE Service desk tickets.**

     - o 16014.010: The contractor shall send any issue/research request to the LDE Service Desk, PII data shall not be sent in email as the contractor shall post documents to the SharePoint site.

- **16015.000: The contractor shall maintain a ticket tracking solution to track any system issues that they have regarding the interface. Examples include but are not limited to: The servicing system is rejecting items back to COD incorrectly, the servicing system is not updating accounts accurately based on data with the files.**

     - o 16015.010: The contractor will provide reports to FSA and review the errors during the COD/Servicer/FSA status meetings in requirement 4026.000.

- **16016.000: The contractor shall also be familiar with and refer borrowers when appropriate to StudentAid.gov for other current (and future) forms, applications, and functionality as it is made available. Examples of this current functionality include:**
     - **- Aid Summary**
     - **- Annual Student Loan Acknowledgement**
     - **- Borrower Defense Application**
     - **- Career Search**
     - **- Contact Us**
     - **- Credit Appeals**
     - **- Endorser Addendum**
     - **- Exit Counseling**

**- FAFSA**
**- Federal Student Aid Calculator**
**- Feedback Center**
**- Help Center**
**- IDR Application**
**- Loan Consolidation Application**
**- Loan Simulator**
**- Notification Center**
**- PLUS Application**
**- PLUS Counseling**
**- Public Service Loan Forgiveness Help Tool**
**- Repayment Forms**
**- TEACH Agreement to Serve and Repay**
**- TEACH Conversion Counseling**
**- Teacher Cancellation Low Income Directory**
**- Virtual Assistant**

- **16017.000 FSA will provide formal notice through the contract office when new country codes are available but will not issue a CR to cover contractor costs associated with this routine maintenance.**

## Section 17000: Compliance & Monitoring

- **17000.000: The contractor shall provide a Compliance Management System.**
  - 17000.010: The contractor shall maintain a sound compliance management system (CMS) that is integrated into the overall framework for product design, delivery, and administration across their entire product and service lifecycle. Compliance should be part of the day-to-day responsibilities of management and the employees; issues should be self-identified; and corrective action should be initiated by the contractor. Contractors are also expected to manage relationships with service providers to ensure that service providers effectively manage compliance with applicable statutory, regulatory, and contractual requirements.
  - 17000.020: The compliance management system shall support the contractor's ability to detect compliance of all contractual activities.  The compliance management system shall link policies and procedures to laws, regulations and contractual requirements and shall provide effective dates, revisions, and expirations when laws, regulations and contractual requirements change (history), are modified, or are no longer applicable.
  - 17000.030: The contractor shall implement a compliance program that includes formal training and training materials that detail servicing policies, procedures, and contractual requirements.  The contractor shall provide in-person training, or webinar training, or online training, or a combination of two or more of the aforementioned training methods. The contractor shall provide a mechanism that measures the successful understanding and completion of all training.
  - 17000.040: The contractor shall implement a monitoring program that includes measurable elements to ensure servicing requirements are being met.  The monitoring program shall detail the design of monitoring program and plan for quality control and quality assurance. If sampling is used to measure compliance, a sampling plan shall be provided and include method(s), frequency sampling rate, and expected margin of error.
  - 17000.050: The contractor shall have an independent compliance audit conducted at least annually.  The contractor shall implement a corrective action plan (CAP) for infractions that are equal to or greater than 4% of sampled population or is likely to affect more than 25 borrowers or has a financial impact to borrowers, FSA, or taxpayers greater than $2,500 (See Requirement 17004 on CAPs).
    - 17000.051: The independent compliance audit shall include identifying any potential violations of federal consumer finance law, pose significant risk of confusion to borrowers if left and where corrective action by the contractor requires FSA approval.
    - 17000.052: The independent compliance audit shall be provided to FSA and the contractor's senior leadership or board within 5 business days of receipt by the contractor.
  - 17000.060: The contractor shall prepare monthly reports of all training activities performed, procedural changes, regulation and laws changes implemented and provide reports to FSA on the tenth business day for the preceding month's monitoring activities.
  - 17000.070: The contractor shall conduct training before any change to procedures, regulations, law etc. are implemented.
  - 17000.080: The contractor shall, on no less than a quarterly basis, provide refresher training on applicable laws and regulations (to include SCRA) to applicable staff.
  - 17000.090: The contractor shall, on a no less than annual basis, provide refresher training on repayment and forgiveness options (including IDR).
  - 17000.100: The contractor shall provide FSA access to all components of the compliance management system, including any dashboards, reports or detailed data.
  - 17000.110: The contractor's procedures and systems shall include a system of internal controls that ensures resource use is consistent with laws, regulations, and policies; resources are safeguarded against waste, loss, and misuse; and reliable data are

obtained, maintained, and disclosed in reports. Appropriate internal controls shall be applied to all system inputs, processing, and outputs.
- o 17000.120: The contractor shall ensure a minimum accuracy rate of at least 95% as measured by FSA when processing borrower applications, requests, and other tasks.

- **17001.000: The contractor shall comply with Federal, State and Local Laws.**

  - o 17001.010: The contractor shall comply with all Federal, State, and local laws, rules, and regulations applicable to its performance under this contract.
  - o 17001.020: The contractor acknowledges that they are not the U.S. Department of Education and is not acting as the Government under this Contract. As such the contractor acknowledges that any claim or defense of Sovereign Immunity or Qualified Immunity is not applicable to work performed under the Contract and any task order issued under the Contract.
  - o 17001.030: The contractor shall take any necessary steps to support oversight by federal or state agencies, regulators, or law enforcement officials.

- **17002.000: The contractor shall execute internal quality control on all operational activity.**

  - o 17002.010: The contractor shall provide FSA access to system data to monitor, review, and report all operational activities performed (including calls, chat sessions, emails, processing, payment applications, adjustments, social media, etc.) performed by the staff.

    The contractor shall provide FSA with access to historical system data to review and report operational activities performed (including calls, chat sessions, emails, processing, payment applications, adjustments, social media, etc.).
  - o 17002.020: The contractor shall establish FSA approved monitoring practices and standards.
    - ▪ 17002.021: The contractor shall review employee monitoring results (internal and completed by FSA/others) and incorporate those results into updated/improved internal control and monitoring activities.
  - o 17002.030: The contractor shall record results of the monitor/review processes and provide the results to FSA on a quarterly basis in a report format approved by FSA. Each report will be due no later than 10 business days from the end of each federal FY quarter.
  - o 17002.040: The contractor shall determine corrective action processes needed in response to any issues found during monitoring activities, obtain FSA approval, and then execute those actions when needed to ensure satisfactory results.
    - ▪ 17002.041: The contractor shall document and retain all corrective actions taken and provide to FSA on demand.

- **17003.000: The contractor shall maintain validation that all contract requirements are being met.**

  - o 17003.010: The contractor shall develop processes/procedures to periodically validate that all requirements of the contract are being met and execute the validation on at least an annual basis.
    - ▪ 17003.011: The contractor shall maintain the validation documentation for the duration of the contract. A copy of all, or part, of the validation shall be provided to FSA on demand.
  - o 17003.020: The contractor shall provide the method by which each requirement can be validated and the processes/procedures to validate them to FSA on demand.

- **17004.000: The contractor shall promptly notify FSA of any issue or instances of non-compliance and work with FSA to resolve those issues.**

- o 17004.010: The contractor shall promptly notify FSA of any issues or non-compliance within 2 business days from the date the issue is discovered.  This will include an email to FSAitemsubmission@ed.gov to notify FSA of the issue and subject of the issue.
    - ▪ 17004.011: Non-compliance includes non-compliance with statutory, regulatory, or contractual requirements.
    - ▪ 17004.012: Issues include but are not limited to system issues, processing errors, system configuration errors, undetermined root cause, workforce, policy and procedure errors, procedural gap, transfer issues and/or limitations, system limitations, system flaws, and  training deficiencies (human error) that resulted in or may result in but not limited to harm to FSA's reputation, borrower complaints, harm to borrowers, harm to taxpayers, or a contract violation.
    - ▪ 17004.013: The report shall contain the cause and scope of the issue (including, but not limited to, borrower counts, loan number and dollar value), and propose a corrective active plan, which includes a remediation strategy.
    - ▪ 17004.014: Self-reporting does not relieve the contractor from being subject to a Corrective Action Plan and/or remediation and/or financial restitution/reimbursement.
- o 17004.020: The contractor's solution shall be integrated with the servicing and imaging systems in a way that the FSA reviewer can have access to all information needed to complete the reviews without relying on email submissions and or logging into multiple systems.
- o 17004.030: The contractor's solution shall track each issue separately and have an assigned issue number/identifier.
    - ▪ 17004.031: The contractor's solution shall contain the following for each issue; Category, Description, Summary, Proposed Corrective Action, Number of Borrowers and Loans affected and the total financial impact.
- o 17004.040: The contractor shall allow FSA the option to search and "work" the issues based on various parameter(s). Examples include but are not limited to the below.
    --Oldest discharge (first in, first out)
    --Subject matter (ex: Deferment, Forbearance, Discharge, Consolidation, Repayment, Credit Reporting etc.)
- o 17004.050: The contractor's solution shall maintain an audit trail for any action taken in the automated solution including but not limited to:
    --date issue identified
    --date issue sent to FSA for review
    --FSA request for additional information (ability for FSA to enter comments/questions and date of request)
    --FSA response date
    --FSA guidance
- o 17004.060: The contractor's solution shall allow for reporting to FSA based on category, date parameters and ad hoc methods as requested
- o 17004.070: The contractor shall work with FSA on the final requirements, design, and testing of the automated issue tracking workflow.
- o 17004.080: The contractor shall submit to FSA a corrective action plan (CAP) or work plan when the contractor does not comply with a statutory, regulatory, or contractual requirement, fails to follow or fully implement FSA guidance or repeatedly misses service level agreements (SLAs) that affects more than 25 borrowers or has a financial impact to borrowers, FSA, or taxpayers greater than $2,500.
    - ▪ 17004.081: A CAP/work plan is a detailed description of measures the vendor shall take to remediate any outstanding issues and/or to prevent an issue of noncompliance from reoccurring and may or may not require financial reimbursement, including targeted completion dates necessary to implement final corrective actions on the findings and recommendations. All proposed CAPS and implementations of CAPS will be monitored and tracked through FSA's ACERS tracking database (or equivalent). The Servicer shall provide, when requested, all necessary data points and requested documents to finalize and close out any

CAPS.
See Attachment 17000.SOP-CAPS_Work Plans Financial Penalties for Vendors and Corrections to Borrower Accounts

- ▪ 17004.082: The contractor shall correct borrower accounts while remediating any issues. The contractor shall follow FSA's standard approval procedures for automatic account corrections, unless directed by FSA to use non-standard account corrections. FSA's Finance Office, Accounting Policy Division, will provide guidance on proper financial transactions and documentation to be used when resolving these specific account issues.
  See Attachment 17000.SOP-CAPS_Work Plans Financial Penalties for Vendors and Corrections to Borrower Accounts

- **17006.000: The contractor shall support monitoring and oversight completed by FSA or FSA approved personnel.**

  - o 17006.010: The contractor shall support FSA's monitoring/oversight of all aspects of the contract, servicing requirements, regulatory requirements, and legislative requirements.
  - o 17006.020: The Contract shall provide FSA with full and timely access to servicing and reporting systems, monitoring capabilities configured across all interaction channels, customer-facing websites, quality management systems and credit reporting/dispute systems.
  - o 17006.030: The contractor shall support onsite and offsite reviews by FSA or FSA approved personnel by providing knowledgeable personnel to support the reviews, a secure workspace for FSA to use while onsite, and training/explanation/walk through of processes/procedures as needed to complete reviews. The contractor shall provide all data requested in support of reviews.
  - o 17006.040: The contractor shall provide FSA specific account information that meets criteria defined by FSA.
    - ▪ 17006.041: Account information may include but is not limited to: borrower/servicing history, application(s) or application data, prior contractor notes/history, reports (SCRA Multiple Record Request Results File, etc.), images/scanned documents (letters to/from borrower, etc.), screen shots, payment histories, and contractor processes.
  - o 17006.050: The contractor shall periodically provide accounts to FSA as requested, and/or support FSA in use of the DataMart to identify accounts. FSA may request borrower accounts, generally not to exceed 10000 that have specific parameters to complete reviews/oversight on those scenarios. Requests may become standard/canned requests or may be ad-hoc/one-time requests.
  - o 17006.060: The contractor shall work with FSA to identify repeated requests for the same type of data/information on a daily, weekly, monthly, or yearly basis to be provided and how best to provide that information.
  - o 17006.070: The contractor shall create and provide support ad hoc reports to FSA when requested and will respond timely to inquires/polls.
  - o 17006.080: The contractor shall promptly respond to oversight and monitoring requests for, but not limited to samples, documentation, images, call recordings, and explanations.

- **17007.000: The contractor shall review and respond to all monitoring, compliance, and/or oversight requests and/or reports.**

  - o 17007.010: The contractor shall review any documents provided by FSA or FSA approved personnel as a result of any monitoring, compliance and/or oversight report and provide a summary response to the document in addition to detailed responses to any findings.
  - o 17007.020: The contractor shall forward to FSA any information requests for Department of Education records or data from a Federal, State, Local Tribal or Territorial Government

agency or financial regulator.
- o 17007.030: The contractor will fully and timely respond to borrower complaints related to the Contractor's performance of this contract submitted to federal, state, local, tribal or territorial government agencies, including but not limited to the Consumer Financial Protection Bureau (CFPB).
- o 17007.040: The contractor shall send all requests received from external parties (e.g., advocacy, government, media, etc.) regarding information related to the U.S. Department of Education's programs, products, services, operations, or customers to a mailbox to be identified later.  The contractor shall not provide responses to any such requests without approval from the Contracting Officer or his or her designee. Any media inquiries should be directed to the U.S. Department of Education's Press Office at press@ed.gov or 202-401-1576.

- **17008.000: The contractor shall support quality monitoring of customer contacts by FSA or FSA's vendors.**

  - o 17008.010: The contractor shall provide access for FSA to listen to live and recorded inbound and outbound calls and review chat transcripts.
    - ▪ 17008.011: The contractor shall provide access for FSA to listen to recorded calls in near real time (access provided within 10 minutes of calling ending).
  - o 17008.020: The contractor shall provide the ability for FSA personnel to listen to live and recorded calls and review chat transcripts while in an FSA facility or while teleworking.
  - o 17008.030: The contractor shall enable and support FSA or FSA's vendors to engage in quality monitoring and scoring of customer contacts.
  - o 17008.040: The contractor shall enable and support FSA or FSA's vendors to implement natural language processing (NLP) software that includes speech-to-text and voice analytics capabilities that allow transcription and indefinite retention of all allowable customer interactions.
    - ▪ 17008.041: The contractor shall ensure audio recordings are of sufficient quality, made using compatible codecs and is not encrypted or compressed by proprietary technology.
    - ▪ 17008.042: The contractor shall transfer the audio recordings at a minimum of a daily basis using a specified filename format to FSA or FSA vendor.
    - ▪ 17008.043: The contractor shall concurrently provide a metadata file that will link with the filename of the audio recording and will contain a unique record ID, customer ID, agent ID, CRM ID, Call Category and subcategory agent name and other pertinent details as specified by FSA.
  - o 17008.050: The contractor shall participate in call monitoring calibration sessions as deemed necessary by FSA.
  - o 17008.060: The contractor shall provide access for FSA to review contractors Quality assessments and scores of customer interactions (e.g., calls, emails, and chats) for contractor's customer service representatives.

- **17009.000: The contractor shall record and store incoming calls and outgoing calls.**
  - o 17009.010: The contractor shall record 100% of incoming and outbound calls.
  - o 17009.020: The contractor shall ensure recorded calls are stored in a way that identifies the type of call, borrower SSN and account number as well as when the call was made, the length of the call, if the call is incoming or outgoing and the call queue for incoming or reason for call for outgoing.
  - o 17009.030: The contractor shall provide FSA with the ability to listen to recorded calls while in an FSA facility or teleworking.
  - o 17009.040: The contractor shall provide FSA with the ability to search for/select calls by type of call, SSN, account number, and length of call.
  - o 17009.050: [DELETED]
  - o 17009.060: The contractor shall retain calls in compliance with various state and local laws/regulations and for no less than 2 years after all of the borrower's loans are paid in

full or discharged.

- o 17009.070: The contractor shall enable and support FSA's efforts to record and transcribe customer interactions (e.g., install necessary software at data centers).
- o 17009.080: The contractor shall, through FSA-approved secured channels, provide recordings of any calls or chat transcripts requested by FSA in a timely manner.

- **17010.000: The contractor shall provide procedures and/or training materials when requested by FSA.**

  - o 17010.010: The contractor shall provide within 24 hours, requested procedures, call scripts and/or training materials for any aspect of the contract.

- **17011.000: The contractor shall support annual program compliance reviews done by FSA, or by an agent of FSA.**

  - o 17011.010: The contractor shall support all activities for FSA to conduct the annual program compliance reviews.

- **17012.000: The contractor shall create, review, and complete audit integrity reports.**

  - o 17012.010: The contractor shall create a series of monthly reports to identify student borrowing conditions that are abnormal, improper, and/or indicate an issue with the student loan account.
    - ▪ 17012.011: The contractor shall work with FSA to identify the full list of audit integrity reports, but for example the reports would include: Interest balance with no principal balance, loans improperly on different repayment plans, delinquent accounts with status of defer/forb/grace/school, accounts that won't pay off in term, accounts with large final payment, borrowers with balances over $100,000, borrowers with interest over $100,000, negative balance for over 30 calendar days.
    - ▪ 17012.012: The reports shall be provided to FSA on request.
  - o 17012.020: The contractor shall review the audit integrity reports on a monthly basis and resolve all accounts within the 30 calendar days following the report creation.
    - ▪ 17012.021: The contractor shall create procedures for each report. The procedures shall include escalating any issues that indicate a trend or possible system/operational issue impacting borrowers.

- **17013.000: The contractor shall notify Federal Student Aid (FSA) when they are named a defendant in a lawsuit or when required to provide plaintiffs' attorney(s) or other officials part of lawsuit borrower data or data related to ED held assets.**
  - o 17013.010: The contractor shall notify FSA of any lawsuits filed against them that pertain to ED/FSA borrowers or ED/FSA data related to ED held assets.
    - ▪ 17013.011: The contractor shall provide FSA with the court documents related to the lawsuit.
    - ▪ 17013.012: The Contractor shall provide FSA with the court documents related to lawsuit within 7 calendar days of receipt.
    - ▪ 17013.013: The Contractor shall send FSA court documents related to lawsuit to: OversightspecialProjects@ed.gov, FSA-adcontrolmail@ed.gov.
  - o 17013.020: The contractor shall notify their designated Contracts Officer.
  - o 17013.030: The contractor shall submit to FSA a monthly update of ongoing and past legal proceedings related to consumer protection compliance issues.
    See USDS SOW Attachment 18 Consumer Protection Compliance Template.

- **17014.000: The contractor shall provide copies of any subpoena's received in relation the federally held portfolio or the federal servicing activities completed by the contractor.**

- o 17014.010: Upon receipt of a Subpoena for information on an FSA Borrower, the contractor shall immediately share the Subpoena with U.S. Department of Education OGC's office as well as the FSA liaison and Contracting Officer/COR and Vendor Oversight Group. Contacts will be provided post award.

- **17015.000: The contractor shall support FSA in preventing and detecting suspicious activity or potential fraud.**
  - o 17015.010: The contractor shall detect common patterns of improper use of any system that processes payments on Federal Direct Loans or other Department information technology systems and alert FSA of potentially improper use of Department information technology systems in a manner determined by FSA.
  - o 17015.020: The contractor shall identify changes made to the borrower's account (such as name, address, email address, phone number) demonstrating the likelihood of improper use and possible fraud and shall immediately contact the borrower to determine the validity of changes made.
  - o 17015.030: The contractor shall reach out to borrowers identified by FSA who are suspected to be involved with a Third Party Debt Relief (TPDR) company to confirm whether they were working with a TPDR company, provide guidance to help borrowers protect their accounts, reverse any unauthorized actions taken by a TPDR company in their name, and advise of other helpful information for those seeking to sever ties with the TPDR company. Servicers shall then report back the results of their outreach using the DCC CRM Salesforce platform.
    - ▪ 17015.031: The contractor shall receive cases through the DCC CRM Salesforce platform for borrowers with activity on their StudentAid.gov accounts that is suspected to have been completed by a TPDR company using the borrower's log-in credentials. Servicers shall reach out to these borrowers to confirm whether they were working with a TPDR company, provide guidance to help borrowers protect their accounts, reverse any unauthorized actions taken by a TPDR company in their name, and advise of other helpful information for those seeking to sever ties with the TPDR company. Servicers shall then report back the results of their outreach using the DCC CRM Salesforce platform.
    - ▪ 17015.032: The contractor shall provide FTE resources with access to the DCC CRM platform to handle the expected monthly volume of new cases listed in Appendix A. Appendix A provides historical volume estimates for low, medium, and high-volume periods; servicers shall provide levels of effort for each of these volumes. Agents shall be responsible for the following actions:
      - Review cases as assigned.
      - Attempt to contact borrowers associated with assigned cases at least twice by email and twice by phone within the first 14 calendar days (or until contact is successful)
      - Record outreach results in Salesforce Partner Community, including the following data points:
        - o Whether or not contact with a borrower is successful
        - o Whether or not the borrower is confirmed to be working with a TPDR company
        - o Whether or not the borrower is receptive to servicer assistance
        - o If identified, the name of the TPDR company and TPDR company contact information.
        - o If identified, the actions taken by the TPDR on the borrower's account:
          - ▪ Consolidations
          - ▪ IDR Plan
          - ▪ Forbearance
          - ▪ Deferment
          - ▪ Auto-Debit Cancellation

- ▪ Paperless Change (Electronic Correspondence Preferences)
                  - ▪ Change in Contact Info.
                  - ▪ Log-In
                  - ▪ Impersonation Call
              - o Details of borrower interactions with TPDR companies
          - ▪ 17015.033: Provide borrowers with resources and assistance for the following:
              - How to reset their FSA ID password
              - How to reset servicer log-in information
              - Background information on TPDR companies
              - Guidance on how to report fraud to OIG, FTC, and other enforcement agencies.
              - Cancellation of fraudulently submitted applications.
              - Assistance with applying for Income-Driven Repayment Plans or other forms of repayment assistance.
              - Resuming auto-debit payments that may have been cancelled by a TPDR company.
          - ▪ 17015.034: The contractor's supervisory agents shall periodically conduct quality assurance reviews to validate that appropriate information was provided during outreach and results were recorded correctly.
          - ▪ 17015.035: The contractor shall work with FSA to determine exact requirements for the outreach approach.
          - ▪ 17015.036: FSA shall work with the contractor to determine the volume of borrowers that servicers shall receive each month for outreach
      - o 17015.040: When the contractor confirms the likelihood of improper use or possible fraud, the contractor shall cross reference all other accounts to ensure other borrower accounts have not been affected.
      - o 17015.050: The contractor shall maintain and make immediately available to FSA and appropriate legal authorities, logs associated with system, application, and account access.

- **17016.000: The contractor shall complete and submit the Payment Card Industry (PCI) Data Security Standard Self-Assessment Questionnaire D and Attestation of Compliance for Service Providers (PCI-DSS-v4-0-SAQ-D-Service-Provider-r3) form annually and is due no later than January 31st of each year to affirm PCI compliance.**

      - o 17016.010: The *Self-Assessment Questionnaire D for Service Providers and Attestation of Compliance* form can be down loaded from the this link https://www.pcisecuritystandards.org/document_library/?document=saq_d_service_provider_4.0 or found on the website https://www.pcisecuritystandards.org/document_library/. This questionnaire and attestation should be saved in a PDF format and emailed to the COR, ISO, ISSO, and AuditReporting@ed.gov. The email should be encrypted and password-protected with the subject line of "PCI information for (servicer name) for (year)." The SEAD Quarterly password will be used to encrypt the SAQ form. The COR will retain for the contract file and the ISSO will load the report into FSA's security systems (CSAM).

### Section 18000: Servicing Transfers

- **18000.000: The contractor shall accept and load loans transferred in via Servicing Transfers.**
    - 18000.001: See Attachments:
      EA27V4 Layout
      EA80V5 Collateral File
      PAYE Supplemental File
      SAVE Supplemental File
      PSLF Borrower File
      Cancer Deferment Supplemental File
      ICR supplemental file
      [DELETED]
      SCRA Statutory rates
      Hostile Duty – include any loan that has at least one hostile duty period
      [DELETED]
      Bankruptcy Data Report With Attorney
      Standing Payment Instructions – include any borrowers that has standing payment instructions
      Sending Servicer Account Number – include all borrowers in the transfer
      [DELETED]
      Discharge Report – includes all discharge types
      Plus Deferment Indicators
      SULA Eligible loans – used to identify past periods of SULA information
      Def/Forb greater than 99 months – used for any loans that has more than 99 months of a single deferment or forbearance type
      [DELETED]
      Address Limitation – used to identify any address that exceeds field size limits
      Cease and Desist – used to identify any borrower where a cease and desist order has been issued
      Work in Progress
      TCPA Consent
      Pending Rebate Loss
      Post Deferment Grace – used to identify a loan eligible for a post-deferment grace period
      Special Direct Consol Terms
      PIF Loan Details
      Borrower Special Handling – used to identify any borrower that has special handling instructions
      Truncated Financials
      In School Deferment Opt Outs – used to identify any borrower that has requested to opt out of in school deferments
      L1 Credit
      Historical Credit
      Stipulation Accounts
      Credit Report Dispute Response use e-OSCAR's most current CRA Batch specifications see 18000_CRA_Batch_Interface_Specification for example – Generated after the loan has been transferred (including closed school status information)
      [DELETED]
      [DELETED]
      Supplemental Tax File
      IDR Payment Eligibility Transfer File
      Forbearance Codes Reporting

- o 18000.010: The contractor shall receive notification of incoming servicing transfers from FSA and/or from FSA servicers (as approved by FSA).
  - ▪ 18000.011: Transfers and other movement of loans are defined below: Servicing Transfers = Moving of loans one federal non-default servicer to another federal non-default servicer.

    Assignments = Moving of loans from a non-default servicer to the federal default servicers (Assignment requirements are included in the Debt Collection Category/14000).

    Recalled Loan (Recalls) Transfers - Moving of loans from the federal default servicer to a non-default servicer (Recall requirements are included in the Debt Collection Category/14000).

    Rehabilitated Loan (Rehabs) Transfers - Moving of loans from the federal default servicer to a federal non-default servicer (Rehab requirements are included in the Debt Collection Category/14000).

    GA Rehabilitation Transfers - Moving of rehabilitated loans from a non-federal servicer to a federal non-default servicer. (GA Rehab requirements are included in the FFEL GA Rehab Requirement - 35300).
- o 18000.020: The contractor shall accept loans sent via the latest EA27 file format. See attachment "18000 EA27V4 File Layout."
- o 18000.030: The contractor shall review the information received and work with the sending servicer to obtain any additional information to load the loan successfully. Information from other servicers may be received as supplemental data files, documents, spreadsheets, emails and/or verbal information.
- o 18000.040: The contractor shall accept loans that have active balances and/or loans that have previously been satisfied (zero balance, PIF, discharged, forgiven, etc.).
- o 18000.050: The contractor shall validate every incoming borrower/loan has a servicing history provided from prior servicer (excluding DMCS). If the servicing history is not provided the contractor shall work with sending servicer to obtain the servicing history.
- o 18000.060: The contractor shall load each loan to the servicing system as quickly as possible. All loans shall be loaded to the system to begin servicing within 10 business days of the transfer date (exceptions will require prior FSA approval).
- o 18000.070: The contractor shall receive and process supplemental files. Files that shall be included with each EA27 include but are not limited to: PSLF, PAYE, SAVE, Cancer Deferment, Credit Reporting, Standing Payment Instructions.
- o 18000.080: The contractor shall create yearly servicing history guides. The guides shall provide instructions, data dictionaries, and any other information to allow FSA, FSA Partners, and Customer service agents review the servicing history record.
  - ▪ 18000.081: The contractor shall provide FSA annual updates to their servicing history guides in a manner determined by FSA.
- o 18000.090: The contractor shall create and send a 1098 history file that contains copies of all 1098 forms generated for an account and include it in the EA80.
- o 18000.100: Note: Per CR 5224 EA27 Record Type 02, field 31/32 was renamed from Tax Exempt to Cancer Deferment.
- o 18000.110: The contractor shall be able to receive inactive zero balanced loans from the sending servicer and will have the capability to either load those loans to their servicing system or store those loans in a central repository.

- **18001.000: The contractor shall accept and store collateral files.**

  - o 18001.010: The contractor shall accept documents sent via the latest EA80 collateral file format.
    - ▪ 18001.011: See attachment "18000 EA80V5 Collateral File layout."
  - o 18001.020: The contractor shall assume all documents received via the EA80 collateral file format have previously been reviewed/worked by the prior servicer and are being provided as part of the borrower's servicing record.

- o 18001.030: The contractor shall store the collateral files as part of the borrower's record and provided to other servicers as needed (e.g., when a loan is transferred to another servicer).
- o 18001.040: The EA80 file shall include all imaged documents related to the transferred loans, such as Promissory Notes, Deferment forms, Forbearance forms, and Borrower Servicing and Payment history, etc.

- **18002.000: The contractor shall accept and store post sale files.**

  - o 18002.010: The contractor shall accept documents sent via the latest EA80 post sale file format.
    - ▪ 18002.011: See attachment "18000 EA80V5 Collateral File layout."
  - o 18002.020: The contractor shall review all documents received via the EA80 post sale file format to determine if action is needed as a result of the documents.

- **18003.000: The contractor shall transfer loans to other servicers.**

  - o 18003.010: The contractor shall send loans to other servicers via the latest EA27 file format when requested by FSA, including closed/zero balance loans for selected borrowers.
    - ▪ 18003.011: The contractor shall receive the request to transfer loans and details of what loans to transfer and when from FSA and/or another FSA approved entity.
  - o 18003.020: The contractor shall send all of the borrower's collateral image files to the receiving servicers as part of the transfer via the EA80 collateral file at the same time, or soon after, the conversion transfer file (EA27) is sent.
  - o 18003.030: The contractor shall provide the receiving servicer with the borrower's complete servicing history (including BHAR. See requirement below) at time of transfer as part of the EA80 collateral file documents, including the servicing history all documents in the borrower's imaging file and all communications including email and/or chat conversations (all inquiries from and responses to the borrower).
  - o 18003.040: The sending servicer shall ensure that all work in process (WIP) activity related to loans being transferred are worked prior to transfer. WIP includes items such as adjustments, incoming borrower requests, payment applications, etc.
  - o 18003.050: The contractor shall create supplemental files. These files include, but are not limited to, PAYE, SAVE, Credit Reporting and Standing Payment Instructions layouts.
    - ▪ 18003.051: The contractor shall provide the number of Qualifying Payments for each IDR plan (on a supplemental transfer report) individually.
      - • 18003.051.1: The number of Qualifying Payments should NOT include any prepaid months.

        For example: if the borrower is prepaid 8 months in March (paid through the November installment) the qualifying payment counter reflects 24, the current servicer shall reduce the counter to only reflect the payments through the transfer date (if the transfer is in April the contractor will only report 17 qualifying payments)
    - ▪ 18003.052: The contractor shall provide number of Qualifying Months for each IDR plan (on a supplemental report) individually at time of transfer. This counter should NOT include any future months. This should reflect the amount of time that has passed since the borrower has begun the IDR forgiveness tracking.
      - • 18003.052.1: The contractor shall provide number of Qualifying Months of Economic Hardship Deferment. This number should NOT include future months if currently in an Economic Hardship Deferment at time of transfer.
      - • 18003.052.2: The contractor shall provide the number of months spent

in the non-capitalizing Administrative Forbearance that begins 3/13/2020 and ends with the end of the payment pause (CARES Act) at time of transfer.

- 18003.053: The contractor shall provide applicable dates for IDR processing, to include anniversary date of IDR, renewal date of IDR, and disclosure date of IDR.
- 18003.054: The contractor shall provide for any delinquent loans the first date of delinquency for credit furnishing purposes.

o 18003.060: The contractor shall coordinate the sending of the loan transfer files (EA27, EA80, and supplemental files) with the receiving servicer.

o 18003.070: Any delay to the delivery/ receipt of the loan transfer files (EA27, EA80, or supplement files) shall be reported to FSA for explanation and approval.

o 18003.080: When transferring loans to another servicer due to a split borrower situation, the contractor shall check their system and send all loans (active or inactive) to the new servicer as to maintain all of the borrower's loan history at the same servicer.

- 18003.081: The Servicer shall provide a single report in Excel format that shows for all borrowers who are excluded by a sending Servicer from a split borrower transfer.
- 18003.082: This single report shall include: SSN, Name (Last, First), Reason for Exclusion, and Total Number of Exclusions.
- 18003.083: This list should be sent in an encrypted email file attachment to the affected Servicers as well as the Servicer Transfer mailbox for FSA (Servicertransfer@ed.gov) and TivasReports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov with a subject line that includes "MONTH Exclusions" where MONTH is the month of the transfer (e.g., Dec Exclusions).  The file should be sent before the end of the month of the transfer.

o 18003.090: The contractor shall provide the receiving servicer, at the loan level:

- 18003.091: A complete financial transaction history for all payments, adjustments, status and repayment plan changes that were made to the loan while it was being serviced at the sending servicer to including transaction amount, effective date, schedule number, allocations to principal/interest, and transaction effective and posting dates.
- 18003.092: A complete borrower correspondence history for all of the phone conversations and email/letter correspondence between the sending servicer and the borrower.

o 18003.100: The contractor shall create an email & chat conversations file that contains all details from all email and chat conversations and include it in the EA80.

o 18003.110: The contractor shall create and send an annotation/comments file that contains all annotations and comments contained for the account and included it in the EA80.

o 18003.120: The contractor shall provide the receiving servicer a supplemental file identifying any "at risk borrowers" and the relevant cohort codes (as defined in 24009).

o 18003.130: Upon receipt of any borrower defense file, the servicer shall not transfer any loans included in the file which are approved for discharge. If the borrower chooses to opt out of the borrower defense discharge, the servicer shall allow the loan to transfer to another servicer, if needed.

o 18003.140: Upon receipt of the one-time IDR account adjustment file, the servicer shall not transfer any loans included in the file which are approved for IDR forgiveness. If the borrower chooses to opt out of IDR forgiveness, the servicer shall allow the loan to transfer to another servicer, provided the servicer has successfully reported the opt out to NSLDS.

- **18004.000: The contractor shall forward all correspondence, documents, or information rec'd on transferred loans after transfer to the receiving servicer.**

o 18004.010: The contractor shall send any correspondence, documents or information rec'd from a borrower whose loans have been transferred to the receiving servicer via the

EA80 post-sale file.

- **18005.000: The contractor shall send all payments received on transferred loans after transfer to the receiving servicer via IPAC.**

  - o 18005.010: The contractor shall use the IPAC process to send payments and payment information to the receiving servicer within 10 business days of receipt of payment.

- **18006.000: The contractor shall create a Borrower History and Activity Report (BHAR).**
  - o 18006.010: The contractor shall include all historical servicing information about the borrower and borrower's loans within the BHAR (for the time period the loan/borrower was on the contractor's system) in a standardized, machine-readable format to be issued by FSA. The contractor shall use their own BHAR format until the FSA BHAR is implemented by 7/31/2024.
    - ▪ 18006.011: The contractor shall include a payment history for all payments received and financial adjustments (for the time period the loan was on the contractor's system) for each loan as part of the creation of the BHAR.
  - o 18006.020: The contractor shall create and maintain a guide the explains all aspects of the BHAR including examples, definitions and explanations of how to interpret the activity that occurred. This guide shall be updated in January of each year, or more frequently if changes are made to the history record.
  - o 18006.030: The contractor shall create a borrower history and activity report (BHAR) for every borrower that is transferred, paid off, or assigned to DMCS. The BHAR shall be included within the EA80 collateral file when transferring loans to servicers who can accept EA80 collateral files. A copy of the BHAR shall be placed in the borrower's imaging history each time a BHAR is created.
  - o 18006.040: The contractor shall create a BHAR and provide to FSA at any time if requested via email.
  - o 18006.050: The contractor shall create a BHAR and store a copy of the BHAR within the imaging history for the borrower (even if the borrower/loan is transferred or assigned off the system, the BHAR shall be placed into the imaging history within this servicing solution).
  - o 18006.060: The contractor shall create a BHAR for every transferred loan (to another servicer) and every assigned loan (to DMCS) at time of transfer/assignment.

- **18007.000: The contractor shall send a welcome notice to the borrower once loaded to the system.**

  - o 18007.010: The contractor shall send the welcome notice to every non-PIF borrower received and loaded.
  - o 18007.020: The contractor shall send the welcome notice immediately (within no more than 3 business days) upon loading of the loan.
  - o 18007.030: The contractor shall ensure welcome notices comply with all federal, state and local laws and regulations (e.g., content and timing).
  - o 18007.040: The contractor shall promote enrolling in Income Driven Repayment Plans and Automatic bill pay in the welcome notices.
  - o 18007.050: If the borrower is in a bankruptcy status, the contractor shall send the welcome notice to the trustees instead of the borrower.

- **18008.000: The contractor shall send a transfer notice to the borrower prior to transfer off the system.**

  - o 18008.010: The contractor shall send the transfer notice (see communications category for detail on the notices and text/format to be used) to every non-PIF borrower that is expected to be transferred no less than 15 calendar days before transfer.

- o  18008.020: Notifications shall be sent by email if borrower has chosen to receive communications electronically, otherwise the notification shall be mailed to the borrower. If no good/valid mailing address is available, the notification is not required to be sent.
- o  18008.030: The sending servicer shall send a transfer cancellation notice to borrowers if a previously scheduled transfer, which the borrower was notified of, has been cancelled. (See communications category for detail on the notices and text/format to be used.)
  - ▪  18008.031: Cancellation notifications shall be sent to the borrower as soon as the sending servicer becomes aware of the transfer cancellation, but no more than 3 calendar days prior the scheduled transfer date.
- o  18008.040: The contractor shall ensure transfer notices comply with all federal, state, and local laws and regulations (e.g., content and timing).
- o  18008.050: If the borrower is in a bankruptcy status, the contractor shall send the transfer notice to the trustees instead of the borrower.

- **18009.000: The contractor shall maintain a Tracking Log that contains all loan transfers and loan purchases.**
  - o  18009.010: The tracking log shall contain entries for every transfer IN deal a servicer receives. The list shall be cumulative of all transfers.
  - o  18009.020: See attachment 18009 EA27 TrackingLog.xlsx for sample of tracking log and required data elements.
  - o  18009.030: The contractor shall submit the tracking log to FSA each Friday. The Tracking Log shall be sent to FSA transfer contacts via email.

- **18010.000: The contractor shall complete all reconciliations required for loan transfers.**
  - o  18010.010: See Reconciliations Category for additional information on reconciliations.

- **18011.000: The contractor shall successfully complete inter system testing with a servicer prior to conducting transfers with that servicer.**

- **18012.000: The contractor shall send financial information to FMS as required for loan transfers.**
  - o  18012.010: See the Financial activity and FMS interface requirements for details.

- **18013.000: The contractor shall send borrower/loan information to NSLDS as required for loan transfers.**
  - o  18013.010: See the NSLDS interface requirements for details.

- **18014.000: The contractor shall store all incoming EA27 files and provide to FSA on request.**
  - o  18014.010: The contractor shall store all incoming EA27 files as sent from sending vendor for at least 5 years from transfer date.
  - o  18014.020: The contractor shall provide copies of the stored EA27 files to FSA upon request.

- **18015.000: The contractor shall provide a transfer confirmation document to FSA for each transfer.**
  - o  18015.010: The contractor shall complete a confirmation document for each transfer indicating the transfer has been successfully completed and that the contractor has loaded all necessary information to service the loan. Format and detail of confirmation document to be determined in coordination with FSA.
  - o  18015.020: The contractor shall provide the transfer confirmation within 30 calendar days after the transfer date.
  - o  18015.030: The contractor shall include total borrowers, total loans, total principal, total interest for the transfer within the transfer confirmation. The contractor shall provide the volumes of borrowers in each status (similar to how reported to NSLDS) for the transfer.

The contractor shall maintain borrower level backup to support the information provided and provide that detail on demand.

- o 18015.040: The contractor shall create and store transfer confirmation detail information detailing the SSN, name, award id, principal, interest, status (using NSLDS status reasons), and calendar days delinquent for every loan transferred. This detailed information shall be provided to FSA upon request.
- o 18015.050: The contractor shall ensure the following are available (as appropriate) for each loan received via transfer:
  - ▪ Servicing history include all debits/credits to borrower loan account.
  - ▪ Servicing history notes/comments
  - ▪ Sufficient information within the EA27 file to load the loan.
  - ▪ Imaging records for the borrower
  - ▪ All information needed to create a payment history.

- **18016.000: The contractor shall store the prior servicer as part of the borrower's servicing history record.**

  - o 18016.010: The contractor shall identify the prior servicer of a borrower's loan(s) [if transferred in from another servicer/DMCS] and that prior servicer information shall be stored and viewable as a data element on the borrower's account. The element should be stored in a way that allows for queries to use that element as a data parameter and the element should be viewable to customer service representatives and FSA on the borrower's account. The data shall also be included on the BHAR.

- **180017.000 [DELETED]**

- **18018.000: The contractor shall provide a post transfer activity report for each transfer.**
  - o 18018.010: The contractor shall provide a monthly report that shows specific information related to each transfer. The report shall be provided EVERY month for 12 months after the transfer has been completed and delivered by the 10th business day of each month.
  - o 18018.020: The report shall include the number of borrowers within each transfer (as a count and % of all borrowers in transfer) that have logged onto their servicing web account, those that have set preferences via the web (or via other methods), and a count of how many have made payments since being transferred. The report shall include a view of the status of the borrowers in comparison to status at time of transfer. The contractor shall maintain the detailed, borrower level information to support the summary information provided in the report and provide the detailed data on demand.

- **18019.000: [DELETED]**
  - o 18019.010: [DELETED]

- **18020.000: The contractor, whether transferring or receiving, will comply with the credit reporting requirements outlined in the credit reporting and procedures requirements**
  - o 18020.010: See credit reporting requirements for loan transfers under 30000 - Credit Reporting.

- **18021.000: The contractor shall provide research on loans for periods prior to loaded to contractor.**
  - o 18021.010: The contractor shall provide research on borrowers/loans/accounts, upon FSA request or as needed to support borrowers. The research may require reviewing NSLDS, servicing history images or documents and may require the contractor to perform research on the account for time periods prior to the loading of the account to the contractor.
  - o 18021.020: The contractor shall review all prior system documentations to develop knowledge and familiarity with those servicing histories and related documents. The

interpretation of those documents shall be included as needed within the contractor's training procedures.

- **18022.000: The contractor shall resolve all data issues with the sending/receiving servicer for all transferred loans.**
    - o 18022.000: It is expected that all loans are accepted during a transfer - servicers shall work with each other to resolve any data issues and provide any additional assistance, data or other information needed by the receiving servicer to complete the transfer.
    - o 18022.020: It is expected that all issues related to the transferred loans will be resolved within 2 weeks of receiving the loans and that the receiving servicer will report all loans as "Work in Process" (WIP) until such time that the loans are successfully loaded to the servicing system.

- **18023.000: Servicers shall create a file of all active, non-reversed borrower payments and payments made on behalf of the borrower for all loans included in the transfers.**
    - o 18023.010:  Servicers shall use the FSA provided file layout for the loan transfer supplemental file.
    - o 18023.020: Servicers shall also send the new supplemental file for each transfer to FSA via SAIG.
        - ▪ 18023.021: Servicers shall create a comma-delimited file with the following loan-level detail:
            - • Borrower SSN, Award ID, Servicer code, Applied/Posted Date, Effective Date, Amount Applied to Principal, Amount Applied to Interest, Amount Applied to Fees.
            - • All dates should be formatted MMDDCCYY
    - o 18023.030: Servicers shall receive a payment activity file for each incoming transfer.
    - o 18023.040: Servicers shall accept files with the name = Payment_activity_file.[create date].txt.
    - o 18023.050: Servicers shall use SAIG mailbox (TGCP462) and message class (PAYACTIN) to send a payment activity file.
    - o 18023.060: Servicers shall use SAIG mailbox (TGCP462) and message class (PAYACTOP) to receive a payment activity file.
    - o 18023.070: Servicers shall use the payment activity files to automate refund processing to the extent practicable.

### *Section 19000: System Access*

- **19000.00: The contractor shall provide FSA access to borrower account information.**

  - 19000.010: The contractor shall provide FSA, FSA approved personnel, or contractor personnel with access to borrower account information.
  - 19000.020: The contractor shall provide FSA, or contractor personnel, with access to a website view (similar/same as what a borrower sees) to borrower accounts.
  - 19000.030: The contractor shall provide for a minimum of 250 concurrent FSA users with the ability to allow for additional users within 30 calendar days of enhancement request.
  - 19000.040: The contractor shall create user role access that allows FSA staff to run Ad-hoc reports. (Example, view only access and access to view and run reports)

- **19001.00: The contractor shall provide FSA access to all stored images.**

  - 19001.010: The contractor shall provide FSA, or FSA approved personnel, or FSA's contractors with access to imaged documents.
  - 19001.020: The contractor shall provide for a minimum of 250 concurrent FSA users with the ability to allow for additional within 30 calendar days of enhancement request.
    - 19001.021: NOTE: FSA and FSA user counts do not include the volumes of users needed for the addition of customer service vendors.

- **19002.00: The contractor shall provide a scalable virtual hosting solution via common access methods used by FSA personnel.**
  **The contractor shall coordinate with FSA and other Next Gen solutions to develop single sign-on capability.**

  - 19002.010: The contractor shall ensure FSA can securely access borrower and image information via FSA headquarters or regional buildings, via FSA telecommuting options (i.e., Citrix/VPN) and public internet. See Cybersecurity requirements in PWS/Requirements document (USDS SOW Attachment 3 - IT Requirements Repository).
  - 19002.020: The contractor shall ensure all access meets existing security requirements (see Security category) and requires at least the minimal authentication to gain access. See Cybersecurity requirements in PWS/Requirements document (USDS SOW Attachment 3 - IT Requirements Repository).

- **19003.00: The contractor shall provide personnel to assist FSA and FSA users with completion of forms and initial access to borrower/image contractor's user interfaces.**

  - 19003.010: The contractor shall provide personnel that FSA and contractor personnel can contact (via phone and email) to obtain assistance with gaining system access based on the user's needs. The personnel shall be able to provide support on which forms must be completed, how they shall be completed, who they would be provided to once completed, and once access is obtained assist with initial log on to various user interfaces.
  - 19003.020: The contractor's personnel should become familiar with FSA's method of viewing all aspects of borrower and image information to support FSA user needs.
  - 19003.030: The contractor's personnel shall provide all forms needed to gain access.
  - 19003.040: The contractor provide access within 2 business days from receipt of approved access forms from FSA security personnel.

- **19004.00: The contractor shall store images in an acceptable, non-proprietary imaging format as agreed to by FSA.**

- o 19004.010: The contractor shall store all borrower images in formats that are viewable by FSA and contractor without requiring additional software, add ons, plug ins or conversions.
        - o 19004.020: The contractor may store images in formats acceptable as part of the EA80 file layout.

- **19005.000 [DELETED]**

### *Section 20000: Processing-General*

- **20000.000: The contractor shall have the ability to receive and service FFEL, Direct Loan (including Direct Loan Consolidation, Special Direct Loan Consolidation and TEACH Loans), and FISL Loans as required by statutory, regulatory, and legislative guidelines.**

  - 20000.010: For any items that are not detailed within the FSA requirements and could have multiple interpretations, the contractor shall NOT automatically follow their interpretations or follow FFEL regulations for the Direct Loan products.
  - 20000.020: For items described above the contractor shall reach out to FSA to get clarification documented into requirements (the contractor shall provide their proposed approach for validation or direction).

- **20002.000: The contractor shall accept a file from the Postsecondary Education Participants System (PEPS) as a source of school information.**
  - 20002.010: PEPS file information includes various school information such as: New schools, closings, ownership changes, school codes, school types, program lengths, etc.
  - 20002.020: The PEPS file will be provided to contractor weekly via SAIG if requested.

- **20003.000: The contractor shall support FSA's effort to follow the Office of Foreign Assets Control (OFAC) direction on collection activity for servicing customers residing in certain sanctioned countries.**

  - 20003.010: The contractor shall follow Office of Foreign Assets Control ("OFAC") (of the US Department of the Treasury) international sanction rules.  See http://www.treasury.gov/resource-center/sanctions/Pages/default.aspx for additional information
  - 20003.020: The contractor's system should not allow contractor to accept money from customers residing in any sanctioned countries until the Department of Education has received a multi-purpose license.
    The license is an authorization from OFAC to engage in a transaction that otherwise would be prohibited.
  - 20003.030: There is a list of approved countries available at www.treasury.gov/ofac for the contractor to reference.
  - 20003.040: If the customer resides in a country that is sanctioned, the contractor shall notify the FSA Contracting Officer, or their designee, to submit a request for a multipurpose license.
  - 20003.050: The contractor shall place customers that reside in a sanctioned country in a six-month administrative forbearance and stop all collection activity, until the license is acquired by Department of Education.
  - 20003.060: The contractor shall extend the forbearance for an additional 3 months if the multi-purpose license is not acquired at the expiration of the initial 6 months (or subsequent 3 months)
  - 20003.070: The contractor shall maintain a monthly report with the customers forborne in sanctioned countries. The report shall list the customer's name, SSN, Award ID, PBO, IRB, Sanctioned Country, Date Forbearance applied awaiting multipurpose license.
  - 20003.080: Once the contractor is notified that the multi-purpose license for the country has been issued, the contractor is required to restart collection activity at the direction of FSA.

- **20004.000: The contractor shall accept general powers of attorney and permit action to be taken by the holder of the power of attorney (within the scope of the power of attorney) so**

**long as the power of attorney meets the minimum requirements of applicable state law as per the Department's Privacy Act regulations (34 CFR part 5b)**

- o 20004.010: If dealing with an entity that holds a power of attorney (e.g., customer Advocacy Group, Inc. v Joe Smith), the individual action on behalf of that entity and pursuant to the power of attorney must demonstrate, to the contractor, that he or she is an authorized employee or official of the entity holding the power of attorney before permitting the holder of the power of attorney to take any action on the customer's account.

- **20005.000: The contractor shall maintain a list of 3rd party debt companies that are deemed suspicious and update FSA with their list of Suspicious emails and physical addresses at FSA's request.**

  - o 20005.010: The contractor shall store the indicators of suspicious applications for additional analysis and review by FSA. This includes applications received via COD, fax, or paper applications.
  - o 20005.020: The contractor shall reach out to the customer with a suspicious application indicator on file.
    - ▪ 20005.021: The correspondence to the customer shall at minimum inform the customer that:
      o They have a legal obligation to keep the contractor apprised of the customer's current address;
      o Certain documents are required to be on file before being able to work with the third party;
      o That all the student loan-related services that the customer may be receiving from a third-party are available through the Department's contractor for free; and
      o That the customer may file a complaint with another government agency (CFPB/FTC) if the customer feels that he or she was misled by the third party.
  - o 20005.030: The contractor shall update FSA with their list of suspicious emails and physical addresses weekly.
  - o 20005.040: The contractor shall make available a system field/flag for affected accounts, that indicates suspicious activity and a table of codes that allows for various types of suspicious activity related to TPDR/Fraud to be reported.

- **20007.000: The contractor shall place Parent and Graduate/Professional PLUS loans into repayment using the below guidelines for regulation 685.027(d)-Obligation to Repay--Direct PLUS Loan Repayment.**

  - o 20007.010: The contractor shall place a fully disbursed PLUS loan into repayment as of the date of the last disbursement. If a PLUS loan is not fully disbursed 30 calendar days after the last anticipated disbursement date, the contractor shall put the loan into repayment using the last actual disbursement date as the date entering repayment. Fully Disbursed loans are loans that no future disbursements are anticipated.
  - o 20007.020: The contractor shall set the first payment due date within 60 calendar days of the date the loans are considered fully disbursed.
  - o 20007.030: For loans received from COD, the contractor shall determine the payment begin date for Fully Disbursed and Not Fully Disbursed loan(s). This determination should be made on the day after the contractor receives and processes the loan booking transactions for the final disbursement of the loan, as specified but not limited to the following examples:
    - ▪ 20007.031: For a Parent PLUS loans where the customer (parent) is in school at least half time and requests and is eligible for an in-school deferment, the customer's payment begin date would be equal to the day after the customer separates from school or falls below half-time enrollment.

- 20007.032: If a Grad PLUS customer is in school at least half-time and does not decline the automatic in-school deferment, the contractor shall determine the Grad PLUS customer's loan(s) payment begin date as the day after the student separates from school or falls below half-time.
- 20007.033: If a Grad PLUS loan student separates from the school or falls below half-time and then requests and is granted a Partial Financial Hardship forbearance, the contractor shall determine the Grad PLUS customer's loan(s) payment begin date as the day after the PFH forbearance ends.
  - o 20007.040: The contractor shall calculate the customer's payment amount of a PLUS Loan(s) that enters repayment based on the net disbursed amount of the loan. If a subsequent disbursement is received for a Not Fully Disbursed loan after it has entered repayment, the contractor shall adjust the customer's repayment schedule and re-disclose to the customer.
  - o 20007.050: The contractor shall ensure that each of a customer's PLUS loans enter repayment using the same guidelines provided for Fully Disbursed and/or Not Fully Disbursed loans. A customer with multiple PLUS loans may have different repayment begin dates for each PLUS loan.
  - o 20007.060: The contractor shall ensure the applicable record types are included when reporting to NSLDS on Fully or Not Fully Disbursed PLUS loans that enter repayment (see 12000 requirements for more info).

- **20008.000: The contractor shall store and report unique award IDs for each federally held loan and assign an award id if a FFEL loan doesn't already have an award id.**

  - o 20008.010: The award ID will be a 21 digit element that is commonly provided to the contractor in the incoming transfer file. In most cases the award ID has already been created - ALL DL awards already have an award ID (sometimes referred to as a loan id).

    See attachment "20008_Award ID Formula."
  - o 20008.020: Once assigned, the award ID will NOT change - and should be reported appropriately to NSLDS, DMCS, and to FMS (in TXI/TXO/WIP files). Award IDs should also be included when transferring a loan to another contractor.

- **20009.000: The contractor shall support the customer's request to regain Title IV eligibility and reaffirm their intention to Pay in Full or make payment arrangements when they have inadvertently exceeded annual or aggregate loan limits.**

  **See attachment "20009_ReaffirmationAgreement1845-0133."**

  - o 20009.010: Under the Department's regulations at 34 CFR 668.35(d), a student who has inadvertently exceeded annual or aggregate loan limits, and who is not in default on a Title IV loan, may regain Title IV eligibility if the student: (1) repays the excess loan amount now; or (2) Agree to repay the excess according to the terms and conditions of the borrower's promissory note.
  - o 20009.020: The contractor shall receive and process the Reaffirmation agreement.
    - 20009.021: The contractor shall follow the "Reaffirmation Guidance" (https://fsapartners.ed.gov/knowledge-center/library/dear-colleague-letters/2013-01-17/gen-13-02-subject-regaining-title-iv-eligibility-after-exceeding-loan-limits-and-treatment-loan-funds-when-student-fails-begin-attendance) when a reaffirmation agreement is received.
    - 20009.022: The contractor may rely on the information provided by the school in the reaffirmation agreement. There is no statutory or legislative basis for the contractor to independently confirm through NSLDS that the school identified the correct loan (or loans) on the agreement form.
  - o 20009.030: See NSLDS requirements for reporting reaffirmation data.

- 20009.040: It is noted on the form that if the over borrowing was caused by more than one loan and the loans are held by different loan holders, a separate form will need to be submitted to each loan holder. For example, if the loan that caused the inadvertent over borrowing is a Direct Loan or a Federal Family Education Loan (FFEL) Program loan that is held by the Department, the student must contact the Federal loan servicer that services the loan to resolve the inadvertent overborrowing. If the loan that caused the inadvertent over borrowing is a FFEL Program loan held by a loan holder other than the Department (a "commercially held" FFEL Program loan), the student must contact the FFEL loan holder or the contractor for the loan to resolve the inadvertent over borrowing.

- **20010.000: The contractor shall ensure the servicing system and all related programs and reports are able to accept, store, process values of up to $99,999,999.99 per customer.**

- **20011.000: The contractor's system shall assign a cycle date (due date) to each borrower and maintain it at a borrower level.**

  - 20011.010: The contractor's system shall apply the assigned cycle date to each loan once it initially enters repayment. The cycle date occurs EVERY month for the life of the loan.
  - 20011.011: Upon request from the borrower, the contractor may change the cycle date (due date) of individual loans or groups of loan to spread the monthly payment amount across multiple due days.
  - 20011.020: The contractor's system shall ensure every monthly cycle date is satisfied payment, deferment, or forbearance. For example, when a deferment or forbearance ends, the next cycle date is the date the customer is due (a loan shall never go more than 30 calendar days after deferment/forbearance end before being due a payment - the customer's notification of deferment/forbearance end may occur during the defer/forb to ensure the customer is sufficiently notified).
  - 20011.030: The contractor's system shall track every cycle due date status and record that status in the customer's permanent record.

- **20012.000: The contractor shall perform quarterly scans of their platform and identify any accounts (defaulted and non-defaulted) that have invalid SSNs.**

  - 20012.010: Definitions for invalid SSNs can be found in the below links:
    - https://secure.ssa.gov/poms.nsf/lnx/0110201035
    - https://www.ssa.gov/kc/SSAFactSheet--IssuingSSNs.pdf
  - 20012.020: The contractor shall contact the borrowers and obtain documentation to correct the SSN.
  - 20012.030: The contractor shall create an Invalid SSN report.
  - 20012.040: The report shall be a cumulative report and delivered via email to FSA on a quarterly basis.  The report shall contain at a minimum:
    * Date:  Date SSN identified as Invalid
    * Invalid SSN
    * Borrower Name
    * Outstanding Principal
    * Outstanding Interest
    * Delinquent Yes/No
    * Correct SSN
    * Date Corrected:
    The FSA Email address is TBD.
  - 20012.050: The contractor shall perform skip tracing activities to locate the borrower's SSN if the invalid SSN is not resolved within one year of identifying the SSN as invalid. All federal debts are required to be associated with a valid Taxpayer ID, per 31 U.S. Code § 7701 and OMB Circular No. A-129.

- **20013.000: The contractor shall perform corrections to the customer's name(s) due to a clearly identifiable clerical error or typos.  The correction shall be based on existing contractor documentation (i.e., promissory note). If the contractor is unable to clearly identify a clerical error, the contractor shall follow the name change guidance as outlined below.**
  - o 20013.010: Only one piece of supporting documentation from the list provided below is required to process a name change or name correction.
  - o 20013.020: Any legitimate documentation meeting the criteria outlined below that is received by the contractor for the purposes of a name change or correction must be processed accordingly without exception, inference, or bias. See requirement series for more information on the impact on processing name changes.
    - ▪ 20013.021:
      1. Court Decree
      2. Court Order
      3. Marriage Certificate
      4. U.S. Certificate of Naturalization
      5. U.S. Certificate of Citizenship
      6. Social Security Card
      7. Driver's License
      8. State ID
      9. Birth Certificate
      10 U.S. Passport or U.S. Passport Card
      11. U.S. Military Discharge Papers
      12. Alien Registration Card
  - o 20013.030: Upon receipt of acceptable documentation, the contractor shall document the below in the servicing history notes. The reason for the name change is extraneous information and should not be documented in the history notes. The supporting document(s) shall be imaged as part of the borrower's records.
    - ▪ 20013.031: [DELETED]

- DEFERRED FUTURE CLIN 7 REQUIREMENT **- 20014.000: The contractor shall allow the borrower to choose their own pronoun(s).**
  - o 20014.010: The contractor's systems (including mainframe, website, and any mobile app) shall allow for the borrower to choose the pronoun(s) of the borrower's choice. Choices shall include "She, He, They, Other". Additionally, the contractor shall allow the borrower to choose a title including, but not limited to, "Mr. Mrs. Ms. Miss. Mx.".

- **20015.000: The contractor shall process borrower requests, applications, complaints, discharges and other tasks in a timely manner.**

  - o 20015.010: The contractor shall ensure that at least 95% of tasks are completed within a timely manner, within the time frames outlined in these requirements (e.g., § 5012.010: The contractor shall process IDR applications within 15 business days).
    - ▪ 20015.011  The servicer shall not deny an application or form based solely upon date format if all other eligibility requirements are met for the specific request.

- **20016.000: The contractor shall provide borrowers due process whenever a borrower applies for a non-discretionary benefit (including all loan discharge applications [excluding TEACH, TPD, and PSLF/TEPSLF applications] and requests for deferment and forbearance for which a borrower is entitled by meeting specific criteria) (aka Higgins Requirements).**

  - o 20016.010: The contractor shall upon receipt of the application, notify the borrower that the application has been received, describe the review and approval process including the roles and responsibilities of all the entities involved in that process, and actions the

borrower may take to reapply if the application is determined to be incomplete or is disapproved.

- o 20016.020: After a review of the application the contractor shall notify the borrower of the results of the review - if the application is incomplete, if the borrower is ineligible, or if the borrower is eligible. The notice must specify the loans to which this decision pertains.
    - ▪ 20016.021: If the application is incomplete, the borrower must be notified of the items necessary for making an application complete, the regulatory authority for that requirement, and what items were missing from that borrower's application.
    - ▪ 20016.022: If the borrower is not eligible, the borrower must be notified of the criteria necessary to qualify for the benefit and which criteria the borrower did not meet in order to qualify for the benefit, including all the relevant facts that served as a basis for the denial, i.e. the regulation at issue, and the data points that were used to determine eligibility, such as dates of enrollment, dates of school closure, evidence reviewed, court judgment etc.
    - ▪ 20016.023: If the borrower is determined to meet the criteria for the benefit and the entity has the authority to render a final decision, the borrower is advised that the benefit has been approved.
    - ▪ 20016.024: If the borrower is determined to meet the criteria for the benefit and the entity does not have the authority to render a final decision, the borrower is advised that the application has been forwarded to the entity that has the authority to make a final decision.
- o 20016.030: After the entity with final decision-making authority reviews the application, the contractor shall notify the borrower of the results of the review - if the application is incomplete, if the borrower is ineligible, or if the borrower is eligible. The notice must specify the loans to which this decision pertains.
    - ▪ 20016.031: If the application is incomplete, the borrower must be notified of the items necessary for making an application complete and what items were missing from that borrower's application.
    - ▪ 20016.032: If the borrower is not eligible, the borrower must be notified of the criteria necessary to qualify for the benefit and which criteria the borrower did not meet in order to qualify for the benefit, including all the relevant facts that served as a basis for the denial, i.e. the regulation at issue, and the data points that were used to determine eligibility, such as dates of enrollment, dates of school closure, evidence reviewed, court judgment etc.
    - ▪ 20016.023: If the borrower is determined to meet the criteria for the benefit, the borrower is advised that the benefit has been approved.

### *Section 21000: Deferments*

- **21000.000: The contractor shall apply deferments for Direct Loans in accordance with 34 CFR 685.204 and FFELP loans in accordance with 34 CFR 682.210 using OMB approved forms to borrowers who qualify. The contractor must take any paper deferments and put them in a work queue to be reviewed and worked by the contractor. See attachments 21000_Deferment Crosswalk and 21000_Deferment Processing Guide.**
    - ○ 21000.010: The contractor shall process deferment forms within 10 business days of receipt of the deferment form.
    - ○ 21000.020: An imaged, faxed or digital signature may be accepted for deferments.

- **21001.000: The contractor shall apply In School Deferments.**
    - ○ 21001.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.
    - ○ 21001.020: The contractor shall monitor the Enrollment Reporting Report (SSCR) and apply an in-school deferment to loans listed as in-school, but their post-enrollment grace period has been used.
    - ○ 21001.030: The contractor shall shorten the In School Deferment if the borrower requests to enter repayment while reported in school.

- **21002.000: The contractor shall apply Economic Hardship Deferments.**
    - ○ 21002.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.

- **21003.000: The contractor shall apply Unemployment Deferments.**
    - ○ 21003.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.

- **21004.000: The contractor shall apply Graduate Fellowship Deferments.**
    - ○ 21004.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Federal Servicing Processing Guide.

- **21005.000: The contractor shall apply Rehabilitation Training Deferments.**
    - ○ 21005.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.

- **21006.000: The contractor shall apply Cancer Deferments.**
    - ○ 21006.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.
    - ○ 21006.020: Any loan that entered repayment on or before 9/28/18, or that was disbursed on or after 9/28/18, for which a borrower submits a completed Cancer Treatment Deferment form certified by a treating physician, shall be placed in a Cancer Treatment Deferment from the certified treatment begin date or September 28, 2018, whichever is later, until 6 months after the last date of treatment, or for a total of 18 months, whichever ends first.
    - ○ 21006.030: If a borrower has at least one loan that qualifies and is approved for the Cancer Treatment Deferment, but also has other loans that do not qualify, those loans that do not qualify shall be placed in an administrative Forbearance from the certified treatment begin date or September 28, 2018, whichever is later, until 6 months after the last date of treatment, or for a total of 18 months, whichever ends first, unless the borrower selects that they do not want Forbearance.

- o 21006.040: If a borrower has no loans that qualify, the Federal loan servicer shall grant a discretionary Forbearance on all the borrower's loans, from the certified treatment begin date or September 28, 2018, whichever is later, until 6 months after the last date of treatment, or for a total of 18 months, whichever ends first, regardless of the 36-month Forbearance limitation.
- o 21006.050: This Forbearance shall not count toward the 36-month limitation.
- o 21006.060: The contractor shall code or notate the account such that the Cancer Treatment can be identified and queried for.
- o 21006.070: For all borrowers in the interim administrative forbearance that have the Cancer Treatment Deferment/Forbearance processed, the contractor shall reverse any interest from the start of the interim forbearance up to the starting date of the Cancer Treatment Deferment/Forbearance, if applicable.
  - ▪ 21006.071: For any loans in the interim administrative forbearance that do not qualify for the deferment, the new administrative forbearance shall begin on the received date of the submitted Cancer Treatment Deferment Form.
- o 21006.080: Interest shall be fully subsidized on the following loan types while they are in a Cancer Treatment Deferment. The contactor shall manually apply an interest rate of zero during the period of deferment:
  - ▪ Direct Subsidized Loans Direct Unsubsidized Loans
  - ▪ Direct PLUS Loans made to students
  - ▪ Direct PLUS Loans made to parents
  - ▪ Direct Subsidized Consolidation Loans
  - ▪ Direct Unsubsidized Consolidation Loans
  - ▪ Direct PLUS Consolidation Loans
  - ▪ Federal Perkins Loans
  - ▪ Federal Subsidized Stafford Loans
  - ▪ Federal Unsubsidized Stafford Loans
  - ▪ Federal Subsidized Consolidation Loans
- o 21006.090: Interest shall NOT be subsidized on the following loan types while they are in a Cancer Treatment Deferment. Interest shall accrue and capitalize as normal (except for Perkins loans) at the end of the deferment:
  - ▪ Federal PLUS Loans made to students
  - ▪ Federal PLUS Loans made to parents
  - ▪ Federal Unsubsidized Consolidation Loans
  - ▪ Supplemental Loans for Students (SLS)
- o 21006.100: The contractor shall require ongoing annual certification for any borrowers whose treatment end date plus six months would result in a Cancer Treatment Deferment or associated Forbearance (for borrowers with no qualifying loans) for longer than 18 months.
  - ▪ 21006.101: The contractor shall Manually send the borrower a reminder recertification letter (to be provided by FSA at a later date) at least 30 calendar days before the end of each 12-month period of the Cancer Treatment Deferment, or associated Forbearance (for borrowers with no qualifying loans).
  - ▪ 21006.102: The contractor shall send notification to the borrower at least 30 calendar days prior to the end of the deferment/forbearance time, providing repayment information, including the next payment due date and amount.
  - ▪ 21006.103: If the Cancer Treatment Deferment/Forbearance end date is extended as a result of recertification, or a new approved form provided in advance of recertification, the contractor shall extend the deferment/forbearance end date to six months after the new treatment end date.
  - ▪ 21006.104: If the borrower does not respond to the recertification request, then the Cancer Treatment Deferment/Forbearance shall end six months after the treatment end date.
- o 21006.110: The contractor shall Suppress the existing Approval notifications, Denial notifications and More Information/Correction notifications for deferments and forbearances when the Cancer Treatment Deferment/Forbearance is applied.

- 21006.111: The contractor shall utilize existing notifications for the following:
  - Receipt of Cancer Treatment Deferment Form
  - Notification of end of Cancer Treatment Deferment/Forbearance
- 21006.112: The contractor shall Manually send 4 new notices to support the Cancer Treatment Deferment. Notice text will be provided by FSA.
  - Approval Notice
  - Denial Notice
  - More Information/Corrections Notice
  - Recertification Notice

- o 21006.120: The contractor shall train all appropriate staff and update all training materials with Cancer Treatment Deferment information.
- o 21006.130: The contractor shall report Cancer Treatment Deferments to NSLDS using the new type code of 'CD'.
- o 21006.140: The Contractor shall create a supplemental file with detail for Cancer Treatment Forbearance information to transfer any loans where a Cancer Treatment Deferment has been applied. See Attachment "18000_Cancer Deferment Supplemental File" for the sample supplemental file.

- **21007.000: The contractor shall apply Parent PLUS Borrower Deferments.**
  - o 21007.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.

- **21008.000: The contractor shall return a borrower with Direct Loans and FFEL loans to repayment after a deferment has ended.**

  - o 21008.010: The contractor shall return a borrower to repayment after the deferment end date so that the borrower has a payment due on the FIRST cycle date following the end of the deferment. Any manual processing is the responsibility of the contractor.
  - o 21008.020: The contractor shall apply an administrative forbearance if needed to 'cover' a cycle due date after deferment end date if a deferment is applied in arrears where there isn't sufficient time to bill the borrower. [i.e., Borrower cycle date is the 21st each month, borrower has a deferment from 1/5/16 – 10/15/16, but it is being applied on 10/8/16 --- this borrower would be due on 10/21/16 but there isn't sufficient time to bill, so the administrative forbearance would cover the 10/21/16 cycle date]

- **21009.000: The contractor shall apply a deferment using the dates provided on the request form.**

- **21010.000: The deferment should not keep a borrower from making changes to their repayment plans.**

- **21011.000: The contractor shall count the number of months of deferment used based on the number of due dates deferred.**

- **21012.000: For joint Direct Consolidation Loans, both borrowers are required to meet the conditions of a deferment in order to qualify for a deferment.**

- **21013.000: The contractor shall not remove a borrower from ACH (Automatic Debit) when processing a deferment on the account.**

  - o 21013.010: The contractor shall suspend the monthly payment ACH debit for the due dates covered by the deferment.
  - o 21013.020: The contractor shall reinstitute the ACH debit when the deferment has ended. This includes if the borrower ends the deferment early.

### Section 22000: Forbearances

Note: As of July 1, 2023, interest accrued during any forbearance period shall not capitalize.

- **22000.000: The contractor shall apply forbearances in accordance with 34 CFR 685.205 and FFELP loans in accordance with 34 CFR 682.211 using OMB approved forms to borrowers who qualify.**
    - 22000.001: See attachment "22000_Forb List V4." The contractor must process any paper forbearances.
    - 22000.002: See Attachment "22000 Forbearance Processing Guide." The contractor shall process forbearance forms within 10 business days of receipt of the forbearance form.
  - 22000.010: The contractor shall have the ability to apply a forbearance. A Forbearance is granted in situations that include, but are not limited to, periods necessary to determine the borrower's eligibility for discharge and to cover delinquent periods of time immediately preceding a deferment. The contractor does not require a signed forbearance request from the borrower to grant an administrative forbearance.
  - 22000.020: The contractor shall process a Forbearance as instructed by FSA. Any manual processing is the responsibility of the contractor.
  - 22000.030: The contractor shall limit the general forbearance to 36 months. This is at a loan level, not borrower level. In the case of 36 months of non-consecutive forbearance, the forbearance may be extended if the contractor supervisor has reviewed and determined that efforts to place the borrower on an affordable repayment plan or deferment (if eligible) have been attempted and extension justified. The justification for the extension must be noted on the borrower's account. In the case of 36 months of consecutive forbearance, the request to extend the forbearance shall not be granted. The 36-month time period does not include periods of administrative forbearance.
      Note: Administrative forbearances are NOT counted in the 36-month limit. Example: If we cure a delinquency with an administrative forbearance, it will not be counted in the 36- month limit. However, if a borrower calls and requests a General Forbearance and asks for the forbearance to cover delinquency, then this will count towards the 36 months.
  - 22000.040: An imaged, faxed or digital signature may be accepted for forbearances.
  - 22000.050: It is permitted, but not required, for the contractor to align deferment and forbearance requests received for all federal loans on the commercial side of operations with the same borrower loans on the Federal side of operations as long as cybersecurity rules are being met. When done, the deferment / forbearance request should be documented in the borrowers' file (to the same extent that a servicer would have documented action had the borrower called and indicated that he/she had a deferment or forbearance with another servicer – prompting the contractor to verify via NSLDS to confirm the application of a deferment or forbearance). While there is no requirement to seek consent, the contractor or contractor must inform the borrower (in writing) that the deferment or forbearance has been applied to the loan(s) just like the contractor would have done had the contractor received the form.
  - 22000.060: Reduced payment forbearances shall be applied when requested by borrowers and required information has been provided/approved. Borrowers not making payments while in a reduced payment forbearance shall not be deemed delinquent.
    - 22000.061: [DELETED]
    - 22000.062: A borrower may not be in a reduced payment forbearance for more than 12 consecutive months.
    - 22000.063: A reduced payment forbearance may also be applied verbally (over the phone). The reduced monthly payment amount agreed upon by the borrower must be notated in the comment section of the account. This is a contractor responsibility.

- 22000.064: The reduced payment forbearance does count towards the 36-month limit.
- 22000.070: The contractor shall cure any delinquency that exists at the time the borrower enters a period of forbearance. This is done by applying a forbearance. If this is an automated process it is the contractor responsibility otherwise the contractor must do this manually.
- 22000.080: The contractor shall have the ability to apply forbearances for eligible borrowers. A borrower is eligible for forbearance if the borrower or endorser intends to repay the loan but requests forbearance and provides sufficient documentation to support this request, and meets the requirements described in paragraphs (1) through (9) of 34 CFR 685.205(a). See requirement below for additional detail.

  (1) the contractor determines that, due to poor health or other acceptable reasons, the borrower or endorser is currently unable to make scheduled payments,

  (2) the borrower's payments of principal are deferred and the contractor does not subsidize the interest benefits on behalf of the borrower,

  (3) The borrower is in a medical or dental internship or residency that must be successfully completed before the borrower may begin professional practice or service, or the borrower is serving in a medical or dental internship or residency program leading to a degree or certificate awarded by an institution of higher education, a hospital, or a health care facility that offers postgraduate training,

  (4) The borrower is serving in a national service position for which the borrower is receiving a national service education award under title I of the National and Community Service Act of 1990,

  (5) The borrower is performing the type of service that would qualify the borrower for loan forgiveness under the requirements of the teacher loan forgiveness program,

  (6) For not more than three years during which the borrower or endorser—

  (i) Is currently obligated to make payments on loans under title IV of the Act; and

  (ii) The sum of these payments each month (or a proportional share if the payments are due less frequently than monthly) is equal to or greater than 20 percent of the borrower's or endorser's total monthly gross income,

  (7) The borrower is a member of the National Guard who qualifies for a post-active duty student deferment, but does not qualify for a military service or other deferment, and is engaged in active State duty for a period of more than 30 consecutive days,

  (8) to permit a borrower or endorser to resume honoring the agreement to repay the debt after default. The terms of the forbearance agreement in this situation must include a new agreement to repay the debt signed by the borrower or endorser or a written or oral affirmation of the borrower's or endorser's obligation to repay the debt,

  (9) The borrower is performing the type of service that would qualify the borrower for a partial repayment of his or her loan under the Student Loan Repayment Programs administered by the Department of Defense under 10 U.S.C. 2171, 2173, 2174, or any other student loan repayment programs administered by the Department of Defense.

- 22000.090: The contractor may apply "Administrative forbearance" without requiring documentation from the borrower in certain circumstances described in paragraphs (1) through (10) of 34 CFR 685.205(b). See requirement below for additional details.

  (1) A properly granted period of deferment for which the contractor learns the borrower did not qualify,

  (2) The period for which payments are overdue at the beginning of an authorized deferment or forbearance period,

  (3) The period beginning when the borrower entered repayment without the contractor's knowledge until the first payment due date was established,

  (4) The period prior to a borrower's filing of a bankruptcy petition,

  (5) A period after the contractor receives reliable information indicating that the borrower (or the student in the case of a Direct PLUS Loan obtained by a parent

borrower) has died, or the borrower has become totally and permanently disabled,

(6) Periods necessary for the contractor to determine the borrower's eligibility for discharge,

(7) period of up to three years in cases where the effect of a variable interest rate on a fixed-amount or graduated repayment schedule causes the extension of the maximum repayment term,

(8) A period during which the contractor has authorized forbearance due to a national military mobilization or other local or national emergency,

(9) A period of up to 60 calendar days necessary for the Secretary to collect and process documentation supporting the borrower's request for a deferment, forbearance, change in repayment plan, or consolidation loan. Interest that accrues during this period is not capitalized,

(10) to align repayment due dates across the borrower's loans (e.g., to correct for due date misalignment caused by Direct PLUS Loans.)

- **22001.000: The contractor shall apply a administrative forbearance upon request from borrower's as defined in The Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122(2)).**
  **Also known as "Major Disaster". Refer to DCL GEN-10-106.**

  o 22001.010: The contractor shall apply a administrative forbearance when requested (verbal, email, fax, mail) by a borrower who lives in an impacted area. The contractor will create work queues for this work to be completed by the contractor.
  o 22001.020: The contractor and/or the contractor shall check the website https://www.fema.gov at least once each business day to identify all impacted areas connected to the major disaster declaration and apply the existing disaster requirement benefits to those borrowers. A report of all automated administrative forbearance shall be given to FSA once the forbearances are completed.
    ▪ 22001.021: The forbearance can be applied for up to 90 calendar days, based on the individual borrower's circumstances.
  o 22001.030: If a borrower who works in an impacted area requests a forbearance, the contractor shall apply the disaster forbearance for up to 90 calendar days, based on the individual borrower's circumstances and document their account with the reason for the length of the forbearance.
    ▪ 22001.031: If any impacted borrower (working or living in an impacted area) requests additional forbearance time for reasonable cause after any initial administrative forbearance period related to the disaster, the contractor may grant additional administrative forbearance time, in 30-day increments, but it shall not exceed a maximum of 12 monthly billing cycles from the declaration date.
  o 22001.040: The contractor shall document the account with the reason for the length of the forbearance.
  o 22001.050: No supporting documentation or written form is required for this 90-day period.
  o 22001.060: The contractor shall NOT apply a "blanket" administrative forbearance for all borrower's residing in the impacted areas unless otherwise directed by FSA (disaster specific).
  o 22001.070: If it is determined that exceptional circumstances exist, such as a local or national emergency or military mobilization, or the geographical area in which the borrower or endorser resides has been designated as a disaster area by the president of the United States or Mexico, the prime Minister of Canada, or by a Governor of a State, the Department will issue an electronic announcement or Dear College Letter authorizing a mandatory administrative forbearance be automatically applied to all borrowers affected by the disaster.
  o 22001.080: The contractor shall apply the forbearance to be effective (cover the due date impacted) either referencing the date when the borrower who lives in an impacted area

requested it OR when the contractor applies forbearance.

- 22001.081: The effective date (due date impacted) cannot be any earlier than the date of major disaster or the declaration date.

o 22001.090: The contractor/ contactors shall automatically apply the 30-day forbearance to delinquent borrowers that reside in the affected area.  (Note: The contactor shall determine at which point the borrower is found to be delinquent.)

- 22001.091: For borrowers that may become delinquent due to a major disaster, contractor must ensure due diligence by identifying newly delinquent borrowers living in the impacted areas and automatically applying the major disaster administrative forbearance, as well as, communicating to the borrower, as such.
- 22001.092: If a borrower requests the 90 day major disaster forbearance and is also delinquent, the contractor shall apply an administration forbearance to cover both periods.
- 22001.093: For delinquent borrowers that may need additional forbearance time, the contractor shall apply the administrative forbearance in 30 day increments and monitor to determine if additional forbearance time is needed.

o 22001.100: The contractor shall have no authority to forgive or discharge loans due to a major disaster. Such a provision (if forthcoming) would follow after any immediate relief processes have been put into action. Borrowers that opt to postpone payments based on the guidance provided would not be adversely impacted by any new authority

o 22001.110: The contractor shall send electronic correspondence to borrowers in the impacted areas to notify them of the available relief for affected borrowers as described above.

o 22001.120: The contractor shall add major disaster relief information for affected borrowers to their websites (borrower portals).

o 22001.130: For purposes of certain documentation that a borrower must submit within a specified timeframe (for example, annual documentation of income for the income-driven repayment plans), the contractor shall extend the deadline for providing the documentation by an additional 105 business days for borrowers who live in an impacted area.

- 22001.131: If a borrower living in an impacted area provides the documentation by the extended deadline, the contractor shall consider the borrower to have submitted the documentation on time.

o 22001.140: The contractor shall report to FSA monthly no later than the 10th on the volume of forbearances applied for this disaster. The following information shall be provided:

- 22001.141:  The number of borrowers who were placed on forb the previous day and the geographical information detailing the areas covered (i.e., zip codes, counties or states) that have been covered.
- 22001.142: The running total based on the "start" date of the Disaster from the FEMA website."
- 22001.143: The forbearance information shall be sent to FSAVendorManagementTeam@ed.gov, TivasReports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov and FSAVendorOversightGroup@ed.gov.
- 22001.144:  The forbearance information shall continue to be sent until the contractor is notified it is no longer needed (Typically: 60 calendar days from disaster start).
- 22001.145: FSA may request this reporting daily for temporary periods as needed.
- 22001.146: Report shall be submitted using the template in attachment 22001.000 Disaster Forbearance.

o 22001.150: When reporting a borrower, affected by a declared disaster, the contractor shall use the following Metro 2 reporting guidelines:

- 22001.151: Open Accounts – defined as Account Status Code 11 (Current account) or 71, 78, 80, 82, 83 or 84 (Delinquent accounts).  There are three

options for reporting:
- 22001.152:  1. Report the Account Status that applies to the account (credit grantor's decision). Report Special Comment AW (Affected by natural or declared disaster).
- 22001.153: 2. Report Account Status 11 (Current account) and Special Comment AW (Affected by natural or declared disaster).
- 22001.154: 3. Report the account as deferred, along with Special Comment AW (Affected by natural or declared disaster).
    Report the following Base Segment fields as specified:
    Terms Duration = blank
    Terms Frequency = D (Deferred) Required for deferred accounts
    Highest Credit or Original Loan Amount = the total amount borrowed Scheduled Monthly Payment Amount = zero
    Account Status Code = 11 (Current account)
    Payment History Profile = Use Character D for the months where payments are deferred.
    Current Balance = the total amount borrowed minus any payments which have been made
    Amount Past Due = zero
    If the Deferred Payment Start Date is known, report the K4 Segment with Specialized Payment Indicator 02 for Deferred Payment.
    Also, report the Deferred Payment Start Date as the date the first payment will be due. If the deferred payment start date is not known, do not report the K4 Segment

- o 22001.160: When applying disaster forbearances, the contractor shall provide FSA a weekly Disaster Forbearance Report detailing the number of borrowers placed in a disaster forbearance (see attachment "22001_Disaster Forbearance Report").

- **22002.000: The contractor shall grant an administrative forbearance if a borrower is determined to be a 'missing person'.**

  - o 22002.010: The contractor shall apply a six month administrative forbearance when a borrower, or student of a Parent Plus loan, has been identified as 'missing' by a reasonable source. The contractor must verify a missing person by checking some type of third party. This includes: the National Missing Person's Database (http://www.namus.gov/), the missing person's employer or, as a last resort, a signed statement from the next of kin. If the borrower is missing in a foreign country, the contractor must verify the person is missing by contacting the State Department.
  - o 22002.020: The above should be applied in increments NOT greater than six months; of course, during the forbearance period if additional or conflicting information is received you, as a contractor should act upon the information. If after six months no additional information is received, then contact with a family member might be warranted. Contact with family should take place only after first checking the missing person's database (along with the other noted items from above) and the death file for the borrower's name. Servicers may extend the forbearance in 6-month increments as necessary, until the borrower is no longer considered missing. If the forbearance is extended, servicers shall notate the borrower's account accordingly.

- **22003.000: If a borrower has no loans that qualify, but is approved for the Cancer Treatment Deferment, the contractor shall grant a discretionary Forbearance on all of the borrower's loans, regardless of the 36-month Forbearance limitation.**
  - o 22003.010: This Forbearance shall not count toward the 36-month limitation.

- **22004.000: If a borrower has at least one loan that qualifies and is approved for the Cancer Treatment Deferment, but also has other loans that do not qualify, those remaining loans shall be placed in an administrative Forbearance until 6 months after the last date of**

treatment, unless the borrower selects that they do not want Forbearance.

- **22005.000: The contractor shall apply a CNCS Corporation for National and Community Service Forbearance.  See Attachment "22005 CNCS Forb."**
  - 22005.010: The contractor shall apply a mandatory forbearance for borrowers serving in approved national service positions in AmeriCorps qualify for mandatory forbearance during service. The contractor shall grant this forbearance in increments of up to 12 months at a time. Borrowers may reapply if they continue service.

- **22006.000: The contractor shall return a borrower to repayment after a forbearance has ended.**
  - 22006.010: The contractor shall return a borrower to repayment after forbearance end so that the borrower is due on the FIRST cycle date following the end of the forbearance. NOTE: Since every forbearance will end on the borrower's cycle date each borrower will normally be due approximately 30 calendar days after the end of the forbearance.

- **22007.000: The contractor shall apply a forbearance to cover the billing period for the due date being forborne.**
  - 22007.001:  For Example: If a borrower requests a forbearance for their July 14th payment, the contractor shall apply the forbearance to begin 06/15/16 (day after the last due date) and end 07/14/16 (on the due date being forborne).
     If a borrower requests a forbearance for their July, August, and September due dates the contractor shall apply the forbearance to cover the specific due dates: 06/15/16 (day after the last due date) and end 09/14/16 (on the due date being forborne).
     A forbearance directly following a deferment would begin the day following deferment end.
  - 22007.010: The forbearance should not keep a borrower from making changes to their repayment plans.
    - 22007.011: A borrower may change repayment plans while in a forbearance without affecting the forbearance. In such a case, the forbearance is covering a different amount due than was originally the case.
  - 22007.020: The contractor shall count the number of months of forbearance based on the number of due dates forborne.

- **22008.000: The contractor shall not remove a borrower from ACH (Automatic Debit) when processing a forbearance on the account.**
  - 22008.010: The contractor shall suspend the monthly payment debit for the due dates covered by the forbearance.

- **22009.000: The contractor shall accept an oral request for a financial hardship forbearance. The contractor shall not apply forbearance for a period greater than one year. The forbearance is renewable, upon request of the borrower, for the duration of the period in which the borrower meets the condition required for the forbearance.**

- **22010.000: The contractor shall track ALL forbearances applied at the level shown in the ForbList (see Req 22000).**

  - 22010.010: The contractor shall identify the forbearance in a way that the users/representatives can clearly and easily see what type of forbearance it is.
  - 22010.020: The contractor shall store data elements for forbearances that allow for reporting of the forbearances by name and allow for querying of volumes of forbearances by those names.

- **22011.000: The contractor shall add an administrative forbearance to Borrower Defense accounts. This shall be a non-capitalizing administrative forbearance.**

  Note: The servicer shall ensure borrowers are not harmed by servicers failing to apply an administrative forbearance to Borrower Defense accounts during the Return to Repayment (R2R) period. While remediating any impacted accounts, the servicer shall place affected borrowers in an administrative forbearance, grant borrowers credit toward PSLF and IDR forgiveness for any affected billing periods, apply an interest credit for interest accrual during affected billing periods, reimburse any non-sufficient or overdraft fees charged to affected borrowers, and allow borrowers to request refunds for up to 90 calendar days effective from the date they were notified regarding remediation. The servicer shall ensure affected borrowers are notified of the action taken on the account.

  - o 22011.010: The contractor shall accept and apply requests to put a borrower's loans into non-capitalizing forbearance or stopped collections.
    - ▪ 22011.011: The request to apply a forbearance/stopped collections may be received via the DCC platform or via email request from FSA.
    - ▪ 22011.012: The contractor shall apply a Administrative forbearance to non-defaulted loans covering/ resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the contractor to remove the forbearance (once the borrower defense application has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/ plan but if that deferment/ plan ends prior to FSA instructing the contractor to remove the forbearance, an administrative forbearance shall be applied after the deferment/ plan end so that borrower remains in forbearance until FSA instructs the contractor to remove the forbearance. The contractor shall also continue to notify the borrower of IDR plan renewals and other existing IDR notifications.
    - ▪ 22011.013: The contractor shall apply the forbearance/stoppage of collections within five business days.
    - ▪ 22011.014: The contractor shall apply the proper tags to borrower account for non-defaulted loans to stop all collection activity until FSA instructs the contractor to remove this stoppage.
    - ▪ 22011.015: [DELETED]
    - ▪ 22011.016: The contractor shall ensure the application of the forbearance is annotated in the servicer system.
    - ▪ 22011.017: The contractor shall only update the completed date and status in CEMS.
  - o 22011.020: The contractor shall accept and apply requests to remove any forbearance or stopped collections from a borrower's loan(s).
    - ▪ 22011.021: The request to remove a forbearance/stopped collections may be received via the CEMS platform or via email request from FSA.
    - ▪ 22011.022: [DELETED]
    - ▪ 22011.023: The contractor shall remove the forbearance/stoppage of collections within five business days.
  - o 22011.030: The contractor shall accept a monthly Borrower Defense request file from FSA (via email) that includes a list of borrowers related to the Borrower Defense Program.
    - ▪ 22011.031: The contractor shall review the listing of borrowers and apply an unending, administrative forbearance to the active (>$0 balance) loans for each borrower on the list unless that borrower is in $0 IDR plan, has opted out of having a forbearance applied for BD, or is already in another status that does not require the borrower to make payments.
    - ▪ 22011.032: The contractor shall ensure that borrowers in unending forbearances are NOT sent forbearance end notice or billing notices for >$0 and that the forbearance end date is always AT LEAST 90 calendar days into the future from

the current date until FSA has indicated the forbearance is to end. NOTE: It is the servicer's responsibility to ensure borrowers remain in a protected status until FSA instructs the servicer to remove the borrower from that status.
- 22011.033: The servicer shall create a response file (Excel) and provide the response file to FSA within 7 calendar days of receiving the request file.
- 22011.034: The response file shall include responses to all the requested information found in the request file (see attached Borrower Defense request file template).
- 22011.035: The response file shall be provided to FSA via email with valid values (see data rules in request file template) and in the requested format.
- 22011.036: The servicer shall also provide a compliance statement from the organization at the same time the response file is provided. This statement must include a signature of an executive at the VP level or above at the organization.
- 22011.037: This list will be sent to the designated BD contacts at the servicer.

- **22012.000: The contractor shall apply the 60 calendar day administrative forbearance for loans sold or transferred if the borrower is less than 60 calendar days delinquent on the loan at the time of sale or transfer.**

- **22013.000: The contractor shall apply a non-capitalizing Administrative Forbearance that begins 3/13/2020 and ends with the end of the payment pause (CARES Act).**

  - 22013.010: During the CARES Act payment pause and subsequent extensions, the contractor shall cease ALL collection related activities on all borrowers.
    - 22013.011: The contractor shall stop all outgoing collection calls to borrowers.
    - 22013.012: The contractor shall stop all billing notices informing borrowers they are due, or going to be due, for a payment.
    - 22013.013: The contractor shall stop debiting borrowers bank accounts for borrowers on an ongoing auto-debit agreement.
    - 22013.014: During this period of forbearance, borrowers should not be required to make any payments and no collection activities should occur requesting payments.
    - 22013.015: The contractor shall refund payments received on/after 3/13/2020 through August 28, 2023, only if the borrower requests the payment be refunded or if directed to do so by FSA (related to unique borrower scenarios). Servicers shall deny any CARES Act refund requests received after August 28, 2023.
  - 22013.020: If the borrower was previously in another payment suspension status (deferment, forbearance, etc.) that status should be superseded by this status (see exceptions). If the prior status extends beyond the end of payment pause, the servicer shall reapply that status and use the end date related to that status beginning on the day following the end of the pause.
    - 22013.021: Borrowers currently in $0 IDR plans should also be placed into this forbearance. Borrowers on cancer deferment should be placed into this forbearance. Perkins borrowers should all be brought current and placed onto this forbearance.
    - 22013.022: The contractor shall not apply the administrative forbearance to any borrower in an in-school status, in grace status, bankruptcy status, or in- school deferment (including Parent PLUS in-school and other related deferments.) Borrowers currently in the process of applying and receiving TPD (and already has payment suspended for that purpose) should not be placed into this forbearance. If currently in one of these deferments/statuses but removed from that status prior to the end of the payment pause, the borrower shall be placed into administrative forbearance through the end of the payment pause.
    - 22013.023: Borrowers in school or grace but who enter repayment after 3/13/2020 and before the end of the payment pause shall be placed into this

forbearance.
- 22013.024: Borrowers entering repayment as a newly originated loan (from COD or consolidation) shall be placed into this forbearance.
- 22013.025: The contractor shall place the borrower in this forbearance if a borrower who is in an excepted status (other than in-school/grace) if the borrower specifically requests to be put into this forbearance.
  - o 22013.030: The contractor shall apply a administrative forbearance to cover any period of delinquency immediately preceding this forbearance.
  - o 22013.040: The contractor shall allow a borrower to opt out of this forbearance.
    - 22013.041: The contractor shall resume normal repayment activities for borrowers who have opted out of the forbearance.
    - 22013.042: The contractor shall allow borrowers to opt back into the forbearance if the borrower requests after having opted out.
  - o 22013.050: The contractor shall, it at any point the borrower becomes over 30 calendar days delinquent the borrower shall be placed back into this forbearance through the end of the payment pause.
  - o 22013.060: The contractor shall report the period of Administrative Forbearance to NSLDS as an "MA" forbearance code. If an Administrative Forbearance is used to cover prior delinquency (prior to 3/13/2020 period) those Administrative Forbearances should continue to be reported as "AD."
  - o 22013.070: Any requests for deferment or forbearance during this status should be reviewed and if the borrower is deemed eligible, and the end date is after the end of the payment pause, the borrower shall be placed into that status the day after the end of the pause.
  - o 22013.080: If the borrower is delinquent at the time the forbearance is applied, all prior periods of delinquency shall be covered by an administrative forbearance for the prior delinquency period. NOTE: The administrative forbearance used to cover prior delinquency is essentially as separate administrative forbearance - additional benefits (i.e., credit reporting, qualifying payments, etc.) of this administrative forbearance only relate to the 3/13/20 thru the end of the payment pause, not during a forbearance applied to cover a prior delinquency.
  - o 22013.090: Upon application of the administrative forbearance period the contractor shall provide notification to the borrower. FSA shall provide the notification template to be used and will include within the notice an explanation that: Payments have been suspended, interest has been waived (changed to 0%), Borrowers may continue to pay if they choose to, and the temporary nature of the suspension.
  - o 22013.100: During the payment pause, the contractor shall update their websites with information related to this administrative forbearance period. Updates shall be reviewed and approved by FSA prior to posting (Servicers can use FSA content as input/starting point for servicer website content).
  - o 22013.110: Prior to the end of payment pause, the contractor shall provide notices to borrowers.
    - 22013.111: The contractor shall provide at least 6 notices to the borrowers.
    - 22013.112: FSA will work with servicers to determine the sequence, timing, format, and text of each notice to be sent to borrowers.

- **22014.000: [DELETED]**

- **22015.000: For all forbearance types other than the COVID Forbearance and disaster forbearance the contractor shall not:**
  - o 22015.010 Send emails or text messages to borrowers encouraging, recommending, or in any way steering the borrower into any forbearance.
  - o 22015.020 Process a forbearance request received via email or text message.

- **22016.000  If a borrower requests a forbearance via text message or email the servicer shall provide the borrower with alternative payment options including Income Driven Repayment Plans.**


- **22017.000: The On Ramp period shall begin October 1, 2023 and continue for a period of one year.**
  - 22017.010: The servicer shall add the On Ramp forbearance processing job to their month-end schedule, to run prior to credit reporting to ensure no negative credit reporting can occur.
    - 22017.11: The On Ramp job will evaluate all borrowers with payments due and, for any borrower 90+ days delinquent, that would be reported negatively (delinquent) to the credit bureaus, add an administrative forbearance for the entire delinquency period prior to allowing the credit reporting job to run.
    - 22017.12: The servicer will ensure no negative credit reporting occurs.
  - 22017.020: Upon expiration of the On Ramp period, the servicer shall add an On Ramp forbearance that will bring all loans that are 30+ days delinquent current and discontinue running the On Ramp forbearance processing job.
    - 22017.021 The servicer shall cease adding any new On Ramp forbearances after the final 30+ day forbearance at the expiration of the On Ramp period.
  - 22017.030: Borrowers on the On Ramp forbearance will not receive credit toward loan forgiveness (e.g. PSLF or IDR) for the forbearance period, but are eligible for the 12/36 month forbearance counting toward IDR.
  - 22017.040: For any retroactive adjustments after the end of the On Ramp period, that result in a borrower delinquency during the On Ramp period, the servicer shall add the On Ramp forbearance at the time the retroactive adjustment occurs and prevent or remove any negative credit reporting that may have occurred.
  - 22017.050: The servicer shall send one notification via direct email (no e-correspondence) or postal mail if no valid email exists, notifying the borrower that they were placed in the On Ramp forbearance.
    - 22017.051: FSA will provide the text for a one-page notification.
  - 22017.060: The servicer shall ensure monthly invoicing occurs after the On Ramp month-end job has completed, resulting in those borrowers with an On Ramp forbearance added for the month in which it is applied to that borrower being invoiced at the forbearance rate rather than the current or delinquency rates. Other invoicing categories such as Servicemember rates would still apply.
  - 22017.070: All borrower facing communications (for example website, letters/emails, IVR, text messages, etc.) need to be revised for the On Ramp period to correctly reflect On Ramp period changes. All changes must be submitted to FSACaresActComms@ed.gov for review.
  - 22017.080: The servicer shall create a system identifier to uniquely identify and track borrowers and loans the On Ramp forbearance.
    - 22017.081: A detailed and summary report on a template provided by FSA shall be submitted on the first business day of every month for the duration of the On Ramp period and one additional month after the end of the On Ramp period.
    - 22017.082: Reports will be provided to TivasReports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov, and other addresses to be determined, if needed.
    - 22017.083: The summary tab shall contain the total number of borrowers 30- 59 and 60-89 days delinquent at the end of the previous month.
    - 22017.084: The detailed tab shall contain a list of borrowers that received the On Ramp forbearance in the previous month. Servicers shall only report for the immediately previous month and not cumulatively for all previous months.


- **22018.000: Upon implementation of Legacy CR 6740, for borrowers or co-borrowers who**

**indicate they intend to apply for separation of a Joint Consolidation Loan (JCL), the servicer shall apply a JCL Borrower Separation administrative forbearance until a JCL Borrower Separation application is available.**

- 22018.001: Effective 08/31/2023, the borrower or coborrower of a JCL may request (verbally or in writing) and receive approval for a General (Hardship) Forbearance in lieu of a JCL Borrower Separation Forbearance until the JCL forbearance type is available.
- 22018.002: Once the JCL Borrower Separation Forbearance is available, the servicer shall replace the General (Hardship) Forbearance granted under 22018.001 with a JCL Borrower Separation Forbearance using the same begin and end dates.

o 22018.010: The forbearance request can be made independently by a single party without the consent of the other party. The borrower or coborrower must indicate they intend to apply for separation of a JCL.

- 22018.011: The servicer shall also accept and process a JCL Borrower Separation forbearance request received from the Ombudsman on behalf of the borrower or coborrower.

o 22018.020: The servicer shall apply the hardship forbearance to the JCL only. It may not be applied to the borrower's or coborrower's other loans.

o 22018.030: The begin date of the forbearance will start on the first day of the month in which the borrower or coborrower requested the forbearance, and the servicer shall apply the forbearance in 12-month increments.

o 22018.040: The servicer shall notify the borrower and the coborrower of the forbearance approval using the preferred communication method indicated by the borrower and coborrower.

o 22018.050: The servicer shall renew the forbearance automatically each year until the JCL Borrower Separation application is available to borrowers and co-borrowers.

o 22018.060: Once the JCL Borrower Separation application is available, FSA will notify servicers to remove the JCL Borrower Separation forbearance from the loans.

- 22018.061: The servicer shall notify the borrower and co-borrower in advance of the forbearance end date using the preferred communication method indicated by the borrower and coborrower. The servicer's correspondence shall also notify the borrower and co-borrower that the JCL Borrower Separation application is available.

o 22018.070: The servicer shall ensure that the COVID-19 forbearance takes precedence over the JCL Borrower Separation forbearance.

o 22018.080: The servicer shall provide a detail and summary report on a template provided by FSA. The report shall be submitted on the first business day of every month for the duration of the JCL Borrower Separation forbearance period and for one additional month after FSA notifies servicers to remove the JCL Borrower Separation forbearance from these loans.
See attachment "22018 JCL Brwr Sep Forb Template."

- 22018.081: The servicer shall provide the report to TivasReports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov, and other addresses as determined by FSA.
- 22018.082: The summary tab shall contain the number of borrowers and co-borrowers under the JCL Borrower Separation forbearance.
- 22018.083: The detail tab shall contain a list of all borrowers and co-borrowers under the JCL Borrower Separation forbearance as of the previous month. The list of borrowers and co-borrowers shall be cumulative as of the end of the previous month.

### *Section 23000: Discharges, Forgiveness, Bankruptcy, and Litigation*

- **23000.000: The contractor shall counsel borrowers on discharge, forgiveness, and other dispute processes. See attachment "23000 Discharge Guide v2."**

  - 23000.010: The contractor shall instruct borrowers on the procedures for pursuing discharge or cancellation, including what discharge application to complete and what additional documentation is required.
    - 23000.011: The contractor shall first direct the borrowers to the contractor website to download/complete the relevant form(s), but the contractor shall mail or email form(s) to the borrower upon request.
  - 23000.020: The contractor shall provide general information to third parties as warranted, (e.g., the contractor may describe the requirements for discharge without divulging information about a borrower's account).
  - 23000.030: The contractor shall advise borrowers of a dispute or discharge/cancellation application's processing status.
  - 23000.040: The contractor shall, as needed, contact schools and other external entities in order to make a discharge determination.
  - 23000.050: The contractor shall use OMB approved discharge forms for all discharge types as applicable. Currently, discharge types below do not have an approved form; therefore, the contractor shall follow the required documentation section in the discharge guide for these discharge requests:
    - --Death Discharge,
    - --Disaster Discharge,
    - --Ineligible Borrower
    - 23000.051: The contractor shall use the attached Discharge guide while processing all discharge types. In addition, the contractor shall update the guide after every release that contains changes to discharges or forgiveness. Updated documents are to be approved by FSA.
    - 23000.052: The contractor shall implement updated OMB discharge forms as requested by FSA.
      Note: The current approved forms will be provided at award.

- **23001.000: The contractor shall process discharge transactions (sometimes referred to as "specialty claims") after receiving the approved discharge file from FSA.**
  - 23001.010: The contractor shall review requests for discharge, forgiveness, and bankruptcy within the timeframes required in the contractor/ contractor's service level agreements.
  - 23001.020: The contractor shall apply a 60 calendar day administrative forbearance when discharge applications are received. The forbearance allows time for a borrower to submit all supporting documentation and for the contractor to receive final decision from FSA.
    - 23001.021: The contractor shall extend the administrative forbearance by an additional 30 calendar days, if less than 30 calendar days remain on the current forbearance and the borrower submitted an incomplete application.
    - 23001.022: Upon written or verbal request for discharge due to the death of the borrower (or student in the case of a Direct PLUS Loan obtained by a parent borrower), closed school discharge, discharge for false certification of student eligibility including ability to benefit, disqualifying status, identity theft, group discharge or unauthorized payment, unpaid refund discharge, teacher loan forgiveness, forgery or Spouse/Parent of 9/11/01 Victims discharge, the contractor shall apply the 60 day administrative forbearance.

- 23001.023: The contractor shall apply administrative forbearance to the period prior to a borrower's filing of a bankruptcy discharge petition and shall extend administrative forbearance during the pendency of the bankruptcy proceeding, unless specified otherwise by other technical constraints.
  - 23001.030: The contractor shall perform initial review (first touch) of an application within 10 business days of receipt of a discharge application.
  - 23001.040: The contractor shall complete the pre-determination research/review within 30 business days of receipt of a discharge application.
    - 23001.041: The contractor shall review Department Records (NSLDS, COD, etc.) when making a pre-determination as well as contacting open schools (and sometimes closed schools, if applicable) to obtain pertinent records.
    - 23001.042: In the case of any school-based discharge claim (False Certification, Unpaid Refund, Closed School), the subsequent school attended, the school at issue (if open) must be contacted for available records in order for the claim to be reviewed.
  - 23001.050: The contractor shall complete the final write-off/closeout of the loan discharge/cancellation, including the NSLDS reporting, within 30 business days of receipt of final approval from FSA.
  - 23001.060: The contractor shall send FSA denial notification within five business days of receipt of the denial from FSA.
  - 23001.070: The contractor shall update the borrower's credit reporting on the borrower's account if the discharge is approved.
  - 23001.080: If the borrower requests a re-review of denial, he or she may submit additional compelling supporting documentation to the contractor and request a re-review, and the contractor shall re-review the request.
  - 23001.090: If the borrower specifically requests an appeal of the denial to be evaluated by the U.S. Department of Education, the contractor will prepare an appeal package (consisting of the contractor denial letter, the original claim, and any supporting documentation received) and send to FSA for review.
  - 23001.100: FSA may periodically request a sampling of the discharges that have been approved or denied. The contractor shall provide all documentation used to determine the decision.

- **23002.000: The contractor shall have the ability to apply partial loan forgiveness, cancellations, and discharges.**

  - 23002.010: For partial forgiveness for programs authorized under the HEA and partial forgiveness for programs administered by another federal agency where treatment of payments is unspecified (TLF, TPD of a portion of a joint consolidation, Closed School, or False Certification of an underlying loan portion of a consolidation, etc.), the forgiveness amount is a "deduction" of outstanding principal and accrued interest and does not advance the borrower's payment due date.
  - 23002.020: For partial forgiveness for programs administered by another federal agency where payment of principal is prioritized: Follow the instructions of the federal agency.
  - 23002.030: For partial forgiveness from any other source (school, state, foundation, etc.), treat as a normal borrower payment, with payment application and advancement of the borrower's payment due date consistent with applicable regulations.

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **23003.000: The contractor shall provide an automated workflow for FSA to make a final determination on eligibility of borrowers or schools that have submitted discharge applications.**

  - 23003.010: The contractor shall provide a solution that allows FSA to be notified of, review, and make final determination of the following discharge types:
    - --Death
    - --Closed School

- --Automatic Closed School (see requirement 23007 for more info on this discharge)
- --False Certification_Identity Theft
- --Teacher Loan Forgiveness
- --Unpaid Refund
- --False Certification_Ability to Benefit
- --False Certification_Disqualifying Status
- --False Certification_Unauthorized Signature/Payment
- – False Certification_Group Discharge
- --Ineligible Borrower
- --Spouse/Parent of September 11, 2001 Victims
- --Borrower Defense to Repayment: The contractor's automation solution shall be able to interface with the current Borrower Defense Platform (see requirements 23017-23020)
- --Disaster Discharge
- --Forgery

- o 23003.020: The solution shall be integrated with the servicing and imaging systems in a way that the FSA reviewer can have access to all information needed to complete the reviews without relying on email submissions and/or logging in to multiple systems.
- o 23003.030: The solution shall systematically route all discharge requests to FSA weekly, once the contractor completes the pre-determination as outlined in the discharge guide.
- o 23003.040: The solution shall track each discharge request as a separate request and track them as "cases."
- o 23003.050: The solution shall allow FSA to review recommended discharge based on a pre-determination status:
  - --Approved: Borrower has completed all forms, supplied all documentation, and meets the eligibility criteria and the request now needs FSA final determination.
  - --Denied: Borrower does not meet the eligibility criteria.
  - --Incomplete: Borrower did not complete the application correctly and/or did not submit all documentation.
- o 23003.060: The solution shall allow FSA the option to search and "work" the claims, including the option to either individually process or batch process, based on various parameter(s).  Examples include but are not limited to the below:
  - Oldest discharge (first in, first out)
  - Discharge type
  - School Code
  - Status
  - Begin/end date
- o 23003.070: The solution shall maintain an audit trail for any action taken in the automated solution including, but not limited to:
  - Date application received
  - Date application passed/failed pre-determination
  - Date application sent to FSA for review
  - FSA request for additional information (ability for FSA to enter comments/questions and date of request)
  - FSA approval/denial date
  - FSA denial reason
- o 23003.080: The solution shall track and provide reporting capabilities of each discharge type, including regularly reporting data on approved and denied discharge claims (including denial reasons).
- o 23003.090: The contractor shall work with FSA on the final requirements, design, and testing of the automated discharge workflow.

- **23004.000: The contractor shall receive, review, and process Death discharge requests. The contractor shall put this work in a queue for the contactors to work.**

- o 23004.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
    - ▪ 23004.011: If a borrower (or a student on whose behalf a parent borrowed a Direct PLUS Loan) dies, the contractor shall discharge the obligation of the borrower and any endorser to make any further payments on the loan based on an original or certified copy of the borrower's (or student's, in the case of a Direct PLUS loan obtained by a parent borrower) death certificate, or an accurate and complete photocopy of the original or certified copy of the borrower's (or student's, in the case of a Direct PLUS loan obtained by a parent borrower) death certificate.
    - ▪ 23004.012: If an original or certified copy of the death certificate, or an accurate and complete photocopy of the original or certified copy of the death certificate is not available, the Secretary discharges the loan only if other reliable documentation establishes, to the Secretary's satisfaction, that the borrower (or student) has died. The Secretary discharges a loan based on documentation other than an original or certified copy of the death certificate, or an accurate and complete photocopy of the original or certified copy of the death certificate only under exceptional circumstances and on a case-by-case basis.
    - ▪ 23004.013: Appropriate documentation for certification of death may be in the form of an original certificate of death, a certified copy of a certificate of death, or a photocopy of an original or certified copy of a certificate of death.
    - ▪ 23004.014: If one of the types of documentation in 23004.013 is unattainable, the Department has approved the use of at least two of the following types of documentation in the order listed:
        - • Verification from an official of a county clerk's office stating that the student/borrower is deceased, but that a death certificate could not be readily provided
        - • Letter from a clergyman or funeral director
        - • Death File Match: The SSA website for the Death Master File is: https://dmf.ntis.gov/
        - • Death confirmation from a credit bureau
        - • An announcement of death from a local newspaper (with enough information to verify the announcement is referring to the student/borrower)
        - • Confirmation from the Social Security death registry
- o 23004.020: Where the contractor learns of a post-mortem disbursement, the contractor shall request that school making the disbursement return the funds to FSA and submit a disbursement adjustment to reduce the disbursement to zero.
    - ▪ 23004.021: Such requests shall be in writing and documented in the loan servicing history. For the purposes of this provision, written communication will include a request transmitted via regular mail or email.
    - ▪ 23004.022: Once the contractor has sent the written communication to the school, the contractor shall follow-up with the school on at least two separate occasions (can be by phone) to notify the school of the death of the borrower's (or student's, in the case of a Direct PLUS Loan made on the behalf of a student) and to request that post-mortem disbursements be returned.
    - ▪ 23004.023: The contractor shall escalate requests to FSA when a discharge application, awaiting the return of post-mortem disbursements, is pending more than 30 calendar days. In such cases, the contractor shall request FSA's assistance in having the school return funds by emailing FSA at the designated mailbox for receiving such request, including any such other person(s) on the email as FSA may deem necessary, and shall provide sufficient information/documentation as to identify the borrower, issue(s), and attempts to resolve the issue(s) with the school.

- 23004.030: The contractor shall process death discharges if another entity has processed a death discharge on NSLDS. NSLDS will provide the Death Conflict Report to be worked by the contractor. The contractor shall not seek FSA's final approval (as outlined in 23004.040) if the Death Status Conflict Report is used to determine discharge eligibility.
- 23004.040: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23005.000: The contractor shall receive, review, and process Closed School Discharge Requests.**

  - 23005.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - 23005.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.
  - 23005.030: The contractor shall follow the closed school procedures outlined in the Code of Federal Regulations (34 CFR § 685.214).  Acting on behalf of the U.S. Department of Education, the contractor shall satisfy all requirements of "the Secretary."
  - 23005.040: For closed school discharge applications received on or after July 1, 2023, the servicer shall evaluate the application under both the pre-July 1, 2023 regulations, and the regulations effective July 1, 2023, until notified by FSA.
    - 23005.041: If the application is approved under both sets of regulations, the servicer shall follow their approval procedures.
    - 23005.042: If the application is denied under both sets of regulations, the servicer shall follow their denial procedures.
    - 23005.043: If the application is approved under the pre-July 1, 2023, regulations but not the regulations effective July 1, 2023, the servicer shall follow their approval procedures.
    - 23005.044: If the application is approved under the regulations effective July 1, 2023, but not under the pre-July 1, 2023 regulations, the servicer shall hold the approval and place the eligible loans on an administrative forbearance or in a stopped collection status. The forbearance end date will be 60 days from the litigation end date which FSA will provide to servicers.
    - 23005.045: The servicer shall provide language in the forbearance approval letter that allows the borrower to opt-out of the forbearance or stopped collection status.

- **23006.000: The contractor shall monitor the Partner Connect PPO, formerly Post -Secondary Education Processing (PEPS) contractor file on a weekly basis to identify borrowers that may be eligible for Closed School Discharges.**
  - 23006.010: The contractor shall compare their ED-held loan portfolio to FSA's Closed School Search File from PPO on a weekly basis to identify any borrower (or student on whose behalf a parent borrowed) who:
    - Was enrolled at the school on the school closure date
    - Withdrew from school not more than 180 calendar days before the school closed
  - 23006.020: The contractor shall mail the borrower/parent/endorser a closed school discharge application and a cover letter with a clear explanation of the qualifications and procedures for obtaining a closed school discharge within 10 business days of identifying any eligible borrower (see attachment "23006_Closed School Discharge Cover Letter Template"). If the borrower has opted into e-correspondence, the contractor shall send the package both via U.S. postal mail and email.
    - 23006.021: If the current address of the borrower is unknown, the contractor shall attempt to locate the borrower by any means possible, including consulting with representatives of the closed school, the school's licensing agency, the school's accrediting agency, and any other appropriate parties.

- 23006.022: The contractor shall send a closed school discharge application package via U.S. postal mail to any new address discovered in this effort.
- 23006.023: When borrowers fail to respond to the initial application and instructions, and upon returning borrowers to repayment following the initial 60-day suspension of collections, the contractor shall send potentially eligible borrowers another application and instructions to obtain a closed school discharge.
- 23006.024: Where the initial application and instructions are sent with less than 60 calendar days of grace period remaining, the contractor shall ensure that a total of 60 calendar days of ceased collections is provided by applying the provisions of existing regulations.
- o 23006.030: The contractor shall apply a 90 calendar day administrative forbearance to the borrower's loans that are in the following scenario(s):
  - Borrower's grace period ends within the next 90 calendar days
  - Borrower's account is in a repayment status with a due date within the next 90 calendar days.

  Note: If the borrower is prepaid 90 or more calendar days into the future, then administrative forbearance is not required.
- o 23006.040: The contractor shall annotate the borrower's account with the following information (if this is a manual process, the contractor will do this work):
  - Loan(s) identified for potential closed school discharge for {Insert School Name and OPE ID}
  - School Closed discharge package sent {insert date}
  - Administrative forbearance applied {insert begin/end date} (if applicable)
- o 23006.050: The contractor shall follow Closed School Discharge requirements as outlined in the Discharge Guide.
- o 23006.060: The contractor shall resume collections if the borrower fails to submit the application within 90 calendar days (end of the forbearance period) of the mailing of the discharge application.
- o 23006.070: Upon resuming collections in requirement 23006.060, the contractor shall send borrowers, potentially eligible for relief, another application and instructions to obtain a closed school discharge. Note: This requirement applies when borrowers fail to respond to the initial application and instructions sent by the contractor in requirement.
- o 23006.080: The application and instructions sent in this requirement shall be sent upon returning borrowers to repayment following the initial 90-day suspension of collections as outlined in existing regulations. If this is a manual process, the contractor will create the transaction to send this information.

- **23007.000: The contractor shall process Automatic Closed School Discharge (ACSD) Manifests received from FSA.**

  - o 23007.010: The contractor shall accept on a monthly basis a listing or report from FSA of loans eligible for Automatic Closed School Discharge consistent with the procedures outlined in the discharge processing guide. The listing or report will include—at a minimum—the borrower's SSN, applicable loan award ID(s), and associated OPEID.
  - o 23007.020: The contractor shall monitor for incoming listings or reports from FSA and shall discharge identified loans within 30 calendar days of receipt
  - o 23007.030: The contractor shall notify borrowers identified in requirement 23007.020 that their loans have been discharged within 30 calendar days of discharging the identified loan(s).
    - 23007.031: The content of notifications may be prescribed by FSA.
  - o 23007.040: The contractor shall return the listing or report ("results") of loans provided in requirements 23007.010 to FSA, confirming that discharges have occurred. The results shall be returned to TivasReports@ed.gov. DSEWReports@ed.gov, and VOG-FSA@ed.gov and fsaitemsubmission@ed.gov (and/or other addresses as requested by FSA).

- o 23007.050: The contractor shall report all Automatic Closed School Discharges to NSLDS using a "Loan Status Code" and "Loan Discharge Type Code" consistent with current NSLDS reporting of closed school discharges that occur as a result of a borrower applying for discharge.
- o 23007.060: The contractor shall utilize an FMS "Reason Code," "Description," and "Transaction Code," for Automatic Closed School Discharges that is consistent with current FMS mapping/reporting for closed school discharges that occur as a result of a borrower applying for discharge.
- o 23007.070: The Contractor shall process Automatic Closed School Discharges on a loan that was paid in full (PIF) by borrower payment.
  - 23007.071: The contractor shall, consistent with existing closed school discharge requirements, remove all payments, interest accruals, and fees (if any) made on the loan, and apply the discharge with an effective date consistent with how the servicer reports effective dates for application-driven discharges due to school closures. The contractor shall apply the payments to other outstanding loans and refund the remaining overpayment.
  - 23007.072: Note: FSA is not changing the way Federal Loan Servicers currently report effective dates for discharges due to school closure. FSA expects to provide guidance and/or changes on "effective dates" for a broader category of discharges at a future date.
- o 23007.080: The contractor shall process Automatic Closed School Discharges on a loan (underlying loan) that was PIF by Consolidation.
  - 23007.081: The contractor shall reverse the consolidation payoff as well as any other payments (consistent with requirement 2.0) applied to the loan and send an unsolicited transaction to the consolidation originator to reduce the consolidation loan.
  - 23007.082: If the contractor's system can accurately post the discharge, reallocate payments, and create the unsolicited transactions without requiring the payments be removed, that method is acceptable
  - 23007.083: [DELETED]
  - 23007.084: The contractor, consistent with existing requirements, servicing a Federal Direct Consolidation Loan impacted by an unsolicited transaction shall ensure, where applicable, that the weighted average interest rate for the Federal Direct Consolidation Loan is adjusted and the new, adjusted rate should be reapplied for the life of the loan.
  - 23007.085: The contractor shall, consistent with existing requirements, ensure that underlying loan processed with an Automatic Closed School Discharge is properly updated in NSLDS with the following:
    - Code for Loan Status (AH-004): CS - Closed School (CS)
    - Type of Discharge (AO-003): CS01 - Closed School Discharge.
  - 23007.086: The contractor shall, consistent with existing requirements, ensure that FMS mapping/ reporting for the underlying loan processed with an Automatic Closed School Discharge is properly updated using existing reporting for Closed School Discharge.

- **23008.000: The contractor shall receive, review, and process Forgery discharge requests.**

  - o 23008.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - o 23008.020: The contractor/contactors shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23009.000: The contractor shall receive, review, and process Teacher Loan Forgiveness applications.**

- o 23009.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - o 23009.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.
  - o 23009.030:  The definition of "chief administrative officer" has been revised to more closely reflect the Department's longstanding guidance that the individual who is authorized to certify the borrower's qualifying teaching service may vary depending on the borrower's employer and is not limited to the principal, assistant principal, or superintendent. The revised definition clarifies that the chief administrative officer is the official who has access to employment records that establish the borrower's eligibility for loan forgiveness and who is authorized to verify the borrower's employment.

- **23010.000: The contractor shall receive, review, and process Unpaid Refund discharge applications.**

  - o 23010.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - o 23010.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23011.000: The contractor shall receive, review, and process False Certification-Ability to Benefit, Disqualifying Status, Unauthorized signature/Payment,  Group Discharge, and Identify Theft discharge applications.**

  - o 23011.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - o 23011.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.
  - o 23011.030: The contractor shall assign the correct discharge type code based on the reason for the false certification.

- **23012.000 [DELETED]:**
  - o 23012.010: [DELETED]
  - o 23012.020: [DELETED]

- **23013.000 [DELETED]:**
  - o 23013.010: [DELETED]
  - o 23013.020:  [DELETED]

- **23014.000: The contractor shall receive, review, and process Ineligible Borrower requests from schools.**

  - o 23014.010: The contractor shall review all requests from schools and perform a predetermination of eligibility, send a Final Demand letter to the borrower and forward the request to FSA based on the processes outlined in the discharge guide.
  - o 23014.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23015.000: The contractor shall receive and review Spouses and Parent of September 11, 2001 Victims Discharge requests and prepares and provides a pre-determination for FSA approval.**

- 23015.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
- 23015.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23016.000: The contractor shall process adjustment transactions received on loans previously discharged.**

  - 23016.010: The contractor shall, upon receipt of disbursement adjustments, subsequent disbursements, or any other financial adjustment for loans that were previously discharged, reverse the discharge and process the adjustment/disbursement. Once processed, the discharge shall be reapplied. If there are files that can be processed systematically, the contractor is responsible for this work.
    These transactions may be received from FSA (via manual spreadsheets), COD, DMCS, or consolidation originators. This also includes if system issues are found that require account clean-up and any retro processing (e.g., SCRA benefits) being applied after discharge.

  - 23016.020: For upward adjustments and/or new disbursements, the additional amounts must be approved by FSA. For downward adjustments, the contractor shall reverse and reapply the discharge and notate the account.

  **23017.000: The contractor shall provide modified closed school discharge qualifications for borrowers from certain schools. See attachments:**
  23017.000_Guidance -- G4.19.06 CSD Extension for DEH Schools -- UPDATE 12-02-19.pdf
  23017.000_Guidance -- G4.20.01 CSD Extension for Specific DCEH Schools 02- 06-20.pdf
  23017.000_Guidance -- G4.20.05 CSD Extension for Concordia University 11- 16-20.pdf
  23017.000_Guidance -- G4.21.03 CSD Extension for ITT Educational Services, Inc. Schools 08.26.21.pdf

  - 23017.010: The contractor shall modify the "last enrolled" criteria for those borrowers to be enrolled on/after 6/20/14 rather than 120 calendar days prior to school closure when evaluating a Closed School Discharge request from a borrower that attended one of the Corinthian closed schools (see attachment "23017 List of Corinthian Closed School Codes").
  - 23017.020: The contractor shall identify and send closed school applications with the FSA drafted cover letter to all eligible borrowers attending ITT Educational Services, Inc. (ITT) when the school closed on September 3, 2016, or withdrew from the school on or after May 5, 2016 (see attachment "23017 List of ITT Closed School Codes").
  - 23017.030: The contractor shall modify the "last enrolled" criteria for those borrowers to be enrolled on/after 12/31/2016 rather than 120 calendar days prior to school closure when evaluating a Closed School Discharge request from a borrower that attended Charlotte School of Law.
  - 23017.040: The contractor shall modify the closed school discharge window for certain Globe University and Minnesota School of Business borrowers, such that borrowers who withdrew from the school on or after September 8, 2016 and meet the normal closed school discharge requirements will qualify.
  - 23017.050: The contractor shall extend the closed school discharge window for certain Globe University and Minnesota School of Business borrowers, such that borrowers who withdrew from the school on or after September 8, 2016 and meet the normal closed school discharge requirements will qualify. This applies only to the OPEIDs below: 00464200, 00464203, 00464600, 00464603, 00464604, 00464605, 00464606, 00464607, 00464609.

    The contractor shall approve any new applications received that fall within the new date

range and meet the normal closed school discharge requirements.
- 23017.051: The contractor shall not send out applications to this population.
- 23017.052: The contractor or contactors shall not go back and look at prior denials to see if the borrower would now qualify.

- **23018.000: The contractor shall process Borrower Defense Discharges. Contractors shall maintain compliance with new instructions surrounding borrower defense as they are provided.**
  - 23018.001: See attachments:
    - "23018_Adhoc Instructions V24"
    - "23018_Appr_Examples V6"
    - "23018_Appr_QuestionsResponse V16"
    - "23018_ApprovalRequestResponse V3"
    - "23018_Servicer Ineligible Instructions V7b"
    - "23018_Servicer Letter_01_BD Discharge Notice_Above 0_approved_021220"
    - "23018_Servicer Letter_02_BD Discharge Notice_Equal to 0_approve_022120"
    - "23018_Servicer Letter_04_BDApprovedNoLoans_ReceivedInterestCredit_approved_042020"
    - "23018_Servicer Letter_05_SPC1_Specialv2"
    - "23018_Servicer Letter_06_SPC2_SPC3_020922"
  - 23018.002: The servicer shall provide an email address where FSA can send borrower defense related actions (e.g., the approval/denial decisions to the servicer for further action).
  - 23018.010: The contractor shall accept and apply requests to put a borrower's loans into non-capitalizing forbearance or stopped collections (see requirements under section 22011, Forbearances, for details).
  - 23018.020: The contractor shall accept and apply requests to remove any forbearance or stopped collections from a borrower's loan(s) (See requirements under section 22011, Forbearances, for details).
  - 23018.030: The contractor shall process borrower defense approvals.
    - 23018.031: The request to apply a borrower defense approval may be received via the DCC platform or via email request from FSA.
    - 23018.032: The contractor shall refer to FSA instruction (see attachments in 23018.000) for additional approval processing instructions.
    - 23018.033: The contractor shall complete the processing of the discharge within 15 business days, unless otherwise noted in the requirements (e.g., 23018.1860).
    - 23018.034: The contractor shall send a single notification of the approval decision and processing of the approval (can be combined with redisclosure). For borrowers with a full discharge, this notice will act as a paid in full notice. See attachments listed in 23018.000.
    - 23018.035: FSA will send the contractor templates of letters that borrowers will receive via normal communication channels.
    - 23018.036: The contractor shall only update the completed date and status in CEMS.
    - 23018.037: The contractor shall notify FSA via email if a borrower defense discharge approval/denial is received for a loan that is not serviced by them or if the loans were previously fully discharged or forgiven. The email to FSA should indicate why the discharge cannot be processed, and if due to a transfer off when the transfer was done and where the loan was sent. The contractor shall take no further action regarding borrower defense discharge after notifying FSA unless instructed by FSA. The contractor shall use the COD monthly password when

sending/receiving borrower defense encrypted documents.

- 23018.038: The servicer shall ensure any loan approved for borrower defense discharge is not transferred to another servicer. If the borrower chooses to opt out of the borrower defense discharge, the servicer shall be allowed to transfer the loan, if needed. See Requirement 18003.030.

- 23018.040: The contractor shall properly process borrower defense discharges.
    - 23018.041: The contractor shall remove all payments made on the loan to be discharged. This includes any payments made at prior servicers. If the loan was paid off by consolidation, the consolidation payment should be reversed and result in an unsolicited transaction to adjust the consolidation loan. Note: If the servicing system can accurately post the discharge and reallocate payments correctly without requiring the payments be removed, that method is acceptable.
    - 23018.042: The contractor shall apply the discharge effective on the disbursement date and using the instructions/information provided in the approval notification. The discharge shall reduce the loan(s) to $0 (unless otherwise indicated in approval notification). The discharge will apply to principal and non- principal balances. Note: Because loans are discharged effective on the disbursement date, interest accruals on loans should be reversed prior to discharge and not included in the discharge amount.
    - 23018.043: If the loan is fully discharged, the contractor shall refund the payments to the borrower. The servicer shall not reapply overpayments to the borrower's other outstanding loans.
    - 23018.044: If the loan is partially discharged, the contractor shall reapply the payments to the borrower's account based on the post discharge balance of the loan. If the reapplication of payments results in the loan being overpaid, any payments creating the overpayment will be refunded to the borrower.
    - 23018.045: If, once the discharge is applied, the payments to be reapplied will cause the account (including any loans the borrower has with the contractor performing the discharge) to be overpaid (or if all loans are all fully discharged), the contractor shall refund any overpaid amounts to the borrower.
    - 23018.046: For borrowers due a refund, the contractor shall refund payments to the borrower even if payments were received from another source.
    - 23018.047: For loans where the borrower defense claim was completed (no other loans are still under consideration for borrower defense discharge with ED/FSA; this information will be provided by FSA in the approval email sent) the contractor shall shorten the administrative forbearance on the borrower's account (if previously applied in relation to a borrower defense claim) to the date of processing of the denial notification, if at least 21 calendar days prior to next payment due date (allowing the contractor enough time to bill the borrower). If the date the contractor processes the denial does not allow 21 calendar days prior to the next payment due date, the forbearance shall remain in place through the payment due date (so the borrower is not due) and then end on that date. The borrower would become due on the following payment due date (this will allow enough time for proper billing to occur).
    - 23018.048: For loans where the borrower defense claim was not fully completed (other loans are still under consideration for borrower defense discharge with ED/FSA; this information will be provided by FSA in the approval email sent), the contractor shall allow the administrative forbearance on the account to remain, if one was previously applied related to a borrower defense claim.
    - 23018.049: After the discharge has been applied and payments reapplied, non-default contractors shall redisclose the borrower's account (if the payment amount or schedule has changed) and notify the borrower of the new repayment schedule and installment amount (only required if balance remains).

- 23018.050: The contractor shall process borrower defense denials.
    - 23018.051: The request to apply a borrower defense denial may be received via the DCC platform or via email request from FSA.

- 23018.052: The contractor shall refer to FSA instruction (see attachments in 23018.000) for additional denial processing instructions.
- 23018.053: FSA shall be providing notifications to ineligible borrower defense borrowers and FSA will send the contractor templates of letters that borrowers will receive via normal communication channels.
- 23018.054: The contractor shall complete the processing of the denial within 15 business days.
- 23018.055: The contractor shall only update the completed date and status in CEMS.
- 23018.056: The contractor shall shorten the administrative forbearance on the borrower's account (if previously applied in relation to a borrower defense claim) to the date of processing of the denial notification, if at least 21 calendar days prior to next payment due date (allowing the contractor enough time to bill the borrower). If the date the contractor processes the denial does not allow 21 calendar days prior to the next payment due date, the forbearance shall remain in place through the payment due date (so borrower is not due) and then end on that date. The borrower would become due on the following payment due date (this will allow enough time for proper billing to occur).
    - Example 1: The borrower's due date is the 25th each month. The borrower is currently in forbearance from 6/10/15 to 6/09/16. On August 3rd the servicer receives notice that the borrower has been denied discharge, and the servicer processes the request on Aug 3rd. The borrower's forbearance would end 8/3/15, and the borrower would be due 8/25/15 (more than 21 calendar days exist prior to next due date).
    - Example 2: The borrower's due date is the 25th each month. The borrower is currently in forbearance from 6/10/15 to 6/09/16. On August 13th the servicer receives notice that the borrower has been denied discharge, and the servicer processes the request on Aug 13th. The borrower's forbearance would end on 8/25/15, and the borrower would be due 9/25/15 (less than 21 calendar days existed prior to next due date).
- 23018.057: After the administrative forbearance has been shortened, the contractor shall redisclose the borrower's account and notify the borrower of the new repayment schedule, installment amount, and next due date.
  - 23018.060: The contractor shall respond to general inquiries about the Borrower Defense program, as well as specific borrower inquiries about actions taken by the contractor or contractors.
    - 23018.061: The contractor shall direct borrower defense forms and detailed borrower defense inquiries from borrowers to FSA's BD Support contractor(s)/platform.
    - 23018.062: The contractor shall direct borrower defense questions about the Borrower Defense intake or adjudication process to the Borrower Defense Hotline.
    - 23018.063: The contractor shall upload any correspondence sent to or received from the borrower related to borrower defense to DCC via the contractor processing.
  - 23018.070: The contractor shall update credit reporting the current servicer has reported by updating the trade line for the borrower/loans for approved cases.
    - 23018.071: If all the borrower's loan(s) are fully discharged the contractor shall remove all credit reporting the contractor has reported by removing the trade line for the borrower/loans.
    - 23018.072: If the loan(s) are partially or fully discharged (but other non-discharged loans remain for the borrower on the contractor), the contractor shall remove all adverse credit reporting reported on the borrower's credit history as of first disbursement of the loan(s) (or as early as the contractor serviced the loan[s]).

- 23018.073: If the discharged loans were previously at another federal servicer, the contractor or contactors shall review NSLDS to identify all prior servicers of the loan(s). The contractor shall notify each of the prior servicers (via email to an email address provided by FSA for each servicer) that the loan(s) has been discharged due to borrower defense, and request removal of all adverse credit reporting for those loans. Note: Prior federal servicers who no longer service a federal portfolio will not be notified.
- 23018.074: If the discharged loan(s) included a consolidation payoff, the contractor or contractors shall review NSLDS to identify the contractor(s) of the consolidation loan(s). The contractor shall notify each of the prior servicers (via email to an email address provided by FSA for each servicer) that the consolidation loan(s) included a loan/loans that has been discharged due to borrower defense and request removal of all adverse credit reporting for the consolidation loan(s). Note: Prior federal servicers who no longer service a federal portfolio will not be notified.
- 23018.080: The contractor shall annotate the borrower account upon receipt of borrower defense approval or denial.
  - 23018.081: The contractor shall include in the annotation the decision (approved/denied), the date of the decision, and basic information on reason for denial (if denied). Additional details about the decision may be available in imaging history or CEMS. The contractor shall be trained to use the annotation and related documents to respond to inquiries about borrower defense.
  - 23018.082: The contractor shall store all borrower defense approval or denial notification information within the borrower's imaged history.
  - 23018.083: The servicer shall receive a "case file" including all documents related to the borrower's request and the determination(s) made as a result of the request. The case file will be received within the approval/denial email decision.
- 23018.090: The contractor shall report the borrower defense discharges to FMS, NSLDS, and COD.
  - 23018.091: The contractor shall report the borrower defense discharge to FMS.
  - 23018.092: The contractor shall use the existing write-off transaction with a new write-off reason code for Borrower Defense Discharges (1123).
  - 23018.093: The contractor shall report the borrower defense discharge to NSLDS no more than 10 business days after the discharge was applied.
  - 23018.094: The contractor shall report the Discharge (AO) Record Type, through NSLDS batch or online loan update, with a Discharge Type Code ("BD01") as outlined in the DPI indicating a Borrower Defense Discharge effective on the date of discharge approval for full or partial discharges. The contractor shall report the Amount of Discharge Applied to OPB and the Amount of Discharge Applied to OIB, inclusive of borrower payment returns, with the Partial or Full Discharge Indicator.
  - 23018.095: The contractor shall report "CS–Closed School" in the Code for Loan Status field effective on the date of discharge approval for full discharges.
  - 23018.096: The contractor shall report zero in the Amount of Outstanding Principal Balance and zero in the Amount of Outstanding Accrued Interest Balance with a Date of Outstanding Balance, effective on the date of discharge approval for full discharges.
  - 23018.097: The contractor shall report the applicable loan status with a Date of Loan Status equal to the earliest effective date of that loan status upon discharge approval for partial discharges.
  - 23018.098: The contractor shall report the appropriate Date of Outstanding Balance, Amount of Outstanding Principal Balance, and Amount of Outstanding Accrued Interest Balance) inclusive of the discharge reductions. Note: The contractor shall follow the existing reporting rules to determine the appropriate Date of Outstanding Balance.
  - 23018.099: The contractor shall follow the existing reporting/DPI rules.

- o 23018.100: The contractor shall report the borrower defense discharge to COD.
- o 23018.110: The contractor shall accept one or more monthly Refund request files from FSA.
  - ▪ 23018.111: The file(s) will be sent to the designated BD contacts at the servicer.
  - ▪ 23018.112: The contractor shall initiate a refund(s) to the borrowers in the list(s) provided by FSA. FSA will indicate in the request file(s) or email the time period that the payments should be refunded (e.g., all payments received since 5/25/2018).
  - ▪ 23018.113: The contractor shall complete all refunds (send to FMS) within 10 business days of receipt of each refund request file.
  - ▪ 23018.114: The contractor shall create a refund response file (Excel) for each request file and provide the response file once the refunds have been initiated. Each response file shall include responses to all requested information found in the refund request file (see attachment "23018 Non-Default Refund Request File Template").
- o 23018.120: The contractor shall access FSA's Customer Engagement Management System (CEMS/ system) Salesforce.com Partner Portal daily to identify any tasks assigned to the servicer.
  - ▪ 23018.121: Tasks assigned to the contractor shall include:
    - Forbearance Requests – Non-Defaulted servicers
    - Stop Collection Requests – Default servicer
    - Inquiries – All servicers
  - ▪ 23018.122: The contractor shall provide FSA with the anticipated volume of users needing access to CEMS in order to complete Borrower Defense (BD) tasks within required standards. The anticipated volume shall be included in the impact assessment to this change request.
  - ▪ 23018.123: The servicer shall provide the email addresses of the users once this CR has been approved. FSA will provide directions and send these resources user access forms to be filled out. FSA will then process their access to CEMS prior to go-live.
  - ▪ 23018.124: Requests to remove users or add new/ different users shall be coordinated through the CEMS ISSO.
  - ▪ 23018.125: The contractor shall participate in CEMS Partner Portal training for Borrower Defense.
- o 23018.130: The contractor shall process inquiries as requested via CEMS.
  - ▪ 23018.131: The contractor shall identify all CEMS borrower defense inquires, and the servicer shall review the request in detail to identify the actions to be taken.
  - ▪ 23018.132: The contractor shall respond to all inquiries within three business days of the request.
- o 23018.140: [DELETED]
  - ▪ 23018.141: [DELETED]
  - ▪ 23018.142: The contractor will be provided access to all borrower defense information for borrowers they service (Table 1 reference).
  - ▪ 23018.143: The contractor shall update all training and procedures related to borrower defense inquiries to understand that borrowers may refer to the unique number in CEMS when referring to a borrower defense claim/application or inquiry.
  - ▪ 23018.144: The contractor shall have the ability in CEMS to view activities and attachments related to the borrower defense application.
- o 23018.150: The contractor shall have the ability to reverse the discharge if requested by FSA.
  - ▪ 23018.151: The contractor shall report reversal information to NSLDS, FMS and COD.
  - ▪ 23018.152: The contractor shall apply an administrative forbearance to the account to bring current at the time of reversal.
  - ▪ 23018.153: If a reversal is required, the contractor shall review to determine if a

refund has been issued. If the refund has not yet been cashed, the contractor shall initiate a refund cancellation (and when cancellation is successful, reapply all payments with previous effective dates).

- 23018.154: The contractor shall complete borrower defense to repayment discharges within specified timeframes.

o 23018.160: The contractor shall forward to FSA any requests for borrower defense.

- 23018.161: The contractor shall scan any postal mail borrower defense requests and email them to the FSAOperations@ed.gov address.
- 23018.162: The contractor shall send any email borrower defense requests and email them to the FSAOperations@ed.gov address.

o 23018.170: The contractor shall instruct customer service and staff on how to respond to inquiries about borrower defense discharges.

- 23018.171: The contractor shall train staff on the borrower defense discharge process and how to respond to borrower inquiries or inquiries from other servicers.
- 23018.172: The contractor shall provide information, including borrower defense case documents, to other servicers if needed to service borrowers (e.g., a servicer holding a consolidation loan may need additional information about underlying loans that were discharged to respond to borrower inquiries).

o 23018.180:  The contractor shall process borrower defense group approvals and discharges.

- 23018.1810: Servicers shall accept a file containing loans identified by FSA that are eligible for Borrower Defense discharge as part of a group discharge.
  - 23018.1811:  FSA will provide the file in a comma-delimited flat file format (see attachment "23018.180_BD Group Discharge File Layout").
  - 23018.1812: FSA will place the file in SAIG via message class AHSLDEOP. Servicers may provide their preferred mailbox  to FSAVendorManagementTeam@ed.gov.
- 23018.1820: Servicers shall place all identified loans that are currently serviced by the servicer into a Borrower Defense forbearance, with a start date equal to the date the file is received and an end date that is 60 business days from the start date.  (Note: DMCS should apply a collections hold instead of a forbearance.)
- 23018.1830: Loans previously discharged should not be processed in this group Borrower Defense process. If a loan included in the file has previously received a discharge of any type, the servicer shall notify FSA and not process a group Borrower Defense discharge for that loan. Notification can be sent to FSAVendorManagementTeam@ed.gov, DSEWReports@ed.gov,  and VOG-FSA@ed.gov.
- 23018.1840: All group discharges are 100% discharges as there will be no partial discharges.
  - 23018.1841: The exception would be if there is a Consolidation loan consisting of eligible and non-eligible underlying loans.
- 23018.1850:  Except in the case of eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan, federally held FFEL loans that have not been consolidated, and transferred loans, servicers shall discharge the eligible loans effective the date of first disbursement, except as indicated otherwise in Requirements 23018.1860, for the full net disbursement amount within 15 business days of receiving the file and delete all related credit tradelines at the regular next reporting to the credit reporting agencies after the discharge is complete.
  - 23018.1851: If the servicer is unable to process the discharge within the 15 business days, the servicer must notify FSA in advance of the 15 business days of the cause for delay and justification that supports the requested extension period. The servicer must get approval from FSA for extending the time period. If FSA approval to extend is

obtained by the servicer, the servicer shall extend the Borrower Defense forbearance to the approved extension date if it is beyond the forbearance end date of the existing Borrower Defense forbearance.

- 23018.1860: For eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan, federally held FFEL loans that have not been consolidated, and transferred loans, the servicer shall discharge the eligible loans for the full net disbursement amount within 45 business days of receiving the file and delete all related credit tradelines at the regular next reporting to the credit reporting agencies after the discharge is complete.

  - 23018.1861: The effective date for eligible FFEL or Perkins loans that have been consolidated into a Direct Consolidation Loan is the disbursement date of the consolidation loan and the discharge portion of the consolidation loan rather than the underlying loan.
  - 23018.1862: The effective date for eligible federally held FFEL loans that have not been consolidated is the date the loan became federally held. Servicers shall use the transfer load date if the loan was not previously transferred to the servicer from another FLS. If the loan was received from an FLS, the servicer shall use the date the loan was first transferred to an FLS.
  - 23018.1863: For borrowers that have loans for both requirements 23018.1850-23018.1860, servicers shall have 45 business days to complete the discharge.
  - 23018.1864: The 45-business day turnaround time in requirements 23018.1860 and 23018.1863 apply to both group discharge approvals and individual discharge approvals that fit the criteria in those requirements.

- 23018.1870: The servicer shall reallocate payments previously applied to the eligible loan to the borrower's other loans and/or issue a refund payment request within 60 business days of completing the discharge adjustment.

  - 23018.1871: To the extent practicable the discharge, reallocation and refund process should be completed together; however, servicers shall not delay applying a discharge if the reallocation or refund process cannot be completed within the 15-business day requirement in section 5, with the exception noted there.

- 23018.1880: Servicers shall discharge the eligible loans as follows in accordance with current borrower defense instructions.

  - 23018.1881: Discharge types 1) T1DL, 2) T1FP, and 3) SPC3 will be used.
  - 23018.1882: Discharge Types 1) SOL1, 2) SOL2, 3) SPC1, and 4) SPC2 will not be used.
  - 23018.1883: Borrowers will all receive 100% relief (i.e., there will no partial discharges [e.g., 50% relief]).
  - 23018.1884: Servicers shall continue to use the Borrower Defense processing instructions.

- 23018.1890: Servicers shall not be required to update Borrower Defense cases in Customer Engagement Management System (CEMS) for group Borrower Defense discharges processed in accordance with this CR.

  - 23018.1891: Servicers shall send a response file in a comma-delimited flat file format (see attachment "23018.1890_BD Group Discharge File Response Layout").
  - 23018.1892: The response file is a cumulative file associated with the file that is sent under 1 above.
  - 23018.1893: This process is only for processing and reporting on loans in a group Borrower Defense. It does not replace the process in place for individual Borrower Defense cases.

- 23018.1894: Servicers shall send the response file to tivasreports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov, Michael Illes, and Michael Garry by 3:00 PM ET on Monday each week.
- 23018.1895: The naming convention for the response file should be based on the following: BD[NSLDS GA Code of Servicer][Date file received MMDDCCYY][Date of response MMDDCCYY]. Example: "BD5000801202208102022."

- 23018.1900: Servicers shall send the borrower an approval letter within seven business days after the discharge is applied.
  - 23018.191: The approval letter shall notify the borrower that their loans have been discharged and prior payments made will be reallocated to loans with an open balance, or, if no balance exists, applicable refund requests have been initiated and other information specified by BD regulations.
  - 23018.192: FSA will provide servicers with the letter template to be used.
- 23018.200: Servicers shall follow existing borrower defense discharge requirements related to FMS reporting, COD reporting, credit bureau reporting, storage of approval/denial information, annotation of accounts, and reporting to NSLDS.

- **23019.000: The contractor shall process Natural Disaster Discharge Manifests received from FSA. See attachment "23020 Natural Disaster Discharge Manifest."**

  o 23019.010: The contractor shall receive manifest from FSA with all loans that are approved to be discharged for Natural disasters. If this is not an automated process, then the contractor is responsible for completing these transactions.
  o 23019.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide. If this is not an automated process, then the contractor is responsible for completing these transactions.
  o 23019.030: Borrowers cannot apply for a Natural Disaster Discharge.

- **23020.000: The contractor shall discharge PSLF or TEPSLF accounts that have been approved by FSA for forgiveness.**

  o 23020.010: [DELETED]
  o 23020.020: Upon receipt of a discharge notice from FSA, the contractor shall discharge a borrower's eligible loan(s) for PSLF or TEPSLF forgiveness within 10 business days.
    - 23020.021: If the loan(s) has been transferred to DMCS, the contractor shall recall the loan from DMCS prior to performing the discharge. The 10-business day forgiveness SLA begins when the loan is received from DMCS. See Requirement 14008.020.
  o 23020.030: Discharges shall be effective on the day the final qualifying month was satisfied. Any payments made after that date on the loan shall be applied to any other of the borrower's debts at the servicer.  Once all other borrower debts at the servicer are paid in full, the borrower shall be refunded any payments made after the effective date.
  o 23020.040: For the PSLF and TEPSLF program, the contractor shall refund any payments received after the discharge was effective (payments not needed to meet the 120 qualifying months of payments) if the borrower has no other debts with the servicers. If other debts exist, the refund payments shall be first applied to other debts and then refunded if those debts are satisfied and an overpayment exists.
  o 23020.050:  The contractor shall apply a partial discharge for Joint/Spousal DL Consolidation loans if only one of the borrowers is eligible.  The contractor shall discharge the amount attributable to the borrower who is qualified for PSLF/TEPSLF. The contractor shall research the underlying loans to determine the remaining balance

that is attributable to the qualified borrower.
  o 23020.060:  The contractor shall provide notice to borrowers that PSLF/TEPSLF forgiveness/discharges is non-taxable income (not considered income for federal tax purposes).
  o 23020.070: The contractor shall reverse, adjust, or apply a discharge to any loan upon a request from FSA.
  o 23020.080: The contractor shall report PSLF information to FMS via the FMS interface.
    ▪ 23020.081: The contractor shall send a WRTOFF transaction in the FMS GL summary file under reason code 1020 for all remaining principal and interest balances forgiven under the Public Service Loan Forgiveness Program once the required number of qualifying payments has been made.  If the contractor is able to provide the industry sector of the public service, the contractor should send the specific WRTOFF reason codes of 1021, 1022, 1023, 1024, or 1025; otherwise, the parent reason code 1020 should be sent.
  o 23020.090: The contractor shall report all TEPSLF discharges to FMS via the FMS interface.
    ▪ 23020.091: The contractor shall send a WRTOFF transaction in the FMS GL summary file under reason code 1026 for all remaining principal and interest balances forgiven under the Temporary Expanded Public Service Loan Forgiveness Program once the required number of qualifying payments has been made.
  o 23020.100: Upon discharge, the servicer shall send the borrower a discharge notification using an FSA provided template.

- **23021.000: The contractor shall process TPD Discharges (including Veteran TPD Discharges) that have been approved by FSA.  (See Requirements 34100-34109 for additional information on TPD processing).**
  o 23021.010: The contractor shall process TPD discharges and reinstate borrower loans at the loan level and not the borrower level.
  o 23021.020: The contractor shall process denials received from SPS for TPD applications.
    ▪ 23021.021: The contractor will receive an LHN file from SPS listing all borrowers submitted by the agency that have had a discharge decision rendered.  For borrowers declared ineligible, the file will include a reject indicator and include the reason for their denial.
    ▪ 23021.022: The contractor shall reinstate the borrower's obligation to repay previously discharged loans upon notification from FSA that the loan is declared ineligible.
    ▪ 23021.023: The contractor shall ensure loans do not accrue interest during the monitoring period, beginning when the loan is discharged. If the loan is reinstated, the contractor shall resume accruing interest upon reinstatement.
  o 23021.030: The contractor shall process approvals received from SPS for TPD applications.
    ▪ 23021.031: The contractor shall, upon receipt of an LHN file with a Reason Code of APPAPPR, discharge the borrower's loans.
    ▪ 23021.032: This discharge shall be completed within 15 business days from the date the LHN file was sent.
    ▪ 23021.033: For applicants with an approval indicator in the file, any loan payments received on or after the effective date of the grant of disability listed in the TPD Report must be refunded to the person who made the payments.
  o 23021.040: The contractor shall report all TPD discharges to the credit bureaus.  See series 30000: Credit Reporting and Processing.
    ▪ 23021.041: The contractor shall also clear any negative reporting on the loan that was reported after the disability date (if applicable).

- **23022.000: The contractor shall retain all documentation and record of all communications related to discharge requests/reviews and all FSA approval/denials as part of the**

**borrower's permanent record.**

- o 23022.010: This information shall be available to FSA on demand (info may be required for audits, litigation, research, etc.).

- **23023.000: The contractor shall comply with all bankruptcy statutes and requirements of the bankruptcy courts.**
  - o 23023.010: The contractor/contactors shall suspend activity, consistent with federal bankruptcy law, the automatic stay, and FSA regulations, within five calendar days of receiving bankruptcy notice.
    - ▪ 23023.012: The contractor shall suspend billing and other notices with language that violates the automatic stay while the stay is in effect.
    - ▪ 23023.013: The contractor shall cure the default if suspending activity as of the date bankruptcy was filed causes the loan to have been incorrectly declared in default.
    - ▪ 23023.015: The contractor shall maintain a PACER account in order to verify the bankruptcy status of loans and conduct bankruptcy servicing
    - ▪ 23023.016: The contractor shall process and verify verbal notice of bankruptcy filing from the borrower or the borrower's attorney providing a bankruptcy case number.
    - ▪ 23023.021: The contractor shall receive and process Electronic Bankruptcy Notices (EBN) from the court and employ EBN, including registering with the Bankruptcy Noticing Center.  Contractors shall include address and name iterations at FSA's request.
    - ▪ 23023.022: The contractor shall forward and receive bankruptcy notices to/from other servicers of Education-held loans if that servicer has an active debt.
  - o 23023.030: The contractor shall have the ability to distinguish loans in Chapter 7, Chapter 11, or Chapter 13 bankruptcy.
  - o 23023.040: The contractor shall exclude post -petition debt from bankruptcy suspense, unless instructed by FSA.
  - o 23023.050: The contractor shall process a refund of any payment violating the automatic stay.
    - ▪ 23023.051: The contractor shall proactively identify post-petition payments that violate the automatic stay and proactively issue those refunds.
    - ▪ 23023.052: The contractor shall refund payments from the 90-day preference period if requested by the trustee or the debtor's counsel with FSA approval.
    - ▪ 23023.053: The preference period refund shall be sent to the trustee.
    - ▪ 23023.054: The contractor shall request approval to refund preferential payments by sending an email at FSABankruptcy@ed.gov.
    - ▪ 23023.055: Once approval for the preferential payment has been received, the contractor shall submit a refund via the normal bankruptcy refund process.
  - o 23023.060: The contractor shall file a proof of claim within 15 calendar days (or shorter if required by the bar date or requested by FSA) of receiving notice of an asset case.
    - ▪ 23023.061: The proof of claim shall conform with the requirements of the courts and those provided by FSA.
    - ▪ 23023.062: The contractor shall amend the proof of claim when required, following the requirements of the court and those provided by FSA.
    - ▪ 23023.063: The contractor shall file a change of address if the lockbox listed on the proof of claim changes.
    - ▪ 23023.064: The contractor shall proactively amend claims to zero when the loan is granted TPD or other discharge, or otherwise expunged or balance reduced.
  - o 23023.070: Forward claim objections to FSA via a work queue within five calendar days of receipt along with borrower identifiers.
  - o 23023.080: The contractor shall review Chapter 11, 12, and 13 plans.
    - ▪ 23023.081: Consistent with existing requirements, the contractor shall (based on rules for Bankruptcy laws) review all Chapter 11, 12, and 13 bankruptcy plans for

objectionable language.
- 23023.082: Objectionable language includes any provisions that result in the discharge of any loan balance, adjusts the interest rate, changes the manner in which payments are applied or otherwise changes the balance owing on the loan, or provides for other non-standard loan provisions that do not conform with servicing practices.
- 23023.083: Plans with objectionable language should be emailed to FSABankruptcy@ed.gov within five calendar days.
- 23023.084: The contractor shall implement any provisions in a confirmed bankruptcy plan as is required by law.
o 23023.090: The contractor shall also forward to FSA any plan containing provisions permitting the debtor to participate in IDR ("IDR Plan") or PSLF during the pendency of the bankruptcy if the plan does not provide protections from stay violations.
- 23023.091: The contractor shall complete a template provided by FSA containing language for use in the IDR Plan following instructions provided by FSA.
- 23023.092: The contractor shall forward the completed template to FSA along with the plan containing the IDR language.
- 23023.093: Do not forward plans to FSA if the debtor has no Education-held loans.
- 23023.094: The contractor shall instruct borrowers contacting the contractor and requesting IDR participation during bankruptcy to amend their plan using the IDR Plan Template and provide to the borrower information necessary to complete the template.
- 23023.095: The contractor shall provide borrowers with confirmed plans authorizing IDR and/or PSLF during bankruptcy full access to IDR and PSLF activities including, but not limited to billing, annual certification reminders, access to income certification (including web certification), employment certification, and qualifying payments posting as credited towards IDR or PSLF cancellation. The contractor shall allow borrowers to participate in any IDR plan for which they qualify regardless of what IDR plan is specified in the bankruptcy plan provisions.
- 23023.096: For borrowers enrolled in IDR when they filed bankruptcy, upon confirmation of a plan allowing IDR, place the borrower on IDR payment arrangements (provided the income certification is current). For borrowers without current annual certifications but were enrolled in IDR on the date the bankruptcy petition was filed, the contractor shall lift/remove the bankruptcy suspense once the borrower completes annual certifications and resume IDR servicing.
- 23023.097: For borrowers who are participating in IDR, any payments the borrower continues to make until a plan is confirmed that would otherwise be qualifying for the purposes of IDR shall continue to count toward IDR forgiveness.
- 23021.098: The contractor shall accept and process IDR applications from borrowers with confirmed plans permitting IDR participation but were not participating in IDR when the bankruptcy petition was filed.
- 23023.099: Upon receiving a confirmed IDR Plan, contact the borrower and assist enrollment in IDR including income certification if expired.
o 23023.100: The contractor shall place loans back into bankruptcy suspense if a borrower participating in IDR during the pendency of their bankruptcy becomes 60 calendar days delinquent.
- 23023.101: The contractor shall place all loans into a bankruptcy suspense when a borrower participating in IDR during the pendency of their bankruptcy fails to meet the hard deadlines for annual IDR certifications.
- 23023.102: The contractor shall allow borrowers who have had IDR suspended due to delinquency or failure to complete annual certification to request, in writing, that the contractor remove the bankruptcy suspense and resume payments under the IDR plan.

- o 23023.110: The contractor shall return accounts to servicing within five calendar days upon receiving notice discharging or dismissing the debtor.
  - 23023.111: The contractor shall annually verify that borrowers are in active bankruptcy for Chapter 7 accounts that have been in bankruptcy for more than six months and Chapter 13 accounts for more than three years.
- o 23023.120: The contractor shall respond to inquiries from the trustee or the debtor's counsel including, but not limited to, requests to research and resolve misdirected payments and requests for documentation.
  - 23023.121: The contractor shall research and resolve unclaimed funds requests, including preparing documentation (following directions on the district website), needed to file a motion to recover the funds.
  - 23023.122: Forward unclaimed funds documents to FSABankruptcy@ed.gov for a federal signature and submission.
- o 23023.130: The contractor shall forward any motion seeking sanctions, attorney fees, or other damages within three calendar days to FSABankruptcy@ed.gov.
  - 23023.131: The email subject shall clearly indicate a motion for sanctions and be sent with High Importance.
- o 23023.140: The contractor shall forward to FSABankruptcy@ed.gov any adversary proceeding summons or complaint involving an ED-held loan or naming the Department of Education within three business days.
  - 23023.141: The contractor shall prepare a litigation referral package for adversary proceedings or other litigation within five business days at the request of FSA. All records must be clear and legible with no cut off text.
  - 23023.142: The contractor shall suspend activity on the account during the pendency of the adversary proceeding, unless otherwise directed by FSA.
  - 23023.143: The referral package shall contain a copy of all records maintained by the contractor, including records to which the contractor has access from prior servicers for the plaintiff's loans, including screen prints and all imaged documents.
  - 23023.144: The contractor shall request and include in the package a copy of the promissory note.
  - 23023.145: The contractor shall prepare a Certificate of Indebtedness for FSA signature using the form provided by FSA for inclusion in the package.
  - 23023.146: The contractor shall provide in the package NSLDS records for the plaintiffs that include the Loan History screen and the Loan Detail screen for each loan.
  - 23023.147: The referral package shall be submitted to FSA in .pdf format to FSABankruptcy@ed.gov.
  - 23023.148: The email subject shall indicate the name of the plaintiff(s), case number, and district, and that the email contains an adversary referral package.
  - 23023.149: The contractor shall designate a point of contact (along with a backup) to provide information regarding servicing records or business practices within two business days for accounts in litigation (bankruptcy or otherwise). The designated point of contact shall also fulfill inquiries and provide information or records to OGC or, if necessary, attorneys at the Department of Justice representing our interests.
- o 23023.150: The contractor shall implement any court order or settlement in bankruptcy court following FSA direction. This implementation includes updating the terms and servicing conditions to conform with the order or agreement including, but not limited to, balance, interest rate, repayment terms, cancellation.
  - 23023.151: The contractor shall monitor borrower compliance with the order/settlement and inform FSA of any breach of the agreement.
  - 23023.152: The contractor shall, at FSA request, send to the borrower notice that the borrower has breached the order/agreement.
  - 23023.153: At FSA direction, the contractor shall implement terms following breach of the agreement/order.

- 23023.154: The contractor shall have the ability to identify loans serviced under the terms of a settlement/court order.

- **23024.000: The contractor shall provide support for loans in litigation.**

  - 23024.010: The contractor shall designate a point of contact (along with a backup) to provide information regarding borrower records or business practices within two business days for accounts in litigation. The designated point of contact shall also fulfill inquiries and provide information or records to OGC or, if necessary, attorneys at the Department of Justice representing Education interest.
  - 23024.020: The contractor shall provide a witness, if requested by FSA or OGC, to testify in defense of an action brought against Education.
  - 23024.030: At FSA or OGC request, the contractor shall prepare a litigation referral package within five business days.
    - 23024.031: The referral package shall contain a copy of all records maintained by the servicer for the plaintiff's loans, including screen prints and all imaged documents.
    - 23024.032: The contractor shall request and include in the package a copy of the promissory note.
    - 23024.033: The contractor shall prepare a Certificate of Indebtedness (COI) for FSA signature using the form provided by FSA for inclusion in the package. See attachment "23024 Sample ADV_COI non-default."
    - 23024.034: The contractor shall provide in the package NSLDS records for the plaintiffs that include the Loan History Screen and the Loan Detail screen for each loan in the contractor's portfolio.

    - 23024.035: All records must be clear and legible with no cut off text.
  - 23024.040: The contractor shall implement any court order or settlement resulting from litigation, including updating the terms and servicing conditions following FSA direction. Implementation shall include, but is not limited to, adjusting the balance, interest rate, repayment terms, cancellation, and changes to servicing requirements.
    - 23024.041: The contractor shall monitor borrower compliance with the order/settlement and inform FSA of any breach of the agreement.
    - 23024.042: The contractor shall, at FSA request, send to the borrower notice that the borrower has breached the order/agreement.
    - 23024.043: At FSA direction, the contractor shall implement loan terms following breach of the agreement/order.
    - 23024.044: The contractor shall have the ability to identify loans serviced under the terms of a settlement/court order.
    - 23024.045: The contractor shall provide screen shots if possible or reports capturing all data for disclosures or discovery responses or at FSA request.
    - 23024.046: The contractor shall implement terms necessary to settle a matter in litigation at the direction of OGC or FSA.

- **23025.000: The contractor shall have the ability to reverse the discharge if requested by FSA. Reversal shall result in reversal to FMS, COD and NSLDS.**

  - 23025.010: Unless directed otherwise by FSA, the contractor shall ensure that the principal and interest balance of a reinstated loan is equal to its prior principal and interest at the time of the discharge.

    Example: A loan is discharged 03/01/2018 at a balance of $3,500 ($3,000 Principal, $200 Capitalized Interest which is now principal, and $300 Outstanding interest). The discharge is reversed 12/20/2019. The loan should be reinstated at $3,500 ($3,000 Principal, $200 Capitalized Interest which is now principal, and $300 Outstanding

interest).
- o 23025.020: The contractor shall apply an administrative forbearance to the account to bring current at the time of reversal.
  - ▪ 23025.021: The contractor shall waive interest that would normally accrue from the original date of discharge that has now been reversed and through the date of reinstatement. See Financial Activity and Transactions for FMS reporting of ADJUST transactions by Reason Code for reporting the waived interest.
- o 23025.030: The contractor shall review and determine if a refund has been issued. If the refund has not yet been cashed, the contractor shall initiate a refund cancellation (and when cancellation is successful, reapply all payments with previous effective dates).

- **23026.000: The contractor shall capture the discharge information and send to the IRS and to the borrower (via 1099).**

  - o 23026.010: The contractor shall report and issue to a borrower an IRS Form 1099-C based on the date a discharge was processed for all categories of discharge except those noted herein.
    - ▪ 23026.011: The contractor shall not issue an IRS Form 1099-C to a borrower who receives a discharge due to death when the effective date of discharge is on or after January 1, 2018, and on or before December 31, 2025.
    - ▪ 23026.012: The contractor shall not issue an IRS Form 1099-C to a borrower who receives a discharge due to TPD when the effective date of discharge is on or after January 1, 2018, and on or before December 31, 2025
    - ▪ 23026.013: The contractor shall not issue an IRS Form 1099-C to a borrower who receives **any** discharge or forgiveness when the date of discharge or forgiveness is on or after January 1, 2021, and on or before December 31, 2025.
    - ▪ 23026.014: The contractor shall update correspondence, websites, procedures, and call scripts with the following text as it pertains to these discharges.
      - • TAX LANGUAGE FOR TPD DISCHARGE
        - o Tax Implications if Your Loans are Discharged:
        - o As a result of a change in tax law, loan balances that are discharged due to TPD are not considered income for federal tax purposes if you receive the discharge during the period from January 1, 2018, through December 31, 2025. If you qualify for a TPD discharge based on documentation from the VA, the date you are considered to have received the discharge for tax purposes is the date that we approve the discharge. If you  qualify for a TPD discharge based on documentation from the Social Security Administration or a physician's certification, the date you are considered to have received the discharge for tax purposes is the completion date of your three-year post- discharge monitoring period.
        - o If you receive a Form 1099-C, you should keep the form for your records, but you do not need to include it when filing your federal tax return. For additional information, visit irs.gov.
        - o The discharged loan amount may be considered income for state tax purposes. You may want to consult with your state tax office or a tax professional before you file your state tax return.
      - • TAX LANGUAGE FOR DEATH DISCHARGE
        - o Tax Implications if Your Loans are Discharged:
        - o As a result of a change in tax law, the Internal Revenue Service (IRS) has determined that loan balances that are discharged due to Death are not considered income for federal tax purposes if the discharge occurs during the period from January 1, 2018, through December 31, 2025.
        - o If you receive a Form 1099-C, you should keep the form with

the borrower's records, but you do not need to include it when filing the borrower's federal tax return. For additional information, visit irs.gov.
- o The discharged loan amount may be considered income for state tax purposes. You may want to consult with the state tax office or a tax professional before you file the borrower's state tax return.

- • TAX LANGUAGE FOR All OTHER DISCHARGES
  - o Tax Implications if Your Loans are Discharged:
  - o As a result of a change in tax law, the Internal Revenue Service (IRS) has determined that loan balances that are discharged for any reason are not considered income for federal tax purposes if the discharge occurs during the period from January 1, 2021, through December 31, 2025.
  - o If you receive a Form 1099-C, you should keep the form with the borrower's records, but you do not need to include it when filing the borrower's federal tax return. For additional information, visit irs.gov.
  - o The discharged loan amount may be considered income for state tax purposes. You may want to consult with the state tax office or a tax professional before you file the borrower's state tax return.

  - ▪ 23026.015: The contractor shall update correspondence, websites, procedures, and call scripts related to the change in tax liability as it pertains to VA TPD Discharge.

  - ▪ 23026.016: The servicer shall capture the discharge information and report to IRS and to the borrower via 1099 for all disaster discharge types except for Coronavirus.  For the new Coronavirus discharge that was implemented August 2020, the 1099 should not be generated or reported to the IRS.

- o 23026.020: The contractor shall create a table of OPE IDs for which Borrower Defense Discharge Form 1099-C will not be sent. Forms 1099-C should continue to be sent for borrower defense discharges if the loan discharged is not from a school that is included within the table of OPE IDs; however, if the loan was from one of those OPE IDs, the Form 1099-C should not be generated or sent to the borrower or IRS.
  - ▪ 23026.021: The contractor shall populate the initial table to include all OPE IDs from Corinthian Colleges (CCI) and American Career Institutes (ACI). Lists identifying these OPEs can be provided by FSA on request.
  - ▪ 23026.022: The contractor shall add additional OPEs to the table if requested by FSA. The additional OPEs shall be added within 30 calendar days of request (adding OPEs is not a modification of requirements).

- • **23027.000: For Discharges on Consolidation loans, all discharges (except for Death discharge where the death occurred after the date of consolidation) should be performed on the underlying loans that were paid off by consolidation.**
  - o 23027.010: For loans partially or fully discharged after being consolidated, the contractor shall use the automated SCAF process to communicate, to the contractor of the consolidation loan, the necessary data to adjust the consolidation loan.

- • **23028.000: The contractor shall report bankruptcy to NSLDS. See NSLDS requirements for reporting information.**

- • **23029.000: The contractor shall report discharges to COD and NSLDS.**
  **See Common Origination Application (COD) and NSLDS requirements for proper reporting information.**

- **23030.000: The contractor shall report all discharges (including bankruptcy and forgiveness) to FMS.**
  **See Financial Activity and Transactions for FMS reporting of WRTOFF transactions by Reason Code for discharges by type.**

### *Section 24000: Correspondence, Communication, and Due Diligence*

- **24000.000: The contractor shall provide standard notifications and communications such as, but not limited to, bills, forms, letters, and correspondence to FSA's customers. The notifications and communications shall be sent via the customer's chosen communication method (email, postal mail, etc.).**

    **See attachment "24000 Communication List v3."**

    - o  24000.010: The contractor shall collaborate with FSA and other trading partners and provide copies of all bills, disclosures, and other standard letters for FSA approval. Note: The attached list is a sample of the correspondence that is currently sent; final letters will be developed as part of implementation. The contractor shall provide FSA with the templates for all correspondence (paper and email).
    - o  24000.020: The monthly bill is required, but not limited to, include the following fields:
        - ▪  Customer Demographic data
        - ▪  Various payment options (web, check, ACH, Debit Card, etc.)
        - ▪  Amount due (principal, interest, total)
        - ▪  Daily interest and Total Accrued interest
        - ▪  Pre-payment rules/options
        - ▪  In case of IDR, length of time until forgiveness
        - ▪  [DELETED]
    - o  24000.030: The contractor shall receive FSA approval on any changes made to customer correspondence after FSA approval was provided.
    - o  24000.040: [DELETED]
    - o  24000.050: The contractor shall provide the customer with the option of allowing third parties access to their loan data
        - ▪  24000.051: The contractor shall implement and utilize the OMB approved third party authorization form to be provided by FSA, and make it available via the servicing website, mobile app, email, mail, or fax.
    - o  24000.070: [DELETED]
    - o  24000.080: The contractor shall remove/mask the SSN on customer facing correspondence.
    - o  24000.090: The contractor shall have the ability to capture and store images from internal and external imaging systems to support its business operations.
    - o  24000.100: Individual responses to unique borrower inquiries are not considered standard notifications.
    - o  24000.110: [DELETED]

- **24001.000: The contractor shall use the latest forms available and shall review all FSA Knowledge Center and/or regulatory postings to find the latest forms available. Any questions can be directed to FSA as updated/additional forms may be available that haven't been incorporated into these requirements.**

- **24002.000: The contractor shall offer combined billing to the customer.**
    - o  24002.010: The contractor shall allow the borrower to choose combined billing, where applicable, based on loan type.

- **24004.000: The contractor shall submit any non-standard communications to FSA for review and potential comments. FSA will provide its initial response to the review request within 10 business days.**
    - o  24004.010: The contactors shall send an email containing the draft communication to FSACaresActComms@ed.gov for approval.
    - o  24004.020: FSA will acknowledge receipt of the request and provide a date/time of which

to expect a response (FSA will respond even if it has no comments).
- o   24004.030: Note: This requirement is specific to non-standard communications for all servicers.

- **24005.000: [DELETED]**
  - o   24005.010: [DELETED]
  - o   24005.020: [DELETED]
    - ▪   24005.021: [DELETED]
  - o   24005.030: [DELETED]
    - ▪   24005.031: [DELETED]
    - ▪   24005.032: [DELETED]

- **24006.000: [DELETED]**

- **24007.000: The contractor shall create and send IRS forms 1098-E and 1099-C.**

  - o   24007.010: The contractor will file a 1099-C with the IRS and send a copy to the customer who received discharges for the following reasons:
    (1) Death; (2) TPD; and (3) ICR/IBR/PAYE maximum term.
    Note: 1099-C are filed for customers with total discharged amounts of $600.00 or more.
    See 23000 Discharge_Forgiveness_Bankruptcy for more information.
  - o   24007.020: The contractor will file a 1098-E with the IRS and send a copy to the customer who has interest payments ≥$600.00.
  - o   24007.030: The contractor receiving a transfer shall include 1098 information received in the Supplemental Tax file as part of the 1098 information provided to the customer and IRS at calendar year end.
    - ▪   24007.031: The receiving contractor shall include the amount received from other Servicers via the Supplemental Tax file's Student Loan Interest Paid element as part of the total calculated 1098 amount determined at calendar year end.
    - ▪   24007.032: The sending contractor shall not include the amounts sent to other servicers via the Supplemental Tax file when reporting 1098 information to IRS and/or customers.
  - o   24007.040: The servicer shall use the same Transmitter Control Code (TCC) and Employer Identification Number (EIN) as the U.S. Department of Education for reporting annual 1098/1099 information.
    - ▪   TCC: 96PN1
    - ▪   EIN: 521198289
    - ▪   Company Name: US DEPARTMENT OF EDUCATION
    - ▪   Reference current IRS Publication 1220 at https://www.irs.gov.

- **24008.000: The contractor shall provide notice of its privacy policies and practices as required by Gramm-Leach-Bliley Privacy Information Act (GLBA).**

  **See attachment "24008 Gramm-Leach-Bliley Privacy Information Act."**

  - o   24008.010: The contractor can post their privacy policy on their websites instead of mailing to the customers.
  - o   24008.020: The contractor must have their privacy policy approved by FSA prior to posting to the website.

- **24009.000:  The contractor shall have the ability to record an "at risk" cohort code within their system denoting a borrower as being identified by FSA as at risk for delinquency or default in relationship to "at risk" for allocation and "at risk" for incentive.**
  - o   24009.010: The population receiving this "at risk" cohort code shall be established based on a data file provided by FSA on a periodic basis.  The "at risk" for allocation will be

provided to the contractor before each quarter as outlined in attachment 21. The "at risk" for incentive will be provided to the contractor before each performance period as outlined in attachment 20.

- o 24009.020: The "at risk" incentive cohort code shall be provided with an accompanying effective start and effective end date and be used by the contractor to identify borrowers for inclusion in the additional higher level "at risk" outreach requirements referenced in requirements 24010 and 24011.
- o 24009.030:  The contractor may use the "at risk" for allocation and for incentive cohort code to identify borrowers for inclusion in any other delinquency prevention strategies deemed appropriate by the contractor.
- o 24009.040: The cohort borrower populations identified in this manner will be used by FSA to determine future borrower allocation in accordance with attachment 21 and "at risk" borrower incentive payments in accordance with attachment 20 when authorized.

- **24010.000: The contractor shall perform Pre-Repayment outreach to all customers. Any manual processes will be performed by the contractor. (Post-award, the contractor shall provide current outreach detail during LMM review.)**

  **See attachment "24010 Pre-Repayment Contact v3."**

  - o 24010.010: The contractor shall perform "at risk" pre-repayment outreach based upon attachment 24010 Pre-Repayment Contact v3. Basic outreach is for all borrowers, excluding those borrowers identified as "at risk" for incentive.  "At risk" focused outreach is for cohort borrowers identified as "at risk" for incentive.
  - o 24010.020: [DELETED]
  - o 24010.030: The contractor shall perform the "at risk" pre-repayment outreach activities on accounts identified by FSA as needing "at risk" outreach for the "at risk" incentive as identified under 24009.010 through guidance in attachment 24010 Pre-Repayment Contact v3 and guidance in Attachment 20.
  - o 24010.040: The contractor shall meet with FSA and present materials and data to review the effectiveness of the "at risk" modeling, cohort identification, outreach success and the need for additional outreach.  FSA will provide specific questions to be explored in the meeting at least two weeks ahead of the meeting.  The contractor shall provide a presentation to FSA two business days before the meeting.
    - ▪ 24010.041: For "at risk" for allocation, these meetings will be at least on a quarterly basis (after each calendar quarter) to review the effectiveness and results of the "at risk" for allocation cohorts as outlined in attachment 21.
    - ▪ 24010.042: For "at risk" for incentive, these meetings will occur after the end of a performance incentive period to review the effectiveness and results of the "at risk" for incentive cohorts.
    - ▪ 24010.043: The contractor shall provide the necessary data using the attachment 24010.040 At Risk Incentive Servicer Report.

- **24011.000: The contractor shall perform Delinquency outreach to all customers. Any manual processes will be performed by the contractor. (Post-award, the contractor shall provide current outreach detail during LMM review).**

  **See attachment "24011 Due Diligence Delinquency Calls v2c."**

  - o 24011.010: The contractor shall perform the basic and "at risk" delinquency outreach based upon attachment 24011 Due Diligence Delinquency Calls v2c.  Basic delinquency outreach activities that align with CFR 682.411, except that through September 30, 2024, the number of calls required for a diligent effort is reduced from 2 call attempts to 1 call attempt before the borrower is 90 days delinquent. During this period servicers are allowed to count borrower activity such as auto pay enrollment, IDR application submission, inbound call from the borrower, etc., as satisfying the outbound call due

diligence requirement. Servicers should send letters at intervals prescribed in CFR 682.411. Basic outreach is for all borrowers, excluding those identified as "at risk" for incentive. "At risk" focused outreach for delinquency is for cohort borrowers identified as "at risk" for incentive that go beyond CFR 682.411.

- ▪ 24011.011: From April 1, 2024, through September 30, 2024, the responsibility to conduct basic due diligence efforts normally occurring between days 90 and 180 are waived. No other element of due diligence is waived.
- o 24011.020: [DELETED]
- o 24011.030: The contractor shall perform "at risk" delinquency outreach activities on accounts identified by FSA as needing "at risk" outreach for the "at risk" incentive as identified under 24009.010 through guidance in attachment 24011 Due Diligence Delinquency Calls v2c and attachment 20.
- o 24011.040: [DELETED]
- o 24011.050: [DELETED]
- o 24011.060: The contractor shall meet with FSA to review the effectiveness of the "at risk" modeling, cohort identification, outreach strategy/success and the need for additional outreach.  FSA will provide specific questions to be explored in the meeting at least two weeks ahead of the meeting. The contractor shall provide a presentation to FSA two business days before the meeting.
  - ▪ 24011.061: For "at risk" for allocation, these meetings will be at least on a quarterly basis (after each calendar quarter) to review the effectiveness and results of the "at risk" for allocation cohorts as outlined in the attachment 21.
  - ▪ 24011.062: For "at risk" for incentive, these meetings will occur after the end of a performance incentive period to review the effectiveness and results of the "at risk" for incentive cohorts.
  - ▪ 24011.063: The contractor shall provide the necessary data using the attachment 24010.040 At Risk Incentive Servicer Report.
- o 24011.070: The contractor, at a minimum, shall follow guidance provided in FFEL CFR 682.411 regulations for due diligence efforts where Direct Loan statutes and regulations are silent.  This requirement includes, but is not limited to delinquency, final demand, skip tracing, and collection activities.
  - ▪ 24011.071: [DELETED]
  - ▪ 24011.072: [DELETED]
  - ▪ 24011.073: [DELETED]
  - ▪ 24011.074: [DELETED]
  - ▪ 24011.075: [DELETED]
  - ▪ 24011.076: [DELETED]
- o 24011.080: For borrowers eligible for a closed school discharge and have not submitted a closed school application, the contractor shall proactively remind borrowers about their eligibility to apply and the potential benefits of a closed school discharges in all borrower communications and if the borrower contacts the contractor's contact center (especially if the borrower mentions they are having trouble making payments or is requesting a forbearance or deferment).

- **24012.000: [DELETED]**

- **24013.000: The contractor shall perform skip tracing activities. See attachment "24013 Skip Tracing."**

  - o 24013.010: The contractor shall perform, at a minimum, the skip trace activities identified in the attached skip trace matrix.
    - ▪ 24013.011: The contractor shall initiate skip tracing for all accounts in a status other than "in-school" within 10 business days of determining that an address is bad (see "address" tab).
    - ▪ 24013.012: The contractor shall initiate skip tracing for all accounts in a status other than "in-school" within 10 business days of determining that the telephone

number(s) is bad (see "phone" tab).
- ▪ 24013.013: The contractor shall initiate skip tracing for all accounts in a status other than "in-school" within 10 business days of determining that an address and telephone number(s) are bad (see "phone&address" tab).
- o 24013.020: If during skip trace efforts the contractor finds a reference provided by the borrower is either deceased or no longer in contact with the customer, the contractor shall not pursue the reference, but should retain the reference information in history on the servicing system. The account shall be annotated with the information.
- o 24013.030: These efforts must include, but are not limited to, sending a letter to or making a diligent effort to contact each endorser, relative, reference, individual, and entity, identified in the customer's loan file, including the schools the student attended.

- **24014.000: The contractor shall provide monthly billing statements to all customers in active repayment status.**

  Note: The servicer shall ensure borrowers are not harmed by late billing statements during the Return to Repayment (R2R) period. While remediating any impacted accounts, the servicer shall place affected borrowers in an administrative forbearance, grant borrowers credit toward PSLF and IDR forgiveness for any affected billing periods, apply an interest credit for interest accrual during affected billing periods, reimburse any non-sufficient or overdraft fees charged to affected borrowers, and allow borrowers to request refunds for up to 90 calendar days effective from the date they were notified regarding remediation. The servicer shall ensure affected borrowers are notified of the action taken on the account.
  - o 24014.010: The contractor shall provide monthly billing statements at least 21 calendar days prior to a customer's due date.
  - o 24014.020: The contractor shall send monthly billing statements to all customers in active repayment status, including those on ACH and Direct Debit, and any customers who have paid ahead.
  - o 24014.030: If the customer is paid ahead, that information needs to be provided on the billing statement clearly stating that the customer's payment amount for this month is zero and provide the next payment due date and the amount of their actual next payment due date on this statement.
  - o 24014.040: The contractor shall provide the last payment made to the contractor in the monthly billing statement. The statement must also include the effective date of the payment and the breakdown of what portion of the last payment was applied towards principal, interest, and fees.
  - o 24014.050: [DELETED]
  - o 24014.060: The contractor shall display the principal balance and any uncapitalized interest accrued up to the date of the generation of the customer's billing statement on the billing statement.
  - o 24014.070: The contractor shall provide additional information on the monthly billing statement identifying the following:
    - ▪ 24014.071: The amount of the last payment made to this current servicer and the breakdown of what portion of the last payment was applied towards principal, interest, and fees.
    - ▪ 24014.072: The date the payment was effective.
    - ▪ 24014.073: FSA suggests the format includes
      - A box titled "Last Payment Amount Received":
        - o The amount of the Last Payment Amount Received should be the total of any and all payments made since the last billing statement, not necessarily just the last payment received. In most cases this will be just one payment, but in some cases, borrowers make multiple partial payments. Example: Borrower's amount due is $50 yet borrower makes five $10 payments in the month. You would include the entire $50 as the Last Payment Amount Received, not just the last $10.

- A box titled "Amount Applied to Principal."
- A box titled "Amount Applied to Interest."
- A box titled "Amount Applied to Fees."
- A box titled "Last Payment Effective Date" with the effective date of the last payment.

- o 24014.080: The contractor shall include an explanation of all the information included on the billing statement.
- o 24014.090: The contractor shall Questions/Answers to their website for borrowers to explain information on the billing statements.
- o 24014.100: The contractor shall provide additional scripting to their Customer Service Representatives so that CSRs can accurately answer questions regarding the billing statement.
- o 24014.110: Except for the final demand letter, delinquency notices shall be provided with the billing statement from 4/1/2024 – 03/31/2025 as shown in Attachment 24000 Communications List v3 if the borrower preference is mail.
  - 24014.111: Servicers must continue to run their due diligence cycle to generate due diligence notices for the eCorrespondence process and suppress printing of the delinquency notices for borrowers with physical mail as their preference. Those notices should instead be included in the billing statement.
  - 24014.112: Servicers shall also include all delinquency information in the borrower's billing statement.


- **24015.000: The contractor shall send quarterly statements.**
  - o 24015.010: [DELETED]
    - 24015.011: [DELETED]
  - o 24015.020: [DELETED]
  - o 24015.030: [DELETED]
  - o 24015.050: [DELETED]


- **24016.000: The contractor shall respond to borrower's phone, mail, fax, text, chat, and email inquiries.**

  - o 24016.010: All contractor shall collaborate with FSA and trading partners to create training materials, procedures and scripts to be used to respond to customer inquiries
  - o 24016.020: The contractor shall scan and store all hard copy mail and responses as part of the customer's servicing/imaging record.
  - o 24016.030: The contractor shall store all email, text, chats, and faxes and responses as part of the customer's servicing/imaging record.


- **24017.000: The contractor shall retain copies of all outgoing borrower notices, correspondence, and communications generated from the contractor, or have the ability to recreate them.**

  - o 24017.010: The contractor shall store copies of all outgoing notices, correspondence, and responses as part of the customer's image records, and make them available to FSA and customer contractor representatives (and borrowers when needed).
  - o 24017.020: If exact copies of correspondence and communications are not retained, the contractor shall maintain version-controlled copies of contractor correspondence templates (and attachments) in a way that allows a copy of the correspondence (and attachments) to be produced on demand as it looked on a specific date.


- **24018.000: The contractor shall retain a record of all interactions with the customer.**
  - o 24018.010: The contractor shall record the day, time, and activity for each interaction with the customers. These records may be recorded on the servicing system and shall be

included in any permanent record and account history information (Borrower Account History Record).

- **24019.000: The contractor shall have the ability to provide text message alerts.**
    - 24019.010: The contractor shall have the ability to send alerts via text message.
    - DEFERRED FUTURE CLIN 7 REQUIREMENT – 24019.020: The contractor shall allow the customer to select the text message alerts they choose to receive via the website or mobile application.
    - 24019.030: All contractors shall work with FSA to determine which types of text messages, if any, are to be sent to customers by default (without the borrower selecting the alert to be sent).
    - 24019.040: The contractor shall only send text messages to customers who have consented to receive text messages.
    - 24019.050: The contractor shall have the ability to include hyperlinks within text messages.
    - DEFERRED FUTURE CLIN 7 REQUIREMENT – 24019.051: The contractor shall have the ability to track and report on click through rates from hyperlinks within text messages.
    - 24019.060: The contractor shall allow the customer to unsubscribe to all text messaging.

- **24020.000: The contractor shall have the ability to provide communications via email.**

    - 24020.010: The contractor shall send emails to customers who have selected the option to receive "e-correspondence/paperless" communications.
    - 24020.020: The contractor shall use an email solution that will allow personalized information to be included in emails massages, such as borrower name or account status.
    - 24020.030: The contractor shall use an email solution that will allow emails to be sent based on "triggers" found for various types of communications in the communication listing. This may include sending communications to customers base on parameters such as status, delinquency level, or account type.
    - 24020.040: The contractor shall use an email solution that can interface with the servicing system in a way to include account information within outgoing emails.
    - 24020.050: The contractor shall use an email solution that creates emails that use mobile responsive design allowing users to view properly on multiple types of devices. The emails shall be optimized for mobile phone and tablet use and display on multiple screen sizes and operating platforms.
    - 24020.070: The contractor shall use an email solution that allows FSA to designate which emails must be sent as "direct emails" (ones where the email contains the text/attachment, and the borrower is not required to log onto the servicing website to access the information).
    - 24020.080: The contractor shall send a hard copy equivalent communication for any borrower emails that "bounce back" as undeliverable.
    - 24020.090: The contractor should provide to FSA a designated point of contact to be used for submitting customer service inquiries.
    - 24020.100: When sending a borrower an e-correspondence notification email, the contractor will ensure that the Subject Line for any e-correspondence notification email stresses the urgency of the communication and includes a brief descriptor of the e-correspondence to encourage the customer to log in to the contractor e-correspondence system to open the communication in its entirety. This may include, at minimum, information or messaging related to repayment, interest capitalization, ACH, forgiveness, discharge, deferment or forbearance.
    - 24020.110: If there is no violation of privacy policies, this e-correspondence notification email should also include in the body of the email a summary of the content of the e-correspondence. (For example, a billing statement e-correspondence notification email may include in the body the due date and payment amount).
    - 24020.120: [DELETED]
    - 24020.130: The contractor shall track when a borrower logs into the e-correspondence

system to open an e-correspondence based upon the e-correspondence notification email. The servicer is not required to follow the requirements in 24020.130, 24020.132, 24020.133, 24020.140 -.142, 24020.150, and 24020.160 from April 1, 2024, through March 31, 2025.

- 24020.131: After the first e-correspondence notification email is sent which results in the borrower not logging into the e-correspondence system to open the message, the contractor does not need to take any action.
- 24020.132: Upon the sending of a second e-correspondence notification email in the event a borrower does not log in to the e-correspondence system to open the message seven calendar days from this second e-correspondence notification email being sent, the contractor shall suspend the customer from e-correspondence until the borrower requests that their e-correspondence account suspension be removed.
- 24020.133: For example: The contractor sends a borrower an e-correspondence notification email on Topic ABC on September 1, 2021, and the borrower does not log into the servicers e-correspondence system to open the message.

  On September 10, 2021, the contractor sends a borrower an e-correspondence notification email on Topic XYZ and the borrower still does not log into the servicers e-correspondence system to open the second message. On September 17, 2021, if the borrower has still not opened either message in the e-correspondence system, the contractor shall then suspend the borrowers e-correspondence account.

- 24020.140: Upon suspension from e-correspondence the contractor shall notify the borrower of their suspension via one direct email and one postal mail.  This message should inform them the reason for the removal (i.e., lack of timely login and opening of messages in e-correspondence) and the steps the borrower can take to remove the suspension placed on their e-correspondence account.
  - 24020.141: If a borrower attempts to log in to their e-correspondence account after the suspension, they should be notified of the account suspension, including the reason, and prompted to re-confirm their continued participation in e-correspondence.
  - 24020.142: If 14 calendar days pass after the suspension of their e-correspondence account and the borrower does not attempt to log in to their account or respond to the contractor notifications sent via email or postal mail regarding the suspension of their e-correspondence account, the contractor shall make a phone call to the borrower.
- 24020.150: During the suspension of the borrower's e-correspondence account, the contractor shall maintain the account and continue to place messages into the account.
- 24020.160: The contractor is also required to send the borrower the proceeding two unopened e-correspondence messages before the suspension, and all future messages, via direct email (to the extent that it would not violate any privacy policies) or postal mail (if sending via direct email would violate a privacy policy), until the borrower affirmatively requests the contractor to remove the suspension on their e-correspondence account.

- **24021.000: The contractor shall have the ability to provide communications via postal mail.**

  - 24021.010: The contractor shall send postal mail communications to borrowers who have not selected the option to receive "e-correspondence/paperless."
  - 24021.020: The contractor shall review returned mail and update borrower accounts as needed based on return reasons (allowing for updated addresses and/or initiation of skip trace activities).

- **24022.000: The contractor shall track and report on reasons for contact.**

- o 24022.010: The contractor shall ensure that contacts, by source, are labeled/tagged with the subject matter/reason for the contact. The reasons shall be compiled, by source and combined, on a daily, weekly, and monthly basis, and provided to FSA to assist with analysis of calls.
    - ▪ 24022.011: The contractor shall include borrower contacts from all sources (phone, email, chat, postal mail, etc.).
- o 24022.020: The contractor shall track all contacts including, but not limited to, information requests, assistance requests, complaints, disputes, escalations, appeals, etc., and should allow for monitoring of all contacts to resolution.
    - ▪ 24022.021: The contractor shall coordinate the naming and descriptions for all contacts with FSA to allow for the coordination of all borrower requests/contacts/complaints to use common terminology across the servicing solution and other FSA systems (e.g., FSA Feedback system).
- o 24022.030: The contractor shall compile the reasons, by source and combined, on a daily, weekly, and monthly basis, and provide to FSA weekly and monthly to assist with analysis of calls.
- o 24022.040: The contractor, using the contractor's system, shall conduct analysis and trending to identify any recurring issues, and compile data to assist with improvements to customer service, training needs, and oversight/compliance activities.

- **24023.000: The contractor shall conduct quality monitoring of all borrower communications.**
    - o 24023.010: The contractor shall implement processes that execute quality monitoring of all types of incoming/outgoing borrower communications.
        - ▪ 24023.011: The contractor shall ensure unique call topics are monitored uniquely to ensure sufficient quality on each topic is provided. The monitoring results of each topic should be tracked and provided independently of other topics.
    - o 24023.020: The contractor shall compile quality monitoring results and use the results to initiate additional training or take other actions to ensure communications are following approved procedures.
    - o 24023.030: The contractor shall provide quality monitoring results to FSA on demand.

- **24024.000: The contractor shall allow borrowers to identify specific topics they are calling about as part of the incoming call functionality.**

    - o 24024.010: The contractor shall implement a solution that allows borrowers to choose certain topics when calling the primary servicing number. The topics include, but are not limited to:
        - ▪ Military Benefits or questions from a member of the military
        - ▪ Income-Driven Repayment (IDR)
        - ▪ Delinquency Resolution/Alternate Repayment Options
        - ▪ Public Student Loan Forgiveness (PSLF)
        - ▪ Total & Permanent Disability (TPD)
        - ▪ Disability and other Discharges
        - ▪ TEACH grants/loans
    - o 24024.020: The contractor shall work with FSA to get approval on or develop an IVR flow with options available for incoming callers which can be designed to integrate with other FSA solutions and extended to the vendors, as necessary.
    - o 24024.030: The contractor shall ensure each of the separate topics can be reported with phone statistics specific to that topic and allow for unique call monitoring and recording of calls to those topics (splits).
    - o 24024.040: The list of topics is subject to change based on FSA priorities with 10 days' notice.

- **24025.000: The contractor shall ensure incoming calls from borrower's 60 or more calendar days delinquent are directed to a representative trained to resolve delinquency.**

- o 24025.010: The contractor shall implement a solution that allows borrowers who are identified within the incoming phone system as 60 or more calendar days delinquent to be automatically directed to a representative that has undergone training to resolve delinquency/certified in delinquency resolution.

- **24026.000: The contractor shall annotate a record of all outgoing call attempts.**

  - o 24026.010: The contractor shall implement a solution that annotates a record of all outgoing call attempts on the borrower's record.
  - o 24026.020: The contractor shall ensure the record clearly indicates if the call was initiated by an autodialer or if it was manually dialed. The data element(s) that identify the outgoing call source should be available within the contractor's loan servicing system.

- **24027.000: The contractor shall conduct monthly outreach calls to all borrowers who are or have been enrolled in a military deferment for more than 12 months.**

  - o 24027.010: The contractor shall conduct monthly outreach calls (two attempts or one contact with borrower) to all borrowers who are or have been enrolled in a military deferment for more than 12 months. The contractor shall offer to discuss alternative repayment plans with the borrower as well as explain the potential benefits and protections specific to military borrowers.

- **24028.000: The contractor shall update borrower preferences and options when requested by the borrower.**

  - o 24028.010: The contractor shall make updates to borrower preference and options when requested by the borrower via phone call, chat, email, or correspondence (similar to what borrower could update/choose via the website).

- **24029.000: The contractor shall ensure there is a valid address on file before generating a refund check. If there is a bad address, the contractor shall send communication to the borrower to obtain an address. The contractor shall NOT require address verification for any refunds related to borrower defense processing for any borrower related to the Sweet case.**

  - o 24029.010: The contractor shall send a refund if the contractor believes the address is accurate (i.e., borrower has confirmed address within 120 calendar days, or any correspondence sent within 120 calendar days and not received returned correspondence). See Financial Requirements for generating refunds
    - ▪ 24029.01.01: The contractor shall send an address confirmation prior to generating a refund when:
      1. There has been no communication with the borrower in the last 120 calendar days.
      2. The borrower is 271 calendar days or greater delinquent.
      3. For any refunds related to borrower defense processing related to the Sweet case: If a servicer has an address on file and has no reason to believe it is bad/invalid, the servicer shall issue the refund without requiring additional validation.
  - o 24029.020: If there is no response to the address confirmation letter (attachment "24029 USDS Address Verification for Refund"), the contractor shall continue to follow the due diligence/skip tracing requirements to find a valid address, up until the refund qualifies for escheatment. See Financial Requirements.

- **24030.000: The contractor shall assist borrowers to avoid scams and fraudsters.**

- o 24030.010: The contractor shall provide clean and simple disclosures in communication with borrowers to ensure they are aware that the Department will never require borrowers to pay for assistance or applications and include a standardized statement on all outgoing communications that include a statement that will be provided by FSA.

- **24031.000: The contractor shall process, image, index, and respond to incoming mail in a timely fashion.**

  - o 24031.010: The contractor shall process incoming mail (mail room documents) and distribute to the contractor's operational or imaging units within two business days of receipt of the document.
  - o 24031.020: The contractor shall complete scanning and uploading into the contractor's work queue or system within four business days of receipt of the document.
  - o 23031.030: The contractor shall respond to borrower mail within 15 business days and borrower emails within 10 business days of the incoming mail or email.

- **24032.000: The contractor shall promote the PSLF and Teacher Loan Forgiveness programs.**

  - o 24032.010: The contractor shall add promotional information regarding PSLF and Teacher Loan Forgiveness to all initial correspondence with borrowers and servicer websites.
  - o 24032.020: The contractor shall provide additional scripting to their Customer Service Representatives so CSRs can accurately answer questions regarding the new information included on the initial correspondence and their websites.

## Section 25000: Borrower Benefits & Subsidies

- **25000.000: The contractor shall support borrower benefit plans.**

  **See Treasury requirements for more information regarding interfacing with pay.gov for ACH debits.**
  - o 25001.010: The 0.25% interest rate reduction shall not be removed/disabled for borrowers on IDR with $0 monthly payments. Those borrowers continue to qualify for the benefit.
  - o 25001.020: The 0.25% interest rate reduction shall be suspended during periods of deferment and forbearance. When the deferment or forbearance ends, the contractor shall automatically place the borrower back on the ACH and the 0.25% interest rate reduction will be reinstated unless the borrower requests removal from ACH.
  - o 25001.030: Borrowers shall be advised by the contractor of the loss of the 0.25% benefit at the time of approval of deferment or forbearance.
  - o 25001.040: The 0.25% interest rate reduction is applicable for borrowers while in a repayment status.
  - o 25001.050: The borrower's account shall be removed from ACH after three consecutive months of Non-sufficient Funds (NSF) unless the return message code is R02 (Account Closed), R03 (No Account/Unable to Locate), R04 (Invalid Account) or R05 (Unauthorized Debit). When removed from ACH, the interest rate reduction benefit shall be removed as well.  In addition, the contractor shall list their current procedures when an 26invalid routing and/or account number (R04) is returned.
  - o 25001.060: ACH shall not be removed for a borrower in paid ahead status.
  - o 25001.070: Borrowers shall be notified of the maximum ACH attempts and what action constitutes an automatic withdrawal from ACH by the contractor.
  - o 25001.080: During any periods of NSF, the contractor must begin due diligence efforts in accordance with established due diligence guidelines.
  - o 25001.090: Borrowers must apply for ACH or submit a request to change/remove their ACH benefit. The contractor cannot make this determination based on some other circumstance(s) (e.g., paid ahead status, etc.) except if a borrower is removed from ACH because of three months of NSF. In that scenario, the borrower can reapply for ACH the next available month and will continue to receive the ACH benefit when they resume paying via ACH.

- **25002.000: The contractor shall support Direct Loans Rebate benefits.**

  - o 25002.010: Direct Loans disbursed between 07/01/2000 and 09/30/2001 are eligible for an interest rebate at the time of disbursement, retained by making the first 12 payments on time. Referred to as R1.
    - ▪ 25002.011: R1 was an upfront incentive that the borrower was given. For example, if the borrower's loan was disbursed for $1,000.00 the R1 was calculated at 3% of the disbursed amount, the rebate for this scenario would have been $30.00. The borrower would have received $1,030.00 but only was required to repay $1,000 as long as the borrower made their first 12 months of payments on time (within six calendar days of the due date).
  - o 25002.020: Direct Loans disbursed after 07/01/2001 and before 07/01/2012 are eligible for an interest rebate at the time of disbursement, retained by making the first 12 payments on time.  Referred to as R2.
    - ▪ 25002.021: R2 was a revised version of the R1 incentive that the borrower was given. For example, if the borrower's loan was disbursed for $1,000.00 the R2 was calculated at 3% of the disbursed amount, the rebate for this scenario would have been $30.00. The borrower would have received $1,000.00 but only was required to repay $970 as long as the borrower made their first 12 months of payments on time (within six calendar days of the due date). The rebate

percentage of the R2 decreased over time.

- Before July 1, 2009        1.5%
- July 1, 2009 – June 30, 2010   1.0%
- July 1, 2010 – June 30, 2012   0.5%

- o 25002.030: Direct Consolidation loans received a 0.80% interest rate reduction during the process of consolidation from 10/01/2000 to 09/30/2001 at the time of disbursement, retained by making the first 12 payments on time.
  - ▪ 25002.031: This interest rate reduction can be in addition to the 0.25% interest rate reduction for ACH (Requirement 25010.000).
- o 25002.040: A borrower may have both the R1 AND Loan Consolidation Rebates on their loan if they consolidated a loan with an R1 rebate prior to losing it during the brief period of time that the Loan Consolidation Rebates were available.
- o 25002.050: The benefit information for all of these rebates is provided to the contractor during the transfer process. The contractor shall request clarification from the sending servicer/entity if this or any benefit provided at time of transfer is unclear.
- o 25002.060: The contractor shall report all financial transactions related to rebates to FMS. See Financial Activity and Transactions requirements and attachments for reporting of rebates lost and reinstated.

- **25003.000: The contractor shall add the rebate amount to the principal balance on the borrower's loan account for any borrower receiving the up-front interest rebate, if it is determined the borrower has not earned the rebate after evaluation.**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012.**
  - o 25003.010: If the borrower has made one or more payments, after the six calendar days of grace following a payment due, the borrower loses the rebate. The contractor adds the rebate amount to the principal balance using the evaluation date (due date + seven calendar days) as the effective date of the additional principal.

- **25004.000: The contractor shall remove the consolidation interest rate reduction and calculate the interest owed on the borrowers Direct Consolidation Loan at the rate that normally applies without the reduction if it is determined the borrower has not earned the interest rate reduction after evaluation.**

- **25005.000: The contractor shall consider either rebate (up front or consolidation interest) earned if a borrower pays a loan in full prior to the Evaluation Date of the rebate. The borrower does not have to wait for the Evaluation Date on the system.**

- **25006.000: If a borrower prepays an account to cover the 12 payments prior to the evaluation date, the rebate will not be marked on the account as earned until the evaluation date (due date of 12th payment + seven calendar days).**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012.**

  - o 25006.010: If prepayments do not advance the point at which the contractor will review the account to determine if the borrower has fulfilled the 12-payment requirement.
  - o 25006.020: If the borrower makes a payment during a period in which they are not required to make monthly payments, the payment is applied to the loan; however, it will not count as one of the required monthly payments.

    For example, if a borrower makes a payment while they are still in their Grace Period, that payment will not count towards the borrower's 12 on time monthly payments.

- **25007.000: The contractor shall reevaluate the rebate (reverse or apply) when any scenario is encountered where the loan is rebuilt or relived, (i.e., payment identified that wasn't posted properly, NSF, processing error, etc.).**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012.**

- **25008.000: The contractor shall provide interest rebate information for loans being consolidated.**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012.**

  - o 25008.010: For loans paid off with a Direct Loan consolidation prior to 10/01/2016 and prior to having earned the rebate, the borrower will lose the rebate if a late payment has been made. Otherwise, the eligibility to earn the rebate is transferred to the new Direct Loan Consolidation Loan and the borrower must meet the 12-month eligibility requirement.
  - o 25008.020: If the loan is paid off with a Direct Loan consolidation on or after 10/01/2016 and prior to having earned the rebate, the borrower will lose the rebate (even if the rebate would have been earned during the full 12-month period).
  - o 25008.030: If the loan defaults prior to earning the rebate, the borrower will lose the rebate prior to transfer to the collections system.
  - o 25008.040: If the borrower, prior to having earned the interest rate reduction, pays off a consolidation loan, the lower interest rate will cease accruing at the point of payoff. No adjustment is required to recover interest dollars at the original higher interest rate.
  - o 25008.050: If the loan is defaulted prior to the borrower having earned the interest rate reduction, the lower interest rate will cease, and the borrower will lose the interest rate reduction prior to the transfer to the collections system.
  - o 25008.060: If the loan is re-consolidated prior to the borrower having earned the interest rate reduction, the borrower will lose the interest rate reduction at the point of re-consolidation.
  - o 25008.070: If a consolidation loan certification is received prior to the borrower having earned the interest rate reduction, the certification is provided at the original higher interest rate.
  - o 25008.080: If the loan consolidation payoff is received subsequent to the 12-month evaluation period, the achieved lower interest rate will be applied and will prevail.

- **25009.000: The contractor shall evaluate every borrower given an interest rebate to determine if the borrower has earned the rebate. Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012.**

  - o 25009.010: Interest rebates to be tracked include the "Non-Consolidation Up Front Interest Rebate" and the "Consolidation Interest Rate Reduction."
  - o 25009.020: The contractor will track the borrower's first 12 required payments to determine whether the payments are on time or not.
  - o 25009.030: Payments are deemed "on time" if they are received no later than six calendar days after the due date. However, calculated zero-dollar payments or payments made during in-school, grace, or periods of deferment or forbearance do not count toward eligibility for the 12 required on-time payments.
  - o 25009.040: The contractor shall evaluate the borrower on the 7th day after the due date of the 13th payment due (excludes any forbearance & deferment time).
  - o 25009.050: If the first 12 payments were made "on-time" (within six calendar days of the due date) the borrower earns the rebate.
  - o 25009.060: The borrower will lose the repayment incentive benefit after the contractor reviews the account on the 7th day after the due date of the 13th payment to determine if

the on-time payment agreement has been fulfilled.

- **25010.000: The contractor shall provide the provisions allotted to borrowers per the Servicemembers Civil Relief Act (SCRA) HEOA section 422 HEA sections 428(d) and 438.**
    - o 25010.010: [Moved to 25012]
    - o 25010.020: The contractor shall limit the interest rate to 6% on the borrower's loans (FFEL and Direct Loans) while the borrower is in active military duty. This applies to borrower in service as of August 14, 2008.

        Note: Borrower's serving before the effective date of this change may not receive a refund of the interest paid in excess of the 6% limit before August 14, 2008.
        - ▪ 25010.021: Eligible military borrower is one who is:
            - • Serving on active duty;
            - • the debt was incurred prior to entry on active duty;
            - • and that military service affects the member's ability to pay.
        - ▪ 25010.022: For loans which are eligible under the SCRA, the contractor shall reduce the interest rate to 6% for the duration of the borrower's eligibility for SCRA benefits and shall, if the borrower is repaying his or her loan under the standard, graduated, or extended repayment plan, re- amortize the borrower's loan using the reduced interest rate.
        - ▪ 25010.023: The contractor shall not accelerate the principal amount owed and forgive (vs. defer) the excess interest payments that would have been due under the higher interest rate so that the borrower is not liable for the excess after he or she is released from active service.
        - ▪ 25010.024: When implementing annual variable rate changes, the contractor shall ensure that an active duty borrower's interest rate is always the lower of the statutory rate or 6%.
    - o 25010.030: The contractor shall apply the interest benefit back to the later of the Active Duty Status "Begin" Date or August 14, 2008 if a borrower is identified as eligible for the 6% interest limit and the benefit was not previously provided.
        - ▪ 25010.031: An eligible borrower shall receive the 6% interest rate limit on the statutory rate prior to the application of any benefits that may reduce the rate (i.e., a borrower with a statutory rate of 6.25% who is taking advantage of the .25% ACH benefit should be given the 6.0% rate and then receive the ACH benefit in addition, giving that borrower a 5.75% active interest rate).
    - o 25010.040: The contractor shall use the DoD (DMDC) database to compare all borrowers in the contractor's portfolio to identify all military personnel that qualify for Service Civil Relief Act (SCRA) benefits and may benefit from targeted counseling and tracking of other military benefits (https://scra.dmdc.osd.mil/).
        - ▪ 25010.041: If the service member requests SCRA or are eligible for other military benefits, but does not send a copy of their military orders, the contractor shall check the DoD database to confirm eligibility for the interest rate reduction
        - ▪ 25010.042: The DoD database shall be used to end other military benefits that have equivalent or more stringent active duty requirements than what is needed to obtain SCRA benefits (such as the military service deferment).
    - o 25010.050: The contractor shall accept SCRA related documents via electronic mail, facsimile, U.S. mail, overnight delivery, in person delivery at full-service branches, and via online intake forms. The contactors will place these documents in a queue to work. The contractor shall also accept requests over the telephone.
    - o 25010.060: The contractor shall complete a comparison of all borrowers on the servicing system monthly with the DoD database to identify eligible service members.
        - ▪ 25010.061: The contractor shall provide continual monitoring of borrowers that are receiving military benefits and or identified as a military service member. The servicers shall perform no less than monthly monitoring of borrowers who are receiving SCRA benefits.
    - o 25010.070: The contractor shall use the Notification Date for the SCRA begin date for

reservists, which is typically earlier than the actual active duty begin date.

- o 25010.080: The contractor shall retain and update military status information on the borrower's account.
    - ▪ 25010.081: The contractor shall annotate and keep current in the borrower history, all SCRA begin and end dates for tracking months of usage.
- o 25010.090: The contractor shall apply SCRA benefits to borrowers who are confirmed in active duty status based on the dates provided in the DoD database response file. Only SCRA benefits can be automatically applied based on the database match.
- o 25010.100: Based on the database monitoring, the contractor shall end SCRA benefits, including re-amortizing loans being repaid under the standard, graduated, and extended repayment plans using the higher interest rate, as of the Active Duty Status "End" Date as documented in the database as the end date for SCRA benefits.
- o 25010.110: If applying hostile duty benefits to borrowers with consolidation loans, the contractor will first check the prior loan history for hostile duty begin and end dates to determine prior months of usage (if any), in order to properly track the total 60 months of usage.
- o 25010.120: The contractor shall not retroactively reduce benefits. If the contractor applied the interest rate cap for an active duty service period, and later data reported by the DMDC changes the active duty status for that same period, so that the borrower no longer qualifies for the interest rate cap, the contractor shall not retroactively remove the interest rate cap.
    - ▪ 25010.121: Active duty status for prior period disappears: Upon receiving DMDC match data that indicates a borrower was on active duty status for a 6-month period, the contractor applies the interest rate cap for that 6-month period. The borrower continues active duty status beyond the 6-month period, so the contractor continues applying the interest rate cap for consecutive active duty status periods. One day, when the DMDC match data is returned, the contractor notices that the DMDC is no longer reporting active duty status for the first 6-month period. The contractor shall not retroactively remove the interest rate cap that was applied for that active duty status period.
    - ▪ 25010.122: Active duty status for prior period appears for the first time: When the DMDC match data is returned for a borrower that has been on consecutive active duty status period, the contractor notices that the DMDC is reporting an earlier begin date for active duty status. The contractor must retroactively apply the interest rate cap for the new active duty status period, even though it's earlier than previously reported.
    - ▪ 25010.123: Active duty status ends before expected: The borrower submits paperwork indicating anticipated active duty status begin and end dates. The contractor enters that information into the servicing system and applies the interest rate cap for the time that has passed so far. The contractor periodically checks the DMDC and applies the interest rate cap throughout the anticipated active duty status period. In the future, the DMDC match data reflects an end date, earlier than anticipated. In fact, the new end date is in the past and the contractor has already applied the interest cap beyond the new end date. The contractor shall discontinue application of the interest rate cap. The contractor shall not retroactively remove the interest rate cap that was applied for the previously reported active duty status period.
- o 25010.130: 180 Day Rule – Data Match: The contractor shall apply the SCRA interest benefit if a borrower identified through the data match has an Active Duty Status "End" Date that is more than 180 calendar days in the past as of the date the borrower is identified through the match.
- o 25010.140: 180 Day Rule – Written Request: The existing regulatory provision, which requires a borrower who requests SCRA benefits in writing to do so not more than calendar 180 days after the Active Duty Status "End" Date, no longer applies. The contractor shall grant SCRA benefits to a borrower who provides documentation even if the Active Duty Status "End" Date is more than 180 calendar days before the postmark

date of the borrower's request.

- o 25010.150: For loans that have endorsers, the contractor and/or the contractor shall also check whether the endorser is eligible for SCRA benefits and shall apply such benefits regardless of whether the contractor and/or the contractor is currently pursuing the endorser for repayment of the loan. For endorsers, the date the debt is incurred for the purposes of determining eligibility of the loan for SCRA benefits based on the endorser's active duty military service is the date the endorser signs the endorser addendum to the MPN. If the date the endorser signed the endorser addendum is unknown, the contractor and/or the contractor shall use the earliest known disbursement date for the applicable loan for determining whether it is eligible for SCRA benefits based on the endorser's active duty military service. If both the borrower and the endorser are eligible for SCRA benefits on the loan, the contractor and/or the contractor shall use the earliest Active Duty "Start" Date and the latest Active Duty "End" Date to start and end SCRA benefits.
- o 25010.160: For loans that have multiple borrowers, such as co-made PLUS loans or joint consolidation loans, the contractor and/or the contractor shall check whether either co-borrower is eligible for SCRA benefits and shall apply such benefits regardless of whether both co-borrowers are eligible for such benefits. If both borrowers are eligible for SCRA benefits on the loan, the contractor and/or the contractor shall use the earliest Active Duty "Start" Date and the latest Active Duty "End" Date to start and end SCRA benefits.
- o 25010.170: If the Active Duty Begin Date, or the Notification Date in the case of reservists called to active duty, is earlier than the date the loan was assigned to the contractor, the contractor and/or the contractor shall adjust the loan balance as if the benefit had been in place from the date the borrower became eligible for the benefit. That is, the contractor shall obtain servicing records (where available) from previous servicers as needed to compute the adjustment.
- o 25010.180: The contractor shall use the date the borrower applied for the Consolidation Loan when determining whether the loan is eligible for SCRA benefits. For SCRA eligibility purposes, the date applied for a Consolidation Loan is defined as the date the Consolidation Loan application was signed. If the application date is unknown, the contractor shall use the earliest known disbursement date for the consolidation loan for determining whether it is eligible for SCRA benefits.
- o 25010.190: For any other circumstances where application of the SCRA benefit results in an overpayment to a loan, the contractor shall refund the amount of that overpayment to the borrower.
- o 25010.200: The contractor shall treat the database as being more reliable and rely upon a borrower to explicitly inform the contactor that the orders are more current than the database (written documentation vs information in DMDC database).
- o 25010.210: The contractor shall notify the service member that the benefit is being applied and provide the service member an opportunity to request additional information.
- o 25010.220: The contractor shall identify any borrower on active duty that fails to recertify income while on an IDR plan and allow the borrower to remain on IDR at the existing payment amount (waive the need for income information to remain on IDR in this situation).
- o 25010.230: Below are examples of various SCRA scenarios:
  - ▪ 25010.231: Example 1a (Active Duty) – Non-Default Servicer:
    - Request Date = 7/1/14
    - Match Date = 7/15/14
    - Active Duty Status "Begin" Date = 1/1/13
    - Active Duty Status "End" Date = (blank)
    - Servicers would apply the SCRA interest benefit as of the "notification" date of 1/1/13 for Reservist
    - Servicers would monitor the DoD site not less than monthly to determine active duty end date
    - Reapply all payments accordingly

- 25010.232: Example 1b (Reservist) – Non-Default Servicer:
  - Notification Date = 1/1/13
  - Active Duty Status "Begin" Date = 3/1/13
  - Assumption: Borrower account on servicer system as of the active duty begin date
  - Servicers would apply the SCRA interest benefit as of the active duty begin date of 1/1/13
  - Servicers would monitor the DoD site not less than monthly to determine active duty end date
  - Reapply all payments accordingly
- 25010.233: Example 2a - Non-Default Servicer:
  - (Request) Borrower provides documentation = 7/1/14
  - Active Duty Status "Begin" Date = 1/1/13
  - Active Duty Status "End" Date = 8/1/14
  - Assumption: Borrower account on servicer system as of the active duty begin date
  - Servicers would apply the SCRA interest benefit as of the active duty begin date of 1/1/13
  - Servicers would end the SCRA interest benefit as of the active duty end date of 8/1/14
  - Servicers would monitor the DoD site prior to the end date to confirm changes in status
  - Servicers would review documentation to determine eligibility for all military benefits
  - Reapply all payments accordingly
- 25010.234: Example 2(b) (180 day Process):
  - Borrower provides written documentation = 7/1/14
  - Active Duty Status "Begin" Date = 1/1/12
  - Active Duty Status "End" Date = 1/30/14
  - Servicer performs match of DoD database = 7/1/14
  - Active Duty Status "Begin" Date = 1/1/12
  - Active Duty Status "End" Date = 1/30/14
  - Servicers would apply the SCRA interest benefit as of the active duty begin date of 1/1/12 for all borrowers identified in the match and in cases where the borrower provided documentation (180 day rule would not apply)
  - Servicers would review documentation to determine eligibility for all military loan benefits
  - Reapply all payments accordingly
- 25010.235: Example 3 (Loan Transfer) - Non-Default Servicers:
  - Active Duty Begin earlier than (Servicer 2) has loan

  - Transfer from (Servicer 1) to (Servicer 2) = 5/1/13
  - Active Duty Request Date (Servicer 2) = 7/1/14
  - Match Date = 7/15/14
  - Active Duty Status "Begin" Date = 1/1/13
  - Active Duty Status "End" Date = (blank)
  - (Servicer 2) would be expected to apply the SCRA interest benefit as of the active duty begin date of 1/1/13
  - (Servicer 2) is required to work with (Servicer 1) to handle any post adjustment transactions
  - (Servicer 2) would monitor the DoD site not less than monthly to determine active duty end date
  - Reapply all payments accordingly.
  - Note: Servicers are currently required to handle post adjustments and

pre-transfer application of deferment and forbearance processing. This could follow the same adjustment protocol.

- 25010.236: Example 4 (TPD Servicer) Non-Default Servicers
  - Reinstatement from (TPD Servicer) to (Servicer 1) = 5/1/13
  - Active Duty Request Date (Servicer 1) = 7/1/14
  - Match Date = 7/15/14
  - Active Duty Status "Begin" Date = 4/1/13
  - Active Duty Status "End" Date = (blank)
  - (Servicer 1) would be expected to apply the SCRA interest benefit as of the active duty begin date of 4/1/13
  - (Servicer 1) is required to work with (TPD Servicer) to handle any post adjustment transactions
  - (Servicer 1) would monitor the DoD site not less than monthly to determine active duty end date
  - Reapply all payments accordingly
- 25010.237: Example 5 (Rehab)
  - Rehab loan from (DMCS) to (Servicer 1) = 7/1/2014
  - Loan balance of 6,000 interest rate of 6.8%
  - Loan originally defaulted and sent to DMCS on 7/1/2013
  - When the loan originally defaulted, the balance was $5,500; DMCS has no history on the loan prior to the default.
  - Active Duty Request Date (Servicer 1) = 7/8/14
  - Match Date = 7/15/14
  - Active Duty Status "Begin" Date = 1/1/13
  - Active Duty Status "End" Date = (blank)
  - NOTE: Operational constraints cannot be justification for refusing to adjust an account if the borrower provides proof that they were entitled to military benefits.
  - Servicers would apply the SCRA interest benefit for a borrower identified through the data match even if the active duty begin date occurred prior to the rehab date on the servicer system
  - Servicers would apply the SCRA interest benefit as of the active duty "begin" date of 1/1/13
  - Servicers would monitor the DoD site prior to the end date to confirm changes in status
  - Servicers would review documentation to determine eligibility for all military benefits
  - Reapply all payments accordingly
- 25010.238: Example 6 (Default)
  - Borrower defaulted as of 7/11/13
  - Active Duty Request Date = 7/1/14
  - Match Date = 7/15/14
  - Active Duty Status "Begin" Date = 1/1/13
  - Active Duty Status "End" Date = (blank)
  - NOTE: Operational constraints cannot be justification for refusing to adjust an account if the borrower provides proof that they were entitled to military benefits.
  - DMCS will be required to apply the SCRA interest benefit for loans prior to the date the loan loaded to DMCS.
  - DMCS will not charge collection costs during the period of active duty. If collection costs have already been charged, DMCS shall reverse and reapply the affected payments, waive any collection costs charged, and refund any resulting overpayment of the account.
  - DMCS will recall from a PCA any active duty account currently not on

an active repayment plan
- DMCS will prevent PCA assignment for any active duty account that is currently in the default workgroup

- **25011.000: The contractor shall support borrower incentive programs that allow for various interest rate reductions and/or rebate amounts based on multiple trigger activities such as upon signing on for ACH, entry into repayment, one on-time payment upon entering repayment, etc.**

- **25012.000: The contractor shall provide the provisions allotted to borrowers per the Imminent Danger Pay (IDP) and Hostile Fire Pay (HFP) as defined in 37 US Code 310.**

  o 25012.010: The contractor shall provide a provision to allow eligible military borrowers to have no interest accrued during periods of eligibility, not to exceed 60 months for Direct Loans.
  - 25012.011: Eligible military borrower is one who is:
    - Serving on active duty during a war or other military operation or national emergency; or
    - Performing qualifying National Guard duty during a war or other military operation or national emergency; and
    - Serving in an area of hostilities in which service qualifies for special pay under section 310 of title 37, U.S.C.
  - 25012.012: For Direct Loan Borrowers who qualify for the military service deferment, the borrower's deferment period and the 60-month period of no interest accrual run concurrently.
  o 25012.020: This provision will allow borrower in IDP and HFP to receive a benefit so that interest does not accrue for a period of up to 60 months on loans disbursed on or after October 1, 2008 (or on a portion of a Direct Consolidation Loan that repaid a Direct Loan and/or FFEL Program loan first disbursed on or after October 1, 2008).

- **25013.000: The contractor shall process Imminent Danger Pay (IDP) and Hostile Pay (HFP) Transactions.**

  o 25013.010: The contractor shall load and process Notification Files from NSLDS.
  o 25013.020: The contractor shall respond to Notification files with a Confirmation File through SAIG using the DODMTCIN message class.
  o 25013.030: The contractor shall report all instances of Interest Rate Reductions for IDP or HFP, whether notified by NSLDS or through other sources, in batch reporting.
  o 25013.040: The contractor shall begin making adjustments to borrower accounts when they receive notification (including paper) that borrowers were in an area of hostility while on active duty.
  o 25013.050: The contractor shall accept written requests from borrowers.
  - 20013.051: For proof of hostile pay or imminent danger on written requests, the contractor may accept letters from a commanding officer or leave and earning statement.
  - 20013.052: The received documentation should show the beginning and ending dates of eligible service.
  o 25013.060: Eligibility should not exceed 60 months in total.
  o 25013.070: Once the contractor's system receives the notification from NSLDS, the contactor shall evaluate the borrower's account to determine if they should apply the benefit. If the borrower was in a hazard pay area, has the borrower previously received an interest reduction for 60 months or longer? If yes, then borrower is no longer eligible for benefit.
  o 25013.080: If the borrower has received interest reductions previously for 60 months or

longer, the contractor shall not make an adjustment on the account.
- o 25013.090: If the borrower has not received an interest reduction previously for 60 months or longer, the contractor shall adjust the borrower's interest accrual to show that interest did not accrue during the time frame of eligibility.
- o 25013.100: If the borrower has received interest reductions previously for 60 months or longer, the contractor shall not make an adjustment on the account.
- o 25013.110: The contractor shall notify the borrower that they may be eligible for a deferment (not applicable to DMCS) and that the interest accrual has been adjusted for the time frame provided, including the reduction amount and the time frame of the reduction period. FSA will write this communication and provide it when it is finalized.

### *Section 26000: Interest Rate, Interest Calculation, Charges and Fees*

- **26000.000: The contractor shall have the ability to assess charge/fees (i.e., non-sufficient funds charge, late payment fee, etc.). Please refer to 34 CFR 202(a) for the federal regulation that dictates the requirements below.**

  **Note: NSF charges or late fees are not assessed on loans in the ED portfolio at this time.**

  - 26000.010: The contractor shall not have placeholders for charges or fees on their disclosures, communications to the borrowers or on their website visible by the borrower until FSA directs them to do so.
    - 26000.011: The term "Late Fee(s)" is reference to charges, from a Federal Servicer or the Department, to a borrower who does not make a payment on-time, by their statement due date. The term does not include references of fees charged for returned checks by an outside bank or borrower payment entity and collection costs for defaulted Federal loans.
    - 26000.012: The contractor shall review all borrower-facing media and correspondence and identify all instances which reference late fee(s). All media and correspondence include, but is not limited to:
      - Borrower letters, emails and text messages;
      - Billing statements;
      - Call scripts – referencing fees assessed for late payment;
      - Disclosure statements;
      - Website content – referencing fees assessed for late payment; and
      - Informational brochures.
      - All documents which identify reference to the term, late fee(s), must be edited to remove reference of the term.
      - Exception: The servicer may state that the U.S. Department of Education does not assess fees for late payment of Federal Direct Loans in call scripts and website FAQ's.
  - 26000.020: The contractor shall have the ability to reverse and adjust assessed charged/fees.

- **26001.000: The contractor shall accrue and report daily, weekly, and monthly interest accruals.**

  - 26001.010: The contractor shall have the ability to support interest and principal field lengths of at least 99,999,999.00 for each loan/grant on the servicing system (without splitting up the loan into segments).
  - 26001.020: The contractor shall store the interest accrual amount and have the ability to reverse and adjust accrued interest.

- **26002.000: For all loans during periods of subsidy (such as but not limited to, subsidized loans in school, subsidized loans in grace, all loans in deferments, etc.) the contractor shall accrue waived interest (also known as subsidized or government interest) for financial accounting purposes only.**

  **See Financial Activity and Transactions for more information on waived interest.**
  - 26002.010: For each loan loaded to the system at initial conversion and as loans are transferred from other vendors, the contractor shall accrue waived interest from that point forward.
  - 26002.020: Waived interest occurs when normal interest accruals are not assessed to the loan.
  - 26002.030: Payments are not applied to waived interest.

- o 26002.040: [DELETED]
- o 26002.050: The contractor shall have the ability to reverse and adjust waived interest.

- **26003.000: The contractor shall apply all variations of interest rates for all types of federally held loans. Please refer to 34 CFR 685.202(a) for the federal regulation that dictates the requirements below regarding interest accruals.**

  - o 26003.010: The contractor shall store all prior, current, and future interest rates for loans and apply the rates to loans per statute/regulations.

- **26004.000: The contractor shall use following calculation to determine a loan's daily interest accrual.**

  - o 26004.010: Daily interest equals the loan's total principal balance outstanding multiplied by the annual interest rate then divided by 365.25.'
  - o 26004.020: The contractor shall calculate daily interest out to 5 decimal places and truncate.
    Excel Formula is =Trunc(Loan Prin Balance * interest rate/365.25,5)
    Example: Loan Princ Balance = $1,234.75 Interest Rate = 3.25%  Number of calendar days = 365.25 Per Diem = $0.10986
    Example =Trunc($1,234.75*3.25%/365.25,5) = $0.10986 per diem

    This per diem shall be used to calculate accrued interest to be satisfied. When calculating accrued interest to be satisfied, the contractor shall multiply the per diem derived from the above formula by the number of calendar days since interest was last accrued. The result shall be truncated at 2 decimal places and shall not be rounded up. Example using the above example with 30 calendar days since interest was accrued equates to $0.10986 x 30 = $3.29580, truncated 2 places equates to $3.29 in interest to be satisfied.

- **26005.000: The contractor shall post accrued interest to a borrower's loan(s) on at least a monthly basis. At the end of the month, interest is accrued and posted from the date of the last accrual through and including the last day of the month.**

  - o 26005.010: The contractor shall post waived interest to a borrower's loan(s) on at least a monthly basis. At the end of the month, waived interest is accrued and posted from the date of the last accrual through and including the last day of the month.

- **26006.000: The contractor shall accrue and post interest before the servicer applies a borrower's payment.**

  - o 26006.010: Payments are not applied to waived interest. Waived interest is accrued and written-off or adjusted to zero before the contractor applies a payment.
  - o 26006.020: The contractor accrues and posts interest to the account from the last-accrued-through date up until the day prior to the date the payment is applied.

- **26007.000: The contractor shall accrue and post accrued interest to the borrower's loan(s) when the status of the loan(s) changes.**

- **26008.000: [DELETED]**

- **26009.000: For variable interest rate loans, the contractor shall assign an interest rate in twelve month increments from July 1 to June 30. The interest rate is adjusted annually on June 30 and effective on the following July 1. (FSA will provide formal notice through the contract office of the new interest rates but will not issue a CR to cover contractor costs associated with this routine maintenance).**

- **26010.000: The contractor shall adjust all monthly payment amounts to reflect the change in the variable interest rate for the July payment of each year.**

  - 26010.010: The contractor shall send the borrower an interest rate change notification within 10 business days after receipt of the final interest rates. This notification states the new interest rate and explains how the new interest rate will affect the borrower's monthly payment amount and that the new monthly payment amount will be incorporated in the borrower's next billing statement.

- **26011.000: The contractor shall accrue interest from the date of the first disbursement for Unsubsidized and PLUS loans.**

- **26012.000: The contractor shall, for all Consolidation Loans, begin to accrue interest on the date that Direct Loan Consolidation disbursed the payoff funds (the disbursement date of the Direct Consolidation Loan disbursement).**

- **26013.000: The contractor shall send the borrower quarterly interest statements during periods in a non-repayment status (In-School, In Grace, Deferment, and Forbearance).**

  - 26013.010: The contractor shall generate interest statements at the end of each calendar quarter (March 31, June 30, September 30, December 31).
  - 26013.020: The interest statement discloses the interest accrued through the quarter end and total unpaid interest at the quarter end.
  - 26013.030: These quarterly statements should be personalized based on the borrower's circumstances (i.e., loan status, programs enrolled in/of interest, risk factors, etc.).
    - These quarterly statements should undergo user testing at least twice a year with improvements made continually over the life of the contract.
  - 26013.040: The notice will be generated quarterly, beginning after the first disbursement of a loan, and continue until the loan enters repayment. For PLUS/Grad PLUS loans in an In-School deferment, the notice will continue until the loan(s) is paid off or discharged.
  - 26013.050: The notice will provide the URL or link to FSA's repayment calculators and other relevant FSA resources.
  - 26013.060: The notice will provide three sample tables of data showing differing balances and what would be paid in interest and in total, over the life of the loan, on each eligible repayment plan.
  - 26013.070: The notice will provide, at minimum the following at a loan level: Total Principal Disbursed, Total Outstanding Interest Accrued, Current Total Balance, Interest Rate, monthly payment amount, auto-debit status, repayment plan, recertification date (if applicable), count of qualifying monthly payments for IDR (if applicable), expected payoff date, expected total amount paid, expected IDR forgiveness amount, interested accrued in the quarter, interest capitalized in the quarter, amount paid down in the quarter, change in balance from last quarter, a summary of changes, and a list of personalized recommendations.

- **26014.000: The contractor shall send the borrower interest statements quarterly (can be staggered) and upon the borrower's request. Examples include, but are not limited to the below:**

- 26014.010: Quarterly statement. Unsubsidized interest accrued on a borrower's loan(s) during in-school period and total interest unpaid at time statement is generated.
- 26014.020: Quarterly statement. Unsubsidized interest accrued on a borrower's loan(s) during deferment period and total interest unpaid at time statement is generated. Notifies the borrower that the interest will capitalize.
- 26014.030: Quarterly statement. Interest accrued on a borrower's loan(s) during a cessation of payment forbearance period and total interest unpaid at time statement is generated.
- 26014.040: Borrower calls and requests an interest statement for interest accrued and unpaid to date.
- 26014.050: Borrower calls and requests an interest statement for interest accrued during a specific time period defined by the borrower.
- 26014.060: Waived interest is not reported to the borrower.

- **26015.000: The contractor shall display the accrued through date in the online borrower account. This will represent the date to which the outstanding interest is accrued up until and including this date.**

- **26016.000: The contractor shall report all interest adjustments, interest accruals, and all interest-related transactions to FMS and include unique reason codes.**
  **See Financial Activity and Transactions; see FMS Interface.**

  **26017.000: The contractor shall reconcile all financial activity on their servicing contractor and with FMS. See Financial Reconciliations and Reporting.**

- **26018.000: The contractor shall set the interest rate on all federally held loans to 0.00% for the period starting 3/13/2020 and when the payment pause ends (CARES Act).**

  - 26018.010: The interest rate change is not expected to modify the borrower's current monthly payment amount or current loan status.
  - 26018.020: The contractor shall not count any months a borrower is in 0% interest due to this requirement toward any military type 0% interest period (do not count these months against the limited number of 0% months allowed).
  - 26018.030: The contractor shall continue to accrue interest at 0% for borrowers that have opted out of forbearance period through the end of the payment pause.

## Section 27000: Interest Capitalization

- **27000.000: The contractor shall have the ability to capitalize interest (add outstanding interest to the outstanding principal balance) on all federally held loans.**

  - 27000.010: The contractor shall have the ability to adjust and reverse capitalized interest.
  - 27000.020: The contractor shall have the ability to store and report all capitalized interest and adjustments to and reversals of capitalized interest.

- **27001.000: The contractor shall capitalize interest on federally held loans only as explicitly authorized in this requirement (and sub-requirements), in accordance with 34 CFR 685.202(b), with the exception of the period beginning 3/13/2020 and ending six months after the payment pause ends where no interest capitalization should occur with an effective date within this period (CARES Act).**

  - 27001.010: When referencing a federally held FFELP Loan, the following FFELP loans in the Department's portfolio are included: PUT, FFEL Rehab, Conduit, and reinstated TPD loans.
  - 27001.020: When referencing a forbearance, all forbearances as specified in 34 CFR 685.205(b)(9) and 682.211(f)(11) including previously designated non-capping administrative forbearances are included.
    - 27001.021: Beginning July 1, 2023, the offeror shall no longer capitalize interest that accrues when a borrower exits a forbearance period, including when the forbearance is followed by a regularly capping event such as a deferment.
  - 27001.030: [DELETED]
  - 27001.040: For Direct Unsubsidized Loans and ED-held FFEL Unsubsidized Stafford loans, interest is capitalized when the loan exits deferment.
  - 27001.050: For Direct PLUS Loans and ED-held FFEL PLUS loans, interest is capitalized when the loan exits deferment.
  - 27001.060: [DELETED]
  - 27001.070: For Direct Unsubsidized Consolidation Loans, interest is capitalized when the loan exits deferment.
  - 27001.080: For Direct PLUS Consolidation Loans, interest is capitalized when the loan exits deferment.
  - 27001.090: [DELETED]
  - 27001.100: Reinstated TPD loans should not have interest capitalized; TPD reinstatement is not equivalent to a loan entering repayment.
  - 27001.110: Waived interest is never capitalized as it is not owed by the borrower. (Note: Also known as subsidized or government interest.)

- **27002.000: The contractor shall ensure that if a borrower enters a series of consecutive status changes that would otherwise result in interest capitalization (periods of back-to-back deferment and or forbearance), the contractor will capitalize only once, at the end of the final status change if there is no break (payment due) between the events.**

  - 27002.010: The transition from grace period to any other status, including deferment or forbearance, is not included in this requirement.

- **27003.000: The contractor shall capitalize only the unpaid interest (excluding the negative amortization) that accrued during the deferment period at the end of a capping deferment period.**

  - 27003.010: Interest that accrued due to a loan's negative amortization will not capitalize

at the end of a deferment except as permitted in requirement 27001.000.
- o 27003.020: [DELETED]
- o 27003.030: [DELETED]

- **27004.000: The contractor shall "Never" capitalize interest for all other forbearances described in 27001.020 including forbearances previously referred to as non-capping.**
  - o 27004.010: Interest accrued while loan is in a non-capping forbearance shall be the last interest category to be satisfied with a payment.
  - o 27004.020: When payments are applied to interest, they shall pay down interest amounts in the following order:
    1) Neg Am
    2) Regular interest
    3) Non-capping interest

- **27005.000: The contractor shall reference FSA standards for all capitalization requirements in Processing/Servicing and Repayment Plan requirements.**

    **See attachment "27005 Capitalization Job Aid V1."**

- **27006.000: The contractor shall recalculate the borrower payment, redisclose the payment schedule, and notify the borrower of the capitalization amount at each occurrence of capitalization.**

- **27007.000: For IBR and PAYE borrowers with a PFH, interest shall not capitalize at the end of a deferment or forbearance. For IBR borrowers that lose their PFH, interest shall be capitalized at the end of the deferment or forbearance. For ICR, PAYE, and SAVE, interest shall not capitalize (nor be eligible for capitalization) when the borrower exits the plan, as a result of negative amortization, or following forbearance periods. Interest accrued during a deferment shall capitalize when a borrower exits deferment. For IBR, the interest capitalizing events and treatment would not change (except that leaving a forbearance is no longer a capitalizing event and the interest accrued during the forbearance is not eligible for capitalization).**

- **27008.000: The contractor shall have a mechanism to capture the different interest types based on the status the borrower is in.**

    **For example, the contractor should be able to identify the interest accrued while in a deferment vs. the interest accrued while in a non-capping forbearance.**

- **27009.000: The contractor shall report all capitalized interest transactions to FMS. See Financial Activity and Transactions; see FMS Interface.**

- **27010.000: The contractor shall reconcile all financial activity on their servicing contractor and with FMS. See Financial Reconciliations and Reporting.**

### Section 28000: Payment and Refund Processing

- **28000.000: The contractor shall process all payments and payment returns (insufficient funds/NSF, etc.) received from all payment sources including, but not limited to Lockbox/ACH vendor, DOJ, IPAC, paper checks, web/mobile applications.**

  - ○ 28000.010: All payments shall be reviewed and applied by the contractor to borrower accounts upon receipt by the contractor.

    See Financial Reporting and Reconciliation requirements for more details on timeliness of payment posting.
  - ○ 28000.020: The contractor shall credit payments effective as of the date of receipt.
    - ▪ 28000.021: Payments should be credited to borrower accounts as of the receipt date for payments sent by U.S. mail and electronic payments sent by a borrower's bank.
    - ▪ 28000.022: The contractor shall clearly identify the date online payments will be credited to the borrower account (effective date) prior to the submission of online payments. The payments should be made effective as soon as allowable.
    - ▪ 28000.023: For payments received via IPAC (Intra-Governmental Payment and Collection System), the contractor shall use the original effective dates of each payment/payment return within the IPAC (using detail provided by the sender), not the date of the deposit/schedule number of the Treasury IPAC.
    - ▪ 28000.024: The contractor shall use the treasury confirmation date as the payment effective date for payments received by the contractor's commercial entity but intended for a borrower's federally held loans.
      The date the payment was received by the contractor's commercial entity does not have any bearing on the effective date of the payment posted to the borrower's federally held loans. Note: FSA cannot dictate the operational procedures of a contractor's commercial entity; however, contractors need to be fully aware of the following: (i) If a contractor's commercial entity sends a payment to FSA on behalf of the borrower, FSA will not provide reimbursement for any NSFs that occur on the underlying payment (i.e., FSA will not process refunds to a contractor's commercial entity); (ii) Contractor assumes the risk & responsibility of cost incurred for payments issued on the borrower's behalf; and (iii) Contractor should not post adjustments to borrowers' accounts (to temporarily clear delinquency) while researching missing payments.
    - ▪ 28000.025: The contractor shall backdate payments and document to the date the payment should have been processed for a "no fault" payment (i.e., through "no fault" of the borrower the payment is not received or processed in a timely manner by the contractor). Contractor should not post the payment with the Treasury schedule date and then process write-offs to adjust the interest accrued between the date the payment was received and the date the payment was applied. Note the following:
      "No fault" payments are an exception to the general guidance to use the Treasury confirmation date as the effective date. There may be a financial impact to the affected borrowers if the payment posting date is after the intended effective date; (ii) The borrower should not be harmed as a result of a "no fault" payment instance. As such: 1. The borrower should not lose the opportunity for a payment to be considered a qualifying payment under Public Service Loan Forgiveness (PSLF) program (i.e., payment must be received within 15 calendar days of payment due date); 2. The borrower should not lose their on-time payment incentive; (iii) Upon request, the contractor is required to provide supporting documentation for any payments not applied as of the Treasury

schedule date. The contractor shall not process interest write-offs in place of backdating payments.

- 28000.025.10: "No fault" payments are payments received by a contractor but, due to no fault of the borrower, the borrower's payment was not received or processed timely and thus was posted with a later effective date and not the date the payment was expected to be posted. The following are considered "no fault" payments: Automated Clearing House (ACH) payment not pulled by contractor; Borrower unable to make an online payment due to transfer-in process; Pulled ACH but vendor posted to commercial side rather than the federal side of the contractor; and Damaged checks (i.e., damaged during processing; check replacement needed). Note: Additional no-fault scenarios require FSA approval.

- **28001.000: The contractor shall have the ability to process payment reversals and correct processing errors.**
  - 28001.010: Payment reversals may need to be used to correct processing errors such as to reverse a payment processed for the wrong amount or allocated incorrectly, or to reverse a payment from one loan to another or from borrower account to suspense. In these instances, the payments are reversed and then reprocessed or reapplied.

- **28002.000: The contractor shall maintain an unapplied payment recycle (suspense) file for payments and payment returns that cannot be applied to a borrowers account upon receipt.**

  **See Financial Reporting and Reconciliation requirements for more information on unapplied payment recycle file.**

  - 28002.010: The contractor shall review all payments and payment returns that post to the contractor's unapplied/recycle/suspense within two business days of receipt to research the reason for posting to suspense and to determine the appropriate corrective action.
    - 28002.011: The initial manual review of each payment/return shall include research using readily available resources such as, but not limited to, payment envelopes, check memos, NSLDS, servicing contractor.
  - 28002.020: The contractor shall continue to revisit and research each payment/payment returns in their unapplied/suspense every 30 calendar days until final resolution. Continued due diligence is required to attempt to post each payments/return. See 24000 series requirements for more information on Due Diligence and Skip Trace activities
    - 28002.021: Every effort must be made by the contractor to post all payments/payment returns from the contractor's unapplied/suspense within 60 calendar days of receipt. No payment/return in suspense should ever be aged more than 10 months (allowing time for completion of escheatment process; see more information on escheatment in requirements 28029).
  - 28002.030: The contractor shall retain an audit trail tracking each time a payment/return in suspense is revisited and what steps were taken to attempt to post the payment/return.
    - 28002.031: Each payment/return shall include a clear explanation as to why the payment/return remains unapplied. See Financial Reconciliations and Reports for more specifics on unapplied/suspense reports.

- **28003.000: The contractor shall consistently apply payments to loans.**

- o 28003.010: Payments made matching the total amount due shall be applied to the total amount due for each loan unless otherwise instructed by the borrower.
- o 28003.020: Except in the case of payments applied to loans which the borrower is paying under an IBR, PAYE, or SAVE plan, payments are applied first to any late charges and collection costs, then to outstanding interest, and then to outstanding principal
- o 28003.030: Payments applied to loans which the borrower is paying under an IBR, PAYE, or SAVE plan, payments shall be applied first to outstanding interest, then to any late charges and collection costs, and then to outstanding principal.
- o 28003.040: The contractor shall apply all payments to any outstanding interest in the order below, except for IDR borrowers. See 28003.041 for IDR exception.
  1. Neg Am Interest
  2. Regular Interest
  3. Non-Capping Interest
     - ▪ 28003.041: Any borrower whose calculated IDR payment that results in a payment not equal to the amount of monthly interest (and meets what other conditions needed for that subsidy/timeframe) will receive an interest subsidy applied to their account for the amount of monthly interest less the scheduled payment. If the borrower chooses to submit a payment greater than the scheduled payment amount, it will not reduce the amount of interest subsidy that is applied to the borrower's loan.
- o 28003.050: The contractor shall accept and follow instructions from the borrower on applying payments.
  - ▪ 28003.051: The contractor shall apply the payment as requested by the borrower provided the request is not in conflict with regulations.
  - ▪ 28003.052: The contractor shall honor the request of the customer so long as that request does not make the customer delinquent.
  - ▪ 28003.053: If the application of the borrower payment, based on standing borrower instructions, would force one or more loans into delinquency, the servicer will notify the borrower that the payment cannot be applied as requested by the customer.
  - ▪ 28003.054: The contractor shall provide the borrower with the ability to submit instructions on how a payment should be applied. If the transaction is manual, the contractor will manually process the instruction for the payment.
  - ▪ 28003.055: The contractor shall allow the borrower to indicate if the payment instruction is to be applied only to a single payment or if it should apply to future payments also. If the borrower indicates it should be applied to the future payments, the contractor shall store that request and apply payments following those instructions.
  - ▪ 28003.056: The contractor shall store the borrower's request regardless of if it was for one payment or ongoing within the borrower's servicing history.
  - ▪ 28003.057: The contractor shall use the borrower's most recent instructions if there is a discrepancy between multiple instructions received.
  - ▪ 28003.058: The contractor shall immediately provide notification to the borrower if at any time a payment instruction cannot be followed as requested. The notification shall include the reason why the contactor cannot follow the instruction and directions on how to make instructions on future payments.
  - ▪ 28003.059: A borrower may request to allocate any prepayment to specific loans (or loan groups, if the servicer uses groups instead of loans) or loan types. For example, the borrower may request to allocate a prepayment to unsubsidized loans only.
- o 28003.060: The contractor shall not refund prepayments to the borrower, unless the prepayment results in an overpayment of the borrower's loan(s) (e.g., brings the borrower's loan(s) balance below zero). See 28016.022 for information on how to handle misdirected payments.

- o   28003.070: The contractor shall clearly communicate to borrowers how payments will be allocated and give borrowers clear, plain language options to provide pay allocation instructions.
    - ▪   28003.071: The contractor's communications (e.g., bills, notices) and/or self-service options and displays should provide clear and transparent explanations of how payments are applied, when they are processed, on what day they will be considered effective, and an explanation that prepayments will be applied to interest and principal but will reduce the amount that the borrower must pay in future months unless the borrower requests otherwise (consistent with the rules below).
    - ▪   28003.072: The contractor shall provide the ability of a borrower to specify whether they want their prepayment to cover future installments when making payments on their websites.
    - ▪   28003.073: If the amount of the prepayment is such that it causes a borrower to be relieved of the obligation to make an installment payment in one or more subsequent months, the servicer shall notify the borrower of that fact, when the next payment is due, in what amount the payment will be; explain why they are not required to make a payment; and explain that if their intent was not that the prepayment cover a future installment payment, that they may contact the servicer to request (orally or in writing) that the payment be adjusted, how to contact the servicer, and in what time frame (if any), the borrower must contact the servicer.

- **28004.000: The contractor shall apply overpayments consistently. Overpayments are defined as any payment that is greater than the past due amount plus the current due amount.**

    - o   28004.010: During any period (including the COVID-19 forbearance payment pause) the highest interest rate is determined using the statutory rate.
    - o   28004.020: The contractor shall apply overpayments using this overpayment default logic to apply the payment unless instructed otherwise by the borrower:
        - ▪   28004.021: The contractor shall apply any amount in excess of the total amount due to the loan with the highest current interest rate.
        - ▪   28004.022: If the loan with the highest interest rate is paid in full, the excess amount shall be applied to each successive loan with the next highest interest rate.
        - ▪   28004.023: If multiple loans have the same interest rate and are not paid in full, the excess amount should be applied proportionally across all the loans without a subsidy prior to any loans with a subsidy. This includes consolidation loans where excess amounts should be applied to the unsubsidized portion prior to the subsidized portion.
        - ▪   28004.024: If loans have the same interest rate and subsidy the excess amount should be applied in proportion to those loans with a regular monthly payment.
    - o   28004.030: [DELETED]

- **28005.000: The contractor shall apply underpayments (payments made for less than the minimum due).**

    - o   28005.010: The contractor shall apply underpayments using this underpayment default logic to apply the payment unless instructed otherwise by the borrower. The contractor shall evaluate the total, past, and current due on each individual loan prior to applying the payment.
        - ▪   28005.011: For borrowers with one loan that is more delinquent than all other loans (i.e., more days past due than any other loan), the contractor should apply the payment to that loan, up to the amount necessary to make it equally delinquent with the next most delinquent loan, if possible.

- 28005.012: For borrowers who have multiple, equally delinquent loans that are more delinquent than other loans, the contractor should allocate the payment to the loan in this set that has the lowest regular monthly payment, up to the amount equal to one regular monthly payment on that loan, then to each successive loan in this set with the next lowest regular monthly payment.
- 28005.013: For borrowers with no amounts past due, the payment should be allocated to the loan with the lowest regular monthly payment, and once the current amount due on that loan is satisfied, then to each successive loan with the next lowest regular monthly payment.
  - 28005.013.10: If multiple loans bear the same lowest regular monthly payment, the payment should be allocated to the loan in the set bearing the highest interest rate (use statutory rate), then to each successive loan bearing the next highest interest rate until the payments for that set of loans are exhausted.
  - 28005.013.20: If multiple loans bear the same lowest monthly payment and interest rate, borrowers' payment should be allocated among that subset of loans equally.
- 28005.020: If a borrower makes a nominal underpayment (payments $5 or less than then minimum due) the servicer shall advance the borrower's due date and consider that payment as satisfied.
  - 28005.021: If a borrower makes a nominal underpayment, the servicer shall not record a delinquency nor report the loan to the credit reporting agencies (CRAs) as delinquent.
  - 28005.022: For purposes of calculating credit toward Public Service Loan Forgiveness (PSLF), Income-Driven Repayment (IDR) Forgiveness, or any other Title IV benefit, a nominal underpayment shall count as a full monthly payment.
  - 28005.023: This tolerance for nominal underpayments shall not be applied to a curing payment.
  - 28005.024: The servicer shall not report the borrower delinquent or past due if the payment amount received is within $5 of the amount currently due.
- 28005.030: For Consolidation loans serviced as multiple loans, the servicer shall only advance the due date on the Consolidation loan if all the loans are eligible to be advanced. The due dates must stay in sync for all portions of a Consolidation loan.
- 28005.040: Barring any standing instructions from the borrower any overpayment that doesn't fully advance the due date (e.g., a $125 payment with $100 due), the servicer shall track the payment as a partial payment and reduce the next billing statement by the amount overpaid (e.g., $25).
  - 28005.041: Barring any standing instructions by the borrower, if the borrower is on ACH the servicer shall always draw the amount on the billing statement.

- **28006.000: The contractor shall apply payments made during non-repayment statuses consistently.**

  - 28006.010: The contractor shall apply payments made during non-repayment statuses (such as In-School, Grace, Deferment, or Forbearance) as described in this requirement unless instructed otherwise by the borrower.
  - 28006.020: The contractor shall consider all borrower payments received during in-school (more than 120 calendar days after a disbursement), grace, deferment, and forbearance periods are payments that are intended to cover future installments.
    - 28006.021: Payments shall be applied using these payment application requirements unless otherwise instructed by the borrower.
    - 28006.022: The contractor shall apply the entire payment (funds received) during non- repayment status to the loans with the highest interest rate (use statutory rate) and then to successive loans bearing the next highest interest rate until the funds are exhausted.
    - 28006.023: If multiple loans have the same interest rate, apply the funds

proportionally across all the loans without a subsidy prior to any loans with a subsidy. This includes Consolidation loans where excess amounts should be applied to the unsubsidized portion prior to the subsidized portion.

- **28007.000: The contractor shall process payments received from schools as cash cancellations. See attachment "28007_Cash Cancellation_V1."**

  - o  28007.010: Cash cancellations result in payments applied effective on the disbursement date and should result in reduction of interest and adjustments to fees and rebates similar to the result of a downward disbursement adjustment (if applicable fee/rebates were previously applied to the impacted loan).

    Note: School checks can be received years after disbursement, therefore, all checks from schools regardless of loan age are processed as cash cancellations.
  - o  28007.020: If the borrower's loans have been transferred to another non-default contractor or the loans have been transferred to DMCS due to default, the contractor shall transfer the funds to the others contractor via IPAC.

    See Financial Activities and Transactions for more information on IPAC and Attachment 8037 for FSA's IPAC procedures.
  - o  28007.030: If the borrower made payments and the cash cancellation causes the loan to be overpaid, the excess funds should be applied to the borrower's other loans.  If all loans are paid in full, the excess needs to be refunded to the borrower.
  - o  28007.040: If the borrower is deceased, the contractor shall determine (after the cash cancellation is applied and all transactions on the account are reapplied to the new balance) whether the cash cancellation amount exceeds the principal balance that was discharged due to death and refund the amount of the overpayment to the borrower's estate.
    - ▪  28007.041: If the contractor determines the amount of the loan's new balance is less than or equal to the outstanding principal balance that was discharged, the contractor shall not refund any funds to the borrower's estate. The contractor shall reverse the discharge that was previously processed, then process the cash cancellation, and then reprocess the discharge to bring the borrower's balance to $0.
  - o  28007.050: If the borrower's loans have been consolidated, the contractor shall process the cash cancellation and create the unsolicited transactions per normal consolidation processing.
    See Loan Consolidations requirements for more information.

- **28008.000: The contractor shall process borrower payments received within 120 calendar days of the disbursement date as cash cancellations (excluding Consolidation loans which are treated as a regular installment).**
  **See attachment "28008_ExampleCashCancel."**

  **Also see Financial Activity and Transactions requirements and Attachment 8021 for reporting of cash cancellations to FMS.**
  - o  28008.010: Cash cancellations result in payments applied effective on the disbursement date and should result in reduction of interest and when applicable adjustments to fees and rebates similar to the result of a downward disbursement adjustment.
  - o  28008.020: If the borrower has no loans in repayment status, the contractor shall process borrower payments received within 120 calendar days of the disbursement date (excluding Consolidation loans which are treated as a regular installment) as a cash cancellation, unless the borrower has requested in writing that the funds be used for a different purpose.
  - o  28008.030: If the borrower has loans in repayment status, the contractor shall apply borrower payments received within 120 calendar days of the disbursement date

(Consolidation loans which are treated as a regular installment) in accordance with §685.211(a), unless the borrower has requested in writing that the funds be applied as a cancellation of all or part of the loan.

- ▪ DEFERRED FUTURE CLIN 7 REQUIREMENT – 28008.031: For Parent PLUS and Grad PLUS loans, absent instruction from the borrower, the contractor shall:
  1) Apply the payment as an installment payment if the amount submitted equals the billed installment amount.
  2) If the payment amount does not equal the installment amount, contact the borrower to determine if the payment amount was intended to be a cash cancellation on the newly disbursed loan and explain the consequences of reducing the loan vs. applying it as a payment across all loans.

- o DEFERRED FUTURE CLIN 7 REQUIREMENT – 28008.040: If borrower does not indicate to which loan the cash cancel should be applied and more than one loan exists with disbursements within the 120 calendar days, the contractor shall apply the Cash Cancel to the loan using the following hierarchy:
  1) PLUS Loan
  2) Unsubsidized Loan
  3) Oldest Loan
  4) Highest Interest Rate

- **28009.000: The contractor shall allow the borrower to make payments free of charge (no charge to the borrower).**

  - o 28009.010: The contractor shall not charge the borrower any convenience or processing fee for payments.

- **28010.000: The contractor shall process paper checks sent directly to the contractor.**

  - o 28010.010: If a paper check is received at the contractor location, and the payment instructions explain the payment is intended to pay the borrower's federal loans, or if the borrower has not included any specific instructions, send the payment to the contactor's Federal Government Lockbox address for normal check processing.
    - ▪ 28010.011: If a paper check is received at the contractor location along with instructions that the check is intended to cover the borrower's non-Federal/commercial loan payment as well as Federally held payments, deposit the payment as commercial and Wire Transfer the portion that belongs to the Federally Held account via Credit Gateway (REX) or Fedwire. See Treasury Requirements for more information on Credit Gateway.
  - o 28010.020: If a commercial servicer provides funds to FSA from a combined federal/commercial payment made to the commercial side, FSA will not provide reimbursement for any NSFs that occur on the underlying check.

- **28011.000: The contractor shall accept debit card payments from borrowers. Credit cards are no longer a valid method of borrower payment and will be declined by pay.gov.**

- **28012.000: The contractor shall process returned/adjusted payments sent by payment sources including, but not limited to, the Lockbox/ACH Vendor, DOJ, IPAC.**

  - o 28012.010: Typical reasons for these adjustments include:
    Insufficient Funds (NSF's), Stop Payment, Encoding Error, Stale Dated Check, Post Dated Check.
  - o 28012.020: The contractor shall adjust all payment counters updated by the payment. The counter shall decrease by the number of payments the original payment had increased the counter initially.
  - o 28012.030: The contractor shall notify the borrower within three business days of the returned/adjusted payment and refer the borrower to inquire at their financial institution if

they have questions on the reason for the return/ adjustment payment.
- o 28012.040: The contractor shall notate, in the contractor's system, with the reason or reason code for the return/adjustment.
- o 28012.050: When a payment is returned or adjusted and causes the borrower to become delinquent, the contractor must begin due diligence efforts in accordance with established due diligence requirements. See 24000 requirements for more information on Due Diligence.

- **28013.000: The contractor shall reallocate payments when needed (also referred to as Re-App or Relive).**

  - o 28013.010: The contractor shall reallocate/reapply payments retroactively as needed, including payments made by third parties.
    - ▪ 28013.011: Payments may need to be reallocated for various reasons including prior period status changes, adjustments to disbursements/interest/interest rates, processing errors, settlements, etc.
    - ▪ 28013.012: For payments not directly received and processed on the contractor's system, the current loan holder must have the ability to reallocate those payments across periods prior to the loan having been loaded to the system.
  - o 28013.020: The contractor shall have the ability to process retroactive adjustments including adjustments to accounts for payments that do/do not advance the due date.

- **28014.000: The contractor shall allow borrowers to make payments via Direct Debit (sometimes referred to as ACH or EDA). See 25000 Borrower Benefits & Subsidies requirements for more information on ACH/EDA.**

  - o 28014.010: The contractor shall allow a borrower to enroll in ACH on their website or via paper application.
    - ▪ 28014.011: The contractor shall provide the borrower the notice of terms once enrolled that includes the recurring nature of the payments, the amount and timing of all payments to which the consumer agreed.
  - o 28014.020: An ACH payment shall be presented to the borrower's banking institution no more than two times for a scheduled monthly payment. The ACH attempts are limited to minimize the non-sufficient funds (NSF) charges applied to the borrower's account. The contractor shall list the expected time interval between ACH payments in the Written Procedures document.
  - o 28014.030: Borrowers shall be notified by the contractor of NSF payments within three business days of NSF notification to the contractor.
  - o 28014.040: [DELETED]
    - ▪ 28014.041: [DELETED]
    - ▪ 28014.042: [DELETED]

- **28015.000: The contractor shall allow a borrower the option to advance or not advance the due date for future monthly payment installments. Due dates are advanced only when the borrower submits a payment that exceeds the borrower's monthly amount due by a "full" payment amount. For example: If the borrower's monthly bill is for $54, and the borrower submits a $100 payment, the due date is not advanced. If they submit $150, the due date would be advanced one month (this payment would cover the current month and one additional month).**

  - o 28015.010: The contractor shall allow borrowers to select from an option to advance or not advance a due/cycle date for future monthly installments. The borrower shall be provided an option to take effect on all future overpayments (standing instructions) but shall also be offered the options at any time the borrower makes an online payment that would allow for advancement of a due date and be required to make a selection.

- 28015.011: The contractor shall store the standing instruction option and use that selection as the option unless specifically requested otherwise by the borrower.
  - 28015.020: The contractor shall allow borrowers to select from the option at any time via the servicing website, phone request, or in writing (includes chat, text, email, and physical mail). The billing statement shall include the options on any tear-off stub to be returned with payment. The contractor will process phone call request and any requests that are loaded to a work queue by the contractor.
  - 28015.030: The contractor shall provide the borrower the following options:
    1.) To advance the due date (listed first)
    2.) To not advance the due date
    - 28015.031: The due date may be advanced up to a max of 12 months into the future or the date upon which the borrower submits another payment for traditional repayment plans and no further than the lesser of 12 months or the next re-certification date for Income Driven Repayment (IDR) Plans. (This will eliminate eligibility issues with forgiveness programs).
  - 28015.040: The contractor shall continue to send a billing statement to borrowers who have advanced due dates. The billing statement should reflect $0 amount due and provide information about how continued payments can benefit the borrower by lowest interest accrual and earlier payoff.
  - 28015.050: For overpayments on loans in IDR repayment plans with monthly payment amounts of $0, the contractor shall not advance the next due date. Borrowers should receive monthly bills for $0 (per 685.209 and 685.221).
  - 28015.060: Absent borrower instructions, the contractor shall treat the borrower as if they have chosen to advance the due date. The servicer shall allow a borrower the option to select to not advance the due date.

- **28016.000: The contractor shall have the ability to process payment refunds.**
  - 28016.010: The contractor shall refrain from refunding payments to the borrower, unless the payment results in an overpayment and the borrower has no other active loans.
  - 28016.020: Upon FSA approval, the contractor shall provide borrower refunds for payments made within the last 60 consecutive days upon the borrower's request for the following reasons, as long as the refunds will not cause any ED held loan for that borrower to become delinquent:
    - Multiple Payments received in a single month.
    - Payments greater than the minimum amount.
    - (For these and any other reasons not listed above, the contractor shall submit a request to FSA via the Issue Tracker process for approval to refund. See 50000 series "Other" requirements for more information on Issue Tracker). All refunds must be approved by FSA Finance Office.
    - 28016.021: In the event that the contractor incorrectly processes more than one auto-payment in the same billing cycle, the contractor shall actively participate in the process to reverse the payments and make the borrower whole.
      - The contractor shall contact FSA Servicing and FRB Cleveland, to initiate the reversal immediately upon realizing the mistake.
      - The contractor shall reconcile each impacted customer's account.
      - The contractor shall contact the customer to request they make the double-debited payment again in the event that their bank returned the extra debit (not realizing that the credit was sent to off-set the duplicate payment).
      - The contractor shall make the customer account whole if the customer's account was overdrawn as a result of the erroneous double-debit (e.g., reimburse customer for NSF fees).
    - 28016.022: The contractor shall not provide refunds for misdirected payments (e.g., payments intended for mortgage, car loans, utilities, etc.). These misdirected payments would be those that are not made payable to the U.S.

Department of Education or Student Loan in any form (e.g., not payable to any Education contractor, or to DOE, or to Direct Loan Servicing Center, etc.). The contractor shall advise the payment remitter of the misdirected payment to request their financial institution to initiate a return.

- o 28016.030: The contractor is required to initiate a refund to the borrower for an account that is overpaid by greater than or equal to $5.00. Refunds for an account that is overpaid of $4.99 or less shall only be initiated if requested by the borrower.
- o 28016.040: Borrower payments received for borrowers with no account balance due to borrower loans being paid off by consolidation shall be forwarded (via IPAC) to the contractor with an active balance for that borrower. If no active balance exists, then the payment shall be refunded to the borrower.
- o 28016.050: For an account that is overpaid by amounts less than or equal to $4.99 that have been written up (to bring the account to $0), if the borrower requests a refund after the contractor has written up the amount, the contractor shall reverse the write-up and refund the monies to the borrower.
- o 28016.060: The contractor shall not send refunds to an address that is known to be invalid or undeliverable. See 24000 requirements for information on Due Diligence and Skip Tracing activities.

- **28017.000: The contractor shall submit requests for payment refunds to FMS for refunds from Treasury.  See Financial Activity and Transactions requirements and Attachment 8046_8047_8048_Refunds_RefundRevers_Cancel_StopPay_Claim for further details on refunds.**

  - o 28017.010: The contractor shall combine multiple refunds for the same payee in the same refund file to FMS as one refund.

    See FMS Interface requirements for more information on combining refunds for the same payee and how to correct the financial reporting to support reconciling cash by Treasury schedule number.
  - o 28017.020: The contractor shall provide supporting documentation to FSA for all refunds exceeding $10,000 to allow FSA to perform validation for accuracy.
    - 28017.021: Supporting documentation must be received by FSA within 48 hours of refund file delivery to FMS; otherwise, the refunds will be canceled in FMS (refunds will not be generated, therefore, the contractor shall reverse the refund). For example, for a refund file submitted to FMS on Monday, support must be received by COB Wednesday; for refund file submitted on Friday support must be received by COB the following Tuesday.
    - 28017.022: The contractor shall email supporting documentation to FSA Accounting Operations' refund mailbox, EdServicer_Refunds@ed.gov, with subject line specifying "Over $10k Refund Supporting Documentation."
    - 28017.023: The contractor shall zip, encrypt and password protect the attachment containing the supporting documentation using the standard password "ED$ervicer_$10k."
    - 28017.024: The contractor shall include the following in the supporting documentation:
      - Refund Invoice Number (Refund ID)
      - Payee Name
      - Amount
      - Justification for refund
    - 28017.025: The contactors shall include within the body of the email:
      - Refund File Name
      - Refund Invoice Number (Refund ID)
    - 28017.026: Upon completion of validation, FSA will release the refund requests for payment by Treasury (if supporting documentation is sufficient and refund is

accurate) or the refunds will be canceled in FMS (Treasury refunds will not be generated). For refunds canceled in FMS, FSA will promptly notify the contractor with brief explanation and the contractor shall reverse the refund and, if applicable, initiate a new refund request in a subsequent Refund File to FMS and provide all required supporting documentation within 48 hours of the new request.

- **28018.000: The contractor shall have the ability to initiate refund recoveries for refunds that were processed in error. The contractor shall request direction from FSA for each recovery on a case-by-case basis.**

  - o 28018.010: The contractor shall send request for direction from FSA for each recovery to the Servicer Financial Guidance (SFG) Mailbox (i.e., servicerfinancialguidance@ed.gov).
  - o 28018.020: Prior to 14 months from the check "payment date," the contractor shall not process a new/replacement refund for borrower or contractor initiated stop payment requests until the original refund check has been recovered and/or returned to the contractor.

- **28019.000: The contractor shall have the ability to process refund reversals if the Treasury check has not been initiated. The contractor must first verify that the Treasury check has not been initiated and must notify FSA to have the refund reversed in FMS.**

  **See Financial Activity and Transactions requirements and Attachment 8046_8047_8048_Refunds_RefundRevers_Cancel_StopPay_Claim for further details on refund reversals.**

- **28020.000: The contractor shall have the ability to process refund cancellations for refund payments that have been cancelled by Treasury. See procedures for refund cancellations in attachment 8046_8047_8048_RefundRevers_Cancel_Stop Pay_Claim.**

- **28021.000: The contractor shall have the ability to initiate and process a refund cancellation for refunds that need to be cancelled by Treasury. See procedures for refund reversals in attachment 8046_8047_8048_RefundRevers_Cancel_Stop Pay_Claim.**

- **28022.000: The contractor shall research any account overpaid by $500 or more prior to processing a refund.**
  - o 28022.010: The contractor shall research who the payer of the payment is if the account overpaid amount is $500 or over and determine if the refund should be sent to the payer or the borrower.
  - o 28022.020: The contractor shall refund an account that is overpaid due to Military payments to the borrower if the overpaid amount is under $500. If the amount is over $500.00, the contractor is required to contact the agency that sent the funds. (It is acceptable to refund to either the borrower or the agency after having performed and documented the diligence.)

- **28023.000: The contractor shall process small balance write-offs and write-ups.**

  **See Financial Activity and Transactions requirements for more information on reporting small balance write-ups and write-offs to FMS by specific Reason Codes.**

  - o 28023.010: The contractor shall execute a write-off for any total borrower balance (PBO+IRB+Fees across all debts/accounts for the borrower) of $100 or less, bringing the total borrower balance to $0.
    - ▪ 28023.011: The contractor shall execute the write-off once the total borrower balance has been $100 or less for at least 30 calendar days.
    - ▪ 28023.012: If the underpaid balance exceeds the threshold of $100 within the 30

calendar days (due to accrued interest or other activity causing the total borrower balance to change), the contractor shall not perform the write-off and shall resume billing effective the next borrower's billing cycle (not allowing the account to become delinquent).

- o 28023.020: The contractor shall execute a write-up for any total borrower balance (PBO+IRB+Fees across all debts/accounts for the borrower) between $0 and negative $4.99, bringing the borrower balance and refund due amount to $0 (unless the borrower has specifically requested a refund for an amount less than $5).
  - ▪ 28023.021: The contractor shall execute the write-up within 45 calendar days from when the total account balance became overpaid by an amount under $5.
- o 28023.030: Total borrower account balance in relation to write-offs/write-ups includes all loans on the contractor's system.

- **28024.000: The contractor shall clear all credit balances on borrower accounts within 45 calendar days (including, but not limited to, refund, IPAC transfers, small balance write-ups).**

  - o 28024.010: The contractor shall clear all credit balances on all loans within 45 calendar days; account balance must not be less than $0 on day 45.
    - ▪ 28024.011: Resolved by Treasury Refund shall include treasury refund generated and borrower account updated with Treasury Confirmation.
    - ▪ 28024.012: Resolved by IPAC shall include borrower account updated with Treasury schedule information.

- **28025.000: The contractor shall provide clear explanations of all rules for applications of payments to borrowers.**

  - o 28025.010: The contractor shall display the information for both default payment methodology and available options in addition to instructions on how to select an option and/or change an option.
  - o 28025.020: The contractor shall display the information on the website.
  - o 28025.030: The contractor shall provide the information within each billing statement and disclosure and make available upon request.

- **28026.000: The contractor shall return Defense Finance and Accounting Service (DFAS) payments to Department of Defense via Treasury refund request to FMS when the payments are received for borrower's they do not service. The contractor shall indicate in the Memo line on the refund that they are not servicing the borrower's loans.**

- **28027.000: The contractor shall receive and apply Settlement Payments from the U.S. Department of Education.**

  - o 28027.010: The U.S. Department of Education will receive at various times settlement payments due to lawsuits or other agreements that must be applied to a certain population of borrowers. Specific details will be provided to the contractor for processing with each unique settlement. The following sub-requirements are for informational purposes only and may be modified for each unique settlement.
  - o 28027.020: The contactor shall receive approval from FSA before proceeding with applying the settlement funds and notifying the borrower.
  - o 28027.030: Upon approval, the contactor shall apply the settlement payment as a cash cancellation to each designated borrower (applied effective on the disbursement date and should result in reduction of interest and when applicable adjustments to fees and rebates similar to the result of a downward disbursement adjustment).
    - ▪ 28027.031: If more than one loan exists for a given borrower, the contactor shall

use the settlement to pay off one of the loans. If remaining funds still exist, then the contactor shall apply the remaining funds to the loan that most benefits the borrower.

- ▪ 28027.032: If the borrower made payments on the loan that is paid in full, the payments shall be reversed and reapplied to other loans. If no other loans exist, the payments shall be refunded.
- ▪ 28027.033: If all loans from the specific school are paid in full and funds remain, the remaining amount shall be refunded to the borrower even if there are other loans from other schools with remaining balances.

- o 28027.040: The contractor shall calculate a new repayment amount for the borrower based on the remaining balances.
- o 28027.050: If the loans have been transferred to DMCS, the contactor shall recall the loans, along with any other defaulted loans the borrower held from any school. (Payments will only be applied to the to loans taken out for attendance at that school.)
  - ▪ 28027.051: The contractor shall notify the borrower of receipt of the settlement and the borrower's new repayment amount using FSA approved notices. The contractor shall send the approved letter with each separate settlement.
  - ▪ 28027.052: If the borrower does not confirm acceptance of the new repayment (via deferment/forbearance, correspondence confirming, or make payments) within 60 calendar days, the contractor will transfer the recalled defaulted loans back to DMCS.
- o 28027.060: All other loans will continue normal processing, delinquency aging, and credit reporting.
- o 28027.070: The contactor shall prepare and provide to FSA a monthly progress and a final report of all borrower's included in the settlement and the results of the confirmation 60 calendar days after the notifications are sent to the borrowers.
  Example: The monthly and final reports shall indicate if the borrower made payments, applied deferment/forbearance, or transferred back to DMCS. The report shall also include the pre- settlement payment amount and post-settlement payment amount.
- o 28027.080: The contractor shall remove any previous negative credit reporting on all loans in the settlement.

- **28028.000: The contractor shall notify borrowers of any changes to payment policies.**

  - o 28028.010: The contractor shall notify borrowers of any changes to payment policies at least 45 calendar days prior to implementation of changes.
  - o 28028.020: The contractor shall inform borrowers of the new policy if the borrower submits a payment following the prior policy. In these cases, the contractor shall minimize any impacts to the borrower as a result of the payment being submitted under the prior policy.

- **28029.000: The contractor shall escheat payments to Treasury after due diligence has occurred and all avenues of locating the borrower/sender have been exhausted.**

  **Escheatments are in accordance with the Treasury Financial Manual (TFM) 31 U.S.C. 1322**

  **See Financial Activity and Transactions and Attachments 8049 for more information on escheatment.**
  - o 28029.010: The contractor shall have the ability to escheat payments from suspense/unapplied and payments or portions of payments from borrower accounts when an address is known to be invalid or undeliverable.
  - o 28029.011: The contractor shall escheat payments after 90 calendar days only for payments that were received with no identifying information whatsoever.
  - o 28029.012: The contractor shall escheat payments or portions of payments by the end of the 10th month from payment receipt date after all efforts have been exhausted to locate the borrower and/or valid address.

- **28030.000: The contractor shall have the ability to un-escheat payments (or portions of payments) that were escheated to Treasury if additional information is obtained allowing a payment to be applied or if a claim is made by the borrower or payee for un-escheatment.**

  **See Financial Activity and Transactions and Attachments 8050 for more information on unescheatment.**

- **28031.000: The contractor shall report all financial transactions to FMS including, but not limited to, payments, payment returns, payment reversals, cash cancellations, small balance write-offs, small balance write-ups, refunds, refund reversals, refund cancellations, escheatment, un-escheatment.**

  **See Financial Activity and Transactions requirements and FMS Interface requirements for all financial transaction reporting to FMS.**

- **28032.000: The contractor shall reconcile all financial activity on their servicing contractor and with FMS.  See Financial Reconciliations and Reporting requirements.**

### Section 29000: Adjustment Processing

- **29000.000: The contractor shall have the ability to manually add new loans, add new disbursements to existing loans, and apply adjustments to existing disbursements as identified and approved by FSA. See attachment "29000_DisbursementAdjustment."**

  - 29000.010: These are items that may have been accepted by a prior servicer, but not applied prior to transfer, rejected by a prior servicer, COD has archived the year, Decommissioned Legacy Loan Consolidation System missing transactions, or a missing transaction identified due to subsequent transactions being rejected. In addition, these could be late adjustments from schools for Post Year Closeout (PPYCO) transactions identified during School Audits.
  - 29000.020: For new disbursements and disbursement adjustments, the sending servicer or COD/LC will create a weekly spreadsheet and forward to FSA for approval. FSA will review and forward the spreadsheet with approval for the contractor to process the transactions. PPYCO spreadsheets will be sent to the contractor from FSASchoolReconciliationa@ed.gov.
    - 29000.021: The contractor shall be able to accept and process the manual "DisbursementAdjustment" spreadsheet.
  - 29000.030: For new loans, the contractor shall receive (via email) and process a manual EA27 file and a "DisbursementAdjustment" spreadsheet.
    - 29000.031: FSA will create the manual EA27 and transmittal files. The file will have disbursement amounts of $1. The contractor shall load the loan to their system. Once loaded, the contractor shall reduce the disbursements to zero and then process the manual adjustment spreadsheet to establish the disbursements for the correct amount.
  - 29000.040: The contractor shall add a processor name and completion date or reject reason for each transaction on the spreadsheet and send the completed spreadsheet back to FSA.
  - 29000.050: The contractor shall complete the spreadsheet within 10 business days.
  - 29000.060: The spreadsheet shall be password protected using the COD monthly password.
  - 29000.070: The contractor shall annotate the borrower's account with the following:
    - Date Received
    - Date Applied
    - File Name
    - Reason (Use reason indicated for each transaction within the spreadsheet)
  - 29000.080: The contractor shall submit DISBUR and DSBADJ transactions to FMS as appropriate for the adjustment type.
  - 29000.090: The contractor shall identify and track as work in process (WIP) any transactions received on the spreadsheets that are for loans that were transferred to DMCS.
    - 29000.091: The contractor will indicate on the spreadsheet that the loan was transferred to DMCS. The adjustment on this spreadsheet is considered complete by indicating transfer to DMCS.
    - 29000.092: The contractor shall complete the WIP using the Transfer to DMCS process identified below in requirement 29004.

- **29001.000: The contractor shall create, receive, and process manual principal (PBO) and interest (IRB) adjustment spreadsheets. See attachment_29001 PBO_IRB_Non-Transfer Adjustment.**

- o 29001.010: These are spreadsheets that require adjustments to the borrowers PBO and IRB. The spreadsheets may be created by the contractor, other servicers, or FSA. Reasons for these spreadsheets include, but are not limited to, prior/current servicer system issues, incorrect processing, borrower escalations, interest rate, and/or rebate issues.

     Note: These adjustments do not change the "transfer in" amounts for loans transferred into the contractor's system.
- o 29001.020: Sending servicers shall forward the spreadsheets to FSA for Approval. FSA will forward the "PBO_IRB_Non-Transfer Adjustment" spreadsheet to the contractor.

     Note: Spreadsheets can be received from various FSA staff. Completed spreadsheets should be sent back to the person it was received from.
- o 29001.030: The contractor shall add a processor name and completion date or reject reason for each transaction on the spreadsheet and send the completed spreadsheet back to FSA.
- o 29001.040: The contractor shall complete the spreadsheet within 10 business days.
- o 29001.050: The spreadsheet shall be password protected using the COD monthly password.
- o 29001.060: The contractor shall annotate the borrower's account with the following:
    - Date Received
    - Date Applied
    - File Name
    - Reason (Use reason indicated for each transaction within the spreadsheet)
- o 29001.070: The contractor shall submit "adjust" transactions as appropriate for the adjustment type.

     See Financial Activity and Transactions for more information on reason codes to be included on "adjust" reporting to FMS.
- o 29001.080: The contractor shall identify and track as work in process (WIP) any transactions received on the spreadsheets that are for loans that were transferred to other servicers (including DMCS).
    - 29001.081: The contractor will indicate on the spreadsheet which servicer that the loan was transferred to. This spreadsheet is considered complete by indicating who the loan was transferred to.
    - 29001.082: The contractor shall complete the WIP when they complete the "roll forward" spreadsheet to the new servicer.
    - 29001.083: If creating a "roll forward" spreadsheet, the new servicer shall, recalculate the values on the spreadsheet and name the file using the below naming convention and forward the spreadsheet to FSA. Files should be sent to FSA weekly, on Friday, as needed.

         XxtoXXmmddyycc ) XX=Servicer
         DM-DMCS
         ES-Edfinancial
         MO-Mohela
         NA-Navient/Aidvantage NN-Nelnet
         CR – Central Research Inc (CRI)

         Note: Always maintain original servicer/date if multiple transfers have occurred. Example: Original file was Great Lakes to PHEAA, then PHEAA sent to DMCS. The file name would be "GltoPH01152021toDM05152021."

- **29002.000: The contractor shall receive and process the Paid in Full by Consolidation manual adjustment spreadsheet.**
  **See attachment "29002_PIFLCXXmmddccyy."**

  - o 29002.010: This spreadsheet is created by FSA and is used when there are adjustments that need to be processed for underlying loans that were paid in full by Consolidation and

the underlying loan does not exist on an active servicer's system. These are usually school adjustments, COD transactions, Legacy LC transactions, or decommissioned servicer adjustments for various discharges such as Borrower Defense and other FSA approved disbursement adjustments.

- o 29002.020: The contractor shall receive the spreadsheet from FSA and process the PIFLCXXXXXX spreadsheet.
- o 29002.030: The contractor shall add a completion date or reject reason for each transaction on the spreadsheet and send the completed spreadsheet back to FSA.
- o 29002.040: The contractor shall complete the spreadsheet within 10 business days.
- o 29002.050: The spreadsheet shall be password protected using the below standard password.
    Standard password to be provided upon award.
- o 29002.060: The contractor shall annotate the borrower's account with the following:
  - Date Received
  - Date Applied
  - File Name
  - Reason (Use reason indicated for each transaction within the spreadsheet)
    - ▪ 29002.061: The contractor shall use data on Tab 1 of the spreadsheet to manually create FMS transactions on the "underlying loan".
        Note: In some situations, such as borrower defense discharges for Post ACES borrowers, FSA will provide additional instructions on spreadsheets if the FMS transactions are not needed.
    - ▪ 29002.062: The contractor shall use Tab 2 of the spreadsheet to apply the adjustment to the Consolidation loan.
    - ▪ 29002.063: The contractor shall use Tab 3 to identify and send all appropriate FMS transactions. (Some are manually created and others are systematically created based on the processing that occurs on the Consolidation loan.)
- o 29002.070: The contractor shall identify and track as WIP any transactions received on the spreadsheets that are for loans that were transferred to DMCS.
    - ▪ 29002.071: The contractor will indicate on the spreadsheet that the loan was transferred to DMCS. This spreadsheet is considered complete by indicating transfer to DMCS.
    - ▪ 29002.072: The contractor shall complete the WIP using the Transfer to DMCS process identified below in requirement 29004.

- **29003.000: The contractor shall receive and process the Consolidation Origination Manual Adjustment spreadsheet. See attachment "29003_Consolidation Origination Manual Adjustment."**

- o 29003.010: These are for TIVAS (and Consolidation loans originated for NFPs) originated Consolidation loans that have been transferred to another servicer and the originator identifies adjustments (over/under payments) that were not processed prior to transfer.
- o 29003.020: Originators shall forward the spreadsheets to FSA bi-weekly, on Friday, for approval. FSA will forward the TIVAS Consolidation Origination Manual Adjustment spreadsheet to the contractor to be processed.
- o 29003.030: The contractor shall submit DISBUR and DSBADJ transactions to FMS as appropriate for the adjustment type.
- o 29003.040: The contractor shall add a completion date or reject reason for each transaction on the spreadsheet and send the completed spreadsheet back to FSA.
- o 29003.050: The contractor shall complete the spreadsheet within 10 business days.
- o 29003.060: The spreadsheet shall be password protected using the standard password below for this process.
    - ▪ Standard Password to be supplied upon award
- o 29003.070: The contractor shall annotate the borrower's account with the following:
    - ▪ Date Received

- Date Applied
- File Name
- Reason (Use reason indicated for each transaction within the spreadsheet)
- o 29003.080: The contractor shall submit DISBUR and DSBADJ transactions to FMS as appropriate for the adjustment type.
- o 29003.090: The contractor shall identify and track as WIP any transactions received on the spreadsheets that are for loans that were transferred to DMCS.
  - 29003.091: The contractor will indicate on the spreadsheet that the loan was transferred to DMCS. This spreadsheet is considered complete by indicating transfer to DMCS.
  - 29003.092: The contractor shall complete the WIP using the Transfer to DMCS process identified below in requirement 29004.

- **29004.000: The contractor shall create monthly DMCS Transfer Adjustment spreadsheet and/or a DMCS Non-Transfer adjustment spreadsheet and submit them to FSA for approval. See attachment "29004_Transfer Adjustment Spreadsheet."**

  - o 29004.010: The DMCS Disbursement Transfer Adjustment spreadsheet shall contain new disbursement and disbursement adjustment transactions received from COD, LC, or any disbursement adjustment spreadsheet.
  - o 29004.020: This spreadsheet will actually adjust the "transfer" amounts that were calculated at the time the loan was transferred to DMCS. Therefore, the contractor will calculate what the balance "would" have been if the adjustment had been received and processed prior to transfer.
    - 29004.021: The contractor shall create and submit all necessary FMS ONLY transactions to FMS. The contractor has an option to submit the transactions the same time the spreadsheet is sent to FSA, or they can submit them once DMCS completes the processing.  If the contractor chooses to submit the transactions when the spreadsheet is sent to FSA, then they will need to create manual reversal's if DMCS rejects the transaction. See Tab 3 of Attachment 29004 for examples of FMS reporting
    - 29004.022: The contractor shall clear the transactions from WIP once the spreadsheet has been sent to FSA for approval.
  - o 29004.030: The spreadsheet shall be named using the below naming convention:
    - "DMCSADJXXmmddyycc"
    - XX = Servicer (see 29001.083 above)
  - o 29004.040: The PBO_IRB_Non-Transfer Adjustment spreadsheet shall contain all other types of adjustments including, but not limited to, disbursement date changes, interest rate changes, capitalization issues, processing errors, etc., received from COD or the various manual adjustment spreadsheets.
  - o 29004.050: The spreadsheet shall be named using the below naming convention.
    - "XxtoDMmmddyycc"
    - XX = Servicer (see 29001.083 above)
    29004.060: The spreadsheets shall be submitted to FSA on a monthly basis, last business day of the month.
  - o 29004.070: The spreadsheet shall be password protected using the standard DMCS password below:
    Standard password to be supplied upon award
  - o 29004.080: Once completed, DMCS will send the results back to FSA and FSA will forward the results to the contractor.
  - o 29004.090: The Transfer Adjustment spreadsheet shall also be used when manual adjustments are identified by any other servicer and approved by FSA where "transfer" amounts need to be adjusted.  This spreadsheet will use the COD monthly password. The spreadsheet shall be named using the below naming convention.
    - "XXtoXXTransfermmddccyy"
    - XX = Servicer (see 29001.083 above)

- **29005.000: The contractor shall review all completed spreadsheets returned to them. If there are any rejects, the contractor shall review them and create a new spreadsheet for any accounts that need to be resubmitted.**

  - 29005.010: If the loan was rejected by DMCS due to rehabilitation, the contractor shall reverse the manual FMS only transactions.  If the contractor has the loan, the contractor shall apply the adjustment to their system. If the loan was rehabilitated to another servicer, the contractor shall create the appropriate manual adjustment spreadsheet and forward to FSA for approval.
  - 29005.020: If the loan was rejected due to transfer to another servicer, the contractor shall create a new spreadsheet for the new servicer.

- **29006.000: The contractor shall follow the below guidelines when processing all adjustment spreadsheets.**

  - 29006.010: If the loan was discharged, the contractor shall reverse the discharge, apply the adjustment, then reapply the discharge following normal discharge processing rules based on discharge type.
  - 29006.020: If the loan was PIF by Consolidation, the contractor shall create the unsolicited transaction.
    - 29006.021: Note: All adjustments shall be processed on underlying loans, therefore, if an adjustment is received for a Consolidation loan that is not from the Consolidation Originator, the contractor shall reject the adjustment. The contractors should not be doing manual calculations to determine how to adjust a Consolidation loan. All adjustments (clean ups, discharges, system issues, late disbursement/adjustment, etc.) shall be processed on an underlying loan and the appropriate unsolicited transactions created and sent to have the actual Consolidation loan corrected.
  - 29006.030: If the loan was PIF by the borrower:
    - The contractor shall increase the loan for new disbursements and upward adjustments and follow normal processing rules by removing payments, adjusting interest, etc.  A notification shall be sent to the borrower indicating why the loan was re-opened.
    - The contractor shall decrease the loan for downward adjustments, re-calculate the account, and apply the overpayment to other loans if they exist and/or send a refund to the borrower.
  - 29006.040: In addition to the above, all normal business processing rules shall be applied such as performing write-off/write-up, etc.

- **29009.000: The contractor shall receive and process monthly files from DMCS for adjustments on loans transferred from DMCS to the Servicer. See attachment "29009 DMCS to Servicer Template."**
  - 29009.010: Contractors shall accept CSV files containing adjustments from DMCS via SAIG (see attachment for sample file format in Excel).
    Note: The column labels in the sample file format will not be present on the CSV files. They are provided to indicate the order of the fields of the detail record.
  - 29009.020: Contractors shall apply adjustments received from DMCS onto borrower accounts on their servicing system. Amounts to be processed are reflected in the fields entitled "Trans adj amt to be applied to PBO" and "Trans adj amt to be applied to the loan: IRB."
  - 29009.030: Contractors shall process the adjustments received using the effective dates as provided on the files reflected in the field entitled "Transfer Adjustment Effective Date" (Column 'T'). The effective date populated in this field should match the same value populated in the field entitled "Effective Date of Last Transfer" (Column 'J') of the template.

- 29009.040: Contractors shall annotate on borrower accounts reasons for the adjustments applied and any payment related information as included on the files received from DMCS.
  Note: No borrower histories are being provided by DMCS for the transfer adjustments. Therefore, the contractor's annotations must include sufficient information to act as payment histories, and the detail for the annotations can be found in the "Amount applied to DMCS" (PBO, IRB, Fees) and the "Applied (on DMCS) Transaction Effective Date" fields of the files for each adjustment. Multiple transactions applied on DMCS that are rolled-up into summary adjustments for the same borrower/same debt should include annotations for each transaction applied on DMCS. It is recommended to include filenames in the annotations to help identify when and how the adjustments were received.
- 29009.050: For adjustments received on loans that have been subsequently transferred to another servicer, contractors shall accept these adjustments, and:
  - 29009.051: Use the roll forward process to determine the correct amounts to be adjusted (calculate to determine the adjusted balance that should have been transferred had the adjustment from DMCS been processed prior to subsequent transfer to the new servicer). Create roll forward spreadsheets using the PBO_IRB Non Transfer Adjustments V2 spreadsheet (Received with CR3601). Name the (spreadsheet) files as follows: " DmtoXXmmddccyytoXXmmddccyy."
    - Example: DMCS sent a file to PHEAA on 12/10/20. PHEAA transferred the loan to Nelnet. PHEAA creates the roll forward spreadsheet on 12/31/20. The file name would be "DmtoPH12102020toNN12312020."
  - 29009.052: Use the COD Monthly Password to encrypt the file. Submit spreadsheets to Wendy.Jerreld@ed.gov, TivasReports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov on the last business day of each month for transactions received during the previous month.
- 29009.060:  Contractors shall only reject adjustments received from DMCS for the following reasons:
  - Re-Defaults
  - Invalid Award ID or Award ID not found
  - Invalid SSN or SSN not found
  - Balance Mismatch (when amounts populated in PBO/IRB at Time of Last Transfer" fields does not match actual amount of last transfer loaded onto receiving servicer's system).
  - Other (for exceptions only) See Data Dictionary in tab 2 of template attached.
    - Note: Multiple transactions applied on DMCS that are rolled up into summary adjustments for the same borrower/same debt can only be worked or rejected at the "parent level" (as a whole; either all must be processed, or all must be rejected).  DMCS will only acknowledge comments and processed dates on the parent adjustments included in return files. All comments or processed dates for any of the "child" adjustments (with $0) will be ignored.  There is no harm in inputting the same value in both the parent and child records such as all with the same processed date or all with the same reason for rejection; however, DMCS will base their acknowledgement and subsequent activities solely on the contractor's response to the parent adjustments.
- 29009.070: After processing, servicers shall return all CSV files received from DMCS back to DMCS as CSV files via SAIG.
  - 29009.071:  For all items accepted and processed on the adjustment files received from DMCS, servicers shall indicate that the item was processed by inputting the date on which the adjustment was processed on their servicing system in the "Processed Date" field using the MMDDYYYY format.
  - 29009.072: For all items that cannot be processed by the receiving servicer, the contractor shall indicate in the "Comments/Reject Reason" field the reason for rejection. No date should be included in the "Processed Date" field.  (See above

for only acceptable reasons for rejection).

- ▪ 29009.073: For adjustments received on loans that have been subsequently transferred to another servicer, the contractor shall update the "Processed Date" field with the date of the roll forward spreadsheet and input the contractor ID to whom the loan was transferred in the "Comments/Reject Reason" field.
- ▪ 29009.074: The contractor shall rename the file received from DMCS by using the same filename as received and also appending with 'ret' to the end of the file name to designate returned.
- ▪ 29009.075: The contractor shall provide the original (unchanged data) as received in the adjustment file from DMCS, and only include update information in the 'Comments/Reject Reason" and the "Processed Date" fields.
- o 29009.080: Contractors shall report transfer adjustments to FMS. See attachment 29009.090 "FMS_DM_Adjusts_After_Transfer" for sample scenarios and FMS reporting.
  - ▪ 29009.081:  Contractors shall process each item as adjustments to borrower accounts, and report the adjusted amounts to FMS as TROSSV transactions for the same PBO and IRB amounts as reflected on the files in the "DMCS TRSVOS PBO_AMT" and "DMCS TRSVOS_IRB AMT" fields, but with opposite signs.
  - ▪ 29009.082: Contractors shall use existing FMS transactions following existing requirements for reporting reapplication, reallocation, and "relived" activity resulting from processing these adjustments effective the date of the original transfer in (for example, INTCAP, ADJUST, COLLEC, INTACC, etc.).
  - ▪ 29009.083:  For adjustments on loans subsequently transferred, the receiving servicer shall send TROSSV transactions to FMS for the same PBO and IRB amounts as reflected on the files in the "DMCS TRSVOS PBO_AMT" and "DMCS TRSVOS_IRB AMT" fields, but with opposite signs.
  - ▪ 29009.084:  No TROSSV transactions shall be reported to FMS for items rejected by the receiving servicer
  - ▪ 29009.085:  Contractors shall include transfer adjustments on their monthly TXI file reporting to FMS during the same months and for the same amounts as reported to FMS in the TROSSV transactions via GLS summary file.
  - ▪ 29009.086: Contractors shall track as work in process (WIP) and include all accepted but not processed transfer adjustments in their monthly WIP file reporting to FMS until each are processed. TROSSV transactions shall be reported in the WIP file for the same PBO and IRB amounts *(with opposite signs)* as reflected on the adjustment files in the "DMCS TRSVOS PBO_AMT" and "DMCS TRSVOS_IRB AMT" fields, but with opposite signs.
- o 29009.090: Contractors shall participate in inter-system testing (IST) with DMCS to test receiving adjustment files from DMCS and for sending return files to DMCS.
- o 29009.100: Contractors shall work all monthly adjustment files received within 30 calendar days.
- o 29009.110: Contractors shall receive and send the DMCS adjustments as CSV files via SAIG (sample file format in Excel is attached). Please refer to the Data Dictionary in the attached for field descriptions, and to the below for information regarding file contents and specific data fields.
  - ▪ 29009.111:  Information for each TOP reversal/NSF/payment return or refund will be included for each adjustment. If more than one adjustment is included for the same debt in the same file, each will be on a separate line with individual values reflected in each of the "Applied on DMCS Transaction Effective Date," "Adjustment REASON," "Amt applied to PBO on DMCS," "Amt applied to IRB on DMCS," and "Amt applied to Fees on DMCS" fields. However, only the first line item for that debt will include a rolled up amount of the net adjustment to PBO in the "Trans adj amt to be applied to PBO" field and net adjustment to IRB in the "Trans adj amt to be applied to IRB" field, as well as a rolled up amount for the "Additional Re-App Adjusted Amount" field and the "DMCS TRSVOS PBO_AMT" field and the "DMCS TRSVOS IRB_AMT" field. All subsequent line items for the same debt will be populated with $0 in the "Trans adj amt to be applied to PBO,"

"Trans adj amt to be applied to IRB," "Additional Re-App Adjusted Amount," "DMCS TRSVOS PBO_AMT" and the "DMCS TRSVOS IRB_AMT" fields. This shall apply the net total of the adjustment amounts to the borrower accounts.

- 29009.112: The "PBO at time of last transfer" and "IRB at time of last transfer" fields (Columns 'K' and 'L') reflect the amount of PBO and IRB transferred for the most recent transfer. (For subsequent transfer adjustments this amount is not adjusted by prior PBO/IRB adjustment amounts and is *not* the amount of the last adjustment to PBO/IRB.)

- 29009.113: The "Additional Re-App Adjustment Amount" field (Column 'S') reflects the difference resulting from reapplication on DMCS between the transfer adjustment amount and the transaction amount applied on DMCS (PBO+IRB+Fee amount differences combined into this one amount field).

- 29009.114: Adjustments for same borrowers and loans on subsequent monthly spreadsheets will not be cumulative. If adjustments have been previously sent via this same adjustment file process the amounts will be specific to only the adjustment in the current file and will not be inclusive of any prior adjustments.

- 29009.115: When the amount of a discharge is adjusted, the contractor is not required to file a corrected 1099-C with the IRS. The contractor shall report the net difference of the discharged amount in the current year in which the adjustment is processed.

- **29010.000: The contractor shall have the ability to receive a manual EA27 file from FSA to create a loan on their system. These can be created due to, but not limited to, loans PIF at prior servicer, TEACH reconsideration, or subsidy type issues.**
  - 29010.010: The contractor will perform manual adjustments to correct financial and non-financial data to rebuild the loan/grant and then begin servicing the loan/grant.

### *Section 30000: Credit Reporting and Processing*

- **30000.000: The contractor shall report the status of borrower loans to Equifax, Experian, TransUnion and Innovis credit reporting agencies (CRAs) once a month. See attachment "30000 Student Loan Credit Reporting Guide."**

  - o  30000.010: The contractor shall register with Equifax, Experian, TransUnion and Innovis credit reporting agencies as a data furnisher of credit information.
  - o  30000.020: The contractor shall use the Metro 2 Reporting format & standards to report to the credit reporting agencies. File layout and instructions can be found at www.cdiaonline.org.
  - o  30000.030: The contractor shall establish the data furnisher name with the credit reporting agencies of "US Department of Education" and report the unique identification number in the data record.
  - o  30000.040: The contractor shall report to the credit bureau using account data on the last day of the month. This data will be transmitted to the credit bureau within seven business days of month end.
  - o  30000.050: The contractor shall comply with the Fair Credit Reporting Act (FCRA) http://www.consumer.ftc.gov/sites/default/files/articles/pdf/pdf-0111-fair-credit-reporting-act.pdf.
  - o  30000.060: If a PLUS Loan has an endorser and the loan goes delinquent, the contractor shall report the endorser to the credit reporting agencies with an ECOA Code 5 (Co-maker or Guarantor) and the original borrower with an ECOA Code 7 (Maker).

    ECOA 5:  This consumer is the co-maker or guarantor for this account who becomes liable if the maker defaults.

    ECOA 7:  This consumer is the maker who is liable for the account, but a co-maker or guarantor is liable if the maker defaults.

- **30001.000: The contractor shall report to credit reporting agencies at a loan level when a borrower account is first opened and continue until the loan has been fully satisfied.**

  - o  30001.010: The contractor shall report each loan individually to credit reporting agencies. Although loans may be displayed to borrowers within a single account, credit reporting shall remain at the individual loan level with specific reporting for each loan.
  - o  30001.020: The contractor shall report Original Loan Amount as the original amount borrowed at origination, including all disbursements of the loan. This information would not change after the last disbursement of a loan and would not include any unpaid interest charges assessed subsequent to origination.
  - o  30001.030: The contractor shall report Current Balance to reflect all outstanding principal and interest owed at the time of reporting. The contractor shall not include in the "Current Balance" field any accrued interest charges that have been waived or subsidized by the government.
  - o  30001.040: The contractor shall report a loans Terms Duration to reflect the scheduled number of months in a loan term for repayment plans with fixed amortization schedules (e.g., standard, extended, and graduated plans). For loans being repaid via Income-Driven Repayment plans, the contractor shall report the maximum length of time under the repayment plan until the borrower would be eligible for loan forgiveness. When a borrower elects to change payment plans, the Terms Duration field would be updated accordingly to reflect the scheduled or maximum duration associated with the new repayment plan.

- **30002.000: The contractor shall report the borrower's credit history when the borrower's account is in school.**

  - 30002.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = Blank
    Terms Frequency = D (Deferred)
    Account Status = 11 (Current)
    K4 Segment = Deferred Payment Start Date

- **30003.000: The contractor shall report the borrower's credit history when the borrower's account is in grace.**

  - 30003.010: The contractor shall report the following to the credit reporting agencies for this scenario (same as in school):
    Terms Duration = Blank
    Terms Frequency = D (Deferred)
    Account Status = 11 (Current)
    K4 Segment = Deferred Payment Start Date

- **30004.000: The contractor shall report the borrower's credit history when the borrower's account is in repayment and current.**

  - 30004.010: The contractor shall report the following to the credit reporting agencies for this scenario (same as in school):
    Terms Duration = Number of months of the loan
    Terms Frequency = M (Monthly payments due)
    Account Status = 11 (Current)
    Current Balance = Outstanding balance amount (principal and interest)
    Amount Past Due = 0
    K4 Segment = Remove as no longer applicable
  - 30004.020: Accounts will be reported as current if in repayment and less than 90 calendar days delinquent.

- **30005.000: The contractor shall report the borrower's credit history as delinquent when the borrower's account is delinquent by 90 calendar days or more.**

  - 30005.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = Number of months of the loan
    Terms Frequency = M (Monthly payments due)
    Account Status = 71, 78, 80, 82, 83, or 84 (3 - 180 day delinquent, as applicable)
    Current Balance = outstanding balance amount (principal and interest)
    Amount Past Due = Payment amount that is 30 or more calendar days past due
    Date of First Delinquency = Date of the "first 30-day delinquency" (30 days after due date of first payment missed)

- **30006.000: The contractor shall report the borrower's credit history when the borrower's account is in forbearance.**

  - 30006.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = Blank
    Terms Frequency = D (Deferred)
    Account Status = 11 (Current)

K4 segment = Deferred Payment start date
Payment History Profile (PHP) = B for loans that have never been in repayment or D for loans that were previously in repayment

- o 30006.020: The contractor shall update the borrower's credit history to reflect implementation of a mandatory forbearance, like a hardship forbearance, back to the beginning of the forbearance.
    - ▪ 30006.021: For example, if a borrower is reported 90 calendar days delinquent in January, 120 calendar days delinquent in February, and 150 calendar days delinquent in March and then a servicer receives information that the borrower was enrolled in school starting in January and was entitled to an in school deferment, the contractor shall update the borrower's credit report to show the deferred status January – March.
- o 30006.030: The contractor shall not update the borrower's credit history to reflect implementation of a retroactive discretionary forbearance.
    - ▪ 30006.031: The servicer reports the borrower delinquent in January (90 calendar days delinquent), February (120 calendar days delinquent), and March (150 calendar days delinquent).
    - ▪ 30006.032: The servicer receives forbearance because the borrower is temporarily having trouble making payments.  The forbearance will cover January – April.
    - ▪ 30006.033: The servicer will not make any updates to the credit bureau reporting.

- **30007.000: The contractor shall report the borrower's credit history when the borrower's account is in deferment.**

    - o 30007.010: The contractor shall report the following to the credit reporting agencies for this scenario:
      Terms Duration = blank
      Terms Frequency = D (Deferred)
      Account Status = 11 (Current)
      K4 segment = Deferred Payment start date
      Payment History Profile (PHP) = B for loans that have never been in repayment or D for loans that were previously in repayment
    - o 30007.020: The contractor shall update the borrower's credit history to reflect implementation of a mandatory deferment back to the beginning of the deferment (see 30006.021 for an example).
    - o 30006.030: The contractor shall not update the borrower's credit history to reflect implementation of a retroactive deferment forbearance (see 30006.031 for an example).

- **30008.000: The contractor shall update the borrower's credit history when the borrower's account is in the process of bankruptcy.**

    - o 30008.010: The contractor shall refer to CDIA Metro 2 FAQs 23, 27, and 28 to identify how to report to the credit reporting agencies when the borrower filed for bankruptcy but the claim has not yet been resolved, when the claim has been discharged, and when the claim has been resolved but the debt is not discharged or is only partially discharged.

- **30009.000: The contractor shall update the borrower's credit history when the borrower's account is has been adjusted to $0.00 (cancelled).**

    - o 30009.010: The contractor shall report the following to the credit reporting agencies for this scenario:
      Report Status Code DA to delete the account.

- **30010.000: The contractor shall update the borrower's credit history when the borrower's account has been discharged or forgiven.**

  - 30010.010: The contractor shall report the following to the credit reporting agencies for closed school or automatic closed school discharges:
    - Report Status Code DA to delete the account.
  - 30010.020: The contractor shall report the following to the credit reporting agencies for death discharges (parent loan and student loan):
    - Account Status Code = 13 (Paid)
    - Payment Rating = 0
    - Current Balance = 0
    - Account Past Due = 0
    - Date Closed
    - ECOA Code = X (only if the borrower died)
    - Report Status Code DA to delete the account if the loan had never been in repayment.
  - 30010.030: The contractor shall report the following to the credit reporting agencies for false certification or forgery discharges:
    - Report Status Code DF (deleted due to confirmed fraud) to delete the account.
  - 30010.040: The contractor shall report the following to the credit reporting agencies for identity theft discharges:
    - Report Status Code DF (deleted due to confirmed fraud) to delete the account.
    - 30010.041: If the identify theft case is proven false (not a case of identity theft) then the contractor shall attempt to re-report the information to the credit bureau.
  - 30010.050: The contractor shall report the following to the credit reporting agencies for disability discharge:
    - Account Status = 13 (Paid)
    - Current Balance = 0
    - Amount Past Due = 0
    - Payment History Profile = D (no payment history) for months going back to the TPD effective date
    - Date Closed = Date TPD discharge was approved by FSA
    - Report Status Code DA to delete the account if the TPD effective data is prior to the date the loan entered repayment or the data servicer began reporting the loan.
  - 30010.060: The contractor shall report the following to the credit reporting agencies for borrower defense discharge:
    - If fully discharged = Report Status Code DA to delete the account.
    - If partially discharged = Reduce the Current Balance to reflect the amount remaining and update Payment History Profile with "D" for months prior to partial discharge and continue reporting the account normally.
  - 30010.070: The contractor shall report the following to the credit reporting agencies for Unpaid Refund:
    - Report Status Code DA to delete the account.
  - 30010.080: The contractor shall report the following to the credit reporting agencies for Disaster Discharges:
    - Report Status Code DA to delete the account.
  - 30010.090: The contractor shall report the following to the credit reporting agencies for Spouse/Parent of September 11, 2001 Victims:
    - Account Status = 13 (Paid)
    - Current Balance = 0
    - Amount Past Due = 0
    - Date Closed = FSA approval date
  - 30010.100: The contractor shall report the following to the credit reporting agencies for Ineligible Borrower in the manner consistent with assigning a loan to DMCS.

- 30010.110: The contractor shall report the following to the credit reporting agencies for loans that forgiven (PSLF, IDR, Teacher Loan Forgiveness):
  - Account Status = 13 (Paid)
  - Current Balance = 0
  - Amount Past Due = 0
  - Date Closed = date account paid in full

- **30011.000: The contractor shall store an entry on the borrower's permanent record that indicates any credit reporting complaint/inquiry received and the resolution of the issue.**

  - 30011.010: The contractor shall store the date of the complaint, information about what the complaint was, date of resolution, and summary of the resolution.

- **30012.000: The contractor shall refrain from using Special comment codes AC, AL, AB, AV, CH, and AS when reporting to credit reporting agencies, unless directed by FSA to use them.**

- **30013.000: The contractor shall update the borrower's credit history when the borrower's account is in undergoing review for disability or other discharges.**

  - 30013.010: The contractor shall report the following to the credit reporting agencies while a loan is undergoing review for a discharge:
    - Terms Duration = Blank
    - Terms Frequency = D (Deferred)
    - Account Status = 11 (Current)
    - K4 segment = Deferred Payment start date
    - Payment History Profile (PHP) = B for loans that have never been in repayment, or D for loans that were previously in repayment

- **30014.000: The contractor shall update the borrower's credit history when the borrower's account has been rolled into another account.**

  - 30014.010: The contractor shall report the following to the credit reporting agencies when and account was previously reported and has now been combined with another account also being reported:
    - Report Status Code DA to delete the account that was combined into the other existing account.

- **30015.000: The contractor shall update the borrower's credit history when the borrower's account has been written off due to small balance.**

  - 30015.010: The contractor shall report the following to the credit reporting agencies for accounts that have been written off due to small balance:
    - Account Status = 13 (Paid)
    - Current Balance = 0
    - Amount Past Due = 0
    - Do not report the written off amount

- **30016.000: The contractor shall update the borrower's credit history when the borrower's account is in military grace period.**

  - 30016.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    - Terms Duration = Blank
    - Terms Frequency = D (Deferred)

- Account Status = 11 (Current)
- K4 segment = Deferred Payment start date
- Payment History Profile (PHP) = B for loans that have never been in repayment, or D for loans that were previously in repayment

- **30017.000: The contractor shall update the borrower's credit history when the borrower's account is in a post deferment period.**

  - o 30017.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = Blank
    Terms Frequency = D (Deferred)
    Account Status = 11 (Current)
    K4 segment = Deferred Payment start date
    Payment History Profile (PHP) = B for loans that have never been in repayment, or D for loans that were previously in repayment

- **30018.000: The contractor shall update the borrower's credit history when the borrower's account has been paid in full.**

  - o 30018.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    - Account Status = 13 (Paid)
    - Current Balance = 0
    - Amount Past Due = 0
    - Date Closed = Date account paid in full

- **30019.000: The contractor shall update the borrower's credit history when the borrower's account is paid in full via consolidation (non-default).**

  - o 30019.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    - Account Status = 13 (Paid)
    - Current Balance = 0
    - Amount Past Due = 0
    - Date Closed = Date account paid in full

- **30020.000: The contractor shall respond timely to all consumer credit history disputes.**

  - o 30020.010: The contractor shall maintain access to e-OSCAR to respond to consumer credit history disputes.
  - o 30020.020: The contractor shall notify FSA of any trends or issues affecting more than 25 borrowers that are that identified during responding to disputes.

- **30021.000: The contractor shall maintain the credit reporting history for each borrower.**

  - o 30021.010: The contractor shall record and store all credit updates, corrections and changes on each borrower's account history.
  - o 30021.020: The contractor shall provide credit reporting history information for individual or groups of borrowers to FSA on demand.
  - o 30021.030: The contractor shall include credit reporting history in any transfer or relocation of borrower account information.

- **30022.000: The contractor shall update the borrower's credit history when requested by FSA.**

- o 30022.010: The contractors shall provide a contact that FSA can reach out to for ad hoc updates that may be needed due to escalated issues or special circumstances.

- **30023.000: The contractor shall provide a copy of the file(s) sent to credit bureaus to FSA on request.**

  - o 30023.010: The contractor shall store copies of every credit file sent to credit bureaus for the duration of the contract.
  - o 30023.020: The contractor shall provide copies of credit reporting files exactly as they had been sent to the credit bureaus to FSA for the date and/or agencies requested by FSA.

- **30024.000: The contractor shall report to the credit reporting agencies as if regularly scheduled payments were made during the CARES Act suspension period beginning 3/13/20 and concluding 90 calendar days after the borrower's first payment is due following the end of the payment pause (CARES Act).**

  - o 30024.010: The contractor shall report the borrower is current and have made their regularly monthly payment of $0 (similar to IDR $0).
    - ▪ Terms Duration = Number of months of the loan
    - ▪ Terms Frequency = M (monthly payments due)
    - ▪ Account Status = 11 (Current)
    - ▪ Current Balance = Outstanding balance amount (principal and interest)
    - ▪ Amount Due = 0
    - ▪ Amount Past Due = 0
    - ▪ K4 Segment = Remove as no longer applicable

- **30025.000: The contractor shall ensure that non-defaulted loans that are transferred between servicers are reported correctly to the credit bureaus.**

  - o 30025.010: A contractor transferring loans to another servicer shall work with the receiving servicer and provide the information necessary to ensure the credit tradelines for those loans are transferred using the automated "L1 Segment" process outlined in the Metro 2 Guidelines.
  - o 30025.020: The sending servicer shall provide the receiving servicer the necessary information to submit the L1 Segment file and to preserve historical credit furnishing data as part of the supplemental transfer files.
  - o 30025.030: To facilitate the L1 transfer process, FSA will provide servicers a supplemental transfer file template that includes the Credit Reporting Agencies (CRA) identification numbers (e.g., subscriber codes) and consumer account numbers.
    See attachment "30025_Loan Transfer Supplemental File for Credit Reporting."
  - o 30025.040: To ensure the preservation of historical credit furnishing data, FSA will provide servicers a second supplemental transfer file template that includes the historical credit furnishing (base segment) for each award ID for the past 84 months.
    See attachment "30025_Loan Transfer Supplemental File for Credit Reporting."
  - o 30025.050: The receiving servicer shall submit the L1 Segment file to the Credit Reporting Agencies (CRAs) in a timely manner and work independently with each of the CRAs to ensure the file is accepted and fully implemented.
  - o 30025.060: To ensure the receiving servicer has enough time to prepare the L1 Segment File, the receiving servicer may temporarily delay furnishing up to 90 calendar days after the effective date of the loan transfer ,if necessary, as long as the servicer submits furnishing for the periods that were delayed.
  - o 30025.070: The sending and receiving servicers shall inform borrowers in a plain language manner, using FSA approved text, about the transfer of the credit tradelines including, but not limited to, the goodbye/welcome letters sent prior to and immediately

after the loan transfers.
- o 30025.080: The receiving servicer shall conduct reasonable quality assurance checks to ensure that the transfer of the tradelines was successful and the integrity of the historical credit reporting data was maintained.
- o 30025.090: The sending servicer shall respond in a timely manner to any credit disputes submitted by borrowers prior to the effective date of the loan transfer.
  - ▪ 30025.091: The sending servicer shall identify to the receiving servicer any account corrections made to a borrower's loan(s) in response to a credit dispute.
- o 30025.100: The receiving servicer shall be responsible to respond in a timely manner to credit disputes submitted on the transferred tradelines for the period the prior servicer was reporting on the loan prior to transfer, in addition to the time period after transfer. If the receiving servicer is unable to determine the accuracy of the prior servicer's credit furnishing, the servicer shall comply with FCRA requirements by promptly correcting or deleting the inaccurate or incomplete information.
- o 30025.110: This section of credit reporting requirements for loan transfers does not include transfers due to a rehabilitation, consolidation or default. However, previously rehabilitated, consolidated, or default loans that are being transferred for other reasons are affected by this section.
  - ▪ 30025.111: For defaulted loans transferring to DMCS, the sending servicer shall report the loan as closed using the special code "AT" (account closed due to transfer).
  - ▪ 30025.112: For loans that are paid in full due to a consolidation, report the loan with Account Status 13 and the appropriate payment rating.
- o 30025.120: The sending servicer shall identify any delinquent loans that were transferred and provide the receiving servicer the First Date of Delinquency for those loans. If the loans remain in a delinquent status when the receiving servicer begins reporting them to the CRAs, the receiving servicer will report the original first date of delinquency.
- o 30025.130: The contractor shall not report any delinquency or negative credit reporting on loans received for 60 calendar days following receipt of the loan via transfer.
- o 30025.180: Servicers transferring loans that were paid in full less than 84 months prior to the date of transfer shall provide the receiving servicer the two supplemental files outlined in CR 6051 ("L1" and "Historical credit furnishing").
  - ▪ 30025.181: For purposes of this requirement, "paid in full" loans include loans that were consolidated, discharged, or forgiven without deleting the credit tradeline (e.g., a loan forgiven due to Public Service Loan Forgiveness). Loans that were discharged and the tradeline was deleted (e.g., closed school discharge) would not be included.
  - ▪ 30025.182: Upon receiving the transferred paid in full loans, the receiving servicer shall  submit the L1 Segment file to the Credit Reporting Agencies (CRAs) in a timely manner, and/or work independently with each of the CRA's to ensure the transfer of paid in full loans is accepted and fully implemented.
  - ▪ 30025.183: Loans that were paid in full greater than 84 months prior to the transfers or were discharged in manner that required the deletion of the credit tradeline (e.g., approved closed school discharge), or had their credit tradeline deleted for another reason shall not be included in the supplemental file.
  - ▪ 30025.184: The sending servicer shall provide the receiving servicer a third supplemental file listing all of the loans that will not require a L1 transfer process and the reason why each those loans are excluded from the L1 process.

- **30026.000: The contractor shall ensure that defaulted, rehabilitated, or consolidated loans are reported correctly to the credit bureaus.**

  - o 30026.010: The contractor shall close defaulted loans being transferred to DMCS by reporting Special Comment Code "AT" to denote an internal transfer of the loan.
  - o 30026.020:  The contractor shall report loans that are consolidated with Account Status

Code "13" and the appropriate Payment Rating. The new consolidation loan, which paid the underlying loans in full, must be reported as a new account.

- o 30026.030: The contractor shall report loans that have been rehabilitated as a new account going forward. Payment history reported prior to the default should not be included with the new account.

- **DEFERRED FUTURE CLIN 7 REQUIREMENT – 30027.000: The contractor shall report to NSLDS any data reported to the national credit reporting agencies (CRAs).**

    - o DEFERRED FUTURE CLIN 7 REQUIREMENT – 30027.010: In a manner to be prescribed by FSA, the contractor shall report to NSLDS on a monthly what was reported to the CRA pursuant to 30000.000.
    - o DEFERRED FUTURE CLIN 7 REQUIREMENT – 30027.020: In a manner to be prescribed by FSA, the contractor shall report to NSLDS information on any consumer credit history disputes received by the contractor.

- **30028.000: The contractor shall accept and process requests to remove Adverse Credit from FSA.**

    - o 30028.010: The contractor shall remove any adverse credit to the borrowers in a list(s) provided by FSA and update all credit bureaus accordingly. FSA will indicate in the file(s) for the time period the credit update shall be made (e.g., remove all adverse credit since 5/25/2018).
    - o 30028.020: The contractor shall complete all adverse credit updates within 10 business days of receipt of each adverse credit request file(s).
    - o 30028.030: The contractor shall annotate and respond to the questions in the list provided by FSA in a manner proscribed by FSA (e.g., returning an Excel file stating that the request to remove adverse credit reporting was complete). Each response file shall include responses to all requested information found in the adverse credit request file.
    - o 30028.040: Any incomplete or unclear requests shall be returned to the sender for clarification.
    - o 30028.050: The contractor shall designate to FSA a point of contact(s) to send these types of requests.

- **30029.000: The contractor shall process credit reporting for the Fresh Start Program.**
    - o 30029.010: If the loan Special Program Flag = FSPD, or FSPG, or FSGA, and the Suppress Credit Reporting field in the supplemental file = Y, the servicer must never report the new loan to the credit reporting agencies (CRAs) even if that loan later goes delinquent or defaults; however, if the borrower consolidates the suppressed loan into a new loan, the new consolidation loan will be reported to the CRAs.
    - o 30029.020: If the loan Special Program Flag = FSPD, FSPG, or FSGA, and the Suppress Credit Reporting field from the supplemental file = N, if the loan is ever reported as delinquent, the servicer shall use the Date of First Delinquency from the supplemental file as the date to report for that element to the CRAs.

### Section 31000: Cohort Default Rate Activity

- **31000.000: The contractor shall respond to draft and official cohort default rate (CDR) challenges, adjustments, and appeals. For all requirements the contractor will put into work queues the requests and the contractor will complete the work.**

  - 31000.010: The Department of Education provides schools an opportunity to challenge the draft cohort default rates and/or appeal and adjust their official cohort default rates. The contractor shall work with FSA and the school to review all challenges and perform corrections as necessary.
  - 31000.020: The contractor shall follow the procedures as specified in the Cohort Default Rate Guide and the eCDR User guides for Incorrect Data Challenge (IDC), Uncorrected Data Adjustments (UDA), New Data Adjustment (NDA), and Loan Servicing Appeals (LSA). The user guides provide step by step instructions on how to submit a case via eCDR appeals contractor.
    https://fsapartners.ed.gov/knowledge-center/topics/default-management
  - 31000.030: The eCDR Appeal User Guides complements the Cohort Default Rate Guide. In the event of any discrepancy between the user guides and the Cohort Default Rate Guide, the Cohort Default Rate Guide is the authoritative source for regulatory considerations and constraints.
    https://fsapartners.ed.gov/knowledge-center/topics/default-management
  - 31000.040: During the Official cycle, schools have multiple Appeal and Adjustment deadlines that are required. See attachment at the link below for more detail.
    https://fsapartners.ed.gov/knowledge-center/topics/default-management/cohort-default-rate-guide (see Appendix A)

- **31001.000: The contractor shall access the eCDR system (https://ecdrappeals.ed.gov/ecdra/index.html) to process IDC, UDA, NDA and LSA challenges.**
  - 31001.010: The contractor's Destination Point Administrator (DPA) shall work with FSA's eCDR Appeals System Security Officer to obtain "Data Manager" access to the eCDR Appeals system and as DPA has responsibility for approving other user requests within their organization.
    See: https://ecdrappeals.ed.gov/ecdra/docs/SA_User_Guide.pdf
  - 31001.020: Upon initial login, the contractor's data manager(s) will need to complete the organizational and individual profiles, which consist of contact information.
  - 31001.030: Although eCDR system sends email notifications, the contractor shall log in to the eCDR Appeals system on a regular basis throughout the cohort cycle to check the status of the cases, and to ensure that the contact information in your profile is up-to-date.
  - 31001.040: The contractor shall ensure that if a contractor's contact (employee) working the cases leaves, the case is transferred to, and worked, by another contractor's contact in a timely manner.

- **31002.000: The contractor shall review and respond to Incorrect Data Challenges (IDC). The contactor will load paper requests to work.**
  - 31002.010: IDCs are submitted by the school within 45 calendar days of the release of the draft cohort default rates when they believe the Loan Record Detail Report (LRDR) contains inaccurate data.
    - 31002.011: The "timeframe begin date" is the sixth business day after the official rates are released as officially announced on the FSA Knowledge Center website:
      https://fsapartners.ed.gov/home/
    - 31002.012: LRDR's contain inaccurate data if:
      - A borrower's data was incorrectly reported in the draft CDR calculation;

- A borrower was incorrectly included in the draft CDR; and/or
- A borrower was incorrectly excluded from the draft CDR calculation.

- o 31002.020: The contractor will receive email notifications from the eCDR system when IDC have been submitted.
- o 31002.030: The contractor shall review all data, comments, and attachments and respond to IDC's within 30 calendar days.
  - ▪ 31002.031: The contractor shall forward the challenge to the data manager that currently holds the loans or held the loans just prior to default by updating the "data manager code" within the eCDR Appeals system.
- o 31002.040: As needed, the contractor shall request additional or missing information from the school. The school must respond within the initial 45-day time frame.
- o 31002.050: The contractor shall "agree" or "disagree" to each data challenge.
  - ▪ 31002.051: If the contractor agrees with the challenge, the contractor shall correct the data within the eCDR system, NSLDS, and the contractor system.
  - ▪ 31002.052: If the contractor disagrees with the challenge, the contractor shall indicate the correct data and add a comment indicating why the contractor disagrees with the school. In addition, the contractor shall ensure that there is no "effect on calculation" within the eAppeals system. Copies of supporting documentation should be uploaded to the eCDR system.
- o 31002.060: The school will receive and review the contractor's response. The school may request clarification from the data manager. The contractor shall respond to the inquiry within 20 calendar days of receipt.
- o 31002.070: FSA will review each IDC and make a final determination. Once the case is closed, a user may be able to view and print the detail of the case, but they are no longer allowed to modify it.
  - ▪ 31002.071: Upon FSA request, the contractor shall provide additional information as needed by responding to the request within the eCDR system.
  - ▪ 31002.072: If FSA determines that the contractor made an error, the contractor shall correct their response in the eCDR system, NSLDS, and the contractor system.
- o 31002.080: The contractor shall annotate the borrower's account of the final determination.

- **31003.000: The contractor shall review and respond to Uncorrected Data Adjustment (UDA).**

  - o 31003.010: A UDA is a request submitted to the Department to ensure that a school's official CDR calculation reflects the changes that were correctly agreed to as a result of an IDC.
    - ▪ 31003.011: A school shall submit a UDA within 30 calendar days of the release of the Official Cohort default rates when:
      - They submitted a timely challenge of its draft CDR data;
      - The contractor agreed to make changes to the CDR data: and
      - The agreed upon changes are not reflected in the schools LRDR for the official CDR.
    - ▪ 31003.012: The "timeframe begin date" is the sixth business day after the official rates are released as officially announced on the FSA Knowledge Center website: https://fsapartners.ed.gov/home/
  - o 31003.020: FSA will review each UDA and make a final determination. Once the case is closed, a user may be able to view and print the detail of the case, but they are no longer allowed to modify it. In addition, the rates will be recalculated as needed and a decision letter sent to the school.
    - ▪ 31003.021: Upon FSA request, the contractor shall provide additional information as needed by responding to the request within the eCDR system.
    - ▪ 31003.022: If FSA determines that the contractor made an error, the contractor

shall correct their response in the eCDR system, NSLDS, and their own servicing system.
  - o 31003.030: The contractor shall annotate the borrower's account of the final determination.

- **31004.000: The contractor shall review and respond to New Data Adjustment (NDA).**

  - o 31004.010: NDAs are submitted by the school within 15 calendar days of the release of the official cohort default rates when they believe the loan data reported to NSLDS changed during the period between the calculation of the draft and official CDRs and the 'new data' is inaccurate.
    - ▪ 31004.011: The "timeframe begin date" is the sixth business day after the official rates are released as officially announced on the FSA Knowledge Center website: https://fsapartners.ed.gov/home/.
  - o 31004.020: The contractor shall receive email notifications from the eCDR Appeals system when NDAs have been submitted.
  - o 31004.030: The contractor shall review and respond to NDAs within 20 calendar days.
    - ▪ 31004.031: The contractor shall forward the challenge to the data manager that currently holds the loans or held the loans just prior to default by updating the "data manager code" within the eCDR Appeals system.

      Note: In some instances, the data manager was the former holder of the loans and those loans have been assigned to another data manager but the LRDR for the official cohort default rates does not yet reflect the change. In that event, the data manager should send the school and the Department a notice stating that the loans have been assigned to another data manager.
  - o 31004.040: As needed, the contractor shall request additional or missing information from the school. The school must respond within the initial 15-day time frame.
  - o 31004.050: The contractor shall review all documents and comments and "agree" or "disagree" to each appeal.
    - ▪ 31004.051: If the contractor agrees with the challenge, the contractor shall correct the data within the eCDR system, NSLDS, and the contractor's servicing system.
    - ▪ 31004.052: If the contractor disagrees with the challenge, the contractor shall indicate the correct data and add a comment indicating why the contractor disagrees with the school. Copies of supporting documentation should be uploaded to the eCDR system.
  - o 31004.060: The school will receive and review the contractor's response. The school may request clarification from the data manager. The contractor shall respond to the inquiry within 20 calendar days of receipt.
  - o 31004.070: Within 30 calendar days of the final NDA response, the school shall determine how to proceed.
    - ▪ 31004.071: The school may withdraw the NDA or forward NDA to FSA for final determination.
  - o 31004.080: FSA will review each NDA and make a final determination. Once the case is closed, a user may be able to view and print the detail of the case, but they are no longer allowed to modify it. In addition, the rates will be recalculated as needed and a decision letter sent to the school.
    - ▪ 31004.081: Upon FSA request, the contractor shall provide additional information as needed by responding to the request within the eCDR system.
    - ▪ 31004.082: If FSA determines that the contractor made an error, the contractor shall correct their response in the eCDR system, NSLDS, and the contractor's servicing system.
  - o 31004.090: The contractor shall annotate the borrower's account of the final determination.

- **31005.000: The contractor shall review and respond to Loan Servicing Appeals (LSA).**

  - 31005.010: Within 15 calendar days of the release of the official cohort default rate, a school planning to submit a LSA shall request servicing records from the data manager.
    - Any school receiving an official cohort default rate may submit an LSA if it believes that its most recent CDR includes one or more defaulted FFEL or Direct Loans that were improperly serviced for cohort default rate purposes
    - A school that is subject to sanction based on having a cohort default rate equal to or greater than 30% for the current and previous two cohort years can submit an LSA for the current and/or previous two cohort years.
    - 31005.011: The "timeframe begin date" is the sixth business day after the official rates are released as officially announced on the FSA Knowledge Center website: https://fsapartners.ed.gov/home/.
  - 31005.020: The contractor shall not charge fees for the LSA requests.
  - 31005.030: The contractor shall review and respond the schools request for loan servicing records within 20 calendar days of receipt of request.
    - 31005.031: The contractor shall use the eCDR system to generate a sample of borrowers when there are 101 or more borrower in the population for whom the servicing records are requested.
    - 31005.032: The contractor shall direct the request for servicing records to another data manager when they are not the data manager who held the borrower account just prior to default. This is done by updating the data manager code within the eCDR Appeals system.
  - 31005.040: The contractor shall upload servicing records for all borrowers in the LSA request if 100 or less borrower accounts, or for all accounts that were included in the representative sample, if sampling was required.
    - 31005.041: The contractor may upload material over a period of several sessions and save work in progress each time before submitting the full response.
    - 31005.042: The contractor may use ZIP/compressed files for this upload, adhering to current compatibility standards.
  - 31005.050: The contractor shall create the otherwise pptional "DM Spreadsheet" when the contractor is aware of missing or illegible records for certain borrowers in a given cohort year. This will reduce unnecessary clarification requests from the school as the DM Spreadsheet will identify any borrower account for which the contractor in unable to provide legible servicing records. When the Data Manager uses the DM Spreadsheet to identify key servicing dates and actions that are otherwise documented in the servicing records provided, it generally facilitates the school's work in reviewing those servicing records. There are several options for downloading and completing the template.
    - 31005.051: The contractor can download a blank DM Spreadsheet from:

      https://fsapartners.ed.gov/knowledge-center/topics/default-management/templatesspreadsheets-schools-and-data-managers
    - 31005.052: The contractor can export the listing of borrowers from the eCDR system. The borrower's name, SNN, number of loans, and data manager will be populated.
  - 31005.060: The contractor has an option to upload additional correspondence or add comments to the LSA request.
  - 31005.070: The school will receive and review the servicing records. The school may request clarification from the data manager. The contractor shall respond to the inquiry within 20 calendar days of receipt.
  - 31005.080: Based on servicing records obtained from the data manager, the school will choose to prepare, certify, and submit a perfected LSA case to FSA. FSA will review LSA request and provide final determination. The contractor will receive notification of the final determination and will be able to view the case in the eCDR system.

- 31005.081: Upon FSA request, the contractor shall provide additional information as needed by responding to the request within the eCDR system. The contractor shall respond within 5 business days to the request for additional information.
  - 31005.090: The contractor shall annotate the borrower's account that the servicing records were supplied.

### *Section 32000: Control Mail, Ombudsman & Escalated Issues*

- **32000.000: The contractor shall respond to control mail, congressional mail, FSA escalations, FSA feedback, borrower complaints, and account disputes.**

    - 32000.010: When responding the contractor shall conduct a reasonable investigation and correct any error(s) identified.
    - 32000.020: The contractor shall include the following elements in responses:
        1) A restatement of the issue raised;
        2) Steps taken to research and address the issue;
        3) Acknowledgement of prior all prior communications regarding the issue; and
        4) Follow-up actions the contractor will take in response to the issue.
        Contractor will incorporate additional guidance, including specific language, as directed by FSA.
    - 32000.030: The contractor shall enumerate and identify the issues in the incoming letters/cases regardless of source. The description(s) should be specific, not generalized. Where an inquiry or complaint lists multiple issues, the servicer should list out each issue individually.
    - 32000.040: Where the complaint/inquiry raises concerns about student loan affordability, the servicer shall state what repayment plan the borrower is currently on, options that may provide the borrower with a lower payment amount, and information about FSA's Loan Simulator.
    - 32000.050: Responses to customers shall reflect the latest announcements made by the Department of Education and FSA when the announcement relates to the issue raised in the complaint/inquiry.

- **32001.000: Upon receipt of the Control Mail from FSA, the contractor shall perform research on the control mail and create an acceptable response. If the request can be solved using a systematic solution, the contractor will complete the request. Control mail is imaged and entered into work queues by the BPO mail vendor. For all the requirements in this series, there are parts that the contractor will need to support even if the requirement is not directly directed at the contractor.**

    - 32001.010: The contractor to whom the control mail letters are assigned shall contact the contractor(s) of additional loans held by the borrower in the control mail (if appropriate). The contractor shall share the letter with that contractor(s) and request the contractor(s) to draft language regarding the concerns that can be included in the final letter
    - 32001.020: The contractor shall use FSA-Adcontrolmail@ed.gov as a single point of contact for control mail communications with FSA.
    - 32001.030  Use its own servicer-branded letterhead when creating a response.
    - 32001.040: The contractor shall Send the final response along with a copy of the incoming letter or email, within a maximum of 4 business days, to FSA-Adcontrolmail@ed.gov.  The subject line of the email should include the last name and control number from the control mail.
    - 32001.050  Include a signature from and contact information for the servicer employee that can directly assist the borrower if there are follow up questions
    - 32001.060: The contractor shall enumerate and identify the issues in the incoming letters from the borrowers/Members. The descriptions should be specific, not generalized. Where a control mail inquiry lists multiple issues, the servicer should list out each issue individually. The letter format that identifies and addresses the issues in an enumerated manner will be provided by FSA.
    - 32001.070: [DELETED]
    - 32001.080: The contractor shall include a name and contact number that OLCA may contact on behalf of the Members' constituents.
    - 32001.090: [DELETED]

- o 32001.100: [DELETED]
- o 32001.110:  The contractor shall return misdirected control mail to FSA-Adcontrolmail@ed.gov.
- o 32001.120: If the contractor cannot complete the requested research before the Control Mail due date, the servicer will prepare an interim response following the guidelines below.
    - ▪ 32001.121: The servicer shall save the response as a PDF file using the following naming convention: [Date][Control Number][Customer's Last Name]["Interim Response"] (ex: "08-Jan-2021 22-081621 Mills Interim Response").
    - ▪ 32001.122: The response shall include a name and contact number OLCA may contact on behalf of the Members' constituents.
    - ▪ 32001.123: The response shall include a signature from and contact information for the servicer employee who can directly assist the borrower if there are follow up questions.
    - ▪ 32001.124: The interim response shall be attached to the case.
    - ▪ 32001.125: A task will be created to inform the mail vendor that an interim response needs to be mailed to the writer/congressional member.
    - ▪ 32001.126: The case shall be routed to the BPO Mail Vendor to mail the interim response.
    - ▪ 32001.127: The servicer shall also email FSA-ADcontrolmail@ed.gov for notification that an interim response was prepared and that a due date extension is requested.
    - ▪ 32001.128: The servicer shall submit the interim response four business days before the due date, to allow the Ombudsman Group time to request a due date extension that the control item is not flagged.

- **32002.000: The contractor shall implement additional actions if "congressional mail" is received.**
    - ▪ 32002.001: "Congressional Mail" is not 'control mail' that is sent from FSA to the contractor. This is mail from a Member of congress, or their office, that the contractor receives directly.
    - o 32002.010: The contractor shall coordinate with FSA to determine the appropriate letter format, letterhead, and paragraph instructions to be used when creating a response.
    - o 32002.020: The contractor shall provide a copy of the incoming letter or email to FSA contacts (to be provided post award) within one business day of receipt of the letter.
        - ▪ 32002.021: The contractor shall provide a contact (email address/phone) for congressional mail to FSA.
        - ▪ 32002.022: FSA will provide a control number to the contractor's contact for each congressional mail item received within three business days from receipt of the email.
        - ▪ 32002.023: The contractor shall immediately begin working on creating a response to the inquiry (do not wait for FSA reply).
    - o 32002.030: The contractor shall provide an initial response acknowledging receipt within two business days of the submission of the congressional mail.
    - o 32002.040: The contractor shall respond to the letter as soon as possible, but no later than 21 calendar days from incoming letter.
    - o 32002.050: The contractor shall provide a copy of the final response to FSA (to be provided post award).
    - o 32002.060: The contractor shall forward any misdirected congressional mail that belongs with another contractor to the appropriate contractor within two business days of receipt. Research can be done on NSLDS to identify the current contractor.

- **32003.000: The contractor shall provide support for inquiries/issues that have been escalated to Ombudsman's office.**
    - o 32003.010: The contractor shall provide an escalated issues phone number (or unique

IVR option from main servicing number) that Ombudsman can use when calling the contractor with Ombudsman issues.

- 32003.011: The contractor shall ensure representatives answering this escalated issues line are experienced and trained to respond to Ombudsman issues.
- 32003.012: [DELETED]
- 32003.013: [DELETED]
- 32003.014: The contactor shall ensure the escalated issues phone line is available during all call center hours.

o 32003.020: The contractor shall provide a unique email address that can be used by Ombudsman to submit inquiries.

- 32003.021: The contractor shall provide a unique POC that can be used to transfer cases within the FDMS system to response to Ombudsman inquiries.

o 32003.030: The contractor shall resolve Ombudsman issues in a timely manner.

- 32003.031: The contractor shall resolve Ombudsman phone inquiries at the time of the phone call, when possible.
- 32003.032: The contractor shall send an immediate response of email receipt.
- 32003.033: The contractor shall respond to FSA or FSA's vendors regarding all escalated inquires/issues within 14 calendar days.
- 32003.034: The contractor shall provide the resolution/answer to phone, email, and FDMS inquiries unless additional research is needed. If the inquiry was submitted via phone, the contractor shall provide the response to the caller via phone. If the inquiry was received via email, the contractor shall respond via email. If the inquiry was submitted via FDMS, the contractor shall response via FDMS (if unable to reach the submitter of a phone inquiry via phone the response may be provided via email).
- 32003.035: If the inquiry (phone or email) requires additional research the contractor shall contact the submitter within 14 calendar days to inform them the inquiry will take longer.
- 32003.036:  For any Ombudsman issue not resolved within 14 calendar days from initial call/email the contractor shall respond to the issue fully and provide a written response to the issue within 30 calendar days.

o 32003.040: The contractor shall uniquely track all issues provided by the Ombudsman, including the borrower(s) name, issue description, date initiated, all contacts with Ombudsman, date completed, and description of the resolution.

- 32003.041: The contractor shall provide a summary and detailed listing of all Ombudsman issues to FSA on demand.

o 32003.050: The contractor shall ensure that any requests received from any Ombudsman source that require the contractor to contact the borrower are handled properly.

- 32003.051: The contractor shall provide initial first contact service to the complainant (by telephone call, email, or written correspondence) within 5 calendar days of receipt of the written contact.
- 32003.052: If the inquiry/issue cannot be resolved within the 5 calendar days, the contractor shall complete all required servicing actions to resolve the issue(s) presented within 30 calendar days from its receipt.
- 32003.053: Upon resolution of the inquiry/issue, the contractor shall transmit/deliver to the Ombudsman Office (via secure means to protect against unintended exposure of PII to unauthorized sources) all documents, or other artifacts included in the response to the customer/complainant.

- **32004.000: The contractor shall resolve all cases assigned via the FSA Feedback system.**

  o 32004.010: The contractor shall gain access to the FSA Feedback system (sometimes referred to as Feedback & Dispute Management System or FDMS) by completing the required forms and submitting to the ISSO.
  
  - 32004.011: Additional information on how to request access to the FSA Feedback system will be provided by FSA post award.

- o 32004.020: The contractor shall review the system daily (business days) for all cases assigned to the contractor's queue.
    - ▪ 32004.021: The contractor shall assign or reassign the case to the correct entity within 2 calendar days.
- o 32004.030: [DELETED]
    - ▪ 32004.031: The contractor shall respond directly to the customer via the complainant's preferred method of communication using FDMS Partner Portal functionality to provide updates, feedback, and resolution to the complainant.
    - ▪ 32004.032: If the inquiry/complaint requires third party authorization, the contractor shall ensure the authorization exists and include the authorization form in the FDMS system. If the authorization doesn't already exist, the contractor shall use current procedures for obtaining the authorization/notifying the borrower as needed prior to offering any resolution to the case.
- o 32004.040: The contractor shall research and resolve all feedback inquiries/complaints within 10 calendar days. If the contractor requires more time to resolve the complaint, they must provide an interim response within 10 calendar days and fully resolve the complaint within 60 days of queue assignment. FSA will review templated language.
    - ▪ 32004.041: [DELETED]
    - ▪ 32004.042: [DELETED]
    - ▪ 32004.043: The contractor may request a waiver to the 60-calendar day timeliness standard given the following criteria:
      Servicers are eligible to submit waivers on cases for the following reasons only:
        - An outside entity (i.e., FSA and/or another vendor) response is required to complete research and close the case, and it has not been received by the servicer.
          The 60 days are counted from the time servicers receive cases in their respective queues (date assigned). FSA provides weekly servicer open case reports that note age from date assigned to the respective servicer queue. It is not necessary for a servicer to submit a waiver request for cases received that are already aged because it is understood that case age for the servicer is based on date assigned to the respective servicer queue.
    - ▪ 32004.044: The contractor shall continue to work on cases while waiting on approvals. Waiver requests do not exclude a servicer from completing the activities required on the case.
    - ▪ 32004.045: The contractor shall understand that waiver approvals are based on the criteria in 32004.043 and are approved on a case-by-case basis. Waiver approvals are not automatic.
    - 32004.046: Waiver requests must be sent via spreadsheet to 60dayWaiverRequest@ed.gov by COB on Mondays. Required fields include:
        - o Case Number
        - o Reason for Request
        - o Date Assigned to servicer queue (must come from FDMS)
- o 32004.050: The contractor shall provide a formal response to complaints sent directly to the contractor within 10 calendar days. If the contractor requires more time to resolve the complaint, they must provide an interim response within 10 calendar days and fully resolve the complaint within 60 calendar days of receipt.
    - ▪ 32004.051: If the inquiry/complaint has been received at both the contractor site and via the Feedback system, the contractor shall respond to the complaint from the Partner's site and then document that response to the complaint in FDMS.
- o 32004.060: All responses shall inform customers of their right to escalate the issue to the Ombudsman Office if they are unsatisfied with the response.

- **32005.000: The contractor shall provide a contact to support complaint handling.**

    - o 32005.010: The contractor shall provide a management level employee to be the primary

contact for state or federal agencies inquiring about borrower complaints/disputes/issues.

- o 32005.020: The contractor shall ensure a written response is provided for each complaint received from a state or federal agency and that the complaint has been properly tracked within the servicing solution's complaint tracking system.
- o 32005.030: The contractor shall share these written responses to complaints with FSA upon request.

- **32006.000: The contractor shall escalate complaints to FSA as needed.**

  - o 32006.010: The contractor shall create a process that allows for escalation of a complaint received to the FSA Ombudsman Office as needed. In some cases, there may be need for FSA intervention, or the complaint is of high priority or visibility and as such, that the contractor needs FSA to be aware of the complaint or provide input/information to resolve the complaint.

- **32007.000: The contractor shall provide support for FSA to resolve complaints.**

  - o 32007.010: The contractor shall provide, upon request from FSA, any information needed from the servicing system/solution to support FSA's efforts to resolve a complaint.
    - 32007.011: The contractor shall ensure they possess the staff to receive, address, and resolve case issues received from the Feedback & Dispute Management System (FDMS), and provide case information, and/or issues resolution updates via the FDMS on cases in progress, or subsequently updated when the case exists in a closed status.
    - 32007.012: The contractor shall determine a means to support "loan level status data sharing" into a customer relationship management (CRM) schema to support ED-contractor oversight, FSA-wide status informing on federal student aid borrowers serviced by their organization, and in-time status updates to fluid data used to manage interactions with, and/or resolve issues for their client portfolio (i.e., federal student aid borrowers).

- **32008.000: The contractor shall provide a process by which any borrower can escalate any request for assistance.**

  - o 32008.010: The contractor shall ensure, when making a request for assistance on the phone, that the borrower has the ability to obtain immediate review of the response by an employee of the contractor at a higher supervisory level. If an immediate response was provided during the call and the borrower would like a second review/opinion on the response.
  - o 32008.020: The contractor shall ensure the process allowing for and describing this escalation is defined on the contractor website's FAQs.

- **32009.000: The contractor shall work with FSA to create a process to input and track all inquiries and complaints through resolution.**
    - 32009.001: A "complaint" is a submission(s) by a customer (or an authorized third party) that expresses dissatisfaction with, or communicates suspicion of wrongful conduct, by the contractor related to the borrower's personal experience with the contractor, and/or its handling of the borrower's account.
    - 32009.002: An "inquiry" is a submission by a customer (or an authorized third party) that does not meet the definition of a complaint and is seeking general information about loan terms or account status (e.g., "When is my payment due?" or "I need assistance resetting my password.").
  - o 32009.010: The contractor shall record all inquiries (including all borrower contacts) received and attempt to resolve all inquiries upon receipt.
    - 32009.011: The contractor shall escalate complaints/disputes to team leads,

supervisors, or managers as needed in an attempt to resolve upon receipt.
- o 32009.020: The contractor shall provide an initial response to the borrower/complainant within two business days of the submission of the request confirming receipt of complaint.
- o 32009.030: The contractor shall research and resolve complaints/disputes within 10 calendar days of receipt. If the contractor requires more time to resolve the complaint, they must provide an interim response within 10 calendar days and fully resolve the complaint within 60 calendar days.
  - ▪ 32009.031: [DELETED]
  - ▪ 32009.032: [DELETED]
- o 32009.040: The contractor shall request all additional information needed to resolve complaint/dispute from borrower immediately after identifying additional information is needed.
- o 32009.050: The contractor shall provide detailed information to the borrower if the dispute cannot be resolved in the borrower's favor. All responses shall inform borrowers of their right to escalate the issue to the Ombudsman Office if they are unsatisfied with the response.
  - ▪ 32009.051: The contractor shall provide an explanation for the determination, contact information of personnel knowledgeable about dispute, information informing borrower how they can request copies of documents used by the contractor to make the determination, and explanation of the method by which the borrower can appeal the determination.
- o 32009.060: The contractor shall maintain a system/solution that supports the input, tracking, and resolution of all complaints/disputes and allows for FSA access to the system/solution and summary and detailed reporting to FSA.

- **32010.000: The contractor shall accept and process appeals on account disputes.**

  - o 32010.010: The contractor shall accept written appeals from borrowers in response to a determination on an account dispute.
  - o 32010.020: The contractor shall provide written acknowledgement to the borrower that the contractor has received the appeal request and started the appeal process. The notice shall be send within 10 business days from written request for appeal.
  - o 32010.030: The contractor shall conduct a reassessment of the borrower dispute performed by an employee of the contractor at a higher supervisory level than the employee(s) involved in the initial account dispute determination.
  - o 32010.040: The contractor shall notify the borrower of the outcome of the appeal within 30 business days from receipt of appeal. The notification shall include the outcome of the appeal and include any reason for denial (if denied). All responses shall inform borrowers of their right to escalate the issue to the Ombudsman Office if they are unsatisfied with the response.
  - o 32010.050: The contractor shall post an explanation of the appeal process available and instructions on how to request an appeal on the servicing website.

- **32011.000: The contractor shall forward any misdirected complaints to the appropriate contractor or entity.**

  - o 32011.010: The contractor shall forward any complaints received to the appropriate contractor or entity within 2 calendar days of reviewing the complaint.
  - o 32011.020: The contractor shall use NSLDS and/or other FSA systems to identify the correct entity to be responding to the complaint. If the correct entity cannot be identified the contractor shall contact the FSA liaison for assistance in determining where to forward the complaint.

- **32012.000: The contractor shall ensure no negative consequences occur to the borrower during the time the complaint is being reviewed.**

- o  32012.010: The contractor shall prevent negative credit reporting from occurring while the complaint is under review.
- o  32012.020: The contractor shall halt all collection activities on the account while the complaint/dispute is being researched/resolved if the complaint/dispute is related to the delinquency.

- **32013.000: [DELETED]**

  - o  32013.010: [DELETED]
  - o  32013.020: [DELETED]

- **32014.000: The contractor shall respond to the Freedom of Information Act (FOIA) and Privacy Act requests.**

  - o  32014.010: The contractor shall respond FOIA and Privacy Act requests within five calendar days.

### *Section 33000: Outreach Campaigns*

- **33000.000: The contractor shall send outreach email campaigns.**
  - 33000.010: The contractor shall provide email campaigns as requested by FSA. These campaigns will be initiated through the Change Management process.
  - 33000.020: Outreach email campaigns will consist of FSA defined borrowers, or parameters provided by FSA that allow the contractor to select borrowers.
  - 33000.030: Outreach email campaigns will consist of FSA defined text and/or inserts to be sent.
  - 33000.040: The contractor shall work with FSA to define the specific text, format and branding and timing of campaigns to maximize the desired outcome.
  - 33000.050: The contractor shall provide results of campaigns overall volumes sent and volume of returned email.
  - 33000.060: The contractor shall include testing of multiple subject lines of emails with a small group of borrowers prior to launching each full email campaign, to maximize email open rates.

- **33001.000: The contractor shall send outreach postal campaigns.**
  - 33001.010: The contractor shall provide postal mail campaigns as requested by FSA. These campaigns will be initiated through the Change Management process.
  - 33001.020: Outreach postal mail campaigns will consist of FSA defined borrowers, or parameters provided by FSA that allow the contractor to select borrowers.
  - 33001.030: Outreach postal mail campaigns will consist of FSA defined text and/or inserts to be sent.
  - 33001.040: The contractor shall work with FSA to define the specific text, format and branding, and timing of campaigns to maximize the desired outcome.
  - 33001.050: The contractor shall provide results of campaigns overall volumes sent and volume of returned mail.
  - 33001.060: [DELETED]

- **33003.000: The contractor shall execute outreach calling campaigns.**
  - 33003.010: The contractor shall execute call campaigns as requested by FSA. These campaigns will be initiated through the Change Management process.
  - 33003.020: Outreach call campaigns will consist of FSA defined borrowers, or parameters provided by FSA that allow the contactor to select borrowers.
  - 33003.030: Outreach call campaigns will consist of FSA defined scripts created in cooperation with the contractor.
  - 33003.040: The contractor shall work with FSA to define the specific scripts and timing of call campaigns to maximize the desired outcome.
  - 33003.050: The contractor shall provide results of campaigns, including contact rates, overall volumes/dates completed, and caller results/success rate of intent of call.

- **33004.000: The contractor shall retain copies and results of all campaigns.**
  - 33004.010: The contractor shall maintain a catalog of all outreach campaigns, including date(s) executed, volumes, content, method, and all results (e.g., bounced emails and returned mail).

- **33005.000: The contractor shall record outreach efforts on borrower records.**
  - 33005.010: The contractor shall annotate on each impacted borrower's account the outreach efforts made to the borrower.

- o   33005.020: The contractor shall record and annotate on the borrower's account bounced emails or returned mail.

- **33006.000: The contractor shall retain copies of outreach as part of the borrower's record.**

  - o   33006.010: The contractor shall store copies of outreach correspondence/notices within the borrower's servicing record/image record.

### Section 34000: Specialty Programs

**Public Service Loan Forgiveness (PSLF)**

- **34000.000: The contractor shall continue to service borrowers on their system who have applied, or indicated an intent to apply, for Public Service Loan Forgiveness (PSLF) and Temporary Expanded PSLF (TEPSLF).**

- **34001.000: The contractor shall provide basic information to borrowers about PSLF and TEPSLF. Note – Special requirements for performing PSLF/TEPSLF discharges can be found in the "23000 Discharge, Forgiveness, Bankruptcy, and Litigation" requirements section.**

  - 34001.010: The contractor shall provide basic information to any borrower based on a verbal, written, email, online, chat, or fax request. Basic information includes:
    - 1) Basic terms of the program;
    - 2) Advising the borrower of the qualifying loans, repayment plan, and employment criteria; and,
    - 3) If the borrower's current loans and repayment plan meet those criteria.
  - 34001.020: The contractor shall train representatives to respond to basic inquiries received about the PSLF program via all communication methods.
    - 34001.021: The contractor shall institute a call flow that aims to resolve a borrower's other questions and needs that are pertinent to the servicer before transferring a borrower to 800-4-FEDAID.
    - 34001.022: The contractor shall provide an option in their phone menu related to PSLF and TEPSLF that redirects the call to 800-4-FEDAID.
  - 34001.030: The contractor shall refer borrowers to the general PSLF Landing Page (https://studentaid.gov/publicservice), the PSLF Help Tool (https://studentaid.gov/pslf), and the stand-alone employer database (when available) for additional information related to PSLF Program Requirements and Employer Eligibility.
    - 34001.031: The contractor shall transfer a PSLF or TEPSLF borrower to the BPO Call Center should the borrower ask for specific information on a given payment or loan.
  - 34001.040: The contractor shall provide information about PSLF and TEPSLF on their website with a link to the PSLF Help Tool.
    - 34001.041: The contractor shall link borrowers to information about PSLF and TEPSLF on FSA's website (www.studentaid.gov/publicservice) and on any webpage where repayment, forgiveness, and discharge options are presented.
    - 34001.042: The contractor shall inform borrowers that they may learn more about their eligibility for PSLF by visiting FSA's website, or via transferring their call via a warm handoff to 800-4-FEDAID.
  - 34001.050: The contractor shall promote PSLF knowledge on the PSLF portal and the servicing website by working with FSA to create outreach and social media campaigns to inform borrowers about PSLF including, but not limited to, customer service support, portal inquiries, calls, emails, and any needed tracking as requested.
  - 34001.060: The contractor shall promote PSLF and provide a link to StudentAid.gov/publicservice in communications to the borrower while in school, in grace, and in repayment.
  - 34001.070: The contractor shall maintain an indicator on their system to denote borrowers who are enrolled in the PSLF or TEPSLF programs.
    - 34001.071: The contractor shall set this indicator for borrowers on their system when they retrieve any PSLF notification from SPS via the EDMAPS/Kafka streaming interface. See Requirement 47013.000.
    - 34001.072: This indicator shall be referred to by CSRs so that they do not

provide counseling that would make a borrower ineligible for PSLF and so they provide information that is tailored to a PSLF borrower's circumstances.

- ▪ 34001.073: The contractor shall also set this indicator when receiving a PSLF borrower in a servicing transfer including the receipt of a consolidation loan via transfer from the Consolidation Originator. See Requirements 18000.000 and 18000.070.

- o 34001.080: [DELETED]
- o 34001.090: [DELETED]
- o 34001.100: The contractor shall retrieve PSLF: Loan Forbearance Notification messages via the EDMAPS/Kafka streaming interface. See Requirement 47013.000.
  - ▪ 34001.101: Upon retrieving the forbearance notification message with an action = "APPLY," the contractor shall apply a non-capping administrative forbearance (PSLF MA08) to the borrower's account. The forbearance should be applied to cover to the corresponding awards identified in the message. The forbearance should cover a 12-month period that begins with the forbearance eligibility start date provided within the message. The forbearance should not replace other deferments or forbearances that are already applied to the borrower's account for this period but instead supplement them to ensure the 12-month period is covered. The contractor shall apply the forbearance in accordance with the general servicing rules for forbearances. See requirements 22000.080 and 22000.090.
  - ▪ 34001.102: Upon receipt of the forbearance notification message with an action = "END," the contractor shall end the forbearance of corresponding award IDs as of the forbearance eligibility end date provided in the message. The contractor should only end forbearances (PSLF MA08) that were applied previously through 34001.101.
  - ▪ 34001.103: The contractor shall annotate the borrower account with the message ID and details of the processed forbearance notification.
  - ▪ 34001.104: If the borrower/award is not found on the contractor's system, the message can be bypassed with no further action required.
- o 34001.110: The contractor shall retrieve PSLF: Loan Forgiveness Notification messages via the EDMAPS/Kafka streaming interface. See Requirement 47013.000.
  - ▪ 34001.111: The contractor shall discharge the loan as of the qualification date contained in the message following the process defined in Requirements 23020.000 through 23020.090.
  - ▪ 34001.112: The contractor shall annotate the borrower account with the message ID and details of the processed forgiveness notification.
  - ▪ 34001.113: With the exception of a loan that was transferred to DMCS (see Requirement 23020.021), if the borrower/award is not found on the contractor's system, the message can be bypassed with no further action required.
  - ▪ 34001.114: If a previously applied forbearance is expected to end before the discharge processing is complete, the contractor shall extend the forbearance for an appropriate time frame to allow the discharge to be completed.

- **34002.000: The contractor shall report PSLF/TEPSLF information to NSLDS.**
  - o 34002.010: The contractor shall report the PSLF payment eligibility information to NSLDS as defined in the NSLDS Data Provider Instructions (see NSLDS_DPI).

- **34003.000: The contractor shall record and store all PSLF/TEPSLF interactions with borrowers.**
  - o 34003.010: The contractor shall store all incoming/outgoing documents and phone/email/chat/online interactions as borrower records.

- **34004.000: The contractor shall ensure PSLF/TEPSLF enrolled borrowers who have requested Direct Loan Consolidation are informed of the impact to their PSLF/TEPSLF progress.**

- o  34004.010: The contractor shall send unique communications to borrowers who have been enrolled in PSLF and are interested in consolidating their loans.

- **34005.000: If the federal loan servicer receives a PSLF form from a borrower, the federal loan servicer shall forward the application to the BPO contact center.**
  - o  34005.010:  The forms shall be forwarded, on a daily basis, via tracked USPS, or similar tracked process to:
    - ▪ U.S. Department of Education
      PO Box 300010
      Greenville, TX 75403
      Fax: 540-212-2415

**Total & Permanent Disability (TPD)**

**Note: With the implementation of the USDS Servicing contracts, an FSA system will begin to perform TPD application and discharge approval/denial processing. Contractors shall maintain the borrower account on their system without transfer. FSA will provide further clarification of these requirements via the change management process post- award.**

- **34100.000: If the contractor receives a TPD Application from a borrower, the contractor shall forward the application to the BPO contact center.**

  - 34100.010: The applications shall be forwarded, on a daily basis, via tracked USPS, or similar tracked process to:
    Federal Student Aid Information Center
    P.O. Box 1854
    Monticello, KY  42633

- **34101.000: The contractor shall receive and process the daily TPD Loan Holder Notification File (TPD LHN File) from FSA. See attachment "34101_TPD LHN 2018."**

  - 34101.010: The contractor shall receive the daily file via SAIG Message Class TPDNOTIN – TPD Status Notification.
    - 34101.011: The contractor shall establish and maintain a Student Aid Internet Gateway (SAIG) mailbox to receive the TPD LHN File. See SAIG Enrollment Website at https://fsawebenroll.ed.gov/PMEnroll/index.jsp
    - 34101.012: The contractor shall notify FSA via email of its SAIG mailbox number and contact person information.
  - 34101.020: The contractor shall use the data within the TPD LHN file to initially populate the borrower's TPD status within their system.
  - 34101.030: The contractor shall process all borrower status updates received in the TPD LHN file.
  - 34101.040: The contractor shall contact FSA to resolve any errors with the LHN within five business days of receipt of the file.
  - 34101.050: The contractor shall apply a 120-day non-capitalizing administrative forbearance (or otherwise suspend collection activity for 120 calendar days) to the borrower's loans within three business days of receiving notice in the LHN file.
    - 34101.051: The contractor shall apply an administrative forbearance upon receipt of an LHN file with a reason code of 120SUSP. The forbearance shall begin on the "suspension start date" and end on the "suspension end date" received in the LHN file.
    - 34101.052: If the borrower is currently on a deferment when 120SUSP is received, the contractor may keep the borrower on the deferment and apply the administrative forbearance to cover the period from the end of the deferment through the suspension end date ensuring the full 120 calendar days is covered.
    - 34101.053: If the borrower is not currently on a deferment when 120SUSP is received, the contractor shall apply the administrative forbearance and disallow other deferments and forbearances to be applied during the 120 calendar days of administrative forbearance for TPD.
  - 34101.060: The contractor shall resume collection activity after 120 calendar days if the contractor does not receive any updates from FSA for the borrower within 120 calendar days.

- 34101.061: The contractor shall resume the borrower's standard billing dates and repayment cycle. (For example, if a borrower is billed on the 20th of the month and due on the 14th of the month, and a rejection is processed on the 30th of the month. Because the billing date for the next month has already passed, the borrower's next payment would not be until the month after.)
- 34101.062: The notice that collection will resume shall be sent no earlier than 90 days prior to the next due date.

- **34102.000: The contractor shall carry out appropriate actions based on LHN updates.**

  - 34102.010: Materially complete TPD Application received by FSA: The contractor shall, within three business days of the date that FSA sent the LHN file to the contractor, confirm or apply a non-capitalizing administrative forbearance until the contractor is informed by FSA of the result of FSA's review of the borrower's application for TPD discharge.
  - 34102.020: The contractor shall apply an administrative forbearance to a borrower upon receipt of an LHN file with a reason code of INDEFSUSP. The forbearance shall begin on the "suspension start date" received in the LHN file and have an indefinite end date (a date far enough out to allow further notification from FSA).
  - 34102.030: If the borrower is currently on a deferment when INDEFSUSP is received, the contractor may keep the borrower on the deferment and apply the administrative forbearance if the deferment does not cover the 120 calendar days.
  - 34102.040: If the borrower is not currently on a deferment when INDEFSUSP is received, the contractor shall apply the administrative forbearance and disallow other enrollment, deferment, and forbearances to be applied during the 120 calendar days of administrative forbearance for TPD.
  - 34102.050: Rejection of TPD: The contractor shall resume collection activity within three business days of the date that FSA sent the LHN file to the contractor.
    - 34102.051: The contractor shall resume the borrower's standard billing dates and cycle. (For example, if a borrower is billed on the 20th of the month and due on the 14th of the month, and the rejection is processed on the 30th of the month. Because the billing date for the next month has already passed, the borrower's next payment would not be until the month after.)
  - 34102.060: The contractor shall disregard any information contained in the comprehensive LHN file for account not on its system.

- **34103.000: The contractor shall send a receipt file within 24 hours indicating the LHN file as a whole was received with no errors.  See attachment "34103_LHN Receipt File Sample."**

  - 34103.010: The contractor shall send the receipt file via SAIG Message Class TPDNOTOP -TPD Status Notification Output.
  - 34103.020: The receipt file shall contain the exact same information sent in the Loan Holder Notification file. Note: The only difference is the file name.
  - 34103.030:  All receipt files shall use the following naming convention: "HolderCode_LHN_UniqueIdentifier.v1.rcvd.csv."

- **34104.000: The contractor shall continue to service borrowers on their system who have applied, or indicated an intent to apply, for Total and Permanent Disability (TPD) discharge.**

- **34105.000: The contractor shall direct the borrower to contact the BPO contact center when a borrower informs them of the intent to apply for TPD discharge.**

  - 34105.010: This notification to contact the BPO contact center shall be provided anywhere the contractor interacts with the borrower (e.g., calls, emails, website).

- **34106.000: The contractor shall respond to the borrower within ten business days of the date of the borrower's communication (unless the communication between the borrower and his or her contractor was real-time [e.g., over the phone]).**

- **34107.000: The contractor shall respond to Loan Consolidation Inquiry/payoff request with edit 006 with field value "TPD" for borrowers currently under TPD designation on their system.**

- **34108.000: The contractor shall participate in inter-contractor testing with FSA to validate ability to send/receive LHN records from FSA.**

- **34109.000: The contractor shall provide FSA their contact information for the TPD interface. The notification should be sent to (email to be provided upon award) and include contact person(s) name, email address, phone number, fax number, and SAIG mailbox number.**

**The Teacher Education Assistance for College and Higher Education Grants (TEACH)**

- **34200.000: The contractor will retrieve and process the TEACH Conversion Notification from SPS via the EDMAPS/Kafka streaming interface. See Requirement 47014.000.**

  - 34200.010: [DELETED]
  - 34200.020: The contractor will load and release the TEACH Loan to their system using the information provided in TEACH Conversion Notification interface message.
    - 34200.021: The contractor shall load and release the loan within 10 business days of receiving the message.
    - 34200.022: The contractor shall send the TEACH Conversion Response via the EDMAPS/Kafka streaming interface that indicates the success or failure of the conversion of the TEACH Loan onto their system.
    - 34200.023: The contractor shall load the TEACH Loan with an effective loan add date equal to the interestAccruedThroughDate + 1 day
    - 34200.024: The initial separation date will be the interestAccruedThroughDate + 1 day. The loan should enter repayment following the normal six-month grace period. USDS servicers should process enrollment updates for TEACH Loans the same as Direct Unsub Loans and adjust the grace period accordingly
  - 34200.030: The contractor shall send a transfer notification to COD when they successfully release the TEACH Loan onto their system. See Requirement 4013.110.
  - 34200.040: The transfer notification shall be sent in the daily Common Servicing Interface Servicer Activity File (SAF). See Requirement 4013.090.
  - 34200.050: The contractor shall receive and process financial and non-financial updates for TEACH loan from COD in the daily Common Servicing Interface Loan Activity File (LAF). See Requirement 4005.000.
    - 34200.051: TEACH loan updates will be sent in the existing TEACH award block of the schema. See attached schema examples with TEACH block populated: COD TEACH Update Schema Sample.txt.
  - 34200.060: The contractor shall receive and process updates to the TEACH Agreement (ATS) that is sent daily in Common Servicing LAF file.
    - 34200.061: The ATS updates will be sent in the existing ATS block of the schema. See attached schema example with ATS block populated: COD ATS Schema Sample.txt.
  - 34200.070: The contractor shall receive and process Coronavirus discharge and discharge reversal manifests for TEACH loans. See Requirement 23026.016.
  - 34200.080: The contractor shall send discharge transactions that may occur on the Unsub "TEACH" loan to COD within the SAF file. See Requirement 4013.000.
  - 34200.090: The contractor shall participate in IST with COD.

- **34201.000: When conversion grant to loan is completed, the contractor shall send a welcome notice within five business days informing the recipient their grant is now a loan.**

- **34202.000: Once a TEACH Grant has been converted to a Direct Unsubsidized loan (TEACH), the same business rules for Direct Unsubsidized Loans will apply.**

  - 34202.010: A TEACH Grant converted to a Direct Unsubsidized loan can be consolidated. A TEACH Grant in grant status cannot be consolidated.
  - 34202.020: TEACH Grants converted to Direct Unsubsidized loans (TEACH) shall be serviced as any other Direct Loan.
  - 34202.030: TEACH Grants converted to Direct Unsubsidized loans (TEACH) shall not be included in the borrower's annual loan limit or in the aggregate loan limit.
  - 34202.040: The contractor shall include Direct Unsubsidized loans (TEACH) in a

borrower's total indebtedness when determining repayment plan eligibility and calculating payments.

- o 34202.050: Direct Unsubsidized loans (TEACH) shall not be considered for the purpose of calculating and applying cohort default rates.
- o 34202.060: [DELETED]
- o 34202.070: The grace period of the Direct Unsubsidized loan (TEACH) shall begin as of the date the grant was converted to a loan and shall end six months later.

- **34203.000: The contractor shall retrieve and process the TEACH Loan Cancellation Notification from SPS via the EDMAPS/kafka streaming interface. See Requirement 47014.000.**
  - o 34203.010: The contractor shall cancel the TEACH loan within 10 business days of the receipt of the TEACH Deconversion notice.
    - ▪ 34203.011: The contractor shall send the TEACH Loan Cancellation Response via the Kafka streaming interface to support the deconversion of the loan back to the SPS system.
    - ▪ 34203.012: The contractor shall cancel Direct loans that were previously TEACH grants in accordance with Direct loan cancellation requirements. Under such circumstances, the loan should be canceled, prior payments should be refunded, the associated tradeline should be removed as though the loan never existed, NSLDS reporting should be updated, and the servicer should follow applicable FMS reporting requirements.

### *Section 35000: Specialty Tasks*

**Note: FSA will initiate task orders for all specialty tasks in this requirements series post-award.**

**Decommissioned Servicer Data and Payment Support**

- **35000.000: The contractor shall convert, store, and provide access to data from prior decommissioned servicers. This includes ACES/DLSS, decommissioned servicers and future decommissioned servicers. Note: Requirements 35000 and 35001 may be performed by a single or multiple vendors.**

  - o 35000.010: The contractor shall coordinate with the current servicing support vendor to convert the entire database of the static borrower, loan, financial transaction, and reporting information stored for the prior servicing systems.
  - o 35000.020: The contractor shall create a library of up to 50 queries to be used by FSA to obtain access to this information from prior servicers.
  - o 35000.030: The contractor shall provide access to the servicing data to FSA or FSA approved users (up to 15 concurrent users). The users shall have access to create new queries and execute existing queries.

- **35001.000: The contractor shall provide support to FSA in relation to research and resolution of issues related to loans that were closed at prior servicers. This includes ACES/DLSS, decommissioned servicers and future decommissioned servicers. Examples of closed loans include: PIF by Consolidation (FFEL and DL), PIF by borrower, reduced to zero, transferred to DMCS, discharged, etc.**

  - o 35001.010: The contractor shall support requests for research from FSA or other servicing solutions regarding, but not limited to, adjustment processing, refund processing, manual EA27 processing, discharge processing, missing or misapplied payment research, pulling check, refund images, etc.
    - ▪ 35001.011: The contractor shall support the decommissioned servicer's ALC for 15 months. This includes gaining access to the decommissioned servicer's ALC, TCIS and reporting on behalf of them. Once ALC is shut down, the servicer shall continue to provide support (creating refunds, escheatment, etc.). FSA will provide financial reporting information at time of ALC shutdown.
      This work includes, but is not limited to, Portfolio Reconciliations, Cash Unapplied, Transfer Reconciliation hand-offs as needed and all associated financial reporting requirements (Z-schedules, unmatched, etc.).

      See Attachments:
      "35001 Closed Servicer Research Template (ACS)"
      "35001 Adhoc Payment Support Refund Template."

  - o 35001.020: The contractor shall create a monthly report that is sent to PostACES@ed.gov by the 10th business day each month.
      See attachment "35001 Payment Support Monthly Report."
  - o 35001.030: The contractor will access the decommissioned servicer data repositories to perform this work.
    - ▪ 35001.031: The contractor shall convert the ACES/DLSS and decommissioned servicer data repositories, and create pre-defined queries as defined by FSA, as

well as provide access to the data and the ability for FSA staff to create their own queries.

- o 35001.040: The contractor may also receive calls/inquiries from borrowers directly. The servicer shall provide all support. If there are escalations, they shall be forwarded to PostACES@ed.gov for FSA. Escalations shall only be for inquiries where the servicer needs additional help.
- o 35001.050 The contractor shall provide historical (previously generated) 1098/1099 forms as requested by the borrowers.

**FSA Image Repository**

- **35100.000: The contractor shall maintain and provide access to the FSA Image Repository.**

  **Note: Requirement 35100 will be performed by a single vendor.**

  - 35100.010: The FSA image repository currently stores the images from the DLSS/ACES system for borrower's where all loans were in a paid in full status.  In addition, the repository has the images, including the Consolidation Loan Origination History Record and images from the Legacy Loan Consolidation System, as well as other ancillary images that was transferred into the repository.
  - 35100.020: The contractor shall accept incoming image files in the EA80 format. See series 18000 for EA80 requirements and layouts.
    - 35100.021: The incoming images may/may not be related to borrowers currently on the servicer's system.
  - 35100.030: The contractor shall provide access to the images for FSA or FSA approved personnel.
    - 35100.031: Access should allow lookup by the borrower SSN at least.
  - 35100.040: The contractor shall allow the download of viewed images by the user (to save to a local device).
  - 35100.050: The contractor shall export the images to another entity at the request of FSA using the EA80 format.

**Legacy Loan Consolidation Adjustments**

- **35200.000: The contractor shall receive and process adjustment transactions for consolidation loans originated on previously decommissioned Consolidation Origination Systems (i.e., Legacy Consolidation, PHEAA consolidation) as well as any future decommissioned Consolidation Systems that previously performed consolidation originations. See attachments:**
  **"35200_Overpayment Template"**
  **"35200_Underpayment Template"**
  **"35200_Legacy Consolidation Adjustment Manual Spreadsheet"**

  **Note:  Requirement 35200 and 35201 will be performed by a single vendor.**

  - o  35200.010: The contractor shall process all consolidation loan adjustment requests received via paper and electronically.  Adjustments may be received from federal or non-federal servicers.
    - ▪  35200.011: The contractor shall accept and process adjustments (under and over payments) from non-federal servicers.
    - ▪  35200.012: The contractor shall accept payments from non-Federal servicer representing overpayments using the same methods that are used in consolidation origination.
    - ▪  35200.013: The contractor shall make payments to non-Federal servicers representing underpayments using the same methods that are used in consolidation origination.
  - o  35200.020: The contractor shall create and send an informational packet to the lenders explaining how to submit adjustment requests, where to send payments, and include copies of the under/over payment templates and all servicer contact information.
  - o  35200.030: The contractor shall accept and process adjustments (under and over payments) from Federal servicers for consolidation loans previously originated by DLCS or a decommissioned TIVAS Servicers.
    - ▪  35200.031: The contractor shall accept unsolicited transactions from all Federal Servicers using the SCAF file format.
    - ▪  35200.032: The Legacy Adjustment SCAF file shall be submitted to a separate mailbox.
    - ▪  35200.033: The contractor shall send a receipt file for each SCAF submitted.
  - o  35200.040: The contractor shall use the same processes outlined in the 15000 Consolidation requirements to process adjustments.
  - o  35200.050: The contractor shall use the same processes as outlined in the 7000/8000 financial reporting process adjustments and create/send financial transactions to FMS.
  - o  35200.060: The contractor shall pass the Decommissioned Consolidation Loan adjustments made to the current servicer of the consolidation loan using the Consolidation Adjustment Manual Spreadsheet and include the "Disbursement history" (See 35201) on a separate tab.  Disbursement history is the full history, it shall include the original disbursement and all adjustments using sequence numbers to distinguish them.
  - o  35200.070: The contractor shall have the ability to receive and process electronic and paper payments in relation to Legacy Consolidation adjustments.
  - o  35200.080: The contractor will need to have a lockbox available for Decommissioned Consolidation payments
  - o  35200.090: The contractor shall work with FSA to determine the financial processes needed (REX accounts, reporting, etc.) to complete decommissioned consolidation loan adjustments.
  - o  35200.100: The contractor shall accept incoming calls, emails, correspondence from borrowers, lenders, and servicers about previously originated Direct Consolidation loans.
    - ▪  35200.101: The contractor will be expected to assist with requests for information and issue resolution on consolidation loans received in the data transfer from

DLCS and decommissioned TIVAS Servicer.
- o 35200.110: The contractor shall support requests for un-consolidating loans.
  - ▪ 35200.111: The contractor will be expected to assist with requests for un-consolidation of consolidation loans within those loans received in the data transfer from DLCS and decommissioned TIVAS Servicer.
- o 35200.120: The contractor shall accept and process adjustments (under and over payments) from the DMCS system.
  - ▪ 35200.121: The contractor shall accept cash (refund EFT) in the Credit Gateway account from DMCS for overpayments.  DMCS shall provide account detail via the overpayment template.
  - ▪ 35200.122: The contractor shall receive and process the underpayment template from DMCS.
  - ▪ 35200.123: The contractor shall send the underpayment payoff information to DMCS using the same methods as listed in the consolidation requirements; however, they should clearly indicate that these are Legacy Consolidation Payments and submit separate manifests.  Manifest should be sent to DMCSInterfaceGroup@maximus.com.
  - ▪ 35200.124:  The contractor shall be responsible for reconciliation variances as needed for each decommissioned origination system.

- **35201.000: The contractor shall provide adjustments received for consolidation loans (originated on the decommissioned Consolidation Systems that previously performed consolidation originations) to the current servicer of the consolidation loan.  See attachment "35201_POST LC Manual Adjustment Spreadsheet."**
  - o 35201.010: The contractor shall include the POST LC Manual Adjustment Spreadsheet when sending loan adjustments to all servicers as a subsequent tab for Requirement 35200.060.
    - ▪ 35201.011: The contractor shall forward the spreadsheets to FSA for approval. The spreadsheet will then be forwarded by FSA to the correct servicer.  FSA will provide an email confirmation once the spreadsheet is completed.
    - ▪ 35201.012: The contractor shall use the COD monthly password to encrypt the spreadsheets.
  - o 35201.020: The contractor shall forward an adjustment spreadsheet to FSA for adjustments received on loans closed at ACES, PHEAA, or any other future decommissioned servicer, or loans that ACES or PHEAA transferred to DMCS. (This includes PIF by borrower, PIF by consolidation, defaulted, and discharged). Note:  The POST LC Manual adjustment spreadsheet is sent as its own spreadsheet. There shall be a separate spreadsheet for each decommissioned originator (i.e., one for PHEAA and one for ACES).
    - ▪ 35201.021: The contractor shall use the COD monthly password to encrypt the adjustment spreadsheets.
    - ▪ 35201.022: FSA will provide a confirmation email once the spreadsheet has been completed.
  - o 35201.030: The contractor shall report all financial funding adjustments to FMS.
    - ▪ 35201.031: The contractor shall provide funding adjustments received on Legacy originated loans to FMS using the same transactions as are used for adjusting consolidation loans.
  - o 35201.040: The contractor shall include the adjustments within consolidation reconciliations.
    - ▪ 35201.041: The contractor shall include all adjustments received within their Funding to Booking reconciliation and into their Funding to Booking report to account reconciliation.
  - o 35201.050: The contractor shall provide support for inquiries about loans consolidated by DLCS and TIVAS Servicers.

- 35201.051: The contractor shall create a dedicated email account that will accept and respond to inquiries about Legacy Consolidation loans. External entities may have inquiries about DLCS and TIVAS Servicer originated consolidation loans and need assistance with resolving (this may involve email responses or outbound calls to resolve the inquiry). Support for FSA and FSA's vendors is expected to be minimal.
  Note: It is expected that Servicers, FSA, DMCS, PCAs, Ombudsman, etc. will all have access to the Consolidation promissory notes and consolidation loan origination history records (including funding and disbursement history information) within the FSA Image Repository and can resolve most inquiries by accessing those documents themselves. The contractor is not responsible to provide copies of those items to FSA or FSA vendors. Borrowers will be instructed to call their current servicer with any questions about their Legacy Consolidation loans.
- 35201.060: The contractor shall provide support for ad hoc requests by FSA on legacy consolidation loans.
  - 35201.061: The contractor shall provide support to research and create other ad hoc changes to Legacy consolidation loans identified by FSA as needed. These changes may include subsidy changes, unconsolidation requests, and other less common adjustments that may be identified. The servicer will need to provide an email address/contact where FSA can send these requests.
- 35201.070: The contractor shall create a supplemental borrower history file for each adjustment received and process and image the document to capture the complete funding history for the legacy consolidation loan. The history shall use the same format of the files created when the legacy system was decommissioned.

**FFEL Guaranty Agency Rehabilitation Loan Purchases**

- **35300.000: The contractor shall accept rehabilitated loan assignments from guaranty agencies and use Department of Education funds to pay collection costs to the guaranty agencies for these rehabilitated loan assignments as specified in Section 428F (Default Reduction Program) of the Higher Education Act as modified by PL 113-67 on December 26, 2013.**

     **Note: Requirements 35300 through 35326 will be performed by a single or multiple vendors.**

     - 35300.010: The contractor shall receive a guaranty agency notice of intent (NOI) to assign loans to the Department, and the contractor shall acknowledge receipt to the guarantor and provide notification of the proposed date of assignment (sale date) and the date for the guarantor to send the loan transfer file and image file (on the fourth day prior to the sale date). The transfer file and image file from the guaranty agencies will use the existing EA27/EA80 layouts.
     - 35300.020: The contractor shall review the conversion transfer file information to ensure adequate loan data has been provided by the guaranty agency to service the loan. The contractor shall also perform collateral document review of the EA80 file documents. 35300.030: The contractor shall provide the guarantor with the loan purchase detail schedule report on the third day prior to the date of sale. The reject file will report the guaranty agency errors, and the GA will be required to resubmit any rejected borrowers in a new file. The contractor shall also submit the loan purchase invoice file to FSA FMS on the third day prior to the date of sale. See attachment "35300_Loan Purchase Reject Report Sample."
     - 35300.040: The contractor shall set the sale date for each deal and communicate that sale date immediately to both guaranty agency and FSA. The sale date is the date that the guarantor receives the payment in their bank account.
     - 35300.050: Sale dates shall not be scheduled on blackout dates established by FSA.
     - 35300.060: On the sale date, the contractor shall load the loans onto their servicing system and send a welcome letter to the borrower containing information about the transfer of servicing. The contractor shall allow the rehab borrower to remain on their existing payment amount for three months via reduced payment forbearance in order to gather documentation for the appropriate repayment plan. If the new repayment plan is not selected at the end of the three months, the borrower shall be placed onto a Standard repayment plan.
     - 35300.070: The contractor shall be able to uniquely identify rehabilitated loans assigned to the Department through the rehab program.
     - 35300.080: The contractor shall conduct testing with guaranty agencies that are intending to submit their first assignment file.

- **35301.000:  The contractor shall use the FMS Purchase Funding Request file (also known as the Loan Purchase Accounts Payable Invoice file) as provided by FSA CFO to send loan purchase requests to FMS for funding.**

     - 35301.010: The contractor shall submit purchase deals once a week. Transfer to servicing should be initiated within 30 business days after the borrower's ninth payment. See attachments:
          - "35301_FMS Purchase Funding Request – File Layout"
          - "35301_FMS Purchase Funding Request – Data Field Definitions"
          - "35301_FMS LC contractor Demographic File"

- 35301.020: The contractor shall submit FMS Purchase Funding Request to FMS at least three business days prior to sale date. Example: For a Friday sales date, the contractor would be expected to submit FMS Purchase Funding Request no later than 10 AM ET of the preceding Tuesday.
- 35301.030:  The contractor shall transmit files using the existing SAIG (PFUNDGIN) message class and mailbox.
- 35301.040:  The FMS Purchase Funding Request shall use the transaction type: "GAF" or "GAL".
- 35301.050:  The contractor shall follow instructions contained within the Claim File format for creating and sequencing Deal Number. The entire X(005) field shall be unique, and never be reused:
    - Position 1 contractor Identifier alphabetically indicate source
    - Position 2-5 LoanSaleID (unique alpha-numeric sequence; e.g., "0000 – 9999").
- 35301.060: Upon approval of the internal invoice generated from the FMS Purchase Funding Request, FSA shall send the contractor an email confirming approval for the payment to be made by Treasury.
- 35301.070: The contractor shall pay collection costs up to 16% of the outstanding principal and interest. The guaranty agency assigned loan principal and interest shall be loaded separately as principal and interest receivables. The collection costs shall be added to the principal amount upon loading the loan on the contractor's servicing system.
- 35301.080: The contractor shall accrue collection fees to the sale date (up to 16% of the principal and interest based on the collection fee percentage in the guaranty agency file). The collection costs shall be capitalized (loaded) to principal.

**35302.000: The contractor shall create a Loan Purchase Detail File (LPDF) and a LPDF summary file and submit them to FSA Business Operations. The LPDF summary file shall contain no PII information. If multiple guaranty agencies are mixed into one Deal on the LPDF, the LPDF summary file shall have each guaranty agency listed and totals by guaranty agency. See attachment "35302.00_Deal Recon and Loan Purchase Detail File Sample" for instructions and layout provided for the LPDF.**

- 35302.010: The contractor shall submit the Loan Purchase Detail File and the LPDF summary file at the same time that the FMS Purchase Funding Request is submitted.
- 35302.020: The contractor shall submit the Loan Purchase Detail File and LPDF summary file via email to FSA.
- 35302.030: The contractor may mix guaranty agencies into one Deal, and one loan detail schedule, or they may separate each guaranty agency onto their own loan detail file.
- 35302.040: The contractor shall send a copy of the Loan Purchase Detail File to each guaranty agency, ensuring that only the appropriate subsections are delivered to each.
- 35302.050: Although collection costs are being added to the principal balance of the rehabilitated loan, the contractor shall break the collection costs out separately when completing the Loan Purchase Detail File.
- 35302.060: The Loan Type field on this file shall be populated with the loan type of the underlying loan.
- 35302.070: Whenever NSLDS Unique Label data is available for a loan, the contractor shall populate this field on the LPDF.

- **35303.000: The contractor shall report the Credit Reform Code on the FMS Purchase Funding Request and FMS Summary File for the rehabilitation loan being booked, using existing rules for CRC calculation. The CRC for rehabilitation loans under loan programs GAF and GAL follows the FAF and FAL FFEL loan program rules.**

- **35304.000: All Treasury payments under this program will go directly to the guaranty agency.**

- o 35304.010: Approximately one day before payment is made to the loan holder, FSA shall send both guaranty agency and the contractor email notification that funds are about to be deposited into the guaranty agency's account.

- **35305.000: Upon completion of a purchase, the contractor shall book all purchases for a given day with DISBUR transactions (PBO_AMT and IRB_AMT amount types) and note on their next daily summary file using the loan program code values of: "GAF" or "GAL".**

  - o 35305.010: The Credit Reform Code reported on the FMS Summary File shall reflect the CRC of the original FFEL loan.
  - o 35305.020: The contractor shall halt booking and summary file reporting of any loan deemed ineligible for purchase by FSA.

- **35306.000: The contractor shall maintain a tab within a PUT LOG for guaranty agency rehabilitated loan purchase deals, and a second tab for adjustment deals. See attachment "35306 PUT Tracking Log SDCL."**

  - o 35306.010: The log shall be submitted weekly (using current practice, one cumulative log with multiple tabs, representing all activity planned and executed).
  - o 35306.020: Deal numbers shall list each guaranty agency to be paid under that deal in the PUT log.
  - o 35306.030: PUT log shall be submitted to "edcontractor" email accounts.

- **35307.000: FFEL Funds 0230XNY and 4251XNY shall be used for this initiative. The account mapping for loan programs GAF and GAL is already contained in the outbound account mapping file sent to the contractor.**

- **35308.000: The contractor shall include loans under the loan program codes, GAF and GAL, in month-end reconciliation reporting.**

  - o 35308.010: Wherever reports break data out by loan program, the contractor shall add the GAF and GAL loan programs to the structure of the report.

- **35309.000: The contractor shall report guaranty agency rehabilitated purchased loan program data on the FFEL TROR.**

- **35310.000: The contractor shall follow deal reconciliation requirements, providing a "Principal & Interest contractor-to-FMS Receivable" reconciliations for all deals.**

  - o 35310.010: These reconciliations shall explain and support any differences between dollars requested in the loan purchase file and dollars booked on the contractor's system through the DISBUR transaction (see Requirement 6074).
  - o 35310.020: Deal-by-deal reconciliations shall be submitted monthly to an FSA identified email address ('edcontractor' email accounts).

- **35311.000: In cases where the loan holder has been underpaid by Treasury, the contractor shall submit a "mini" deal for the underpaid amount, just as they did for the original deal (submit via the loan purchase file and report a DISBUR transaction on summary file.)**
  - o 35311.010: These transactions shall be associated with the original DEAL so that reconciling items are resolved.
  - o 35311.020: The FMS Purchase Funding Request file shall be used when submitting the "mini" deal.

- **35312.000: In cases where the guaranty agency has been overpaid by Treasury, the**

**contractor shall bill the guaranty agency for payment if the contractor becomes aware of the overpayment prior to being contacted by the guaranty agency.**

- o 35312.010: The contractor shall use Credit Gateway to accept returns of excess funds by guaranty agencies.
- o 35312.020: A SUMDEP transaction shall be sent to FMS by the contractor (via FMS Summary File) when a payment is received.
- o 35312.030: The contractor shall also send FMS either a PUTRET or COLLEC transaction (see below) to apply the collection to the correct loan and reverse the original overpayment transaction for collection costs. The interest and principal amounts that were overstated and assigned shall be adjusted downward using the GROSUP IRB_AMT and GROSUP PBO_AMT transactions. Proper usage of FMS accounting transactions related to overpayment adjustments is as follows: If a payment was received on or prior to the date of purchase, and that payment was applied by the guarantor so as to reduce the balance of the account, then the proper FMS transaction is PUTRET (an adjustment to the purchase price). If the payment was not applied to the borrower account (i.e. held in the guaranty agency suspense account for some reason), or was received after the date of purchase, then the FSA receipt of the funds is a COLLEC (i.e. the guaranty agency has forwarded borrower misdirected funds to FSA). The contractor shall collect this information from the guaranty agency at the time that the guaranty agency notifies The contractor of overpayment, and generate the appropriate FMS transaction.
- o 35312.040: DSBADC is not a valid transaction code for GAF and GAL loans.

- **35313.000: Over and underpayment tolerances for loans purchased under this program shall match FSA's June 28, 2011 Electronic Announcement** (https://fsapartners.ed.gov/knowledge- center/library/electronic-announcements/2011-06-28/loans-subject-direct-consolidation-loan- information-treatment-underpayments-and-overpayments).
  - o 35313.010: DEAL tolerance differences shall be handled by sending ADJUST with PBO_AMT and INT_AMT. Adjustment transactions shall tie back to the loan being adjusted.

- **35314.000: The contractor shall add a process flow for this program to their A-123 documentation.**

- **35315.000: The contractor shall work with FSA and trading partners to develop a specific IST schedule.**

- **35316.000: The contractor shall include guaranty agency rehabilitated loan purchases in default management processes.**
  - o 35316.010: The contractor shall report the new Loan Program Code value of "GAF" or "GAL" on the Combined DMCS2 File Exchange Format when transferring Guaranty Agency Rehabilitated Loans to DMCS.
  - o 35316.020: The contractor shall send any defaulted GA rehabbed loans as part of its regular default assignment file to DMCS (these are not to be sent as part of a re-default assignment file). The contractor shall put a "Y" in the rehab indicator for the debt in the detailed record to disallow the debt from being rehabbed again in the future.

- **35317.000: The contractor shall accept and process the new loan program code values of "GAF" and "GAL" on inbound EA27 files when transferring in a loan.**

- **35318.000: The contractor shall report the new Loan Program Code value of "GAF" or "GAL" on the EA27 when transferring loans to other contractor (including NFPs, DMCS, PHEAA for PSLF, and the Temporary and Permanent Disability contractor.)**

- **35319.000: The contractor shall report the MPNID on the EA27 for all guaranty agency purchased rehabilitated loans when transferring loans to other contractor (including NFPs,**

**DMCS, and the Temporary and Permanent Disability contractor.)**

- **35320.000: The contractor shall process requests to reverse the purchase of the rehabilitated loan.**

    - 35320.010: Guaranty agencies shall make all reverse purchase requests through the contractor. If FSA determines that the borrower was not eligible for the rehab, the purchase will be reversed and the borrower returned to the guaranty agency.
    - 35320.020: The contractor shall communicate anticipated loan balance on sales date to guaranty agency including all principal, fees, and accrued interest.
    - 35320.030: The contractor shall communicate to the guaranty agency that the guaranty agency must initiate payment to Treasury via Credit Gateway.
    - 35320.040: The contractor shall verify on Treasury's Collection Information Repository (CIR) that funds (including all accrued interest) were received from the guaranty agency on the date of repurchase.
    - 35320.050: Assuming funds were received, the contractor shall process a PUTRET transaction and report to FMS for that posting date.
    - 35320.060: The contractor shall report the reversal of the purchase of the rehabilitated loan as a cancelation to NSLDS per existing cancelation procedures.

- **35321.000: The contractor shall provide detailed reporting on these GA assigned rehab borrowers on a monthly basis, including longitudinal tracking that will show the monthly repayment status of all GA rehabilitation borrowers in a consolidated report dating from the month each loan is transferred to the contractor's system through the current month, and data on repayment plan selection and IDR recertification rates. The report shall be delivered ten business days following the end of the month.**

- **35322.000: For NSLDS reporting on GA rehab purchases/assignments, the contractor shall not populate the rehab indicator field, shall not populate the months in rehab field, shall populate the rehab amount field with the amount funded on the date of purchase, and shall populate the rehab date field with the sale date (the date the loan was purchased).**

- **35323.000: The contractor shall place the rehab agreement under the "NOTE" doc type for any EA80 files being transferred contained GA rehab loans.**

- **35324.000: The contractor shall not receive bank account and routing information from the guaranty agencies for automated billing. The contractor does not need to honor any incentives on the original loan and does not need to reject loans that have incentives on them.**

- **35325.000: The contractor shall allow borrowers to change their due date within the first 90 calendar days based on the following rule: Only during the first 90 calendar days after assignment will we limit the borrower's ability to change their due date. In the first 90 calendar days as the contractor are doing outreaching to the borrower, a due date can only be changed if the borrower is changing/selecting their repayment plan.**

**Special Note: The following six guarantors have tested and been approved for the GA Rehab program. North Carolina is the only guarantor to submit an NOI over the last 2 years:**
  - GA 755–Great Lakes Guaranty
  - GA 745–South Carolina State Education Assistance Authority
  - GA 729–Missouri Department of Higher Education
  - GA 717–ISAC
  - GA 737–North Carolina Guaranty Agency and Repayment Services
  - GA 742–Pennsylvania Higher Education Assistance Agency (PHEAA)

## Section 36000: Training

- **36000.000: The contractor shall provide training to their staff and training team members.**

- **36001.000: The contractor shall provide basic servicing solution training to FSA and other FSA approved personnel.**
  - o 36001.010: The contractor shall provide training on how to complete basic servicing tasks/reviews. Items included should include, but not limited to, log on to system(s), search for accounts/borrowers/awards, view borrower activity/transactions, view customer contacts, and access imaged documents, emails, and chat conversations, as well as perform all servicing functions such as, but not limited to, applying payments, processing forbearance, deferments, discharges, etc.
  - o 36001.020: The contractor shall create web-based training courses to allow users to self-educate on how to use the servicing system.
    - ▪ 36001.021: The web training shall be provided on the vendor's secure website or be packaged and provided to FSA in a way it can be provided via FSA's training tools/on FSA's local network.
    - ▪ 36001.022: The web training shall be available at all times (other than planned maintenance windows) if available on vendor's website.

- **36002.000: The contractor shall create, store, and update procedures for all operational activities.**

  - o 36002.010: The contractor shall create procedures for all operational activities documenting the current process used by servicing staff for all servicing functionality (borrower contacts, processing activities, financial activity, etc.).
  - o 36002.020: The contractor shall provide operational procedure documentation to FSA for review prior to initial go-live and prior to implementing new or material changes to those operational procedures.
  - o 36002.030: The contractor shall store/maintain all servicing procedures (current and prior iterations). Each iteration shall indicate during what dates the procedure was effective.
  - o 36002.040: The contractor shall provide complete copies of all procedures (current and prior) to FSA at contract end or at any time requested.

- **36003.000: The contractor shall provide training materials (includes training material, knowledge management, call scripts, procedures, etc.), for FSA review.**

  - o 36003.010: Training materials are required to be provided to FSA for review prior to the use by the contractor for training.
    - ▪ 36003.011: The contractor shall consider FSA input, FSA published documents and policy memos (such as http://www2.ed.gov/documents/press-releases/loan-servicing-policy-memo.pdf) when creating training materials
  - o 36003.020: Updated training materials are required to be provided to FSA for review prior to release implementations or process changes.
  - o 36003.030: The contractor shall provide complete copies of all training materials (current and prior) to FSA at contract end or at any time requested.
  - o 36003.040: The contractor shall review employee monitoring results (internal and completed by FSA/others) and incorporate those results into updated/improved training processes and materials.

- **36004.000: The contractor shall develop and implement training certification courses.**

- 36004.010: The contractor shall provide a training solution that allows representatives to become "certified" in certain levels of training to allow for specialized training to support borrower contacts.
  - 36004.011: The contractor shall require annual "refresher" course to be successfully completed for representatives to maintain certification.
  - 36004.012: The contractor shall provide reporting and tracking capability to, at a minimum, monitor training certification levels, track refresher requirements, and training disciplines.
- 36004.020: The contractor shall provide certification in at least the following categories: Basic customer service, military support, PSLF support, TEACH support, TPD and Discharge support, Borrower Defense support, IDR support, delinquency resolution support, in grace support, in school support, accessibility, social media and School services (for schools).
  - 36004.021: The contractor shall ensure properly trained representatives with the correct certifications are accessible to borrowers submitting phone, email, or chat inquiries about these topics.
- 36004.030: The contractor shall ensure training certification courses and materials have been provided to FSA for review.
- 36004.040: The contractor shall maintain a listing of all representatives and their current level of certification and when the certifications expire. This listing shall be provided to FSA on request within one business day.

## Section 40000: Change Management

- **40000.000: The contractor shall implement system or operational changes only after receiving written approval from FSA to make the changes.**

    - 40000.010: The contractor shall develop emergency approval procedures with FSA to allow for emergency changes/corrections when needed.
    - 40000.020: The contractor shall maintain tracking and documentation of all changes and approvals for changes and provide the documentation to FSA, or approved FSA personnel, on demand.
    - 40000.030: The contractor shall turn over all documentation of change approvals to FSA upon completion of the contract.

- **40001.000: The contractor shall monitor new or changes to laws, regulations, and state/federal guidance and identify all changes that require functional or operational changes.**

    - 40001.010: The contractor shall submit a list of items identified as possible changes to FSA (FSAVendorManagementTeam@ed.gov and FSAVendorOversightGroup@ed.gov) on a bi-weekly basis. The list shall include a summary of the change or new law/regulation/guidance and where it was identified from (what law, regulation, etc.) as well as what impacts it has that require a change.
        - 40001.011: The contractor shall attend a bi-weekly meeting with FSA to discuss the changes on the list and discuss impacts.
    - 40001.020: The contractor shall maintain a tracking log of all submitted possible changes, FSA decisions on changes and any related change request or modifications proposed and/or implemented as a result of the changes.
        - 40001.021: This log will document actions taken on pre-change control ideas and document the result of each (closed-no change, CR # xxxx – a change request was created for the idea, or deferred – no CR created but may be reconsidered at a future time for CR).
        - 40001.022: The contractor shall submit this log to FSA weekly. See attachment "40001_Change Request Tracking Report."
    - 40001.030:  The contractor shall work with FSA to create/submit change controls for items identified as needed enhancements.

- **40002.000: The contractor shall provide support for the creation of change requests (CRs).**

    - 40002.010: The contractor shall provide personnel to support FSA with analysis of how any proposed change impacts current functions/operations of the contractor or FSA. Support includes reviewing documents, attending meetings/calls, and completing basic analysis of change ideas prior to creation/submission of a change request.
    - 40002.020: The contractor shall provide personnel to create/submit change controls in cooperation with FSA for items identified as needed enhancements.

- **40003.000: The contractor shall review and analyze change controls received from FSA.**

    - 40003.010: The contractor shall receive notification of a change request and request for an impact analysis/impact assessment (IA) from the FSA Change Management team via Contracts.
    - 40003.020: The contractor shall provide analysis on change requests received and provide impact assessment responses to the FSA change team within the requested time frame (response dates will be defined within the change request and may include same day or 24-hour turnaround).

- o 40003.030: Upon receipt of a request for an impact analysis, if the contractor finds it necessary to request an extension of the required time frame, the contractor shall request an extension from the FSA Change Management team.
- o 40003.040: Upon receipt of a request for an impact analysis, if the contractor needs further clarification from FSA to complete the analysis, the contractor shall request clarification from the FSA Change Management team.  The FSA Change Management team shall coordinate the clarification request with the contractor and the appropriate FSA staff.
- o 40003.050: The contractor shall provide proposals to change requests when requested by FSA via the Contracts team.
  - ▪ 40003.051: FSA authorization to proceed with changes shall be provided to the contractor via Contracts.

- **40004.000: The contractor shall provide a change request status report weekly and monthly to FSA.**

  - o 40004.010: The contractor shall track and report on the status of all change requests from the time the change enters the change process through the development lifecycle to the implementation of the change.
  - o 40004.020: The contractor shall provide the monthly change request status report to FSA by the fifth business day of each month, or within two business days of request (if needed on demand).
  - o 40004.030: The contractor shall attend a bi-weekly meeting with FSA to review the change request status report and to discuss/clarify the changes and impacts.
  - o 40004.040: The contractor shall provide the weekly change request status report that includes change requests where ATP has been issued to the FSAvendormanagementteam@ed.gov and FSAVendorOversightGroup@ed.gov by noon Monday. See attachment "40004.040_Weekly Change Request Implementation Report."

- **40008.000: The contractor shall support intersystem testing (IST) between its area of responsibility and other entities that do business with Federal Student Aid.**

  - o 40008.010: The contractor shall conduct and support intersystem testing for any changes, upgrades, or regression testing needed due to the modifications to the contractor and contractor's system, or changes to another system with which the contractor interacts. The contractor shall provide resources, interface control documents, test data, and test cases/scenarios in support of intersystem testing.
  - o 40008.020: The contractor shall provide resources, test data, and test cases/scenarios in support of intersystem testing upon approval of change requests for support.
  - o 40008.030: The contractor shall develop a tool or process that allows for interface test data/files to be created internally that can be used to test and validate interface activity prior to IST (i.e., creating COD, NSLDS, FMS without requiring the files from those other systems to test processes like loan bookings/adjustments, enrollment processing, etc.).

- **40009.000: The contractor shall create and maintain interface control documents for each interface the contractor is responsible for maintaining.**

  - o 40009.010: The contractor's interface control documents should include, at a minimum: File layouts, elements, descriptions, valid values, format restrictions, edit in/out, frequency, and delivery methods.
  - o 40009.020: The contractor should assume responsibility to create ICD for every interface they participate with unless FSA has provided written confirmation identifying another responsible party.
  - o 40009.030: The contractor shall provide support for ICDs managed by other vendors. Support includes attending meetings, reviewing documents, providing comments, etc.

- **40013.000: The contractor shall coordinate with FSA on all changes to approaches and processes used to implement changes to Federal Student Aid IT operations and services hosted at the NextGen Data Center for any system/facility that connects with FSA's NGDC through government provided networks or telecommunication services.**

- **40014.000: The contractor shall create and execute regression testing of automated processes.**
  - 40014.010: The contractor shall create a set of regression test script that represent thorough testing of automated processes related to the servicing solution.
  - 40014.020: The contractor shall have the regression test scripts approved by FSA.
  - 40014.030: The contractor shall update regressions scripts as need to include updates and/or new processes and have the updates approved by FSA.
  - 40014.040: The contractor shall execute the regression scripts in association with any significant system releases and/or operational changes.
    - 40014.041: The contractor shall document all issues found and provide all issues/defects/findings to FSA in a summarized report provided within 10 business days from completion of the execution.
  - 40014.050: The contractor shall conduct existing defect resolution for all issues found.

- **40015.000: The contractor shall create screen shots of the servicing website pages seen by a borrower (pre and post log in) at the end of each calendar quarter (or the last business day of that quarter) and at any time significant changes to the website are made.**

  - 40015.010: Screenshots shall include all web pages a borrower would see account data, instructional information, or select options (FAQ/Glossary pages are not required to be captured as screenshots).
  - 40015.020: Significant changes include any non-grammatical changes to text or format changes and at the time of any major "release." Screenshots for significant changes are in addition to those created a quarter end.
  - 40015.030: Screen captures shall be completed and provided to FSA by the 15th calendar day of the month following each quarter end.
  - 40015.040: Screen captures shall be pasted into PDF documents and include dates for which they are valid (starting from last capture date through current capture date).
  - 40015.050: The contractor shall store the screen captures for each instance/date captured and provide the complete library of prints at contract end date or at any time on demand by FSA.

- **40016.000: The contractor shall assist FSA in the creation and maintenance of a Common Manual for Federal student loan servicing.**

  - 40016.010: The contractor shall assist FSA in the process of compiling servicing requirements and maintaining a Common Manual for Federal student loan servicing.
  - 40016.020: The contractor shall share with FSA the contractor's compilation of relevant statutory, regulatory, and contractual requirements, and FSA and industry guidance.
  - 40016.030: The contractor shall participate in an FSA directed working group with other loan servicers to support the drafting of an initial Common Manual and ongoing updates.

## Section 42000: IDR Forgiveness

- **42000.000: The contractor shall process forgiveness of eligible loans automatically; the contractor shall not require the borrower to request forgiveness.**

- **42001.000: The contractor shall begin the loan forgiveness period on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan.**

- **42002.000: The IDR Forgiveness is at the loan level, not borrower level. This means that a borrower's loans could age to forgiveness at different times.**

  - o  42002.010: Based on the specific IDR plan for each loan, the forgiveness period is as follows (see 5000 Repayment series for additional information):
    - ▪  PAYE: 20 years
    - ▪  ICR: 25 years
    - ▪  SAVE: 20 years (or 25 years if any loans were taken out for graduate or professional study) maximum, depending on the total original principal balance (see Requirement 5069 for additional details)
    - ▪  Original IBR: 25 years
    - ▪  "New" IBR: 20 years

- **42003.000: The contractor shall regularly count qualifying payments via automated payment counter.**

  - o  42003.010: The contractor shall include loan balances under $100.  Small balance write-offs are at the borrower level, not loan level.
  - o  42003.020: Upon borrower entering an IDR plan for the first time (or reentering for the first time since initial assessment), the assessment should be performed to capture any qualifying months/payments and notate the account has been validated.
  - o  42003.030: The contractor shall continuously count and maintain counters for all borrowers that are currently in IDR and subsequently move out of IDR.
  - o  42003.040: The contractor shall continuously count and maintain counters for all borrowers when they first enter repayment.
  - o  42003.050: The contractor shall treat the administrative forbearance period starting on 3/13/2020 through the end of the payment pause, including any months immediately following the payment pause for which the borrower is in repayment status, but no payment is due, as if payments for each month have been made in full and on a 10 year standard repayment plan towards IDR loan forgiveness. This period of time will count toward IDR loan forgiveness even if the borrower is/was not on a qualifying repayment plan. This period of time should also count as if in full, on-time payments were made for rebated or forced IDR/ICR (CARES Act).

- **42005.000: The contractor shall identify borrowers that are projected to be forgiven no less than nine months from the end of the forgiveness.  (This requirement has a delayed implementation to align with CR 6681.)**
  - o  42005.010: Ensure that the borrower is currently in an IDR plan.
  - o  42005.020: Document a chronological history of the activities (qualifying and not), as well as time passed on each loan potentially eligible for IDR forgiveness.
  - o  42005.030: Payments reversed (NSF, stop payment, or applied to the wrong account) should not be included in the count.
  - o  42005.040: The contractor and/or contractor shall get approval from FSA prior to sending a "6 Months Remaining to IDR Forgiveness" letter to the borrower regarding projected forgiveness.
  - o  42005.050: The federal loan servicer shall have the ability to access the NSLDS

forecasting report to assist in the identification of loan(s) in the servicer's portfolio which are potentially eligible for future IDR forgiveness.

- **42006.000: On a weekly basis, the contractor shall generate an IDR Pre-Forgiveness Report/Checklist for FSA of the borrowers eligible for IDR Forgiveness within no less than nine months.  If no borrowers are identified, no report is required.**
  - ○ 42006.010: The IDR Pre-Forgiveness report shall include the following data elements:
    - Servicer/ contractor name
    - Date Submitted
    - Borrower first name/last name
    - SSN
    - Award ID
    - Loan Type (Sub, Unsub, PLUS, GPLUS, Consol)
    - Loan Program (AGO, DLO, FAF, FAL, FBR, FCD, FCO, FIS, GAF, GAL, IGO, LNC, LP1, LP2, NDF, NDR, OGO, PEL, PER, PI1, PI2, SGO, TGO, TPG, TPL, UNP, SCN)
    - Current IDR Payment Plan (ICR, IBR, PAYE, IBR/New, SAVE)
    - Estimated forgiveness date*
    - Date loan entered repayment
    - Date loan entered first IDR repayment plan
    - # of months of Economic Hardship deferment
    - # of qualifying payments
    - Current PBO
    - Current IRB
    - Estimated PBO Forgiveness
    - Estimated IRB Forgiveness
    - Original Loan Amount (OLA)
    - · Indicate if the borrower has self-certified $0 income for 5 or more consecutive years (Yes or No)
    - · Indicate if the borrower has provided ADOI income for 5 or more consecutive years (Yes or No)
    - Notes
      - 42006.011: If the remaining balance will be paid in full prior to or upon the final qualifying payment, the contractor shall indicate that in the notes section of the request.
  - ○ 42006.020: The forgiveness date is the day after the final qualifying payment/qualifying month (whichever occurs last) when estimating for this date the contractor shall use the final qualifying month date.
    For example: The borrower makes their 240th payment on 03/15/16 but their final qualifying month is not until 05/15/16. The forgiveness date for this example would be 05/16/16.
    The borrower reaches their 240th qualifying month on 03/15/16 but has only made 239 qualifying payments. The borrower makes the 240th payment on 06/20/16. The forgiveness date would be 06/21/16.
    - 42006.021: The IDR Pre-Forgiveness report shall be available on demand via workflow.
    - 42006.022: Once a loan is forgiven, it should fall off the report.
    - 42006.023: FSA will review the checklist and reports to validate eligibility and approval to send the "6 Months Remaining to IDR Forgiveness" letter.

- **42007.000: FSA may request additional detailed history from the contractor for sampling during the six months prior to forgiveness.**
  - ○ 42007.010: The contractor shall return the requested additional information via workflow within 10 business days.
  - ○ 42007.020: If FSA notifies the contractor of discrepancies found in the additional information, the contractor shall research and make appropriate corrections and determine if system or procedural changes are required to correct the error within 10

business days.

- **42008.000: Upon final qualifying payment received for the IDR forgiveness, the systems shall begin the automated process for forgiveness.**

  - 42008.010: The contractor shall suspend collection activity for the loan eligible for IDR forgiveness upon receipt of the final payment or upon the final month of qualifying economic hardship deferment.
  - 42008.020: The contractor shall apply a forbearance on the borrower's loan(s) to suspend the collection on the loan(s) pending forgiveness.
  - 42008.030: If the borrower has other loan(s) that are not eligible for IDR forgiveness at this time, activity on those loans should not be suspended.
  - 42008.040: The contractor shall prepare and send the forgiveness package to FSA for approval upon receipt of the final payment or upon the final month of qualifying economic hardship deferment.
  - 42008.050: The contractor shall wait 30 business days from the final payment to ensure that payment has cleared prior to processing the IDR forgiveness transactions.
  - 42008.060: If the borrower's final qualifying payment does not clear (is not paid or is reversed off of the borrower's account) during the 30-business day waiting period, the contractor shall notify FSA.

- **42009.000: The contractor shall prepare the Forgiveness Approval Request.**
  - 42009.010: The IDR Forgiveness Approval Request report shall include the following data elements:
    - Servicer/contractor name
    - Date Submitted
    - Borrower first name/last name
    - SSN
    - Award ID
    - Loan Type (Sub, Unsub, PLUS, GPLUS, Consol)
    - Loan Program (AGO, DLO, FAF, FAL, FBR, FCD, FCO, FIS, GAF, GAL, IGO, LNC, LP1, LP2, NDF, NDR, OGO, PEL, PER, PI1, PI2, SGO, TGO, TPG, TPL, UNP, SCN)
    - Current IDR Payment Plan (ICR, IBR, PAYE, IBR/New, SAVE)
    - Estimated forgiveness date
    - Date loan entered repayment
    - Date loan entered first IDR repayment plan
    - Number of months of Economic Hardship deferment
    - Number of months total qualifying payments
    - Number of qualifying payments for each servicer
    - Disclosure period dates
    - Status for period – payment plan type, forbearance, EHD, deferment, in-school, etc.
    - Payment due date for period
    - Monthly payment amount due for period
    - Monthly payment amounts made during period
    - Qualifying payment count for each period, including $0 payments and months of EHD
    - Current PBO
    - Current IRB
    - Estimated PBO forgiveness
    - Estimated IRB forgiveness
    - Original Loan Amount (OLA)

      · Indicate if the borrower has self-certified $0 income for 5 or more consecutive years (Yes or No)
      · Indicate if the borrower has provided ADOI income for 5 or more consecutive years (Yes or No)
    - Prior servicer documentation (PDF, notepad, etc.)

- Notes

- **42010.000: The contractor shall generate the Forgiveness Approval Request for FSA validation on demand.**

- **42011.000: The contractor shall receive and process the results from FSA's review of the approval requests.**
  - 42011.010: FSA will provide a response. If approved with changes, the contractor will make updates as noted.  If denied, there will be a reason and the contractor can resubmit using the same submission process.  Final discharge date, PBO, and IRB will be reported through this process.

- **42012.000: The contractor shall process the forgiveness transactions within 10 business days upon receiving approval from FSA.**
  - 42012.010: The contractor shall bring the qualified loan to $0 (forgiving the principal balance and outstanding interest).
  - 42012.020: If the contractor received payment(s) from the borrower during FSA review, the contractor shall apply the payment(s) to the borrower's other remaining loans without advancing their due date.  If there are no other loans the payment amount should be refunded
  - 42012.030: The contractor shall redisclose the borrower's remaining loans.
  - 42012.040: The contractor shall generate a forgiveness notification to the borrower that includes the following information:
    - Principal balance forgiven
    - Outstanding interest forgiven
    - Whether the forgiven amount is currently considered income by the IRS

- **42013.000: The contractor shall have the ability to reverse or adjust the IDR forgiveness transactions as needed.**

- **42014.000: The contractor shall report IDR forgiveness to FMS. See Financial Activity and Transactions for FMS reporting of WRTOFF transactions by Reason Code for forgiveness and discharges by type.**

- **42015.000: The contractor shall report forgiveness to the credit bureaus. See 30000 Credit Reporting.**

- **42016.000: The contractor shall report the borrower's progress towards forgiveness to NSLDS. See 12000 NSLDS Reporting.**

- **42017.000  The contractor shall support IDR account adjustment Phase 1.**

  - 42017.010 The contractor shall receive a bi-monthly file from NSLDS via SAIG (message class TBD) that contains a list of loans eligible for IDR Account Adjustment forgiveness.
    - 42017.011 The file will include the following fields at a minimum:
      - Award ID
      - SSN
      - First name
      - Last name
      - DOB
      - Effective Date of the IDR Account Adjustment Forgiveness
      - NSLDS System Date of Determination for IDR Account Adjustment Forgiveness
      - Indicator of 36-Month exception
      - Indicator of 12-Month exception

- Current loan status
- Current loan status date
- Current OPB
- Current OPB date
- Current OIB
- Current OIB date
- Forgiveness type
- Forgiveness date
- Forgiveness posted date
- Forgiveness amount
- Forgiveness OPB
- Forgiveness OIB
- Forgiveness Full/Partial Indicator

- o 42017.020: The contractor shall discharge all loans on the list using existing procedures to process the discharge forgiveness write-off transaction within 10 business days.
- o 42017.030: The FLS shall report the discharge write-off to NSLDS using a new loan forgiveness type, I2, for loans auto discharged for IDR Forgiveness.
- o 42017.040: For borrowers that reach the number of qualifying payments outlined in Requirement 5069 on their loan(s) during the IDR forgiveness account adjustment period , the contractor shall process any refunds due to the borrower for payments received after Effective Date of the IDR Account Adjustment Forgiveness (Forgiveness Date) identified by NSLDS.
  - ▪ 42017.041: The refund amount due to the borrower will only be issued for Direct loans and ED-held FFEL and only for payments made while the loans were held by FSA.
- o 42017.050: The FLS shall update their website to include general information about the new one-time IDR account adjustment
  - ▪ 42017.051: The FLS shall refer borrowers to StudentAid.gov for additional information related to the one-time IDR account adjustment initiative.
- o 42017.060: The contractor shall work with the Department to identify any updates to borrower communications impacted by the one- time IDR account adjustment and make updates as needed.
  - ▪ 42017.061: FSA will provide the contractor with updated text language for the IDR Forgiveness One-time Account Adjustment Direct to Discharge. The contractor shall incorporate the changes into the appropriate IDR forgiveness letters.
- o 42017.070: The contractor shall update their call scripts and train CSRs on the new one-time IDR account adjustment initiative.
- o 42017.080: The contractor shall participate in Inter-System Testing for the one-time IDR account adjustment file.
- o 42017.090: Upon receipt of the one-time IDR account adjustment file, the servicer shall not transfer any loans included in the file which are approved for IDR forgiveness. If the borrower chooses to opt out of IDR forgiveness, the servicer shall allow the loan to transfer to another servicer, provided the servicer has successfully reported the opt out to NSLDS. See Requirement 18003.140.

- **42018.000: The contractor shall support the IDR account adjustment Phase 1 Opt-Out process.**
  - o 42018.010: The contractor shall allow the borrower 21calendar days to opt out of IDR forgiveness via phone, email or correspondence before processing the IDR one-time adjustment file. FSA will send the borrower notifications about opt out.
    - ▪ 42018.011: FSA will send the servicer an email notification with the date indicating the beginning of the 21-day out-opt period for each IDR adjustment file.
    - ▪ 42018.012: The servicer shall notate the borrower's account for those who opt out.
    - ▪ 42018.013: The servicer shall allow the borrower to identify a specific loan or all loans for IDR forgiveness opt out.

- 42018.014: The servicer shall notify NSLDS of the opt out using the NSLDS online update function within 2 business days of receipt so the eligible loans can be removed from the one-time account adjustment.
    - 42018.020: On the first business day after the 21st calendar day since the opt out period begin date, the servicer shall begin discharging eligible loans based on requirements in CR 6343 for borrowers who did not elect the opt out option.
    - 42018.030: If a borrower opts out after the discharge is applied, the servicer shall reverse the discharge and report the opt out to NSLDS.
    - 42018.040: The servicer shall allow borrowers to opt in after previously opting out.
        - 42018.041: The servicer shall notify NSLDS when a borrower elects to opt back in using the NSLDS online update function.
        - 42018.042: The servicer shall not allow a borrower to opt in after the one-time account adjustment period ends (end date TBD). After that time, loans will be processed under traditional IDR forgiveness rules.
        - 42018.043: FSA will notify the servicer of the end date at some point in the future.
    - 42018.050: The servicer shall utilize a general administrative forbearance in cases where the processing of the adjustment file for a borrower cannot be completed prior to the borrower having a payment due.
        - 42018.051: The forbearance begin date shall be the date the file is received by the servicer. If the borrower is delinquent, the period of delinquency prior to the file received dates should be covered by a never capping forbearance.
        - 42018.052: The forbearance end date shall be 60 days from the date the file is received. If the discharge has not been processed after 60 days, the servicer shall extend the forbearance to cover the additional time needed to process the discharge.
        - 42018.053: If the borrower opts out of IDR forgiveness, the forbearance end date shall be adjusted to the date the borrower opts out.
        - 42018.054: If the borrower is currently in deferment or in an IDR plan with a $0 payment, the borrower shall remain in the deferment or $0 plan. If the deferment or $0 IDR plan ends prior to the forgiveness being processed, the servicer shall apply the administrative forbearance until the forgiveness is processed.

- **42019.000: The servicers shall support IDR Account Adjustment Phase II: Proxy Payment.**

    - 42019.010: The federal loan servicers shall create the ability to track all individual months over the life of a loan (disbursement through payoff) or the date the federal loan servicer began servicing the loan if the federal loan servicer has not serviced the loan since disbursement, and track if that month is eligible or ineligible for IDR forgiveness or PSLF.
    - 42019.020: The federal loan servicers shall create the ability to track all months eligible for IDR forgiveness or PSLF from underlying loans on a consolidation loan and track if that month is eligible for IDR forgiveness or PSLF Note: The only time that federal loan servicers will be required to update months from underlying loans on a consolidation loan is when those months are provided in a proxy payment file or when instructed by ED.
    - 42019.030: The federal loan servicers shall process the proxy payment file as a baseline for ongoing IDR forgiveness and PSLF monthly tracking.
        - 42019.031: The federal loan servicers shall receive and process the Proxy Payment File using the fields and codes identified in the NSLDS DPI.
        - 42019.032: The federal loan servicers shall convert any month and year identified as eligible for IDR in the proxy payment file to be an eligible payment for all IDR plans.
        - 42019.033: The federal loan servicers shall convert any month and year identified as eligible for PSLF in the proxy payment file to be an eligible payment for both PSLF and TEPSLF.
        - 42019.034: The federal loan servicers shall lock all months identified as eligible for IDR or PSLF based on the proxy payment file and those months can never be overwritten to ineligible without specific approval from ED.

- 42019.035: The federal loan servicer shall determine if any month over the life of the loan between the first disbursement date or the date the federal loan servicer began servicing the loan if the federal loan servicer has not serviced the loan since disbursement, and the "as of date" of the baseline proxy file is not accounted for in the proxy payment file and process that month based on business rules.
  - 42019.035.10: The proxy payment file will contain both eligible and ineligible months. Federal loan servicers will mostly be identifying months that are ineligible but may also have to identify eligible months missing from the proxy payment file.
  - 42019.035.20: Federal loan servicers are not required to make an assessment of missing months from underlying loans applied to a consolidation loan.
- 42019.036: The federal loan servicers shall allow all months not identified as eligible in the proxy payment file for IDR or PSLF to be updated as eligible based on future or retroactive processing.
- 42019.040: The federal loan servicer shall deploy the identified business rules to identify each month following the baseline proxy payment file and whether that month is eligible or ineligible for IDR and PSLF.
  - 42019.041: The due date may be advanced up to a maximum of 12 months into the future or the date upon which the borrower submits another payment for traditional repayment plans and no further than the lesser of 12 months or the next recertification date for Income Driven Repayment (IDR) Plans. (This will eliminate eligibility issues with forgiveness programs.)
  - 42019.042: Lump sum payments should be evaluated and counted from the Department of Defense.
  - 42019.043: Multiple lump sum payments received annually for the Segal Education Award or Peace Corps transition payment should be counted.
  - 42019.044: The federal loan servicer shall apply lump sum payments first to any delinquent months. The servicer shall then apply the payments to the current month and future months, for up to 12 months, or when the borrower's next IDR plan recertification is due. The number of months for which a borrower receives credit shall be determined by dividing the lump-sum payment by the full scheduled monthly payment amount.
  - 42019.045: The federal loan servicer shall include information on their website to inform AmeriCorps, Peace Corps, and DOD borrowers that they can apply for deferment or forbearance to cover their period of service, including prior periods.
    - AmeriCorps and Peace Corps: Borrowers may apply for Economic Hardship Deferment
    - DOD: Borrowers may apply for a Military and Post-Active Duty Student Deferment, National Guard Duty Forbearance, or Department of Defense Student Loan Repayment Program Forbearance
  - 42019.046: If the borrower who served in AmeriCorps, Peace Corps, or the DOD submits a deferment or forbearance form to cover the period they served in these programs, the servicer shall process the form to give the borrower the appropriate retroactive deferment or forbearance statuses.
  - 42019.047: [DELETED]
  - 42019.048: The federal loan servicer shall award progress for IDR forgiveness for the following deferments and forbearances:
    - A cancer treatment deferment until section 455(f)(3) of the Act;
    - A rehabilitation training program deferment under § 685.204(e);
    - An unemployment deferment under § 685.204(f);
    - An economic hardship deferment under § 685.204(g), which includes volunteer service in the Peace Corps as an economic hardship condition;

- A military deferment under § 685.204(h);
- A post active-duty student deferment under § 685.204(i);
- A national service forbearance under § 685.205(a)(4) on or after July 1, 2024 (forb code MN03);
- A Department of Defense Student Loan Repayment Forbearance under § 685.205(a)(9) on or after July 1, 2024 (forb code MN02);
- An administrative forbearance under § 685.205(b)(8) or (9) on or after July 1, 2024 (forb code AD17 for (b)(8) and AD14 for (b)(9)).
- A bankruptcy forbearance under § 685.205(b)(6)(viii) on or after July 1, 2024 if the borrower made the required payments on a confirmed bankruptcy plan (forb code AD07); or
- A remediation forbearance to resolve a servicing issue, per Legacy Guidance G1.23.04 (forb code AD24).

  - 42019.049: The federal loan servicer shall award progress for PSLF forgiveness for the following deferments and forbearances:
    - A cancer treatment deferment under section 455(f)(3) of the Act;
    - An economic hardship deferment under § 685.204(g), which includes volunteer service in the Peace Corps as an economic hardship condition;
    - A military deferment under § 685.204(h);
    - A post active-duty student deferment under § 685.204(i);
    - A national service forbearance under § 685.205(a)(4) on or after July 1, 2023;
    - A Department of Defense Student Loan Repayment Forbearance under § 685.205(a)(9) on or after July 1, 2023;
    - An administrative forbearance under § 685.205(b)(8) or (9) on or after July 1, 2023;
    - A remediation forbearance to resolve a servicing issue, per Legacy Guidance G1.23.04.

- 42019.050: The federal loan servicer shall have the ability to accept a baseline proxy payment file for loans that are transferred from DMCS and TPD.
  - 42019.051: The federal loan servicer shall process the proxy payment files that are specific to loans transferred from DMCS using the same requirements for baseline file processing.

- 42019.060: The federal loan servicer shall have the ability to request that NSLDS create an ad hoc proxy payment file via the getIDRProgress API webservice for any loan in the servicer's portfolio that is missing IDR forgiveness and PSLF monthly history.
  - 42019.061: The federal loan servicer shall request an ad hoc proxy payment file using the loan's specific Award ID.
  - 42019.062: The federal loan servicer shall request ad hoc proxy payment file via the getIDRProgress API webservice.
  - 42019.063: The servicer shall utilize the getIDRProgress API webservice to obtain IDR Proxy Data outside of the monthly IDR Proxy file. See Attachment 42019 GetIDRProgress ICD.
  - 42019.064: The servicer shall utilize the getIDRProgress API webservice to obtain IDR Payment Progress Data.

- 42019.070: The federal loan servicers shall report all changes to a loan's IDR forgiveness and PSLF monthly history within 24 hours of the federal loan servicer's system identifying the change.
  - 42019.071: The federal loan servicers shall report all newly identified months or changes to months already identified within 24 hours of the federal loan servicer applying that change to the federal loan servicer's system.

- 42019.080: The federal loan servicer shall report a new record type containing the teaching dates for loans that receive Teacher Loan Forgiveness.
  - 42019.081: The federal loan servicer shall report a new record type using the

fields and codes identified in the NSLDS DPI.
- o 42019.090: The federal loan servicers shall direct the borrower to studentaid.gov for IDR eligibility information.
- o 42019.100: Regardless when the payment is received, including what counts towards a monthly payment, the monthly payment shall be satisfied and will count toward forgiveness once satisfied.
  - ▪ 42019.101: Progress toward IDR forgiveness shall be tracked regardless of the borrower's repayment plan (not just IDR plans) to account for each monthly payment, deferment, forbearance, or other status attributable or not attributable towards forgiveness.
  - ▪ 42019.102: If a borrower fails to recertify on the SAVE plan, only 12 months' worth of progress made under the SAVE Alternative plan shall count toward forgiveness under any IDR plan.
  - ▪ 42019.103: If the borrower consolidates their loans into a Direct Consolidation Loan, the federal servicer shall award progress toward IDR forgiveness for the qualifying payments that were made on the underlying Direct Loans or FFEL program loans repaid by the consolidation loan. If the underlying loans have different counts of qualifying payments, the federal servicer shall award progress toward IDR forgiveness with a weighted average of qualifying payments made rounded up to the nearest whole month.

### *Section 43000: Student Debt Relief Forgiveness*

- **43000.000: The servicer shall support the implementation of Measure 1 – Current Balance Exceeds Original Principal Balance Forgiveness.**
  - o 43000.010: The servicers shall submit to NSLDS the 9/1/2024 principal and interest balance of every loan on their system.
    - ▪ 43000.011: Servicers shall submit the balances only for loans with total balance of >$0.00.
    - ▪ 43000.012: Servicers shall include the submission within a unique NSLDS reporting batch.
    - ▪ 43000.013: Servicers shall report the balance of the loans using the NSLDS AQ record with a date of outstanding balance = 20240901
    - ▪ 43000.014: Servicers shall report the balances/send the batch file no earlier than 9/2/2024 but no later than 9/5/2024.
    - ▪ 43000.015: Servicer shall resolve all errors or discrepancies identified by NSLDS or FSA by 9/6/2024. No cost can be associated with this requirement. Servicers are required to report timely and accurately.
    - ▪ 43000.016: All Servicers (including DMCS) shall include FFEL Fresh Start and FFEL Special Mandatory Assignment loans (SMAG and FSPG) with total balances of >$0.00 in loan batch files to NSLDS.
  - o 43000.020: The servicer shall accept a new Measure 1 forgiveness request file from NSLDS that contains at a minimum the data elements defined below:
    - ▪ 43000.021: For all loans:
      1. Borrower SSN
      2. Borrower Last Name
      3. Borrower First Name
      4. Borrower Date of Birth
      5. Award ID
      6. Maximum Eligibility Amount
      7. Amount of Forgiveness calculated by NSLDS to be applied to the loan
    - ▪ 43000.022: For non-Consolidation loans:
      1. Loan Type
      2. Loan Date
      3. OPEID
      4. Loan Amount
      5. Statutory Interest Rate
      6. Actual Interest Rate
      7. Loan Status on Sept 1, 2024
      8. Loan Status Date on Sept 1, 2024
      9. OPB on Sept 1, 2024
      10. OPB Date
      11. OIB on Sept 1, 2024
      12. OIB Date
      13. Most Recent Disbursement Date
         a. Only populated if loan first disbursed before January 1, 2005 or if the Total Disbursed is used to drive the amount of eligibility.
      14. Total Disbursement Amount
         a. Only populated if loan first disbursed before January 1, 2005 or if the Total Disbursed is used to drive the amount of eligibility.
      15. Date Entered Repayment
         a. Only populated if loan first disbursed on or after January 1, 2005
      16. OPB at the time that the loan entered repayment

- a. Only populated if loan first disbursed on or after January 1, 2005
17. Date of OPB at the time that the loan entered repayment
    - a. Only populated if loan first disbursed on or after January 1, 2005
18. Accrued Interest at the time the loan entered repayment
    - a. Only populated if loan first disbursed on or after January 1, 2005
19. Date of Accrued Interest at the time that the loan entered repayment
    - a. Only populated if loan first disbursed on or after January 1, 2005
- 43000.023: For Consolidation loans:
    1. Consolidation Loan Type
    2. Consolidation Loan Date
    3. Consolidation Loan Amount
    4. Consolidation OPEID
    5. Consolidation Statutory Interest Rate
    6. Consolidation Actual Interest Rate
    7. Consolidation Loan Status on Sept 1, 2024
    8. Consolidation Loan Status Date on Sept 1, 2024
    9. Consolidation OPB on Sept 1, 2024
    10. OPB Date
    11. Consolidation OIB on Sept 1, 2024
    12. OIB Date
    13. Sum of Underlying Loan Principal Balance at the time of repayment or Total Disbursed or Loan Amount, as applicable
    14. Sum of Underlying Loan Accrued Interest at the time of repayment or Total Disbursed or Loan Amount, if applicable
- o 43000.030: The servicer shall accept the new Measure 1 file via SAIG.
    - 43000.031: FSA will provide the updated message class prior to IST.
- o 43000.040: Servicers should anticipate receiving three (3) or more Measure 1 forgiveness files.
- o 43000.050: The servicer shall apply loan forgiveness to loans included in the Measure 1 file.
    - 43000.051: The servicer shall not apply forgiveness until the end of the opt-out period described in requirement 43006.000 and directed by FSA.
    - 43000.052: All forgiveness shall be applied with an effective date of 9/1/2024.
    - 43000.053: Servicers shall apply the amount found in the "Amount of Forgiveness calculated by NSLDS to be applied to the loan" element of the Measure 1 forgiveness file to the associated loan.
    - 43000.054: The amount of forgiveness shall be first applied to outstanding interest.
    - 43000.055: If the amount of forgiveness is greater than the amount of outstanding interest, the forgiveness amount remaining after forgiving interest (difference between the Amount of Forgiveness minus the reduction applied to Accrued Interest) shall be applied to principal.
    - 43000.056: All servicing activity (payments, etc.) that occurred on/after 9/1/2024 shall be reapplied after the forgiveness has been applied.
    - 43000.057: Servicers shall complete all Measure 1 forgiveness processing, to include sending borrower notifications, within 10 business days following the opt-out period or servicer receipt of the production file, whichever is later.
    - 43000.058: The servicer shall begin processing the Measure 1 forgiveness file immediately upon receipt and approval from FSA to begin the discharge. FSA will provide 5 calendar day notice prior to file receipt.

- o 43000.060: The servicer shall notify each Measure 1 borrower once forgiveness has been applied.
    - ▪ 43000.061: The notice to borrowers will be dynamic and include borrower specific elements such as borrower identifiers/loan identifiers, forgiveness amounts and remaining balances.
    - ▪ 43000.062: Servicers will be provided the FSA-approved Measure 1 forgiveness notice language/format no later than 20 calendar days prior to the servicers' receipt of the forgiveness file.

- o 43000.070: The servicer shall redisclose borrowers not on an IDR plan in a manner that impacts the next billing cycle after the discharge is applied. For borrowers on an IDR plan, the servicer shall adjust the payment with the next recertification.
- o 43000.080: The servicers shall provide Measure 1 forgiveness response information to NSLDS weekly as part of NSLDS reporting.
    - ▪ 43000.081: The servicer shall provide the response file via SAIG.
    - ▪ 43000.082: The response file will include (at a minimum):
        1. Borrower SSN
        2. Borrower Last Name
        3. Borrower First Name
        4. Borrower Date of Birth
        5. Award ID
        6. Forgiveness Measure Indicator
        7. Forgiveness Effective Date
        8. Total Forgiveness Applied to the Loan Balance
        9. Total Forgiveness Applied to Loan OPB
        10. Total Forgiveness Applied to Loan OIB
        11. Loan Not Processed Indicator
        12. Loan Not Processed Reason
            a. Loan Transferred to another servicer
            b. Loan consolidated at same servicer
            c. Loan consolidated to another servicer
            d. Loan paid in full, discharged, or forgiven
            e. Loan is in TPD monitoring
            f. Loan Not Found
            g. Borrower Opt Out
            h. Borrower Applied for Consolidation Loan
            i. Loan pending discharge or forgiveness
    - ▪ 43000.083: The new Forgiveness Measure Indicators will be:
        1. M1 for the forgiveness Measure 1: Current Balance Exceeds Original Principal Balance - $20,000.
        2. M2 for the forgiveness Measure 1: Current Balance Exceeds Original Principal Balance - Unlimited.
        3. M4 as the forgiveness Measure 2: Forgiveness after 20 Years.
        4. M5 as the forgiveness Measure 2: Forgiveness after 25 Years.
        5. M3 as the forgiveness Measure 3: Eligible for SAVE Forgiveness, Not Applied.
- **43001.000: The servicer shall support the implementation of Measure 2 – Forgiveness after 20 or 25 Years.**
    - o 43001.010: The servicer shall receive an updated D2D file that will include additional indicators to distinguish additional forgiveness types to include Measure 2 and Measure 3 forgiveness.
        - ▪ 43001.011: The five new forgiveness codes shall be:

1. M1 for the forgiveness Measure 1: Current Balance Exceeds Original Principal Balance - $20,000.
2. M2 for the forgiveness Measure 1: Current Balance Exceeds Original Principal Balance - Unlimited.
3. M4 as the forgiveness Measure 2: Forgiveness after 20 Years.
4. M5 as the forgiveness Measure 2: Forgiveness after 25 Years.
5. M3 as the forgiveness Measure 3: Eligible for SAVE Forgiveness, Not Applied.

- 43001.020:   A single D2D file may include multiple forgiveness types in the same file. For example, a file may include M4 and M5.
- 43001.030: The servicers shall apply requested forgiveness to loans for Measure 2 forgiveness.
  - 43001.031: If the servicer receives a consolidation pay-off request for a loan received in the D2D file for Measure 2 before the file is received, the servicer should not apply the forgiveness, but instead report to NSLDS that the loan is in process of being consolidated.
  - 43001.032: No forgiveness shall be applied until the opt-out period has ended.
  - 43001.033: The forgiveness effective date will be provided in the D2D request file.
  - 43001.034: Servicers shall initiate refunds of borrower payments received following the Effective Date of the Loan Forgiveness. Reallocation of payments will not be required for Measure 2.
    Note: If the forgiveness date predates July 1, 2024, then June 30, 2024, will be used as the forgiveness date, so refunds of payments prior to June 30, 2024, will not be required.
  - 43001.035: Servicers shall complete all Measure 2 forgiveness processing within 10 business days following the opt-out period.
  - 43001.036: Servicers should anticipate receiving three or more (3) Measure 2 forgiveness files.
  - 43001.037: Servicers shall complete all Measure 2 forgiveness processing, to include sending borrower notifications, within 10 business days following the opt-out period or servicer receipt of the production file, whichever is later.
  - 43001.038: The servicer shall begin processing the Measure 2 forgiveness file immediately upon receipt and approval from FSA to begin the discharge. FSA will provide 5 calendar day notice prior to file receipt.
- 43001.040: The servicers shall notify each Measure 2 borrower no later than 5 days after forgiveness has been applied.
  - 43001.041: Servicers should anticipate the notice to the borrower will be dynamic and include borrower specific elements such as borrower identifiers/loan identifiers, forgiveness amounts and remaining balances (and possibly others).
  - 43001.042: Servicers will be provided the FSA-approved Measure 2 forgiveness notice language/format no later than 20 calendar days prior to the servicers' receipt of the forgiveness file.
- 43001.050: The servicer shall provide a response to NSLDS as defined within requirement 43003.000.

- **43002.000: The servicers shall apply requested forgiveness to loans for Measure 3: Borrowers Eligible for Forgiveness on the SAVE plan but Have Not Applied for the SAVE plan (Eligible Not Applied).**
  - 43002.010: The servicer shall receive the modified D2D file described in requirement 43001.010.
  - 43002.020: If the servicer receives a consolidation pay-off request for a loan received in the D2D file for Measure 3 before the file is received, the servicer should not apply the

forgiveness, but instead report to NSLDS that the loan is in process of being consolidated.

- o 43002.030: No forgiveness shall be applied until the opt-out period has ended.
- o 43002.040: The forgiveness effective date will be provided in the D2D request file. Note: The earliest effective date shall be December 31, 2023 for this measure, so refunds of payments prior to December 31, 2023, will not be required.
- o 43002.050: Servicers shall initiate refunds of borrower payments received following the effective date of the loan forgiveness. Reallocation of payments will not be required for Measure 3.
- o 43002.060: Servicers shall complete all Measure 3 forgiveness processing, to include sending borrower notifications, within 10 business days following the opt-out period or servicer receipt of the production file, whichever is later.
  - ▪ 43002.061: The servicer shall begin processing the Measure 3 forgiveness file immediately upon receipt and approval from FSA to begin the discharge. FSA will provide 5 calendar day notice prior to file receipt.
- o 43002.070: Servicers should anticipate Measure 3 forgiveness will continue as an ongoing process and be included in future D2D files. FSA will provide notification to servicers upon this change.
- o 43002.080: The servicers shall notify each Measure 3 borrower once forgiveness has been applied.
  - ▪ 43002.081: Servicers should anticipate the notice to the borrower will be dynamic and include borrower specific elements such as borrower identifiers/loan identifiers, forgiveness amounts and remaining balances (and possibly others).
  - ▪ 43002.082: Servicers will be provided the FSA-approved Measure 3 forgiveness notice language/format no later than 20 calendar days prior to the servicers' receipt of the forgiveness file.
- o 43002.090: The servicer shall provide a response to NSLDS as defined within requirement 43003.000.

- **43003.000: The servicer shall provide Measure 2 and 3 forgiveness response information to NSLDS.**
  - o 43003.010: Measure 2 and 3 response information will be sent to NSLDS via SAIG weekly as part of NSLDS reporting. (with a new message class).
  - o 43003.020: The elements in the response file are (at minimum):
    1. Borrower SSN
    2. Borrower Last Name
    3. Borrower First Name
    4. Borrower Date of Birth
    5. Award ID
    6. Forgiveness Measure Indicator
    7. Forgiveness File Date
    8. Forgiveness Action:
       a. Forgiveness Applied
       b. Forgiveness Not Applied, Loan Transferred to another servicer
       c. Forgiveness Not Applied, Loan Consolidated at same servicer
       d. Forgiveness Not Applied, Loan Consolidated to another servicer
       e. Forgiveness Not Applied, Loan paid in full, discharged, or forgiven.
       f. Forgiveness Not Applied, Loan is in TPD monitoring.
       g. Forgiveness Not Applied, Loan Not Found
       h. Forgiveness Not Applied, Borrower Opt Out
       i. Forgiveness Not Applied, Borrower Applied for Consolidation Loan
       j. Forgiveness Not Applied, Loan Transferred to DMCS

      k.  Forgiveness Not Applied, Loan pending discharge or forgiveness.
- 43003.030: The five new forgiveness codes (Forgiveness Measure Indicator) shall be:
    1. M1 for the forgiveness Measure 1: Current Balance Exceeds Original Principal Balance - $20,000.
    2. M2 for the forgiveness Measure 1: Current Balance Exceeds Original Principal Balance - Unlimited.
    3. M4 as the forgiveness Measure 2: Forgiveness after 20 Years.
    4. M5 as the forgiveness Measure 2: Forgiveness after 25 Years.
    5. M3 as the forgiveness Measure 3: Eligible for SAVE Forgiveness, Not Applied.

- **43004.000: The servicers shall support the addition of additional forgiveness codes within the existing NSLDS interface.**

- **43005.000: The servicers shall support Inter System Testing (IST) for all new and modified interface files with NSLDS.**
    - 43005.010: IST will test all new functionality and exchange of data with NSLDS (at a minimum).

- **43006.000: The servicers shall support an Opt-out process for Measure 1, Measure 2, and Measure 3 forgiveness borrowers.**
    - 43006.010: FSA will provide servicers a copy of the opt-out notification(s) prior to sending the opt-out notice to borrowers.
    - 43006.020: FSA will send the opt-out notification to borrowers and instruct them to contact their servicer if they want to opt-out.
    - 43006.030: The servicer shall note the opt-out on their system and update NSLDS using the Online Update Function (see Requirement 12013.000).
    - 43006.040: Borrowers will only have the option to opt-out on all loans. They cannot opt out of receiving forgiveness on specific loans.
        - 43006.041: Once a borrower opts out, they will not have the option to opt back in.
    - 43006.050: FSA will notify the servicers of the length of the opt out period prior to the opt-out period beginning.
    - 43006.060: The servicers shall provide FSA a daily reporting of all opt-outs per requirement 43009.000 Reporting. FSA will compile this list of opted out borrowers and share it with all of the servicers on no less than a weekly basis (when forgiveness files are being processed).

- **43007.000: The servicers shall include updated forgiveness codes within all existing transfer processes and procedures (sending and receiving of loans to all other federal servicers and DMCS).**
    - 43007.010: The servicer shall include this information in the Discharge Data Supplemental file. The discharge type values to use in the supplemental file should match the specific Measure Forgiveness Code (M1, M2, M4, M5, or M3).
    - 43007.020: The Discharge Data Supplemental file with a previously delayed implementation date shall be implemented with this change request at no additional cost as it is already under contract. See Attachment 18000 Discharge Data v2.

- **43008.000: The servicers shall support twice daily operational reporting and submit the reports NLT 11am ET and 4pm ET each day via Box.com until the initial Measures 1, 2 and 3 discharge files are complete. See SDR Operational Reporting Template for additional details.**

- **43009.000 The servicer shall use the FMS discharge Reason codes in the WRTOFF transactions for each measure as described below.**

    - M1 for the forgiveness Measure 1: Current Balance Exceeds Original Principal Balance -

$20,000. 1133
- o M2 for the forgiveness Measure 1: Current Balance Exceeds Original Principal Balance - Unlimited. 1134
- o M4 as the forgiveness Measure 2: Forgiveness after 20 Years. 1135
- o M5 as the forgiveness Measure 2: Forgiveness after 25 Years. 1136
- o M3 as the forgiveness Measure 3: Eligible for SAVE Forgiveness, Not Applied. 1137

- **43010.000: The servicer shall not process the SDR forgiveness (Measures 1, 2, or 3) on the loan if any of the following discharges/forgiveness are actively pending on the loan:**
  - Borrower Defense to Repayment – Actively pending = Any borrower in the existing Sweet class or any borrower where an approved BD discharge request has been received at the servicer at the time the SDR request is received.
  - Forgery – Actively pending = An approved forgery discharge has been approved at the time the SDR request is received.
  - Identify Theft – Actively pending = An approved identity theft discharge has been approved at the time the SDR request is received.
  - False Certification – Actively pending = An approved false certification discharge has been approved at the time the SDR request is received.
  - Automatic Closed School – Actively pending = An automatic closed school discharge has been approved and provided to the servicer at the time the SDR request is received.
  - Closed School – Actively pending = A closed school discharge has been approved at the time the SDR request is received.
  - Public Service Loan Forgiveness – Actively pending = A PSLF forgiveness request has been approved and provided to the servicer at the time the SDR request is received.
  - Income Driven Repayment – Actively pending = An IDR forgiveness request has been approved and provided to the servicer at the time the SDR request is received.
  - Total and Permanent Disability– Actively pending = An IDR forgiveness request has been approved and provided to the servicer at the time the SDR request is received.
  - Death – Actively pending = An Death discharge request has been approved at the time the SDR request is received.
    - If any of those discharges/forgiveness are actively pending the servicer shall return the SDR request as unprocessed.
  - o 43010.010: Servicers shall allow borrowers to request to have SDR forgiveness reversed from a loan, within 6 months of the SDR application, if the borrower becomes eligible for the loan to be discharged for any other type of discharge or forgiveness.
    - 43010.011: The six-month limit will be upheld unless there is a court order requiring the other discharge type be applied (for example to comply with a settlement agreement).
    - 43010.012: Anytime, within the six-month period, that the borrower is eligible for a full discharge or forgiveness under the hierarchy above, the servicer shall reverse the SDR discharge and apply the other full discharge or forgiveness.
  - o 43010.020: If a servicer applies a partial discharge, after a Measure 1 discharge is applied, it shall never result in a credit balance. For example, if a borrower has a $5000 balance and receives $3000 in SDR forgiveness, leaving a $2000 balance. If the borrower then becomes eligible for and receives a $2,500 discharge, the servicer shall adjust the balance to $0 and the borrower would not receive a refund.

### *Section 46000: Records Retention*

- **46000.000: The contractor shall abide by record retention disposition schedule 075.**
  - 46000.010:
    ED Records Schedule SCHEDULE LOCATOR NO.: 075 APPROVED DATE: 1/5/2011 and 11/6/2017
    TITLE: FSA Loan Servicing, Consolidation, and Collections Records
    PRINCIPAL OFFICE: Federal Student Aid (FSA)
    NARA DISPOSITION AUTHORITY: N1-441-09-16 and DAA-0441-2017-0002
    DESCRIPTION: DESCRIPTION: These records document business operations that support the servicing, consolidation, and collection of Title IV federal student aid obligations. These records relate to the post-enrollment period of student aid, including servicing of direct loans, consolidation of direct loans, managing and recovering defaulted debts assigned to the Department from Federal Family Education Loan (FFEL) and other lenders, rehabilitated loans, and any other type of Title IV student aid obligation. This schedule provides a common disposition for records that comprise a variety of material and media, including but not limited to demographic and financial data on individual borrowers; institutional data on schools, guarantors, lenders, private collection agencies; records of financial transactions, payments, collections, account balancing and reconciliation, and reporting; records pertaining to customer interactions; and related correspondence and documents.
    DISPOSITION INSTRUCTIONS: ED 75 Section 6. Title IV Additional contractor System (TIVAS) master data files.
    This system contains records on federal student borrowers who have applied for and received loans under the William D. Ford Federal Direct Loan Program and the Federal Family Education Loan (FFEL) Program,
    TEMPORARY Cut off annually upon repayment or discharge of loan. Destroy/delete 15 years after cut off. Records for loans not repaid or discharged are retained for 75 years from the issuance of the original loan.
    Note: While 15 years is the official policy for borrower records, a shorter retention period is currently in review and expected to be approved prior to go-live.
  - 46000.020: The contractor shall document any borrower records not clearly defined within schedule 075.
    - 46000.021: The contractor shall maintain an inventory of records by category and disposition.
    - 46000.022: The contractor shall alert the contract office to any unscheduled records within 60 calendar days of identification.  Unscheduled records shall be treated as permanent until an approved schedule is assigned.
    - 46000.023: The contractor shall request and maintain disposition instructions for records by category.
    - 46000.024: The contractor shall destroy record at approved disposition/destruction intervals or provide justification and seek written approval from the contract office to retain longer.
    - 46000.025: For borrower accounts that have been transferred to another servicer, the contractor shall maintain those records in accordance with the defined record retention schedule.  The triggering event (date paid-in-full or date discharged) for defining retention period shall continue to be supported for transferred accounts. The contractor shall have the ability to accept notice of date paid in full or date discharged from FSA for these transferred accounts.
  - 46000.030: The contractor shall not dispose of any information during the life of the contract prior to verifying its record status and approved disposition schedule or confirmed as non-record material. For material determined to be a record, the information, regardless of format, should be safeguarded as a permanent record until record schedule is approved.

- o 46000.040: The contractor shall not dispose of any records during the life of the contract unless clearly approved for disposal by requirement or approval from FSA.
- o 46000.050: The contractor shall retain an inventory of all identified records by type and schedule in the NARA compliant format provided by FSA throughout the duration of the contract, submitting an updated copy to FSA annually, indicating adherence to the approved record schedule, or documented and approved rationale for deviation from the record schedule. See attachment "46000-Record Retention Schedule for USDS Servicer Records."
  - ▪ 46000.051: The contractor shall report unscheduled records on this inventory as "unscheduled." Per 36 CFR § 1220.18, unscheduled records are Federal records whose final disposition has not been approved by NARA on a SF 115, Request for Records Disposition Authority. Such records must be treated as permanent until a final disposition is approved.
- o 46000.060: The contractor shall retain all borrower records throughout the duration of the contract and provide the records to FSA at conclusion of the contract.

- **46001.000: The contractor shall retain electronic copies of all borrower correspondence, notices, and communications to/from borrowers throughout the life of the contract.**

  **https://www.govinfo.gov/content/pkg/FR-2018-09-10/pdf/2018-19497.pdf. See Attachment "46001_Universal-ERM-RequirementsTemplate updated.pdf."**

  - o 46001.010: When digitizing source record materials sent or received in support of executing the contracted deliverables, the contractor will adhere to the NARA standards in CRF 1236.3 (NATIONAL ARCHIVES AND RECORDS ADMINISTRATION 36 CFR Part 1236 [FDMS No. NARA–18–0003; NARA–2018–058] RIN 3095–AB98 Electronic Records: standards for digitizing temporary Federal records prior to the disposal of the original source records, where appropriate and in accordance with the Federal Records Act amendments of 2014.
    AGENCY: National Archives and Records Administration (NARA). ACTION: Proposed rule. Link provided to Federal Register / Vol. 83, No. 175 / Monday, September 10, 2018 / Proposed Rules 45587  https://www.govinfo.gov/content/pkg/FR-2018-09-10/pdf/2018-19497.pdf.
  - o 46001.020: The contractor shall retain all borrower records throughout the duration of the contract and provide the records to FSA at conclusion of the contract.
    Note: Copies converted into electronic formats are allowed if standards are met to ensure integrity as outlined in 46000.000 and 46001.010.

- **46002.000: The system shall retain servicing documentation (including inventories of records) to support key financial and operational controls identified through the contractor's SSE16/A-123A process.**

  - o 46002.010: The contractor shall provide this documentation to FSA, or FSA approved personnel, on demand.
  - o 46002.020: The contractor shall retain this documentation throughout the duration of the contract and provide the documentation to FSA at conclusion of the contract.

- **46003.000: The contractor shall retain credit reporting files for all borrowers throughout the duration of the contract.**

  - o 46003.010: The contractor shall provide the credit reporting files (files as sent to credit reporting agencies) to FSA, or FSA approved personnel, on demand.
  - o 46003.020: The contractor shall retain the credit reporting files throughout the duration of the contract and provide the documentation to FSA at conclusion of the contract.

- **46004.000: The contractor shall meet all Federal and FSA record retention standards including, but not limited to:**

  o 46004.010: Citations to pertinent laws, codes, and regulations, such as: 44 U.S.C chapters 21, 29, 31 and 33; Freedom of Information Act (5 U.S.C. 552); Privacy Act (5 U.S.C. 552a); 36 CFR Part 1222 and Part 1228.
  o 46004.020: The contractor's system(s) used to execute and support contract delivery will adhere to 36 CFR Part 1236 – ELECTRONIC RECORDS MANAGEMENT;  36 CFR Subpart B – Records Management and Preservation Considerations for Designing and Implementing Electronic Information Systems.
  o 46004.030: The contractor and contactors shall treat all deliverables under the contract as the property of the U.S. Government for which the Government Agency shall have unlimited rights to use, dispose of, or disclose such data contained therein as it determines to be in the public interest.
  o 46004.040: The contractor shall not store any records related to the contract on a non-government authorized repository.
  o 46004.050: The contractor shall not create or maintain any records that are not specifically tied to or authorized by the contract using Government IT equipment and/or Government records.
  o 46004.060: The Contractor shall not retain, use, sell, or disseminate copies of any deliverable that contains information covered by the Privacy Act of 1974 or that which is generally protected from public disclosure by an exemption to the Freedom of Information Act.
  o 46004.070: The contractor shall not create or maintain any records containing any Government Agency records that are not specifically tied to or authorized by the contract.
    ▪ 46004.071: The Government Agency owns all rights to all data/records produced as part of this contract.
  o 46004.080: The Government Agency owns the rights to all electronic information (electronic data, electronic information contractor, electronic databases, etc.) and all supporting documentation created as part of this contract. The contractor must deliver sufficient technical documentation with all data deliverables to permit the agency to use the data.
  o 46004.090: The contractor agrees to comply with Federal and Agency records management policies, including those policies associated with the safeguarding of records covered by the Privacy Act of 1974. These policies include the preservation of all records created or received regardless of format (paper, electronic, etc.), or mode of transmission (e-mail, fax, etc.) or state of completion (draft, final, etc.).
    See attachment "46004_ NPRM – Digitizing Records (NARA) – 82 Fed Reg 45587."

- **46005.000: The contractor shall ensure any hard copy documents stored are prepared for relocation.**

  o 46005.010: The contractor shall ensure any hard copy documents that may eventually require relocation are stored in Federal Record Center (FRC) approved boxes and are stored following FRC guidelines to allow for simple relocation at FSA request.

- **46006.000 The contractor shall ensure borrower data privacy.**

  o 46006.010 The Department of Education has exclusive ownership of all information stored in, retrieved, modified, and/or archived in as part of this service. The contractor shall have no rights in such information and no rights to such information shall vest on the contractor by virtue of its performance of this contract. No other party has the right to copy, delete, archive, or transfer such information without the prior express written consent of the Department of Education.
  o 46006.020: The contractor shall not use such information for any marketing or solicitation purpose including, but not limited to, commercial advertising, credit offers, or similar

campaigns.

- **46007.000: The contractor shall support the decommissioning of the contract.**

  - 46007.010: In the event the contractor decommissions as a Federal loan servicer, the contractor shall support the offloading and transfer of all the historical borrower data currently stored on the contractor's system (beyond what is currently transferred in the EA27, EA80, and Supplemental Files) to be archived and stored by FSA or by one of FSA's vendors.
  - 46007.020: This transfer of data will include the necessary documentation and indexing to allow FSA or an FSA Vendor to create queries and reports to support historical account research.
  - 46007.030: The contractor shall develop a Phase-Out Plan (Phase-Out Plan) to affect a smooth and orderly transfer of contract responsibility to a successor. The Phase-Out Plan shall fully describe how the contractor will approach project Phase-Out including but not limited to the following issues: Employee notification; retention of key personnel; turn-over of work-in-progress, inventories (e.g., Federal records including borrower accounts, Standard Operating Procedures [SOPs], software licenses, telephone lines), Government property; surrender of Federal records, removal of contractor property form Government facilities; data and information transfer; surrender of Federal records; and any other actions required to ensure continuity of operations.
  - 46007.040: The contractor's Phase-Out Plan shall require that the contractor and the Government conduct an inventory of all systems, GFE, Federal records, contract deliverables, work in progress, and other items required for the support of the servicing solution. Following such inventory, the contractor will conduct a joint inventory with the successor contractor and/or FSA to ensure a smooth transition of all applicable services.
  - 46007.050:The Phase-Out Plan must also include the following: Reconciliation of all property accounts, requisitions, work-in-progress; turn-in of excess property; Contractor's work areas clean-up; plan for training successor contractor, specialized equipment, utilities systems, and ongoing work that the successor would be required to complete; transfer of Federal records, sanitizing contractor equipment and systems of all Federal records; and security debriefings in accordance with FSA security procedures for incumbent personnel holding security clearances.
  - 46007.060: The Phase-Out Plan must address the phase-in activities required under FAR 52.237-3, including a training program for the incoming contractor, transition dates for work described in the plan observation periods, access to employees of on-site interviews, etc. The Phase-Out Plan must include an observation period at which time management personnel of the incoming workforce can observe operations and performance methods of the contractor. This will allow for orderly turnover of facilities, equipment, and Federal records and will help to ensure continuity of service. The USDS Servicer shall not defer any requirements of the Transition-Out plan for the purpose of avoiding responsibility, or of transferring services to the succeeding contractor. The contractor shall fully cooperate with the succeeding contractor and the Government so as not to interfere with their work or duties.

### Section 47000: Data Management & Integration

- DEFERRED FUTURE CLIN 7 REQUIREMENT **– 47000.000: The contractor shall create the Servicer Data Supplemental File (ESF) to be sent to the Enterprise Data Warehouse and Analytics (EDWA) system.**
  - o 47000.010: The contractor shall create the ESF according to the layout specified in the ESF Schema Layout document. See attachments "47000 EDWA Servicing Data Elements."
  - o 47000.020: If there is no activity for the contractor for a given week the contractor will send an email stating there is no data to be sent.
  - o 47000.030: The contractor shall send the CSV file weekly.

- DEFERRED FUTURE CLIN 7 REQUIREMENT **– 47001.000: The contractor shall accept the Servicer Data Supplemental (ESF) response file from the EDWA system.**

  - o 47001.010: The ESF response file will be created by EDWA according to the layout specified in the ESF Schema Layout document. See attachment "47000 EDWA Servicing Data Elements."
  - o 47001.020: The contractor shall review the errored record information from the ESF file from EDWA to determine which records from the ESF were accepted and which were rejected. See attachment 47000 EDWA Servicing Data Elements."

- DEFERRED FUTURE CLIN 7 REQUIREMENT **– 47002.000: The contractor shall resolve rejected transactions received from EDWA.**
  **Note: The reject process shall be implemented and monitored by the ESF system. The EDWA system shall identify and provide rejected data, along with the data payload for the ESF system to determine what corrective actions are required. As needed, the ESF system will resend the entire event message payload should a correction be required.**

  - o 47002.010: The contractor shall review rejected transactions, and work with EDWA personnel to analyze why the reject occurred.
  - o 47002.020: The contractor shall resend rejected transactions using the original EventID once corrected, as needed.
  - o 47002.030: The contractor shall have the ability to "close" rejected transactions if they are not required to be sent. Closed transactions will no longer be identified as unresolved rejects.

- DEFERRED FUTURE CLIN 7 REQUIREMENT **– 47003.000: The contractor shall send the ESF and receive the ESF via the Student Aid Internet Gateway (SAIG).**

  - o 47003.010: The contractor shall send the ESF Every Friday between 10:00 PM and 2:00 AM (Saturday). Note: Schedule may be modified as agreed to by contractor, EDWA, and FSA.
  - o 47003.020: The contractor shall send the ESF to the following EDWA SAIG Mailboxes:
    - TGN4866 – Production mailbox
    - TGD5024 – Test mailbox
  - o 47003.030: The contractor shall send the ESF using the following message classes:
    - EDWSVCIN (production)
    - EDTSVCIN (test)
  - o 47003.040: The contractor shall receive the ESF between 10:00 PM Friday and 2:00 AM the following Tuesday. Note: Schedule may be modified as agreed to by contractor, EDWA, and FSA.
  - o 47003.050: The contractor shall have a unique Test TG mailbox number to send and receive files from/to EDWA using SAIG.
  - o 47003.060: The contractor shall have a unique Production TG mailbox number to send

and receive files from/to EDWA using SAIG.
- o 47003.070: Links to SAIG Mailbox resources are located at:
  https://fsapartners.ed.gov/knowledge-center/topics/software-and-other-tools

- **47004.000: The contractor shall attend the contractor/EDWA interface meeting.**

  - o 47004.010: The interface meeting will be held weekly or more often as necessary and may be combined with similar interface meetings.

- **47005.000: The contractor shall participate in Intersystem Testing (IST) with EDWA.**

  **Note: Test will consist of sending several files that contains various data. Data will need to be valid and invalid data to support the testing of the response files and error code processing.**

- DEFERRED FUTURE CLIN 7 REQUIREMENT **– 47006.000: FSA is in the process of designing and implementing an Enterprise API Management solution.  The Servicing solution ingress/egress API's (Exposing APIs for use externally to the Servicing solution and/or Servicing solution features using APIs provided by other FSA systems) shall integrate/use FSA's Enterprise API Management solution. The servicer's solution for APIs shall conform to the API Enablement Guide at go-live of the initial task order.  See attachment "47006_API_Enablement_Guide _v1.6."**

  - o 47006.010: FSA API Management Solution envisions the following capabilities:
    - ▪ 47006.011: API Specification Repository capturing full API specifications enabling machine readable API specification that can be used in FSAs DevSecOps tool chain and infrastructure as code capacities.
    - ▪ 47006.012: API Developers portal allowing developers to discover and leverage FSA APIs.
    - ▪ 47006.013: API Governance enabling FSA to manage and coordinate API changes across the organization.
    - ▪ 47006.014: Gateway standards for all ingress and egress access points. Specific Gateway technologies will be determined at a later time.
    - ▪ 47006.015: API Management solution standards for securing and monitoring internal APIs.
    - ▪ 47006.016: Automated deployment and configuration of API's through DevSecOps tool chain.
    - ▪ 47006.017: All ingress and egress Servicing APIs interacting with FSA systems shall use oAuth standards.  All access tokens will be managed by one of FSA Enterprise Access Token managers (AIMS, PAS, System to System).
    - ▪ 47006.018: Security rules and policies for ingress and egress access to APIs shall be externalized and available to the API Management solution for enforcement.  Those policies shall be under change management and subject to governance.
    - ▪ 47006.019: All APIs exposed to websites or mobile apps (both servicer and FSA) will protect those API using FSAs Enterprise API Management standards.
  - o 47006.020: The contractor shall collaborate with FSA to establish API Security policies that can be externalized and managed in the API Management solution.  The service can replicate those security policies in their solution but must coordinate with FSA so that those rules can be centrally managed, applied, and informed access APIs servicer ingress and egress APIs through FSAs API Management Solution.

- **47007.000: The contractor shall develop and implement FSA-approved protocol specification for data exposure from systems/applications in the vendor IT environment to downstream servicing operational components and data lake in FSA's IT environment.**

- o 47007.010: Protocol specification must encompass data governance protocols in addition to integration and interoperability protocols.
- o 47007.020: The contractor shall maintain documented lifecycles and processes for how data flows across its processing platform, define crosswalks for data across multiple systems, and ensure IT solutions are configured to meet FSA's data integration needs.
- o 47007.030: The contractor shall support data migration and ingestion of historical loan data into FSA-approved destinations, to enable operational reporting and longitudinal analysis involving historical data.
- o 47007.040: The contractor shall support data migration and ingestion of relevant third-party data into FSA-approved destinations, to enable the third-party data to be incorporated into operational reporting and analyses.

- **DEFERRED FUTURE CLIN 7 REQUIREMENT – 47008.000: The contractor shall enable real-time data services with built-in APIs to provide a universal access method independent of language specific integration, greater flexibility in implementation tools, and capabilities to perform additional business logic on the data, including formatting, standardization, and enrichment.**

- **DEFERRED FUTURE CLIN 7 REQUIREMENT – 47009.000: The contractor shall ensure proper metadata management to include the following:**

  - o 47009.010: System functionality to capture and store: (a) audit trails of when core, reference, and unmatched data was captured and updated; (b) record of attribute changes; and (c) definitions of data elements, locations, and types
  - o 47009.020: Business capabilities to query, search, and report on metadata

- **DEFERRED FUTURE CLIN 7 REQUIREMENT – 47010.000: The contractor shall ensure data-related tools and solutions properly meet all applicable data governance requirements which may include, but are not limited to, the following:**

  - o 47010.010: Data synchronization and availability: Integrate with upstream source systems and downstream consuming systems either in batch ETL or API (timeliness, frequency, service-level agreements).
  - o 47010.020: Data quality standards: Ensure that data is complete, accurate, and consistent. Profile, cleanse, and monitor data on an on-going basis.
  - o 47010.030: Data conformity and interoperability: Support common keys, industry standards, and common object model to enable longitudinal analysis.
  - o 47010.040: Data privacy: Create processes, including any required encryption, data masking and tokenization, etc., with a particular focus on practical PII management without overly conservative access limitations.
  - o 47010.050: Data change management: Maintain a change management process to make changes to data (updates vs. initial creation, transactional, exception handling, etc.).

- **DEFERRED FUTURE CLIN 7 REQUIREMENT – 47011.000: The contractor shall provide FSA a data dictionary of data stored on the contractor's systems.**

  - o 47011.010: The contractor shall provide FSA a data dictionary for all data housed on a servicer's platform, including ancillary services/sub-contractors that access data relating for FSA Customers.
  - o 47011.020: The data dictionary shall include the following:
    - ▪ 47011.021: Field name, field definition (in simple to understand terms), valid values for the content, field format/length for data stored in the servicing system (i.e., databases, access databases, tables, and spreadsheets).
    - ▪ 47011.022: Specialized data including, but not limited to:

- Imaged data:
  - Collateral materials, specifically promissory notes
  - Old/Legacy data
  - Other imaged data
  - Forms and other documents provided by the borrower customer
- Historical transactional data for all actions (financial and non-financial) taken on an account including but not limited to payments, refunds, schedule histories, credit reporting, and communication (paper, email, fax, etc.) data.
  - TIVAS (including NFP) Loan consolidation origination data
  - Nelnet's payment support vendor, and Post ACES data
  - Great Lakes Legacy consolidation data and images
    - 47011.023:  Archived data, including zero balance and paid-in-full loans.
    - 47011.024: Custom handling/specialized data such as bankruptcy settlements, stipulated repayment plans, court orders, etc.
  - 47011.030: The contractor shall provide a catalog of their procedures and training materials.
  - 47011.040: The contractor shall provide the deliverables in this requirement to FSA on an annual basis (or upon request) in an Excel workbook.

- **47012.000: USDS Servicers shall establish a connection to the Kafka streaming platform in EDMAPS. See attachment "USDS Servicer Interfaces – Streaming Approach Overview – 09-25-2023."**

- **47013.000: USDS Servicers shall support the following interfaces required for the PSLF/TEPSLF integration with SPS:**

  - **Loan Forbearance Notification. See attachment "Loan Forbearance ICD_EDMAPS V3."**
  - **Loan Forgiveness Notification. See attachment "Loan Forgiveness ICD_EDMAPS V2."**

- **47014.000: USDS Servicers shall support the following interfaces required for the TEACH integration with SPS:**
  - **TEACH Conversion Notification. See attachment "Teach Conversion Notification and Response ICD_EDMAPS V3."**
  - **TEACH Loan Cancellation Notification. See attachment "Teach Loan Cancellation Notification and Response ICD_EDMAPS V3."**

- **47015.000: [RESERVED]**

- **47016.000: USDS Servicers shall pull messages from the EDMAPS/Kafka platform no less than once per business day.**

  - 47016.010: USDS Servicers may pull messages from the EDMAPS/Kafka platform multiple times a day depending on the needs of their system implementation.

- **47017.000: USDS Servicers shall provide production support of the SPS interfaces.**
  - 47017.010: USDS Servicers share and maintain updated technical contact information between FSA and the EDMAPS vendor in support of the EDMAPS/Kafka based interfaces for resolving issues and defects, and the communication of planned and unplanned outages.
  - 47017.020: USDS Servicers shall monitor and resolve defects with the EDMAPS/Kafka platform interface.
  - 47017.030: USDS Servicers shall develop processes and procedures that ensure consumption and processing of all messages.

- 47017.031: USDS Servicers shall log and store the message ID of retrieved messages to support troubleshooting, including detection of duplicate messages for a minimum of 180 days after retrieval.
- 47017.032: USDS Servicers shall store the contents of processed messages either in the original JSON format or a suitable structured format for a minimum of two years after processing is complete.

- **47018.000: USDS Servicers shall provide an inter-system testing (IST) environment and support IST of the SPS interfaces with the SPS/EDMAPS vendor for both initial go-live, and for subsequent changes as needed through the change management process.**

### Section 48000: Reporting

- **48000.000: The contractor shall provide FSA regular reports to facilitate oversight and accountability.**

    - 48000.010: The contractor shall submit per the schedule and method provided the reports listed in the attachment "Legacy Reporting CR Tables 2022-1-4.xlsx", tab "General Requirement 1."
        - 48000.011: The contractor shall support the defined reporting templates, schedule, and submission method.
        See 48000_Enhanced Reporting Template attachments below:
            - 48000_01. Contact Center Statistics
            - [DEFERRED CLIN 7 REQUIREMENT] 48000_02. Customer Interaction Logs
            - [DEFERRED CLIN 7 REQUIREMENT] 48000_03. Timeliness Report Template
            - 48000_04. Volume Report SLA (including Volume Report SLA Rollup) and Volume Report SLO ["Payments_Summary" Tab [DEFERRED CLIN 7 REQUIREMENT]
            - 48000_06. Staffing and Forecast Report
            - 48000_07. Contact Center Quality Control Template
            - 48000_08. Customer Complaint Log
            - 48000_09. Credit Reporting and Dispute Reporting Template ["Disputes" Tab [DEFERRED CLIN 7 REQUIREMENT]
            - 48000_AA. Enhanced Reporting Categories and Subcateg
            - [DEFERRED CLIN 7 REQUIREMENT] 48000_Legacy Reporting CR Table
        - 48000.012: Daily is defined as Monday to Friday excluding federal holidays.
        - 48000.013: Weekly and monthly reports that fall on weekends or federal holidays will be submitted the next federal business day.
    - 48000.020: Definitions, data types, and formatting shall be adhered to without modification as specified in the template for all templates, except the "Internal Quality Assurance and Error Report" which can be submitted in a format defined by the servicer. Definitions for all data fields are provided in the template on the Definitions tab.
    - 48000.030: All fields with repetitive data, such as the vendor NSLDS GA code, shall be filled in for every record so FSA can automate the extraction.
    - 48000.040: The servicer shall email their assigned POCs separately from the report submission with important notes or comments regarding the report. FSA will be automating the processing of the reports for inclusion in other reports and will not be manually reading the emails or notes within the report.
    - 48000.050: Reports to be submitted via email:
        - 48000.051: Reports requiring email submission per requirement 1 shall be updated and emailed to a list of FSA staff and mailboxes set by FSA.
        - 48000.052: The report submission email shall be titled "NSLDS GA CODE Report Name," where NSLDS GA CODE is the three-digit NSLDS assigned GA code used to identify the servicer and the Report name is the given report name. For example, if Nelnet submitted their Volume Report on January 1, 2024, a subject line would be "580 Volume Report SLA 20240101". Email subject lines will be as follows:
            - NSLDS GA CODE Contact Center Statistics YYYYMMDD
            - NSLDS GA CODE Customer Interaction Logs YYYYMMDD
            - NSLDS GA CODE Timeliness Report YYYYMMDD
            - NSLDS GA CODE Volume Report SLA YYYYMMDD
            - NSLDS GA CODE Volume Report SLA Rollup YYYYMMDD

- NSLDS GA CODE Volume Report SLO YYYYMMDD
- NSLDS GA CODE Staffing and Forecast Report YYYYMMDD
- NSLDS GA CODE Contact Center Quality Control YYYYMMDD
- NSLDS GA CODE Customer Complaint Log YYYYMMDD
- NSLDS GA CODE Credit Reporting and Dispute Reporting YYYYMMDD
- NSLDS GA CODE Enhanced Reporting Categories and Subcateg YYYYMMDD

- 48000.053: The file shall be named "NSLDS GA CODE Report Name YYYYMMDD" where NSLDS GA CODE is the three digit NSLDS assigned GA code used to identify the servicer, YYYY is the four-digit year, MM is the two-digit month, and DD is the two-digit day. For example, if Nelnet submitted their weekly "Volume Report SLA" on January 18, 2022, the file would be labelled: "580 Volume Report 20220118". File names will be as follows:
  - NSLDS GA CODE Contact Center Statistics YYYYMMDD
  - NSLDS GA CODE Customer Interaction Logs YYYYMMDD
  - NSLDS GA CODE Timeliness Report YYYYMMDD
  - NSLDS GA CODE Volume Report SLA YYYYMMDD
  - NSLDS GA CODE Volume Report SLA Rollup YYYYMMDD
  - NSLDS GA CODE Volume Report SLO YYYYMMDD
  - NSLDS GA CODE Staffing and Forecast Report YYYYMMDD
  - NSLDS GA CODE Contact Center Quality Control YYYYMMDD
  - NSLDS GA CODE Customer Complaint Log YYYYMMDD
  - NSLDS GA CODE Credit Reporting and Dispute Reporting YYYYMMDD
  - NSLDS GA CODE Enhanced Reporting Categories and Subcateg YYYYMMDD

- 48000.054: The "Customer Complaint Log" report will contain, and the "Contact Center Quality Control" and "Internal Quality Assurance and Error" reports may contain, customer PII and those reports shall be password protected with the current SEAD password.
- 48000.055: All of the other reports submitted by email shall not contain PII and shall not be password protected.
- 48000.056: Weekly reports shall include data for the prior 90 calendar days. Monthly data shall include data for the prior 12 months.
- 48000.057: The "Staffing and Forecast Report" shall provide six months of forecast data except for the PerSec detail which at least two months of forecast data will be provided.

- [DEFERRED CLIN 7 REQUIREMENT] - 48000.060: Reports to be submitted via SAIG Mailbox:
  - 48000.061: Reports requiring SAIG Mailbox submission per requirement 1 shall be updated and submitted to the SAIG Mailbox for processing and loading into EDWA.
  - 48000.062: Each data tab within each template will be submitted as a CSV comma delimited file to the EDWA SAIG mailbox TGN4866, where the file name and message class IDs are specified in Appendix Table A: Details on Files and Tables.
  - 48000.063: Informational tabs (definitions and categories) shall not be submitted. The data types row in each data tab shall be removed before submission.
  - 48000.064: Weekly reports shall include data for the prior week only. Monthly data shall include data for the prior month only. Daily reports shall include data for the prior day only.
  - 48000.065: The "Staffing and Forecast Report" shall provide six months of forecast data except for the PerSec detail which at least two months of forecast data will be provided.

- o [DEFERRED CLIN 7 REQUIREMENT] 48000.070: Test reports shall be provided by contractor and loaded into EDWA.
- o [DEFERRED CLIN 7 REQUIREMENT] 48000.080: The vendor shall support troubleshooting of any issues related to the test reports to include submitting subsequent test reports until the report and process is approved by FSA.

- **48001.000: The contractor shall provide regular operation and financial reports.**

  - o 48001.010: The contractor shall provide to FSA the operational and financial reports on the prescribed schedule and frequency, and to the designated delivery points.
    - ▪ 48001.011: The following attachment(s) contain some of the relevant reporting templates:
      - 48001_Bankruptcy Aging Report (Monthly)
      - 48001_Bankruptcy Report (Monthly)
      - 48001_Discharge Application and Aging Report (Monthly) v.2
      - 48001_Discharge Approval Denial Workflow (Weekly)
      - 48001_IDR Application and Processing (Daily)
      - 48001_IDR Detail File (Monthly)
      - 48001_IDR Summary (Monthly)
      - 48001_LoansConsol (Monthly)
      - 48001_LoansRehab (Monthly)
      - 48001_Performance Tracking Summary (Monthly)
      - 48001_Portfolio Cohort Performance (Monthly)
      - 48001_Portfolio Summary Report (Monthly)
      - 48001_Service Member Delinquency Report (Monthly)
      - 48001_Service Member Listing Report (Monthly)
      - 48001_Servicer Clearance Requests (Monthly)
      - 48001_Servicer Inventory Report (Monthly)
      - 48001_Touch Point Call Report (Bi-weekly)
    - ▪ 48001.012: FSA will provide the contractor with the specific timing for each report, file naming conventions, and the associated distribution list.

- **48002.000: The contractor shall provide a weekly closed school and automatic closed school discharge reports.**
  - o 48002.010: The contractor shall provide the closed school and automatic closed school discharge applications report to FSA every Monday by 5 PM ET. If Monday is a holiday, the report shall be provided by 5 PM the following business day.
  - o 48002.020: The report shall include all processing of closed school and automatic closed school discharge applications through the prior Friday.  Details of the report shall be created along with other operational reports (see attachments "48002_Discharge Automatic Closed School" and "48002_Discharge Closed School Application Report").
  - o 48002.030: The report shall be a cumulative report each week (including all CSD and ACSD applications processed for all Schools). Existing application entries will be updated, and new entries will be added.
  - o 48002.040: The closed school report shall be updated and emailed to a list of FSA staff and mailboxes set by FSA. The subject line of the report should be "CSD.700XXX.MMCCYY" (Where 700XXX is the specific six-digit code for the contractor (e.g., 700500 for MOHELA) and MMDDCCYY is the Friday date that the report is reporting through).
  - o 48002.050: The automatic closed school report shall be sent weekly. The subject line of the report should be "Automatic Closed School Discharge.700XXX.MMCCYY" (where 700XXX is the specific six digit code for the servicer [e.g., 700500 for MOHELA] and MMDDCCYY is the Friday date that the report is reporting through).

- **48003.000: [DELETED]**

- o 48003.010: [DELETED]
- o 48003.020: [DELETED]
- o 48003.030: [DELETED]
- o 48003.040: [DELETED]

- **48004.000: The contractor shall provide weekly reporting regarding borrower defense via email to FSA.**
  - o 48004.010: The servicer shall provide FSA a weekly borrower defense discharge report.
  - o 48004.020: The servicer shall provide this report by 1 PM ET each Tuesday (or following business day if Tuesday is a holiday) showing all activity updated through the prior Friday. See attachments "48004 Discharge Borrower Defense Report" and "48004 Discharge Borrower Defense Adjustment Report."
  - o 48004.030: The report shall be updated and emailed to a list of FSA staff and mailboxes set by FSA.

- **48005.000: The contractor shall properly encrypt and password protect files containing borrower PII being sent by email or uploaded.**
  - o 48005.010: Unless otherwise directed by other requirements, the contractor shall encrypt and password protect any documents containing borrower personally identifiable information being emailed or transferred.
  - o 48005.020: Unless otherwise directed by other requirements, the contractor shall use the SEAD monthly password for any documents being emailed or transferred to FSA.

- **48006.000  The contractor shall support Return to Repayment specific reporting for the period defined by FSA. See attachment "48006.000_EDMAPS Return to Repayment Data Reporting ICD- v12."**
  - o 48006.010: The contractor shall use Attachment "48006.000 Return to Repayment Report Template." The report template shall be updated with data from the prior business day and submitted daily by 9 AM starting on the implementation date and stopping one year after the end of all CARES Act extensions or until instructed by FSA.
  - o 48006.020: Reports shall be submitted to the SAIG Mailbox for processing and loading into EDWA. The SAIG Message Class ID will be provided once setup.
  - o 48006.030: Reports shall be emailed to TivasReports@ed.gov, DSEWReports@ed.gov, and VOG-FSA@ed.gov mailboxes.
    - ▪ 48006.031: The report submission email shall be titled "NSLDS GA CODE Repayment Transition Report," where NSLDS GA CODE is the three-digit NSLDS assigned GA code used to identify the servicer.
    - ▪ 48006.032: The file shall be named "NSLDS GA CODE Repayment Transition Report YYYYMMDD," where NSLDS GA CODE is the three-digit NSLDS assigned GA code used to identify the servicer, YYYY is the four-digit year, MM is the two-digit month, and DD is the two-digit day.
    - ▪ 48006.033: The report shall not be password protected.
    - ▪ 48006.034: The report shall not contain Personally Identifiable Information (PII).
  - o 48006.040: Definitions, data types, and formatting shall be adhered to without modification as specified in the template.  Definitions for all data fields are provided in the template on the Definitions tab.
  - o 48006.050: The report shall provide data for the prior day.
  - o 48006.060: The Payment Details tab should include loan payment dates 90 days prior, and 31 days post the "Data as of Date."
    - ▪ 48006.061:  Data shall be provided for every status and metric listed on the Categories tab and available via the template pulldown, except on the Payment Details tab in which metrics requiring knowledge of attributes on 2/29/2020 shall omit loans/borrowers transferred to the vendor after this date.
  - o 48006.070: Statuses and metrics with zero loans or borrowers shall be listed in the report with zero loans or borrowers.
  - o 48006.080: All fields with repetitive data, such as the vendor NSLDS GA code, shall be

filled in for every record so FSA can automate the extraction.
- o 48006.090: The servicer shall email their assigned liaison separately from the report submission with important notes or comments regarding the report.  FSA will be automating the processing of the reports for inclusion in other reports and will not be manually reading the emails or notes within the report.

### Section 49000: Contact Center

- **49000.000: The contractor shall maintain a customer contact center(s) for borrowers.**

  - 49000.010: The servicer shall ensure the contact center is open the following hours only:
    - Mon: 0800-2300 ET
    - Tue – Fri: 0800-2000 ET
    - Sat: 1000-1400 ET
      - 49000.011: From April 1, 2024, through March 31, 2025, the contractor shall ensure the contact center is open the following minimum hours:
    - Mon: 0800-2100 ET
    - Tue – Wed: 0800-2000 ET
    - Thur – Fri: 0800-1800 ET
  - 49000.020: The contractor shall have English and Spanish speaking representatives during all open hours.
  - 49000.030: The contractor shall maintain a minimum customer satisfaction rating of at least 60% or higher from 4/1/2024 through 9/30/2024 and thereafter 70% or higher as determined by FSA's Customer Satisfaction Survey.
  - 49000.040: The contractor shall maintain a monthly abandon rate from 4/1/2024 through 3/31/2025 of 8.0% or lower and thereafter 4% or lower.
    - 49000.041: Calls Offered to Agents: The total number of calls offered to a queue for agents to answer, which includes callers put in a virtual hold or given other callback options.
    - 49000.042: Calls Handled by Agents: The total number of calls answered by the agent. If utilizing virtual hold or other callback options, this includes the total number of virtual hold or other callback options that resulted in a caller speaking to an agent on the same day as a call. This does not include voicemail messages left for callers opting for callbacks or callbacks that do not connect with the caller.
    - 49000.043: Calls Abandoned: The total number of calls that have been offered into a communications network or telephone system but is terminated by persons originating the contact before an agent answers their calls.
    - 49000.044: If a caller opts to utilize either virtual hold or other callback features and a contact is made with the caller following their request, the call must be reported as a Call Handled. If an attempt is made the same day to reach a caller following their request and they are unavailable, the call should not be reported as a Call Abandoned. If a caller makes a request for a callback and no attempt is made to reach the caller in the same day as the request, the call must be reported as an Abandoned Call.
    - 49000.045: Abandon Rate is the percentage of callers offered to an agent who hang up before an agent is able to intercept the call ("Calls Abandoned" / "Calls Offered to Agents").
  - 49000.050: The contractor shall ensure that 95% of customer interactions (e.g., inbound and outbound calls, chats, and emails) pass an interaction quality monitoring review as measured by FSA. FSA will develop, with input from the contractor, a scorecard for evaluating customer interactions and will update that scorecard periodically.
  - 49000.060: The contractor shall have a Call Management System to handle all inbound and outbound calls including required recording and reporting, as well as Interactive Voice Response (IVR) capabilities.
  - 49000.070: The servicer shall ensure the contact center adheres to the same federal holiday schedule as FSA. If FSA is closed for a federal holiday, the servicer's contact center services shall be unavailable to borrowers on that day.
    - 49000.071: The servicer shall ensure the contact center is open for the operating hours listed in 49000.010 unless it is a federal holiday.

- **49001.000: The contractor shall adhere to the Telephone Consumer Protection Act (TCPA).**
  - o  49001.010: The contractor shall receive customer consent when contacting customer via cell phone and text messages.
    - ▪ 49001.011: When capturing cell phone consent directly from the borrower, the contractor shall use language that aligns with the cell phone consent language in the Direct Loan MPN.  (e.g., "[I authorize] the schools, ED, and their agents and contractors to contact me regarding my loan request or my loan, including repayment of my loan, at any cellular telephone number I provide now or in the future, using automated dialing equipment or artificial or prerecorded voice or text messages.")
  - o  DEFERRED FUTURE CLIN 7 REQUIREMENT – 49001.020: The contractor shall force a customer to choose their options the first time they log in to the website. Consent should be stored with an effective date and viewable on the website.
  - o  49001.030: If the customer does not log in to the website, the contractor shall consider no consent granted unless consent has been granted via another source (chat, COD, email, postal mail, promissory note, etc.) and stored. The default if the customer does not log in to the website shall be No Consent.
  - o  49001.040: The contractor shall store the effective date of the consent when received from sources other than the web. Images of any written/digital correspondence shall be retained.

- **49002.000: The contractor shall receive the customer's consent for eCorrespondence communications.**

  - o  49002.010: The contractor shall receive customer consent via web, email, chat, verbal, or paper. Note: This is used in conjunction with the eCorrespondence option data provided in the Loan Origination Activity file.
  - o  49002.020: If the customer consents via web, the contractor shall have the customer confirm receipt and understanding of terms and conditions of eCorrespondence and record that action on the customer's account.
  - o  49002.030: If the customer consents via verbal, email, chat, or paper, the contractor shall notate the conversation on the customer's account and disclose the terms and conditions of eCorrespondence.
  - o  49002.040: The contractor shall help the customer to withdraw consent to eCorrespondence via web, email, chat, verbal, paper, or the eCorrespondence data received via the Loan Origination interface.
    - ▪ 49002.041: The contractor shall maintain an effective date for each change the customer makes and that effective date shall be used in determining if the customer's option should be updated.
    - ▪ 49002.042: The contractor shall maintain an audit trail for each eCorrespondence option change that a customer selects. The audit trail needs to include, the date, time, effective begin date, end date (if current option is being updated), and option chosen.
    - ▪ 49002.043: The contractor shall maintain an audit trail for each web chat conversation with a customer when the conversation results in updates that are made to the customer's account.

- **49003.000: The contractor shall refer to the "24000 Communication Listing v3" for triggers specific to eCorr.**

- **49004.000: The contractor shall ensure FSA has access to a real-time call statistics dashboard.**

  - o  49004.010: The contractor shall provide FSA with a dashboard/terminal as needed to allow FSA to see and validate calling functions such as wait times, talk times, wrap-up

times, call allocations, and blocked calls. The details of all splits, numbers, etc. should be available.

- **49005.000: The contractor shall support FSA customer service surveys.**
  - 49005.010: The contractor shall enable FSA to conduct post-transactional customer satisfaction surveys of customers who interact with the contractor (e.g., surveying customers after they submit applications, after applications are processed, after the customer contacts the servicer or vice versa, after the customer makes a payment, etc.).
  - 49005.020: The contractor shall enable always-on customer satisfaction surveys (e.g., embedding a survey on the contractor's websites and a survey within all the contractor's email communications).
  - 49005.030: The contractor shall enable FSA to conduct relationship level customer satisfaction surveys (i.e., a quarterly survey to a randomized sample of borrowers).
  - 49005.040: The contractor shall provide support for FSA, or FSA's vendors, to execute surveys of customers by providing information needed to complete surveys (customer info/status/demographics for specific cohorts of customers).
  - 49005.050: Support for surveys may include providing information related to customers meeting certain criteria, reviewing survey content, triggers, alerting, closed loop feedback and other processes/procedures, reviewing survey results and consulting with FSA on analysis and recommendations from survey results. Additionally, servicers will need to provide support for inter-system testing (IST) and maintenance activities.
  - 49005.060: The contractor shall support an external closed loop feedback process for survey results. (i.e., reach out to customers whose inquiries weren't resolved or who had poor satisfaction).
  - 49005.070: The contractor shall support an internal closed loop feedback process for survey results. (i.e., identifying internal improvement areas, summarizing trends, developing action plans for improving in lower scoring areas, etc.).
  - 49005.080: The contractor shall provide FSA and its vendors open and regular access to data collected through the contractor's customer service surveys.

- **49006.000: The contractor shall provide support for incoming student loan related inquiries received via the FSA managed and branded social media (i.e., Facebook page and Twitter).**

  - 49006.010: The contractor shall provide support by providing all resources needed to complete items submitted to the contractor from FSA.
  - 49006.020: The contractor will ONLY receive inquiries directly related to topics and customers relative to the contractor and contractor's contract.

- **49007.000: The contractor shall provide notification of outages to FSA. FSA defines interruptions as any instance during the normal course of business where an offered customer service component is affected by a full or partial outage, intermittent disruption, or failure to provide an element of customer service usually provided by the contractor.**

  - 49007.010: The contractor shall report any service interruption to FSA regardless of the duration or cause of the incident or its actual impact to customers.
  - 49007.020: The contractor shall report Category 1 incidents to FSA within 30 minutes of initial discovery of the outage, and must provide status updates each hour until resolved, or on a frequency agreed to by FSA. Examples of Category 1 include: Customers are unable to log in to a customer portal, call center system experiences a complete outage, website is not accessible.
  - 49007.030: The contractor shall report Category 2 incidents to FSA within an hour of initial discovery of the outage and must provide status updates every four hours during normal business hours and within the first hour of each day following non-business hours, or on a frequency agreed to by FSA.  Examples of Category 2 include: Intermittent Call

Center issues such as some calls dropping, audio intermittently not functioning, specific functions within a portal not available (such as making payments).

- o 49007.040: To report an outage to FSA, the contractor shall send an email message to FSA-FederalServicersOutageAlert@ed.gov when their borrowers' website or Call Center is not in operation or experiences an interruption as defined above.
- o 49007.050: The contractor shall provide an ETA for system recovery or advise "ETA not available." The contractor shall inform FSA if the IVR and website were updated with outage information. Upon resolution, the contractor shall send a final email message that describes the issue and duration of the outage, description of customer population affected, root cause, resolution, and prevention.
- o 49007.060: The contractor will collect contact information for those who call in during a system outage to receive a call back when the system is working again. The contractor will then contact everyone who requested a call back soon after the outage is over, during business hours. The contractor will provide the list used to contact those who requested a call back to FSA within three business days after the outage has been resolved.

- **49008.000 [DELETED]**

- **49009.000: The contractor shall ensure there is no reference to late fees in any of the contractor's loan servicing media or correspondence for pre-defaulted loans.**

  - o 49009.010: All media and correspondence includes, but is not limited to:
    - ▪ Customer letters, emails, and text messages;
    - ▪ Billing statements;
    - ▪ Call scripts – referencing fees assessed for late payment;
    - ▪ Disclosure statements;
    - ▪ Website content – referencing fees assessed for late payment; and
    - ▪ Informational brochures.
  - o 49009.020: The contractor may state that the U.S. Department of Education does not assess fees for late payment of Federal Direct Loans in call scripts and website FAQs for pre-defaulted loans.

- **49010.000: The contractor's solution shall allow for unique identification of military/servicemembers.**

  - o 49010.010: The contractor's solution shall include a data element that is updated once a customer has been determined to be a military/servicemember. The element should be easily viewable to users of the solution and allow for use of the element as a parameter for queries/identification of military/servicemembers.
  - o 49010.020: The contractor's phone system shall route incoming calls from customers known to be a military/servicemember to a call queue designated for military/servicemembers.
  - o 49010.030: The contractor shall transfer calls from military/servicemembers to the call queue designated for military/servicemembers and explain to the caller the reason for the transfer.

- **49011.000: The contractor's telephony solution shall offer the following options to those who interact via the telephone.**
  - o 49011.010: The contractor's telephony solution must provide those who call in an estimated hold time before reaching a live agent.
  - o 49011.020: The contractor's telephony solution must allow those who call in the option to receive a call back when a live agent is available to talk with them and/or to select an available timeslot in the future during business hours (could be same day or a future date).  Sometimes referred to as virtual hold and/or future appointment.

- 49011.030: The contractor's telephony solution must allow those who call in the option to use voice recognition software when interacting with the contractor's IVR process.
- 49011.040: The contractor's telephony system must provide functionality for specialty/targeted messages upon authentication, based on customer-specific data elements, as needed.
- 49011.050: The contractor's telephony system must provide functionality to provide messages to customers during high volume calling times to notify them there may be a better time to call and provide that better time based on call forecasting data (can be turned on/off based on volumes).
- DEFERRED FUTURE CLIN 7 REQUIREMENT – 49011.060: The contractor's automated dialing solution shall maintain the best time to call a customer and utilize that information in correlation with business hours, state calling restrictions/requirements, and time zone limitations to create optimal call campaigns based on customer/account status.
- 49011.070: The contractor's telephony system shall allow a borrower to make payments via one-time payments, set up recurring payments, debit card payments, as well as an option to save payment data for use in the future.

- **49012.000: The contractor shall provide web content and specially trained customer service representatives (CSRs) for servicemembers.**

  - 49012.010: The contractor shall develop servicemember focused website presence (e.g., enhanced navigation or options for all military benefits and the steps to apply).
  - 49012.020: The contractor shall develop robust CSR scripts and processes that would help identify military personnel during counseling/conversations/servicer contact.
  - 49012.030: This includes:
    - 49012.031: Identification of long-term plans (determining if the military person is active duty and will remain active duty or is unsure).
    - 49012.032: Public Service Loan Forgiveness (PSLF) benefits: Discuss the PSLF program and benefits; how it qualifies as public service employment; and how the forgiveness features could benefit the borrower. If the borrower is concerned about making current payment, explain IBR as a possible means of remaining in repayment with lower payments so they can qualify for PSLF.
    - 49012.033: Discuss steps and process to apply eligible benefits afforded by SCRA.
    - 49012.034: Discuss interest waiver for service members receiving hostile fire or imminent danger pay.
    - 49012.035: Repayment options (advantages and disadvantages) of using income driven repayment plans instead of deferment and forbearance.
    - 49012.036: Assistance with deferment/forbearance eligibility and other military related entitlements/benefits.
  - 49012.040: The contractor shall include the link for Military OneSource (http://www.militaryonesource.mil/) on their websites as the primary referral location for servicemembers.
  - 49012.050: The contractor shall ensure there are no referrals to Military.com. This site is a lead generator, and the link should be promptly removed from your websites and all borrower communications.
  - 49012.060: The contractor shall ensure their website features the "For Members of the U.S. Armed Forces – What you need to know about your federal student loans benefits" document.  See https://studentaid.gov/sites/default/files/military-student-loan-benefits.pdf.

- **49013.000: The contractor shall provide CSRs information on the National Suicide Hotline and be trained follow incident reporting procedures.**
  - 49013.010: The contract shall train CSRs about the National Suicide Prevention Lifeline and make the hotline's number "988" or (800) 273-8255 and website (https://suicidepreventionlifeline.org/) readily available to CSRs.

- o   49013.020: The contractor's Call Centers shall follow the Incident Reporting Procedures for Threatening and Nuisance Calls and Perceived Threats.
- o   49013.030: The contractor's Call Centers will complete the U.S. Department of Education Office of Management/Security Services Threat/Incident form and email the form to the appropriate security agents listed in the Incident Reporting Procedures for Threatening and Nuisance Calls and Perceived Threats.
- o   49013.040: The contractor's Call Centers will email a copy of the Threat/Incident form to their FSA Call Center Branch contact.

### Section 50000 Vendor Decommissioning

- **50000.000: The decommissioning vendor shall transfer active borrowers to a designated receiving vendor(s) according to a transfer schedule determined by FSA.**
  - 50000.010:  The decommissioning servicer shall send all active and inactive loans for borrowers to the receiving vendor(s).
  - 50000.020: The decommissioning servicer shall follow existing transfer requirements including all validation and oversight files.
  - 50000.030: The decommissioning servicer shall support all transfer monitoring process requests or CFPB requests.
  - 50000.040: All images related to the borrowers/loans transferred shall also be sent to the receiving servicer.

- **50002.000: The decommissioning vendor shall transfer inactive borrowers and their loans to a designated receiving vendor(s) according to a transfer schedule determined by FSA.**
  - 50002.010: All images related to the borrowers/loans transferred shall also be sent to the designated receiving servicer.
  - 50002.020: The decommissioning servicer shall coordinate with FSA and the designated receiving vendor on how to best move/relocate inactive loans/images via the typical EA27/EA80 transfer or other acceptable method.
  - 50002.030: The decommissioning servicer shall coordinate with FSA and NSLDS to report to NSLDS the vendor/servicer responsible for the inactive loans.

- **50003.000: The decommissioning servicer shall work with FSA to make updates to all incoming payment sources (lockbox, bill pay, etc.) to reroute those incoming payments to the receiving servicer(s) and remove the decommissioning servicer as a federal servicer accepting payments once all borrowers have transferred.**
  - 50003.010: The decommissioning servicer shall continue to IPAC payments to the receiving servicer(s) after all borrowers are transferred until all incoming payments have ceased.

- **50004.000: The decommissioning servicer shall continue to respond to/resolve credit disputes received for a period of at least 90 calendar days following the final active loan transfer. All disputes shall be resolved within 30 calendar days of receipt.**

- **50005.000: The decommissioning servicer shall continue to accept and complete all servicing requests for at least 30 days following the final active loan transfer.**

  - 50005.010: The decommissioning servicer shall continue to work cohort default challenges/inquires received for a period of 30 calendar days following the final active loan transfer.
  - 50005.020: The decommissioning servicer shall continue to accept and complete any control mail, FOIA requests, and/or Ombudsman requests/FDMS requests for a period of 30 days following the last active loan transfer. The decommissioning servicer shall work with FSA to have any requests after that date routed to the receiving servicer(s) for completion.
  - 50005.030: The decommissioning servicer shall complete all discharge requests received for borrowers that exist on the decommissioning servicer system.  Any incomplete requests due to loan transfers shall be reported to FSA.
  - 50005.040: The decommissioning servicer shall continue to accept incoming emails from borrowers for a period of 30 calendar days following the last active loan transfer.  Emails shall be worked/completed by the decommissioning servicer when possible, and the borrower should be informed to contact the current servicer when request cannot be completed by decommissioning servicer.
  - 50005.050: The decommissioning servicer shall continue to accept incoming

correspondence sent to their postal address(es) for a minimum of 30 days following the last active loan transfer (or until the postal address is forwarded if forwarded in <30 days from last active loan transfer). The decommissioning servicer's correspondence address shall be forwarded to a designated postal address (if requested by FSA) for a minimum of 90 days.

- **50006.000: The decommissioning servicer shall continue to accept incoming phone calls from borrowers for at least 60 days after the final active loan transfers.**
  - 50006.010: The decommissioning servicer shall forward/reroute all incoming borrower phone numbers to a designated phone number/vendor (if requested by FSA) starting 61 calendar days following the last transfer. Calls shall be forwarded for at least 60 days.

- **50007.000: The decommissioning servicer shall discontinue their federal borrower website 30 days after the final active transfer.**
  - 50007.010: The decommissioning servicer shall redirect the current decommissioning federal borrower website/URL to another URL (if requested by FSA) starting 31 calendar days of the last active loan transfer. The website URL shall be redirected for at least 90 calendar days.
  - 50007.020: Prior to the redirection, the decommissioning servicer shall update the website with information that will inform borrowers they will be redirected another URL/vendor and the specific date of the redirection.

- **50008.000: The decommissioning servicer shall discontinue all federal servicing social media accounts 30 days after the final active transfer.**
  - 50008.010: Prior to closing social media accounts, the decommissioning servicer shall post information informing borrowers to contact current servicer/vendor with any inquiries.

- **50009.000: The decommissioning servicer shall coordinate with FSA to determine and support tax reporting to borrowers and the IRS.**
  - 50009.010: The decommissioning servicer shall (if requested by FSA) create all information/data related to all tax reporting for the most recent tax year(s) for all loans and provide that information to the designated vendor(s).

- **50010.000: The decommissioning servicer shall work with FSA to create and execute a system disposal plan and all related activities.**
  - 50010.010: Any data/information/records not required to be retained by FSA will be properly disposed of as part of this plan execution.
  - 50010.020: The decommissioning servicer shall complete, and get FSA approval on, the Disposal Plan (FINAL Draft) no later than two months prior to the ending of the contract.
  - 50010.030: The decommissioning servicer shall work with the FSA ISSO and ISO for development and successful submission and FINAL approval of the decommissioning servicer Disposal Plan.
  - 50010.040: The decommissioning servicer shall develop and submit evidence for all sanitization activities to the FSA ISSO.
  - 50010.050: The decommissioning servicer shall return all GFE, PIV card, and/or tokens issued by Department of Education to the FSA COR before the contract ends (unless other arrangements are agreed upon with FSA).
  - 50010.060: The decommissioning servicer shall ensure that all ED and/or FSA records are handled in accordance with the Records Retention schedule.
  - 50010.070: The decommissioning servicer shall resolve all open system/borrower issues and any audit related issues to FSA's satisfaction.

- **50011.000: The decommissioning servicer shall work with FSA (ISSOs/etc.) to remove access to all FSA related systems as appropriate throughout the shutdown period for all employees.**

- **50012.000: The decommissioning servicer shall continue to participate in ongoing security authorization activities until FSA agrees it is no longer required.**

- **50013.000: The decommissioning servicer shall complete and submit all federal servicer reconciliations as needed until all variances have been resolved and FSA approval has been provided.**

- **50014.000: The decommissioning servicer shall support all audit/internal control related activities needed to support the shutdown of the decommissioning servicer including, but not limited to, creation/submission of SOC 1 Operational and IT reports.**

- **50015.000: The decommissioning servicer shall plan and execute schedules to closeout all interfaces with FSA systems/vendors.**

  o 50015.010: The decommissioning servicer shall work with other vendors and FSA to identify all interactions and file/information/request exchanges that exist at the time of the decommission process. The decommissioning servicer shall create schedules for when the last incoming/outgoing files/information exchanges are to be sent/received for each vendor.
  o 50015.020: The decommissioning servicer shall resolve all interface rejects or open work requests/tasks prior to closing out the interface(s).
  o 50015.030: The decommissioning servicer shall create/provide reports indicating where all of the servicer's loans (active and inactive, including loans previously transferred) have been relocated/transferred as part of the decommission. Reports shall be provided to FSA, and other vendors, as needed on a scheduled determined during decommission planning.

- **50016.000: The decommissioning servicer shall create and transfer/relocate a copy of the decommissioning servicer system database to support FSA's need for historical data from decommissioned servicers.**
  o 50016.010: The historical information/data shall be provided to the designated vendor/servicer in a format/method acceptable to FSA, the decommissioning servicer, and the designated receiver.
  o 50016.020: The decommissioning servicer, in coordination with their system provider, shall create/provide a data dictionary of the stored decommissioning servicer system information (including tables, elements, definitions, etc.) and provide to FSA.
  o 50016.030: The decommissioning servicer shall create/provide documentation of the decommissioning servicer system transaction codes and all other information to support understanding of the stored decommissioning servicer system data.

- **50017.000: The USDS vendor shall support the decommission of other USDS vendors.**
  o 50017.010: The USDS vendor shall support the planning and execution of the closeout of any interface or file/information/request exchanges with the decommissioning vendor (includes, but not limited to, data file exchanges, email data/info exchanges, loan transfers/adjustments, IPAC activity, etc.).
  o 50017.020: The USDS vendor shall remove all references to the decommissioning vendor from all web pages, communications, procedures, or internal systems within the time frames of the decommission plan.

### Appendix A – Attachment Crosswalk

| USDS Requirement Series | USDS Requirement # | USDS Attachment Name |
|---|---|---|
| **2000 Accessibility** | 2008.000 | 2008 Alternative Format Operational Report |
| | 2013.060 | 2013 Section 508 Compliance Test Process for Applications |
| | 2013.080 | 2013 Accessibility Testing Report |
| **3000 Website and Mobile** | 3002.060 | 3002 Code Snippets and Brand Templates Attachments.zip |
| | 3016.020 | 3016 Servicers Tealium Implementation Guide |
| **4000 Loan Origination Interface** | 4002.000 | 4002_CommonServicingSchemaFileLayout |
| | 4002.000 | 4002_CommonServicingXSD |
| | 4003.000 | 4003_Additional Servicer Interface Support Guide |
| | 4009.040 4010.000 | 4009_4010 Current SMS_ eCorr Consent language |
| **5000 Repayment** | 5000.000 | 5000_Repayment Guide |
| | 5001.070 5001.070 5001.070 | 5001.070_Legacy CR61000 Requirements 5001.070_6100 Common App Schema Documents 5001.070_Family Size FTIM Logic_final |
| | 5001.092 | 5001.092 SABER IDR Phase II Guidance File Layout |
| | 5015.120 | 5015.120_Spousal Treatment Guidance v2 |
| | 5017.000 5022.000 | 5017_IDR_protocol v2 |
| | 5029.082 | 5029 IDR Recert Extension Notification |
| | 5029.090 | 5029 IDR Recert Extension Report |
| **9000 Treasury** | 9001.010 | 09001_Sample SRS.doc |
| | 9001.010 | 09001_ECP_ACP Template_2-4-2019.pdf |
| | 9001.010 | 09001_Lockbox Work Flow_07112022.pdf |
| | 9001.010 | 09001_ACH_Credit_PaymentFlow_v4_112819.pdf |
| | 9001.010 | 9001_01h_ACH_Credit_PaymentFlow_v4_112819.pdf |
| | 9004.030 | 09004_ECP Generic Return file Layout.xls |
| | 9005.010 | 09005_ECP_User Access_Request_form.doc |
| | 9006.030 | 09006a_TCS Technical Reference Manual.pdf (not included in proposal package for security reasons) |
| | 9006.040 | 09006b_Adapter Technical Reference Manual071910.pdf |
| | 9006.060 | 09006c_Blank_ACT.doc |
| | 9006.070 | 09006d_access_control_wksht_oci_ccp.xls |
| | 9006.080 | 09006e_Access Control Worksheet for TCS.xls |

| | 9009.030 | 09009_Credit Gateway User Guide for Online Bill Payments.docx |
|---|---|---|
| | 9010.060 | 09010a_How to access an IPAC schedule_v2.doc |
| | 9010.070 | 09010b_How to access a Z-schedule_v2.doc |
| | 9011.020 | 09011_Remittance Instructions.doc |
| | 9013.030 | 09013_CIR_Query_v1.pdf |
| | 9014.030 | 9014.03A_TCIS External User Enrollment Guide.docx (not included in proposal package for security reasons) |
| | 9014.030 | 9014.03B_TCIS Customer Training Guide.docx (not included in proposal package for security reasons) |
| | 9020.010 | 09020a_TWAI_FMS_Servicer_MOU_template.doc   (not included in proposal package for security reasons) |
| | 9020.010 | 09020b_TWAI_FMS_Servicer_ISA_template.doc (not included in proposal package for security reasons) |
| **12000 NSLDS** | 12000.000 | 12000_ED Servicer DPI Appendix A |
| | 12000.000 | 12000_ED Servicer DPI Appendix B |
| | 12000.000 | 12000_ED Servicer DPI Appendix C |
| | 12000.000 | 12000_ED Servicer DPI Appendix D |
| | 12000.000 | 12000_ED Servicer DPI Appendix E |
| | 12000.000 | 12000_ED Servicer DPI Appendix Main Pages |
| | 12000.000 | 12000_NSLDS Enrollment Reporting Guide – Main Text |
| | 12000.000 | 12000_NSLDS Enrollment Reporting Guide – Appendices |
| **14000 Interaction with DMCS** | 14000.010 | 14000_FFEL DMCS File Exchange 02112019.doc |
| | 14000.010 | 14000 DL_FFEL Debt Level Validation Edits transfer in |
| | 14000.010 | 14000 Interfacing with DMCS Layout |
| | 14029.020 | 14029.020_Fresh Start Supplemental File |
| | 14027.007 | 14027 Rehab Reversal Template |
| | 14027.060 | 14027 A2 – DMCS Rehab Loan on Error – Accounting Error |
| | 14090.000 | 14090.000_Fresh Start Reporting |
| **15000 Consolidation Origination** | 15005.000 | 15005_Att 6_LHS User Manual |
| | 15010.010 | 15010.010_Att 14_LSS Sample |
| | 15011.000 | 15011_Att 1_On going Process Flows |
| | 15011.000 | 15011_Att 2_Application_Online and Paper Flow |
| | 15011.000 | 15011_Att 12_Loan Consolidation File Layout Description |
| | 15015.000 | 15015_Att 3_Loan Consolidation Funding Flow |
| | 15016.000 | 15016_Att 7_LC Inquiry and Payoff Interface Schema Layout |
| | 15016.000 | 15016_Att 8_LC Inquiry and PayoffInterface XSD |
| | 15016.000 | 15016_Att 9_Loan Consolidation Interface Support Guide |
| | 15026.000 | 15026_Att 4_EVC Batch Set Up User Guide |
| | 15026.000 | 15026_Att 10_Manifest File Layout |
| | 15026.000 | 15026_Att 11_Adjustment Manifest File Layout |

| | 15029.090 | 15029 Att 15 Refund Reversal Cancel StopPay Claim |
|---|---|---|
| | 15039.011 | 15039.011_Att 13_Consol Reversal |
| **16000 Common Application Interface** | 16002.010, 16003.020, 16004.030, 16005.020, 16006.020 | 16002 Common Application Interface Support Guide_IDR |
| | 16003.010 | 16003 ApplicationSchema.xsd |
| | 16003.010 | 16003 Common Application File Layout |
| | 16003.010 | 16003 Common Application CoreMain |
| **17000 Compliance & Monitoring** | 17004.081, 17004.082 | 17000 Vendor CAPS _Work Plans Financial Penalties_Correction |
| **18000 Servicing Transfers** | 18000.001 | 18000 EA27V4 Layout |
| | 18000.001, 18001.011, 18002.011 | 18000 EA80V5 Collateral File |
| | 18000.001, 21006.130 | 18000 Cancer Deferment Supplemental File |
| | 18000.001 | 18000 PAYE Supplemental File |
| | 18000.001 | 18000 SAVE Supplemental File |
| | 18000.001 | 18000 PSLF Borrower File |
| | 18000.001 | 18000 ICR supplemental file |
| | 18000.001 | 18000 Cancer Deferment |
| | 18000.001 | [DELETED] |
| | 18000.001 | 18000 SCRA Statutory rates |
| | 18000.001 | 18000 Hostile Duty |
| | 18000.001 | [DELETED] |
| | 18000.001 | 18000 Bankruptcy Data Report With Attorney |
| | 18000.001 | 18000 Standing Payment Instructions |
| | 18000.001 | 18000 Sending Servicer Account Number |
| | 18000.001 | [DELETED] |
| | 18000.001 | 18000 Discharge Data Report v2 |
| | 18000.001 | 18000 Plus Deferment Indicators |
| | 18000.001 | 18000 SULA Eligible loans |
| | 18000.001 | 18000 Def/Forb greater than 99 months |
| | 18000.001 | [DELETED] |
| | 18000.001 | 18000 Address Limitation |
| | 18000.001 | 18000 Cease and Desist |
| | 18000.001 | 18000 Work in Progress |
| | 18000.001 | 18000 TCPA Consent |
| | 18000.001 | 18000 Pending Rebate Loss |

| | 18000.001 | 18000 Post Deferment Grace |
|---|---|---|
| | 18000.001 | 18000 Special Direct Consol Terms |
| | 18000.001 | 18000 PIF Loan Details |
| | 18000.001 | 18000 Borrower Special Handling |
| | 18000.001 | 18000 Truncated Financials |
| | 18000.001 | 18000 In School Deferment Opt Outs |
| | 18000.001 | 18000 L1 Credit |
| | 18000.001 | 18000 Historical Credit |
| | 18009.020 | 18000 EA27 TrackingLog.xlsx |
| | 18000.001 | 18000 CRA-Batch_Interface_Specification |
| | 18000.001 | [DELETED] |
| | 18000.001 | 18000_RPS History |
| | 18000.001 | Supplemental File Tax Form 1098E |
| | 18000.001 | 18000 PIF Loan Transfer Payment Recd |
| | 18000.001 | Forbearance Codes Layout |
| **19000 Systems Access** | | |
| **20000 Processing General** | 20008.010 | 20008_Award ID Formula |
| | 20009.000 | 20009_ReaffirmationAgreement1845-0133 |
| **21000 Deferment** | 21000.000 | 21000_Deferment Crosswalk |
| | 21000.000 | 21000_Deferment Processing Guide |
| | 21006.130 | 18000_Cancer Deferment Supplemental File |
| **22000 Forbearance** | 22000.001 | 22000 Forb List V4 |
| | 22000.002 | 22000 Forbearance Processing Guide |
| | 22001.000 | 22001 Disaster Forbearance Report |
| | 22005.000 | 22005 CNCS Forb |
| | 22018.000 | 22018 JCL Brwr Sep Forb Template |
| **23000 Discharge-Forgiveness-Bankruptcy and Litigation** | 23000.000 | 23000 Discharge Guide v2 |
| | 23006.020 | 23006_Closed School Discharge Cover Letter Template |
| | 23017.000 | 23017.000_Guidance – G4.19.06 CSD Extension for DCEH Schools – UPDATE 12-02-19.pdf |
| | 23017.000 | 23017.000_Guidance – G4.20.01 CSD Extension for Specific DCEH Schools 02-06-20.pdf |
| | 23017.000 | 23017.000_Guidance – G4.20.05 CSD Extension for Concordia University 11-16-20.pdf |
| | 23017.000 | 23017.000_Guidance – G4.21.03 CSD Extension for ITT Educational Services, Inc. Schools 08.26.21.pdf |

| | 23017.010 | 23017 List of Corinthian Closed School Codes |
|---|---|---|
| | 23017.020 | 23017 List of ITT Closed School Codes |
| | 23018.001 | 23018_Adhoc Instructions V24 |
| | 23018.001 | 23018_Appr_Examples V6 |
| | 23018.001 | 23018_Appr_QuestionsResponse  V16 |
| | 23018.001 | 23018_ApprovalRequestResponse  V3 |
| | 23018.001 | 23018_Servicer Ineligible Instructions V7b |
| | 23018.001 | 23018_Servicer Letter_01_BD Discharge Notice_Above 0_approved_021220 |
| | 23018.001 | 23018_Servicer Letter_02_BD Discharge Notice_Equal to 0_approve_022120 |
| | 23018.001 | 23018_Servicer Letter_04_BDApprovedNoLoans_ReceivedInterestCredit_approved_042020 |
| | 23018.001 | 23018_Servicer Letter_05_SPC1_Specialv2 |
| | 23018.034 | 23018_Servicer Letter_06_SPC2_SPC3_020922 |
| | 23018.114 | 23018 Non-Default Refund Request File Template |
| | 23018.180 | 23018.180_BD Group Discharge File Layout |
| | 23018.1890 | 23018.1890_BD Group Discharge File Response Layout |
| | 23019.000 | 23019 Natural Disaster Discharge Manifest |
| | 23024.033 | 23024 Sample ADV_COI_non-default |
| **24000 Correspondence Communication and Due Diligence** | 24000.000 | 24000 Communication List v3 |
| | 24007.040 | 24007 IRS Publication 1220 |
| | 24008.000 | 24008 Gramm-Leach-Bliley Privacy Information Act |
| | 24009.010 | 24009 At Risk Layout |
| | 24010.000 | 24010 Pre-Repayment Contact v3 |
| | 24010.040 | 24010.040 At Risk Incentive Servicer Report |
| | 24011.000 | 24011 Due Diligence Delinquency Calls v2c |
| | 24013.000 | 24013 Skip Tracing Matrix |
| | 24029.020 | 24029 USDS Address Verification for Refund |
| **25000 Borrower Benefits and Subsidies** | | |
| **26000 Interest Rate, Interest Calculation, Charges and Fees** | | |
| **27000 Interest Capitalization** | 27005.000 | 27005 Capitalization Job Aid V1 |
| **28000 Payment and Refund Processing** | 28007.000 | 28007_Cash Cancellation_V1 |

| | 28008.000 | 28008 ExampleCashCancel |
|---|---|---|
| **29000 Adjustment Processing** | 29000.000 | 29000_DisbursementAdjustment |
| | 29001.000 | 29001_PBO_IRB_Non-Transfer Adjustment |
| | 29002.000 | 29002_PIFLCXXmmddccyy |
| | 29003.000 | 29003_Consolidation Origination Manual Adjustment |
| | 29004.000 | 29004_Transfer Adjustment |
| | 29009.000 | 29009_DMCS to Servicer Template |
| | 29009.090 | 29009.090_FMS_DM_Adjusts_After_Transfer |
| **30000 Credit Reporting and Clearing** | 30000.000 | 30000 Student Loan Credit Reporting Guide |
| | 30025.030 | 30025_Loan Transfer Supplemental File for Credit Reporting |
| **31000 Cohort Default Rate Activity** | | |
| **32000 Control Mail, Ombudsman & Escalated Issues** | | |
| **33000 Outreach Campaigns** | | |
| **34000 Specialty Programs** | 34101.000 | 34101_TPD LHN 2018 |
| | 34103.000 | 34103_LHN Receipt File Sample |
| | 34200.051 | 34200 COD TEACH Update Schema Sample.txt |
| | 34200.061 | 34200 COD ATS Schema Sample.txt |
| **35000 Specialty Tasks** | 35001.010 | 35001_Closed_Servicer_Research_Template  (ACS) |
| | 35001.010 | 35001_Adhoc Payment Support Refund Template |
| | 35001.020 | 35001_Payment Support Monthly Report |
| | 35200.000 | 35200_Overpayment Template |
| | 35200.000 | 35200_Underpayment Template |
| | 35200.000 | 35200_Legacy Loan Consolidation Adjustment Manual Spreadsheet |
| | 35201.000 | 35201_POST LC Manual Adjustment Spreadsheet |
| | 35300.030 | 35300_Loan Purchase Reject Sample |
| | 35301.010 | 35301_FMS Purchase Funding Request - File Layout |
| | 35301.010 | 35301_FMS Purchase Funding Request - Data Field Definitions |
| | 35301.010 | 35301_FMS LC Contractor Demographic File |
| | 35302.000 | 35302_Deal Recon and Loan Purchase Detail File Sample |
| | 35306.000 | 35306_PUT Tracking Log SDCL |
| **36000 Training** | | |

| | | |
|---|---|---|
| **40000 Change Management** | 40001.021 | Change Request Tracking Report (Monthly) |
| | 40004.040 | 40004.040 Weekly Change Request Implementation Report |
| **42000 IDR Forgiveness** | 42019.060 | 42019 GetIDRProgress ICD |
| **46000 Record Retention** | 46000.050 | 46000_Record Retention Schedule for USDS Servicer Records v1.0 |
| | 46001.000 | 46001_Universal-ERM-RequirementsTemplate _updated.pdf |
| | 46004.090 | 46004_ NPRM – Digitizing Records (NARA) – 82 Fed Reg 45587 |
| **47000 Data Management & Integration** | 47000.000 47001.000 | 47000 EDWA Servicing Data Elements |
| | 47006.000 | 47006_ API Enablement Guide_v1.6 |
| | 47012.000 | 47012 USDS Servicer Interfaces – Streaming Approach Overview – 09-25-2023.pdf |
| | 47013.000 | 47013 Loan Forbearance ICD_EDMAPS V3 |
| | 47013.000 | 47013 Loan Forgiveness ICD_EDMAPS V2 |
| | 47014.000 | 47014 Teach Conversion Notification and Response ICD_EDMAPS V3 |
| | 47014.000 | 47014 Teach Cancellation Notification and Response ICD_EDMAPS V3 |
| **48000 Reporting** | 48000.011 | 48000_02. Customer Interaction Logs |
| | 48000.011 | 48000_03. Timeliness Report Template |
| | 48000.011 | 48000_04. SLA Volume Report 2.0 |
| | 48000.011 | 48000_06. Staffing and Forecast Report |
| | 48000.011 | 48000_07. Contact Center Quality Control Template |
| | 48000.011 | 48000_08. Customer Complaint Log |
| | 48000.011 | 48000_09. Credit Reporting and Dispute Reporting Template |
| | 48000.011 | 48000_AA. Enhanced Reporting Categories and Subcateg |
| | 48000.011 | 48000_Legacy Reporting CR Tables |
| | 48001.010 | 48001_Operational and Financial Report List |
| | 48001.010 | 48001_Bankruptcy Aging Report (Monthly) |
| | 48001.010 | 48001_Bankruptcy Report (Monthly) |
| | 48001.010 | 48001_Discharge Application and Aging Report (Monthly) |
| | 48001.010 | 48001_Discharge Approval Denial Workflow (Weekly) |
| | 48001.010 | 48001_IDR Application and Processing (Daily) |
| | 48001.010 | 48001_IDR Detail File (Monthly) |
| | 48001.010 | 48001_IDR Summary (Monthly) |
| | 48001.010 | 48001_LoansConsol (Monthly) |
| | 48001.010 | 48001_LoansRehab (Monthly) |
| | 48001.010 | 48001_Performance Tracking Summary (Monthly) |
| | 48001.010 | 48001_Portfolio Cohort Performance (Monthly) |
| | 48001.010 | 48001_Portfolio Summary Report (Monthly) |
| | 48001.010 | 48001_Service Member Delinquency Report (Monthly) |

| | 48001.010 | 48001_Service Member Listing Report (Monthly) |
| | 48001.010 | 48001_Servicer Clearance Requests (Monthly) |
| | 48001.010 | 48001_Servicer Inventory Report (Monthly) |
| | 48001.010 | 48001_Servicer All Staff Report (Monthly) |
| | 48001.010 | 48001_Touch Point Call Report |
| | 48002.020 | [DELETED] |
| | 48002.020 | 48002_Discharge Closed School Applications Report |
| | 48002.020 | 48002_Discharge Automatic Closed School Report |
| | 48003.030 | [DELETED] |
| | 48004.020 | 48004_Discharge Borrower Defense Report |
| | 48004.020 | 48004_Discharge Borrower Defense Adjustment Report |
| | 48006.000 | 48006.000_Return to Repayment Report Template |
| | 48006.000 | 48006.000_EDMAPS Return to Repayment Data Reporting ICD - v12 |
| **49000 Contact Center** | | |
| **50000 Decommissioning** | | |