TATES DISTRICT AND
RUPTCY COURT
DISTRICT OF COLUMBIA
CE OF THE CLERK
PRETTYMAN COURTHOUSE
INGTON, DC 20001

FFICIAL BUSINESS



RECEIVED
Mail Room
SEP 17 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CAPITAL DISTRICT 20
30 AUG 2024 PM 4 L

US POSTAGE PITNEY BOWES
ZIP 20001
02 7W
$ 000.69⁰
0008034592 AUG 30 2024

Adam Gould
Selendy Gay PLLC
2190 Avenue of the Americas
New York, NY 10104

NIXIE        100    EE  1700        0109/13/24
            RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

MANUAL PROC REQ     *2417-02982-30-42