IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF
TEACHERS,

          Plaintiff,

   v.

HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI,

          Defendant.

Case No. 1:24-cv-2460-TSC

Judge Tanya S. Chutkan

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6(b), Stanton C. McManus hereby withdraws as counsel for the United States, as an interested party, in the above-captioned case. Marc S. Sacks will remain as counsel for the United States.

Dated: July 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

MARC S. SACKS
Deputy Director

/s/ Stanton C. McManus
STANTON C. McMANUS
U.S. Department of Justice–Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

- 2 -

Email: stanton.c.mcmanus@usdoj.gov
Telephone: (202) 307-5832
Facsimile: (202) 514-9163

*Attorneys for the United States*