UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN FEDERATION OF TEACHERS**<br><br>  Plaintiff,<br><br>  v.<br><br>**THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI**,<br><br>  Defendant. | Civil Action No. 24-cv-2460 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 47, Plaintiff's Motion to Remand, ECF No. 27, is DENIED, and Defendant's Motion to Dismiss, ECF No. 26, is DENIED without prejudice. It is further ORDERED that the parties shall file a joint status report by October 20, 2025, proposing a schedule for further proceedings.

Date: September 29, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge