UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>                    Plaintiff,<br><br>      v.<br><br>THE HIGHER EDUCATION LOAN<br>AUTHORITY OF THE STATE OF MISSOURI,<br><br>                    Defendant. | Civil Action No. 24-cv-2460 (TSC) |

## JOINT STATUS REPORT

We write respectfully on behalf of both parties in the above-captioned action. In accordance with the Court's September 29, 2025 Order that the parties file a joint status report by October 20, 2025 proposing a schedule for further proceedings, ECF No. 48, the parties jointly propose the following schedule:

1. On or before January 15, 2026, Plaintiff shall file an amended complaint.

2. Defendant's deadline to answer or move to dismiss Plaintiff's amended complaint shall be stayed pending the United States Supreme Court's decision on the merits in the consolidated cases *NJ Transit Corp., et al. v. Colt, et al.*, No. 24-1113, and *Galette v. NJ Transit Corp.*, No. 24-1021, which involve questions concerning interstate sovereign immunity. Discovery shall also be stayed during this period.

3. Within ten days after the Supreme Court's decision on the merits in *Colt* and *Galette*, the parties shall file a joint status report proposing a schedule for further proceedings.

The parties agree that their proposal of the above schedule shall not constitute an admission that the Supreme Court's forthcoming decision in *Colt* and *Galette* will be dispositive of any issues in this case and that no party shall rely upon any other party's agreement to the above proposed schedule in support of any dispositive motion in this action.

Dated: October 20, 2025

/s/ *Faith E. Gay*
Faith E. Gay (admitted *pro hac vice*)
Lena Konanova (admitted *pro hac vice*)
David A. Coon (admitted *pro hac vice*)
Corey Stoughton (DC Bar # 472867)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000
fgay@selendygay.com

Persis Yu (DC Bar # 90014714)
Protect Borrowers (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, D.C. 20036
(202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen
Khandice Lofton (admitted *pro hac vice*)
Protect Borrowers (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org

Shennan Kavanagh (admitted *pro hac vice*)
Jennifer Wagner (admitted *pro hac vice*)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110 617.542.8010
skavanagh@nclc.org

Alpha Taylor (DC Bar #252602)
National Consumer Law Center
1001 Connecticut Ave., NW
Washington, D.C. 20036
202.452.6252
ataylor@nclc.org

*Counsel for Plaintiff*

Respectfully submitted,

/s/ *Daniel J. Feith*
Daniel J. Feith (D.C. Bar No. 1028433)
Benjamin M. Mundel (D.C. Bar No. 1018114)
Brooke E. Boyd (D.C. Bar No. 1721284)
Jeremy D. Rozansky (D.C. Bar No. 90009027)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
dfeith@sidley.com

*Counsel for Defendant*