**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>*Defendant*. | Case No. 1:24-cv-2460-TSC |

**JOINT STATUS REPORT**

We write respectfully on behalf of both parties in the above-captioned action. On March 20, 2026 and May 19, 2026, the Court stayed proceedings in this matter to allow the parties time to explore a negotiated resolution. Since that time, the parties have engaged in good-faith discussions to that end. The parties jointly propose that the Court continue the previously entered stay for 60 days from the date of this report to permit the parties additional time to work toward a negotiated resolution to this case. The parties further propose that by September 15, 2026, they shall file a joint status report proposing a schedule for further proceedings.

Dated: July 17, 2026

Respectfully submitted,

/s/ *Faith E. Gay*
Faith E. Gay (admitted *pro hac vice*)
Lena Konanova (admitted *pro hac vice*)
David A. Coon (admitted *pro hac vice*)
Corey Stoughton (DC Bar # 472867)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104

/s/ *Daniel J. Feith*
Daniel J. Feith (D.C. Bar No. 1028433)
Benjamin M. Mundel (D.C. Bar No. 1018114)
Brooke E. Boyd (D.C. Bar No. 1721284)
Jeremy D. Rozansky (D.C. Bar No. 90009027)
SIDLEY AUSTIN LLP

(212) 390-9000
fgay@selendygay.com

Persis Yu (DC Bar # 90014714)
Protect Borrowers (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, D.C. 20036
(202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen
Khandice Lofton (admitted *pro hac vice*)
Protect Borrowers (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org

Shennan Kavanagh (admitted *pro hac vice*)
Jennifer Wagner (admitted *pro hac vice*)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110 617.542.8010
skavanagh@nclc.org

Alpha Taylor (DC Bar #252602)
National Consumer Law Center
1001 Connecticut Ave., NW
Washington, D.C. 20036
202.452.6252
ataylor@nclc.org

*Counsel for Plaintiff*

1501 K Street, N.W.
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
dfeith@sidley.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the court's CM/ECF system on July 17, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

/s/ *Daniel J. Feith*
Daniel J. Feith (D.C. Bar No. 1028433)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
dfeith@sidley.com

*Counsel for Defendant*