**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>*Defendant*. | Case No. 1:24-cv-2460-TSC |

**ORDER**

The parties' Joint Motion for Briefing Schedule is hereby GRANTED.

The deadline by which Defendant must file its motion to dismiss is December 8, 2026.

The deadline by which Plaintiff must file its opposition to Defendant's motion to dismiss is January 26, 2027.

The deadline by which Defendant must file a reply memorandum is February 23, 2027.

SO ORDERED.

Entered this 16th day of Oct., 2026.

Tanya S. Chutkan
Hon. Tanya S. Chutkan
United States District Judge